## AFFIDAVIT

I, Brandon Daniel, of the City of St. Catharines, in the Province of Ontario, **MAKE OATH AND SAY AS FOLLOWS:**

1. I am employed as a Senior Investigator, Enterprise Security and Loss Prevention at Canadian Tire Bank, 366 Bunting Road, St. Catharines, Ontario and as such I have personal knowledge of the facts in this Affidavit.

2. Canadian Tire Bank is a Schedule I Bank incorporated under the *Bank Act* (Canada). In my employment with Canadian Tire Bank, I have knowledge regarding the maintenance, custody, and control of the books and records of Canadian Tire Bank.

3. There is record of a Canadian Tire MasterCard account number [Redacted] 0276 in the name of David W. NEGUS-ROMVARI.

4. There is record of the following account number changes for Canadian Tire MasterCard account number [Redacted] 0276:

| From Account Number | To Account Number |
|---|---|
| Redacted ** **** 2110 | Redacted * **** 9860 |
| Redacted ** **** 9860 | Redacted * **** 9060 |
| Redacted * **** 9060 | Redacted 6367 |
| Redacted 6367 | Redacted * **** 4465 |
| Redacted * **** 4465 | Redacted 0276 |
| Redacted 0276 | Redacted * **** 1134 |

*Note: Account Number changes are in descending order.*

**EXHIBIT**
**17**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

5. There is record of the following address changes for Canadian Tire MasterCard account number [Redacted] 0276:

| From Address | To Address |
|---|---|
| Redacted Hamilton, ON L8K5X6 | Redacted Binbrook, ON L0R1C0 |
| Redacted Binbrook, ON L0R1C0 | Redacted Hamilton, ON L8K5X6 |

*Note: Address changes are in descending order.*

6. On an unknown date and time, the telephone number [Redacted] was changed for Canadian Tire MasterCard account number [Redacted] 0276.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

7. On an unknown date and time, the email address "davidsnr1995@ Redacted  was changed for Canadian Tire MasterCard account number Redacted 0276.

8. There is no record of a Canadian Tire MasterCard account number Redacted *** **** 4826 in the name of David NEGUS-ROMVARI.

9. There is no record of an account for Fredrick Teddy Joseph SAFRANKO (a/k/a Ted SAFRANKO).

10. There is no record of an account for Redacted

11. There is no record of an account for Traders Domain FX Ltd (d/b/a The Traders Domain).

12. Attached and marked as Exhibit "A" to this my affidavit is a true copy of the original of the ordinary books and records of Canadian Tire Bank, where available and unless otherwise noted, and entries therein, which are presently in the custody or control of the said Financial Institution in connection with Canadian Tire MasterCard account number Redacted 0276 in the name of David W. NEGUS-ROMVARI, said credit card application dated on March 13, 2017.

13. Attached and marked as Exhibit "B" to this my affidavit is a true copy of the original of the ordinary books and records of Canadian Tire Bank, where available and unless otherwise noted, and entries therein, which are presently in the custody or control of the said Financial Institution in connection with Canadian Tire MasterCard account number Redacted 0276 in the name of David W. NEGUS-ROMVARI, said account statements for the period of January 1, 2017, to August 8, 2024.
*Note: Account statements from January 1, 2017, to July 21, 2017, are unavailable.*

14. Attached and marked as Exhibit "C" to this my affidavit is a true copy of the original of the ordinary books and records of Canadian Tire Bank, where available and unless otherwise noted, and entries therein, which are presently in the custody or control of the said Financial Institution in connection with Canadian Tire MasterCard account number Redacted 0276 in the name of David W. NEGUS-ROMVARI, said account notes from April 3, 2017, to July 26, 2024.

15. Attached and marked as Exhibit "D" to this my affidavit is a true copy of the original of the ordinary books and records of Canadian Tire Bank, where available and unless otherwise noted, and entries therein, which are presently in the custody or control of the said Financial Institution in connection with Canadian Tire MasterCard account number Redacted 0276 in the name of David W. NEGUS-ROMVARI, said memory message notes from October 16, 2019, to May 9, 2024.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

16. Attached and marked as Exhibit "E" to this my affidavit is a true copy of the original of the ordinary books and records of Canadian Tire Bank, where available and unless otherwise noted, and entries therein, which are presently in the custody or control of the said Financial Institution in connection with Canadian Tire MasterCard account number █Redacted█ 0276 in the name of David W. NEGUS-ROMVARI, said SMS-Email correspondence data from September 14, 2023, to July 25, 2024.
*Note: SMS-Email correspondence data prior to September 14, 2023, is unavailable.*

17. Attached and marked as Exhibit "F" to this my affidavit is a true copy of the original of the ordinary books and records of Canadian Tire Bank, where available and unless otherwise noted, and entries therein, which are presently in the custody or control of the said Financial Institution in connection with Canadian Tire MasterCard account number █Redacted█ 0276 in the name of David W. NEGUS-ROMVARI, said Collection Email correspondence data from May 16, 2023, to February 22, 2024.

18. Where the copies attached are a printout or a copy of a printout of records maintained in Canadian Tire Bank's computer systems, Canadian Tire Bank consistently acts on, relies on, and uses those documents as a record of the information recorded or stored in its computer systems.

19. I make this affidavit pursuant to Section 29 of the *Canada Evidence Act.*

**Sworn** remotely by video conference by Brandon Daniel )
of the City of St. Catharines, in the Province of Ontario, )
before me at the City of Welland, in the Province of Ontario, )
this 20th day of August, 2024, in accordance )
with O. Reg. 431/20. )
)                                          *Brandon Daniel*
)                                          **Brandon Daniel**
)
)
_____ )
**Commissioner for Taking Affidavits** )
**in and for the Province of Ontario**

Julie Priscille Marie Deri
a Commissioner, etc.,
Province of Ontario,
for Canadian Tire Bank.
Expires April 4, 2025.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

# EXHIBIT "A"

This is Exhibit "A" mentioned and referred to in the
Affidavit of Brandon Daniel of Canadian Tire Bank.  Sworn
before me this ___**20th**___ day of August, 2024.

*Julie P.M. Deri*

Julie Priscille Marie Deri
a Commissioner, etc.,
Province of Ontario,
for Canadian Tire Bank.
Expires April 4, 2025.

Exhibit "A" consists of Canadian Tire MasterCard account
number ███Redacted███ 0276 in the name of David W.
NEGUS-ROMVARI, said credit card application dated on
March 13, 2017.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

# EXHIBIT "B"

This is Exhibit "B" mentioned and referred to in the
Affidavit of Brandon Daniel of Canadian Tire Bank.  Sworn
before me this ___20th___ day of August, 2024.

*Julie P.M. Deri*

Julie Priscille Marie Deri
a Commissioner, etc.,
Province of Ontario,
for Canadian Tire Bank.
Expires April 4, 2025

Exhibit "B" consists of Canadian Tire MasterCard account
number ▮Redacted▮ 0276 in the name of David W.
NEGUS-ROMVARI, said account statements for the period
of January 1, 2017, to August 8, 2024.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

EXHIBIT "C"

This is Exhibit "C" mentioned and referred to in the
Affidavit of Brandon Daniel of Canadian Tire Bank.  Sworn
before me this ___20th___ day of August, 2024.

*Julie P.M. Deri*

Julie Priscille Marie Deri
a Commissioner  etc ,
Province of Ontario,
for Canadian Tire Bank
Expires April 4, 2025

Exhibit "C" consists of Canadian Tire MasterCard account
number ███Redacted███ 0276 in the name of David W.
NEGUS-ROMVARI, said account notes from April 3,
2017, to July 26, 2024.

---

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

EXHIBIT "D"

This is Exhibit "D" mentioned and referred to in the
Affidavit of Brandon Daniel of Canadian Tire Bank.  Sworn
before  ie this ___**20th**___ day of Augı st, 2024.

*Julie P.H. Deri*

Julie Priscille Marie Deri
a Commissioner, etc.,
Province of Ontario,
for Canadian Tire Bank
Expires April 4, 2025

Exhibit "D" consists of Canadian Tire MasterCard account
number  [Redacted]  0276 in the name of David W.
NEGUS-ROMVARI, said memory message notes from
October 16, 2019, to May 9, 2024.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

EXHIBIT "E"


This is Exhibit "E" mentioned and referred to in the
Affidavit of Brandon Daniel of Canadian Tire Bank.  Sworn
before  ie this ___20th___ day of August, 2024.

*Julie P.M. Deri*

Julie Priscille Marie Der
a Commissioner, etc.,
Province of Ontario,
for Canadian Tire Bank.
Expires April 4, 2025.


Exhibit "E" consists of Canadian Tire MasterCard account
number ▇▇ Redacted ▇▇ 0276 in the name of David W.
NEGUS-ROMVARI, said SMS-Email correspondence data
from September 14, 2023, to July 25, 2024.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.

EXHIBIT "F"


This is Exhibit "F" mentioned and referred to in the
Affidavit of Brandon Daniel of Canadian Tire Bank.  Sworn
before  ıe this ____20th____ day of August, 2024.


*Julie P.M. Deri*

Julie Priscille Marie Deri
a Commissioner, etc.,
Province of Ontario,
for Canadian Tire Bank
Expires April 4, 2025.


Exhibit "F" consists of Canadian Tire MasterCard account
number Redacted 0276 in the name of David W.
NEGUS-ROMVARI, said Collection Email correspondence
data from May 16, 2023, to February 22, 2024.

Disclaimer: All images, videos, digital mediums, voice data and/or other personally identifiable information, proprietary information and other data within this document and supporting attachments are not to be distributed further without the express written consent of Canadian Tire Bank or legal and binding judicial consent. Disclosure requests are to be directed to: Corporate Security Investigations csec-sr.investigators@cantire.com.



**Specialized Services**
595 Bay St.
6th floor Toronto,
ON, M5G 2C2
Tel. 1-416-243-5646
Email: Nirupam.biswas@cibc.com

Date: August 21, 2024
Personal & Confidential

Emeka Ezeogu
Ontario Securities Commission
22nd Floor, 20 Queen Street West
Toronto ON M5H 3S8
Email: eezeogu@osc.gov.on.ca

Dear Emeka Ezeogu

Re: Summons, Date: 08/08/2024
    Our File No.: PID# 237912540

As per the above noted summons, please find the attached below:

| Account Holder | Account Type | Account No | Description | Period |
|---|---|---|---|---|
| David Negus-Romvari | Deposit | Redacted 538 / Redacted 236 | Account Opening Docs, Statements | 01-01-2018 to 10-04-2023 (Date Closed) |
| | PPS TFSA | 9807 | | 01-01-2018 to 31-07-2024 |
| | Personal Line of Credit | Redacted 8397 | | |
| | VISA Credit Card | Redacted 3287 | | |

Please note that
1) There is no account/product located for Fredirick Teddy Joseph Safranko (aka Ted Safranko, Fredirick J. Safranko) , Redacted and Traders Domain FX Ltd (aka The Traders Domain) in our records.
2) The AC# Redacted 8001 is a reloadable prepaid card, no statements are available. Also we can't locate AC# Redacted 4826 in our records.
3) For PLC AC# Redacted 8397, there is no transaction available for the given time period
4) For VISA AC# Redacted 3287, no transaction/statement is available for the period 13-03-2018 to 12-04-2018, 13-08-2022 to 12-10-2022 and 13-12-2022 to 12-08-2023 and 13-09-2023 to present.
5) There is no correspondence found for the client David Negus-Romvari in our records.
6) As per CIBC record retention policy, information and statements are available since 2018 only.
7) For CIBC closed personal account, statements are available at Bankbook Reconstruction Report format only.

Should you have any further questions, please feel free to contact the undersigned.

Re ards,

Nirupam Biswas
Third Party Demand Specialist

**EXHIBIT**
**18**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**HANCOCK WHITNEY BANK**
PO BOX 4019
GULFPORT, MS 39502
800-448-8812
CEDAR LAKE CONSUMER          026
KDUNAWA

**ACCOUNT NUMBER**

| Redacted 9926 | PREFERRED BUSINESS CHECKING |

ACCOUNT OWNER(S) NAME & ADDRESS
**SAEG CAPITAL LIMITED**
Redacted
BILOXI, MS 39532

**OWNERSHIP OF ACCOUNT - CONSUMER PURPOSE**
- [ ] INDIVIDUAL/SINGLE PARTY
- [ ] JOINT/MULTIPLE PARTY (LA/AL ONLY)
- [ ] JOINT/MULTIPLE PARTY W/ SURVIVORSHIP (FL/MS/AL/TX ONLY)
- [ ] TRUST _____
- [ ] PAYABLE ON DEATH _____

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**
- [ ] SOLE PROPRIETORSHIP
- [ ] CORPORATION:  [X] FOR PROFIT  [ ] NOT FOR PROFIT
- [ ] PARTNERSHIP  [X] LIMITED LIABILITY COMPANY
- [ ] NON PROFIT ORGANIZATION
- [ ]
BUSINESS: _____

| TYPE OF ACCOUNT | [X] CHECKING | [ ] SAVINGS |
|---|---|---|
| | [ ] MONEY MARKET | [ ] CERTIFICATE OF DEPOSIT |
| | [ ] NOW | |

This is your (check one):
[X] Permanent  [ ] Temporary  account agreement.

THE UNDERSIGNED AGREE(S) TO THE TERMS STATED ON THIS PAGE AND ACKNOWLEDGE(S) RECEIPT OF A COPY HEREOF AND THE FOLLOWING DISCLOSURES. IN ADDITION TO A COMPLETED COPY OF THE BANK'S DEPOSIT AGREEMENT WHICH CONTAINS THE TERMS AND CONDITIONS OF THE ACCOUNT, AND UNDERSIGNED HEREBY AGREES TO THE TERMS OF THE DEPOSIT AGREEMENT AND THE FOLLOWING DISCLOSURES:

- Electronic Funds Transfer Disclosure    • Privacy Policy
- Truth in Savings Disclosure    • Funds Availability Disclosure

DATE OPENED  **3/20/2020**  BY **KDUNAWA**
INITIAL DEPOSIT $ _____ **$100.00**
[ ] CASH [ ] CHECK [X] __**HWB Checking**__
FIRST PARTY:
HOME TELEPHONE # _____
BUSINESS PHONE # **228-**Redacted
DRIVER'S LICENSE # _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of _____
someone who will always _____
know your location: _____
SECOND PARTY:
HOME TELEPHONE # _____
BUSINESS PHONE # _____
DRIVER'S LICENSE # _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of _____
someone who will always _____
know your location: _____

**W9 BACKUP WITHHOLDING CERTIFICATIONS**
(Non-"U.S. Persons" - Use separate form W-8)

- [ ] By signing at right, I, _____ certify under penalties of perjury that the statements made in this section are true.

- [ ] TIN: **Non-consumer - Use separate Form W-9** The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

- [ ] Not Subject to Backup Withholding. I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

- [ ] Exempt Recipient. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

FATCA Code. The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. N/A

U.S. Person. I am a U.S. citizen or other U.S. person (as defined in the instructions).

[ _____ ]
X _____ DATE _____
SSN _____ D.O.B. _____
ID TYPE/# _____
ISSUE DATE _____ EXP. DATE _____

[ _____ ]
X _____ DATE _____
SSN _____ D.O.B. _____
ID TYPE/# _____
ISSUE DATE _____ EXP. DATE _____

[ _____ ]
X _____ DATE _____
SSN _____ D.O.B. _____
ID TYPE/# _____
ISSUE DATE _____ EXP. DATE _____

[ _____ ]
X _____ DATE _____
SSN _____ D.O.B. _____
ID TYPE/# _____
ISSUE DATE _____ EXP. DATE _____

[X] AUTHORIZED SIGNER

X _____ DATE **3-20-2020**
SSN _____ D.O.B. _____
ID TYPE/# _____
ISSUE DATE _____ EXP. DATE _____

MISSISSIPPI          01-026-CEDAR LAKE CONSUMER          FMPSCZ4 Revised 05/28/2018

**EXHIBIT**
**19**
TO THE DECLARATION OF MAURA M. VEHMEYER PURSUANT TO 28 U.S.C. § 1746

HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT, MS 39502

Account Number: ____9926   "Account"
PREFERRED BUSINESS CHECKING

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

**HANCOCK WHITNEY BANK**

Branch Name: CEDAR LAKE CONSUMER    025

Name/User ID: KDUBAWA

**SAEB CAPITAL LIMITED**
Limited Liability Company
*Redacted*
                                     Address
**BILOXI MS 39532**
City, State, and Zip Code

A.I.   _Tin Q Tran_   , certify that I am a manager of, or a member designated to act on behalf of, the above mentioned limited liability company organized under the laws of _Delaware_, Federal Employer ID Number ____ and that engaged in business under the trade name of _SAEB CAPITAL LIMITED_, and that the following is a correct copy of resolutions adopted at a duly and properly called meeting held on _3-20-2020_ of all members of the limited liability company or the persons designated by the members of the limited liability company to manage the limited liability company as provided in the articles of organization or an operating agreement, hereinafter referred to as "Managers." These resolutions appear in the minutes of that meeting and have not been rescinded or modified.

B. To be resolved that,

(1) The Financial Institution named above is designated as a depository for the funds of this limited liability company.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by this Financial Institution.

(3) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of this limited liability company with this Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(4) Any of the persons named below, so long as they act in a representative capacity as agents of the limited liability company are authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable to open this Account with the Financial Institution and for the effective exercise of the powers indicated below, from time to time with this Financial Institution, concerning funds deposited in this Financial Institution, moneys borrowed from this Financial Institution or any other business transacted by and between this limited liability company and this Financial Institution subject to any restriction stated below including, but not limited to, agreements for the issuance to authorized persons of debit and/or ATM cards, and this limited liability company agrees to, and shall be bound by, the terms and conditions of and shall otherwise be liable under the terms of all such contracts, agreements, stipulations and orders.

(5) Any and all prior resolutions adopted by the Managers and certified to this Financial Institution as governing the operation of this limited liability company's account(s), are in full force and effect, unless supplemented or modified by this authorization.

(6) This limited liability company agrees to the terms and conditions of any account agreement, properly opened by any authorized representative(s) of this limited liability company. The Financial Institution may charge this limited liability company for all checks, drafts, or other orders for the payment of moneys that are drawn on this Financial Institution.

C. Print the name(s) and title(s) of any person who is authorized to exercise the powers listed below:

TIN Q TRAN  -  _Sole member_

_____

_____

_____

- Endorse checks and orders for the payment of money and withdraw funds on deposit with this Financial Institution.

- Receive and use any debit and/or ATM card issued to him or her for the account of this limited liability company to make deposits and withdraw funds of this limited liability company, make purchases chargeable to this limited liability company and receive information, enter into transactions that may otherwise be available, from time to time, through the use of such card(s).

- Enter into written lease for the purpose of renting and maintaining a Safe Deposit Box in this Financial Institution.

D. I further certify that the Managers of this limited liability company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the foregoing resolution and to confer the powers granted to the person named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have hereunto subscribed my name on    _3-20-2020_
                                                              Date

X _____                         _____
        Manager                          Attested by One Other Manager

_Tin Q Tran_                            _____
      / Printed Name                         Printed Name

Hancock Whitney Bank, Member FDIC

MISSISSIPPI                    01-026-CEDAR LAKE CONSUMER          FXLLC11  Revised 06/26/2018

000002

DocuSign Envelope ID: 49B429CC-2922-4E93-8BB3-D652BE96DFF2

# Account Agreement

Date: _____ 06/15/2020

| Institution Name & Address |
|---|
| HOME BANK, NATIONAL ASSOCIATION |
| P O BOX 81459 |
| LAFAYETTE LA 70598-1459 |

| Internal Use |
|---|
| Account Title & Address |
| SAEG CAPITAL LTD |
| Redacted |
| BILOXI, MS 39532 |

## Owner/Signer Information 1

| | |
|---|---|
| Name | TIN QUOC TRAN |
| Relationship | Signer |
| Address | Redacted BILOXI, Mississippi 39532 |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | Driver's License   Redacted 182 MS  2/21/2017   Redacted 2025 |
| Other ID (description, details) | Occupation: OWNER |
| Employer | TD TRAN INVESTMENTS LLC |
| Previous Financial Inst. | |
| E-Mail | TINTRAN@SAEGCAPITAL.COM |
| Work Phone | (228) Redacted |
| Home Phone | (228) Redacted   Mobile Phone: |
| Birth Date | Redacted 1987   SSN/TIN: Redacted 1375 |

## Ownership of Account

The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship (not as tenants in common)
- ☐ Joint with No Survivorship (as tenants in common)

- ☐ Sole Proprietorship or Single Member LLC   ☐ Partnership
- ☐ LLC-enter tax classification (☐ C Corp   ☐ S Corp   ☐ Partnership)
- ☐ C Corporation   ☐ S Corporation   ☐ _____
- ☐ Trust-Separate Agreement Dated: _____
- ☒ FOR PROFIT CORPORATION

## Beneficiary Designation

(Check appropriate ownership above.)
- ☐ Revocable Trust   ☐ Pay-On-Death (POD)
- ☐ _____

## Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

---

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____ .

## Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms & Conditions   ☒ Truth in Savings   ☒ Funds Availability
- ☒ Electronic Fund Transfers   ☒ Privacy   ☒ Substitute Checks
- ☒ Common Features   ☐ _____

☒ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): X   [signature] Tin Tran   TIN QUOC TRAN
I.D. # Redacted 182   D.O.B. Redacted /1987

(2): X
I.D. # _____   D.O.B. _____

(3): X
I.D. # _____   D.O.B. _____

(4): X
I.D. # _____   D.O.B. _____

---

Christine Glaudi



EXHIBIT
20
TO THE DECLARATION OF MAURA M. WENMEYER PURSUANT TO 28 U.S.C. § 1746

DocuSign Envelope ID: 49B429CC-2922-4E93-8BB3-D652BE96DFF2

## Owner/Signer Information 2

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | Driver's License |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |

| Home Phone | | Mobile Phone: |
|---|---|---|
| Birth Date: | | SSN/TIN: |

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | Occupation: |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |

| Home Phone | | Mobile Phone: |
|---|---|---|
| Birth Date: | | SSN/TIN: |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | Occupation: |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |

| Home Phone | | Mobile Phone: |
|---|---|---|
| Birth Date: | | SSN/TIN: |

**Important Account Opening Information.** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

## Non-Individual Owner Information

| | |
|---|---|
| Name | SAEG CAPITAL LTD |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | Redacted          BILOXI, MS 39532 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 06/15/2020 |
| Previous Financial Inst. | Telecheck Code (if blank then Existing): |
| E-Mail | TINTRAN@SAEGCAPITAL.COM |
| Phone | (228) Redacted |
| EIN: 98-1515063 | Mobile Phone: |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| BUSINESS CHECKING4 | Redacted 2702 | $ 0.00<br>☐ Cash  ☐ Check<br>☐ _____ |
| | | $ _____<br>☐ Cash  ☐ Check<br>☐ _____ |
| | | $ _____<br>☐ Cash  ☐ Check<br>☐ _____ |

## Services Requested

☐ ATM     ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____     ☐ _____
☐ _____     ☐ _____

## Backup Withholding Certifications

(If not a "U.S. Person", certify foreign status separately)

☒ **By signing signature field (1) on this document, I certify under penalties of perjury that the statements made in this section are true and that I am a U.S. citizen or other U.S. person (as defined in the instructions).**

☒ **Taxpayer I.D. Number – TIN:** Redacted 5063
The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Backup Withholding.** I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

## Other Terms/Information

Red Flag Review Completed:
Yes

ADDITIONAL NOTES:

PORT #67845

**ACCOUNT AGREEMENT**

The First, ANBA
Metairie
1041 Veterans Blvd.
Metairie, LA 70005-0000

Agreement Date: __10/13/2020__ By: __A Cimini__
| EXISTING Account - This agreement replaces previous agreement(s).
**Account Description:** FIRST FREE BUSINESS CHECKING

| X Checking | Savings | NOW | _____
Initial Deposit $ 100.00 _____ Source: Cash

**Ownership of Account - CONSUMER Purpose**

| Individual
| Joint
| _____

| Revocable Trust    or    | Pay-on-Death Designation
as Defined in this Agreement
(Name and Address of Beneficiaries):

**Account Number:** Redacted 2712

**Account Owner(s) Name & Address**
SAEG CAPITAL LIMITED
Redacted
HARTLY, DE 19953

**Additional Information:**

**EXHIBIT
21**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Signature(s). The undersigned certifies the accuracy of the information he/she has
provided and acknowledges receipt of a completed form. The undersigned
authorizes the financial institution to verify employment history and/or have
a credit reporting agency prepare a credit report on the undersigned, as individuals.
The undersigned also acknowledge the receipt of and agree to the terms of the
following agreement(s) and/or disclosure(s):

| X Terms & Conditions   | X Truth in Savings   | X Funds Availability
| X Electronic Fund Transfers   | X Privacy   | X Substitute Checks
| X Common Features   |

The Internal Revenue Service does not require your    consent to any
provision of this document other than the certifica    tions required to
avoid backup withholding.

(1): [ X _(signature)_ ]
       TIN QUOC TRAN
I.D. # Redacted-1375       D.O.B. Redacted /1987

(2): [ X ]
I.D. # _____       D.O.B. _____

(3): [ X ]
I.D. # _____       D.O.B. _____

(4): [ X ]
I.D. # _____       D.O.B. _____

| Authorized Signer (Individual Accounts Only)

[ X ]
I.D. # _____       D.O.B. _____

**Ownership of Account - BUSINESS Purpose**

| Sole Proprietorship   | Single-Member LLC   | Partnership
| LLC *(LLC tax classification:   | C Corp | S Corp | Partnership)*
| C Corporation   | X S Corporation   | Non-Profit

**Business:** SAEG CAPITAL LIMITED

**Backup Withholding Certifications** *(Non-"U.S. Persons" - Use separate Form W-8)*

| X By signing at right, SAEG CAPITAL LIMITED _____,
certify under penalties of perjury that the statements in this section are true

| X TIN: Redacted 5063 _____ The Taxpayer Identification
Number (TIN) shown is my correct taxpayer identification number.

| X Not Subject to Backup Withholding. I am NOT subject to backup
withholding either because I have not been notified that I am subject to backup
withholding as a result of a failure to report all interest or dividends, or the Internal
Revenue Service has notified me that I am no longer subject to backup withholding.

| Exempt Recipient. I am an exempt recipient under the Internal Revenue
Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am
exempt from FATCA reporting is correct.

**U.S. Person. I am a U.S. citizen or other U.S. person (as defined
in the instructions).**

# Corporate Authorization Resolution

The First, ANBA
Metairie
1041 Veterans Blvd.
Metairie, LA 70005-0000

**By:** SAEG CAPITAL LIMITED
Redacted
HARTLY, DE 19953

*Referred to in this document as "Financial Institution"*      *Referred to in this document as "Corporation"*

I, TIN TRAN                        , certify that I am Secretary (clerk) of the above named corporation
organized under the laws of DELAWARE AND MISSISSIPPI                    , Federal Employer I.D. Number
Redacted 5063          , engaged in business under the trade name of SAEG CAPITAL LIMITED
        , and that the resolutions on this document are a correct copy of the resolutions adopted at a
meeting of the Board of Directors of the Corporation duly and properly called and held on     10/13/2020
(*date*). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**Agents.** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as
indicated below:

| Name and Title or Position | Signature | Facsimile Signature<br>*(if used)* |
|---|---|---|
| TIN QUOC TRAN,<br>DIRECTOR/TREASURER<br>A. _____ | X _~~tin tran (Nov 24, 2020 14:03 CST)~~___ | X _____ |
| B. _____ | X _____ | X _____ |
| C. _____ | X _____ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

Corporation Authorization
Bankers Systems TM
Wolters Kluwer Financial Services  © 2018

CA-1 7/1/2018
(1807).01
Page 1 of 3

**Powers Granted.** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A | (1) Exercise all of the powers listed in this resolution | 01 |
| | (2) Open any deposit or share account(s) in the name of the Corporation. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Borrow money on behalf and in the name of the Corporation, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Corporation as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest and notice of protest and notice of non-payment. | |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) Other: | |

**Limitations on Powers.** The following are the Corporation's express limitations on the powers granted under this resolution.

**Resolutions**

**The Corporation named on this resolution resolves, that**

(1) The Financial Institution is designated as a depository for the funds of the Corporation and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Board of Directors of the Corporation and certified to the Financial Institution as governing the operation of this corporation's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Corporation. Any Agent, so long as they act in a representative capacity as an Agent of the Corporation, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated in this resolution, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Corporation with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

Corporation Authorization
Bankers Systems ™
Wolters Kluwer Financial Services  © 2018

CA-1 7/1/2018
(1807).01
Page 2 of 3

(5)   The Corporation agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Corporation. The Corporation authorizes the Financial Institution, at any time, to charge the Corporation for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6)   The Corporation acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Corporation to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7)   The Corporation acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately with the Corporation with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Corporation authorizes each Agent to have custody of the Corporation's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Effect on Previous Resolutions.** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**Certification of Authority**

I further certify that the Board of Directors of the Corporation has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions stated above and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

☐   If checked, the Corporation is a non-profit corporation.
In Witness Whereof, I have subscribed my name to this document and affixed the seal of the Corporation on _____ *(date)*.

_____
tin tran (Nov 24, 2020 14:03 CST)
Secretary
TIN TRAN

_____
*Attest by One Other Officer*

---

| For Financial Institution Use Only | | |
|---|---|---|
| Acknowledged and received on  11/24/2020   *(date)* by  CPASSANT  *(initials)* | | |
| ☐   This resolution is superseded by resolution dated _____. | | |
| **Comments:** Redacted 2712-D 11/24/2020 | | |

Corporation Authorization
Bankers Systems ™
Wolters Kluwer Financial Services   2018

CA-1 7/1/2018
(1807).01
Page 3 of 3

# Certification of Beneficial Owners of Legal Entities

## The information contained in this Certification is sought pursuant to Section 1020.230 of Title 31 of the United States Code of Federal Regulations (31 CFR 1020.230).

| Financial Institution Name: | | Financial Institution Location: | |
|---|---|---|---|
| The First, ANBA Metairie | | 1041 Veterans Blvd. Metairie, LA 70005 | |
| **Financial Institution Contact Person:** | **Contact Phone Number:** | **Customer Portfolio/Identifier:** | |
| Alexandra Cimini | (504) 267-9570 | SB05102 | |

## I. General Instructions

### What is this form?

To help the government fight financial crime, Federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be used to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

### Who has to complete this form?

This form must be completed by the person opening a new account on behalf of a legal entity with any of the following U.S. financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities.

For the purposes of this form, a *legal entity* includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country. *Legal entity* does not include sole proprietorships, unincorporated associations, or natural persons opening accounts on their own behalf.

### What information do I have to provide?

This form requires you to provide the name, address, date of birth and Social Security number (or passport number or other similar information, in the case of Non-U.S. persons) for the following individuals (i.e., the **beneficial owners**):

(i) Each individual, if any, who owns, directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 25 percent or more of the shares of a corporation); **and**

(ii) An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Under section (i), depending on the factual circumstances, up to four individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified under section (i), you must provide the identifying information of one individual under section (ii). It is possible that in some circumstances the same individual might be identified under both sections (e.g., the President of Acme, Inc. who also holds a 30% equity interest). Thus, a completed form will contain the identifying information of at least one individual (under section (ii)), and up to five individuals (i.e., one individual under section (ii) and four 25 percent equity holders under section (i)). The financial institution may also ask to see a copy of a driver's license or other identifying document for each beneficial owner listed on this form.

Certification of Beneficial Owners with Verification
 2019 Wolters Kluwer Financial Services, Inc.
All rights reserved.

## II. Certification of Beneficial Owner(s)

**Persons opening an account on behalf of a legal entity must provide the following information:**

| | |
|---|---|
| **Full Name of Natural Person Opening Account:**<br>TIN TRAN | **Title of Natural Person Opening Account:**<br>MEMBER/MANAGER |
| **Type of Legal Entity for Which the Account is Being Opened:**<br>S CORPORATION | **Legal Entity Identifier (Optional):** |
| **Name of Legal Entity for Which the Account is Being Opened:**<br>SAEG CAPITAL LIMITED | |
| **Physical Address of Legal Entity for Which the Account is Being Opened:**<br>Redacted      HARTLY, DE 19953 | |
| **Account Type (Optional):**<br>FIRST FREE BUSINESS CHECKING | **Account Number (Optional):**<br>Redacted 2712 |

**Provide the following information for each individual, if any, who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity listed above:**

| Full Name<br>(Beneficial Owner) | Date of Birth<br><br>Percent of Ownership (Optional) | Address (Residential or Business Street Address) | For U.S. Persons: Social Security Number | For Non-U.S. Persons: Social Security Number, Passport Number and country of issuance, or other similar identification number |
|---|---|---|---|---|
| First        M.I.<br>TIN<br>             Q<br>Last        Suffix<br>TRAN | Redacted/1987<br><br>100.00% | Street<br>Redacted<br><br>City<br>BILOXI<br>State & Zip<br>MS,39532-0000 | Redacted-1375 | Number<br><br><br>Country of Issuance |
| First        M.I.<br><br>Last        Suffix | %  | Street<br><br>City<br><br>State & Zip | | Number<br><br>Country of Issuance |
| First        M.I.<br><br>Last        Suffix | %  | Street<br><br>City<br><br>State & Zip | | Number<br><br>Country of Issuance |
| First        M.I.<br><br>Last        Suffix | %  | Street<br><br>City<br><br>State & Zip | | Number<br><br>Country of Issuance |

| **If checked, Beneficial Owner listing requirement Not Applicable**

Certification of Beneficial Owners with Verification<br>© 2019 Wolters Kluwer Financial Services, Inc.<br>All rights reserved.

CERT-BEN-V 8/1/2019<br>(1908).00<br>Page 2 of 4

## II. Certification of Beneficial Owner(s), Continued

**Provide the following information for one individual with significant responsibility for managing the legal entity listed above, such as:**

> } An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
>
> } Any other individual who regularly performs similar functions.
>
> **(If appropriate, an individual listed under the ownership section above may also be listed in the section below).**

| Full Name/Title (of Person with Control) | Date of Birth | Address (Residential or Business Street Address) | For U.S. Persons: Social Security Number | For Non-U.S. Persons: Social Security Number, Passport Number and country of issuance, or other similar identification number[1] |
|---|---|---|---|---|
| First                          M.I. <br> TIN <br><br> Last          Suffix <br> TRAN            O <br><br> Title <br> MEMBER/MANAGER | Redacted/1987 | Street <br> Redacted <br><br> City <br> BILOXI <br> State & Zip <br> MS, 39532-0000 | Redacted-1375 | Number <br><br><br> Country of Issuance |

[1] In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

I, TIN TRAN *(name of natural person opening account)* hereby certify, to the best of my knowledge, that the information provided above is complete and correct. Also, the Legal Entity named above agrees to notify the Financial Institution of any change in the beneficial ownership information on this Certification.

Signature: _(signature)_          Date: 10/13/2020

### For Institution Use Only:

| Name of Beneficial Owner | Type of Document | Document ID Number | Place of Issuance | Date of Issuance | Expiration Date |
|---|---|---|---|---|---|
| TIN <br> TRAN | DRIVER'S LICENSE | Redacted4182 | | 06/16/2020 | 02/05/2025 |
| | | | | | |
| | | | | | |
| | | | | | |
| TIN <br> TRAN | DRIVER'S LICENSE | Redacted4182 | | 06/16/2020 | 02/05/2025 |

Certification of Beneficial Owners with Verification <br> 2019 Wolters Kluwer Financial Services, Inc. <br> All rights reserved.

CERT-BEN-V 8/1/2019 <br> (1908).00 <br> Page 3 of 4

## II. Certification of Beneficial Owner(s), Continued

**Additional Information:**

Certification of Beneficial Owners with Verification
2019 Wolters Kluwer Financial Services, Inc.
All rights reserved.

CERT-BEN-V 8/1/2019
(1908).00
Page 4 of 4

## ACCOUNT AGREEMENT

The First, ANBA
Metairie (219)
1041 Veterans Blvd.
Metairie, LA 70005-0000

Account Number: Redacted R504

Account Owner(s) Name & Address
SACAP HOLDINGS INC
Redacted
BILOXI,MS 39532

Agreement Date:  08/04/2021  By: C Passantino

I  EXISTING Account - This agreement replaces previous agreement(s).
**Account Description:** FIRST FREE BUSINESS CHECKING

IX Checking  I  Savings  I  NOW  I  _____
Initial Deposit $ 100.00  Source: Other

Ownership of Account - CONSUMER Purpose

I  Individual
I  Joint
I  _____

I  Revocable Trust  or  I  Pay-on-Death Designation
as Defined in this Agreement
(Name and Address of Beneficiaries):

Additional Information:

**EXHIBIT**
**22**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 38 U.S.C. § 1746

Signature(s). The undersigned certifies the accuracy of the information he/she has
provided and acknowledges receipt of a completed form. The undersigned
authorizes the financial institution to verify credit/employment history and/or have
a credit reporting agency prepare a credit report on the undersigned, as individuals.
The undersigned also acknowledge the receipt of and agree to the terms of the
following agreement(s) and/or disclosure(s):

IX  Terms & Conditions  IX  Truth in Savings  IX  Funds Availability
I  Electronic Fund Transfers  IX  Privacy  I  Substitute Checks
IX  Common Features  I

The Internal Revenue Service does not require your   consent to any
provision of this document other than the certifica   tions required to
avoid backup withholding.

(1):  [  X  Tin Tran (Aug 4, 2021 13 08 CDT)  ]
        TIN QUOC TRAN
        I.D. # Redacted -1375    D.O.B. Redacted /1987

(2):  [  X  ]
        I.D. # _____    D.O.B. _____

Ownership of Account - BUSINESS Purpose

I  Sole Proprietorship  I  Single-Member LLC  I  Partnership
I  LLC (LLC tax classification:  I  C Corp  I  S Corp  I  Partnership)
I  C Corporation  IX  S Corporation  I  Non-Profit
I

Business: PROJECT DEV, BUSINESS BUILDING AN

(3):  [  X  ]
        I.D. # _____    D.O.B. _____

Backup Withholding Certifications (Non-"U.S. Persons" - Use separate Form W-8)

IX  By signing at right, SACAP HOLDINGS INC
certify under penalties of perjury that the statements in this section are true

IX  TIN: Redacted 0979 _____ The Taxpayer Identification
Number (TIN) shown is my correct taxpayer identification.

IX  Not Subject to Backup Withholding. I am NOT subject to backup
withholding either because I have not been notified subject to backup
withholding as a result of a failure to report all interest or dividends, or the Internal
Revenue Service has notified me that I am no longer subject to backup withholding

I  Exempt Recipient. I am an exempt recipient under the Internal Revenue
Service Regulations. Exempt payee code (if any) .

FATCA Code. The FATCA code entered in this form (if any) indicating that I am
exempt from FATCA reporting is correct.

U.S. Person. I am a U.S. citizen or other U.S. pers on (as defined
in the instructions).

(4):  [  X  ]
        I.D. # _____    D.O.B. _____

I  Authorized Signer (Individual Accounts Only)

[  X  ]
I.D. # _____    D.O.B. _____

**ACCOUNT INFORMATION**
**CHECKING ACCOUNT**



**AllegianceBank**

8727 W. Sam Houston Parkway N
Houston, TX 77040

Immediate assistance
Phone: 281-894-3200
Email: customerservice@allegiancebank.com
24 Hour Telephone Banking: 866-334-5834
Allegiancebank.com

## ACCOUNT TITLE AND ADDRESS

Secap Holdings LLC
Redacted
Katy, TX 77493

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | DOCUMENT CREATION DATE | INITIAL DEPOSIT |
|---|---|---|---|---|---|
| January 27, 2022 | Redacted 4669 | Limited Liability Company Tax Classification: S | BUSINESS CHECKING PLUS | 01/27/2022 | $0.00 |

## BUSINESS ENTITY INFORMATION

| | |
|---|---|
| Name: | Secap Holdings LLC |
| Address: | Redacted |
| | Katy, TX 77493 |
| Contact Name: | Tin Ouoc Tran |
| Contact Title: | Member |
| Contact Phone: | (228) Redacted |

| | |
|---|---|
| Business Filing State: | TX |
| Date Established: | January 22, 2022 |
| Nature of Business: | Trading |
| NAICS/ISIC Code: | 523110 |
| Resolution Date: | January 27, 2022 |

**Customer does not engage in Internet Gambling.**

**DEFINITIONS.** "You," "your," and "account owner" refer to the Customer, whether or not there are one or more Customers named on the account, and the terms "we", "us," and "our" refer to the Bank, Allegiance Bank.

**ADDITIONAL TERMS.**
**TELEPHONE AND ELECTRONIC COMMUNICATION.** You agree that we may call or send text messages to you at the telephone numbers that you provide to us, including a cell phone number, which may result in charges to you, for informational purposes regarding your account(s) with us. These calls and text messages may be made from an automatic telephone dialing system (i.e., an autodialer) or from an artificial or prerecorded voice message system. Additionally, you agree that we may send electronic communication to you at the email addresses you provide to us. You may contact us at any time if you no longer want to receive these communications from us.

> IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
> To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.
>
> What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**ACKNOWLEDGMENT.** By signing this document, you acknowledge that you have opened the type of account designated above. The undersigned certify that all information provided to the Bank is true and accurate. As the account is in the name of a business entity, you acknowledge that you are acting on behalf of the business entity, and with respect to which you have legal authority to transact business. All signers authorize this Bank to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account.

Your signature acknowledges the receipt of the appropriate Account Agreement for the type of account designated above and that you agree to be bound by the Account Agreement. You acknowledge that you have received the following document(s):
- Substitute Check Policy Disclosure
- Funds Availability Policy Disclosure
- Fee Schedule

**Certification**: Customer certifies that no changes have been made to the previously provided information regarding Beneficial Ownership and/or Controlling Person.

**EXHIBIT**

**23**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

© 2001-2021 Compliance Systems, LLC 7625a6ce-45caf221 - 2021 101 26 3
Account Information - Checking Account DD8002

Page 1 of 3

www.compliancesystems.com



**One Signer Required for Withdrawals**

Secap Holdings LLC

_____ (Seal)

_____        _____

By: Tin Ouoc Tran                    Date

Its: Member

Redacted

| | | | | |
|---|---|---|---|---|
| **Signer:** | Tin Ouoc Tran | | Tax ID Number: | XXX-XX-1375 |
| Address: | Redacted | | Date of Birth: | Redacted 1987 |
| | Katy, TX 77493 | | Cellular: | (228) Redacted |
| Title/Capacity: | Member | | | |

## TAXPAYER IDENTIFICATION NUMBER (T.I.N.) CERTIFICATION

Redacted 2697

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions for the IRS Form W-9), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**Signature of U.S. person:**

_____ (Seal)

Tin Ouoc Tran                                    Date

Exemptions (see IRS Form W-9 instructions):

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Redacted

DocuSign Envelope ID: E15BBCE7-5311-44B2-9BC5-DB29CEADED99

**ACCOUNT INFORMATION**
CHECKING ACCOUNT



≡ **CADENCE**
**BANK**

RETAIL TX HOU MEMORIAL
10260 WESTHEIMER, SUITE 100 HOUSTON TX 77042

## ACCOUNT TITLE AND ADDRESS

SECAP HOLDINGS LLC
Redacted
KATY, TX 77493

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | INITIAL DEPOSIT |
|---|---|---|---|---|
| February 16, 2022 | Redacted 5830 | Limited Liability Company Tax Classification: C | IGNITE FOR BUSINESS | |

### BUSINESS ENTITY INFORMATION

| | | | |
|---|---|---|---|
| Name: | SECAP HOLDINGS LLC | Business Filing State: | TX |
| Address: | Redacted | Date Established: | January 21, 2022 |
| | KATY, TX 77493 | Nature of Business: | HOLDING COMPANY |
| CELL PHONE NUMBER: | (228) Redacted | Resolution Date: | February 16, 2022 |
| | | OFAC: | Yes |
| E-Mail Address: | Mti9holdingsllc@ Redacted | ChexSystems: | Yes |
| Contact Name: | TIN QUOC TRAN | Source of Funds: | CASH |
| Contact Title: | MANAGING MEMBER | | |
| Contact E-Mail: | Mti9holdingsllc@ Redacted | Customer does not engage in Internet Gambling. | |

DEFINITIONS. "You," "your," and "account owner" refer to the Customer, whether or not there are one or more Customers named on the account, and the terms "we," "us," and "our" refer to the Bank, CADENCE BANK.

ACKNOWLEDGMENT. By signing this document, you acknowledge that you have opened the type of account designated above. The undersigned certify that all information provided to the Bank is true and accurate. As the account is in the name of a business entity, you acknowledge that you are acting on behalf of the business entity, and with respect to which you have legal authority to transact business. All signers authorize this Bank to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account.

Your signature acknowledges the receipt of the appropriate Account Agreement for the type of account designated above and that you agree to be bound by the Account Agreement. You acknowledge that you have received the following document(s):
 • Funds Availability Policy Disclosure
 • Fee Schedule

One Signer Required for Withdrawals

SECAP HOLDINGS LLC
*TIN QUOC TRAN*          2/16/2022 | 6:33 PM CST
By: TIN QUOC TRAN          Date
Its: MANAGING MEMBER

**EXHIBIT**
**24**
TO THE DECLARATION OF MAURA M. WEHMEYER PURSUANT TO 28 U.S.C. § 1746

DocuSign Envelope ID: E15BBCE7-5311-44B2-9BC5-DB29CEADED99

| Signer: | **TIN QUOC TRAN** | Tax ID Number: | XXX-XX-1375 |
| Address: | Redacted | Date of Birth: | Redacted 1987 |
| | KATY, TX 77493 | Cell Phone: | (228) Redacted |
| Title/Capacity: | **MANAGING MEMBER** | Email Address: | Mt9holdingsllc@Redacted |
| | | Unique Identifier: | |

**Identification Document**
Driver's License/State ID: XXXXX4182
ID Issued By: MS
ID Issuing Location: MS
ID Expiration: February 5, 2025
Verification Notation: Drivers license format valid by ALEJANDRO SANTOYO MARTINEZ

## TAXPAYER IDENTIFICATION NUMBER (T.I.N.) CERTIFICATION          Redacted 2697

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions for the IRS Form W-9), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**Signature of U.S. person:**                                    Exemptions (see IRS Form W-9 instructions):

                                                                 Exempt payee code (if any) _____

*TIN QUOC TRAN*          2/16/2022  |  6:33 PM CST  Exemption from FATCA reporting code (if any) _____
TE45DB3C2AZ4CZ
TIN QUOC TRAN                       Date

## ACCOUNT AGREEMENT

| | |
|---|---|
| VERITEX COMMUNITY BANK<br>Research Forest<br>1455 Research Forest Drive<br>Shenandoah, TX 77380-0000 | **Account Number:** Redacted 848 |

**Agreement Date:** _01/27/2022_ **By:** _V18LMAIE_

☐ EXISTING Account - This agreement replaces previous agreement(s).

☐ This is a Temporary account agreement.

**Account Description:** E-BUSINESS CHECKING

☒ Checking ☐ Savings ☐ NOW ☐ _____

Initial Deposit $ _6,000,000.00_   Source: _Other_

**Account Owner(s) Name & Address**

SECAP HOLDINGS LLC
Redacted
KATY, TX 77493

### Ownership of Account - CONSUMER Purpose

☐ The types of accounts provided by Texas law have been disclosed on the separate Single-Party or Multiple-Party Account Selection Form Notice (Selection Form Notice), on which the undersigned have initialed to designate the ownership type selected. The undersigned acknowledge(s) receipt of a copy of the completed Selection Form Notice.

☐ _____

### Ownership of Account - BUSINESS Purpose

☐ Sole Proprietorship ☒ Single-Member LLC ☐ Partnership

☐ LLC *(LLC tax classification:* ☐ *C Corp* ☐ *S Corp* ☐ *Partnership)*

☐ C Corporation ☐ S Corporation ☐ *Non-Profit*

☐ _____

**Business:** Open-End Investment Funds

**Additional Information:**

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability

☐ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks

☐ Common Features

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [ X ~~tnth~~ ]

TIN QUOC TRAN

I.D. # Redacted 1375   D.O.B. Redacted /1987

(2): [ X ]

I.D. # _____   D.O.B. _____

(3): [ X ]

I.D. # _____   D.O.B. _____

(4): [ X ]

I.D. # _____   D.O.B. _____

☐ The person(s) named below are Convenience Signers only (not owners)

### Backup Withholding Certifications *(Non-"U.S. Persons" - Use separate Form W-8)*

☒ By signing at right, I, _SECAP HOLDINGS LLC_ certify under penalties of perjury that the statements made in this section are true.

☒ TIN: Redacted 2697   The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ Not Subject to Backup Withholding. I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipient. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).

[ X ]

I.D. # _____   Other _____

[ X ]

I.D. # _____   Other _____

**EXHIBIT**

**25**

TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

# Limited Liability Company Authorization Resolution

VERITEX COMMUNITY BANK
Research Forest
1455 Research Forest Drive
Shenandoah, TX 77380-0000

**By:** SECAP HOLDINGS LLC
Redacted
KATY, TX 77493

*Referred to in this document as "Financial Institution"*

*Referred to in this document as "Limited Liability Company"*

I, TIN QUOC TRAN                    , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of TEXAS                    ,
Federal Employer I.D. Number Redacted 2697          , engaged in business under the trade name of SECAP HOLDINGS LLC                    , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on     01/22/2022 (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**Agents.** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature *(if used)* |
|---|---|---|
| TIN QUOC TRAN, MANAGING MEMBER | | |
| A. _____ | X _____ | X _____ |
| B. _____ | X _____ | X _____ |
| C. _____ | X _____ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

Limited Liability Company Authorization Resolution
©2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 1 of 4

**Powers Granted.** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| A | (1) | Exercise all of the powers listed in this resolution. | 01 |
| | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) | Other: | |

**Limitations on Powers.** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**Resolutions**

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 2 of 4

Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated within this document, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Limited Liability Company Authorization Resolution
©2016 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2016
(1609).00
Page 3 of 4

**Effect on Previous Resolutions.** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**Certification of Authority**

I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions stated above to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have subscribed my name to this document of the Limited Liability Company on _____
         *(date)*.

_____          _____
**Manager or Designated Member**           *Attest by One Other Manager or Designated Member*
TIN QUOC TRAN

---

**For Financial Institution Use Only**

Acknowledged and received on    01/27/2022    *(date)* by _____ *(initials)*
☐ This resolution is superseded by resolution dated              V18LMAIE

**Comments:**

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(18091.00
Page 4 of 4

## ACCOUNT AGREEMENT

WALLIS BANK - ALMEDA
10055 ALMEDA GENOA ROAD ST 100
HOUSTON TX 77075

Agreement Date: __03/24/2022__ By: __Sylvia Silva__

☐ EXISTING Account - This agreement replaces previous agreement(s).
☐ This is a Temporary account agreement.
Account Description: BUSINESS CHECKING

☒ Checking ☐ Savings ☐ NOW ☐ _____
Initial Deposit $ 1,000.00          Source: CASH

**Ownership of Account - CONSUMER Purpose**

☐ The types of accounts provided by Texas law have been disclosed on the separate Single-Party or Multiple-Party Account Selection Form Notice (Selection Form Notice), on which the undersigned have initialed to designate the ownership type selected. The undersigned acknowledge(s) receipt of a copy of the completed Selection Form Notice.
☐ _____

**Ownership of Account - BUSINESS Purpose**

☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☒ LLC (LLC tax classification: ☐ C Corp ☐ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ Non Profit
☐ _____
Business: GENERAL MANAGEMENT CONSULTING SERVICES

Additional Information:

**Backup Withholding Certifications** (Non-"U.S. Person" - Use separate Form W-8)

☒ By signing at right, I, TIN QUOC TRAN _____
certify under penalties of perjury that the statements made in this section are true.

☒ TIN Redacted2697         The Taxpayer Identification
Number (TIN) shown is my correct taxpayer identification number.

☒ Not Subject to Backup Withholding. I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipient. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

FATCA Code. The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

U.S. Person. I am a U.S. citizen or other U.S. person (as defined in the instructions).

Account Number: Redacted7914

Account Owner(s) Name & Address
SECAP HOLDINGS LLC

Redacted

KATY          TX  77493-8122

Signature(s). The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure/risk.

☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability
☒ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks
☐ Common Features ☐ _____

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1):  ☐X
        TIN QUOC TRAN
      I.D. # Redacted8246       D.O.B. Redacted1987

(2):  ☐X
      I.D. # _____       D.O.B. _____

(3):  ☐X
      I.D. # _____       D.O.B. _____

(4):  ☐X
      I.D. # _____       D.O.B. _____

☐ The person(s) named below are Convenience Signers only (not owners)

      ☐X
      I.D. # _____       Other _____

      ☐X
      I.D. # _____       Other _____

Signature Card TX
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2016

MPSC-LA2-TX 1/15/2016
Page 1 of 1

EXHIBIT
26
TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**WALLISBANK**

**Commercial Account Application**
**CIP Risk Analysis Sheet**

Form must be typed
Use for adding signer on an existing Commercial Account (existing owner MUST be present)

Date 03/24/2022

Company Name SECAP HOLDINGS LLC                     Account Number [Redacted]7914

☑ New Commercial Portfolio # 34753               Opening Deposit Amount $ 3,000,000.00

☐ Existing Commercial Portfolio #      ☐ No Change Required   ☑ Changes Required- Make changes below

   Change in Ownership or Entity Authorized Signers   ☐ No        ☐ Yes- Explain

Opening Deposit Source of Funds   ☐ Check   ☐ Cash   ☐ Internal Transfer   ☑ Wire   ☐ Other

Type of Deposit:   ☑ Checking / Money Market   ☐ Savings   ☐ Certificate of Deposit   ☐ Other

How did you hear about Wallis Bank? REFERRAL- [Redacted]

Name of Entity or Individual SECAP HOLDINGS LLC          DBA Name

Taxpayer ID Number [Redacted]7897

Certificate of Good Standing SOS Number (If not in Good Standing, do not open account) 804307511

      ☑ Texas   ☐ California   ☐ Other State** (explain)

Business Physical Address Redacted

City KATY                          State TX        Zip Code +4 (www.usps.com) 77493-8122

Business Mailing Address Redacted

City KATY                          State TX        Zip Code +4 (www.usps.com) 77493-8122

Business Phone (228) Redacted          Fax                      Cell

E-mail secapholdingsllc@gmail.com                          Website

Type of Business GENERAL MANAGEMENT CONSULTING SERVICES          NAICS Code (www.naics.com) 541611

Entity / Business Prior and Other Banking Relationships (Include Bank Name and City / State)
N/A

**Due Diligence Questions**

1   Will your business use an ATM / debit card?
     ☑ No   ☐ Yes- If so, please check type of usage below
          ☐ Local Usage   ☐ Statewide Usage   ☐ International Usage- List Countries

2   Will your business have an ATM Machine?
     ☑ No   ☐ Yes- How Many? 0

3   Is the ATM privately owned?
     ☑ No   ☐ Yes- Please list the name of the business contracted to service the ATM N/A

4   If #2 or #3 above is Yes, where are the funds coming from to replenish the ATM Machine? N/A

5   What is the expected daily withdrawal activity for the ATM? $ 0.00

6   How much and at what frequency is the cash being added to the ATM? N/A

7   Is there a limit to the amount a customer can withdrawal?
     ☑ No   ☐ Yes- What is the amount? $ 0.00

8   Will your business be engaging in an Internet Gambling Business?
     ☑ No   ☐ Yes- Explain N/A

9   If your business is a convenience store, do you have any gaming machines in your store?
     ☑ No   ☐ Yes- How do you pay out your winnings? N/A

10   If applying for a Credit Card, please list expected use (i.e. Purpose / Credit Limit) N/A

11   Will your business be using an armored car service to being deposits and / or pick up cash orders to Wallis State Bank?
     ☑ No   ☐ Yes- What is the name of the armored car service? N/A
          The bank will need a copy of the armored car agreement and a completed W-9 from the armored card service company

What Type of Services does your Business Offer? (Mark all that apply)

☐ Check Cashing          ☐ ATM Machine Service          ☐ Seller / Redeemer of Money Orders
☐ Money Transmitter      ☐ Privately Owned ATM          ☐ Seller / Redeemer of Travelers Checks
☐ Convenience Store (sells gas, groceries, liquor, prepared food, Lotto, etc.)   ☐ Seller / Redeemer of Prepaid / Store Value Cards

Are you a Registered MSB?   ☑ No   ☐ Yes - Must provide a copy of your FinCEN Registration
If purpose of the account is Check Cashing and / or Money Service Business, approval must be obtained prior to opening.  Have customer complete Check Cashing / MSB Application found in W Drive: Check Cashing and MSB

If a Seller / Redeemer of Money Orders, are you operating as an agent?          ☑ No   ☐ Yes, List Agent N/A

If a Money Transmitter, are you operating as an agent?                          ☑ No   ☐ Yes, List Agent N/A

If a Seller of Prepaid / Store Value Cards, are you operating as an agent (i.e. telephone cards)?   ☑ No   ☐ Yes, List Agent N/A

Employee Opening and Scanned Account SY\,VIA SILVA                     Date 03/24/2022

Employee Verified (Docs, Scanned, Acct & Signature Card) *Nancy Bowles*   Date 3/28/2022

01012019

**Commercial Account Application & CIP Risk Analysis Sheet**

Company Name: BECAP HOLDINGS LLC        Account Number: ▮▮▮▮7914        Portfolio # 34763

☑ Telecheck Code ___ OIA ___ (Comparison to fraud / bad check database)
*Important Telecheck Code 4 and others must be approved by: VP Ops / BT P Ops / Senior Lending Officer or President*
☑ Verified for correct US Postal Service Data (www.usps.com) – Used for Government Reporting
☐ Accurint (www.accurint.com) – Cross reference of Name & Address validation – If applicable for verification – Print
☐ Fiserv System OFAC Check – If possible match, "Print Screen" and email OFAC
☐ PublicData.com (Extra validation of driver's license / cross check of license number and address) if applicable – Print
☑ Certificate of Good Standing, if applicable (http://www.sos.state.tx.us/corp/index.html) (http://kepler.sos.ca.gov/) – Print
☐ Credit Bureau Report – Loan Application Required – Print

**CIP Secondary Information** – Select the appropriate box for Secondary Documentation Information
*Make a copy and scan documents (Must have name and physical address on document)*
☐ Current Utility Bill        ☐ Financial Statement        ☐ Tax Return
☐ Trade References        ☐ Dunn & Bradstreet        ☐ Other _____

Discrepancies noted and method of resolution:
N/A

**Commercial Risk Analysis**
Add each risk factor below that applies to the Customer / Account. Select all that apply.

| | Business Relationship | | Customer Present | | Tax ID Number |
|---|---|---|---|---|---|
| 2 | | 1 | | 1 | |
| ☐ 1 = Existing | | ☑ 1 = Present at Opening | | ☑ 1 = With TIN | |
| ☑ 2 = New | | ☐ 2 = Not Present at Opening** | | ☐ 2 = Without TIN (must be applied for, copy required) | |

**1**  Products (Mark all that apply)
☑ 1 = DDA , Money market / NOW Account        ☐ 2 = Savings / Certificate of Deposit        ☐ 2 = Safe Deposit Box

**0**  Loan (Loan Application Required)
☐ 1 = CD Secured Loans / Documentary Letters of Credit        ☐ 2= Real Estate / Commercial RE
☐ 1 = Consumer Credit Card        ☐ 2 = Asset based Loan, Equipment, Floor Plan
☐ 1 = Mortgage Loan        ☐ 2 = SBA
☐ -2 = Existing Loan Relationship        ☐ 3 = Commercial Credit Card
☐ 2 = Business Construction / Development        ☐ 1= Commercial Line of Credit / Letter of Credit / Standby Letter of Credit
☐ 2 = Consumer Loan        ☐ 4 = Unsecured

**2**  Organization Type
☐ 1 = Estates        ☐ 4 = Sole Proprietor
☐ 2 = Business / Guardianship / Living Trust / Irrevocable Trust / Escrow Account        ☐ 6 = Lodge / Association
☑ 2 = Corporation / Partnership (verbal / written) / LLC        ☐ 10 = Non-Profit / IOLTA

| **3**  Frequency of Deposit | **8**  Type of Deposits (Mark all that apply) | **6**  Method of Withdrawals (Mark all that apply) |
|---|---|---|
| ☐ 1 = Monthly | ☐ 1 = Cash / Direct Deposit | ☐ 1 = Cash / Bill Pay / ACH |
| ☐ 2 = Semi-Monthly | ☑ 2 = Checks | ☐ 2 = Checks |
| ☑ 3 = Weekly | ☐ 3 = Wires Domestic (Incoming) | ☑ 3 = Wires Domestic (Outgoing) |
| ☐ 4 = Semi-Weekly | ☐ 5 = Deposit cash over $10,000 | ☐ 9 = Cash withdrawals over $10,000 |
| ☐ 5 = Daily | ☐ 5 = Conduct Foreign Wires | ☐ 3 = Conduct Foreign Wires |

**0**  Business Type
☐ 10 = Money Service Business        ☐ 10 = Convenience Store        ☐ 10 = Liquor Store
☐ 10 = Parking Garage        ☐ 10 = Foreign (off-shore) Corp        ☐ 10 = Jewelry & Gem Dealer
☐ 7 = Truck Stop        ☐ 10 = Import / Export Company        ☐ 10 = Stock Brokerage or Investment Firm
☐ 7 = Restaurant        ☐ 10 = Travel Agency        ☐ 10 = Used Car Dealers
☐ 7 = Retail Store        ☐ 10 = Professional Service Providers (Lawyers, Accountants, Brokers)

**4**  Anticipated Monthly Deposit Volume
☐ 1 = Less than $3,000        ☐ 10 = Non-Resident Alien*
☐ 2 = $3,000 - $7,000        ☐ 10 = No Valid Taxpayer ID Number***
☐ 3 = $7,000 - $10,000        ☐ 10 = Politically Exposed Person (PEP)***
☑ 4 = Over $10,000        ☐ 10 = Business Ties to a Non-Cooperative Country***

Add up Total Risk Score ____ 24 ____   Use this score below to determine the customer's CIP Risk Rating.

Total Risk Score        0 - 10 = Low = 1
Total Risk Score        11 - 34 = Med = 2        CIP Risk Rating ____ MED 2 ____
Total Risk Score        25 - 40 = High = 3
Total Risk Score        41 & over = Extreme High = 6

\*   Need approval PRIOR to opening account: Br Mgr / Assistant & VP Br Ops / SVP Ops / President or Executive Management
\*\*  Requires prior approval before opening: Assistant & VP Br Ops / SVP Ops / President or Executive Management
\*\*\* Customer must be reviewed and approved PRIOR to opening by one of the following: Assistant & Br Ops / SVP Ops / President or Senior Lending Officer. The Officer that approves an account opening MUST be identified on the account – "Message Field" located on the system (i.e. Banks Teller approved CIP Risk Opening)
—   Non-Cooperative Country List        www.state.gov/j/ct/rls/crt/content/info        www.fincen.gov        www.fatf-gafi.org

03/01/2015

## ACCOUNT AGREEMENT

VERITEX COMMUNITY BANK
Research Forest
1455 Research Forest Drive
Shenandoah, TX 77380-0000

Agreement Date: __10/13/2021__  By: __VI8MTHAC__
[ ] EXISTING Account  This agreement replaces previous agreement(s)
[ ] This is a Temporary account agreement.
**Account Description:** COMMERCIAL CHECKING

[X] Checking  [ ] Savings  [ ] NOW  [ ] _____
Initial Deposit $ 300.00  Source: Check

### Ownership of Account - CONSUMER Purpose

[ ] The types of accounts provided by Texas law have been disclosed on the separate Single-Party or Multiple-Party Account Selection Form Notice (Selection Form Notice), on which the undersigned have initialed to designate the ownership type selected. The undersigned acknowledge(s) receipt of a copy of the completed Selection Form Notice.

[ ] _____

### Ownership of Account - BUSINESS Purpose

[ ] Sole Proprietorship   [X] Single Member LLC   [ ] Partnership
[ ] LLC (LLC tax classification: [ ] C Corp [ ] S Corp   [ ] Partnership)
[ ] C Corporation  [ ] S Corporation   [ ] Non-Profit
[ ] _____

**Business:** REAL ESTATE INVESTMENT

**Additional Information:**

### Backup Withholding Certifications (Non-"U.S. Persons" Use separate Form W-8)

[X] By signing at right, I, NTT9 HOLDINGS LLC certify under penalties of perjury that the statements made in this section are true.

[X] TIN: Redacted 102S  The Taxpayer Identification Number (TIN shown above is my correct taxpayer identification number.

[X] Not Subject to Backup Withholding. I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] Exempt Recipient. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).

Account Number: Redacted 2225

**Account Owner(s) Name & Address**
NTT9 HOLDINGS LLC
Redacted
KATY, TX 77493

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy of and agree to the terms of the following agreement(s) and/or disclosure(s):

[X] Terms & Conditions  [ ] Truth in Savings  [X] Funds Availability
[ ] Electronic Fund Transfers  [X] Privacy  [X] Substitute Checks
[ ] Common Features  [ ]

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): X _____
TIN QUOC TRAN
I.D. # Redacted -1375   D.O.B. Redacted /1987

(2): X _____
I.D. # _____  D.O.B. _____

(3): X _____
I.D. # _____  D.O.B. _____

(4): X _____
I.D. # _____  D.O.B. _____

| The person(s) named below are Convenience Signers and/or (not owners)

X _____
I.D. # _____  Other _____

X _____
I.D. # _____  Other _____

**EXHIBIT**
**27**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

# Limited Liability Company Authorization Resolution

| | |
|---|---|
| VERITEX COMMUNITY BANK<br>Research Forest<br>1455 Research Forest Drive<br>Shenandoah, TX 77380 0000 | **By:** MIT9 HOLDINGS LLC<br>Redacted<br>KATY, TX 77493 |
| *Referred to in this document as "Financial Institution"* | *Referred to in this document as<br>"Limited Liability Company"* |

I, TIN QUOC TRAN                                    , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of TEXAS                                    ,  Federal Employer I.D. Number Redacted 1025         , engaged in business under the trade name of MIT9 HOLDINGS LLC                                    , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on        10/7/2021        (*date*). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**Agents.** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature<br>(*if used*) |
|---|---|---|
| TIN QUOC TRAN, PRESIDENT | | |
| A. | X | X |
| B. | X | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

Limited Liability Company Authorization Resolution<br>© 2018 Wolters Kluwer Financial Services, Inc.<br>All rights reserved

**Powers Granted.** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| A_____ | (1) | Exercise all of the powers listed in this resolution. | 01_____ |
| _____ | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) | Other: | _____ |

**Limitations on Powers.** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

### Resolutions

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 2 of 4

Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated within this document, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 3 of 4

**Effect on Previous Resolutions.** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**Certification of Authority**

I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions stated above to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have subscribed my name to this document of the Limited Liability Company on _____ *(date)*.

_____
*Manager or Designated Member*
TIN QUOC TRAN

_____
*Attest by One Other Manager or Designated Member*

**For Financial Institution Use Only**

Acknowledged and received on    10/13/2021    *(date)* by _____ V1BMTHAC *(initials)*
⊔ This resolution is superseded by resolution dated _____ .

**Comments:**

Limited Liability Company Authorization Resolution
©2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 8/1/2018
(1808100)
Page 4 of 4

## ACCOUNT AGREEMENT

The First, ANBA
Metairie
1041 Veterans Blvd.
Metairie, LA 70005-0000

Account Redacted 2720
Number:

Agreement Date: 10/13/2020 By: A Cimini
☒ EXISTING Account - This agreement replaces previous agreement(s).
Account Description: FIRST FREE BUS CK

Account Owner(s) Name & Address
TD TRAN INVESTMENTS LLC
Redacted
BILOXI, MS 39532

☒ Checking ☐ Savings ☐ NOW ☐ _____
Initial Deposit $ _____ Source: _____

Ownership of Account - CONSUMER Purpose
☐ Individual
☐ Joint
☐ _____

Additional Information:

EXHIBIT
28
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

☐ Revocable Trust   or   ☐ Pay-on-Death Designation
as Defined in this Agreement
(Name and Address of Beneficiaries):

Signature(s). The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):
☒ Terms & Conditions ☒ Truth in Savings ☒ Funds Availability
☒ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks
☒ Common Features ☐ _____

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): X _____
Tin Tran (Dec 9, 2020 09:01 CST)
TIN QUOC TRAN
I.D. # Redacted -1375   D.O.B. Redacted 1987

Ownership of Account - BUSINESS Purpose
☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☒ LLC  (LLC tax classification: ☐ C Corp ☒ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ Non-Profit
☐ _____

Business: TD TRAN INVESTMENTS LLC

(2): X _____
I.D. # _____ D.O.B. _____

Backup Withholding Certifications (Non-"U.S. Persons" - Use separate Form W-8)

☒ By signing at right, I, TD TRAN INVESTMENTS LLC certify under penalties of perjury that the statements made in this section are true.

☒ TIN: Redacted 6630 _____ The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ Not Subject to Backup Withholding. I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipient. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

FATCA Code. The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

U.S. Person. I am a U.S. citizen or other U.S. person (as defined in the instructions).

(3): X _____
I.D. # _____ D.O.B. _____

(4): X _____
I.D. # _____ D.O.B. _____
☐ Authorized Signer (Individual Accounts Only)

X _____
I.D. # _____ D.O.B. _____

Modified by:
Signature Card-LA
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2016
Alexandra Cimini
MPSC-LAZ-LA 1/15/2016
Page 1 of 1

DocuSign Envelope ID: 49B429CC-2922-4E93-8BB3-D652BE96DFF2

# Account Agreement

Date: _____ 06/15/2020 _____

| **Institution Name & Address** |
|---|
| HOME BANK, NATIONAL ASSOCIATION |
| P O BOX 81459 |
| LAFAYETTE LA 70598-1459 |

**Internal Use**

**Account Title & Address**
TD TRAN INVESTMENTS LLC

Redacted
BILOXI, MS 39532

Enter **Non-Individual Owner** Information on page 2. There is additional **Owner/Signer** Information space on page 2.

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____ .

## Owner/Signer Information

| | |
|---|---|
| **Name** | TIN QUOC TRAN |
| **Relationship** | Signer |
| **Address** | Redacted          BILOXI, Mississippi 39532 |
| **Mailing Address** (if different) | |
| **Gov't Issued Photo ID** (type, number, state, issue date, exp. date) | Driver's License     Redacted 4182 MS     2/21/2017          2/5/2025 |
| **Other ID** (description, details) | Occupation: OWNER |
| **Employer** | TD TRAN INVESTMENTS LLC |
| **Previous Financial Inst.** | |
| **E-Mail** | TINTRAN@SAEGCAPITAL.COM |
| **Work Phone** | (228) Redacted |
| **Home Phone** (228) Redacted | **Mobile Phone:** |
| **Birth Date:** Redacted 1987 | **SSN/TIN:** Redacted 1375 |

## Ownership of Account

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common)
☐ Joint with No Survivorship (as tenants in common)

☐ Sole Proprietorship or Single Member LLC     ☐ Partnership
☐ LLC-enter tax classification (☐ C Corp  ☐ S Corp  ☐ Partnership)
☐ C Corporation     ☐ S Corporation     ☐ _____
☐ Trust-Separate Agreement Dated: _____
☒ LIMITED LIABILITY COMPANY

## Beneficiary Designation

(Check appropriate ownership above.)
☐ Revocable Trust          ☐ Pay-On-Death (POD)
☐ _____

## Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

## Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms & Conditions     ☒ Truth in Savings     ☒ Funds Availability
☒ Electronic Fund Transfers     ☒ Privacy     ☒ Substitute Checks
☒ Common Features     ☐ _____

☒ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1):  [  Tin Tran  (DocuSigned by)
      TIN QUOC TRAN  ]
I.D. # Redacted 4182          D.O.B. Redacted /1987

(2):  [  X  ]
I.D. # _____          D.O.B. _____

(3):  [  X  ]
I.D. # _____          D.O.B. _____

(4):  [  X  ]
I.D. # _____          D.O.B. _____

Christine Glaudi



EXHIBIT
29

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Triad Centre I
6000 Poplar Avenue
Suite 300
Memphis, TN 38119
office   901.624-5500

# DECLARATION OF MARGARET G. EVERETT
## CERTIFYING RECORDS OF REGULARLY
## CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Margaret G. Everett, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Evolve Bank & Trust as AVP, Legal Operations Administrator and Assistant Corporate Secretary and by reason of my position am authorized and qualified to make this declaration. I am custodian of records, and I am familiar with the company's recordkeeping practices or systems.

2. I further certify that the documents *attached hereto* are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024.

_____
Margaret G. Everett

EXHIBIT
30
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Triad Centre I
6000 Poplar Avenue
Suite 300
Memphis, TN 38119

o 866-367-2611
f 833-514-0750

February 28, 2024

**VIA Electronic Mail – eLaw-CPI@cftc.gov**

Ms. Maura Viehmeyer
Commodity Futures Trading Commission
Three Layfayette Centre
1155 21st Street, NW
Washington, DC 20581

> RE:   Response to CFTC Subpoena Duces Tecum
>        Re: Batched, LLC and Batched Merchant Services, LLC
>        In Re Certain Persons Engaged in Fraud With Respect to Pooled
>        Investments And/OR Managed Account (Matter # C3873)

Dear Ms. Viehmeyer:

On behalf of Evolve Bank & Trust ("Bank"), in response to the Subpoena referenced above, the accounts listed below were located for a former customer of the Banks, Batched Merchant Services, LLC.

Enclosed in the shared one drive folder are the requested account documents listed in Schedule A of the Subpoena for the accounts listed below and the signed Certification of Records.

| Account Holder's Name | Account Number | Account Status |
|---|---|---|
| Batched Merchant Services, LLC | Redacted 9730 | Account terminated on 8/29/2023. |
| Batched Merchant Services, LLC | Redacted 9731 | Account terminated on 8/29/2023 |

Thank you.

Sincerely,

Margaret G. Everett
AVP, Legal Operations
Administrator & Assistant
Corporate Secretary



Member
**FDIC**

getevolved.com

**TD Bank**
America's Most Convenient Bank®

# NEW BUSINESS ACCOUNT

| REGION: South Florida (21) | | RC #: 6704 | ACCOUNT NUMBER: | Redacted 0056 | IM | 94004 |

**TYPE OF ACCOUNT:** TD Business Premier Checking     **TYPE CODE:** 719

**OPENED BY:** Laydaliz Diaz     **DATE OPENED:** 09/07/2018

| BUSINESS NAME / MAILING ADDRESS: | TIN: Redacted 070 | LEGAL ADDRESS: (No PO Boxes) |
| AL GO CAPITAL LLC | | Redacted |
| Redacted | | MIAMI     FL   33137 |
| Redacted | | |

| MIAMI , FL | USA | 33137 |

**Verification:** _____     If Existing Customer, Enter the RM Number: Redacted 9782

**Account Relationship:** Corporation or LLC w/Sign ☒☒

**Additional Account Verification:** ☒ Business/Entity Documentation: State Website Report & Resolution

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

You, the undersigned, as authorized representative(s) of the business named above (the "Accountholder"), acknowledge receipt of the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule which govern the Accountholder's accounts with TD Bank, N.A. (the "Bank"). Your signature below and the Accountholder's use of the account shall evidence the Accountholder's acceptance of and agreement to be bound by the terms and conditions as set forth in the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule, and any Addenda thereto, as the same may be amended from time to time.

If you, the undersigned, are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owner(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency, in connection with opening and maintaining the account. If the Bank declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, you, the undersigned, certify that:

1.   The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and

2.   The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and

3.   The Accountholder is a U.S. person (including a U.S. resident alien); and

4.   The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.

**The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Relationship Consent**

☐ By checking this box and signing below, you, _____, authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account, to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

Authorized Representative(s)/Signer(s):

| Signature | Signature |
| *Robert D. Collazo signature* | *Juan J. Herman signature* |
| **Signature** | **Signature** |
| ROBERT D COLLAZO | JUAN J HERMAN |
| **Printed Name** | **Printed Name** |
| Redacted 975 | Redacted 476 | Redacted 1992 | Redacted 589 |
| **Date of Birth** | **TIN** | **Date of Birth** | **TIN** |
| Verification: | Verification: |
| If Existing Personal Customer, Enter the RM Number: Redacted 2022 | If Existing Personal Customer, Enter the RM Number: Redacted 6316 |
| Date Signed: | Date Signed: |

**EXHIBIT**
**31**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| Signature | Signature |
| **Signature** | **Signature** |
| **Printed Name** | **Printed Name** |
| | |
| **Date of Birth** | **TIN** | **Date of Birth** | **TIN** |
| Verification: | Verification: |
| If Existing Personal Customer, Enter the RM Number: | If Existing Personal Customer, Enter the RM Number: |
| Date Signed: | Date Signed: |

# Certification Regarding Beneficial Owners of Legal Entity Customers

 **TD Bank**

| For TD Personnel use only | |
|---|---|
| Account Number: Redacted 6054 | Date: 9-7-18 |
| TD Bank Representative Name: Caydaliz Diaz | TD Bank Representative Phone: 305 564379 |
| RC Code (if applicable): 6704 | Store Number (if applicable): 6704 |

## Account Opening/Maintenance Information

**A. Name and Address of Legal Entity for which an account is being opened or Business Relationship is being updated**

Name: Algo Capital LLC

Address: 3250 NE 1st Ave STE 208    City/State/Zip: Miami FL 33137

**B. Name and Title of Natural Person opening account or updating the Business Relationship**

Name: Robert Collazo    Title: MGR

## I. Certification of Individual with Control (see page 4 for definition)

| | | |
|---|---|---|
| Individual First Name: Robert | Middle Initial: D | Last Name: Collazo |
| Street Address (no PO Boxes): ▮▮▮ | | City: Miami |
| State/Province: Florida | Zip/Postal Code: 33155 | Country: USA |
| Social Security Number (SSN) (US persons only): ▮▮▮▮ 0976 | Date of Birth: ▮▮▮▮ | |
| Title (CEO, President, etc.): MGR | | |

Non-US persons, please complete the fields below

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Is this Individual with Control also a Beneficial Owner?  ☑ Yes  ☐ No    If yes, what is the percentage of ownership? ____%  50

## II. Certification of Beneficial Owner(s) (see page 4 for definition)

If no individual meets this requirement, please check "Beneficial Owner Not Applicable" box and move to Section III.    ☐ Beneficial Owner Not Applicable

**Beneficial Owner 1 Information:**

| | | |
|---|---|---|
| Individual First Name: | Middle Initial: | Last Name: |
| Street Address (no PO Boxes): | | City: |
| State/Province: | Zip/Postal Code: | Country: |
| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: ____% |

Non-US persons, please complete the fields below

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes  ☐ No
If yes, provide the name of the intermediate company below.

Name of Company with Ownership Interest in this Relationship:

## II. Certification of Beneficial Owner(s) (cont.)

**Beneficial Owner 2 Information:**

| Individual First Name: Juan | Middle Initial: — | Last Name: Herman |
|---|---|---|

| Street Address (no PO Boxes): ▮▮▮ | | City: Hialeah |
|---|---|---|

| State/Province: FL | Zip/Postal Code: 33018 | Country: USA |
|---|---|---|

| Social Security Number (SSN) (US persons only): ▮▮▮2589 | Date of Birth: ▮▮▮ | % of Ownership: 50 % |
|---|---|---|

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes  ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner 3 Information:**

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: % |
|---|---|---|

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes  ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner 4 Information:**

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: % |
|---|---|---|

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes  ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## III. Certified/Agreed To

☐ Check this box if there have been no updates or changes to Individual with Control or Beneficial Ownership Information since last completing a Certification Form.

I, _____ Robert  D.  COLLAZO _____, hereby certify, to
(Print Name of person opening the account or adding new accounts or services to an established relationship)

the best of my knowledge, that the information provided above is complete and correct.

Signature
X _____ Rev D. Call— l _____   Date 9, 7, 18

## PLEASE MAKE ADDITIONAL COPIES OF THIS PAGE AS INDICATED BY TD PERSONNEL

Beneficial Owner _____ Information:

| Individual First Name: | | Middle Initial: | Last Name: | |
|---|---|---|---|---|
| Street Address (no PO Boxes): | | | City: | |
| State/Province: | | Zip/Postal Code: | | Country: |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | | % of Ownership:          % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | | Exp. Date: |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Beneficial Owner _____ Information:

| Individual First Name: | | Middle Initial: | Last Name: | |
|---|---|---|---|---|
| Street Address (no PO Boxes): | | | City: | |
| State/Province: | | Zip/Postal Code: | | Country: |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | | % of Ownership:          % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | | Exp. Date: |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Beneficial Owner _____ Information:

| Individual First Name: | | Middle Initial: | Last Name: | |
|---|---|---|---|---|
| Street Address (no PO Boxes): | | | City: | |
| State/Province: | | Zip/Postal Code: | | Country: |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | | % of Ownership:          % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | | Exp. Date: |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## General Instructions

### What is this form?

Federal law requires U.S. financial institutions to obtain, verify, and record information about the beneficial owners of, and individuals with significant control over, legal entities.

A legal entity includes a corporation, limited liability company, partnership and any other similar business entity formed in the United States or a foreign country.

### Who has to complete this form?

This certification form must be completed by the person opening a new account or adding new accounts or services to an established relationship on behalf of a legal entity with any of the following US financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities.

### What information do you have to provide?

This form requires you to provide the name, address, date of birth and Social Security Number* for the following individuals:

**Individual with Control:**

- **One** individual with significant responsibility for managing the legal entity, such as:
  - o  An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
  - o  Any other individual who regularly performs similar functions; **and**

**Beneficial Owner:**

- **Each** individual, if any, who owns, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, 25 percent or more of the equity interests of the legal entity (e.g., each natural person that owns 25 percent or more of the shares of a corporation). *There may be instances where you will be asked to provide this information on 10 percent owners, in accordance with TD policies.*

**\*Note**

- For a US person, provide a Social Security Number;
- For a Non-US person (non-US Citizen or Resident Alien), provide a passport number, country and date of issuance and expiration date. In lieu of a passport, non-US persons may also provide the equivalent information regarding any other government-issued form of identification evidencing nationality or residence and bearing a photograph or similar safeguard.

TD Bank may also ask to see a government-issued form of identification (e.g. driver's license, passport, etc.) for each of the individuals listed on this form and record details about the identification (i.e., issuer, dates of issuance and expiration and document number).

*You must notify TD Bank promptly in the event of any change to the information in Section I or II of this form.*
*If there have been no updates or changes to the Individual with Control or Beneficial Ownership information of the legal entity customer since the last time a Certification Form was provided, you may skip Section I and II and move to Section III.*

*Instructions for Store Team Members:  For New Accounts scan and email to CIFNEWBusinessAccounts@td.com*
*For existing accounts/maintenance scan and email to CIFAccountMaintenanceDocs@td.com*

**TD Bank**
America's Most Convenient Bank®

# Certification Regarding Beneficial Owners of Legal Entity Customers

**For TD Personnel use only**

| Account Number | Legal Entity TIN | Date: |
|---|---|---|
| ⬛⬛⬛⬛6050 | 831 80 7070 | 09/07/2018 |

| TD Bank Representative Name | TD Bank Representative Phone |
|---|---|
| Wildah    A | 20032/4376 |

| RC Code (if applicable) | Store Number (if applicable) |
|---|---|
| 6704 | 6704 |

## Account Opening/Maintenance Information

**A.** Name and Address of Legal Entity for which an account is being opened or Business Relationship is being updated

ALGO CAPITAL LLC

**B.** Name and Title of Natural Person opening account or updating the Business Relationship

## I. Certification of Individual with Control *(see page 2 for definition)*

| Individual First Name | Middle Initial | Last name | Title (CEO, President, etc.) |
|---|---|---|---|
| ROBERT | | COLLAZO | MGR |

## II. Certification of Beneficial Owner(s) *(see page 2 for definition)*

☐ **Beneficial Owner Not Applicable**

| Beneficial Owner First Name | Middle Initial | Last Name | Percentage(%) of ownership |
|---|---|---|---|
| Beneficial Owner 1 First Name ROBERT | Middle Initial | Last Name COLLAZO | 50.0 |
| Beneficial Owner 2 First Name JUAN | Middle Initial J | Last Name HERMAN | 50.0 |
| Beneficial Owner 3 First Name | Middle Initial | Last Name | |
| Beneficial Owner 4 First Name | Middle Initial | Last Name | |
| Beneficial Owner 5 First Name | Middle Initial | Last Name | |
| Beneficial Owner 6 First Name | Middle Initial | Last Name | |
| Beneficial Owner 7 First Name | Middle Initial | Last Name | |
| Beneficial Owner 8 First Name | Middle Initial | Last Name | |
| Beneficial Owner 9 First Name | Middle Initial | Last Name | |
| Beneficial Owner 10 First Name | Middle Initial | Last Name | |

## III. Certified / Agreed To

☐ *Check this box if there have been no updates or changes to the Individual with Control or Beneficial Ownership Information since last completing a Certification Form.*

I, _____Robert D. Collazo Jr_____ , hereby certify, to

Print Name of person opening the account or adding new accounts or services to an established relationship.

the best of my knowledge, that the information provided above is complete and correct.

| Signature | Date |
|---|---|
| *No signature required. Already captured on full version of Certification.* | 9/7/18 |

Certification Regarding Beneficial Owners of Legal Entity Customers
Confidential

Page 1 of 2

801084 (0418)

RE    <u>Matter C3873</u>

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Kelly Griffin

Research Clerk II

TD BANK, NA

August 30, 2023
Date of Declaration/Execution

Internal

**TD Bank**
**Subpoena Research for**
**INTELLIGENZA LLC ETC.**

Acct Owner: ALGO CAPITAL LLC
Account Number: CK [Redacted]5056

Scope Requested          1/1/2020 to 8/21/2023

| Document | Comment | Documents Found | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | All on file | Provided | |
| Corporate Resolutions | All on file | Provided | |
| Business Opening Documents | All on file | Provided | |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | **(Over 249.00) /OFFSETS** | Provided | |
| ATM Deposits | **(Over 249.00)/OFFSETS** | Provided | |
| Credit Memos | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Check Copies | **(Over 249.00)/OFFSETS** | Provided | |
| Debit Memos | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Withdrawal Tickets | **(Over 249.00)/OFFSETS** | Provided | |
| Wires | **(Over 249.00)/OFFSETS** | Provided | |
| Money Orders | | Not Provided | None Found |
| Purchased Bank Checks | Purchased, offset and paid copy /(Over 249.00) | Provided | |
| Loan Documents | | Not Provided | None Found |
| Credit Cards scope:1/1/2020 to 8/21/2023 | | Not Provided | None Found |

Internal

## ACCOUNT AGREEMENT

Ocean Bank
Miami Lakes Branch
7455 Miami Lakes Drive
Miami, FL 33014-0000

| Account Number: | Redacted 405 |
|---|---|

**Account Owner(s) Name & Address**
ALGO CAPITAL, LLC
12331 NW 112 AVE
SUITE 110
MEDLEY, FL 33178

Agreement Date: 11/28/2022 By: Y Olivera
☐ EXISTING Account - This agreement replaces previous agreement(s).
**Account Description:** Ocean Business Checking

☒ Checking ☐ Savings ☐ NOW ☐ _____
Initial Deposit $ 100.00 _____ Source: Other

**Ownership of Account - CONSUMER (Select One and Initial)**
☐ Single-Party Account _____ ☐ Trust-Separate Agreement _____
☐ Multiple-Party Account _____
☐ Multiple-Party Account - Tenancy by the Entireties _____
☐ Other _____

**Rights at Death (Select One and Initial)**
☐ Single-Party Account _____
☐ Multiple-Party Account With Right of Survivorship _____
☐ Multiple-Party Account Without Right of Survivorship _____
☐ Single-Party Account With Pay On Death _____
☐ Multiple-Party Account With Right of Survivorship and Pay On Death _____
Pay-On-Death Beneficiaries. To Add Pay-On-Death Beneficiaries Name One or More:

**Additional Information:** ACCOUNT HOLDER (S) AND SIGNATORIES WAIVE THEIR RIGHT TO TRIAL BY JURY IN ALL MATTERS RELATED IN ANY WAY TO THIS ACCOUNT; AND CONFIRM AND RATIFY THE JURY TRIAL WAIVER CONTAINED IN THE ACCOUNT DISCLOSURES PROVIDED, INCLUDING THE YOUR DEPOSIT ACCOUNT TERMS AND CONDITIONS DISCLOSURES.

Signatore(s), The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledges the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):
☒ Terms & Conditions ☒ Truth in Savings ☒ Funds Availability
☒ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks
☒ Common Features ☒ Schedule of Fees

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): x [signature: R. D. Colloz J.]
ROBERT DELFINI COLLAZO JR
I.D. # XXX-XX-0476 _____ D.O.B. Redacted 19 5

(2): x [signature]
JUAN JOSE HERMAN
I.D. # XXX-XX-2589 _____ D.O.B. Redacted 1992

(3): x _____
I.D. # _____ D.O.B. _____

(4): x _____
I.D. # _____ D.O.B. _____

☐ Convenience Account Agent (Single-Party Accounts Only)

x _____
I.D. # _____ D.O.B. _____

**Ownership of Account - BUSINESS Purpose**
☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☒ LLC *(LLC tax classification:* ☐ C Corp ☒ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ Non-Profit
☐ _____
**Business:** TECHNOLOGY

**Backup Withholding Certifications** *(Non "U.S. Person" - Use separate Form W-8)*
☒ By signing below, I ALGO CAPITAL, LLC certify under penalties of perjury that the statements made in this section are true.
☒ TIN: 83-1807070 _____ The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.
☒ Not Subject to Backup Withholding. I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
☐ Exempt Recipient. I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____
FATCA Code. The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
U.S. Person. I am a U.S. citizen or other U.S. person (as defined in the instructions).

Opened by:
Signature Card FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2016

MPSC-LA3-FL 1/15/2016
Page 1 of 1

EXHIBIT
32
TO THE DECLARATION OF MAURA M. VEIHMEYER PURSUANT TO 28 U.S.C. § 1746

OB-012

## Entity Authorization Resolution

| OCEAN BANK | ALGO CAPITAL, LLC |
|---|---|
| *Referred to in this document as "Financial Institution"* | *Referred to in this document as "Entity"* |

I, ROBERT DELFINI COLLAZO JR _____ ,certify that I am the ☐ Secretary, ☑ Manager, ☐ Designated Member,
☐ General Partner, ☐ Sole Owner, or ☐ Other: _____ of the above named Entity, organized under the laws of
FLORIDA _____ , Federal Employer I.D. Number: 83-1807070 _____ engaged in business under the trade name of
N/A _____ *(indicate N/A if not applicable).*

The Authorized Persons as shown in Parts A and the delegation of powers and authorities in Part B (collectively the "Delegated Authorities") together with the resolutions listed in Part C, were presented, approved and adopted at a meeting of the Board of Directors or other governing body for the Entity, duly and properly called and held. Parts A, B and C are collectively referred to as the "Resolutions". The Entity certifies to Financial Institution that the Resolutions appear in the minutes of this meeting and have not been rescinded or modified. This Entity Authorization Resolution applies to all of the Entity's deposit accounts and other products of Financial Institution utilized by the Entity, now existing or hereafter opened or created. If a new deposit account is opened and the signors on the new Account Agreement are listed as Authorized Persons below, no new Entity Authorization Resolution will be required. If any of the signors on the new Account Agreement is not listed below, then a new Entity Authorization Resolution will be required.

### Part A. Authorized Persons

The persons listed below (each, an "Agent" or "Authorized Person") are authorized to exercise the powers and authorities granted, assigned and delegated as indicated in Part B. Any named officer has been duly elected, appointed or employed by or for the Entity, as the case may be, and occupies the position set opposite his or her respective name.

| Name and Title or Position | Name and Title or Position | Name and Title or Position |
|---|---|---|
| A. ROBERT DELFINI COLLAZO JR-MNG | B. JUAN JOSE HERMAN-MNG | C. |
| D. | E. | F. |

### Part B.   Powers and Authorities

In this Part B you may grant, assign and delegate, to any Authorized Person listed in Part A, different powers and authorities by placing the letter corresponding to the name of the Authorized Person on the left column next to the enumerated power or authority you are granting, assigning or delegating. At least one Authorized Person must have the powers and authorities under Section (2) of Part B. If you have granted, delegated or assigned any specific power or authority to more than one Authorized Person, you may, on the column to the right of the enumerated power or authority, state the number of Authorized Persons that must concur to exercise the power or authority. If no number is stated, any one such Authorized Person will be able to exercise the powers and authorities singly. Entity acknowledges that any designation of dual or multiple signatures in Section (4) of Part B is only an internal arrangement between the Entity and the Authorized Persons, that Financial Institution is not bound by such arrangement, and that it is solely the responsibility of Entity to monitor its arrangement with the Authorized Persons.

| Indicate A, B,C,D, E and/or F | Description of Powers and Authorities | Number of Authorized Persons that Must Concur |
|---|---|---|
| A,B | (1) Exercise all the powers listed in this Resolution. | 1 |
| A,B | (2) Any Authorized Person listed in this Section (2) has express authority to, singly and individually, enroll the Entity for Financial Institution's mobile and online banking services, assign access and transaction levels, and exercise through such services all the authorities available under the terms and conditions of each such service. | 1 |
| | (3) Open any deposit account in the name of the Entity under this Entity Authorization Resolution. | |
| | (4) Perform the following transactions and execute any documents and agreements required by Financial Institution to accomplish them: (a) sign and endorse checks and orders for the payment of money; (b) withdraw or transfer funds on deposit through an ATM, point-of-sale terminal, telephone, or computer, using an access device like a debit card, code, or similar means; (c) purchase cashier's checks or bank drafts; (d) obtain debit cards; (e) preauthorize electronic funds transfers for automatic withdrawals or transfers; (f) authorize transfers by telephone or other communication systems; and (g) request and authorize wire transfers. | |
| | (5) Apply on behalf of the Entity for one or more of Financial Institution's credit cards and execute any documents related thereto, including but not limited to pledges of certificates of deposit. Make administrative decisions on behalf of the Entity such as, but not limited to, the assignment of access and transaction levels to individual cardholders. | |
| | (6) Enter into a written lease and related agreements for the purpose of renting, maintaining and accessing a Safe Deposit Box. Terminating a written lease for a Safe Deposit Box and removing all its contents. | |
| | (7) Enter into written agreements on behalf of the Entity for additional services as offered by Financial Institution from time to time. | |
| | (8) Add and remove authorized signers from the Entity's accounts. | |

EP-LEAR

Page 1 of 2

OB-008

## Part C. Additional Resolutions

The Entity further resolves as follows:

(1) The Financial Institution is designated as a depository for the Entity's funds and to provide other financial accommodations indicated in this Resolution.

(2) This Resolution will continue in full force and effect until express written notice of its revocation or modification has been received and accepted in writing by the Financial Institution. Financial Institution reserves the right to request any additional documentation that, in its sole discretion, satisfactorily establishes authority for the revocation or modification. Any and all prior resolutions adopted by the Board of Directors or other governing body of the Entity and certified to the Financial Institution as governing the operation of the Entity's account(s) are hereby superseded.

(3) The designation of an Authorized Person on this Resolution is conclusive evidence of his/her authority to act on behalf of the Entity. Any Authorized Person is authorized to make any and all other contracts, agreements, stipulations and orders that he/she may deem advisable for the effective exercise of the powers indicated herein and Financial Institution may rely on such authority without further inquiry.

(4) All transactions with Financial Institution by an Authorized Person, by or on behalf of the Entity, prior to the adoption of this Resolution are hereby ratified, approved and confirmed.

(5) The Entity agrees to the terms and conditions of any account agreement for any deposit account, or other product opened by any Authorized Person of the Entity. The Entity authorizes the Financial Institution, at any time, to charge the Entity for all checks, drafts, or other orders, for the payment of money (collectively, "Items") drawn on the Financial Institution.

(6) Financial Institution is hereby authorized to honor and pay Items, whether signed by hand or facsimile signatures (including, but not limited to, computer-generated). If a facsimile signature specimen has been provided by the Entity to, and accepted by, Financial Institution (or is filed separately by the Entity with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Authorized Person regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file with Financial Institution. Financial Institution is further authorized to honor and pay DTCs, ACHs, Instructions, and other orders given individually by any Authorized Person, including such as may bring about or increase an overdraft and such as may be payable to or for the benefit of any Authorized Person or other officer or employee individually, without inquiry as to the circumstances of the issuance or the disposition of the proceeds thereof and without limit as to amount. The Financial Institution will have no responsibility or liability for unauthorized use of alternative or facsimile signatures.

(7) The Entity acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices (including but not limited to credit cards, automated teller machines (ATM), and debit cards) to Authorized Persons to facilitate those powers authorized by this Resolution or separate agreement between Financial Institution and/or with another or others and now or hereafter owing to or acquired in any manner by Financial Institution. The Entity acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes (including but not limited to facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures) issued to, or obtained from, the Authorized Persons. The Entity authorizes each Authorized Person to have custody of the Entity's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution will have no responsibility or liability for unauthorized use of verification codes.

(8) The Entity hereby grants in favor of the Financial Institution a continuing lien for the amount of any and all liabilities and obligations of Entity to Financial Institution and claims of every nature and description of Financial Institution against the Entity, whether now existing or hereafter incurred, originally contracted with Financial Institution and/or with another or others and now or hereafter owing to or acquired in any manner by Financial Institution, whether contracted by the Entity alone or jointly and/or severally with another or others, absolute or contingent, secured or unsecured, matured or unmatured upon any and all moneys, securities and any and all other property of the Entity and the proceeds thereof, now or hereafter actually or constructively held or received by or in transit in any manner to or from Financial Institution, its correspondents or agents from or for the Entity, whether for safekeeping, custody, pledge, transmission, collection or otherwise coming into the possession of Financial Institution.

(9) In case of conflicting claims or disputes, or doubt on Financial Institution's part as to the validity, extent, modification, revocation or exercise of any of the authorities and powers herein contained, Financial Institution may, at its sole discretion, recognize or give effect to a notice from any officer of the Entity, or any other person, purporting to cancel, restrict or change any of said authorities, or the exercise thereof. Financial Institution may, at its sole option and without incurring any liability to Entity, restrict access to any and all accounts of Entity affected by the conflicting claim or dispute, until such time as the claim or dispute is resolved, or Financial Institution is served with a court order, entered by a court of competent jurisdiction over Financial Institution, resolving the claim or dispute.

(10) Should Entity change its name or assumed business name, its management, directors or officers, or its principal office address or form of ownership, Entity will promptly notify Financial Institution in writing.

(11) Financial Institution is hereby released from any liability and shall be indemnified by the Entity against any loss, liability or expense arising from honoring any of these Resolutions.

## Certification of Authority

I have read all the provisions of this Entity Authorization Resolution and I personally and on behalf of the Entity certify that the Board of Directors or other governing body of the Entity has, and at the time of adoption had, full power and lawful authority to grant the Delegated Authorities and adopt the Resolutions stated above.

*In Witness Whereof,* I have subscribed my name to this document on ___11/28/2022___ (date). (Apply seal below when appropriate.)

_____ (signature)

Name:   ROBERT DELFINI COLLAZO JR

 **OCEAN BANK**

**Legal Department**
Jackie Salas
Ph:  786-423-9596
E Mail: jsalas@oceanbank.com

*VIA EMAIL ONLY*

October 03, 2023

Commodity Futures Trading Commission
c/o Maura Viehmeyer
1155 21ˢᵗ Street, NW
Washington, DC 20581

*Re:*        *Ocean Bank's response to Investigation Subpoena*
             *Matter #C3873*
             *OB File #23-0754*

Dear Ms. Viehmeyer:

Ocean Bank has complied with the subpoena received in connection with the above referenced matter, by providing responsive documents/accounts listed below:

| Responsive Account(s) | Responsive Document(s) |
|---|---|
| Business checking xx7405 | Account opening documents<br>Bank statements<br>Cashier's check<br>Wire transfer print outs and Wire transfers instructions |

Should you have any questions please do not hesitate to contact the undersigned at the number provided.

Sincerely,

*Jackie Salas*

Jackie Salas, Officer
& Records Custodian

**Bank**

# NEW BUSINESS ACCOUNT

| | | | | |
|---|---|---|---|---|
| **REGION:** South Florida (21) | **RC #:** 3138 | **ACCOUNT NUMBER:** Redacted 3385 | **IM** | **94004** |

**TYPE OF ACCOUNT:** TD Business Premier Checking   **TYPE CODE:** 719

**OPENED BY:** Carlos A de Loizaga   **DATE OPENED:** 05/13/2022

| **BUSINESS NAME / MAILING ADDRESS:** | **TIN:** | **LEGAL ADDRESS:** (No PO Boxes) | | |
|---|---|---|---|---|
| ALGO FX CAPITAL GP LLC | 872489160 | 12301 NW 112 STE 112 | | |
| 12301 NW 112 AVE STE 112 | | MEDLEY | FL | 33178 |

| | | | |
|---|---|---|---|
| MEDLEY, FL | USA | 33178 | |

**EXHIBIT**

**33**

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746

**Verification:** Verification Completed   If Existing Customer, Enter the RM Number: 00000061373326

**Account Relationship:** Corporation or LLC-w/Signers

**Additional Account Verification:** ☒ Business/Entity Documentation: Formation Docs & Resolution

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

You, the undersigned, as authorized representative(s) of the business named above (the "Accountholder") acknowledge receipt of the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule which govern the Accountholder's accounts with TD Bank, N.A. (the "Bank"). Your signature below and the Accountholder's use of the account shall evidence the Accountholder's acceptance of and agreement to be bound by the terms and conditions as set forth in the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule, and any Addenda thereto, as the same may be amended from time to time.

If you, the undersigned, are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owner(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency. In connection with opening and maintaining the account. If the Bank declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, you, the undersigned, certify that:

1.  The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and
2.  The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and
3.  The Accountholder is a U.S. person (including a U.S. resident alien); and
4.  The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.

Certification Instructions. You must cross out item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.

The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.

**Relationship Consent**

☐ By checking this box and signing below, you, _____, authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account, to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

**Authorized Representative(s)/Signer(s):**

| | |
|---|---|
| _____ | _____ D. Collar_____ |
| Signature | Signature |
| **JUAN HERMAN** | **ROBERT D COLLAZO** |
| Printed Name | Printed Name |
| Redacted 1992 | Redacted 2589 | 
| Date of Birth | TIN |
| Verification: | |
| If Existing Personal Customer, Enter the RM Number: Redacted 3774 | |
| Date Signed: _____ | |

Robert D Collazo column:
| |
|---|
| Redacted 1978 | Redacted 0476 |
| Date of Birth | TIN |
| Verification: |
| If Existing Personal Customer, Enter the RM Number: Redacted 3022 |
| Date Signed: |

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Printed Name | | Printed Name | |
| Date of Birth | TIN | Date of Birth | TIN |
| Verification: | | Verification: | |
| If Existing Personal Customer, Enter the RM Number: | | If Existing Personal Customer, Enter the RM Number: | |
| Date Signed: | | Date Signed: | |

**TD Bank**
America's Most Convenient Bank®

**BUSINESS ACCOUNT MAINTENANCE**

Requests for MORE THAN FOUR SIGNERS please SCAN and EMAIL package to clfaccountmaintenancedocs@TD.com

| | | | | |
|---|---|---|---|---|
| **REGION:** South Florida (21) | **RC #:** 3138 | **ACCOUNT NUMBER:** Redacted3385 | | IM |
| **BANK REPRESENTATIVE:** Carlos A de Loizaga | | **DATE FORM PRINTED:** 09/09/2022 | | |

**BUSINESS TYPE:** Limited Liability Company

**STATUS:** Business Title Change

**ADD'L ACCOUNT\*:**

**ADD'L ACCOUNT\*:**

\* Must have the same titling; if not a separate form must be completed.

**BUSINESS NAME / MAILING ADDRESS:**

Quant5 Macro Fund GP, LLC

12301 NW 112 Ave Ste 112

Medley, FL 33178

**TIN:** 87-2489160

**LEGAL ADDRESS:** (No PO Boxes)

12301 NW 112 Ave ste 112

Medley, FL 33178

**BUSINESS PHONE:** (786) 304-8221

☒ **Updated Business Documentation Obtained** (ATTACH TO FORM) General Business Resolution

## IMPORTANT INFORMATION

**Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.**

If you, the undersigned, as authorized representative(s) of the business named above (the "Accountholder") are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owner(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency, in connection with opening and maintaining the account. If TD Bank, N.A. (the "Bank") declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.

This notice does not apply to U.S. non-resident aliens. Under penalty of perjury, you, the undersigned certify that:

1. The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and
2. The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and
3. The Accountholder is a U.S. person (including a U.S. resident alien), and
4. The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.

**Certification Instructions.** You must cross out item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.

The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.
**Relationship Consent**

☐ By checking this box and signing below, you, _____, authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

**Authorized Representative(s)/Signers:**

Signature: *R₂₀ D. Coℓℓ-ℓ*

**Printed Name** Robert D Collazo

| | | |
|---|---|---|
| Redacted1975 | Redacted0476 | |
| Date of Birth | TIN | |
| **Verification:** Verification Completed | | |
| If Existing Personal Customer, Enter the RM Number: | Redacted8022 | |
| Date Signed: _____ | | |

Signature: 

**Printed Name** Juan Herman

| | | |
|---|---|---|
| Redacted1992 | Redacted2589 | |
| Date of Birth | TIN | |
| **Verification:** Verification Completed | | |
| If Existing Personal Customer, Enter the RM Number: | 3774 | |
| Date Signed: _____ | | |

Signature: 

**Printed Name** _____

| | |
|---|---|
| Date of Birth | TIN |
| **Verification:** Select | |
| If Existing Personal Customer, Enter the RM Number: _____ | |
| Date Signed: _____ | |

Signature: 

**Printed Name** _____

| | |
|---|---|
| Date of Birth | TIN |
| **Verification:** Select | |
| If Existing Personal Customer, Enter the RM Number: _____ | |
| Date Signed: _____ | |

Instructions for Store Team Members: Scan and Submit for Processing

Requests for MORE THAN FOUR SIGNERS please SCAN and EMAIL package to clfaccountmaintenancedocs@TD.com

# Certification Regarding Beneficial Owners of Legal Entity Customers

 **Bank**

**For TD Personnel use only**

| | |
|---|---|
| Account Number: Redacted 3385 | Date: 05/13/2022 |
| TD Bank Representative Name: Carlos de Loizaga | TD Bank Representative Phone: (954) 441-0168 |
| RC Code (if applicable): 3138 | Store Number (if applicable): 3138 |

## Account Opening/Maintenance Information

A. Name and Address of Legal Entity for which an account is being opened or a Business Relationship is being undertaken:

**Name:** Algo FX Capital GP LLC

**Address:** 12301 NW 112 Ave ste 112     **City/State/Zip:** Medley/FL/33178

B. Name and Title of Natural Person opening account or updating the Business Relationship:

**Name:** Juan J Herman     **Title:** Manager

## I. Certification of Individual with Control (see page 4 for definition)

| Individual First Name: Juan | Middle Initial: J | Last Name: Herman |
|---|---|---|
| Street Address (no PO Boxes): Redacted | | City: Miami |
| State/Province: FL | Zip/Postal Code 33131 | Country: United States |
| Social Security Number (SSN) (US persons only) Redacted 2589 | | Date of Birth: Redacted 1992 |

**Title (CEO, President, etc.):** Manager

Non-US persons, please complete the fields below:

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | | Exp Date: |

Is this Individual with Control also a Beneficial Owner?  ☒ Yes  ☐ No     If yes, what is the percentage of ownership? **50** %

## II. Certification of Beneficial Owner(s) (see page 4 for definition)

If no individual meets this requirement, please check "Beneficial Owner Not Applicable" box and move to Section III.   ☐ Beneficial Owner Not Applicable

Beneficial Owner 1 Information:

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | | Country: |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below:

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | | Exp Date: |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?  ☐ Yes  ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## II. Certification of Beneficial Owner(s) (cont.)

**Beneficial Owner 2 Information:**

| | | |
|---|---|---|
| Individual First Name: **Robert** | Middle Initial: **D** | Last Name: **Collazo** |
| Street Address (no PO Boxes): Redacted | | City: **Miami Lakes** |
| State/Province: **FL** | Zip/Postal Code: **33014** | Country: **United States** |
| Social Security Number (SSN) (US persons only): Redacted **-0476** | Date of Birth: Redacted **1975** | % of Ownership: **50** % |

If non-US persons, please complete the fields below:

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☒ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner 3 Information:**

| | | |
|---|---|---|
| Individual First Name: | Middle Initial: | Last Name: |
| Street Address (no PO Boxes): | | City: |
| State/Province: | Zip/Postal Code: | Country: |
| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below:

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner 4 Information:**

| | | |
|---|---|---|
| Individual First Name: | Middle Initial: | Last Name: |
| Street Address (no PO Boxes): | | City: |
| State/Province: | Zip/Postal Code: | Country: |
| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below:

| | | |
|---|---|---|
| Primary ID Type (passport or other): | | Number: |
| Country: | Date of Issuance: | Exp. Date: |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## III. Certified/Agreed To

☑ Check this box if there have been no updates or changes to Individual with Control or Beneficial Ownership information since last completing a Certification Form.

I, **Juan Herman** , hereby certify, to

(Print Name of person opening the account or adding new accounts or services to an established relationship)

the best of my knowledge, that the information provided above is complete and correct.

Signature

X _(signature)_

Date **05** / **13** / **2022**

Bank deposits FDIC insured. | Equal Housing Lender

2 of 3

**PLEASE MAKE ADDITIONAL COPIES OF THIS PAGE AS INDICATED BY TD PERSONNEL**

Beneficial Owner Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: | % |
|---|---|---|---|

Non-US persons, please complete the fields below:

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Beneficial Owner Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: | % |
|---|---|---|---|

Non-US persons, please complete the fields below:

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Beneficial Owner Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|

| Street Address (no PO Boxes): | City: |
|---|---|

| State/Province: | Zip/Postal Code: | Country: |
|---|---|---|

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: | % |
|---|---|---|---|

Non-US persons, please complete the fields below:

| Primary ID Type (passport or other): | Number: |
|---|---|

| Country: | Date of Issuance: | Exp. Date: |
|---|---|---|

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## General Instructions

### What is this form?

Federal law requires U.S. financial institutions to obtain, verify, and record information about the beneficial owners of, and individuals with significant control over, legal entities.

A legal entity includes a corporation, limited liability company, partnership and any other similar business entity formed in the United States or a foreign country.

### Who has to complete this form?

This certification form must be completed by the person opening a new account or adding new accounts or services to an established relationship on behalf of a legal entity with any of the following US financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities.

### What information do you have to provide?

This form requires you to provide the name, address, date of birth and Social Security Number* for the following individuals:

**Individual with Control:**

- **One** individual with significant responsibility for managing the legal entity, such as:
  - o  An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
  - o  Any other individual who regularly performs similar functions; and

**Beneficial Owner:**

- **Each** individual, if any, who owns, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, 25 percent or more of the equity interests of the legal entity (e.g., each natural person that owns 25 percent or more of the shares of a corporation). There may be instances where you will be asked to provide this information on 10 percent owners. In accordance with TD policies.

**\*Note**

- For a US person, provide a Social Security Number.
- For a Non-US person (non-US Citizen or Resident Alien), provide a passport number, country and date of issuance and expiration date. In lieu of a passport, non-US persons may also provide the equivalent information regarding any other government-issued form of identification evidencing nationality or residence and bearing a photograph or similar safeguard.

TD Bank may also ask to see a government-issued form of identification (e.g. driver's license, passport, etc.) for each of the individuals listed on this form and record details about the identification (i.e., issuer, dates of issuance and expiration and document number).

*You must notify TD Bank promptly in the event of any change to the information in Section I or II of this form.*
*If there have been no updates or changes to the Individual with Control or Beneficial Ownership information of the legal entity customer since the last time a Certification Form was provided, you may skip Section I and II and move to Section III.*

*Instructions for Store Team Members: Scan and email to Account, AMCB CIF Account Maintenance Docs*

algofx capital 22

541512

# **Delaware**

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "ALGO FX CAPITAL GP, LLC", FILED IN THIS OFFICE ON THE SEVENTEENTH DAY OF AUGUST, A.D. 2021, AT 5:55 O`CLOCK P.M.

Software Advisory & Algorithm for Businesses

Holding company

Redacted 258

Redacted 0476

Redacted

Redacted

support @ algocapital effects.com

6174826  8100
SR# 20213005937

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203950288
Date: 08-18-21

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:55 PM 08/17/2021
FILED 05:55 PM 08/17/2021
SR 20213005937 - File Number 6174826

## STATE *of* DELAWARE
## LIMITED LIABILITY COMPANY
## CERTIFICATE *of* FORMATION

**First:** The name of the limited liability company is _____
Algo FX Capital GP, LLC

**Second:** The address of its registered office in the State of Delaware is _____

251 Little Falls Drive                              in the City of Wilmington              .

Zip code 19808              . The name of its Registered agent at such address is
Corporation Service Company

**Third:** (Use this paragraph only if the company is to have a specific effective date of
dissolution: "The latest date on which the limited liability company is to dissolve is
_____.")

**Fourth:** (Insert any other matters the members determine to include herein.)

The Company shall be MANAGER-MANAGED.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this

17th              day of August              , 2021

By: /s/ Ricardo Bajandas
                              Authorized Person (s)

Name: Ricardo Bajandas, Esq.

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  09-03-2021

Employer Identification Number:
87-2489160

Form:  SS-4

Number of this notice:  CP 575 G

ALGO FX CAPITAL GP LLC
ROBERT COLLAZO SOLE MBR
12301 NW 112 AVE SUITE 112
MEDLEY, FL  33178

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you
EIN 87-2489160. This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above. Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN. If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation. If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*. The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov. If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. **This notice is issued only
  one time and the IRS will not be able to generate a duplicate copy for you.** You
  may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all
  your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice. If you write, please tear off the stub
at the bottom of this notice and send it along with your letter. If you do not need to
write us, do not complete and return the stub.

Your name control associated with this EIN is ALGO. You will need to provide this
information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY)     575G          09-03-2021  ALGO  O  9999999999  SS-4

Keep this part for your records.          CP 575 G (Rev. 7-2007)

-----------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                          CP 575 G
correct any errors in your name or address.
                                                              9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  09-03-2021
(    )        -                           EMPLOYER IDENTIFICATION NUMBER:  87-2489160
_____     _____         FORM:  SS-4               NOBOD

INTERNAL REVENUE SERVICE                  ALGO FX CAPITAL GP LLC
CINCINNATI  OH   45999-0023               ROBERT COLLAZO SOLE MBR
հիվիլիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիիի    12301 NW 112 AVE SUITE 112
                                          MEDLEY, FL  33178

**LIMITED LIABILITY COMPANY**
**OPERATING AGREEMENT**
**OF**
**ALGO FX CAPITAL GP, LLC**

THIS LIMITED LIABILITY COMPANY OPERATING AGREEMENT (this "Agreement") is made and entered into on and effective as of the 17th day of August, 2021, by and between BIT5IVE FUND, LLC, as the Sole Member ("Bit5ive" or the "Member"), and ALGO FX CAPITAL GP, LLC (the "Company").

### RECITALS:

    i.    The Company is a limited liability company existing under the Delaware Limited Liability Company Act (the "Act").

    ii.    Bit5ive is currently the Sole Member of the Company.

    iii.    Bit5ive and the Company have entered into this Agreement to set forth certain matters relating to the management and control of the Company.

NOW THEREFORE, in consideration of the agreements and obligations set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Member and the Company hereby agree as follows:

### ARTICLE 1

### INTENT OF THE PARTIES

1.1    It is the specific intent of the parties to this Agreement to form a limited liability company.

### ARTICLE 2

### ORGANIZATIONAL MATTERS

2.1    Formation. The Company was formed as a limited liability company under the name "ALGO FX CAPITAL GP, LLC", pursuant to the Act and caused the Company's Certification of Formation filed with the Delaware Secretary of State on August 17th, 2021 (the "Formation Date").

2.2    Principal Office and Place of Business. The principal office and place of business (the "Principal Office") of the Company shall be such place, within or without the state of Delaware, as the Member shall determine from time to time.

2.3    Registered Agent. The Company's registered agent for service of process for the Company shall be such person or entity as the Member shall appoint from time to time.

## ARTICLE 3

## PURPOSE

3.1     Purpose and Business.  The purpose and nature of the business to be conducted by the Company is any and all lawful business.

3.2     Powers.  The Company is empowered to do any and all acts and things necessary, appropriate, proper, advisable, incidental to or convenient for the furtherance and accomplishment of the purposes and business described herein and for the protection and benefit of the Company.

## ARTICLE 4

## DURATION

The Company commenced upon the filing of the Certificate of Formation with the Delaware Department of State on the Formation Date and shall continue until terminated pursuant to Article 10 of this Agreement.

## ARTICLE 5

## ALLOCATION OF PROFITS AND LOSSES

In any year in which there shall be only one Member, the Company and the Member intend that the Company shall not have any standing to be treated as a partnership for United States federal income tax purposes but, rather, the Company shall be disregarded as a separate taxable entity and the sole Member shall treat all of the profits and losses of the Company for federal income tax purposes as income and loss of the sole Member directly.  In such case, the sole Member shall include such profits and losses on such sole Member's tax return, as applicable.  For any year in which the Member's membership interest is not owned for an entire fiscal year, any such allocations shall be prorated for the time such membership interest was owned during that fiscal year.

## ARTICLE 6

## CAPITAL CONTRIBUTIONS

The Member may make capital contributions to the Company in such amounts and at such times as the Member shall determine in the Member's sole discretion.

## ARTICLE 7

## MANAGEMENT

7.1     Management.  The business and affairs of the Company shall be managed under the direction and control of Manager. The Manager shall be as set forth in Schedule A hereto, and shall be updated from time to time as appropriate. The Manager will serve as Manager until (i) the

2

Manager resigns, (ii) the Manager is removed by the Member, or (iii) a successor Manager is elected and qualified, whichever is first to occur. The number of managers may be increased or decreased from time to time by the Member. If for any reason the Company is without a Manager at any time, then the Member shall assume all responsibilities and authority of the Manager. The Manager shall have full, exclusive, and complete power to manage and control the business and affairs of the Company and shall have all of the rights and powers provided to a manager of a manager-managed limited liability company by law, including the power and authority to execute instruments and documents, to mortgage or dispose of any real property held in the name of the Company, and to take any other actions on behalf of the Company, whether or not such actions are for the purpose of carrying on the business of the Company in its usual way.

7.2    Officers. The Manager may appoint one or more officers, from time to time, with such titles as the Manager may select, including the titles of Chairman, Chief Executive Officer, President, Vice President, Treasurer and Secretary, to act on behalf of the Company. An officer shall have such power and authority as the Manager may delegate to any such person and need not be a Member of the Company.

## ARTICLE 8

### INDEMNIFICATION

8.1    Indemnification of the Manager and Member. The Company and its successors shall indemnify, defend and hold harmless the Member, the Manager, and any and all of the Member's and the Manager's Affiliates (each, an "Indemnitee"), to the maximum extent permitted by law and to the extent of the Company's assets, for, from and against any liability, damage, cost, expense, loss, claim or judgment incurred by the Indemnitee arising out of any claim based upon acts performed or omitted to be performed by the Indemnitee in connection with the business of the Company, including without limitation, attorneys' fees and costs incurred by the Indemnitee in settlement or defense of such claims. Notwithstanding the foregoing, no Indemnitee shall be so indemnified, defended or held harmless for claims based upon acts or omissions in breach of this Agreement or which constitute fraud, gross negligence, or willful misconduct. Amounts incurred by an Indemnitee in connection with any action or suit arising out of or in connection with Company affairs shall be reimbursed by the Company. For purposes of this Agreement, the term "Affiliate" means any entity with respect to which the Member or the Manager: (a) directly or indirectly controls; (b) owns or controls Ten percent (10%) or more of the outstanding voting securities; or (c) serves as an officer, director, shareholder, partner or member.

8.2    Liability. No Indemnitee shall be personally liable, responsible, accountable in damages or otherwise to the Company for any act or omission performed or omitted by such Indemnitee in connection with the Company or its business. The Manager's and Member's liability for the debts and obligations of the Company shall be limited to the maximum extent set forth in the Act and other applicable law.

8.3    Reimbursable Expenses. The Company will reimburse the Manager and/or the Member for all actual out-of-pocket third-party expenses incurred in connection with the carrying out of the duties set forth in this Agreement.

3

## ARTICLE 9

## BANKING: BOOKS AND RECORDS: INSURANCE

9.1     Banking Resolution.  The Manager shall open all banking accounts as the Manager deems necessary and enter into any deposit agreements as are required by the financial institution at which such accounts are opened.  The Manager and such other persons or entities designated in writing by the Manager shall have signing authority with respect to such bank accounts.  Funds deposited into such accounts shall be used only for the business of the Company.

9.2     Records.  The Manager shall keep or cause to be kept at the Principal Office of the Company, the following: (a) a written record of the full name and business, residence or mailing address of the Manager and the Member; (b) a copy of the Certificate of Formation and all amendments thereto; (c) copies of all written limited liability company agreements and all amendments to such agreements, including any prior written limited liability company agreements no longer in effect; (d) copies of any written and signed promises by the Member to make capital contributions to the Company; (e) copies of the Company's federal, state and local income tax returns and reports, if any, for the three most recent years; (f) copies of any prepared financial statements of the Company for the three most recent years; and (g) minutes of every meeting of the Member or the Manager, as well as any written consents or actions taken without a meeting.

9.3     Insurance.  The Company may carry liability insurance in such amounts as is deemed necessary or appropriate by the Manager from time to time

## ARTICLE 10

## DISSOLUTION; LIQUIDATION

10.1     Dissolution.  The Company shall be dissolved upon the election of the Member, or upon the occurrence of any circumstance which, by law, would require the Company be dissolved. A withdrawal event with respect to the Member shall not dissolve the Company, unless any assignees of the Member's interest do not elect to continue the Company and admit a member within Ninety (90) days of such withdrawal event.

10.2     Filing Upon Dissolution.  As soon as possible following the dissolution of the Company, the Manager and Member shall execute and file all notices and other documents required under the Act and any other applicable law.

10.3     Liquidation.  Upon dissolution, the Company shall be wound up and liquidated as rapidly as business circumstances permit, the Manager shall act as the liquidating trustee, and the assets of the Company shall be liquidated and the proceeds thereof shall be paid (to the extent permitted by applicable law) in the following order: (a) first, to creditors, including the Member if the Member is a creditor, in the order and priority required by applicable law; (b) second, to a reserve for contingent liabilities to be distributed at the time and in the manner as the liquidating trustee determines in its sole discretion; and (c) third, to the Member.

4

## ARTICLE 11

### MISCELLANEOUS

11.1   Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the state of Delaware, without regard to its conflicts of laws principles. THE PARTIES HERETO HEREBY AGREE AND ACKNOWLEDGE THAT (A) ANY CLAIM ACTION OR PROCEEDING REGARDING THE COMPANY ON THIS AGREEMENT SHALL BE BROUGHT IN THE STATE OR FEDERAL COURTS LOCATED IN MIAMI-DADE COUNTY, FLORIDA, AND (B) THEY HEREBY WAIVE ANY OBJECTIONS TO SUCH VENUE, INCLUDING, WITHOUT LIMITATION, ANY OBJECTIONS BASED ON SUCH VENUE BEING AN INCONVENIENT FORUM.

11.2   Severability. If any provision of this Agreement shall be conclusively determined by a court of competent jurisdiction to be invalid or unenforceable to any extent, the remainder of this Agreement shall not be affected thereby.

11.3   Binding Effect. Except as otherwise provided herein, this Agreement shall inure to benefit of and be binding upon the Manager, the Member and each of their respective successors and assigns.

11.4   Titles and Captions. All article, section and paragraph titles and captions contained in this Agreement are for convenience only and are not a part of the context hereof.

11.5   Pronouns and Plurals. All pronouns and any variations thereof are deemed to refer to the masculine, feminine, neuter, singular or plural as the identity of the appropriate person may require.

11.6   No Third Party Rights. This Agreement is intended to create enforceable rights between the parties to this Agreement only, and, except as expressly provided herein, creates no rights in, or obligations to, any other persons.

11.7   Creditors. None of the provisions of this Agreement shall be for the benefit of or enforceable by any creditors of the Company.

11.8   Execution and Counterparts. This Agreement and any amendments may be executed in multiple counterparts, each of which shall be deemed an original and all of which together shall constitute one agreement. In addition, this Agreement and any amendments may be executed through the use of counterpart signature pages. The signature of any party on any counterpart agreement or counterpart signature page shall be deemed to be a signature to, and may be appended to, one document. The signature of any party delivered by facsimile shall have the full force and effect of an original signature.

11.9   Entire Agreement. This Agreement sets forth the entire agreement and understanding between the parties with respect to the subject matter hereof, and supersedes all

prior agreements and understandings between such parties relating to the subject matter hereof. No amendment, modification, termination or waiver of any provision of this Agreement shall be effective unless the same shall be set forth in writing and executed by the parties or their duly authorized representatives.

*(Signature Page to Follow)*

6

**IN WITNESS WHEREOF**, the parties have executed this Agreement effective as of the day and year first above written.

**MEMBER:**

Bit5ive Fund, LLC, a Delaware limited liability company

By: _____
Robert D. Collazo, Manager

**COMPANY:**

Algo FX Capital GP, LLC, a Delaware limited liability company

By: _____
Robert D. Collazo, Manager

7

**Schedule A**
**Manager**

1. The initial Manager is Robert D. Collazo.

RE      <u>Matter C3873</u>

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

*Kelly Griffin*

_____
Signature of Declarant

Kelly Griffin

Research Clerk II

TD BANK, NA

August 30, 2023
Date of Declaration/Execution

**TD Bank**

**Subpoena Research for**

**INTELLIGENZA LLC ETC.**

Acct Owner: ALGO FX CAPITAL GP LLC

Account Number: CK [Redacted]3385

Scope Requested     1/1/2020 to 8/21/2023

| Document | Comment | Documents Found | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | All on file | Provided | |
| Corporate Resolutions | All on file | Provided | |
| Business Opening Documents | All on file | Provided | |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | (Over 249.00) /OFFSETS | Not Provided | None Found |
| ATM Deposits | (Over 249.00)/OFFSETS | Not Provided | None Found |
| Credit Memos | (Over 249.00)/OFFSETS | Not Provided | None Found |
| Check Copies | (Over 249.00)/OFFSETS | Not Provided | None Found |
| Debit Memos | (Over 249.00)/OFFSETS | Not Provided | None Found |
| Withdrawal Tickets | (Over 249.00)/OFFSETS | Not Provided | None Found |
| Wires | (Over 249.00)/OFFSETS | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| Purchased Bank Checks | Purchased, offset and paid copy /(Over 249.00) | Not Provided | None Found |
| Loan Documents | | Not Provided | None Found |
| Credit Cards scope:1/1/2020 to 8/21/2023 | | Not Provided | None Found |

Internal

# CHASE ◼

Redacted    Redacted    Redacted

### Business Signature Card

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** BLOCK CONSULTING SERVICES, LLC | **ACCOUNT NUMBER** Redacted5171 |
| | **ACCOUNT TYPE** Chase Performance Business Checking |
| | **TAXPAYER ID NUMBER** 83-0623184 |
| | **DATE OPENED** 06/08/2018 |
| | **FORM OF BUSINESS** Limited Liability Company - Manager Managed (LLC) |
| | **ISSUED BY** JPMorgan Chase Bank, N.A. (-.021.) |

**BUSINESS ADDRESS**
3250 NE 1ST AVE STE 208

MIAMI, FL 33137-4191

Midtown Center - 157075
OSCAR A GARCIA
(305) 341-0652
06/08/2018

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | Redacted632 | FL | 06/08/2018 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

\*\* When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | ROBERT DELFIN COLLAZO JR | Redacted | Redacted0476 | Manger | 6/8/18 | Rueb D. Colley |
| 2) | Redacted | Redacted | Redacted2490 | Signer | 06/28/18 | Redacted |
| 3) | | | | | | |
| 4) | | | | | | |

Redacted

SB1481118-F1

M1207-01-13-08 (3/14 v3)



**EXHIBIT**

**34**

TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE O**

Redacted

Redacted

NAME OF BUSINESS  BLOCK CONSULTING SERVICES, LLC

TAXPAYER ID NO.  83-0823184

BUSINESS ADDRESS  12301 NW 112TH AVE UNIT 112, MEDLEY, FL 33178-1064

BRANCH NAME AND NO.  BISCAYNE AND 209TH - 149351     BANK NO.  021     BRANCH PHONE NO.  (305) 914-3918

INTEROFFICE MAILCODE FL7-0491     PREPARED BY: NAME  DAVID URIBE     DATE: 09/28/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Redacted | SIGNER | PRE-AUTHORIZED SIGNER TO BE ADDED BY 10/28/2021 | 09/28/2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | Redacted-635-0 | FL | 04/16/2009 | 04/15/2017 |
| 2) None | | | | |

Account Numbers:

Redacted 5171

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager    9/28/21 | Date | Certifying Official | Date |

Redacted

SB1481118-F1

JPMorgan Chase Bank, N.A.  Member FDIC

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE ◯**

Redacted

Redacted

NAME OF BUSINESS  BLOCK CONSULTING SERVICES, LLC

TAXPAYER ID NO. 83-0623184

BUSINESS ADDRESS  12301 NW 112TH AVE UNIT 112, MEDLEY, FL 33178-1064

BRANCH NAME AND NO.  BISCAYNE AND 209TH - 149381     BANK NO.  021     BRANCH PHONE NO.  (305) 914-3918

INTEROFFICE MAILCODE  FL7-0491     PREPARED BY: NAME  DAVID URIBE     DATE:  10/05/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Redacted | SIGNER | | 10 5 21 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | Redacted 36-0 | FL | 04/20/2017 | 04/16/2025 |
| 2) None | | | | |

Account Numbers:  Redacted 5171

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

Redacted

SB1481118-F1

JPMorgan Chase Bank, N.A. Member FDIC

Scan 406

## DECLARATION
### Case No. : C3873

William R Wold, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist IV  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 762 .  There are 6 Excel spreadsheets included.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 08/29/2023

By: William R. Wold

William R Wold
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1481118-F1                                                                                          Subp75a

**Bank**

# NEW BUSINESS ACCOUNT

REGION: South Florida (21)   RC #: 6704   ACCOUNT NUMBER: Redacted6793   IM   94004

TYPE OF ACCOUNT: TD Bus Convenience Plus Ckg   TYPE CODE: 717

OPENED BY: Julissa Mercado   DATE OPENED: 06/19/2019

BUSINESS NAME / MAILING ADDRESS:   TIN:   LEGAL ADDRESS: (No PO Boxes)

THE NUTRITION ZONE LLC   815090781   8804 NW 179TH LN

8804 NW 179TH LN   HIALEAH   FL   33018

HIALEAH, FL   USA   33018

Verification: ___   If Existing Customer, Enter the RM Number: Redacted 7674

Account Relationship: Corporation or LLC-w/Signers

Additional Account Verification: ☒ Business/Entity Documentation: Existing Customer-Store Verified Docs in FleNet

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

You, the undersigned, as authorized representative(s) of the business named above (the 'Accountholder') acknowledge receipt of the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule which govern the Accountholder's accounts with TD Bank, (the 'Bank'). Your signature below and the Accountholder's use of the account shall evidence the Accountholder's acceptance of and agreement to be bound by the terms and conditions as set forth in the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule, and any Addenda thereto, as the same may be amended from time to time.

If you, the undersigned are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owners(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency, in connection with opening and maintaining the account. If the Bank declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.

This section does not apply to U.S. non-resident aliens  Under penalty of perjury, you, the undersigned, certify that

1   The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and

2   The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and

3   The Accountholder is a U.S. person (including a U.S. resident alien); and

4   The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.

Certification Instructions.  You must cross out item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason.  For real estate transactions, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.

The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.

Relationship Consent

☐ By checking this box and signing below, you, _____, authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account, to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

Authorized Representative(s)/Signer(s):

_____

Signature

JUAN HERMAN

Printed Name

Redacted 992   Redacted 2589

Date of Birth   TIN

Verification: ___

If Existing Personal Customer, Enter the RM Number: Redacted 3774

Date Signed: ___

_____

Signature

_____

Printed Name

Date of Birth   TIN

Verification: ___

If Existing Personal Customer, Enter the RM Number: ___

Date Signed: ___

_____

Signature

_____

Printed Name

Date of Birth   TIN

Verification: ___

If Existing Personal Customer, Enter the RM Number: ___

Date Signed: ___

_____

Signature

_____

Printed Name

Date of Birth   TIN

Verification: ___

If Existing Personal Customer, Enter the RM Number: ___

Date Signed: ___

**EXHIBIT 35**

TO THE DECLARATION OF MAURA M. VENMEYER PURSUANT TO 28 U.S.C. § 1746

Instructions for Store Team Members. Scan and email to Account AMCB CIF New Business Accounts

RE    <u>Matter C3873</u>

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

   *I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

*Kelly Griffin*

_____
Signature of Declarant

Kelly Griffin

Research Clerk II

TD BANK, NA

August 30, 2023
Date of Declaration/Execution

Internal

**TD Bank**

**Subpoena Research for**

**INTELLIGENZA LLC ETC.**

Acct Owner: THE NUTRITION ZONE LLC

Account Number: CK [Redacted]6793

Scope Requested        1/1/2020 to 8/21/2023

| Document | Comment | Documents Found | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | All on file | Provided | |
| Corporate Resolutions | All on file | Provided | |
| Business Opening Documents | All on file | Provided | |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | **(Over 249.00) /OFFSETS** | Provided | |
| ATM Deposits | **(Over 249.00)/OFFSETS** | Provided | |
| Credit Memos | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Check Copies | **(Over 249.00)/OFFSETS** | Provided | |
| Debit Memos | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Withdrawal Tickets | **(Over 249.00)/OFFSETS** | Provided | |
| Wires | **(Over 249.00)/OFFSETS** | Provided | |
| Money Orders | | Provided | |
| Purchased Bank Checks | Purchased, offset and paid copy /(Over 249.00) | Provided | |
| Loan Documents | | Not Provided | None Found |
| Credit Cards scope:1/1/2020 to 8/21/2023 | | Not Provided | None Found |

Internal



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
INTELLIGENZA , LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000119421 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/04/2020 |
| **Effective Date** | 05/08/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

1001 BRICKELL BAY DR
MIAMI, FL 33131

**Mailing Address**

1001 BRICKELL BAY DR
MIAMI, FL 33131

**Registered Agent Name & Address**

HERMAN, JUAN
Redacted
MIAMI, FL 33131

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

HERMAN, JUAN
Redacted
MIAMI, FL 33131

**Annual Reports**

No Annual Reports Filed

**Document Images**

05/04/2020 – Florida Limited Liability    View image in PDF format



Handwritten notes:
Software &
Computer development
85-1108532
Redacted
1100 Brickell [illegible] W apt 5[?]
Miami FL 33131
Redacted
18
Redacted 1992
Hunktlan EON2@ yahoo.com Redacted
jherman@
So

EXHIBIT
36
TO THE DECLARATION OF MAURA M. WIDMEYER
PURSUANT TO 28 U.S.C. § 1746


**Bank**
America's Most Convenient Bank®

## ASSESSING YOUR NEW BUSINESS ACCOUNT
TO BE COMPLETED FOR ALL NEW BUSINESS ACCOUNTS

### SECTION 1A: STORE/ACCOUNT INFORMATION
TO BE COMPLETED DAY OF ACCOUNT OPENING    (Fill in or CIRCLE answer for each question)

| | | | |
|---|---|---|---|
| Store Employee: | Carlos A de Loizaga | Date Opened: | 05/22/2020 |
| Store Location: | West Miami Gardens | Store Number: | 6704 |
| Product Type: | TD Bus Convenience Plus Ckg | Account Number: | Redacted 1728 |
| Account Title: | INTELLIGENZA LLC | Phone Number: | Redacted |
| | | Best Time to Contact: | Weekdays |

Primary Contact Name: JUAN                HERMAN
Legal Address:        Redacted
        MIAMI                FL   33131
Business Email Address: jjherman@Redacted
New or Existing TD Business Customer.  ( New )   Existing      Home Based:   Yes   (No)

### SECTION 1B: BUSINESS INFORMATION
TO BE COMPLETED DAY OF ACCOUNT OPENING    (Fill in or CIRCLE answer for each question)

Is the business location at the same address being used to establish account?    ☒ Yes    ☐ No
    If No, please explain:
Type of Business (Circle one):    Corporation    Partnership    (LLC)    LLP    Sole Proprietor
    Non-Profit    Government/Municipal    Other (Describe)
Principle Line of Business    Computer Systems Design Services
    If "Other", describe    Software and Computer Development
Purpose of account (payroll, escrow, operating account, etc):    Operating
Length of time in business:    0 - 6 months    Does it match the formation documents?    (Yes)    No
    If No, please explain:
Estimated Annual Sales:    $0 - $500,000
Number of Employees:    1
Business geographical area coverage:    In TD Market Area
Is the Business located within market?    (Yes)    No
    If No, please explain:
How is the business paid by its customers?    ACH & Wire
What types of customers/vendors will the business be working with?    General Public
Where does the business maintain merchandise or equipment?    In the address provided

### SECTION 1C: HOME BASED BUSINESS
TO BE COMPLETED DAY OF ACCOUNT OPENING    (Fill in or CIRCLE answer for each question)

Does the home address provided match the identification of owner?    Yes    No
    If No, please explain:
How long have you lived at your current address?    Do you own or rent?    Own    Rent
For all home based businesses provide 4 or more items from below checklist (check all that apply)
Documents must be sent to CIF with account package (exception- do not photo copy driver's license)
☐ Known/Existing Customer for more than 6 months
☐ Business open more than 6 months. If so, how was this verified?
☐ Has license for trade business (day care, architect, plumber, electrician etc.) or Sales tax usage doc
☐ Has Commercial vehicle registration with address that matches business/home address
☐ Business is listed on Home Advisor with matching contact information
☐ Has invoice or bill mailed to address in business name or in the name of the business owner
☐ If property is rented, provide copy of rental agreement
☐ If owned, has tax bill, mortgage statement or other means of ownership verification (town tax list online, etc.)
☐ Driver's license matches address given (do not photocopy)
☐ Website exists and matches information given (provide screenshot)
☐ IRS TIN Letter
☐ Personal paystub with home address
☐ Most recent personal tax return
☐ Vehicle Registration
☐ Vehicle Insurance with home address
☐ Verification from State Website
☐ Bank Statement from other banks previous 2 months of activity
☐ W2s

## SECTION 1D: TO BE COMPLETED DAY OF ACCOUNT OPENING

**BUSINESS ACCOUNT OPENING DOCUMENT CHECKLIST**
Account opener MUST initial each box within a column to evidence each document collected. Any deviations from the required documentation described below should be **Bumped Up!**

| | Corporation | LLC | Partnership (Including Partnership, LP and LLP) | Unincorporated Association / Not for Profit | Sole-Prop |
|---|---|---|---|---|---|
| ■ Document required / ■ Document required if operating a Home Based Business / ■ Document not required | | | | | |
| Articles of Incorporation/Organization (filed with the state) OR Certificate of Good Standing (issued by state or court) OR State website report | | CC | | | |
| TD General Business Resolution | | CC | | | |
| Fictitious Name Registration (if applicable by state, county, or local registrar) | | N/A | | | |
| Operating Agreement (if applicable) | | N/A | | | |
| Board of Director's Resolution/By-Laws (if applicable) | | | | | |
| Partnership Banking Agreement (if applicable) | | | | | |
| Chapter and Bylaws of Association OR copy of minutes of last meeting with new elected officers (if applicable) | | | | | |
| FOR HOME BASED BUSINESSES, COLLECT FOUR ITEMS FROM THE LIST IN SECTION 1C) | | | | | |
| Business Site Visit form | | CC | | | |
| Signed Beneficial Ownership Long Form | | CC | | | |

## SECTION 2: REVIEW OF NEW ACCOUNT PRODUCT, FORMS AND OPENING DEPOSIT
TO BE COMPLETED DAY OF ACCOUNT OPENING      (Fill in or CIRCLE answer for each question)

**Review of Existing Accounts your Customer may have:**
Does the signer's signature match identification and any existing signature cards found on FileNet?  ~~YES~~  NO  (N/A)
Are there holds or special instructions on any existing accounts?   YES   NO   (N/A)
Length of Business Account Relationship?  12 year  Length of Personal Account Relationship?  (O)

**Review of the Opening Deposit:**
How is the opening deposit being made?   CHECK  (CASH)  TRANSFER  (Circle all that apply)
If Cash is being deposited - does it make sense for how the business gets paid?  YES
If a Check is deposited - is the check payable to the name of the business?  YES  NO  (N/A)
  Was the Starter Kit Deposit Ticket used for the opening deposit?  (YES)  NO  N/A
  Was the minimum opening deposit made (based on product type)?  (YES)  NO  N/A
    If no, please explain:
Was the check processed through Early Warning in Encore?   YES   NO  (N/A)
    If yes, note any response from Early Warning:
    If no, please explain:
Is date on check prior to the date of the formation documents? If Yes, **Bump It Up!**   YES   NO  (N/A) N/A
Does the payee and address on the check **exactly** match the title on the account? If not, **Bump It Up!**   YES   NO  N/A
Was the business entity registered within 15 calendar days prior to the account being established?  (YES)  NO
If Yes, **Bump It Up** to your SM.

**ALERT!** If there are any concerns with the account, opening deposit and/or Customer **Bump It Up!**

**SECTION 3: STORE MANAGEMENT REVIEW - To be completed by a Store Manager or ASM *other than account opener* no later than the following business day**
(Fill in or circle answer for each question)

**Research information about the business**
Research the business (including through the internet e.g. Google, Bing).

Describe results and/or opportunities: _Personal Accant_

List business website if applicable: _N/A_

Describe why Google Map search fit the business type: _H is an office address_

Business located within the vicinity/market area of your Store?   (YES)   NO   N/A

If No or N/A, describe why: _____

**SECTION 4: THANK YOUR CUSTOMER - To be completed by a Store Manager or ASM *other than account opener* no later than the following business day**
(Fill in or circle answer for each question)

Business reached via phone (using directory assistance or 411.com)?   YES   (NO)

Thank You Card mailed with Store Manager business card?   YES   (NO)

Additional comments/opportunities identified (and entered into your calendar/tickler system for follow-up):

_____

**SECTION 5: DOCUMENTATION / WRAP-UP - To be completed by a Store Manager or ASM *other than account opener* no later than the following business day**
(Fill in or circle answer for each question)

Site visit form printed and time scheduled for visit?   (YES)   NO

All business documents referenced on page 2 have been collected and reviewed (per AYNB Guidelines)?   (YES)   NO

If Assessing Your Business form and/or Site Visit form was completed by a business partner or another line of business, record their name and title: _____

After completing this checklist, reviewing documentation, and performing additional due diligence, sign and date below. Send the New Account and ALL supporting documentation to CIF for imaging. If any exceptions were made, please attach RMM email.

Reviewed by Signature: _____     Date: _05/22/00?_

Print Name/Title: _Rous Burns Store Mng_

Rev 07/16 | TD BANK, N.A.

 **Bank**

America's Most Convenient Bank®

**Business Site Visit Form must be completed within 5 calendar days of opening by Store Management**

Business Name: Intelligenza LLC                     Date Account Opened: 05/22/2020

Business Physical Address: 1001 Brickell Bay Dr, Miami FL 33131

Business Phone Number: Redacted                     Account #(s): Redacted 1728  /  _____  /  _____

Business Owner Contact Name and Title: Juan Herman / Manager

| Section I | Must be completed for Home Based Businesses Only |

Are you able to verify the residential address through Google maps or current tax records? (Review AYB Guide)
If Yes ☐ Attach Documents  If No ☐ Business Site Visit is Required  Describe observations below:

Comments:

| Section II | Must be completed for all Businesses that are not Home Based |

After tour or Business Site Visit completion, is the business operational; appears to be functioning as the business
described?          Yes ☑          No ☐

Comments:

Is there appropriate signage for the nature or type of business? Yes ☑  No ☐

Does the business have an ATM on site? Yes ☐  No ☑  If Yes How is the ATM Funded? _____

Please indicate which signs for the following services are visible:

Check Cashing ☐ Check Cashing Fees ☐ Lottery Sales ☐ Sale of Money Orders ☐ Western Union ☐ Payday Lending ☐

Describe Observations: _____

Is there inventory on site? Yes ☑  No ☐  N/A ☐

Describe observations: _____

Did your observations agree with your expectations for this type of business? Yes ☑  No ☐  If No Bump It Up!

Comments:

I personally conducted the above described physical site visit on:          Date of Visit:

Site Visit Completed by:

Print Name and Title                                        Signature

Rev. 2/2018 | TD BANK, N.A.

# Certification Regarding Beneficial Owners
# of Legal Entity Customers

 **Bank**

| For TD Personnel use only | |
|---|---|
| Account Number: Redacted 1728 | Date: 05/22/2020 |
| TD Bank Representative Name: Carlos de Loizaga | TD Bank Representative Phone: 305 521 4379 |
| RC Code (if applicable): 6704 | Store Number (if applicable): 6704 |

## Account Opening/Maintenance Information

**A. Name and Address of Legal Entity for which an account is being opened or business relationship is being updated**

| Name: Intelligenza LLC | |
|---|---|
| Address: 1001 Brickell Bay Dr | City/State/Zip: Miami/ FL/ 33131 |

**B. Name and Title of Natural Person opening account or updating the Business Relationship**

| Name: Juan Herman | Title: Manager |
|---|---|

## I. Certification of Individual with Control (see page 4 for definition)

| Individual First Name: Juan | Middle Initial: | Last Name: Herman |
|---|---|---|
| Street Address (no PO Boxes): Redacted | | City: Miami |
| State/Province: FL | Zip/Postal Code: 33131 | Country: United States |
| Social Security Number (SSN) (US persons only): Redacted 2589 | | Date of Birth: Redacted /1992 |
| Title (CEO, President, etc.): Manager | | |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: |
|---|---|---|
| Country: | Date of Issuance: | Exp. Date: |

Is this Individual with Control also a Beneficial Owner? ☑ Yes ☐ No  If yes, what is the percentage of ownership? 100 %

## II. Certification of Beneficial Owner(s) (see page 4 for definition)

If no individual meets this requirement, please check "Beneficial Owner Not Applicable" box and move to Section III.  ☐ Beneficial Owner Not Applicable

Beneficial Owner's Information:

| Individual First Name: | Middle Initial: | Last Name: |
|---|---|---|
| Street Address (no PO Boxes): | | City: |
| State/Province: | Zip/Postal Code: | Country: |
| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: |
|---|---|---|
| Country: | Date of Issuance: | Exp. Date: |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

Bank deposits FDIC insured. | Equal Housing Lender 🏠

## II. Certification of Beneficial Owner(s) (cont.)

**Beneficial Owner 2 Information:**

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | Country: | |

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: | % |
|---|---|---|---|

**Non-US persons, please complete the fields below:**

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | Exp. Date: | |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner 3 Information:**

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | Country: | |

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: | % |
|---|---|---|---|

**Non-US persons, please complete the fields below**

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | Exp. Date: | |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner 4 Information:**

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | Country: | |

| Social Security Number (SSN) (US persons only): | Date of Birth: | % of Ownership: | % |
|---|---|---|---|

**Non-US persons, please complete the fields below:**

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | Exp. Date: | |

Does the individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)?   ☐ Yes   ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## III. Certified/Agreed To

☑ Check this box if there have been no updates or changes to individual with Control or Beneficial Ownership Information since last completing a Certification Form.

I, **Juan Herman** , hereby certify, to

(Print Name of person opening the account or adding new accounts or services to an established relationship)

the best of my knowledge, that the information provided above is complete and correct.

Signature

X _____    Date 05 / 22 / 2020

**PLEASE MAKE ADDITIONAL COPIES OF THIS PAGE AS INDICATED BY TD PERSONNEL**

**Beneficial Owner Information:**

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | Country: | |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | Exp. Date: | |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner Information:**

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | Country: | |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | Exp. Date: | |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

**Beneficial Owner Information:**

| Individual First Name: | Middle Initial: | Last Name: | |
|---|---|---|---|
| Street Address (no PO Boxes): | | City: | |
| State/Province: | Zip/Postal Code: | Country: | |
| Social Security Number (SSN) (US persons only): | | Date of Birth: | % of Ownership: % |

Non-US persons, please complete the fields below

| Primary ID Type (passport or other): | | Number: | |
|---|---|---|---|
| Country: | Date of Issuance: | Exp. Date: | |

Does the Individual hold the ownership interest in the Legal Entity indirectly (via an ownership interest in an intermediate company)? ☐ Yes ☐ No
If yes, provide the name of the intermediate company below:

Name of Company with Ownership Interest in this Relationship:

## General Instructions

### What is this form?

Federal law requires U.S. financial institutions to obtain, verify, and record information about the beneficial owners of, and individuals with significant control over, legal entities.

A legal entity includes a corporation, limited liability company, partnership and any other similar business entity formed in the United States or a foreign country.

### Who has to complete this form?

This certification form must be completed by the person opening a new account or adding new accounts or services to an established relationship on behalf of a legal entity with any of the following US financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities.

### What information do you have to provide?

This form requires you to provide the name, address, date of birth and Social Security Number* for the following individuals:

Individual with Control:

- One individual with significant responsibility for managing the legal entity, such as:
  - An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
  - Any other individual who regularly performs similar functions; and

Beneficial Owner:

- Each individual, if any, who owns, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, 25 percent or more of the equity interests of the legal entity (e.g., each natural person that owns 25 percent or more of the shares of a corporation). *There may be instances where you will be asked to provide this information on 10 percent owners, in accordance with TD policies.*

*Note

- For a US person, provide a Social Security Number,
- For a Non-US person (non-US Citizen or Resident Alien), provide a passport number, country and date of issuance and expiration date. In lieu of a passport, non-US persons may also provide the equivalent information regarding any other government-issued form of identification evidencing nationality or residence and bearing a photograph or similar safeguard.

TD Bank may also ask to see a government-issued form of identification (e.g. driver's license, passport, etc.) for each of the individuals listed on this form and record details about the identification (i.e., issuer, dates of issuance and expiration and document number).

***You must notify TD Bank promptly in the event of any change to the information in Section I or II of this form.***
***If there have been no updates or changes to the Individual with Control or Beneficial Ownership information of the legal entity customer since the last time a Certification Form was provided, you may skip Section I and II and move to Section III.***

*Instructions for Store Team Members: For New Accounts scan and email to CIFNEWBusinessAccounts@td.com*
*For existing accounts/maintenance scan and email to CIFAccountMaintenanceDocs@td.com*

5/22/2020

1001 Brickell Bay Dr - Google Maps

## 1001 Brickell Bay Dr



Image capture: Apr 2019   © 2020 Google

Miami, Florida

 Google

Street View





RE      <u>Matter C3873</u>

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

*Kelly Griffin*

_____
Signature of Declarant

Kelly Griffin

Research Clerk II

TD BANK, NA

August 30, 2023
Date of Declaration/Execution

Internal

**TD Bank**

**Subpoena Research for**

**INTELLIGENZA LLC ETC.**

Acct Owner: INTELLIGENZA LLC

Account Number: CK ▮Redacted▮1728                    Scope Requested          1/1/2020 to 8/21/2023

| Document | Comment | Documents Found | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | All on file | Provided | |
| Corporate Resolutions | All on file | Provided | |
| Business Opening Documents | All on file | Provided | |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | **(Over 249.00) /OFFSETS** | Provided | |
| ATM Deposits | **(Over 249.00)/OFFSETS** | Provided | |
| Credit Memos | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Check Copies | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Debit Memos | **(Over 249.00)/OFFSETS** | Not Provided | None Found |
| Withdrawal Tickets | **(Over 249.00)/OFFSETS** | Provided | |
| Wires | **(Over 249.00)/OFFSETS** | Provided | |
| Money Orders | | Not Provided | None Found |
| Purchased Bank Checks | Purchased, offset and paid copy /(Over 249.00) | Not Provided | None Found |
| Loan Documents | | Not Provided | None Found |
| Credit Cards scope:1/1/2020 to 8/21/2023 | | Not Provided | None Found |

Internal

CHASE          

**Business Signature Card**

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | **ACCOUNT NUMBER** Redacted 5976 |
| JVL FORTINI CONSULTING LLC | **ACCOUNT TYPE** Chase Total Business Checking |
| | **TAXPAYER ID NUMBER** 85-2121044 |
| | **DATE OPENED** 08/04/2020 |
| | **FORM OF BUSINESS** Limited Liability Company - Manager Managed (LLC) |
| **BUSINESS ADDRESS** | **ISSUED BY** JPMorgan Chase Bank, N.A. ( 021 ) |
| 11435 SEA GRASS CIR | Deerfield Military - 741766 |
| | DAVID J URIBE |
| BOCA RATON, FL 33498-4972 | (954) 480-6091 |
| | 08/04/2020 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | Redacted 798 | FL | 07/21/2020 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOHN LOUIS FORTINI | Redacted | Redacted 3827 | Manager | 8/M/20 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |



Redacted

SB1481118-F1

EXHIBIT
37
TO THE DECLARATION OF MAURA M. VEHMEIER PURSUANT TO 38 U.S.C. § 1746

**Redacted**  **Redacted**  Redacted

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)    CHASE

__X__ NEW _____ CHANGE

ACCOUNT NO.
9876
ACCOUNT TITLE
JVL FORTINI CONSULTING LLC

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )
BRANCH NAME AND NO. :
N. Ft. Lauderdale - 741764
DATE
08/04/2020
PREPARED BY
DAVID J URIBE
PHONE NO.
(954) 480-6091

BUSINESS ADDRESS
11435 SEA GRASS CIR

BOCA RATON, FL 33498-4922
TAXPAYER ID NO.
85-2121944
PRODUCT TYPE
Chase Total Business Checking

Legal Name of Organization: JVL FORTINI CONSULTING LLC                                 (the "Organization")

State of Organization: FL

Type of Organization (check one):
[ ] Limited liability company managed by its members
[X] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
* the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
* the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
* the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
* Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement.
* Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
* Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| JOHN LOUIS FORTINI | Manager | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 Instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (5/14 v2)

JPMorgan **SB1481118** FDIC                     Page 1 of 2  

Redacted   Redacted   Redacted

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

**CHASE** ⬤

ACCOUNT NO. ███9976

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager
Printed Name: JOHN LOUIS FORTINI                                     Date 8/1/2020

Member or Manager
Printed Name:                                                        Date

Member or Manager
Printed Name:                                                        Date

Member or Manager
Printed Name:                                                        Date

Member or Manager
Printed Name:                                                        Date

Member or Manager
Printed Name:                                                        Date

Member or Manager
Printed Name:                                                        Date

Member or Manager
Printed Name:                                                        Date

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC
**SB1481118-F1**

M1207-04-CS (5/14 v2)


Page 2 of 2



## DECLARATION
### Case No. : C3873

William R Wold, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist IV  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 762 .  There are 6 Excel spreadsheets included.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 08/29/2023

By: William R.Wold

William R Wold
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1481118-F1                                                                                    Subp75a

Date: 12/21/2017 Time: 4:33:32 PM (US Central Time) Scanned From IP:10.77.195.9

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ~~Redacted~~0646          **Bank Number:** 075

**Account Type:** [X] Checking (DDA)   [ ] Savings (SAV)   [ ] Certificate of Deposit (CD)

**Account Title:**
MA S CAPITAL INVESTMENTS LLC

**Legal Designation:**

[ ] Individual/Sole Proprietor   [ ] Trust/Estate   [ ] Unincorporated Association   [ ] C Corporation   [ ] S Corporation

[ ] Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)   C

[ ] Other (Defined in W-9 instructions)

Social Security Number _____   (or)  Employer Identification Number  82-3 7454 9

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

[ ] Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8

Substitute Form W-9. Certification - Under penalties of perjury I certify that (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN (Please refer to the IRS instructions for Form W-9).

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Exemptions codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9);

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  MICHAEL SIMS | AMBR | _Michael Sims_ | 12/20/17 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

**EXHIBIT**
**38**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

© 2016 Bank of America N.A. All Rights Reserved

NU
00-14-9297M   (1-2016)

Redacted

**Account Number:** Redacted 0646

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers of this account

_Authorized Signer_                              Title  A M3R

---

**Review Information**

**Customer 1**

Name   MICHAEL S SIMS

| ID Type | US Driver License W/Photo | ID# | Redacted 1044 | ID Issuer | Georgia | Iss Date | 10 2014 | Exp Date | 06 2022 |
| ID Type | BOA Visa Card No Photo | ID# | 6798 | ID Issuer | NA | Iss Date | N A | Exp Date | 02 2021 |

**Customer 2:**

Name _____

| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |
| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |

**Customer 3:**

Name _____

| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |
| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |

**Customer 4:**

Name _____

| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |
| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |

**Customer 5:**

Name _____

| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |
| ID Type | ___ | ID# | ___ | ID Issuer | ___ | Iss Date | ___ | Exp Date | ___ |

---

**Bank Information**

| Date | 12 20 2017 |
| **Financial Center Name** | SOUTH DELRAY |
| **Employee's Name** | Yawo Noudjo |
| **Employee's Phone Number** | 561-279-2044 |

NI L
00-14-9297M 11-2016

Redacted

Page 2 of 2

Bank of America Legal Order Processing
Regarding reference number: D020923000087
Court case number: 4:23-CV-00336
Court or issuer: U. S. COMMODITY TRADING
COMMISSION
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Ma Penny Alafriz, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| M A S CAPITAL INVESTMENTS LLC | 0646 | Signature Card, Statements, Credits, Wires | 2022-07 - 2023-02 |
| MICHAEL SIMS | 4395 | Application, Statements | 2021-09 - 2021-11 |
| MIKE SIMS WORLDWIDE, LLC OPERATING ACCOUNT | 2959 | Signature Card, Statements, Credits, Debits, Wires | 2020-04 - 2023-01 |
| MIKE SIMS WORLDWIDE, LLC PAYROLL ACCOUNT | 2967 | Signature Card, Statements, Credits | 2020-04 - 2023-01 |
| NWM CONSULTANTS LLC | 5343 | Signature Card, Statements | 2020-04 - 2021-03 |

3.) <u>Production.</u>
  X    The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

       A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Ma Penny Alafriz  Digitally signed by Ma Penny Alafriz
Date: 2023.02.24 14:45:36 -05'00'

Date: 02/24/2023      Signature:

# Bank of America.

BANK OF AMERICA, N.A. (THE "BANK")

**Corporate Signature Card**

**Account Number** _Redacted 5216_          ☐ Temporary Signature Card

Account Type ___**BUSINESS ECONOMY CHKG**___

Account Title ___**TROPEZ MANAGEMENT, INC**___

Name of Corporation ___**TROPEZ MANAGEMENT, INC**___

Tax Identification Number ___**261591326**___

By signing below, the above named Corporation agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, (3) the Miscellaneous Fees for Business Accounts and the Corporation further acknowledges the receipt of these documents.

**Substitute Form W-9.** Certification. **Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).**

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

☐ Exempt (check if applicable)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**EXHIBIT 39**

TO THE DECLARATION OF MAURA M. WEHMEYER PURSUANT TO 28 U.S.C. § 1746

**Name (typed or printed)** | **Title** | **Signature**
--- | --- | ---
1. Holton Buggs | President |
2. Redacted | Ex. Vice President |
3. | |
4. | |
5. | |

I, the undersigned, hereby certify (1) I am the Secretary or Assistant Secretary of the Corporation named above, (2) the above named person(s) are those person(s) currently empowered to act under the Corporate resolutions authorizing this account and the other banking services provided for therein, (3) that the title and specimen signature set forth opposite the name of each person are true and genuine, and (4) the Substitute Form W-9 certification.

This _____ day of _____.          X _____
                                                **Secretary/Assistant Secretary**

## ATM/Deposit/Check Card Request

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

X _____                          Ex. Vice President
**Signature**                               Title
Name _HOLTON BUGGS_                          Name _Redacted_
ID Type _TX ID_                              ID Type _TX DL_
ID # _Redacted 194_                          ID # _Redacted 743_
Issued By _TEXAS_                            Issued By _TEXAS_
Issued Date _N/A_ Exp Date _9/26/2011_       Issued Date _N/A_ Exp Date _1/01/2011_
2nd ID Type _BOFA VISA C/C_                  2nd ID Type _VISA C/C_
ID # _XXXX 7464_                             ID # _XXXX 7423_
Issued By _BOFA_                             Issued By _BOFA_
Issued Date _N/A_ Exp Date _6/2011_          Issued Date _N/A_ Exp Date _6/2012_

## Bank Information

Date _04/22/2009_                Banking Center Name _WEST 8_

Associate's Phone Number _713-977-7331_     Associate's Name _ELENA SANCHEZ_

NTX
05-14-9006M 08-2001

**Reference number**
**D021524000491**
**Court case number**
**C3873**
**Court or issuer**
**COMMODITY FUTURES TRADING COMMISSION**
**Court case name:**
**TROPEZ MANAGEMENT**

## DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Kristin Matysek, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.)
Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| TROPEZ MANAGEMENT, INC | 9216 | Statement Pages, Signature Card, Corporate Resolution, Deposits, Offsets, Debits | 2020-01 - 2023-01 |

3.) Production.

___X___The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Kristin Matysek
Digitally signed by Kristin Matysek
Date: 2024.02.16 10:20:02 -07'00'

Date: 02/16/2024          Signature:_____

# Business Account Application



| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | HIALEAH GARDENS | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ISARY FLORES | | CE566 | 07/25/2022 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/908-1544 | 11335 | 0011295 | Z6198-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only        [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1: | |
|---|---|---|---|
| Navigate Business Checking | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | Redacted 3012 | $50.00 | INTX |

| New Account Kit: | | Checking/Savings Bonus Offer Available: |
|---|---|---|
| Alejandrosanti@ Redacted | | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| CENTURION CAPITAL GROUP INC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 6716 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| GABRIEL BELTRAN | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 8463 | Signer |

| Customer 3 Name: | |
|---|---|
| ALEJANDRO SANTIESTEBAN | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 9711 | Signer |




2W02-001498075961-01

**EXHIBIT**
**40**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Business Account Application

**Checking/Savings Statement Mailing Information**

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| CENTURION CAPITAL GROUP INC | 12010 HIALEAH GARDENS BLVD STE 4A | |
| | Address Line 2: | |
| | City: HIALEAH GARDENS | State: FL |
| | ZIP/Postal Code: 33018-4315 | Country: US |



**Business Account Application**

## Customer 1 Information

Customer Name:
CENTURION CAPITAL GROUP INC

| Enterprise Customer Number (ECN): | | | Street Address: | |
|---|---|---|---|---|
| Redacted 6716 | | | 12010 HIALEAH GARDENS BLVD STE 4A | |

Account Relationship:
Sole Owner

Address Line 2:

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 88-1340605 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type S | HIALEAH GARDENS | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 33018-4315 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Fax: | Business Phone: |
|---|---|---|---|---|
| 03/22/2022 | | 2 | | Redacted |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $0.00 | 07/25/2022 | | Redacted | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| US | | US | LOCAL |

Industry:
Management of Companies and Enterprises

Description of Business:
Managing busines financial for CENTURION HOLDINGS and GMJ MARKETING

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Secretary of State | NONE |

BACC Reference Number:
6222060001024

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| P22000021508 | US | FL | 03/22/2022 | |

| Country of Registration: | State of Registration: | International Transactions: | | Check Reporting: |
|---|---|---|---|---|
| US | FL | | | NO RECORD |



2W02-001498075961-03

Business Account Application

## Owner/Key Individual 1 Information

| | | | |
|---|---|---|---|
| **Customer Name:** GABRIEL BELTRAN | | **Residence Address:** Redacted | |
| **Business Relationship:** Key Executive with Control of the Entity | | **Address Line 2:** | |
| **Position/Title:** | **Date of Birth:** Redacted 1981  **Percent of Ownership:** | **Address Line 3:** | |
| **Enterprise Customer Number (ECN):** Redacted 6463 | | **City:** MIAMI LAKES | **State:** FL |
| **TIN Type:** SSN | **Taxpayer Identification Number (TIN):** Redacted -3137 | **ZIP/Postal Code:** 33018-1334 | **Country:** US |
| **Primary ID Type:** DLIC | **Primary ID Description:** Redacted 368-0 | **Country of Citizenship:** US   **Permanently Resides in US:** | |
| **Primary ID St/Ctry/Prov.:** FL | **Primary ID Issue Date:** 11/19/2019  **Primary ID Expiration Date:** Redacted 2027 | **Check Reporting:** | |
| **Secondary ID Type:** OTHR DC | **Secondary ID Description:** CHASE VISA 1284 | | |
| **Secondary ID State/Country:** | **Secondary ID Issue Date:**  **Secondary ID Expiration Date:** 07/01/2027 | | |



2W02-001498075961-04

Wells Fargo Confidential

Business Account Application

## Owner/Non-Individual 1 Information

Customer Name:
CENTURION TS HOLDINGS LLC

| Enterprise Customer Number (ECN): | Percent of Ownership: | Street Address: |
|---|---|---|
| Redacted 9514 | | 3208 W 98TH PL |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner/Partner w/o Control of the Entity | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| | | |

| Business Type: | City: | State: |
|---|---|---|
| | HIALEAH | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| | | 33018-2045 | US |

| Description of Business: | Sales Market: | | Industry Code (NAIC): |
|---|---|---|---|
| | | | |
| | Primary State 1: | Primary State 2: | Primary State 3: |
| | | | |
| | Primary Country 1: | Primary Country 2: | Primary Country 3: |
| | | | |

## Bank Use Only

| Name/Entity Verification: | Document Filing Number/Description: |
|---|---|
| | |

| Country of Registration: | State of Registration: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|---|
| | | | | | |



Business Account Application

## Owner/Non-Individual 2 Information

| Customer Name: | | |
|---|---|---|
| GMJ MARKETING LLC | | |

| Enterprise Customer Number (ECN): | Percent of Ownership: | Street Address: |
|---|---|---|
| Redacted 2515 | | 3550 ALTIS CIR N UNIT 10103 |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner/Partner w/o Control of the Entity | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| | | |

| Business Type: | City: | State: |
|---|---|---|
| | HIALEAH | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| | | 33018-6077 | US |

| Description of Business: | Sales Market: | Industry Code (NAIC): |
|---|---|---|
| | | |
| | Primary State 1: | Primary State 2: | Primary State 3: |
| | Primary Country 1: | Primary Country 2: | Primary Country 3: |

## Bank Use Only

| Name/Entity Verification: | Document Filing Number/Description: |
|---|---|
| | |

| Country of Registration: | State of Registration: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|---|
| | | | | | |



Business Account Application

## Authorized Signer 1 Information

| | |
|---|---|
| **Authorized Signer Name:** GABRIEL BELTRAN | **Residence Address:** Redacted |
| **Occupation:** Prod, Sales, Trade, Se | **Address Line 2:** |
| **Date of Birth:** Redacted 1981    **Position/Job Title:** president | **Address Line 3:** |
| **Taxpayer Identification Number (TIN):** Redacted 3137    **TIN Type:** SSN | **City:** MIAMI LAKES    **State:** FL |
| **Primary ID Type:** DLIC    **Primary ID Description:** Redacted 368-0 | **ZIP/Postal Code:** 33018-1334    **County:** US |
| **Primary ID Expiration Date:** Redacted 2027   **Primary ID St/Cty/Prov:** FL   **Primary ID Issue Date:** 11/19/2019 | **Permanently Resides in US:** US    **Country of Citizenship:** US |
| **Secondary ID Description:** CHASE VISA 1284    **Secondary ID Type:** OTHR DC | |
| **Secondary ID State/Country:**   **Secondary ID Issue Date:**   **Secondary ID Expiration Date:** 07/01/2027 | |

## Authorized Signer 2 Information

| | |
|---|---|
| **Authorized Signer Name:** ALEJANDRO SANTIESTEBAN | **Residence Address:** Redacted |
| **Occupation:** Manager, Owner, Office | **Address Line 2:** |
| **Date of Birth:** Redacted /1993    **Position/Job Title:** Managing Member | **Address Line 3:** |
| **Taxpayer Identification Number (TIN):** Redacted 8150    **TIN Type:** SSN | **City:** HIALEAH    **State:** FL |
| **Primary ID Type:** DLIC    **Primary ID Description:** Redacted -457-0 | **ZIP/Postal Code:** 33018-2045    **County:** US |
| **Primary ID Expiration Date:** Redacted 2026   **Primary ID St/Cty/Prov:** FL   **Primary ID Issue Date:** 12/18/2018 | **Permanently Resides in US:** US    **Country of Citizenship:** US |
| **Secondary ID Description:** WF VISA 6909    **Secondary ID Type:** OTHR DC | |
| **Secondary ID State/Country:**   **Secondary ID Issue Date:**   **Secondary ID Expiration Date:** 03/01/2025 | |



## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

> (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);
>
> (2) Authorize (by signing or otherwise) the payment of items from the Customer's account(s) listed on this Business Account Application (including without limitation any item payable to (a) the individual order of the person who authorized the item or (b) the Bank or any other person for the benefit of the person who authorized the item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");
>
> (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and
>
> (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

> (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
>
> (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
>
> (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
GABRIEL BELTRAN

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
07/25/2022

Owner/Key Individual 2 Name
ALEJANDRO SANTIESTEBAN

Position/Title:

Owner/Key Individual 2 Signature

☐ Submit manually
☐ Signature not required

Date:
07/25/2022



2W02-001498075961-08

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED THE BOX BELOW, I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person; and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (This does not apply to accounts maintained in the United States.)

☐ I am subject to backup withholding because the statement in 2(b) above does not apply.

Tax Responsible Customer Name:

CENTURION CAPITAL GROUP INC

Taxpayer Identification Number (TIN):

88-1340605

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
07/25/2022

## Authorized Signers – Signature Capture

Authorized Signer 1 Name
GABRIEL BELTRAN

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
07/25/2022

Authorized Signer 2 Name
ALEJANDRO SANTIESTEBAN

Position/Title:

Authorized Signer 2 Signature

☐ Submit manually
☐ Signature not required

Date:
07/25/2022





WELLS FARGO

Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Christopher Hester, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28041643

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX3745 | 117 | 117 |
| Statements | XXXXXX3012 | 27 | 27 |
| Checks/Debits | XXXXXX2211 | 27 | 27 |
| Deposits with offsets | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3745 | 5 | 5 |
| Checks/Debits | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3012 | 2 | 2 |
| Statements | XXXXXX2211 | 92 | 92 |
| Note to Client | | 0 | 0 |
| Unable to locate accounts in the name of CENTURION CAPITAL MANAGEMENT LLC and X-PRESS TRANSPORT SOLUTIONS INC from information provided. | | | |
| Deposits with offsets | XXXXXX3745 | 42 | 42 |
| Signature Cards | XXXXXX3012 | 9 | 9 |
| Wire Automated | XXXXXX3745 | 88 | 88 |
| Deposits with offsets | XXXXXX2211 | 60 | 60 |
| Signature Cards | XXXXXX2211 | 6 | 6 |
| Wire Automated | XXXXXX2211 | 29 | 29 |

Case No: 28041643; Agency Case No: C3873

| Checks/Debits | XXXXXX3745 | 22 | 22 |
|---|---|---|---|
| | | **Total Copies Delivered:** | **526** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Christopher Hester*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28041643; Agency Case No: C3873

# Business Account Application



| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | HIALEAH GARDENS | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ISARY FLORES | | CE566 | 09/29/2021 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/908-1544 | 11335 | 0011295 | Z6198-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1: | |
|---|---|---|---|
| Navigate Business Checking | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | Redacted 3745 | $100.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| Alejandrosanti@x-presstransport.com | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| CENTURION TS HOLDINGS LLC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 9514 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| ALEJANDRO SANTIESTEBAN | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 9711 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| CENTURION TS HOLDINGS LLC | 3208 W 98TH PL | |
| | Address Line 2: | |
| | City: | State: |
| | HIALEAH GARDENS | FL |
| | ZIP/Postal Code: | Country: |
| | 33018-2045 | US |





## Customer 1 Information

<div align="right">Business Account Application</div>

| Customer Name: | | | |
|---|---|---|---|
| CENTURION TS HOLDINGS LLC | | | |

| Enterprise Customer Number (ECN): | | Street Address: |
|---|---|---|
| Redacted 9514 | | 3208 W 98TH PL |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| Redacted 8034 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Limited Liability Company | HIALEAH GARDENS | FL |

| Business Sub-Type/Tax Classification: | Non-Profit | ZIP/Postal Code: | Country: |
|---|---|---|---|
| S Corporation | No | 33018-2045 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 09/14/2021 | | 1 | Redacted | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $500,000.00 | 09/29/2021 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| US | | US | LOCAL |

| Industry: |
|---|
| Other Services (except Public Administration) |

| Description of Business: |
|---|
| HOLDINGS COMPANY |

| Major Suppliers/Customers: |
|---|
| |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Secretary of State | NONE |

| BACC Reference Number: |
|---|
| 6212720000087 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 6234244 | US | DE | 09/14/2021 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | DE | | NO RECORD |



Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name:<br>ALEJANDRO SANTIESTEBAN | Residence Address:<br>Redacted |
| Business Relationship:<br>Owner with Control of the Entity | Address Line 2: |
| Position/Title: | Date of Birth: Redacted 1993 | Percent of Ownership: 100.0 | Address Line 3: |
| Enterprise Customer Number (ECN):<br>Redacted 9711 | City:<br>HIALEAH | State:<br>FL |
| Taxpayer Identification Number (TIN): Redacted 8150 | TIN Type:<br>SSN | ZIP/Postal Code:<br>33018-2045 | Country:<br>US |
| Primary ID Type:<br>DLIC | Primary ID Description:<br>Redacted -457-0 | Country of Citizenship:<br>US | Permanently Resides in US: |
| Primary ID St/Ctry/Prov:<br>FL | Primary ID Issue Date:<br>12/18/2018 | Primary ID Expiration Date:<br>Redacted /2026 | Check Reporting:<br>NO RECORD |
| Secondary ID Type:<br>OTHR DC | Secondary ID Description:<br>WF VISA 6909 | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date:<br>03/01/2025 | |

## Authorized Signer 1 Information

| | |
|---|---|
| Authorized Signer Name:<br>ALEJANDRO SANTIESTEBAN | Residence Address:<br>Redacted |
| Occupation:<br>Manager, Owner, Office | Address Line 2: |
| Position/Job Title:<br>Managing Member | Date of Birth:<br>Redacted 1993 | Address Line 3: |
| Taxpayer Identification Number (TIN): Redacted 8150 | TIN Type:<br>SSN | City:<br>HIALEAH | State:<br>FL |
| Primary ID Type:<br>DLIC | Primary ID Description:<br>Redacted 457-0 | ZIP/Postal Code:<br>33018-2045 | Country:<br>US |
| Primary ID St/Ctry/Prov:<br>FL | Primary ID Issue Date: Primary ID Expiration Date:<br>12/18/2018 Redacted 2026 | Country of Citizenship:<br>US | Permanently Resides in US: |
| Secondary ID Type:<br>OTHR DC | Secondary ID Description:<br>WF VISA 6909 | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date:<br>03/01/2025 | |



Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

 (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

 (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

 (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

 (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

 (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

 (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

 (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| ALEJANDRO SANTIESTEBAN | |

Owner/Key Individual 1 Signature

ALEJANDRO SANTIESTEBAN

☐ Submit manually
☐ Signature not required

Date:
09/29/2021



## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).          ☐ I am subject to backup withholding          ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

CENTURION TS HOLDINGS LLC

Taxpayer Identification Number (TIN).

87-2628034

TIN Certification Signature.

☐ Submit manually
☐ Signature not required

Date:
09/29/2021

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
ALEJANDRO SANTIESTEBAN

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
09/29/2021





Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28205
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Christopher Hester, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28041643

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX3745 | 117 | 117 |
| Statements | XXXXXX3012 | 27 | 27 |
| Checks/Debits | XXXXXX2211 | 27 | 27 |
| Deposits with offsets | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3745 | 5 | 5 |
| Checks/Debits | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3012 | 2 | 2 |
| Statements | XXXXXX2211 | 92 | 92 |
| Note to Client | | 0 | 0 |
| Unable to locate accounts in the name of CENTURION CAPITAL MANAGEMENT LLC and X-PRESS TRANSPORT SOLUTIONS INC from information provided. | | | |
| Deposits with offsets | XXXXXX3745 | 42 | 42 |
| Signature Cards | XXXXXX3012 | 9 | 9 |
| Wire Automated | XXXXXX3745 | 88 | 88 |
| Deposits with offsets | XXXXXX2211 | 60 | 60 |
| Signature Cards | XXXXXX2211 | 6 | 6 |
| Wire Automated | XXXXXX2211 | 29 | 29 |

Case No: 28041643; Agency Case No: C3873

| Checks/Debits | XXXXXX3745 | 22 | 22 |
|---|---|---|---|
| | | **Total Copies Delivered:** | **526** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

Christopher Hester

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28041643; Agency Case No: C3873

# Business Account Application



WELLS FARGO

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | HIALEAH GARDENS | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ISARY FLORES | | CE566 | 11/04/2021 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/908-1544 | 11335 | 0011295 | Z6198-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1: | |
|---|---|---|---|
| Navigate Business Checking | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | Redacted 2211 | $100.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| Redacted 210 Redacted | NO |

## Related Customer Information

Customer 1 Name:
PROFIT OVER EVERYTHING INC

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 7368 | Sole Owner |

Customer 2 Name:
Redacted

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 0711 | Signer |

Customer 3 Name:
ALEJANDRO SANTIESTEBAN

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 9711 | Signer |

<div style="border:1px solid #000; background:#ff0;">

**EXHIBIT**

**42**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

</div>

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| PROFIT OVER EVERYTHING INC | 12010 HIALEAH GARDENS BLVD STE 4B | |
| | Address Line 2: | |
| | City: | State: |
| | HIALEAH | FL |
| | ZIP/Postal Code: | Country: |
| | 33018-4315 | US |



Redacted

2W02-001414480533-01

Page 1 of 6

Wells Fargo Confidential

BBG2307 (5-20 SVP)

**Customer 1 Information**

| | |
|---|---|
| Customer Name: | |
| PROFIT OVER EVERYTHING INC | |

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| Redacted 7368 | 12010 HIALEAH GARDENS BLVD STE 4B |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 86-3416827 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type C | HIALEAH | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 33018-4315 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 04/13/2021 | | 2 | Redacted | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $0.00 | 11/04/2021 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| US | | US | LOCAL |

| | |
|---|---|
| Industry: | |
| Educational Services | |

| | |
|---|---|
| Description of Business: | |
| Digital Education program | |

| | |
|---|---|
| Major Suppliers/Customers: | |

**Bank Use Only**

| Name/Entity Verification: | Address Verification: |
|---|---|
| Secretary of State | NONE |

| | |
|---|---|
| BACC Reference Number: | |
| 6213080000710 | |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| P21000035794 | US | FL | 04/13/2021 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | FL | | NO RECORD |



2W02-001414480533-02

Wells Fargo Confidential

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| Redacted | Redacted |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | Redacted 1997 | 100.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| Redacted 0711 | HIALEAH | FL |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Redacted 1863 | SSN | 33018-2045 | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | Redacted 568-0 | US | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| FL | 10/02/2013 | Redacted 2022 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR CC | WF VISA 9678 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 03/01/2024 |

## Authorized Signer 1 Information

| Authorized Signer Name: | Residence Address: |
|---|---|
| Redacted | Redacted |

| Occupation: | Address Line 2 |
|---|---|
| Prod, Sales, Trade, Se | |

| Position/Job Title: | Date of Birth: | Address Line 3: |
|---|---|---|
| P | Redacted 1997 | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
|---|---|---|---|
| Redacted 1863 | SSN | HIALEAH | FL |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| DLIC | Redacted 568-0 | 33018-2045 | US |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|---|
| FL | 10/02/2013 | Redacted 2022 | US | |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR CC | WF VISA 9678 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 03/01/2024 |



2W02-001414480533-03

Business Account Application

## Authorized Signer 2 Information

| Authorized Signer Name: | | | Residence Address: | |
|---|---|---|---|---|
| ALEJANDRO SANTIESTEBAN | | | Redacted | |
| Occupation: | | | Address Line 2: | |
| Manager, Owner, Office | | | | |
| Position/Job Title: | Date of Birth: | | Address Line 3: | |
| Managing Member | Redacted/1993 | | | |
| Taxpayer Identification Number (TIN): | TIN Type: | | City: | State: |
| Redacted 8150 | SSN | | HIALEAH | FL |
| Primary ID Type: | Primary ID Description: | | ZIP/Postal Code: | Country: |
| DLIC | Redacted -457-0 | | 33018-2045 | US |
| Primary ID St/Cty/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | County of Citizenship: | Permanently Resides in US: |
| FL | 12/18/2018 | Redacted 2026 | US | |
| Secondary ID Type: | Secondary ID Description: | | | |
| OTHR DC | WF VISA 6909 | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | | |
| | | 03/01/2025 | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-001414480533-04

Business Account Application

## Certified/Agreed To

Owner/Key Individual 1 Name
Redacted

Position/Title:

Owner/Key Individual 1 Signature

THKLA HERNANDEZ

☐ Submit manually
☐ Signature not required

Date:
11/04/2021

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:
PROFIT OVER EVERYTHING INC

Taxpayer Identification Number (TIN):
86-3416827

TIN Certification Signature:

THKLA HERNANDEZ

☐ Submit manually
☐ Signature not required

Date:
11/04/2021

## Authorized Signers – Signature Capture

Authorized Signer 1 Name
Redacted

Position/Title:

Authorized Signer 1 Signature

THKLA HERNANDEZ

☐ Submit manually
☐ Signature not required

Date:
11/04/2021



Business Account Application

**Authorized Signer 2 Name**
ALEJANDRO SANTIESTEBAN

Position/Title:

**Authorized Signer 2 Signature**

ALEJANDRO SANTIESTEBAN

☐ Submit manually
☐ Signature not required

Date:
11/04/2021





Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Christopher Hester, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28041643

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Statements | XXXXXX3745 | 117 | 117 |
| Statements | XXXXXX3012 | 27 | 27 |
| Checks/Debits | XXXXXX2211 | 27 | 27 |
| Deposits with offsets | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3745 | 5 | 5 |
| Checks/Debits | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3012 | 2 | 2 |
| Statements | XXXXXX2211 | 92 | 92 |
| Note to Client | | 0 | 0 |
| Unable to locate accounts in the name of CENTURION CAPITAL MANAGEMENT LLC and X-PRESS TRANSPORT SOLUTIONS INC from information provided. | | | |
| Deposits with offsets | XXXXXX3745 | 42 | 42 |
| Signature Cards | XXXXXX3012 | 9 | 9 |
| Wire Automated | XXXXXX3745 | 88 | 88 |
| Deposits with offsets | XXXXXX2211 | 60 | 60 |
| Signature Cards | XXXXXX2211 | 6 | 6 |
| Wire Automated | XXXXXX2211 | 29 | 29 |

Case No: 28041643; Agency Case No: C3873

| Checks/Debits | XXXXXX3745 | 22 | 22 |
|---|---|---|---|
| | | **Total Copies Delivered:** | **526** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief.  Executed on this 19th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Christopher Hester*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28041643; Agency Case No: C3873

# Business Account Application



**WELLS FARGO**

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | HIALEAH GARDENS | |

| Banker Name: | | Officer/Portfolio Number. | Date: |
|---|---|---|---|
| FELIPE GAITAN | | CG024 | 08/09/2021 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/908-1544 | 11335 | 0011295 | Z6198-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only        [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | Purpose of Account 1 : | |
|---|---|---|---|
| NAVIGATE BUSINESS CHECKING | | General Operating Account | |

| COID: | Product | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | Redacted 4853 | | |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| X-PRESS TRANSPORT SOLUTIONS INC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 1311 | Sole Owner |

| Customer 2 Name: |
|---|
| Redacted |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 0711 | Signer |

| Customer 3 Name: |
|---|
| ALEJANDRO SANTIESTEBAN |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 0711 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| X-PRESS TRANSPORT SOLUTIONS INC | 8601 NW SOUTH RIVER DR | |
| | Address Line 2: | |
| | City: | State: |
| | MEDLEY | FL |
| | ZIP/Postal Code: | Country: |
| | 331667428 | |



2W02-001382377265-01



**Business Account Application**

## Customer 1 Information

Customer Name:

X-PRESS TRANSPORT SOLUTIONS INC

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| Redacted 1311 | 8601 NW SOUTH RIVER DR |

Account Relationship:

Sole Owner

Address Line 2:

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 844314832 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type S | MEDLEY | FL |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 33166-7428 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 01/14/2020 | | 10 | Redacted | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $1,600,000.00 | 01/21/2020 | | Redacted | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | xpresstransportsolutionsfl@gmail.com |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| US | | US | LOCAL |

Industry:

Transportation and Warehousing

Description of Business:

logistics services within the state of Florida

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| SS | NONE |

BACC Reference Number:

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| P20000002676 | US | FL | 01/14/2020 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | FL | | |



Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | | |
|---|---|---|---|---|---|
| ALEJANDRO SANTIESTEBAN | | | Redacted | | |
| Business Relationship: | | | Address Line 2: | | |
| | | | | | |
| Position/Title: | Date of Birth: Redacted 1993 | Percent of Ownership: | Address Line 3: | | |
| Enterprise Customer Number (ECN): Redacted 9711 | | | City: HIALEAH | | State: FL |
| Taxpayer Identification Number (TIN): Redacted 8150 | TIN Type: SSN | | ZIP/Postal Code: 33018-2045 | | Country: US |
| Primary ID Type: DLIC | Primary ID Description: Redacted -457-0 | | Country of Citizenship: US | Permanently Resides in US: | |
| Primary ID St/Ctry/Prov: FL | Primary ID Issue Date: 12/18/2018 | Primary ID Expiration Date: Redacted 2026 | Check Reporting: | | |
| Secondary ID Type: OTHR DC | Secondary ID Description: WF VISA 6909 | | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 03/01/2025 | | | |

## Authorized Signer 1 Information

| Authorized Signer Name: | | | Residence Address: | | |
|---|---|---|---|---|---|
| Redacted | | | Redacted | | |
| Occupation: | | | Address Line 2: | | |
| | | | | | |
| Position/Job Title: | Date of Birth: Redacted /1997 | | Address Line 3: | | |
| Taxpayer Identification Number (TIN): Redacted 1863 | TIN Type: SSN | | City: HIALEAH GARDENS | | State: FL |
| Primary ID Type: DLIC | Primary ID Description: Redacted 568-0 | | ZIP/Postal Code: 33018-1952 | | Country: US |
| Primary ID St/Ctry/Prov: FL | Primary ID Issue Date: 10/02/2013 | Primary ID Expiration Date: Redacted 2022 | Country of Citizenship: US | Permanently Resides in US: | |
| Secondary ID Type: OTHR CC | Secondary ID Description: BOA 2579 MASTERCARD | | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 09/30/2023 | | | |



2W02-001382377265-03

## Authorized Signer 2 Information

| Authorized Signer Name: ALEJANDRO SANTIESTEBAN | | | Residence Address: Redacted | | |
|---|---|---|---|---|---|
| Occupation: Manager, Owner, Office | | | Address Line 2: | | |
| Position/Job Title: PRESIDENT | Date of Birth: Redacted 1993 | | Address Line 3: | | |
| Taxpayer Identification Number (TIN): Redacted 8150 | TIN Type: SSN | | City: HIALEAH | | State: FL |
| Primary ID Type: DLIC | Primary ID Description: Redacted 457-0 | | ZIP/Postal Code: 33018-2045 | | Country: US |
| Primary ID St/Cty/Prov: FL | Primary ID Issue Date: 12/18/2018 | Primary ID Expiration Date: Redacted 2026 | Country of Citizenship: US | Permanently Resides in US: | |
| Secondary ID Type: OTHR DC | Secondary ID Description: WF VISA 6909 | | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 03/01/2025 | | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-001382377265-04

## Certified/Agreed To

Owner/Key Individual 1 Name

ALEJANDRO SANTIESTEBAN

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
08/09/2021

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends). ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

X-PRESS TRANSPORT SOLUTIONS INC

Taxpayer Identification Number (TIN):

84-4314832

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
08/09/2021

## Authorized Signers - Certificate of Authority Cross Reference

Existing Customers - New Accounts

For use when persons identified as authorized signers on the customer's existing Business Account Application/Certificate of Authority are identical to the persons designated as authorized signers for the accounts listed on this Business Account Application. Please refer to the Business Account Application/Certificate of Authority currently on file for the following account.

Existing Account Number to be Cross Referenced:
Redacted 972



Business Account Application

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
ALEJANDRO SANTIESTEBAN

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
08/09/2021

Authorized Signer 2 Name
Redacted

Position/Title:

Authorized Signer 2 Signature

☒ Submit manually
☐ Signature not required

Date:
08/09/2021



BBG2307 (5-20 SVP)

2W02-001382377265-06

Page 6 of 6
Wells Fargo Confidential



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Christopher Hester, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28041643

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Statements | XXXXXX3745 | 117 | 117 |
| Statements | XXXXXX3012 | 27 | 27 |
| Checks/Debits | XXXXXX2211 | 27 | 27 |
| Deposits with offsets | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3745 | 5 | 5 |
| Checks/Debits | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3012 | 2 | 2 |
| Statements | XXXXXX2211 | 92 | 92 |
| Note to Client | | 0 | 0 |
| Unable to locate accounts in the name of CENTURION CAPITAL MANAGEMENT LLC and X-PRESS TRANSPORT SOLUTIONS INC from information provided. | | | |
| Deposits with offsets | XXXXXX3745 | 42 | 42 |
| Signature Cards | XXXXXX3012 | 9 | 9 |
| Wire Automated | XXXXXX3745 | 88 | 88 |
| Deposits with offsets | XXXXXX2211 | 60 | 60 |
| Signature Cards | XXXXXX2211 | 6 | 6 |
| Wire Automated | XXXXXX2211 | 29 | 29 |

| Checks/Debits | XXXXXX3745 | 22 | 22 |
|---|---|---|---|
| | | **Total Copies Delivered:** | **526** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Christopher Hester*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28041643; Agency Case No: C3873

# Business Account Application



| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | HIALEAH GARDENS | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| FELIPE GAITAN | | CG024 | 08/09/2021 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/908-1544 | 11335 | 0011295 | Z6198-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only     [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1 : | |
|---|---|---|---|---|
| NAVIGATE BUSINESS CHECKING | | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | Redacted 4253 | | |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| X-PRESS TRANSPORT SOLUTIONS INC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 1311 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| Redacted | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 0711 | Signer |

| Customer 3 Name: | |
|---|---|
| ALEJANDRO SANTIESTEBAN | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| Redacted 9711 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| X-PRESS TRANSPORT SOLUTIONS INC | 3208 W 98TH PL | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | HIALEAH | FL |
| | ZIP/Postal Code: | Country: |
| | 330182045 | |



2W02-001382372091-01



EXHIBIT
44
TO THE DECLARATION OF MAURA M. WENMEYER
PURSUANT TO 28 U.S.C. § 1746

BBG2307 (5-20 SVP)

Page 1 of 6
Wells Fargo Confidential

Business Account Application

## Customer 1 Information

| Customer Name: |
|---|
| X-PRESS TRANSPORT SOLUTIONS INC |

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| Redacted 1311 | 8601 NW SOUTH RIVER DR |
| **Account Relationship:** | **Address Line 2:** |
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 844314832 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type S | MEDLEY | FL |

| Business Sub-Type/Tax Classification: | Non-Profit | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 33166-7428 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 01/14/2020 | | 10 | Redacted | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $1,600,000.00 | 01/21/2020 | | Redacted | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | xpresstransportsolutionsfl@gmail.com |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| US | | US | LOCAL |

| Industry: |
|---|
| Transportation and Warehousing |

| Description of Business: |
|---|
| logistics services within the state of Florida |

| Major Suppliers/Customers: |
|---|
| |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| SS | NONE |

| BACC Reference Number: |
|---|
| |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| P20000002676 | US | FL | 01/14/2020 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | FL | | |



Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: | Residence Address: |
| ALEJANDRO SANTIESTEBAN | Redacted |
| Business Relationship: | Address Line 2: |
| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
| | Redacted 1993 | |
| Enterprise Customer Number (ECN): | City: | State: |
| Redacted 9711 | HIALEAH | FL |
| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
| Redacted-8150 | SSN | 33018-2045 | US |
| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
| DLIC | Redacted -457-0 | US |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
| FL | 12/18/2018 | Redacted 2026 |
| Secondary ID Type: | Secondary ID Description: |
| OTHR DC | WF VISA 6909 |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
| | | 03/01/2025 |

## Authorized Signer 1 Information

| | |
|---|---|
| Authorized Signer Name: | Residence Address: |
| Redacted | Redacted |
| Occupation: | Address Line 2: |
| Position/Job Title: | Date of Birth: | Address Line 3: |
| | Redacted 1997 |
| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
| Redacted -1863 | SSN | HIALEAH GARDENS | FL |
| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: |
| DLIC | Redacted 568-0 | 33018-1952 | US |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Country of Citizenship: | Permanently Resides in US: |
| FL | 10/02/2013 | Redacted 2022 | US |
| Secondary ID Type: | Secondary ID Description: |
| OTHR CC | BOA 2579 MASTERCARD |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
| | | 09/30/2023 |



Business Account Application

## Authorized Signer 2 Information

| Authorized Signer Name:<br>ALEJANDRO SANTIESTEBAN | | | Residence Address:<br>Redacted | | |
|---|---|---|---|---|---|
| Occupation:<br>Manager, Owner, Office | | | Address Line 2: | | |
| Position/Job Title:<br>PRESIDENT | | Date of Birth:<br>Redacted/1993 | Address Line 3: | | |
| Taxpayer Identification Number (TIN):<br>Redacted-8150 | TIN Type:<br>SSN | | City:<br>HIALEAH | | State:<br>FL |
| Primary ID Type:<br>DLIC | Primary ID Description:<br>Redacted-457-0 | | ZIP/Postal Code:<br>33018-2045 | | Country:<br>US |
| Primary ID St/Ctry/Prov:<br>FL | Primary ID Issue Date: Primary ID Expiration Date:<br>12/18/2018 Redacted/2026 | | Country of Citizenship:<br>US | Permanently Resides in US: | |
| Secondary ID Type:<br>OTHR DC | Secondary ID Description:<br>WF VISA 6909 | | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date:<br>03/01/2025 | | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so in the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



Business Account Application

## Certified/Agreed To

Owner/Key Individual 1 Name
ALEJANDRO SANTIESTEBAN

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
08/09/2021

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).     ☐ I am subject to backup withholding     ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:
X-PRESS TRANSPORT SOLUTIONS INC

Taxpayer Identification Number (TIN):
84-4314832

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
08/09/2021

## Authorized Signers - Certificate of Authority Cross Reference

Existing Customers - New Accounts

For use when persons identified as authorized signers on the customer's existing Business Account Application/Certificate of Authority are identical to the persons designated as authorized signers for the accounts listed on this Business Account Application. Please refer to the Business Account Application/Certificate of Authority currently on file for the following account.

Existing Account Number to be Cross Referenced:
Redacted 9164



Business Account Application

## Authorized Signers - Signature Capture

**Authorized Signer 1 Name**
ALEJANDRO SANTIESTEBAN

Position/Title:

**Authorized Signer 1 Signature**

ALEXANDRO SAN-TRESTEBAN /

☐ Submit manually
☐ Signature not required

Date:
08/09/2021

**Authorized Signer 2 Name**
Redacted

Position/Title:

**Authorized Signer 2 Signature**

☒ Submit manually
☐ Signature not required

Date:
08/09/2021





Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Christopher Hester, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28041643

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX3745 | 117 | 117 |
| Statements | XXXXXX3012 | 27 | 27 |
| Checks/Debits | XXXXXX2211 | 27 | 27 |
| Deposits with offsets | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3745 | 5 | 5 |
| Checks/Debits | XXXXXX3012 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3012 | 2 | 2 |
| Statements | XXXXXX2211 | 92 | 92 |
| Note to Client | | 0 | 0 |
| Unable to locate accounts in the name of CENTURION CAPITAL MANAGEMENT LLC and X-PRESS TRANSPORT SOLUTIONS INC from information provided. | | | |
| Deposits with offsets | XXXXXX3745 | 42 | 42 |
| Signature Cards | XXXXXX3012 | 9 | 9 |
| Wire Automated | XXXXXX3745 | 88 | 88 |
| Deposits with offsets | XXXXXX2211 | 60 | 60 |
| Signature Cards | XXXXXX2211 | 6 | 6 |
| Wire Automated | XXXXXX2211 | 29 | 29 |

Case No: 28041643; Agency Case No: C3873

| Checks/Debits | XXXXXX3745 | 22 | 22 |
|---|---|---|---|

| | | **Total Copies Delivered:** | **526** |
|---|---|---|---|

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Christopher Hester*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28041643; Agency Case No: C3873

**CHASE O**   Redacted   Redacted   Redacted

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
GMU MARKETING, LLC

ACCOUNT NUMBER Redacted
ACCOUNT TYPE  Chase Total Business Checking
TAXPAYER ID NUMBER  32-0494231
DATE OPENED  12/01/2016
FORM OF BUSINESS  Limited Liability Company - Member Managed (LLC)
ISSUED BY  JPMorgan Chase Bank, N.A. ( 021 )
Pines and Palms - 141053
GARFIELD GRANT
(954) 265-5455
12/01/2016

BUSINESS ADDRESS
7138 W 20TH WAY
HIALEAH, FL 33016-5351

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | Redacted 358 | FL | 0121/2016 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for deposit analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts, text/page and chat rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | GARABIS, GELTIMA | Redacted Redacted | Member | | 1/17/16 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Redacted

Page 1 of 1

---

EXHIBIT
45
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

## DECLARATION

### Case No. : C3873

Guyline J Jenkins, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 05-24-2023                              By: *Guyline J Jenkins*

                                                    Guyline J Jenkins
                                                    Transactions Specialist III
                                                    JPMORGAN CHASE BANK, N.A.

SB1443775-F1

SUBP52a


A09AML86212

**Comerica Bank**    **BUSINESS DEPOSIT ACCOUNT SIGNATURE DOCUMENT AND DECLARATION FOR DEPOSIT ACCOUNTS AND TREASURY MANAGEMENT SERVICES - LIMITED LIABILITY COMPANY**

| Account(s) Registered To ("Owner"):<br>Go Long Investments Llc | For Account Number(s):<br>Redacted 3339 | Bank Use Only: |
|---|---|---|
| | | Completed by:<br>Kensy Montes |
| Account(s) Address:<br>Redacted<br>Fulshear TX  77441 | | Effective Date:<br>11/30/2021 |
| | | Effective Time:<br>12:09 pm H. Steam   12/0/2021 |
| Owner's Taxpayer/Employer ID No. (TIN/EIN): | 5035 | |

Capitalized terms and pronouns have the same meaning given to them in the COMERICA BUSINESS AND PERSONAL DEPOSIT ACCOUNT CONTRACT (as amended from time to time) (Account Contract) which is incorporated into this bank record. Parts A-C. and the certification must be completed, dated, and signed before this record is effective.

By submitting this record, or by applying for or by using any account, product, or service, the Owner and each Authorized Signer(s)/agent(s) represent and warrant to Comerica Bank that each has received, read, and agree to be bound by: (1) all terms and conditions of the Account Contract, including but not limited to all contract amendments and all applicable brochures, schedules, disclosures and signed treasury management agreements; and (2) the Electronic Banking Product, Business Debit Card/ATM Application, Quicken  Quicken with Bill Pay, QuickBooks or QuickBooks with Bill Pay receipt(s), if applicable.

**A.   BUSINESS ACCOUNT AUTHORIZED SIGNER RECORD**

*By completing this section, the Owner acknowledges that:*

1. The signature and/or name of each Authorized Signer has been written on the table below (or on an attachment to this record) in a form and manner approved by you. You agree to immediately provide us with written notice of any changes to any Authorized Signer(s).
2. No oral representations regarding overdraft protection or any other matters related to the Account(s), services, or products have been made to or relied upon by you. Disputes will be governed by the Account Contract.
3. YOU HAVE EXAMINED THIS SIGNATURE DOCUMENT TO ENSURE ALL PRODUCTS AND SERVICES YOU SELECTED ARE INCLUDED AND UNDERSTAND AND ACKNOWLEDGE THAT NO OTHER PRODUCT OR SERVICE WILL BE PROVIDED EXCEPT TO THE EXTENT THAT YOU AND THE BANK MAY AGREE IN A SIGNED RECORD.

| AUTHORIZED SIGNERS FOR ALL LISTED ACCOUNT(S) | | |
|---|---|---|
| Print Name | Title | Signature |
| Archie Lee Rice Iii | Member | *(signature)* |

(ATTACH ADDITIONAL PAGE(S) IF MORE THAN 10 AUTHORIZED SIGNERS)

**B. OWNER'S DECLARATION FOR DEPOSIT ACCOUNTS AND TREASURY MANAGEMENT SERVICES**

*By completing this section, the Owner declares and certifies to Comerica Bank that:*

1. This declaration supersedes all prior declarations, resolutions, and authorizations, if any, for the above Account(s) and designates Comerica Bank as the Owner's depositary institution and treasury management provider for the listed Account(s).
2. The listed persons or titles are individually authorized to do the following for and on behalf of the Owner: (i) enter and execute this record or any other similar form; (ii) designate Authorized Signers on this record (or any other similar bank form) which means that such Authorized Signers can: (a) execute agreements or documents for the use of any transfer service and/or non-transfer service offered through Comerica Bank or its affiliates, on behalf of and for the Owner; and (b) execute agreements or documents for the use of any ATM or debit card on behalf of and for the Owner; and (c) issue payment orders and/or funds transfers as set forth in the Account Contract, which includes, but are not limited to, in-person wires at banking centers and telephone internal funds transfers to or from the listed Owner's Account(s); (iii) conduct all types of banking transactions available to Authorized Signers as described in the Account Contract; (iv) execute contracts for financial products or services, including, but not limited to, treasury management agreements.
3. If requested, the Owner agrees to duly certify the names and/or signatures of Authorized Signers. If asked for an updated signature authority record, the Owner must immediately comply.
4. The undersigned agent(s) is/are authorized by and on behalf of the Owner to: (i) sign this record; (ii) enter into the Account Contract and the banking relationship, which includes possessing authority to accept products and services.

**EXHIBIT**

**46**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

7. The undersigned certifies that the signers and/or names of the persons identified as Authorized Signers and authorized agents are those of the persons so identified and they are authorized by the Owner to act in the capacity as indicated in: (i) this record; (ii) the Account Contract; and (iii) any other acceptable resolution, declaration, or authorization.

8. This record will continue in full force and effect until we receive written notice of an amendment or termination and we have had at least one full business day to act in response. All agreements or documents previously executed and/or completed acts/transactions to carry out the purposes of this record are ratified, confirmed, and approved as the duly authorized and binding acts of the Owner and Authorized Signers. You agree to defend, indemnify, and to hold Comerica Bank and its affiliates, officers, and employees harmless of and from all losses, damages, fees, and expenses incurred as a result of our reliance on the information in this record

---

**Limited Liability Company Affirmation Certificate**

I certify to Comerica Bank that: (a) the above-named Corporation/Association is duly organized and existing under the laws of the STATE OF (check one) :

☐ AZ ☐ CA ☐ FL ☐ MI ☒ TX ☐ (other) _____ ;(b) this Affirmation is effective as of  1/30/2021  (must be dated) and remains in effect until written notice of revocation is received by the Bank; (c) any one or more of the undersigned is duly authorized (either individually or on behalf of a trust or entity) to sign this record; (d) the Owner has authorized all actions and agreements described in this record in accordance with applicable legal requirements, the Owner's organizational documents, including the articles of organization and applicable operating/governing agreements, and without limitation the management of the company by members or managers; and (e) the authorizations are now in full force and effect.

| Signature * (Members or Managers Only) | Check ONE for each signer | Name of Trust/Entity when that Trust or Entity is the LLC Member or Manager | Date |
|---|---|---|---|
| Archie Rice | ☒ Member OR ☐ Manager | | 11/30/2021 |
| | ☐ Member OR ☐ Manager | | |
| | ☐ Member OR ☐ Manager | | |
| | ☐ Member OR ☐ Manager | | |
| | ☐ Member OR ☐ Manager | | |
| | ☐ Member OR ☐ Manager | | |

*All Member(s) / Managing Member(s) / Manager(s) sign above (non-member/manager authorized signers do not sign here)*

---

**ELECTRONIC TRANSFER SERVICES:**

I(we) request all of the following:
• Debit Card

Fees: Fees for use of the Card, Quicken® and QuickBooks® if any, are contained in the Business Account Services and Charge and Interest Information Brochure for the linked Account.

---

**C.   EXECUTION - By signing below, you acknowledge and agree to the terms, conditions and covenants in this record:**

| Print Name | Title | Signature | Date |
|---|---|---|---|
| Archie Lee Rice III | Member | Archie Rice | 11/30/2021 |

*Second Authorized Agent (if required)*

| Print Name | Title | Signature | Date |
|---|---|---|---|
| | | | |

**REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION (SUBSTITUTE FORM W-9)**  The IRS does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.

I have read the detailed instructions concerning backup withholding and taxpayer identification numbers and I CERTIFY UNDER PENALTIES OF PERJURY THAT (1) the number shown on this Business Signature Document is my correct taxpayer identification number and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS notified me that I am no longer subject to backup withholding and (3) I am a U.S. citizen or other U.S. person (including a U.S. resident alien) and (4) I am exempt from FATCA reporting (Foreign Account Tax Compliance Act). (Instructions to signer:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you failed to report all interest and dividends on your tax return.)

Note: Exempt recipients, as described in Section 1.6049(c) of the Federal Tax Regulations, are not subject to backup withholding. Non U.S. persons (nonresident aliens) who are not subject to backup withholding are required to sign the appropriate form W-8 or Substitute W-8BEN Bank form.

| Authorized Agent | Title | Signature | Date |
|---|---|---|---|
| Archie Lee Rice III | Member | Archie Rice | 11/30/2021 |

Rev : 09.11.2021

**CERTIFICATE OF AUTHENTICITY OF RECORDS**
**OF A REGULAR CONDUCTED ACTIVITY**

**Matter # C3873**
**Our Reference No. L-23-2428**

**I, Mary Boynton, the undersigned, declare under penalty of perjury the following:**

A.   I am an employee of Comerica Bank. My position is Sr. LPS Analyst.

B.   The documents attached were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

C.   The information provided was kept in the course of regularly conducted activity; and

D.   This information was made by the regularly conducted activity as a part of its regular practice.


_____   ___08/22/2023___
Mary Boynton                                         Date



August 22, 2023

U.S. Commodity Futures Trading Commission
elaw-cpi@cftc.gov

| Subject | Case Name: | **The matter of Certain Persons Engaged in Fraud with Respect to Pooled Investments, et al** |
| | File No.: | **Matter # C3873** |
| | Our Reference No.: | **L-23-2428** |

Dear U.S. Commodity Futures Trading Commission:

In response to the request served on Comerica Bank in the matter referenced above, enclosed are copies of the following bank records and/or information:

**1.Account No :** Redacted633-9
**Caption :**      Go Long Investments LLC
**Records and/or Information:** Signature card, bank statements reflecting account activity, wire transfers, deposits with deposited items, canceled checks, withdrawals, and paid cashier's check with corresponding withdrawal which appear to be the source of funds used to purchase cashier's check.

**2.Account No :** Redacted628-9
**Caption :**      Go Long Fx Academy LLC
**Records and/or Information:** Signature card, bank statements reflecting account activity, wire transfers, deposits with deposited items, and withdrawals.

**3.Account No :** Redacted636-2
**Caption :**      Go Long Motors Inc
**Records and/or Information:** Signature card, bank statements reflecting account activity, wire transfers, deposits with deposited items, and withdrawals.

Due to Comerica Bank's policy regarding our customer's privacy, the first five digits of the Social Security and/or Tax Identification Number(s) have been redacted.

An examination of our files, based upon the information you provided, does not reveal any additional accounts and/or records for the period(s) listed on the service.

Comerica Bank does not have a system in place to identify cashier's checks or money orders purchased by specific account holders. We will need more information such as check numbers, check amounts, and purchase dates to complete any research for these records.

Thank you,

**Mary Boynton**, Sr LPS Analyst
mmboynton@comerica.com
Phone Number: (734) 632-3227
Fax Number: (734) 632-3472
Legal Processing Services - M/C 7546



P.O. Box 75000
Detroit, Michigan 48275



401 North Executive Drive
Brookfield, WI 53005

### CERTIFICATE OF AUTHENTICITY
### OF
### BUSINESS RECORDS

1.  I, Karyn Pahule, am a duly authorized custodian of records of BMO Bank N.A., with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.  I further declare that the documents attached hereto are original records or true copies that were:

    a.  made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
    b.  kept in the course of regularly conducted activity by us and/or our 3rd party vendor(s); and
    c.  made by the regularly conducted activity as a regular practice.

3.  I further declare that the documents attached hereto constitute documents responsive to the subpoena.

4.  I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: 9/27/23          Signature: _____
                                   Karyn Pahule
                                   Subpoena Processing

Subscribed and sworn to before me
this 27th day of September

_____
Notary Public, State of Wisconsin
My commission expires: 11-1-26

Camie Schneider
Notary Public, State of Wisconsin

**EXHIBIT**
**47**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



# FINANCIAL SERVICES AUTHORITY
## SAINT VINCENT & THE GRENADINES

28th August, 2024

Ms. Elizabeth Padgett
Associate Chief Counsel and Head of International Enforcement Cooperation
Division of Enforcement
US Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW,
Washington DC 20581
**UNITED STATES OF AMERICA**

Dear Ms. Padgett:

**Re: Traders Domain FX Ltd.- Matter No.: C3873**

I write further to your letter dated 24th July, 2024 (received August 2nd, 2024) on the captioned matter.

Please take note of the following in response to your specific enquiries:

1. An entity called **Traders Domain FX Ltd.** was registered in St. Vincent and the Grenadines as a Business Company on 4th October, 2017 bearing registration number 24284 BC 2017. The company was cancelled August 16th, 2023 for failing to appoint a new registered agent within 60 days following the resignation of its former Registered Agent.

    (a) The company's former Registered Agent is **Wilfred Services Ltd.** (www.wilfredservices@gmail.com) and the Company's registered address was Suite 305 Griffith Corporate Centre, Kingstown, St. Vincent and the Grenadines.

    (b) The **initial Director** of the company *(Appointed 04.10.2017 – 14.01.2020)*

    **Name**: Fredirick Teddy Joseph Safranko
    **Date of Birth**: Redacted 1979
    **Address**: Redacted SACRBOROUGH ONTARIO MIV 2Z4 CANADA

REIGATE BUILDING- GRANBY STREET –PO BOX 356– KINGSTOWN–SAINT VINCENT & THE GRENADINES
TEL: +784 456 2577 – +784 457 2318 - +784 485 6031
EMAIL: INFO@SVGFSA.COM–WWW.SVGFSA.COM–

**EXHIBIT**
**48**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

*Letter to USFTC Re: Traders Domain FX Ltd.- Matter No.: C3873*

(c) The **initial Beneficial Owners and Shareholders** of the company *(05.10.2017)*

  (i) **Name**: Fredirick Teddy Joseph Safranko
  **Date of Birth:** Redacted 1979
  **Address:** ▆▆ Redacted ▆▆  SACRBOROUGH ONTARIO MIV 2Z4
  CANADA

  (ii) **Name**: David William Negus-Romvari *(Removed 15.05.2019)*
  **Date of Birth:** Redacted 1979
  **Address:** ▆▆ Redacted ▆▆  HAMILTON ON L8K 5X6 CANADA
  MIV 2Z4 CANADA

(d) Following the removal of Mr. Negus-Romvari, the **Sole Beneficial Owners/Shareholders & Director** of the company

  (i) **Name**: Fredirick Teddy Joseph Safranko *(Sole Beneficial Owner/Shareholder appointed 15.05.2019-04.06.2020)*
  **Date of Birth:** Redacted 1979
  **Address:** ▆▆ Redacted ▆▆  SACRBOROUGH ONTARIO MIV 2Z4
  CANADA

  (ii) **Name**: Arthi Kanagar *(Sole Director/Shareholder/Beneficial Owner 14.01.2020-04.06.2022)*
  **Date of Birth** Redacted 1983
  **Address:** ▆▆ Redacted ▆▆  BRAMPTON ON L6T 3L1, CANADA

  (iii) **Name**: Fotos Fotiou *(second director appointed 22.09.2021-present)*
  **Date of Birth:** Redacted 1981
  **Address:** ▆▆▆▆ Redacted ▆▆▆▆  3120
  LIMASSOL CYPRUS

(e) The **Current Sole Beneficial Owner/ Shareholder/Director** on record of Traders

Domain FX Ltd. is:

  **Name**: Ricardo Lopez Espinoza *(04.06.2022 to present)*
  **Date of Birth** Redacted 1972
  **Address:** ▆▆▆▆ Redacted ▆▆▆▆
  ▆▆ Redacted ▆▆  C.P. 48282 JALISCO
  **Website**: thetradersdomain.com
  **Tel No.**: +18334004242

*Letter to USFTC Re: Traders Domain FX Ltd.- Matter No.: C3873*

2. The FSA has not received any investor complaints against **Traders Domain FX Ltd., Safranko** and/or **Negus-Romvari.**

3. The FSA has not taken undertaken any enquiries, investigation or any enforcement action against **Traders Domain FX Ltd., Safranko** and/or **Negus-Romvari.**

4. No other companies were registered in St. Vincent and the Grenadines by **Safranko** and **Negus-Romvari.**

5. Enclosed hereto are the following documents:

   a. Corporate records of **Traders Domain FX Ltd.**
   b. Due diligence documents relating to the Beneficial Owners, Shareholders and Directors.
   c. Register of Shareholders
   d. Register of Directors

We are pleased to have been of assistance in this matter and trust that the information provided is useful.

Geshell Peters
**Legal Counsel**



REGISTER OF SHARES OF:

## Traders Domain FX Ltd.
## 24284 BC 2017

| NAME AND ADDRESS | NO. & TYPE OF SHARES | CERTIFICATE NUMBER | DATE & NATURE OF ACQUISITION | WHERE & WHEN TRANSFERRED |
|---|---|---|---|---|
| FREDIRICK TEDDY JOSEPH SAFRANKO<br>DATE OF BIRTH: Redacted 1979<br>Redacted SCARBOROUGH ONTARIO 237 CANADA | "500" ORDINARY | 001 | October 5, 2017<br>Original Issue<br>Initial Subscriber | Cancelled as per<br>Resolution dated<br>May15, 2019 |
| DAVID WILLIAM NEGUS-ROMVARI<br>DATE OF BIRTH: Redacted 1995<br>Redacted HAMILTON ON L8K 3X6 CANADA | "500" ORDINARY | 002 | October 5, 2017<br>Original Issue<br>Initial Subscriber | Cancelled as per<br>Resolution dated<br>May15, 2019 |
| FREDIRICK TEDDY JOSEPH SAFRANKO<br>DATE OF BIRTH: Redacted 1979<br>Redacted SCARBOROUGH ONTARIO 237 CANADA | "1000" ORDINARY | 003 | Re issue as per<br>Resolution dated<br>May15, 2019 | Cancelled as per<br>Resolution dated<br>January 14, 2020 |
| ARTHI KANAGAR<br>DATE OF BIRTH: Redacted 1983<br>Redacted , BRAMPTON ON L6T 3L1, CANADA | "1000" ORDINARY | 004 | Re issue as per<br>Resolution dated<br>January 14, 2020 | Cancelled as per<br>Resolution dated<br>June 4, 2022 |
| RICARDO LOPEZ ESPINOZA<br>DATE OF BIRTH: Redacted 1972<br>Redacted<br>Redacted C.P. 48281 JALISCO | "1000" ORDINARY | 005 | Reissue as per<br>Resolution dated<br>June 4, 2022 | |

EXHIBIT
49
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

REGISTER OF DIRECTORS OF:

# Traders Domain FX Ltd.
## 24284 BC 2017

| NAME AND ADDRESS | OFFICE HELD | OCCUPATION | APPOINTED | RESIGNED |
|---|---|---|---|---|
| FREDIRICK TEDDY JOSEPH SAFRANKO<br>DATE OF BIRTH: Redacted 1979<br>Redacted<br>SCARBOROUGH ONTARIO M1V 2Z4 CANADA | DIRECTOR | | October 4, 2017 | Resigned as per Resolution dated January 14, 2020 |
| ARTHI KANAGAR<br>DATE OF BIRTH: Redacted 1983<br>Redacted , BRAMPTON ON L6Y 5L1, CANADA | DIRECTOR | | Appointed as per Resolution dated January 14, 2020 | Removed as per Resolution dated June 4, 2022 |
| FOTOS FOTIOU<br>DATE OF BIRTH: Redacted 1981<br>Redacted<br>LIMASSOL, CYPRUS | DIRECTOR | | Appointed as per Resolution dated September 22, 2021 | |
| RICARDO LOPEZ ESPINOZA<br>DATE OF BIRTH: Redacted 1972<br>Redacted<br>Redacted CP, 45080<br>JALISCO | DIRECTOR | | Appointed as per Resolution dated June 4, 2022 | |

EXHIBIT
50
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L16000014358
FILED 8:00 AM
January 21, 2016
Sec. Of State
ncausseaux

## Article I

The name of the Limited Liability Company is:

GMJ MARKETING, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

7130 WEST
HIALEAH, FL. US  33018

The mailing address of the Limited Liability Company is:

7130 WEST 29 WAY
HIALEAH, FL. US  33018

## Article III

The name and Florida street address of the registered agent is:

INCORP SERVICES, INC.
17888 67TH COURT NORTH
LOXAHATCHEE, FL.  33470

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   JANICE NULL



EXHIBIT

51

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  MBR
GABRIEL  BELTRAN
7130 WEST
HIALEAH, FL.  33018  US

**L16000014358
FILED 8:00 AM
January 21, 2016
Sec. Of State
ncausseaux**

Signature of member or an authorized representative

Electronic Signature: VALERIE CORTINAS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.



## CERTIFICATION

With respect to: Traders Domain FX Ltd

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



EXHIBIT

52

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

There is no record of a registration in any capacity for Traders Domain FX Ltd.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



**CERTIFICATION**

With respect to: Ted F. Safranko

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

53

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

There is no record of a registration in any capacity for Ted F. Safranko ("Safranko") a/k/a Fredirick Teddy Joseph Safranko. However, Safranko was granted approval as a Principal ("PRN") of SAEG Capital General Management LP ("SAEG"); formerly SAEG Capital General Management and SAEG Capital Limited; effective August 7, 2020. Safranko has remained approved as a PRN of SAEG since that date and Safranko will remain approved as a PRN of SAEG as long as he remains listed as such by SAEG.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   September 23, 2014

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois 60606



## CERTIFICATION

With respect to:  David William Negus-Romvari

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



**EXHIBIT**

**54**

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for David William Negus-Romvari ("Negus-Romvari"). However, Negus-Romvari was granted approval as a Principal ("PRN") of SAEG Capital General Management LP ("SAEG"); formerly SAEG Capital General Management and SAEG Capital Limited; effective September 8, 2020. Negus-Romvari has remained approved as a PRN of SAEG since that date and Negus-Romvari will remain approved as a PRN of SAEG as long as he remains listed as such by SAEG.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   September 23, 2024

_Sandra A. Jung_

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Algo Capital LLC

1. I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2. Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3. Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4. As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5. In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



**EXHIBIT**

55

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official
CFTC records from July 1982 to the present, which disclosed the following
information:

> There is no record of a registration in any capacity for Algo
> Capital LLC with the name as provided.

    I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.


Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to:  Quant5 Advisor, LLC

1.    I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.    Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.    Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.    As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.    In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

**56**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> Quant5 Advisor, LLC ("QA"); formerly Algo FX Capital Advisor LLC; was granted registration as a Commodity Pool Operator ("CPO") and as a Commodity Trading Advisor ("CTA"), both effective April 20, 2022. QA remained registered as a CPO and as a CTA from April 20, 2022 until March 24, 2023 when QA's CPO and CTA registrations were withdrawn.
>
> There is no record of a registration for QA after March 24, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Robert Collazo

1.    I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.    Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.    Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.    As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.    In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

57

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Robert Collazo with the name and social security number as provided.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to:  Juan Jose Herman

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



EXHIBIT
58

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

There is no record of a registration in any capacity for Juan Jose Herman ("Herman").  However, in August 2022 Herman filed an application for approval as a Principal ("PRN") of Quant5 Advisor, LLC ("QA"), formerly Algo FX Capital Advisor LLC.  Herman remained pending approval as a PRN of QA from August 29, 2022 until November 28, 2022 when Herman's pending application for approval as a PRN of QA was withdrawn for failure to respond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to: John Fortini

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

EXHIBIT
59

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for John Fortini.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Steven Likos

1.    I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.    Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.    Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.    As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.    In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



EXHIBIT

60

TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

There is no record of a registration in any capacity for Steven Likos.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to:  Mike Sims

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



- 2 -

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Mike Sims ("Sims").  However, Sims was granted approval as a Principal ("PRN") of NYC Futures Trading, Inc. ("NYC") effective January 24, 2020.  Sims remained approved as a PRN of NYC from that date until April 8, 2023 when his approval as a PRN of NYC was withdrawn in conjunction with the withdrawal of NYC's Commodity Pool Operator and Commodity Trading Advisor registrations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   September 23, 2024                    *Sandra A. Jung*

                                              Deputy Record Custodian

                                              National Futures Association
                                              320 South Canal Street
                                              Suite 2400
                                              Chicago, Illinois  60606



**CERTIFICATION**

With respect to: Holton Buggs Jr.

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



EXHIBIT

62

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Holton Buggs Jr.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Centurion Capital Group Inc

1.      I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.      Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.      Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.      As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.      In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



EXHIBIT

63

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Centurion Capital Group Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  September 25, 2024                    *Sandra A Jung*

                                             Deputy Record Custodian

                                             National Futures Association
                                             320 South Canal Street
                                             Suite 2400
                                             Chicago, Illinois  60606



## CERTIFICATION

With respect to: Alejandro Santiesteban

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

**64**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Alejandro Santiesteban with the name and social security number as provided.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024                    *Sandra A. Jung*

                                             Deputy Record Custodian

                                             National Futures Association
                                             320 South Canal Street
                                             Suite 2400
                                             Chicago, Illinois  60606



**CERTIFICATION**

With respect to: Gabriel Beltran

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

65

TO THE DECLARATION OF MAURA M. VENHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.      Under my supervision, I have caused to be conducted a review of these official
CFTC records from September 2014 to the present, which disclosed the following
information:

    There is no record of a registration in any capacity for Gabriel
    Beltran with the name and social security number as provided.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Date:  September 23, 2024          *Sandra A. Jung*

                                   Deputy Record Custodian

                                   National Futures Association
                                   320 South Canal Street
                                   Suite 2400
                                   Chicago, Illinois  60606



## CERTIFICATION

With respect to: Archie Rice III

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

**66**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from September 2014 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Archie Rice III with the name and social security number as provided.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to: Ares Global Ltd

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

**67**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

6.   Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Ares Global Ltd with the name as provided.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606

## CERTIFICATION

With respect to: Trublue FX

1.   I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.   Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.   Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.   As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.   In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

**EXHIBIT**

**68**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.      Under my supervision, I have caused to be conducted a review of these official CFTC records from July 1982 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Trublue FX.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 23, 2024

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
320 South Canal Street
Suite 2400
Chicago, Illinois  60606



## CERTIFICATION

With respect to:  Tin Tran

1.    I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Registration Manager.  I also have served as Deputy Record Custodian since May 6, 1996.  NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act").  7 U.S.C. § 21 (2006).

2.    Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act.  7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006).  Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.    Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business.  NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.    As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records.  As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.    In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records; (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.



EXHIBIT

69

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- 2 -

6.     Under my supervision, I have caused to be conducted a review of these official CFTC records from March 2020 to the present, which disclosed the following information:

> There is no record of a registration in any capacity for Tin Tran ("Tran"). However, in March 2020, Tran filed an application for approval as a Principal ("PRN") of SAEG Capital General Management LP ("SAEGC"); formerly SAEG Capital General Management and Saeg Capital Limited. Tran remained pending approval as a PRN of SAEGC from March 27, 2020 until April 8, 2020 when Tran's pending application for approval as a PRN of SAEGC was withdrawn.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  September 9, 2022

*Sandra A. Jung*

Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606

**NFA Request List dated 7/22/21**

1.  Please provide the partnership documents for Saeg Master Fund LP, Saeg Fund LP and Saeg Fund LTD.

    These agreements are normally found in the offering memorandum and PPM,

**Our US counsel did create a PA for "Saeg Fund LP" please see attached**

> **Off shore Legal Counsel for Saeg Fund ltd and Saeg Master Fund LP;**
>
> **the master fund is governed by the terms of the limited partnership agreement (between the general partner and the limited partners);**
> **- for incoming investors into the feeder fund, the subscription documents refer to the investor acknowledging the terms of the memorandum and articles and offering document and those documents together form the agreement between the investors and the fund;**
>
> **See attached screenshot correspondence. We do not have PA for Saeg Master Fund LP**

2.  Please provide the engagement letter for EisnerAmper LLP.

**Saeg response: See attached engagement letter**

> a.  On the invoice, it states audit services for Saeg Master Fund LP and Saeg Fund LTD. please describe these services performed in more detail.

**Saeg response: These services were going to be performed , however, we were never operational in time and these services were not yet performed and are pending. In addition some of the names have changed due to structural and taxation advantages after the original engagement was sent to us.**
**SAEG Master Fund - No Change**
**SAEG GP, LP - is now SAEG Holding LP**
**SAEG Capital Management, LP - SAEG Capital General Management LP**
**SAEG GP LLC - SAEG Capital LLC**
**SAEG Canadian Corp - Canada Limited**



3.  Please provide wire details for all transactions within the following accounts:
    a.  Saeg Capital Limited x2712

> (ATTACHED) **SAEG RESPONSE -**
> **11. The First 11-23-2021 REFINITIV --> Additionally the bank miscategorized some statements in the section "indicate purpose of the wire: investment fund" (example:**

**November 23 2020 for Refinitiv, you can reference the invoice we had sent previously as this was for data purchase**

**11-25-2021:  ACA compliance manual we purchased, the bank miscategorized some statements in the section 'indicate purpose of the wire' as "investment" when this was a purchase for a compliance manual.**

**04-05-2021: Additionally the bank miscategorized some statements in the section 'indicate purpose of the wire' (example 04-05-2021 for Refinitiv, you can reference the invoice we had sent previously as this was for data purchase**

**06-11-2021:  In regards to transaction to Maples on June 11 2021. The initial request to the bank was on June 2nd. The bank made several attempts to send out the transaction but were unsuccessful, the transaction was ultimately successful on June**

   b.  Saeg Capital Limited x2702
   c.  Saeg Capital Limited x9926

4.  Regarding Saeg Capital Limited x2712, in addition to the wire details above:
   a.  Please provide the corresponding bank statement and supporting documentation to the 2 credits from TD Tran Investments LLC on 10/19/21 of $50,000 and 4/4/21 of $11,000.

**Saeg Response: Please See attached**

   b.  Please provide any agreements in place with TD Tran Investments LLC and provide explanation of any services that entity may have provided to Saeg Capital Limited.

**Saeg Response: Please See attached**

5.  Regarding Saeg Capital Limited x2702, in addition to the wire details above:
   a.  Please provide the corresponding bank statement and supporting documentation to the incoming wire from Tin Tran of $50,000 on 7/2 and outgoing wire to Tin Tran of $4,717 on 10/8.

**Saeg Response: Please See attached**

   b.  You represented in your prior response that you currently have a loan with Tin Tran based on the individual's prior relationship to the firm. Please provide any agreements, email correspondence to show evidence of this loan as well as the payment terms and current balance.

**SAEG RESPONSE - Financial document provided.  It is an actual open ended loan/line of credit for $250,000.  The nature of this financial instrument was not to impede the business by paying additional costs so you will see there are no fees associated with it.**

**TD Tran Investments LLC is Tin's personal company which is his name and middle initials.  Tin has been a good friend of ours for many years**

        i. Please also provide a running total of seed capital Tin Tran has provided to the firm to date.

**SAEG RESPONSE - See spreadsheet**

6. Regarding Saeg Capital Limited x9926, in addition to the wire details above:

    a. Please provide the corresponding bank statement and supporting documentation to the following transactions:

        i. 3/20/20 $100 deposit **DEPOSIT SLIP PROVIDED**

        ii. 4/1/20 $5,000 deposit - **ORDERED FROM BANK**

        iii.   4/15/20 $5,000 deposit - **ORDERED FROM BANK**

        iv.   6/4/20 $34,000 deposit **DEPOSIT SLIP PROVIDED**

        v. 6/9/20 $36,000 deposit **DEPOSIT SLIP PROVIDED**

        vi.   6/30/20 $90 cash item changes - **This charge is related to the cash deposits for the month of June.  The bank charges fees associated with larger cash deposits on a sliding scale so we were charged this fee.**

        vii.   7/9/20 $36,000 withdrawal - **ORDERED FROM BANK**

        viii.   7.14.20 $38,950 withdrawal - **ORDERED FROM BANK**

**SAEG RESPONSE - We have made numerous contacts today with Whitney Hancock to collect the receipts.  There are several the bank noted they do not have available.  We have ordered them and will provide the receipts once they are sent to us.  This was one of the reasons for the quick closure of this account, in addition to the extra fees associated with various transactions noted above.**

7. Please provide the agreements/contracts you have in place with Daniel Egloff and Edward Blair.

**SAEG RESPONSE - See documents submitted**

8. As discussed on the phone, please provide a short narrative of the firm's affiliation to the Trader's Domain and uncle_ted Instagram account to provide a timeline for documentation purposes.

**SAEG RESPONSE – SAEG Capital does not have any present affiliation with Trader's Domain. Ted Safranko, who is a listed principal of SAEG Capital, provided unpaid, informal consulting service to Trader's Domain in its start-up phase.  However, Mr. Safranko ended any such arrangement with Trader's Domain in 2019.  The arrangement was ended prior to the initial formation of SAEG Capital and before SAEG Capital registered with the CFTC/NFA.**

**Mr. Safranko and SAEG Capital are aware of the CFTC and NFA rules applicable to CPO advertising and will not be using any social media to promote the CPO or the commodity pool SAEG Capital will operate.**

Mr. Safranko has been the subject of internet defamation and the target of death threats/derogatory images/likeness.  This has been going on for approximately 6 years. Mr. Safranko has been in communication with law enforcement regarding these acts against him.  There are two active law enforcement files on this issue: Royal Canadian Mounted Police - Case file  RCMP #2021-5172 and UK Metropolitan Police Service File - 6508796/21.



April 7, 2022

Mr. Marcus Brisco
Owner
Yas Castellum LLC
Redacted
Denver, CO 80210
info@yascastellum.com

Re:     2022CEXM00191
        NFA ID# 534060

**EXHIBIT**

**71**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Dear Marcus:

After reviewing the documents you have provided, and based our discussions last week, NFA has serious concerns about Yas Castellum LLC's (Yas or the firm) operations. Foremost, the firm's structure appears to be in violation of CFTC Regulation 4.20, which requires all commodity pools to be separate legal entities from commodity pool operators and prohibits any commingling of pool assets. Based on your representations and other records you have provided to NFA, including certain bank records, the Yas Castellum Pool (Yas Pool)—as listed by the firm in NFA's Online Registration System– does not exist as a separate legal entity. In addition, the firm has also accepted pool participant funds in a bank account in the name of the firm and not the Yas Pool. Further—though no less concerning– those pool participant funds have been transferred to a trading account at Traders Domain and improperly titled in the name of Marcus Brisco (Brisco) rather than a trading account in the name of the Pool. You have opened a second bank account in the name of the firm to maintain customer funds. However, this does nothing to remediate the fact that pool participant funds are still being improperly commingled with assets of the firm. Pool assets must be maintained in an account titled in the name of the Pool. This requirement applies whether the assets are held at a bank, a trading firm, etc. Your decision to open an additional bank account (in the name of the firm) where you intend deposit Pool assets is extremely concerning to NFA as it reflects a lack of understanding of very basic, yet fundamental, regulatory requirements regarding the legal distinction between a pool and a CPO (including that each is required to be organized as a separate legal entity).

NFA also has serious concerns regarding the lack of oversight and control of investor funds. You have indicated that although you transferred pool participant funds to the Brisco account at Traders Domain, neither you nor anyone else at Yas has any control over the trading account and, equally alarming, you have no direct ability (*i.e.,* it would appear that you are dependent upon communicating these instructions to an unrelated third-party) to withdraw or deposit funds into the account. Additionally, it would appear you have granted trading discretion to NYC Futures Trading Inc, though you have been unable to provide any signed agreement (*e.g.,* a power of power of attorney or account opening documentation) evidencing that the pool has any ownership rights to these funds. Further, after NFA discovered that pool participant funds were transferred from the firm's account to SECAP Holdings LLC (SECAP), you indicated that you were unfamiliar with SECAP and offered no credible explanation as to why you were transferring pool participant funds to an unrelated entity.

NFA also is concerned by the fact that it appears that pool participants' funds have been apparently deposited into an account at Traders Domain, which is not an NFA Member. This may constitute a violation of NFA Bylaw 1101, which prevents member firm's from doing business with non-NFA Members.

Beyond the serious concerns noted above, NFA has other concerns regarding the firm's compliance with additional CFTC Regulations and NFA Rules. We have the following questions and requests relating to concerning items noted throughout our examination:

Questions

1. What is SAEG Capital Limited? We noted that this entity was mentioned in your texts to Mike Sims in October.
   a. What is SAEG Capital Limited's relationship with NYC Futures Trading Inc?
   b. What is Yas Castellum LLC's relationship with SAEG Capital Limited? Provide any documentation regarding this relationship.
   c. Have you had any contact with anyone at SAEG Capital Limited or with anyone other than Mike Sims at NYC Futures Trading Inc? If yes, please indicate who you have communicated with, and provide all written communications (texts, emails, etc.)
2. Why is the account at Traders Domain in the name of yourself rather than the firm or fund's name?
3. It appears you did not provide a text with Mike Sims where you expressed concerns about your and your accountant's ability to tie out numbers reported to you by Traders Domain. Please provide a full copy of this conversation.
   a. Why was this text not included in the documents uploaded?
   b. Please summarize the issues within this text and how and if it was resolved.
4. What is the "Algo" entity described in the firm's email communications with investors?
5. Based on our understanding, the Yas Pool's rates of return come directly from Traders Domain reports, and the firm does not have any supporting documentation showing how these returns were calculated. Is this accurate? If not, please explain.
6. Based on our understanding, Yas Castellum does not have control over any investor funds once the fund's leave the Yas Castellum bank account. Is this accurate? If not, provide documentation evidencing how Yas or the Yas Pool has any rights or control over these funds.

Additional Requests

1. Traders Domain account opening documents. We are requesting the official account opening documents for the Marcus Brisco account where the Yas Castellum Pool funds are traded.
2. Monthly reports or account statements for the Traders Domain account for the life of the account.
3. Monthly bank statements for the life of the Yas Castellum bank account not already provided (all statements prior to January 2021)
4. Provide any agreements with NYC Futures Trading Inc, NYC Futures Fund LLC, or Mike Sims that provides these entities with discretion over the Marcus Brisco trading account at Traders Domain.

For any documents you are unable to provide please provide an explanation as to why the firm is unable to provide them.

We would like a response on the above questions and requests by end of day tomorrow, April 8. Please let Chris or myself know if you have any questions as you prepare a response.

Sincerely,

Mark Krikke
Manager,
Compliance

**To:**       Mark Krikke[MKrikke@NFA.Futures.Org]
**Cc:**       Christopher Coyne[CCoyne@NFA.Futures.Org]; Valerie O'Malley[vomalley@NFA.Futures.Org]
**From:**     Marcus Brisco[info@yascastellum.com]
**Sent:**     Fri 4/8/2022 2:30:59 PM (UTC-04:00)
**Subject:**  [EXTERNAL] NFA Letter Response
Proof of Saved Withdrawal thru Traders Domain.png
Traders Domain response to opening acct documents.pdf
January 2022 - Monthly Statement.pdf
March 2022 - Monthly Statement.pdf
Dec 2020 Bank Statement.pdf
Nov 2020 Bank Statement.pdf
October 2020 Bank Statement.pdf
4_5.pdf
4_6.pdf
April 1st.pdf
Certificate of Limited Partnership.pdf
EIN Number.pdf
Bank Acct Opening Attempt 4_8_22.pdf
April 7th.pdf
Traders Domain Acct Name Switch to Yas.pdf
Traders Domain Name Change.png



**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

In response to your letter.

Regarding the pool having an LP. See the attached proof of the legal creation "Yas Castellum Pool LP" to separate the CPO from the Yas Castellum Pool. See attached proof of EIN.

I attempted to open the bank account under the EIN and LP of "Yas Castellum Pool LP" and the bank account is under review by Bank of the West before opening. The banker who assisted me is Redacted , Redacted . He stated that he believes the review process will be completed and the account will be open in 1-3 weeks. I will then promptly transfer the client reserve funds (1-3% AUM) into that account and close the old deposit account to eliminate co-mingling and satisfy the requirement of having the client deposits into a bank account under the Pool LP and not CPO Entity.

I have requested that the Traders Domain trading account name be changed to "Yas Castellum Pool LP" and have attached a screenshot of the name change reflected in the trading account. See the email thread attached of proof of request with the support team. I am waiting for this change to be reflected on a statement (daily or monthly), then will send a statement with the corrected name. This is also answering point #2.

Regarding the second paragraph stating that I have no control over the trading account is not accurate. Through the site, I have control to withdrawal funds and have successfully completed this process. Please see point 6 for further explanation on this and proof of saved withdrawal information.

Regarding, SECAP, this would be the wire info provided by Mike Sims through his personal relationship to make a deposit into the trading account.

1. Saeg Capital Limited was the deposit information provided by Mike Sim's because of his personal relationship. We used this deposit method until around February when it changed to SECAP as provided by Mike and as shown through text communications.
2. b: No communication has occurred between Yas and SECAP. All communication was shown to you by Yas to Mike Sims in regards to Saeg.

3. c: None, all communication has been with Mike Sims and was displayed to you.

1.

2: This was addressed above.

3: Not entirely sure what this is referencing, however, I uploaded all text/email communications. I have reattached a January 7th conversation that I believe you may be referencing. The (40% of gains) commission pull was off and they audited the commission pull. It was fixed within 24 hours if my memory serves correct. No information was knowingly withheld, all text/email communication was uploaded into the drive, when you requested it. I was under the impression that the below messages were uploaded with all other messages in the drive at that time.

4: Algo is short for Algorithm and was the name of the conservative approach initially used from inception until October managed by and through NYC. We started switching funds from the conservative "Algo" into the aggressive in late July and were 100% AUM in the aggressive by October.

5: We use the account balance at the end of each week to monitor the performance of the fund during that week. The Traders domain account balance and statements are used as reference to the final closing dollar figure for the week and is confirmed by viewing each individual trade that is open and closed and the profit/loss on each trade. This is then reflected into our books and reported across all clients' accounts.

6: Not true and was touched on in the above paragraph but will be reiterated. Through the site shown and the platform Traders Domain, we can initiate withdrawals to Yas's bank account that is already a saved withdrawal recipient as it has been done before ($6k initiated on 3/8/22 and came through the bank on 3/15/22 as shown by the bank statements, as I described in 5 business days). See screenshot attached. We are changing this withdrawal to the new bank account under Yas Castellum Pool LP to eliminate comingling upon the bank account being approved for opening.

Additional Requests:

1: I have requested any opening documents from Traders Domain, see their email response below. They stated they are on the opening screen, so I uploaded all the setting screenshots to you. I can reattach if needed.

2: I have provided the monthly reports that have been saved, as explained that my email was wiped in late 2021. I have reattached the monthly reports again that I do have and have been saving the daily reports/monthly reports continually since the meeting. I have also attached all the daily reports for April thus far.

3: attached. Trading commenced on Jan 1st of 2021.

4: NYC has not provided any documents. Upon further discussion with Mike it has been made clear that this fund was his personal connection and referral not an association with NYC Futures. Awaiting next steps here as I understand Bylaw 1101.


I have a question on how to register "Yas Castellum Pool LP" to the "Yas Castellum Pool" through the ORS system to solidify that separation. I could not figure out how to do this through the online ORS system, and looked through the annual questionnaire to attempt it.

4:24

MS

Mike

Quick question , looking at Dec commission pull, I'm calculating it at 57% of gains.

Not the instant but the 40% broker pull

It's wrong. They are auditing and recalculating.

Okay thanks

Fri, Jan 7, 1:48 PM

What model plane do you have? I'm thinking about buying G5.

iMessage

4:23          .ıl 5G E ▭

<      **MS**      ◲

Mike

Fri, Jan 7, 9:57 AM



> Quick question , looking at Dec commission pull, I'm calculating it at 57% of gains.

> Not the instant but the 40% broker pull

It's wrong. They are auditing and recalculating.

iMessage

*Marcus Brisco*
*Hedge Fund Manager/Principal*
*Yas Castellum LLC*

---

**From:** Mark Krikke <MKrikke@NFA.Futures.Org>
**Sent:** Thursday, April 7, 2022 3:53 PM
**To:** Marcus Brisco <info@yascastellum.com>
**Cc:** Christopher Coyne <CCoyne@NFA.Futures.Org>; Valerie O'Malley <vomalley@NFA.Futures.Org>
**Subject:** NFA Letter

Good Afternoon Marcus,

I have attached a letter outlining serious concerns NFA has regarding Yas Castellum LLC's operations. Please review and provide a response by end of day tomorrow.

Thank you,
**Mark Krikke**
NFA | Manager | Compliance
300 South Riverside Plaza, Suite 1800
Chicago, IL 60606
T: 312.781.1477
mkrikke@nfa.futures.org

*****************************************

This message (including attachment(s)) is confidential and intended for the addressee only. If you received this e-mail in error, please notify the sender immediately. Unauthorized distribution, disclosure or copying of this e-mail is prohibited.
The opinions expressed in this email are based upon the representations you have made to a representative of the Compliance Department of National Futures Association ("NFA"). Any different, changed, or omitted facts or conditions might render this opinion void. Moreover, this response represents the opinions of Compliance Staff and does not necessarily reflect the views of NFA.

**NATIONAL FUTURES ASSOCIATION
BEFORE THE
BUSINESS CONDUCT COMMITTEE**

|  |  |  |
|---|---|---|
| In the Matter of: | ) | FILED |
|  | ) | JUN 1 3 2022 |
| YAS CASTELLUM LLC | ) |  |
| (NFA ID #534060), | ) | NATIONAL FUTURES ASSOCIATION |
|  | ) | LEGAL DOCKETING |
| and | ) | NFA Case No. 22-BCC-008 |
|  | ) |  |
| MARCUS BRISCO | ) |  |
| (NFA ID #534130), | ) |  |
|  | ) |  |
|  | ) |  |
| Respondents. | ) |  |

## COMPLAINT

Having reviewed the investigative report submitted by the Compliance
Department of National Futures Association (NFA) and having found reason to believe
that NFA Requirements are being, have been or are about to be violated and that the
matter should be adjudicated, NFA's Business Conduct Committee (Committee) issues
this Complaint against Yas Castellum LLC (Yas) and Marcus Brisco (Brisco).

## ALLEGATIONS

### JURISDICTION

1.    At all times relevant to this Complaint, Yas was a registered commodity pool
      operator (CPO) Member of NFA.  As such, Yas was and is required to comply
      with NFA Requirements and is subject to disciplinary proceedings for violations
      thereof.

2.    From December 4, 2020 to May 4, 2022, Brisco was a registered associated
      person (AP) and listed principal of Yas, and an NFA Associate.  As such, Brisco



EXHIBIT
73
TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746

was required to comply with NFA Requirements and is subject to disciplinary proceedings for violations thereof. Yas is liable for violations of NFA Requirements committed by Brisco during his activities on behalf of Yas.

## BACKGROUND

3. Yas became a registered CPO and NFA Member on December 4, 2020 and an approved forex firm on March 29, 2022. The firm is located in Denver, Colorado.

4. In addition to being an AP and principal of Yas and an NFA Associate, Brisco became an approved forex AP on March 29, 2022.

5. Brisco withdrew his NFA membership, AP registration and principal statuses on May 4, 2022. Brisco has no other prior registration or membership history.

6. As alleged in more detail below, NFA commenced an examination of Yas in March 2022, which found that Yas and Brisco failed to operate Yas' commodity pool as an entity cognizable as a legal entity separate from Yas, accepted funds intended for investment in a commodity pool operated by Yas in a name other than that of the pool, and improperly commingled participant funds with other property.

7. Further, NFA found that Brisco and Yas' conduct in soliciting, accepting, and transferring pool participants' funds to an unregistered forex broker, as well as other actions, fell far short of the high standards of commercial honor and just and equitable principles of trade that NFA expects of its Members and Associates.

8. NFA also found that Yas and Brisco failed to cooperate fully with NFA's examination of the firm.

## APPLICABLE RULES

9.  NFA Compliance Rule 2-13(a) provides, pertinent part, that any Member who violates any of Commodity Futures Trading Commission Regulations (CFTC) 4.1, 4.7, 4.12 and 4.16 through 4.41 shall be deemed to have violated an NFA Requirement.

10. CFTC Regulation 4.20(a)(1) provides, in pertinent part, that a CPO must operate its pool as an entity cognizable as a legal entity separate from that of the CPO. Subpart (b) of the Regulation further provides, in pertinent part, that all funds received by a CPO from an existing or prospective pool participant for the purchase of an interest in a pool that it operates must be received in the pool's name.  Subpart (c) of the Regulation provides that no CPO may commingle the property of any pool that it operates or that it intends to operate with the property of any other person.

11. NFA Compliance Rule 2-4 provides that Members and Associates shall observe high standards of commercial honor and just and equitable principles of trade in the conduct of their commodity futures business and swaps activities.

12. NFA Compliance Rule 2-5 provides, in pertinent part, that each Member and Associate shall cooperate promptly and fully with NFA in any investigation, inquiry, audit, examination or proceeding regarding compliance with NFA requirements or any NFA disciplinary or arbitration proceeding.

## COUNT I

**VIOLATIONS OF NFA COMPLIANCE RULE 2-13: FAILURE TO COMPLY WITH CFTC REGULATION 4.20 BY FAILING TO OPERATE THE YAS POOL AS A SEPARATE LEGAL ENTITY, FAILING TO RECEIVE FUNDS IN THE NAME OF THE POOL, AND COMMINGLING POOL FUNDS WITH THE PROPERTY OF OTHER PERSONS.**

13.  The allegations contained in paragraphs 1 through 10 are realleged in paragraph 13.

14.  Brisco submitted Yas' Annual Questionnaire (AQ) to NFA in November 2021.

15.  Brisco indicated in the AQ that Yas was not engaged in any commodity interest activity but that the firm maintained NFA membership and CPO registration because its business operations involved a "CPO Entity that provides funded investments to a Forex Broker."

16.  Since Brisco did not indicate in the AQ that Yas was conducting business in retail off-exchange foreign currency (forex), NFA contacted Brisco to follow-up regarding these inconsistencies.

17.  In response, Brisco amended Yas' AQ on March 14, 2022, to indicate that the firm was engaged in forex activities.

18.  On the same day, Brisco also listed the Yas Castellum Pool LP (Yas Pool or Pool) in NFA's online registration system (ORS).  On March, 29, 2022, Brisco added the forex designation for himself and Yas in ORS.

19.  Since it appeared that Yas—without being approved as a forex firm—was operating a pool without listing it in ORS or filing a disclosure document or any firm or pool exemptions with NFA, NFA commenced an examination of the firm on March 28, 2022.

4

20. Based on a review of Yas' records during the exam, NFA found that between April 2021 and March 2022, Yas accepted approximately $487,000 from 47 individuals/entities (pool participants), including Brisco, for the purpose of being invested in a "private investment fund" to trade forex.

21. Yas accepted these participant funds into a bank account in the name of Yas—not the Pool—where Yas commingled participant funds with Yas' own operating capital.

22. Yas' bank statements showed that Brisco used funds from Yas' bank account for personal expenses he incurred at restaurants, breweries, fast food establishments, gas stations and clothing retailers.

23. Brisco told NFA that he ultimately deposited these pooled individual investments into a trading account in his own name maintained at an entity that appears to operate as an unregistered forex broker (forex broker).

24. The forex broker is apparently located in Saint Vincent and the Grenadines.  The forex broker has never been registered as a futures commission merchant (FCM) or a retail foreign exchange dealer (RFED) and has never been an NFA Member.

25. Brisco failed to take any steps to form Yas Pool as a separate legal entity until April 6, 2022—after prompted to do so by NFA—when he submitted documents to register the Pool with the Colorado Secretary of State's Office.

26. Based on the allegations above, Yas failed to operate the Pool as a separate legal entity, failed to receive pool participant funds in the name of the Pool and, by pooling the participants' funds in Yas' bank account and allegedly depositing

these funds in a trading account in Brisco's name, Yas improperly commingled the Pool's funds with the property of others.

27. By reason of the foregoing acts and omissions, Yas is charged with violating NFA Compliance Rule 2-13 by failing to comply with CFTC Regulation 4.20.

### COUNT II

**VIOLATIONS OF NFA COMPLIANCE RULES 2-4 AND 2-5: FAILURE TO OBSERVE THE HIGH STANDARDS OF COMMERCIAL HONOR AND JUST AND EQUITABLE PRINCIPLES OF TRADE EXPECTED OF NFA MEMBERS AND ASSOCIATES AND FAILURE TO COOPERATE IN NFA'S EXAMINATION.**

28. The allegations contained in paragraphs 1 through 12 and 14 through 26 are realleged in paragraph 28.

29. NFA's exam also revealed that Yas and Brisco showed little, if any, regard for protecting and safeguarding the investor funds they solicited and accepted and failed to cooperate with NFA during the exam of Yas.

30. Brisco and Yas' inequitable conduct towards pool participants included their failure to properly operate the Yas Pool according to regulatory requirements.

31. In addition, when NFA asked Brisco why he allegedly deposited the investor funds at a firm which was not an NFA Member or properly registered as an FCM or RFED, Brisco admitted he had done no due diligence regarding the forex broker and transferred funds to the forex broker based solely upon the recommendation of his brother-in-law (Individual A), who Brisco stated had "a personal connection" with the forex broker.

32.   According to Brisco, when Yas received investor funds, he would contact Individual A via text message, and Individual A would respond by providing wire instructions to Brisco.

33.   NFA reviewed these text messages and found that Individual A told Brisco to wire money to bank accounts in the names of at least three unrelated third parties, rather than a bank account in the name of the forex broker.

34.   In one text message, Individual A told Brisco to make sure he did not include any words such as "investment/trading/hedge fund" in the memo line of the wire details.

35.   Brisco could not explain to NFA why he transferred funds to unrelated third parties and told NFA he did not question any of Individual A's wiring instructions.

36.   Brisco also apparently did not know (or would not identify) who or what entity exercised trading discretion over the participants' funds at the forex broker.

37.   During the exam, Brisco initially represented to NFA that another NFA Member CPO/commodity trading advisor (Firm A), exercised trading discretion over the Yas Pool.

38.   This representation was consistent with information in Yas' promotional material, email correspondence sent by Brisco to participants, and the terms in the customer agreements (Yas Agreement) between Yas and its 47 pool participants—all of which clearly represented that Firm A would exercise trading discretion on behalf of the Pool.

39. In addition, Yas and Brisco repeatedly and consistently communicated to pool participants from February 2021 through April 2022 that Firm A would exercise trading discretion over the Pool.

40. However, Brisco was not able to produce documents (*e.g.,* account opening paperwork or a written power of attorney) evidencing the relationship between Yas and Firm A when NFA requested those documents, and later claimed he was "mistaken" regarding Firm A's involvement.

41. Brisco then asserted that the money at the forex broker was traded by a "connection" of Individual A, whom Brisco would not identify.

42. Brisco also failed to question the exceptional rates of return (ROR) purportedly generated from the trading at the forex broker.

43. Brisco provided NFA with a trading statement allegedly from the forex broker that reflected a purported balance of about $932,200 as of April 1, 2022.

44. Based on trading activity between April 1, 2021 and April 1, 2022, that purported balance of $932,000 equated to an approximate ROR of 375%, net of significant fees.

45. As described under the terms of the Yas Agreement, the fees consisted of a 3% "deposit transaction fee" charged to participants, while all "profits" were subject to a commission rate of 50%—10% of which went to Yas on a weekly basis and 40% of which went to the person or entity that exercised trading discretion over the account.

46. Based on NFA's review of the forex broker trading statements Brisco provided, and a spreadsheet prepared by Brisco, approximately $476,000 in fees was

assessed against the balance in the trading account between April 2021 and April 2022.

47.   Of this total, about $98,000 was paid to Brisco (as his share of commissions allegedly earned) and approximately $383,000 was paid to another entity or individual that allegedly exercised discretion over the account.

48.   During the exam, NFA informed Brisco that Yas could not continue to maintain pool participant funds at an unregistered forex broker.

49.   On April 12, 2022, Brisco told NFA he had initiated a withdrawal of funds from the forex broker. At that time, the alleged trading statements reported a purported balance of approximately $932,000.

50.   After requesting the funds, Brisco represented that he received an automated message from the forex broker that indicated the firm's compliance process could take up to 48 hours to approve the withdrawal.

51.   Despite this initial 48-hour timeline, over the next two weeks, Brisco provided NFA with multiple messages purportedly from the forex broker regarding delays in returning the funds to Yas.

52.   On May 2, 2022—14 business days after the initial withdrawal request—Brisco notified NFA that Yas' bank account had received a $526,730 wire. The following day, Brisco reported receipt of another wire in the amount of $405,602. According to an email allegedly from the forex broker, it split the payment into two separate wires for "security" reasons.

53.   Because of the unusual activity alleged above (e.g., instructions to wire investor monies to unrelated third parties, exceptionally high RORs, two-weeks for the

forex broker to process Yas' withdrawal request, receipt of the withdrawal in two separate wire transfers), NFA had serious concerns regarding the source of these funds and whether they actually were the proceeds from the participants' investments and legitimate returns.

54.   Therefore, NFA instructed Brisco not to distribute any money to any pool participants until he and Yas provided NFA with a full accounting so NFA could review the proposed distribution schedule as well as the appropriateness of the commissions and fees.

55.   NFA also required Brisco to provide documentation from Yas' bank that would identify the source of each wire deposit purportedly made on May 2 and 3 to confirm that the wires in fact originated from the forex broker and represented proceeds from the participants' investments.

56.   In response, Brisco refused to provide any documentation from Yas' bank that would identify the source of the deposits it purportedly received.  Further, despite NFA's directive not to distribute the funds, Brisco claimed he had a "fiduciary responsibility" to "urgently pursue" returning client funds.

57.   On May 4, 2022, Brisco filed a Form 8T in NFA's ORS to withdraw his associate membership and his AP and principal statuses with Yas.  His withdrawals became effective immediately.

58.   Brisco also attempted to withdraw Yas' NFA membership at the same time, but NFA placed a "hold" on the firm's membership to prevent the withdrawal.

59. NFA obtained a copy of an email that Brisco sent on the same day to pool participants. The email indicated he had mailed their checks and stated they should, "Please cash these checks immediately upon reception."

60. NFA also contacted several pool participants who indicated they successfully received the proceeds from the checks from Yas.

61. Further, based on the information NFA received from those participants, as well as the accounting Brisco provided to NFA before he withdrew his membership, it appears that pool participants received amounts in excess of what each contributed.

62. To illustrate, the checks Brisco wrote to participants reflected investment gains that varied based on the timing and amount of a participant's investment in the Pool and equated to RORs ranging from about 3% to about 438%, net of fees, over the life of the investment for each respective pool participant.

63. Notwithstanding Yas and Brisco's failure to provide documentation from Yas' bank identifying the source of the wire deposits described in paragraph 52 above, NFA later learned that the two wire deposits into Yas' bank account did not originate from the forex broker and actually came from an entity which appears to operate as a cryptocurrency exchange based in Canada.

64. This, along with other prior suspicious activity alleged above, should have caused a reasonable person to question the legitimacy of the purported trading profits and delay returning funds to investors. However, Yas and Brisco disregarded this questionable activity and, contrary to NFA's directive, distributed the funds to investors anyway.

11

65.   The above alleged conduct demonstrates that, at a minimum, Yas and Brisco had no regard for safeguarding the money they solicited from pool participants or for complying with NFA Requirements and potentially indicates that Yas and Brisco were involved in a fraudulent scheme in connection with operating the Yas Pool.  Such conduct on the part of Yas and Brisco evidences a failure to uphold the high standards that NFA expects of its Members and Associates.

66.   By their conduct and failure to cooperate, Yas and Brisco have prevented NFA from completing a full accounting to determine how much each pool participant was owed and reviewing the propriety of the approximate $476,000 in commissions "earned" and charged against the pool participants' funds supposedly on deposit at the forex firm.

67.   Additionally, because Yas and Brisco supposedly transferred the money to an unregistered forex broker, NFA has been unable to determine whether the funds were ever actually on deposit at the forex broker or the validity of the reported RORs.

68.   Based on the foregoing acts and omissions, Yas and Brisco are charged with violating NFA Compliance Rules 2-4 and 2-5.

### PROCEDURAL REQUIREMENTS

### ANSWER

You must file a written Answer to the Complaint with NFA within thirty (30) days of the date of the Complaint.  The Answer shall respond to each allegation in the Complaint by admitting, denying or averring that you lack sufficient knowledge or information to admit or deny the allegation.  An averment of insufficient knowledge or

information may only be made after a diligent effort has been made to ascertain the relevant facts and shall be deemed to be a denial of the pertinent allegation.

The place for filing an Answer shall be:

> National Futures Association
> 300 S. Riverside Plaza
> Suite 1800
> Chicago, Illinois 60606
> Attn: Legal Department – Docketing
>
> E-Mail: Docketing@nfa.futures.org

Failure to file an Answer as provided above shall be deemed an admission of the facts and legal conclusions contained in the Complaint. Failure to respond to any allegation shall be deemed an admission of that allegation. Failure to file an Answer as provided above shall be deemed a waiver of hearing.

### POTENTIAL PENALTIES, DISQUALIFICATION, AND INELIGIBILITY

At the conclusion of the proceedings conducted in connection with this Complaint, the Committee may impose one or more of the following penalties:

(a)  expulsion or suspension for a specified period from NFA membership;

(b)  bar or suspension for a specified period from association with an NFA Member;

(c)  censure or reprimand;

(d)  a monetary fine not to exceed $500,000 for each violation found; and

(e)  order to cease and desist or any other fitting penalty or remedial action not inconsistent with these penalties.

The allegations in this Complaint may constitute a statutory disqualification from registration under Section 8a(3)(M) of the Commodity Exchange Act. A respondent in this matter who applies for registration in any new capacity, including as

an AP with a new sponsor, may, after opportunity for hearing, be denied registration or conditionally registered based on the pendency of this proceeding.

Pursuant to CFTC Regulation 1.63, penalties imposed in connection with this Complaint may temporarily or permanently render a Respondent who is an individual ineligible to serve on disciplinary committees, arbitration panels and governing boards of a self-regulatory organization, as that term is defined in CFTC Regulation 1.63.

**NATIONAL FUTURES ASSOCIATION
BUSINESS CONDUCT COMMITTEE**

Dated: 6/13/2022          By: _____
                              Chairperson

Ecs/Complaints/2022:Complaint_Yas, Brisco FINAL (6.14.22).docx

14



**EXHIBIT**

74

TO THE DECLARATION OF MAURA M. VERMEYER
PURSUANT TO 38 U.S.C. § 1746





















THE TRADERS DOMAIN
AML POLICY
TERMS AND CONDITIONS
PRIVACY POLICY
USER AGREEMENT
LIVE SUPPORT
SUPPORT@THETRADERSDOMAIN.COM
INSTAGRAM
SIGN IN
GET STARTED
Traders Domain FX Ltd.
Registered Address Beachmont Business Centre, 104, Kingstown St. Vincent and the Grenadines
Registration Number 26284
Office address:
BOULEVARD RIVERA NAYARIT
1544 INT 5A
TONDOROQUE C.P. 63732
NUEVO, NAYARIT, NAY.
Corporate email address: support@thetradersdomain.com
Risk Warning: Trading Leveraged Products such as Forex and Derivatives may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice. Please read the full Risk Disclosure.
The Traders Domain does not provide services to residents of the USA, Canada, Sudan, Syria, North Korea, Iran, Israel, New Zealand, Japan
Iraq, Mauritius, Myanmar, Yemen, Afghanistan, United Kingdom, Australia, Vanuatu and EEA countries.

## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On September 6, 2023, the CFTC computer forensics team was asked to download and preserve copies of the websites:
https://web.archive.org/web/20230322194653/https://thetradersdomain.com/.

3.      On September 7, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:
https://web.archive.org/web/20230322194653/https://thetradersdomain.com/.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Magnet Web Page Saver, and Save As.  The resulting copies were stored in Portable Document Format ("PDF") and native web format.  We copied the websites in both formats to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 20, 2024 by:          De............owski

*Devin Malinowski*





**Automated trade copying of professional traders**

**Detailed statistics for every account**



**Designed for investors that love to trade**

**One account for your investment portfolio**

| | |
|---|---|
| 32.0 | Trade Copier 1 |
| 30.5 | Trade Copier 2 |
| 32.5 | Trade Copier 3 |
| 32.0 | Trade Copier 4 |

**Risk Limit for investors**



**How to become an investor?**





## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On March 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

3.     On March 22-25, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-

copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

4.     The CFTC's computer forensics team downloaded and preserved copies of these websites using PageVault, Fireshot, and Save As.  The resulting copies were stored in Portable Document Format ("PDF"), native web, and MP4 format.  We copied the websites in all formats to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 20, 2024 by:                    Devin Malinowski

*Devin Malinowski*



The Traders Domain Official Community Chat
4,009 members

Pinned message
Hey everyone, There has been some discussion about me in a few chats, and I want to clarify

❤ 90   👍 44   🙏 14   😊 6   🏆 5   ◀ 5   🙏 3   ⚡ 3
11:05 AM

July 19

OFFICIAL TRUE BLUE FX SUPPORT                     admin
Greetings for Wednesday afternoon
❤ 49   👍 27   🙏 8   ◀ 5   🍻 3   👀 2   🏆 1
8:52 AM

Update is as follows - final revisions have been completed
❤ 77   👍 16   🙏 6   😊 5   👀 3   🏆 1   🍻 1   ⚡ 1   🏆 1
8:53 AM

Leadership team is finalizing launch of email and will provide exact
timing
🙏 49   ❤ 26   👎 12   👍 7   🙏 6   👀 5   🍻 2   ⚡ 1
🏆 1
8:54 AM

Remember you will need to provide full kyc to access the account
section of the site and this will take time to approve by staff due to
the total account volumes
❤ 73   👎 28   👍 21   🙏 6   😊 4   😊 4   😊 2   ⚡ 1
🏆 1
8:55 AM

Leadership team will speak today on exact information related to
kyc and process
❤ 62   👎 14   🙏 6   👍 4   👎 4   ⚡ 4   🏆 2   😊 1
8:56 AM

Everything is complete
❤ 130   🌟 56   👍 21   🔥 14   🙏 8   ❤ 4   🏆 4   🍻 2
⚡ 2   🏆 1   😊 1
8:56 AM

The Traders Domain Official Community Chat     TBB LEADERSHIP
Greetings, our team has worked around the clock and late into our
evening in order to get this launched today to hit Wednesday
deadline. We still have many tasks to complete and the backend is
not fully functional for this type of volume yet.

However that being said, we are going to stick to our word and
allow only active clients get access to their accounts today!!
👍 89   ❤ 52   🔥 13   🍻 9   🙏 6   😊 5   ⚡ 4   👎 1
🏆 1

EXHIBIT
76
TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**The Traders Domain Official Community Chat**
4,009 members

**Pinned message**
Hey everyone, There has been some discussion about me in a few chats, and I want to clarify things for ev

However that being said, we are going to stick to our word and allow only active clients get access to their accounts today!

👍 89   ❤️ 52   🔥 13   👀 9   🙏 6   ⚫ 5   ⚡ 4   👎 1
🏆 1
                                                                    10:36 AM

We will no longer be communicating in this chat moving forward, we are migrating over to a new channel for private communication. In order to get access you must send us your
1. Full name on account
2. Email on file

Please send to our telegram account: @TBBleadership

❤️ 134   👍 52   ⚡ 13   💰 2   🙂 2   👎 1
                                                            edited 10:40 AM

**T S**                                                        Uncle Ted
On a personal note, I'd like to thank everyone for staying the course.  I know it wasn't easy but the new owners and company had a lot of challenges and delays which I haven't even seen before but they are committed to working in the best interests of everyone

❤️ 175   👍 31   👎 12   🙏 8   ⚡ 6   🏆 3   💰 2   🔥 1
                                                                    10:54 AM

Things will continue as the new owners get their footings on all the aspects of the business and get things moving at full capacity.

❤️ 101   🏆 8   👍 6   ⚡ 6   👎 5   🔥 2
                                                                    10:59 AM

And to those who sent hateful messages to others including myself...please go find peace within your own space.  Negativity and hate will only impact your own energy and drain you..it doesn't impact anyone else...

❤️ 153   👍 34   🙏 20   👀 8   🙂 7   ⚡ 4   🙈 3   👎 1
                                                                    11:00 AM

**The Traders Domain Official Community Chat**    TBB LEADERSHIP
Thank you everyone for the prompt responses, our inbox is very full and we will make sure to get to each and every one of you. We are focusing all energy on getting the site ready for volume and finalizing email that will go out. Over the next week you will be added into our private chat and that will be where all communication will go moving forward, do not worry you will not miss out on any extra info.

Keep a look out for an email today from a noreply email address with next steps to sign into your account.

❤️ 129   👍 28   👎 5   🙏 4   ⚡ 4   💬 3   ⚫ 3   🙈 3



**The Traders Domain Official Community Chat**
4,009 members

**Pinned message**
Hey everyone. There has been some discussion about me in a few chats, and I want to clarify tha...

Keep a look out for an email today from a noreply email address
with next steps to sign into your account.

♥ 129   👍 28   💬 5   🙏 4   ⚡ 4   🙏 3   🍆 3   🤝 3
🏆 2
11:38 AM

Please keep in mind, not all functions will be operational yet on the
site. Bare with us, we're doing this in good faith to provide comfort.
We understand the situation and how long you have waited.

♥ 126   👍 34   🙏 10   🏆 4   💬 4   🙏 3   🍆 3   👍 2
🎉 1
11:40 AM

**The Traders Domain Official Community Chat**   TBB LEADERSHIP
Quick update - we are almost ready to send out emails, few more
hours. Much thanks for patience.

♥ 105   👍 23   🙏 12   👍 4   🙏 1   🏆 1
4:58 PM

We have acknowledged all messages, thank you for the kind
responses. We will get everyone added to the new channel within a
week, you will not miss an update.

♥ 119   👍 30   🙏 9   👀 6   🖖 3   ⚡ 3   🗣 3   😀 2
🏆 2   🙂 2
4:59 PM

**The Traders Domain Official Community Chat**   TBB LEADERSHIP
Email will go out around 3am GMT time. It may go to your junk/
spam inbox. please check both.

♥ 91   🙏 12   🎉 8   🖖 4   👍 1   👍 1
10:25 PM

*Unread messages*

**The Traders Domain Official Community Chat**   TBB LEADERSHIP
Many have received the email, it is still going out. Was a very large
batch.

♥ 88   👍 4   🖖 4   👍 2   🙏 2
11:24 PM

Question for you TBB

Many people confirmed they got they have logged in and seen
there balances so that's great

Some there balances are not showing will this be updated?
👍 42   ♥ 21   🙏 1   🖖 1



**The Traders Domain Official Community Chat**
4,009 members

**Pinned message**
Hey everyone,  There has been some discussion about me in a few chats, and I want to clarify th

there balances so that's great

Some there balances are not showing will this be updated?
👍 42   ❤️ 21   👏 1   🙌 1                    edited 11:38 PM

Yes those will be populated over the next couple days, please email
our support with your email on file and your account number (if
you have it, check old email statements)
👍 29   ❤️ 14                                          11:40 PM

Ok that's great, website looks great TBB
❤️ 40   👍 7          11:41 PM

Thanks for sharing
❤️ 37   👍 2   11:42 PM

Thank you, many hours were put in to get this together for the
group.
❤️ 60   🙌 2                                          11:43 PM

Due to the large influx in volume the site response time is much
slower than usual. If you are having issues resetting your password
please be patient.
❤️ 49   👍 13                                          11:57 PM

Thanks for sharing once again
👍 38   ❤️ 19   🙌 5   11:58 PM

July 20

OFFICIAL TRUE BLUE FX SUPPORT                   admin
Greetings
🔥 33   ❤️ 19   👍 7   📣 3   🎉 1   🏆 1         8:54 AM

Welcome officially to TrueBlueFx
👍 60   ❤️ 35   👍 10   🏆 2   🎉 2   👏 1   🍷 1   8:55 AM

Our leadership team presented the email last night and activity is
very busy
❤️ 54   👍 6   💼 2                                    8:56 AM

Emails will be answered in order and please allow 48 to 72hrs for
response

### Declaration of Devin Malinowski
### Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On July 20, 2023, the CFTC computer forensics team was asked to download and preserve copies of The Traders Domain Official Community Chat on Telegram.

3.      On July 20, 2023, the CFTC's computer forensics team downloaded copies of The Traders Domain Official Community Chat on Telegram as it appeared on those dates.

4.      The CFTC's computer forensics team downloaded and preserved copies of Telegram using Open Broadcaster Software and Telegram Desktop.  The resulting copies were stored in MP4 format.  We copied the Telegram data in this format to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024 by:           Devin Malinowski

*Devin Malinowski*

11/18/2021                                      Traders Domain - Built By Traders For Traders







# TRADERS DOMAIN **FEATURES**

11/18/2021                              Traders Domain - Built By Traders For Traders



## Spread

From 0.1 PIP



## Products

100 +



## Leverage

Up to 1:500



## Minimum Deposit

**$100 usd**



## Deposit Options

Debit/Credit and Cryptocurrency



## Software

Award-winning MetaTrader 4 and Metatrader 5 Platforms

# ABOUT US



## Who we are?

The Traders Domain was established with the objective of making the experience of trading very convenient and smooth for the traders. By having years of experience in the Forex, we have an extensive list of satisfied clients and traders. Our company takes pride what we have achieved in these years and we are making our way up in the international market.

READ MORE ▸

# WHY CHOOSE TRADERS DOMAIN



### Negative Balance Protection

When volatility hits you badly, it keeps you from seeing a negative balance



### Pre-installed Indicators

The large number of pre-installed indicators are available on our metatrader platforms



### Trading Signals



**Trading Statistic Layout**



## Instant Execution

Without any technical delay, instant trading execution

# TRADERS DOMAIN SERVICES



$ **Multiple Deposit Methods**

All withdraws and deposits are processed within 24 to 48 hours allowing you the benefit quickly from your trading.



**Trade Copying**

Take advantage of both MAMM and PAMM account options.

Opp
leac
gen
follc
obli

11/18/2021                                   Traders Domain - Built By Traders For Traders

# OUR VALUES



## PASSION

To reduce unnecessary stress during trading we have arranged a dedicated customer service team for the Traders. Our team members are highly passionate about their work and ensure and appropriate solution for Traders each and every query



## PURPOSE

To provide compatible Forex Trading accounts to the Traders so they can effectively manage their trading with energy, precious metals, and currency pairs



## VISION

To provide the best quality trading services to our Traders through our Advanced Technology based trading platform



## TRADERS DOMAIN
For Traders By Traders

Trading Forex carries a high level of risk. Please ensure you fully understand the risks involved, and seek independent advice if necessary. The Traders Domain does not accept applications from residents of the U.S., Canada, United Kingdom and the Islamic Republic of Iran.

## QUICK LINKS

- Home Page
- Company
- Trading Platforms
- Contact Us

The Traders Domain does not accept applications from residents of U.S., Canada, United Kingdom and the Islamic Republic of Iran. The information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation. Risk Warning: Trading Derivatives carries a high level of risk to your capital and you should only trade with money you can afford to lose. A Product Disclosure Statement (PDS) can be obtained either from this website or on request from our offices and should be considered before entering into a transaction with us. ECN accounts offer spreads from 0.0 pips with a commission charge of USD $3.50 per 100K traded based on the USD notional value. Standard accounts offer spreads from 1 pip with no additional commission charges. The information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

AML POLICY     TERMS & CONDITION     PRIVACY POLICY     CUSTOMER AGREEMENT

### Declaration of Devin Malinowski
### Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.    I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581. I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018. Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.    On November 17, 2021, the CFTC computer forensics team was asked to download and preserve copies of the websites: www.thetradersdomain.com

3.    On November 22, 2021, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates: www.thetradersdomain.com

4.    The CFTC's computer forensics team downloaded and preserved copies of these websites using Offline Explorer Pro, X1 Social Discovery, Fireshot, Adobe Acrobat Pro. The resulting copies were stored in Portable Document Format ("PDF") and native web format. We copied the websites in both formats to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2023 by:                    Devin Malinowski

                                                     *Devin Malinowski*

# Welcome

The Forex Family is committed to giving traders the opportunity to understand and gain power through an extensive partnership with our top Forex analysts and traders. We are looking for individuals who have an entrepreneurial spirit, passion for the financial markets. and the ambition to establish a career as a Forex trader



## Our Mentors

David A

Alex

Rakeel

Waqar

Ted

OUR MENTORSHIP PROGRAMS



## Risk Disclosure

Trading Forex and Derivatives carries a high level of risk. CFD investors do not own, or have any rights to, the underlying assets. It involves the potential for profit as well as the risk of loss which may vastly exceed the

## Contact Us

Suite 305, Griffith Corporate Centre, P.O. Box 1510, Beachmont, Kingstown, St.Vincent and the Grenadines

## Quick Links

Home

Open Live Account

Open Demo Account

## Send Us A Message

Looking for a solution? Contact Us now with your query. We'll get back to you within 24-48 hours!











The TradersDomain

HOME COMPANY MARKETS TRADING TRADE COPYING MENTORSHIP FAQ TUTORIALS CONTACT US

## Become A Trader on our leaderboard and earn extra on investor's profits

Benefit from your trading skills: share your personal trade copier with followers and share of investor's profits

## Trade as usual. Earn more

The only difference is that at the end of every day you will get a part of investor's profits on your payment account

## Show your skills in leaderboard

All your trading history will be collected by our trading platform and will be available for investors in the leaderboard

Trade good, make profits and become a popular trader on our leaderboard

## How to become a leaderboard trader?

- Register and open trading account in Trader's room
- Log into latest platform with login and password from your account
- Open Master account and deposit money from your payment account
- Start trading

The TradersDomain

Risk Disclosure

Contact Us

Quick Links

Home

Open Live Account

Open Demo Account

Contact Us

Login

Send Us A Message

© 2015 The Traders Domain. All rights reserved.

Privacy Policy AML Policy Refund Policy Terms And Conditions

Why The Traders Domain?
Ease Your Forex Trading With Our Attractive and Unique Features
We Understand Trading
Excellent Trading Conditions
Our Trading Platform
Segregated Clients Account
Pricing & Execution
Robust Risk Management

**Declaration of Devin Malinowski**
**Pursuant to 28 U.S.C. § 1746**

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581. I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018. Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On March 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

  3.  On March 22-25, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-

copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using PageVault, Fireshot, and Save As. The resulting copies were stored in Portable Document Format ("PDF"), native web, and MP4 format. We copied the websites in all formats to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024 by:                    Devin Malinowski

*Devin Malinowski*

EXHIBIT
79
TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746

Instagram
The Traders Domain
Built by Traders for Traders
Follow
***THE TRADERS DOMAIN RETAIL BROKERAGE SITE LAUNCH FRIDAY JANUARY 5TH*** We will
process accounts as fast as we can over the weekend to have everyone up to trade in the next week.
Trade copying and leaderboard stats will be live and anyone can join the leaderboard providing you open a real money trading account.
Fully open to the public where forex is approved for use. **THE TRADERS DOMAIN does not solicit for clients where trading forex is not allowed** THE SITE IS NOT LIVE YET BUT THE URL IS www.thetradersdomain.com
3,950 views
December 31, 2017

## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On March 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

      3.      On March 22-25, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-





**EXHIBIT**
80

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Declaration of Devin Malinowski**
**Pursuant to 28 U.S.C. § 1746**

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581. I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018. Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On March 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

3.      On March 22-25, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

https://web.archive.org/web/20181228035921/https://thetradersdomain.com/trade-

copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-

account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-

family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

4.       The CFTC's computer forensics team downloaded and preserved copies of these

websites using PageVault, Fireshot, and Save As.  The resulting copies were stored in Portable

Document Format ("PDF"), native web, and MP4 format.  We copied the websites in all formats

to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 20, 2024 by:            Devin Malinowski

*Devin Malinowski*



**EXHIBIT**

81

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Declaration of Devin Malinowski**
**Pursuant to 28 U.S.C. § 1746**

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On March 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites:

https://www.instagram.com/thetradersdomain/p/CXO4AIappBM/,

https://www.instagram.com/thetradersdomain/reel/BdYLgFZFAZV/,

https://web.archive.org/web/20180709155537/https://thetradersdomain.com/,

https://web.archive.org/web/20181228155331/https://thetradersdomain.com/company/who-we-are,

https://web.archive.org/web/20181228205720/https://thetradersdomain.com/company/why-choose-us,

https://web.archive.org/web/20180709155541/https://thetradersdomain.com/trade-copying/investors,

https://web.archive.org/web/20181228193230/https://thetradersdomain.com/trading/account-types,

https://web.archive.org/web/20181228155142/https://thetradersdomain.com/trading/introducing-broker,

copying/traders,

https://web.archive.org/web/20181228171336/https://thetradersdomain.com/trading/open-live-account,

https://web.archive.org/web/20181228030117/https://thetradersdomain.com/mentorship/forex-family-education,

https://web.archive.org/web/20181228193216/https://thetradersdomain.com/open-account.

4.    The CFTC's computer forensics team downloaded and preserved copies of these websites using PageVault, Fireshot, and Save As.  The resulting copies were stored in Portable Document Format ("PDF"), native web, and MP4 format.  We copied the websites in all formats to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 20, 2024 by:          Devin Malinowski

*Devin Malinowski*



Courses   Pricing   FX Signals   About Us   What is Fx?   FAQ   Contact Us   Log in

# FX Signals

Join our Telegram group today and become a part of a vast community of individuals who are dedicated to improving their knowledge of the Fx Market

# Discover what you'll receive from our channel and start transforming your skills today



Market Analysis Zoom's



US30, GBPJPY, XAUUSD Signals



Educational Videos and Strategies

**EXHIBIT**

**82**

TO THE DECLARATION OF MAURA M. WENMEYER PURSUANT TO 28 U.S.C. § 1746



# About Alex Santi

At only 27 years old, Alex Santi is the founder of the Profit Over Everything Academy, where he has taught hundreds of people about the benefits, risks, and excitement of trading. In 2017, he left his office job at Bank of America to establish a trucking business, but eventually decided to step out of his comfort zone by venturing into the world of financial asset trading.

Having knowledge of the Fx market, the variety of trading styles, and, above all, having emotional balance to control the mind when investing, were fundamental for Alex Santi to become an expert in this field.

Today, he shares his expertise and experience with others through his academy and this widely successful signals group.



"It is extremely important to learn how to train the mind. Few people can express the emotional imbalance that money generates. If you do not have control of your

Document title: FX Signals
Capture URL: https://www.profitacademyfx.com/fx-signals/
Capture timestamp (UTC): Thu, 25 May 2023 19:43:45 GMT

"It is extremely important to learn how to train the mind. Few people can express the emotional imbalance that money generates. If you do not have control of your thoughts, there is a risk of being influenced by people without knowledge who can harm your investment strategy."

# Pricing

### FX SIGNAL TELEGRAM ACCESS

## $189.99/1 Month

- ✔ Market Analysis Zoom Meetings
- ✔ US30, GBPJPY, XAUUSD Signals
- ✔ Educational Videos and Strategies
- ✔ Access to POE Greet & Meets

**JOIN NOW**

### FX SIGNAL TELEGRAM ACCESS

## $1,199.99/1 Year

- ✔ Market Analysis Zoom Meetings
- ✔ US30, GBPJPY, XAUUSD Signals
- ✔ Educational Videos and Strategies
- ✔ Access to POE Greet & Meets

**JOIN NOW**

## What Our Traders Have To Say About Us

## What Our Traders Have To Say About Us

❝

ut this one is by far the best. The signals are
is very supportive and helpful, making for an
ng experience."

**Garcia**

❝

"I've been a member of this Fx signals tradir
say it's been worth every penny. The signal
support has helped me stay on top of m
decis

**David**

## FAQ

**What Is Fx ?**                                             ›

**Is It Hard To Learn About This Market ?**                  ›

**What Do I Need To Start ?**                                ›

**How Much Money Will I Make ?**                             ›

**Can I Lose My Money ?**                                    ›

**What Do I Need To Start ?**  ›

**How Much Money Will I Make ?**  ›

**Can I Lose My Money ?**  ›



We'd love to hear from you. Send us a message using the form below.

Email

Name

Submit



Terms & Conditions

© 2023 Profit Over Everything

**<u>Declaration of Devin Malinowski</u>**
**<u>Pursuant to 28 U.S.C. § 1746</u>**

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On May 25, 2023, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://www.profitacademyfx.com, https://www.youtube.com/watch?v=g54i_TDBX6c.

3.      On May 25, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates: https://www.profitacademyfx.com, https://www.youtube.com/watch?v=g54i_TDBX6c.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using PageVault, HTTrack, and YouTube-dl.  The resulting copies were stored in Portable Document Format ("PDF"), native web, and MP4 format.  We copied the websites in both formats to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024 by:        Devin Malinowski

*Devin Malinowski*



Home   About us   Funding   PAMM   Download MTS   FAQ   Contact



Confirm withdrawal     Open Account ⌄     Login ⌄



**TRUBLUEFX**

# What is a PAMM Account?

Percentage allocation management module, also known as percentage allocation money management or PAMM, is a form of pooled money Forex trading. These traders/managers may manage multiple Forex trading accounts using their





**EXHIBIT**

83

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

own capital and such pooled moneys, with an aim to generate profits.

# How does PAMM account work?

The PAMM account is a unique product that allows investors to earn without having to trade. You can invest your funds in the accounts of traders, who receive a percentage of the profits they earn from trading with your funds as a reward.

# How do I open a PAMM account?

- Login to my.trubluefx.com

- Create a PAMM or Managed Investor Account.

- Choose a PAMM Manager. Select the PAMM Managers that suit your trading objectives.

- Deposit Funds from the Landing account to the PAMM Managed account.

- If you have question, please contact contact@trubluefx.com

# How do you become a PAMM manager?

- Login to mytrubluefx.com

- Create a Trading Account.

- Fund your Trading Account in sending money from your Landing account.

- Download MT5 and use the login credentials we provide you.

- If you have question, please contact contact@trubluefx.com

Need more help?    Send us a message

---

**TRUBLUEFX**

Ares Global Ltd.
1st Floor, The Sotheby Building,

**LEGAL**

AML Policy
Privacy Policy
Terms & Conditions

**TRUBLUEFX**

Sign Up
Login
Download MT5

**LINKS**

FAQ
Affiliate

**CONTACT US**

Contact
contact@trubluefx.com
Operating office:

Rodney Bay, Gros-Islet, Saint Lucia                     User Agreement                                    Maksima Gorkog 54, 11000,

Registration Number: 2023-00254                                                                          Belgrade, Serbia

Risk Warning: Trading Foreign Exchange and Contracts for Difference (CFDs) is highly speculative and may not be suitable for all investors. The company offers trading on margin. The leverage created by trading on margin can work against you as well as for you, and losses can exceed your entire investment.

Only invest with money you can afford to lose and ensure that you fully understand the risks involved. Seek independent advice if necessary and review our Risk Disclosure and Privacy Disclosure before opening an account. CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage.

You are strongly advised to obtain independent financial, legal and tax advice before proceeding with any currency or spot metals trade. Nothing in this site should be read or construed as constituting advice on the part of Trubluefx or any of its affiliates, directors, officers or employees.

Residence: The information on this site is not directed at residents of the United States or any particular country and is not intended for distribution to, or use by, any person in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On October 26, 2023, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://trubluefx.com/.

3.      On October 27, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates: https://trubluefx.com/.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Magnet Web Page Saver, and X1 Social Discovery.  The resulting copies were stored in Portable Document Format ("PDF") and native web format.  We copied the websites in both formats to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024 by:          Devin Malinowski

*Devin Malinowski*



# THE FOREX REVIEW

Home | News | Reviews | Forex brokers | Crypto robots | Scam Warnings | Contact Us

## The Traders Domain Review – 5 things you should know about Thetradersdomain.com

By: The Forex Review   Published: Oct 11, 2022   Updated: Nov 16, 2022

The Traders Domain

**Overall Score 1.0/5**

| | |
|---|---|
| 1.0 | Safety of funds |
| 1.0 | Trading platform |
| 2.0 | Trading instruments |
| 1.0 | Trading conditions |
| 2.1 | Payment methods |
| 1.0 | Overall Score |

### HIGHLIGHTS

| | |
|---|---|
| Country | SVG |
| Leverage | None |
| Compensation | No |
| Segregated accounts | No |
| Negative balance protection | No |
| Minimum deposit | $100 |
| Spread | 2.2 |
| Leverage | 1:500 |
| Trading platforms | MT5 |

**BEWARE! THE TRADERS DOMAIN IS AN OFFSHORE BROKER! YOUR INVESTMENT MAY BE AT RISK.**

### RECOMMENDED FOREX BROKERS



FOREX.com

Visit Site

Don't put all your eggs in one basket. Open trading accounts with at least two brokers

### TABLE OF CONTENTS

- The Traders Domain regulation & safety of funds
- The Traders Domain deposit/withdrawal methods and fees
- How does the scam work?
- What to do when scammed?

### RECOMMENDED FOREX BROKERS

FOREX.com    Visit Site

The Traders Domain is a forex brokerage located in the Saint Vincent and the Grenadines. It provides the MT5 trading platform. From what we could gather on the brokers website there is a minimum deposit of $100 and a leverage of up to 1:500. The spread is 2.2 pips on EUR/USD which is a bit above the industry average.

### THE TRADERS DOMAIN REGULATION & SAFETY OF FUNDS

The Traders Domain is regulated in St. Vincent and the Grenadines which is a very attractive offshore location for brokerages. The government of the country does not regulate forex trading, but has very lenient laws regarding the regulatory of a firm. Furthermore, even though The Traders Domain states to provide the MT5 – there is no test-drive offered by the broker which leads us to conclude that the brokerage may be in fact suspect. Such diminished attempts to mislead traders, coupled with this obvious lack of sensible regulation, incites us to doubt whether potential clients of the brokerage are not down to substantial risk.

We urge traders to exclude such risk is adding by any partnership with brokers regulated by prestigious regulatory agencies, such as the FCA and CySec, which ensure compliance with a number of stipulates that give significant assurance the security of the clients fund.

The segregated of accounts is among the rules which are especially important in the trading world, because it drastically lowers the risk of possible commingling.

Another is the partial deposit a compensatory scheme for which the client's losses will be covered in the unlucky case the broker goes bankrupt or absence to swindle traders.

### THE TRADERS DOMAIN DEPOSIT/WITHDRAWAL METHODS AND FEES

Potential clients of the brokerage may deposit or withdraw via VISA and MasterCard, bankwire transfer and bitcoin. We did not come across anything especially startling in the terms and conditions of the brokerage, besides a huge withdrawal processation fee of 15 per cent for accounts that have had no active trades. However even though we couldn't find anything else in the terms of the brokerage, we can't be certain the brokerage won't charge some other unexpected fee. This is why we must also remind readers of all the ways a trader may test the brokerage's intentions. Firstly traders are advised to always put on only the required minimum deposit, instead of risking a bigger amount with no certainty. Afterwards, they may also try to withdraw a small amount in order to check for any unexpected fees or delays. Such fees and delays are usually the signs of a scammer.

### HOW DOES THE SCAM WORK?

Even though the forex trading world is extremely large and encompasses millions of people around the globe, the most common scamming is pretty simple and straightforward and as such – it's not particularly daring to avoid. Here is a quick overview of how it is done.



**EXHIBIT**

**84**

TO THE DECLARATION OF MAURA M. WEHMEIER
PURSUANT TO 28 U.S.C. § 1746

Through clicking an ad with promises for fast money, you will be redirected to a website such as Bitcoin Evolution or The bitcoin miner where registration will require you to give your address, email and phone number. After sharing your personal information, you will being receiving calls from brokers, compelling you to invest with them and win big. After a few minutes hearing their pitches, you decide to deposit some $200-250. And just like that – the scammers take a fat commission from this initial deposit.

After they are done with you, senior scammers begin working you into putting even more money. They say it's the only way to profit from trading even more. After making the mistake of investing even further, you'll begin wanting to get out of this and withdraw what you have left.

Unfortunately, the con-artists have no such thing in mind. They will now begin persuading you to wait it out and not withdraw right now. The angle here is pretty blunt – traders have a limited time period for filing a chargeback with their bank and get their money back. The "recovery department" will simply want to mislead you into missing the crucial period and, along the way, losing any chance you might have of getting the money back.

## WHAT TO DO WHEN SCAMMED?

As was mentioned above, scamming is quite common in the trading world and, sadly, even you might suffer from it. In such an unfortunate case there still may be some available options for you.

You may contact your bank or credit card provider and **file a chargeback.** It is important here to take notice that both Visa and MasterCard are taking measures to combat unregulated forex brokerages by classifying all forex transactions as high risk. And with the case of The Traders Domain – they are correct in doing so. Furthermore, supporting their intention with clear actions – MasterCard has increased the previous time period of six months for filing a chargeback to a year and a half. Visa is expected to do the same in December.

If, however, you have provided the broker with your credit card details, immediately **cancel your credit card**.

If you have given information regarding your online banking pass – you should switch it asap!

Beware of potential calls from self-described "recovery agencies"! They prey on scammed and vulnerable traders who are desperate to recover their losses. They will require an "up-front" payment to help you, but after paying them, no such help will be coming your way!

TAGS THE TRADERSDOMAIN | THE TRADERSDOMAIN DEPOSIT | THE TRADERSDOMAIN LEGIT | THE TRADERSDOMAIN REVIEW | THE TRADERSDOMAIN SCAM | THE TRADERSDOMAIN WITHDRAWAL

TOP LEGIT BROKERS

| Broker | Country | Rating | Min. Deposit | Website |
|---|---|---|---|---|
| FOREX.com | US | 4.985 | $50 | |

[illegible] COMMENTS

**David**
[illegible], 2019 at [illegible] am

I was on this brokerage platform and I decided to leave as soon as I found out the owner of this broker was a well known scammer. he has worked alongside the likes of Nenad Kerof whom is now in Prison (The video is viewable on YouTube all you have to do is search for "Nenad Kerof Ted") He also hosts a mentorship platform himself where many of his students are regretting the decision to pay him, and the other mentors on his platform for education when these guys really don't know what they are doing.
Many of the mentors have been exposed for selling binary signals and running other scams also, one of the guys called "Alex" or "forexfiged" was running a gold scam called "DSI Mining and Minerals"
Many have approached this issue on social media making profiles exposing this information.
The owner himself (Ted) due to his status on social media (without any reliable track record) decided to exploit this and create a copy account in which everybody could invest in him, this eventually led to a huge breakdown of many people losing all their money and investments (and him making a lot of money).
Have you ever been to a brokerage where the owner of the brokerage is asking you to copy his trades and then continues to take everybody's money? If not The Traders Domain is the place for this.
Also consider that the actual logo of The Traders Domain is actually stolen from a beverage company called "Tiger Beer" the scamming really doesn't stop.

Reply

**D Master**
June [illegible], 2019 at [illegible] pm

I find all this info above to be misleading and more of defamation than anything else. Many I know have used Traders Domain Successfully and continue to do so. Also these 15% fees you're claiming is pure false and misleading.
To me it seems that you are one of the traders that failed and now want to blame others instead of taking responsibility. I use 3 other brokers and by far Tradersdomain has much greater customer service and much quicker in service and withdrawal time.

Reply

**Adam**
February [illegible], 2020 at [illegible] pm

You are just Ted Safranko in disguise "D Master". Everything said by David is purely factual and the facts can be researched by anybody wishing to do their due diligence

Reply

**Letitia Rayna**
October 2, 2019 at [illegible] pm

who is the owner of traders domain?
Where is the trading building located?

Reply

**Jacques**
February [illegible], 2020 at [illegible] pm

Do not use traders domain. They have been exposed by many. Few instagram profiles that have not been taken down with proof:
@uncle_scam, @theforexscammy, @[illegible], @[illegible]
Ted safranko is a sociopath and manipulates younger traders with false claims of his net worth and abilities.
He even threatened to shoot them. Makes sense as he also threatened wife and kids.
Stole over 5m on leaderboard. Scum

Reply







**Concerned Consumer**
April 29, 2021 at 6:07 am

Scammed me too. I attempted to close positions on xau/usd today. They wouldn't allow me to close the position in profit. Shortly after, the damn candle flew up in a bullish manner and eventually 1 of my 2 positions were called due to margin call (-800 USD). When I contacted customer support, I was told that it was metaquotes fault possibly I was mobile. Truth is Im hard wired into my home router. Currently the 2nd open position sits at -700 USD while they give me the run around. Im totaly disappointed with these guys as I was a huge fan of Ted and wanted to be affiliated with whatever he was doing, its why I joined his brokerage in the 1st place. I am currently considering trying Raja's (Dominion Markets) hoping for less B.S. and run around crap. They say they fight for customers but the only person they fought was me. Completely caught me off guard and a total let down. Save your money guys. Its rough getting a good night of sleep when dealing with this broker! Im a real customer (2062229), not a hateful spammer, and I never do reviews but I had to on this issue. Just doesnt sit right with me. When you go to take profit the platform gets questionably shady in my experience. Its looking like a total loss for me most likely (-1200 usd) atleast. What a let down. Make your own decisions, Im just sharing my experience with the broker. This is not spam, this is as real as it gets people. They only thing that saved me was I didnt deposit 12000 usd as I initially planned. God is good. Learn from our mistakes people and save yourself the grief. Trust me. When dealing with this broker, your not dealing with cool and helpful Ted. You have been warned.

Reply

**Client Representative**
November 30, 2022 at 3:58 pm

I have a client who's funds have been locked up for over 6 months. Brokers keep telling her, "payout should be next week." The delay of millions has caused substantial harm to her and her family. The 20 day payout is not true. We live in an age where it only takes a couple days to transfer funds, not 6 months. I would stay with a more reputable organization and save yourself the headache. Read the other reviews online. You cannot call a human. It's a canned email that will likely take a couple days to get back to you. The founder is not reputable. It is on the FTC red list.

Reply

LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment...

Your Name (required)

Email (required)

POST COMMENT

POPULAR COMMENTED

BROKER REVIEWS

- OneEquity review – 5 things you should know about oneequity.com
- Ether Finance review – 5 things you should know about etherfinance.net
- Ferdinandrim review – 5 things you should know about ferdinandrim.com
- MVProfit review – 5 things you should know about mvprofit.com
- Do-Fx Latam review – 5 things you should know about dofxlatam.com
- Digital Pro Trade review – 5 things you should know about digitalprotrade.net
- Alpha Pro Assets review – 5 things you should know about alphaproassets.com
- Abysa World Asset review – 5 things you should know about abysa world asset.com
- Faakbeery review – 5 things you should know about faakbeery-innovationmarket.online
- MGS Finance review – 5 things you should know about mgsfin.com
- Mega Pay Trade review – 5 things you should know about megapaytrade.com
- ATBmarketsPro review – 5 things you should know about atbmarketspro.com
- ErcBroker review – 5 things you should know about ercbroker.com
- HFM review – 5 things you should know about hfinvest.net
- Merrix review – 5 things you should know about merrix.pro
- Mernarch review – 5 things you should know about meristec.com
- TradeAI Group review – 5 things you should know about tradeai-group.com
- Tradiora review – 5 things you should know about tradiora.com

FOREX BROKERS LISTS

- UK Brokers
- EU Brokers
- US Brokers
- Australian Brokers
- Canadian Brokers
- South African Brokers
- South Korean brokers
- Taiwanese brokers
- New Zealand
- Singapore Brokers
- Austrian brokers
- Swiss brokers
- French brokers
- German brokers
- Spanish brokers
- Portuguese brokers
- Greek brokers
- Serbian brokers
- Danish brokers
- Swedish brokers
- Norwegian brokers
- Finnish brokers
- Iceland brokers
- Turkish brokers
- Japanese brokers
- Nigerian Brokers
- Irish brokers
- Italian brokers
- Iranian brokers
- Israeli brokers
- Luxembourg brokers
- Chilean brokers
- Costa Rica brokers
- Peruvian brokers
- Guatemala brokers
- El Salvador brokers
- Uruguayan brokers
- Belize brokers
- Panama brokers
- Filipino brokers
- Kenya brokers
- Myanmar brokers
- Indonesian brokers
- Indian Brokers
- Sri Lanka brokers
- Thai Brokers
- Chinese Brokers
- Egyptian brokers
- UAE Brokers
- Saudi Arabia brokers
- Qatar brokers
- Kuwait brokers
- Brazilian Brokers
- Vietnamese brokers
- Congo brokers
- Cameroonian brokers
- Lebanese brokers
- Angola brokers
- Zambian brokers
- Senegalese brokers
- Zimbabwean brokers
- Botswana brokers
- Sierra Leone brokers

FOREX BROKERS LISTS

- Hong Kong brokers
- Macau brokers
- Malaysian brokers
- Pakistani brokers
- Uzbekistani brokers
- Argentinian brokers
- Algerian brokers
- Jordanian brokers
- Moroccan brokers
- Russian brokers
- Kazakh brokers
- Belarusian brokers
- Azerbaijani brokers
- Georgian brokers
- Dutch brokers
- Mexican brokers
- Nicaragua brokers
- Nepal brokers
- Jamaica brokers
- Oman brokers
- Colombian brokers
- Bulgarian brokers
- Romanian brokers
- Hungarian brokers
- Croatian brokers
- Polish brokers
- Czech brokers
- Cambodian brokers
- Slovakia brokers
- Slovenian brokers
- Lithuanian brokers
- Latvian brokers
- Estonian brokers
- Ukraine brokers
- Maltese brokers
- Ethiopian brokers
- Lesotho brokers
- Namibian brokers
- Burundi brokers
- Benin brokers
- Chad brokers
- Côte d'Ivoire brokers
- Papuan brokers
- Malian brokers
- Mozambique brokers
- Offshore brokers
- MetaTrader 4 brokers
- MetaTrader 5 brokers
- PayPal brokers
- Skrill brokers
- Neteller brokers
- UnionPay brokers
- FasaPay brokers
- Sofort brokers
- GiroPay brokers
- QIWI brokers
- iDeal brokers
- POLi brokers
- BPay brokers
- Paysafecard brokers
- Payza brokers
- Payoneer brokers
- PerfectMoney brokers

[illegible] 07/22/2024 14:05:55

### Declaration of Devin Malinowski
### Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On July 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://theforexreview.com/2018/10/31/thetradersdomain-review/, https://www.forexpeacearmy.com/forex-reviews/14449/traders-domain-review.

3.      On July 22, 2024, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:

https://theforexreview.com/2018/10/31/thetradersdomain-review/,

https://www.forexpeacearmy.com/forex-reviews/14449/traders-domain-review.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Fireshot, MetaProducts Inquiry Browser, as Save As.  The resulting copies were stored in Portable Document Format ("PDF") and native web format.  We copied the websites in both formats to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 24, 2024 by:          Devin Malinowski

*Devin Malinowski*



Review and Ratings › Forex Brokers › The Traders Domain Review

# TradersDomain review: Pros, Cons and user ratings of this unregulated metatrader broker.

2.13 • 45 REVIEWS

Add your review

## What is The Traders Domain?

The Traders Domain is an unregulated forex broker with headquarters in Saint Vincent and Grenadines. Traders Domain offers Meta Trader MT5 and MT4 trading platforms that come standard with desktop versions for PC and Mac, mobile application and as a webTrader.

TheTradersDomain investment instruments included over 50 forex currency pairs, energy, gold, silver, oil, bitcoin and other cryptocurrencies as well as CFDs.

Minimum amount to open a live account with The Traders Domain was $100 and the maximum leverage is 500:1. This broker does not serve clients from the US, UK, Canada, Australia, Afghanistan, Iran, Iraq, Israel, Japan, Mauritius, Myanmar, New Zealand, North Korea, Sudan, Syria, Vanuatu, Yemen, and EEA countries. Deposit and withdrawal methods include bank wire transfers, Visa, Mastercard, and cryptos.

Please read The Traders Domain reviews below and share the trading experiences with this broker.

Website is down. Company seems to be out of business

Out of business

## Broker Details

| | | | | | |
|---|---|---|---|---|---|
| Minimum Trade Size: | 0.01 | Maximum Leverage: | 500:1 * | Minimum to Open Live: | $100 |
| Established: | 2017 | Trading platforms: | MT4, MT5 | Trading Conditions | |
| Address: | Suite 305, Griffith Corporate Centre, P.O. Box 1510, Beachmont, Kingstown, Saint Vincent And Grenadines | Web Trading: | Yes | EAs/Robots: | Yes |
| | | Mobile Trading: | Yes | News Trading: | Yes |
| | | ECN: | Yes | Scalping: | Yes |
| Contact: | [illegible] | Trading Instruments | | Managed Accounts & Social Trading | |
| Regional offices: | | Currencies: | (55+) | | |
| Regulations: | | Cryptocurrencies: | (15+) Bitcoin, Litecoin, Ethereum | | |
| Prohibited countries: | [flags] | CFDs: | (40+) Gold, Silver, Stock Indexes, Oil, Other Commodities | | |
| Deposit Methods: | Bank Wire (BankTransfer/SWIFT), VISA, MasterCard, Bitcoin, Dash, Ether/Ethereum, Litecoin, Other Crypto Currencies, Ripple (XRP) | Withdrawal Methods: | Bank Wire (BankTransfer/SWIFT), VISA, MasterCard, Bitcoin, Dash, Ether/Ethereum, Litecoin, Other Crypto Currencies, Ripple (XRP) | | |

*Conditions and features listed above may vary by account type, jurisdiction, and other factors. Please check the broker's website for more information.

2.13 • 45 REVIEWS

Add your review

## The Traders Domain Most Helpful Customer Reviews

KLUCAS
[illegible], France,
Apr 10, 2023
Registered user

**I wait for more 60 business days my withdrawal**

I am user of the thetraders domain since may 2022.
I never had problem before january 2023. I have a withdrawal of 28034 in pending since 25 january 2023.

25/01/2023
Order number: 369688
Withdraw from account No. 10744 X(USD)
Amount: 31.490 LTC
Withdraw method: Withdrawal with LTC

Currently, we don't know what happen because TTD is quiet for 2 weeks on the website and [illegible] at my emails for 8 weeks, there are no communication and we are many in this situation.

I will be grateful and change my experience if you can help me.
Carefully
KL

Helpful

[illegible]
Vancouver, Canada
Mar 14, 2023,
Registered user

**withdrawals please :/**

Hi!

Been with TTD for more than a year now, never had any issues with deposit/withdrawal or trading until May 2022. I personally know around 20 other big investors (over $1M) involved in the PAMM, and only one of them has received their withdrawal so far [illegible]. I have been patient and supportive throughout the process, but times have been tough lately especially after moving out and attending university. I haven't gotten at least my initial deposits back yet. these are the withdrawals I'm hoping to get soon! Requested in USDT.

Account #: 6208773

EXHIBIT
85
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746







Withdrawal #s
345101 (Nov 20)
353117 (Dec 5)
359045 (Dec 24)
373371 (Feb 1)

Please check on these transactions if possible, been really behind on payments, loans, and family complications, everything is a mess right now just sold my 20 year old Toyota that I've been working on as a project car for so long :(

Again, I'm thankful for this opportunity Ted has given me; review will be updated, thanks so much!!

Helpful

### waiting on withdrawal since mid-October

Service used: Other Length of use: over 1 Year

chris89
Montreal, Canada
Feb 28, 2023
Registered user

hi. I've been waiting since october 13 for my withdrawal. I've been with tradersdomain since september 2021. I had no problem with them until october. This is destroying my life and this make me angry so much. they support don't give other answer then the generic answer. If the money would process i will change my rating for sure since i was satisfied [illegible] from them

order number 324024
account number 71214
withdraw by crypto

Helpful

### Still no withdrawal been waiting since Nov 18th

Service used: Live Length of use: over 1 Year

Austria
Salzburg, Austria
Feb 15, 2023
Registered user

I'm waiting since the 18th of Nov for 4 withdrawals

344369
353279
363495
373785

I think, the 20 days open must be passed :-)
I can know write what all people are writing by now but everybody knows ... mostly no answer and when yes, you will get all the [illegible] which every scam made [illegible] closing its site. Remember [illegible].
My suggest: withdraw your money. You won't be sure to get it but TD won't make any profit furthermore.
That's the difference.
Kind regards, account 5137026

Helpful

### Still no withdrawl been waiting since Nov 9th

Service used: Live Length of use: 6-12 Months

STILL NO WITHDRAWL
Georgia, USA
Feb 8, 2023
Registered user

If anyone at support is reading this I've been waiting over 3 months for my withdrawl. It is very frustrating because I've reached out to my sponsors and received no response, reached out to the support email and they literally tell me they have no idea the status of my deposit or when I can expect to receive it. I will be posting in every single forum leaving my review of this horrible experience I'm having with this company. I started my account in July 2022 and I can say the returns have been good but what does that matter if I can't withdraw the funds. This whole thing is starting to feel like a scam. I have not been able to get out my initial investment and that honestly concerns me with all the negative publicity on this company plastered all over the internet. Someone please assist me

Order #341884

And I also have another
Order #371682

Helpful 2 traders have found this review helpful

### Waiting on withdraws 4 outstanding

Service used: Live Length of use: over 1 Year

Member2021
Somewhere, USA
Jan 18, 2023
Registered user

I will be updating this review as Withdrawals they come in and with any other information that can help

I joined TD in July of 2021 over the time I added more funds of not only mine but some of my family members as well several who were in financial troubles one in particular who had a [illegible] and was the main source of income for the family. I had taken smaller withdraws out over time and did not ever have any issues. This past summer I took a six digit withdrawal and received in less than an hour. I do monitor the emails showing balances daily and they have always been correct. I was completely unaware of the slow times to get monies out when I initiated my first of 4 withdraws.
1st withdrawal Oct 26, 2022 (88 Days)
Order # 331072 Acct # 69703
Amount six digit Withdrawal
USDT ERC 20 through the Savvy Wallet. (Savvy Wallet's crypto access is down and has not worked for several weeks so you can't see or access your crypto. I emailed them they said [illegible] of the and working on it however they have taken time off for holidays in the meantime so obviously not that important to them. Also, no phone number to reach them by phone) So you see the issue here I have been waiting for some time and now if it does hit, I won't be able to access it. I don't fully understand the relationship between TD and Savvy but there is one because TD did require me to make one of my withdrawals through Savvy

2nd withdrawal Jan 5 2023 (14 Days)
Order # 363022 Acct # 69703
Amount six digit withdrawal bank wire to the original bank that sent the wire to TD. I had saved my bank info from a previous withdrawal and used this same info so there would be no issues as I have had successful withdrawal in past using EXACT same info

3rd withdrawal Jan 16 2023 (3 Days)
Order # 367010 Acct # 69703
Amount seven digit Withdrawal bank wire same as above however this bounced back with an email several hours later that said I must open a Savvy Wallet in order to complete the withdrawal. I have a Savvy wallet and a physical credit card, so I put in the Savvy info, and it is [illegible] on my end by redoing the withdrawal and submitting the proper Savvy info appears to be in que.

4th withdrawal Jan 16 2023 (3 Days)
Order # 366999 Acct # 69601
Amount 3 ..... BTC (five digit Withdrawal)
SUMMARY: I have been with TD since mid 2021 I have made withdrawals in the course of this time and because I am helping family it was agreed that ALL funds should be pulled until the problems are resolved at the platform. Now that I am looking at the reviews here, I see many withdrawals that have been submitted after my 1st withdrawal are paid however the amounts appear to be smaller in size than [illegible]

[illegible] getting caught up on their withdrawal process.

Helpful

M

Mr Adam
England, United Kingdom,
Jan 17, 2023
Registered user

Service use: Other | Length of use: 6-12 Months

★★★★★

withdrawal received
thank you very much and keep the hard work the traders domain has some series returns
hope things back to normal soon.

**Jan 4, 2023 - 2 Stars** Waiting 20+ business days

Hi I am still waiting for my withdrawal for over 20 business days
Order Number: 340340

Can support team please help me. Thank you

Trader's domain has good returns

will update my review as soon as I get update

Helpful

A

Ad Astra Trust
North Carolina, USA,
Jan 18, 2023
Registered user

### Some funds are coming thru

Service use: Live | Length of use: 6-12 Months

★★★★

1-18-23 Update
I received another withdrawal a few days back that was six figures. Waiting on one more six figure withdrawal.

**Jan 6, 2023 - 3 Stars 1-6-23**
I set up an account with Traders Domain in Feb of 2022. They have been good to work with and I got a withdrawal in July in one day. I received withdrawals Jan 1 and 4 and have two remaining. In Nov they said on the website it was taking 20 business days to get funds out. I submitted these two withdrawals and it is now over 20 business days.
Traders Domain please review these transactions and I look forward to updating this review!

Account #86474 (USD)
Order #343837 via BTC 11-16-2022

Account #91508 (USD)
Order #338858 via Savvy 11-7-22

**Dec 28, 2022 - 1 Star** I opened my Traders Domain account in Feb 2022. I sent funds in and in July made a withdrawal that took one day. In Nov I made some withdrawals that are well over 20 days now. I am getting quite concerned that this is a liquidity issue and I hope we do get our withdrawals completed. Please review these withdrawal requests. I hope to update this review to a positive one soon.

Account # 86474 (USD)
11-16-22 Order # 343837
11-03-22 Order # 336765

Helpful

T

TeacherTrader
New Jersey, USA,
Jan 13, 2023
Registered user

### Waiting on Multiple Transfers- Over 60 days!

Service use: Live | Length of use: 3-6 Months

★★

I made a withdrawal request for $45,000 on 10/20. I received confirmation from Algo Capital that it was processed on 11/8 and withdrawn from my Meta Trader Domain account. He had forwarded the confirmation from Traders Domain. It included information that it would take up to 20 business days to receive funds to My Savvy Wallet. It has since been 2 months.

I then made a withdrawal request for $15,000 that was processed and taken from my account on 12/9.

I made another withdrawal request on 1/5 and was told that Algo is working on it today.

As of today, I am yet to receive any of the funds in my Savvy Wallet. In total, I am owed:
$45,000
$15,000
and the pending $16,000

I have been told that Traders Domain is not releasing the funds to Algo because of 3rd party banking issues. Just like these other reviewers, I am so afraid that this could be a scam and that I will lose everything, including my initial investment of [illegible]. At this point, I just want to close my account. They had no issue receiving the money and immediately funding the account with it. They have no problem taking out their monthly commissions. But ask for your money, and get the run around of "any day now..."

I have appreciated doing business with them and mutually benefiting. As a teacher, this has helped me tremendously with saving enough money for a downpayment for a home. I would like to receive my funds as soon as possible so I can use it as a down payment for the house I am shopping for and am worried about not receiving funds in a timely manner going forward since it has been taking awhile. As I mentioned before, I am beginning to believe that this is a scam and I am afraid that I will never see any of it

Helpful 2 traders have found this review helpful

A

[illegible]
Manchester, United Kingdom,
Jan 4, 2023
Registered user

### Withdrawal pending for over 70 days

★★

I am very happy with this broker but I have a pending withdrawal for more than 70 days
Is there a mistake? I see here that they are people paid in 25 days.
I will update once I receive my money

Also there is still a second withdrawal if that can be done as well.

Order number: 342428
Withdraw from account No: 135056 (USD)
Amount: 31,191.09093175 USDT
Withdrawal method: Withdraw with USDT ERC 20

Order number: 315108
Withdraw from account No: 135056 (USD)
Amount: 31,303.42820805 USDT
Withdrawal method: Withdraw with USDT ERC 20

Helpful 1 trader has found this review helpful

Add your review

Recent User Reviews of The Traders Domain







for me:

12/08/2022 - Transaction 354792 for $5995.40 from wallet 158047 to Savvy Wallet. My investment account number is 1008[illegible]

Other than this minor hiccup, The Trader's Domain has nearly quadrupled my investment.

**Dec 20, 2022 - No Rating** I was referred to The Traders Domain by a very good friend and it has honestly been a blessing. Sure, the withdrawal issues have been unnerving to say the least, however, I am a business owner and I understand the growing pains a business experiences especially when dealing with such rapid growth in so little time - also when dealing with other people's money. So I get it, and so should you if you're making these types of large investments.

I have watched the YouTube videos with Uncle Ted, read the emails from The Traders Domain, and saw the notice in my dashboard. I understand what's going on and have nothing but faith in this opportunity. That said, I am not going anywhere and will most likely double down.

To the staff at The Traders Domain: I do have three (3) pending withdrawals and if anyone there can review these and process them, it would be super amazing. I see that you are responding to requests below and that is great news for everyone here.

12/01/2022 Transaction: 351027 for $6,000 to crypto (Past 20 business days)
12/06/2022 Transaction: 351198 for $8,000 to crypto (Past 20 business days)
12/08/2022 Transaction: 354792 for $5,995.40 to Savvy Wallet (will be 20 business days on [illegible])

To everyone else on Forex Peace Army and Trustpilot or elsewhere spreading FUD (Fear, Uncertainty, and Doubt): Have some faith in this opportunity. I have inside information and I know we are all good to go. Or, in the alternative, you should just request that TTD close your account and then take your money somewhere else.

In closing, I thank Uncle Ted and The Traders Domain for this rare opportunity. LFG!!!

(Of COURSE I will update this review after the withdrawals process)

Date of experience: December 01, 2022

Helpful

---

A

ASALAAD
London, United Kingdom
Mar 12, 2023
Registered user

**Withdraw request pending since 1st January**

Length of use: 0-3 Months

Hi,

I requested another withdrawal on 1st of January 2023 and still have not received it. I love the platform, never have seen these types of returns. This is my 1st withdrawal in 2023, have joined the platform June 2021. Can someone please help me with my request. I will not give a bad rating. I have full trust in the person who owns this platform.

I will update once I receive payment.

Order no: 360633

Withdraw from account No: 65917

**Dec 29, 2022 - 5 Stars** UPDATE: RECEIVED MY MONEY. THANK YOU TTD.

Order no: 348267

**Dec 27, 2022 - No Rating** Hi,

I requested a withdrawal on 20th of November 2022 and still have not received it. I love the platform, never have seen these types of returns. This is my 1st withdrawal in 2022, have joined the platform June 2021. Can someone please help me with my request. I will not give a bad rating. I have full trust in the person who owns this platform.

Will update once I receive payment.

Order no: 348267

Helpful 1 trader has found this review helpful

---

M

Mike J
Canada, Canada
Mar 2, 2023
Registered user

**Where are my funds?**

Service user Live Length of use: over 1 Year

★☆☆☆☆

I recommend staying away from this platform at all costs. Many Traders Domain clients have been waiting months for withdrawals that are seemingly never going to come. There are many Traders Domain clients including myself coming together in forums and chat groups that highly suspect this company is running a fraudulent operation. As a result, this company is being investigated after being reported to regulatory bodies including the SEC and CFTC. A basic search engine search will verify this.

I have had to wrestle with extreme doubts of legitimacy and deal with headaches caused by missed timelines, failed promises, and absurd excuses. With everything going on and with the allegations being made (by official government bodies no less), at this point I am done with Traders Domain and have requested my full account balance be returned to me.

I am not interested in having my emails being ignored any longer.

I am not interested in the gaslighting and the nonsense excuses being fed to the client base.

I am not interested in being told to wait out the withdrawal timelines that keep increasing (and have increased to ridiculous lengths) while the platform website still advertises 24-48 hour withdrawals to prospective new clients.

I am not interested in being told I'm ungrateful and that I benefited from a copy trade system without making my own trades. Through commissions, your company has enjoyed over 50% of the profits made on principal I put in while I assumed all the risk. This was a mutually beneficial arrangement and my request is fully justified.

Return my full account balance. I have requested this via the transaction below.

Transaction:
Feb 28, 2023
Order number: 370828
Withdraw from account No: 93580 (USD)
Amount: 77,542.425 USDT
Withdrawal method: Withdraw with USDT ERC 20

Helpful 1 trader has found this review helpful

---

S

**No withdrawal - It's been over 90 days**

Service user Live Length of use: 3-6 Months

★☆☆☆☆

https://www.forexpeacearmy.com/forex-reviews/14449/traders-domain-review 07/22/2024 14:09:07

## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On July 22, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://theforexreview.com/2018/10/31/thetradersdomain-review/, https://www.forexpeacearmy.com/forex-reviews/14449/traders-domain-review.

3.      On July 22, 2024, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates:
https://theforexreview.com/2018/10/31/thetradersdomain-review/,
https://www.forexpeacearmy.com/forex-reviews/14449/traders-domain-review.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Fireshot, MetaProducts Inquiry Browser, as Save As.  The resulting copies were stored in Portable Document Format ("PDF") and native web format.  We copied the websites in both formats to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2024 by:          Devin Malinowski

Devin Malinowski



**EXHIBIT 86**

TO THE DECLARATION OF MALINA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746





### Declaration of Devin Malinowski
### Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581.  I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018.  Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On September 16, 2024, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://web.archive.org/web/20221209055713/https://www.scamwatcher.org/the-traders-domain-review/.

3.      On September 17, 2024, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates: https://web.archive.org/web/20221209055713/https://www.scamwatcher.org/the-traders-domain-review/.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Fireshot, and Pagefreezer Social Discovery.  The resulting copies were stored in Portable Document Format ("PDF") and native web format.  We copied the websites in both formats to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024 by:

Devin Malinowski

*Devin Malinowski*

Home   About us   Funding   PAMM   Download MTS   FAQ   Contact

Confirm withdrawal     Open Account ∨     Login ∨



# TRUBLUEFX

Trading is a difficult, but rewarding journey. We here at
Trubluefx aim to be one of the best platforms in the retail space.



**EXHIBIT**
87

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

## About Trubluefx

The Trubluefx is a new generation FX and CFD's trading platform that bridges Fiat with Crypto currency. Its features ensure the excellence of customer support and reliability of the trading operation. It offers a complete set of convenient trading features that enables you to effortlessly reach your goals without having to worry about technical issues.

# Main benefits

### Professional Approach



Trubluefx uses lightning-fast execution and sophisticated risk management to maximize profit opportunities for our managed account clients.

### Great Potential



Our technology in a market with an incredible potential to grow will allow you to take a significant share of it.

### Best Experience



Our mission is to provide professional money managers and self-traders with the best trading experience in the business.

### Safety as top priority



Our top priority is the safety of your funds, which are carefully kept in our online security account system.

## Trade cryptocurrencies easily

Cryptocurrencies are digital versions of cash where encryption techniques are used to regulate the generation of units of currency



and verify the transfer of funds, operating independently of a central bank. Trubluefx is offering their traders great opportunities to trade in different cryptocurrencies. The company offers CFD's to trade on the most popular cryptocurrencies, including Bitcoin (BTC), Ethereum (ETH), Litecoin (LTC), Ripple (XRP), Tether (USDT) and more.

## Transparency and security is key

As a broker-dealer focused on the innovation of trading, STP (Straight-through-Processing) is at the core of our business model. We are focused on bringing transparency through technology. Trubluefx has a massive liquidity pool to offer as well as strongly segregated accounts which means as a client, you will never be negatively affected by another client. We do our best to assure all clients will be treated fairly and in the same way.



# Your trusted broker

Online trading on Trubluefx is safe, secure and easy.FX, CFDs & Cryptocurrencies are just a few of the products available for trading on our platform.

**What are you waiting for?**   **Start trading now**

# CFD's on crypto assets

**Trubluefx allows you to trade FX, cryptocurrencies and other assets.**

Cryptocurrency market is volatile, and the cryptocurrency quotes are always changing. This is one of the reasons why CFDs can be suitable for cryptocurrency trading. The CFDs allow you to execute your trades at very low costs, minimize the risks and therefore get an opportunity to get higher returns. CFDs is allowing you to trade with leverage, move fast in and out of trades, employ stop loss orders and hedging strategies. Think of CFDs as training wheels for the

cryptocurrency world.

You can create hedging strategies through CFDs on smaller cryptocurrencies to offset your risk of losing money if the market moves against you on one of your favorite coins (BTC, ETH etc.)

# Advantages with Trubluefx

- Trubluefx trading on Forex market, CFD's on Indices, Commodities and Cryptocurrencies (BTC, ETH, XRP, LTC, USDT) where you can deposit both crypto and fiat by top payment providers.

- Trubluefx is an independent brokerage company in which you can trade with your own money, in your preferred currency (EUR, USD, GBP).

- Here at Trubluefx we take care of our customers needs. That is why we provide the best services for traders and money managers.



| ||| TRUBLUEFX | LEGAL | TRUBLUEFX | LINKS | CONTACT US |
|---|---|---|---|---|
| | AML Policy | Sign Up | FAQ | Contact |

Ares Global Ltd.
1st Floor, The Sotheby Building,
Rodney Bay, Gros-Islet, Saint Lucia
Registration Number: 2023-00254

Privacy Policy
Terms & Conditions
User Agreement

Sign-Up
Login
Download MT5

FAQ
Affiliate

Contact
contact@trubluefx.com
Operating office:
Maksima Gorkog 54, 11000,
Belgrade, Serbia

Risk Warning: Trading Foreign Exchange and Contracts for Difference (CFDs) is highly speculative and may not be suitable for all investors. The company offers trading on margin. The leverage created by trading on margin can work against you as well as for you, and losses can exceed your entire investment.

Only invest with money you can afford to lose and ensure that you fully understand the risks involved. Seek independent advice if necessary and review our Risk Disclosure and Privacy Disclosure before opening an account. CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage.

You are strongly advised to obtain independent financial, legal and tax advice before proceeding with any currency or spot metals trade. Nothing in this site should be read or construed as constituting advice on the part of Trubluefx or any of its affiliates, directors, officers or employees.

Residence: The information on this site is not directed at residents of the United States or any particular country and is not intended for distribution to, or use by, any person in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581. I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018. Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On October 26, 2023, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://trubluefx.com/.

3.      On October 27, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates: https://trubluefx.com/.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Magnet Web Page Saver, and X1 Social Discovery. The resulting copies were stored in Portable Document Format ("PDF") and native web format. We copied the websites in both formats to the Commission file server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2024 by:          Devin Malinowski

*Devin Malinowski*



Home   About us   Funding   PAMM   Download MTS   FAQ   Contact

Confirm withdrawal      Open Account ∨      Login ∨

# TRUBLUEFX

Trade FX and CFD's on Indices, Crypto and Commodities
with the best trading technology experience

Open live account

EXHIBIT
88
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

## Welcome to Trubluefx

The Trubluefx accounts are designed to be simple, straightforward accounts for customers who know what they want and how they want to get it. These accounts come with everything you need to start trading Forex Spot, Indices, Commodities and Crypto.

Our new and improved site provides you with the information and tools needed to find out more about trading with us and to take that first step toward your financial dreams. Financial independence begins by planning ahead. Our goal is to help you get there. Choose a path that's right for you and start reaching toward your goals. We can assist you.

Open account today

# We can help.

**Professional**                  **Great**



### Approach

Trubluefx uses lightning-fast execution and sophisticated risk management to maximize profit opportunities for our managed account clients.

### Potential

Our technology in a market with an incredible potential to grow will allow you to take a significant share of it.

### Best Experience

Our mission is to provide professional money managers and self-traders with the best trading experience in the business.

### Safety as top priority

Our top priority is the safety of your funds, which are carefully kept in our online security account system.

Are you interested to find out more?   Learn more



## Our Story

Trubluefx is known as a reputable and transparent broker that strives to give the best possible customer support and trading conditions to make each individual or company feel at home. We are proud to host a new generation FX and CFD's trading platform that bridges Fiat with Crypto currency that enables individual traders to reach their trading goals.

Get to know us better

# Our Mission



## Traders

Our mission is to provide professional traders with the best trading experience in the business.



## MT5 Trading

Our mission is to offer the top of the line trading execution to give optimal entries and exits for any type of strategy. That is accomplished through the award winning platform MetaTrader 5.



## Payment Solutions

Trubluefx is proud to offer fiat and crypto deposit options for all clients, giving them the opportunity to deposit and withdraw with their preferred method.



## Our Tools

Trade your money effortlessly utilizing a plethora of online tools. We have optimized our resources and support team with the end user in mind. Trubluefx prides itself in being a valuable asset in a trader's financial journey.

What are you waiting for?    Create account

# FAQ

How to trade on the Trubluefx platform? +

If I need help, who should I contact? +

Funding – Fees +

What is Forex? +

Need more help?

Invest your money more effortlessly thanks to online tools that are constantly getting better.    Contact us

 **TRUBLUEFX**

Ares Global Ltd.
1st Floor, The Sotheby Building,
Rodney Bay, Gros-Islet, Saint Lucia
Registration Number: 2023-00254

**LEGAL**

AML Policy
Privacy Policy
Terms & Conditions
User Agreement

**TRUBLUEFX**

Sign Up
Login
Download MT5

**LINKS**

FAQ
Affiliate

**CONTACT US**

Contact
contact@trubluefx.com
Operating office:
Maksima Gorkog 54, 11000,
Belgrade, Serbia

Risk Warning: Trading Foreign Exchange and Contracts for Difference (CFDs) is highly speculative and may not be suitable for all investors. The company offers trading on margin. The leverage created by trading on margin can work against you as well as for you, and losses can exceed your entire investment.

Only invest with money you can afford to lose and ensure that you fully understand the risks involved. Seek independent advice if necessary and review our Risk Disclosure and Privacy Disclosure before opening an account. CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage.

You are strongly advised to obtain independent financial, legal and tax advice before proceeding with any currency or spot metals trade. Nothing in this site should be read or construed as constituting advice on the part of TruBlueFx or any of its affiliates, directors, officers or employees.

Residence: The information on this site is not directed at residents of the United States or any particular country and is not intended for distribution to, or use by, any person in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

## Declaration of Devin Malinowski
## Pursuant to 28 U.S.C. § 1746

I, Devin Malinowski, hereby make the following declaration based upon my personal knowledge:

1.      I am a Digital Forensics Investigator for the Commodity Futures Trading Commission's ("Commission") Division of Administration, 1155 21st Street, N.W., Washington, D.C. 20581. I have been a Digital Forensics Investigator with the Office of Information Technology Services since August 2018. Some of my routine duties involve preserving websites and other Internet-related content to be used as evidence in Commission actions.

2.      On October 26, 2023, the CFTC computer forensics team was asked to download and preserve copies of the websites: https://trubluefx.com/.

3.      On October 27, 2023, the CFTC's computer forensics team downloaded copies of the following websites as they appeared on those dates: https://trubluefx.com/.

4.      The CFTC's computer forensics team downloaded and preserved copies of these websites using Magnet Web Page Saver, and X1 Social Discovery. The resulting copies were stored in Portable Document Format ("PDF") and native web format. We copied the websites in both formats to the Commission file server.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 20, 2024 by:              Devin Malinowski

*Devin Malinowski*

| | | |
|---|---|---|
| **To:** | Jennifer Soo<Redacted @osc.gov.on.ca] | |
| **Cc:** | 'Ted Safranko [admin@thetradersdomain.com] | |
| **From:** | Customer Service[info@thetradersdomain.com] | |
| **Sent:** | Wed 5/8/2019 10:42:11 AM (UTC-04:00) | |
| **Subject:** | RE: The Traders Domain/OSC Request | |

Statement_Redacted 4962Redacted.pdf
Statement_Redacted 468_Redacted.pdf
Statement_Redacted 3689_Redacted.pdf



EXHIBIT 89

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Hi Jennifer,

Thank you for your patience with this.  As discussed here is the list of the 40 Ontario clients we have currently with The Traders Domain FX Ltd.

| | | | | |
|---|---|---|---|---|
| Redacted | Canada | Vaughan | Redacted @hotmail.com | $ 12.74 |
| Redacted | Canada | Toronto | Redacted @gmail.com | $ 53.06 |
| Redacted | Canada | Mississauga | Redacted @gmail.com | $ 1.00 |
| Redacted | Canada | Brampton | Redacted @gmail.com | $ 0.65 |
| Redacted | Canada | Etobicoke | Redacted @gmail.com | $ 4.96 |
| Redacted | Canada | Toronto | Redacted hotmail.com | $ 1.86 |
| Redacted | Canada | Mississauga | Redacted @live.ca | $ 0.98 |
| Redacted | Canada | Milton | Redacted @hotmail.com | $ 79.00 |
| Redacted | Canada | Brampton | Redacted @live.com | $ 2.53 |
| Redacted | Canada | Brampton | Redacted @outlook.com | $ 0.99 |
| Redacted | Canada | Mississauga | Redacted @gmail.com | $ 2.18 |
| Redacted | Canada | Toronto | Redacted @gmail.com | $ 1.08 |
| Redacted | Canada | Niagara Falls | Redacted yahoo.com | $ 17.25 |
| Redacted | Canada | Hamilton | Redacted gmail.com | $ 14.67 |
| Redacted | Canada | Mississauga | Redacted @gmail.com | $ 0.14 |
| Redacted | Canada | Brampton | Redacted @outlook.com | $ 22.65 |
| Redacted | Canada | Toronto | Redacted @hotmail.com | $ 0.50 |
| Redacted | Canada | Toronto | Redacted @gmail.com | $ 1.13 |
| Redacted | Canada | Mississauga | Redacted @gmail.com | $ 38.59 |
| Redacted | Canada | Toronto | Redacted gmail.com | $ - |
| Redacted | Canada | Alymer | Redacted @gmail.com | $ 1.19 |
| Redacted | Canada | Toronto | Redacted outlook.com | $ - |

| | | | | | |
|---|---|---|---|---|---|
| Redacted | Canada | Toronto | Redacted gmail.com | $ | - |
| Redacted | Canada | Toronto | Redacted@gmail.com | $ | - |
| Redacted | Canada | Mississauga | Redacted @gmail.com | $ | - |
| Redacted | Canada | Brampton | Redacted @gmail.com | $ | 0.94 |
| Redacted | Canada | Brampton | Redacted @gmail.com | $ | 0.72 |
| Redacted | Canada | Brampton | Redacted hotmail.com | $ | 6.18 |
| Redacted | Canada | Courtice | Redacted gmail.com | $ | 195.85 |
| Redacted | Canada | Hamilton | Redacted@gmail.com | $ | - |
| Redacted | Canada | Etobicoke | Redacted@gmail.com | $ | 10.47 |
| Redacted | Canada | London | Redacted gmail.com | $ | - |
| Redacted | Canada | Markham | Redacted gmail.com | $ | - |
| Redacted | Canada | Milton | Redacted@gmail.com | $ | - |
| Redacted | Canada | Mississauga | Redacted @gmail.com | $ | - |
| Redacted | Canada | Toronto | Redacted gmail.com | $ | - |
| Redacted | Canada | Toronto | Redacted@gmail.com | $ | - |
| Redacted | Canada | Toronto | Redacted@icloud.com | $ | - |
| Redacted | Canada | Toronto | Redacted@gmail.com | $ | - |
| Redacted | Canada | Toronto | Redacted @gmail.com | $ | - |

I have also enclosed several samples of full history transaction reports to demonstrate the trading that took place which did not include CFDs.  We never offered CFDs to any of our clients and have updated all our boiler plates and our pages to reflect this information.

As stated in our original correspondence we have begun removing these clients from our platform and will have no Ontario residents using our platform after July 1st.

Thank you

Fredirick Safranko
The Traders Domain

**From:** Jennifer Soo
**Sent:** Monday, May 6, 2019 1:41 PM
**To:** 'Customer Service'
**Cc:** 'Ted Safranko'
**Subject:** RE: The Traders Domain/OSC Request

Dear Mr. Safranko,

Based on our last discussion on Friday May 3, 2019. I am looking to follow up with you regarding the requested on May 1, 2019.

Please contact me back if you have additional inquiries.

Thank you,
**Jennifer Soo** | Ontario Securities Commission | Enforcement Branch | Investigator
20 Queen Street West, 22nd Floor | Toronto ON M5H 3S8
Redacted || Redacted@osc.gov.on.ca
Please consider the environment before printing this e-mail

**From:** Jennifer Soo
**Sent:** May-01-19 3:05 PM
**To:** Customer Service <info@thetradersdomain.com>
**Cc:** Ted Safranko <admin@thetradersdomain.com>
**Subject:** RE: The Traders Domain/OSC Request

Dear Mr. Safranko,

Based on the information posted on your website regarding the products and services provided from The Traders Domain FX Ltd. ( "TTD"): https://thetradersdomain.com/markets/trading-conditions
There are some products listed as securities.

I do understand from our previous conversation, that TTD is working to mitigate it's Canadian investors, I will need a clarification if these Ontario investors will be removed from their accounts:

- "In addition we have ceased to offer our services to Canadian clients and have prepared a plan over the next 3 months to move all Canadian clients from The Traders Domain. Our website disclosures have been updated to reflect this as well."

To clarify my point #3 for capital raised:

- In the last response, TTD determined that there are 40 clients that have Ontario addresses (that may be considered as Ontario investors), I will require to know the amount of how much money is currently in the 40 investor's accounts to date.

**Sincerely,**
**Jennifer Soo** | Ontario Securities Commission | Enforcement Branch | Investigator
20 Queen Street West, 22nd Floor | Toronto ON M5H 3S8
Redacted || Redacted@osc.gov.on.ca
Please consider the environment before printing this e-mail

**From:** Customer Service <info@thetradersdomain.com>
**Sent:** April-28-19 11:21 AM
**To:** Jennifer Soo Redacted@osc.gov.on.ca>
**Cc:** Ted Safranko <admin@thetradersdomain.com>
**Subject:** RE: The Traders Domain/OSC Request

Hi Jennifer,

I would like to point out that The Traders Domain FX Ltd. Is a retail forex platform. We do no solicit or offer advice for anyone trading nor do we manage funds under this business. Here are the responses to your questions:

1. Canadian clients who are trading their own money in the forex marketplace have been on Traders Domain for the last 6 months as they have found the brokerage via the internet.
2. There are 40 clients that are on the Traders Domain platform that register with Ontario addresses.
3. No capital was raised. We do not offer prospectuses nor solicit for funds for investment under our name.

I believe we have a disconnect with regards to the difference between a fund and a retail forex platform that I would be happy to

clarify on a call this week.

Thank you


The Traders Domain

**From:** Jennifer Soo
**Sent:** Friday, April 26, 2019 11:19 AM
**To:** Customer Service
**Cc:** Ted Safranko
**Subject:** RE: The Traders Domain/OSC Request

Dear Mr. Safranko,

I will need a clarification on this last statement provided by The Traders Domain ("TTD"):

"In addition we have ceased to offer our services to Canadian clients and have prepared a plan over the next 3 months to move all Canadian clients from The Traders Domain.  Our website disclosures have been updated to reflect this as well."

1. Were there Canadian clients in TTD since inception of the business?
2. How many Ontario residents owned accounts in TTD?
3. How much capital was raised in the course of their registration with TTD?


Please provide a response no later than April 29, 2019.

Thank you,
**Jennifer Soo**  |  Ontario Securities Commission  |  Enforcement  Branch | Investigator
20 Queen  Street  West  22nd Floor | Toronto ON M5H 3S8
▓Redacted▓ |  ▓Redacted▓@osc.gov.on.ca
Please consider the environment before printing this e-mail

**From:** Customer Service <info@thetradersdomain.com>
**Sent:** April-16-19 4:13 PM
**To:** Jennifer Soo <▓Redacted▓ osc.gov.on.ca>
**Cc:** Ted Safranko <admin@thetradersdomain.com>
**Subject:** RE: The Traders Domain/OSC Request

Jennifer,

Thank you once again for taking the time to speak with Fredirick Safranko of The Traders Domain FX Ltd on April 11th 2019. Complying with your request for written communication and follow up please be advised of the following:

1.  The Traders Domain FX Ltd.  is a retail foreign exchange brokerage which retains a license to do business through St. Vincent & Grenadines (IBC 24284 Registration October 2017).


2.  Although originally stated on our site through disclosure The Traders Domain does not offer CFDs.  This disclosure was provided by our legal counsel as a general disclosure and has since been updated to reflect the true offering.  Any misconceptions or interpretations that were derived from that disclosure should be rectified with our current standing on our site.


3.  Fredirick Safranko and David Negus-Romvari who are acting directors for this organization have reviewed all current offerings and have confirmed that no Ontario residents or Canadian residents for that matter have been offered or received solicitations for CFDs.   The Traders Domain once again is a spot forex offering only.

In addition we have ceased to offer our services to Canadian clients and have prepared a plan over the next 3 months to move all Canadian clients from The Traders Domain.  Our website disclosures have been updated to reflect this as well.

We value our clients and our relationships with them and do not wish to jeopardize our business through offerings in jurisdictions that can be misconstrued as securities offerings that would violate any of the OSC regulations in Ontario, Canada.

If there are further matters that require attention please let us know through the appropriate channels.

Thank you


The Traders Domain

---

OSC Disclaimer

This message is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient or have received this communication in error, you are hereby notified that any unauthorized use or disclosure is strictly prohibited. Please notify the sender immediately and delete the original without making a copy or disclosing its contents.

Le présent message s'adresse exclusivement à son destinataire et peut contenir des renseignements privilégiés et confidentiels. Si vous n'êtes pas le destinataire de ce document ou si vous l'avez reçu par erreur, vous êtes par la présente avisé qu'il est strictement interdit de le divulguer ou de l'utiliser sans autorisation. Veuillez en avertir l'expéditeur immédiatement et détruire le message original sans le copier ou en révéler le contenu. .

**Ontario Securities Commission**


---

OSC Disclaimer

This message is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient or have received this communication in error, you are hereby notified that any unauthorized use or disclosure is strictly prohibited. Please notify the sender immediately and delete the original without making a copy or disclosing its contents.

Le présent message s'adresse exclusivement à son destinataire et peut contenir des renseignements privilégiés et confidentiels. Si vous n'êtes pas le destinataire de ce document ou si vous l'avez reçu par erreur, vous êtes par la présente avisé qu'il est strictement interdit de le divulguer ou de l'utiliser sans autorisation. Veuillez en avertir l'expéditeur immédiatement et détruire le message original sans le copier ou en révéler le contenu. .

**Ontario Securities Commission**

**To:**      Wilson, Alison[AWilson@CFTC.gov]; Hennessy, Sean[SHennessy@CFTC.gov]
**From:**    Kelly Crawford[kelly.crawford@solidcounsel.com]
**Sent:**    Thur 1/25/2024 3:29:44 PM (UTC-05:00)
**Subject:** [EXTERNAL] FW: New offline message [LC #9264355.RQ462FEU43] - ███ T. J. ███

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

## Kelly Crawford  PARTNER
**Scheef & Stone, LLP**
www.solidcounsel.com  |  **214.706.4213**
Office: 214.706.4200  |  Fax: 214.706.4242
500 North Akard Street, Suite 2700, Dallas, TX 75201



**SCHEEF & STONE**
SOLID COUNSEL

**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, LLP reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, LLP to regular mail, faxes, and/or electronic mail.

---

**From:** ███ T. J. ███ Redacted @live.com>
**Sent:** Thursday, January 25, 2024 11:35 AM
**To:** Kelly Crawford <kelly.crawford@solidcounsel.com>
**Subject:** Fw: New offline message [LC #9264355.RQ462FEU43] - ███ T. J. ███

> **EXHIBIT**
> **90**
> TO THE DECLARATION OF MAURA M. VIEHMEYER
> PURSUANT TO 28 U.S.C. § 1746

**CAUTION:** EXTERNAL EMAIL

Email from them claiming that withdrawal requests were being processed.

---

**From:** Traders Domain Fx LTD <support@thetradersdomain.com>
**Sent:** Thursday, February 16, 2023 9:27 AM
**To:** Redacted @live.com < Redacted @live.com>
**Subject:** Re: New offline message [LC #9264355.RQ462FEU43]

Hello,

We are currently processing withdrawals from 320000 to 340000 #. There were 100 withdrawals processed over the weekend between this zone. It is expected to take 2 weeks to clear this range. It does not mean there are 2000 outstanding requests in this range. Updates will be provided Thursday and Sunday for review.

Best Regards!



Risk Warning: Trading Leveraged Products such as Forex and Derivatives may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully under
stand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice. Please read the full Risk Disclosure.

On Thu, Feb 16, 2023 at 9:20 AM, LiveChat <support@livechatinc.com> wrote:
Your name: ███ T. J. ███
E-mail: Redacted@live.com
Subject: Withdrawal Request Follow Up
Message: Good morning,

I have a request that was submitted on December 31, 2022 (before the new 45 day policy went into affect) that hasn't been approved or processed yet. It has been over 20 business days for it (order number is 360543), but it may be due to user error. I did not request the withdrawal the same way that I deposited so I wanted to check with you guys to see if we need to reject it so that I can go ahead and resubmit it versus waiting any longer? If someone could check on this for me that would very much appreciated :-)
Related Account Number: ███410

---
Message has been sent at: 2023-02-16 14:20:28.
Chat has been opened from website:
https://my.thetradersdomain.com/en/dashboard
Message has been routed to skill: **All operators**
Message ID: [LC 9264355.RQ462FEU43]

.

**Redacted**

Redacted

March 7, 2023

*VIA EMAIL*

*admin@thetradersdomain.com, support@thetradersdomain.com, willfredservices@gmail.com*

*VIA FEDERAL EXPRESS*

Traders Domain FX Ltd.
Boulevard Rivera Nayarit
1544 Int 5a
Tondoroque C.P. 63732
Nuevo, Nayarit, Nay. Mexico

Traders Domain FX Ltd.
c/o WILFRED SERVICES LTD.
Suite 305, Griffith Corporate Centre
Beachmont, Kingstown
St. Vincent and the Grenadines

Frederick Teddy Joseph Safranko
Boulevard Rivera Nayarit
1544 Int 5a
Tondoroque C.P. 63732
Nuevo, Nayarit, Nay. Mexico

David Negus-Romvari
Boulevard Rivera Nayarit
1544 Int 5a
Tondoroque C.P. 63732
Nuevo, Nayarit, Nay. Mexico

Re:     **Demand for Return of Funds**

To Whom it May Concern:

Our firm has been retained by Centurion Capital Group Inc. ("Centurion") in relation to funds deposited in its multiple accounts with its broker, The Traders Domain ("Traders Domain"). Centurion has made repeated requests for the return of its funds since December 2022, all of which have either been ignored or met with empty promises of forthcoming payment that have come and gone. Traders Domain agents, including Frederick Teddy Joseph Safranko ("Safranko")[1] and David Negus-Romvari ("Negus-Romvari"), induced Centurion to deposit approximately $14,000,000 with Traders Domain. On information and belief, other persons have deposited hundreds of millions of dollars with Safranko and Negus-Romvari at Traders Domain.

**Demand is made for the immediate return of the balances in Centurion's accounts and its pending withdrawal requests, which total $42,695,456.70.[2] Centurion has authorized**

---

[1] Safranko has been named as a defendant in a Commodities Futures Trading Commission ("CFTC") enforcement action. The case is styled, *CFTC v. Brisco, et al.*, Civil Case No. 4:23-cv-00336, Dkt. No. 1 (S.D. Tex. Jan. 31, 2023). The CFTC alleged Safranko willfully submitted false and misleading information to a futures association.

[2] The $42,695,456.70 represents account balances of $23,551,757.90 as of February 26, 2023 and pending withdrawal requests totaling $19,1 3,698.82.

Redacted

**EXHIBIT**
**91**
TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

The Traders Domain
Page 2

**this law firm to initiate legal action against you if full and complete payment is not made by Traders Domain to Centurion by March 21, 2023.**

On March 21, 2021, Negus-Romvari and another colleague, Tin Quoc Tran ("Tran"),[3] were in Miami, Florida, and met with, among others, an individual who would go on to work with Centurion. On multiple occasions in the spring and summer of 2022, Negus-Romvari solicited this individual and other persons who would go on to form Centurion to deposit funds with Traders Domain.[4] In particular, Negus-Romvari encouraged the Centurion representatives to deposit funds with Traders Domain by claiming that Traders Domain utilized a "bot" or an "algo" that generated exceptionally high and consistent returns for accountholders.[5] Ultimately, Negus-Romvari convinced Centurion representatives to open accounts and deposit funds in Traders Domain where they were supposed to "copy trade" transactions by the Traders Domain "bot" or "algo."[6] Centurion has since learned, however, that Traders Domain does not rely on a "bot" or "algo" for its trading; rather, Safranko manually places the trades—to the extent any "real" trading is being conducted at all. Centurion has come to believe that Traders Domain, Safranko, and Negus-Romvari have misappropriated the funds in Centurion's accounts and are deliberately withholding said funds.

Since December 2022, Centurion has made dozens of requests for withdrawals totaling $19,143,698.82 to be processed. Yet these requests have not been satisfied. As evidenced below, Centurion made multiple inquiries regarding the status of its withdrawals, but was constantly stalled and lulled with false assurances by Traders Domain agent Safranko.

- December 28, 2022 – Safranko responds, "Yes we have our banking channel set up and the transfer should hit this week to clear the backlog[sic]."

- December 30, 2022- After being asked if there is any news on the pending withdrawal, Safranko says, "Nope when it come through people will receive their payments."

- February 5, 2023 – Safranko responds to a request for an update on the funds withdrawal by sending a screenshot of a third-party text suggesting the banking issues have been resolved and money is forthcoming.

- February 18, 2023 – In response to Centurion asking again about the status of withdrawals, Safranko states, "things are moving." Centurion responds that "things have been moving for months . . . When is the December withdrawal coming?" Safranko responds, "as soon

---

[3] Tran is named as a co-defendant with Safranko in *CFTC v. Brisco, et al.* The CFTC charged Tran with, among other things, fraud in connection with retail forex and retail commodity transactions.

[4] Traders Domain, Safranko, and Negus-Romvari do not appear to be registered with the CFTC, the U.S. Securities and Exchange Commission ("SEC"), or FINRA in any capacity despite targeting United States persons and accepting funds from persons within the United States. In addition, apparently, Traders Domain uses San Antonio, Texas-based Mailgun Technologies, Inc. for its messaging services.

[5] See Exhibit A, a screenshot of purported gains by Traders Domain shared by Negus-Romvari with Centurion.

[6] Notably, Negus-Romvari instructed a Centurion representative to wire over a million U.S. dollars for a Traders Domain account to a U.S. bank based in Chicago, Illinois—Lakeside Bank—with the beneficiary account name of ██████ Redacted ██████.

The Traders Domain
Page 3

> as the transfers hit . . . im[sic] not concerning myself with that right now as the team is working on it [sic] i have to deal with this court case which is going after mike sims."[7]

- February 21, 2023 – In response to yet another request for an update on the December withdrawals, Safranko states, "[n]othing has changed due to all the court noise. Transfers are incoming and payments will be made."

At this point, Centurion believes that Safranko, Negus-Romvari, and Traders Domain have (1) misrepresented the nature of the trading platform and seemingly manipulated the performance of alleged trades; (2) provided Centurion and other clients with fraudulent financial information, and engaged in other deceptive and fraudulent conduct; and (3) misappropriated the funds in Centurion's accounts. Centurion has evidence of the following:

- **A Ponzi Scheme:** During a video call taking place in November of 2022 between Safranko and two non-Centurion accountholders, Safranko told the accountholders that Traders Domain "liquidity pool" is "seven, eight hundred million, nine hundred million dollars."[8] Safranko also described how "transfers coming in" can be used to "exit [] people out with that deposit." Seeming to recognize the problematic nature of what he just said, Safranko noted, "And I don't like talking about that . . .." According to the SEC, "[a] Ponzi scheme is an investment fraud that pays existing investors with funds collected from new investors."[9]

- **Audit Report:** On January 10, 2023, Safranko made a video presentation to numerous Traders Domain accountholders. During the presentation, Safranko stated that Traders Domain has been in business for over six years, and displayed a variety of documents, including an audit report for Traders Domain issued by a Mexico City-based accounting firm, Reyes y Asociados Fiscalistas S.C. ("Reyes"). A supplemental report by Reyes indicated that Traders Domain had substantial liquidity—over $500,000,000 as of December 22, 2022. Nevertheless, Traders Domain has withheld Centurion's funds and refused to process its withdrawals.

- **Misrepresentations Regarding Potential Profits and the Nature of the Trading Platform:** Numerous text messages with Negus-Romvari containing misleading information regarding returns, fees, and the nature of the trading platform. These include a text from May 17, 2022, providing a link to a site (that we have captured) showing near constant positive returns by Traders Domain over a period of years.

- **Manipulation of Customer Performance Data:** Screenshots of the platform appearing to show the manipulation of returns information to erase or mitigate large losses.

---

[7] On information and belief, the "court case" relating to "mike sims" is a *CFTC v. Brisco, et al.*, which also named a "Michael Shannon Sims" as a co-defendant with Safranko and Tran.

[8] Centurion first learned of this call in January 2023.

[9] *See*, https://www.investor.gov/introduction-investing/investing-basics/glossary/ponzi-schemes

Redacted

The Traders Domain
Page 4

Our investigation remains ongoing.[10] This is Centurion's final demand for the return of its full account balances and pending withdrawal requests in the amount of **$42,695,456.70** before it initiates legal action. **Should you choose to avoid formal legal proceedings, Traders Domain must make full and complete payment to Centurion by no later than March 21, 2023**.

Nothing in this letter should be construed as a waiver of Centurion's rights in law or equity to pursue relief to the fullest extent allowable by law. Please contact me at ██████ Redacted ██████ or ██████ Redacted ██████ at ██████ Redacted ██████ if you have any questions.

Sincerely,





---

[10] Among other areas of inquiry, this firm is investigating Traders Domain's operations and dealings in the U.S. and, through our Mexico City office, its communications with the government of Mexico, and the circumstances surrounding the issuance of the Reyes reports.

# Exhibit A





EXHIBIT

92

TO THE DECLARATION OF MAURA M. WENMEYER
PURSUANT TO 28 U.S.C. § 1746







> What's Ted's last name ?

Safranko

> Have you googled the traders domain or Ted Safranko ? We all not all posts are accurate but there is some negative press around him. Have you dug into any of this with him or background ?

> We all know all posts.... Sorry for the typo

I had a very extensive conversation with him. I am aware of the post as well. I was able to relate due to running my own name. Scammer has been on the net for years.



EXHIBIT
93

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Scammer has been on the net for years.

I have a good knowledge of trading and I watch him trade daily. So there is full transparency with the trades. I was able to move past the web stuff. When you run a trading academy and have thousands anyone unhappy is likely to share their story while the ones who are very seldom write about it.

My comfort level resided in 3 things:
1. my knowledge of how trading works. I often trade right beside him and have made upwards of 6% in a day on my own getting the market when he does.
2. I am in control of my funds





trades. I was able to move past the web stuff. When you run a trading academy and have thousands anyone unhappy is likely to share their story while the ones who are very seldom write about it.

My comfort level resided in 3 things:
1. my knowledge of how trading works. I often trade right beside him and have made upwards of 6% in a day on my own getting the market when he does.
2. I am in control of my funds
3. His account's track record of trading. Along with his longevity.

I want you to feel a comfort level. I started with an





**EXHIBIT**

**94**

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746


# Centurion Capital Hedge Fund Is Now Live

## $100k Min Deposit





EXHIBIT
95

TO THE DECLARATION OF MAURA M. VIDMEYER
PURSUANT TO 28 U.S.C. § 1746



**RH NEWSROOM**

National News and Press Releases. Local and Regional Perspectives. Media Advisories.



**THE**
# RITZ HERALD
BEYOND THE HEADLINES

(https://ritzherald.com/)

**WEEKLY EDITION**

News in Focus. Corporate Analytics. Brand Reviews. Policy Commentaries.

---

POLICY ∫ PUBLIC INTEREST (HTTPS://RITZHERALD.COM/POLICY-PUBLIC-INTEREST/)

ENVIRONMENT ∫ CLIMATE (HTTPS://RITZHERALD.COM/ENVIRONMENT-CLIMATE/)

BUSINESS ∫ MONEY (HTTPS://RITZHERALD.COM/BUSINESS-MONEY/)

PEOPLE ∫ CULTURE (HTTPS://RITZHERALD.COM/PEOPLE-CULTURE/)

FASHION ∫ STYLE (HTTPS://RITZHERALD.COM/FASHION-ART/)

MUSIC ∫ TOUR (HTTPS://RITZHERALD.COM/MUSIC-TOURS/)

SCIENCE ∫ TECH (HTTPS://RITZHERALD.COM/SCIENCE-TECH/)

MARKET TRENDS ∫ ANALYSIS (HTTPS://RITZHERALD.COM/MARKET-TRENDS-ANALYSIS/)

---

**FRONT PAGE (HTTPS://RITZHERALD.COM/) / RH MARKETS • BUSINESS EDITION (HTTPS://RITZHERALD.COM/BUSINESS/) /** Alex Santi, Owner and Founder of Profit Over Everything Academy



(https://ritzherald.com/alex-santi-owner-and-founder-of-profit-over-everything-academy/)ANTI

**EXHIBIT**
**96**

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746

RH Markets • Business Edition (https://ritzherald.com/business/)

# ALEX SANTI, OWNER AND FOUNDER OF PROFIT OVER EVERYTHING ACADEMY

PUBLISHED ON APRIL 22, 2021
**(HTTP://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?
U=HTTPS://RITZHERALD.COM/ALEX-SANTI-OWNER-
AND-FOUNDER-OF-PROFIT-OVER-EVERYTHING-
ACADEMY/)**

🐦 **(HTTP://TWITTER.COM/SHARE?
URL=HTTPS://RITZHERALD.COM/ALEX-
SANTI-OWNER-AND-FOUNDER-OF-
PROFIT-OVER-EVERYTHING-
ACADEMY/)**



(https://www.tomford.com/eyewea

(https://www.delta.com)

C uban-born Alex Santi is the founder and owner of Profit Over Everything Academy and X-Press Transport. He's been teaching clients how to trade stocks and Forex for five years and counting successfully. Santi prides himself on making trading look easy compared to other businesses that tend to overcomplicate the process. A lot of his business inspiration comes from Jeff Bezos and his philosophy to be the best person he can be and give his clients the best of who he is. Santi's goal is to provide his clients with the essential tools they need to become successful traders.

Follow Alex Santi on Instagram (https://www.instagram.com/mr.alexsanti/)

Newsdesk Editor

RITZ HERALD

## MICHAEL BENTLEY
## (HTTPS://RITZHERALD.COM/PROFILE/MBENTLEY/)



(https://www.dior.com/en_us/mens
fashion/man)

## NEWS AGENCIES

O Associated Press (https://www.ap.org)

O Tegan Watts (https://teganwatts.com)

O Bloomberg (https://www.bloomberg.com/)

O Reuters (https://www.reuters.com)

O Cision (https://www.cision.com/us/)

O AFP (https://www.afp.com/en)

## NATIONAL EDITIONS

O Markets Herald (https://marketsherald.com)

O Hudson Weekly (https://hudsonweekly.com/)

O Madison Graph (https://madisongraph.com/)

O Lincoln Citizen (https://lincolncitizen.com/)

O Fairmont Post (https://fairmontpost.com)

O Belmont Star (https://belmontstar.com)

## NETWORKS

- ○ U.S. Chamber of Commerce (https://www.uschamber.com/)
- ○ Forbes Business Council (https://councils.forbes.com/)
- ○ GlobalCom (https://www.gcpr.net/)
- ○ Comtex (https://www.comtex.com)
- ○ PRGN (https://prgn.com)
- ○ IPRN (https://iprn.com/)

## LEGALESE

- ○ Press Embargo (mailto:embargo@ritzherald.com)
- ○ RH Newsdesk (https://ritzherald.com/newsroom/)
- ○ Membership (https://www.prnewswire.com/account/online-membership-form/)
- ○ Distribution (https://teganwatts.com/mediakit2022.pdf)
- ○ Corrections (mailto:pr@ritzherald.com)
- ○ Policies (https://ritzherald.com/legal/)

ESPAÑOL (https://ritzherald.com/es/) | FRANÇAIS (https://ritzherald.com/fr/) | 简体中文 (https://ritzherald.com/zh-simp/) | 繁體中文 (https://ritzherald.com/zh-trad/) | DEUTSCH (https://ritzherald.com/de/) |



()

2:46 ✈



**Gabriel Beltran**
16m · 👥

•••

June 1-3 not bad

Autopilot

If you wonder what's this it's an investment acc manage by a pro trader that produces 40-60% monthly returns

Not cheap to get in 100k min entry was but if you are interested dm me and I can connect you and get you going



Write a comment...


Home


Watch


Marketplace


Profile


Notifications


Menu

EXHIBIT
97
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**mr.alexsanti** 9h
From Create Mode >

# IF YOU ARE AN ACCREDITED INVESTOR AND GOT 250k+ DM ME "INVEST" 10%+ MONTHLY ROI DEAL



**EXHIBIT**

**98**

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746

Send message






**Broker Credit/Slippage:**

At times during trading year, there will be massive drawdown or profit loss due to account management slippage. Any profits/accounts that are floating below 50% or massive loss. Within 24 to 48 hours profits will be credited. All profits are not loss if anything minor loss. The LP (Liquidity Provider who is our counter party) has a standing agreement with us to ensure proper fill of orders at an execution that is consistent. When we experience any unfair trading conditions - unable to fill, lack of market depth, slips with exits that are not consistent with the current market conditions we go back to the Liquidity Provider and ask them to review the trades. If it is found that there is errors in the quotes and the fills our trades are negated, and we are not affected.



Bans
yesterday at 5:52 PM

EXHIBIT
99

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**EXHIBIT**

**100**

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746



To: Sabrina Redacted

I forgot you gave the 2nd account. Would you still like me to withdraw from the account you played earlier?

Nope we're good... I think you've already deducted the funds from the right account.

Just sent the code to your email can you text it to me please?

The Traders Domain | Withdrawal Request Confirmation

The Traders Domain

**Dear client!**

Please confirm your email for submitting withdraw request.

**Email confirmation**

Please confirm your email by entering PIN

Kind regards,
The Traders Domain Payment Processing Team

Thanks! Just submitted. Please note that the brokerage is updating a few internal processes which has impacted the wire timeframe to approx 20-25 business days. It may come sooner but please allow the full timeline. We apologize in advance for any inconvenience this may cause!

**EXHIBIT**

**101**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



To: Sabrina Redacted

Hey Sabrina, I received the email.

Text Message
Thu, Sep 16 at 7:55 PM

Savvy KYC Process
t.me

Telegram group

Savvy KYC Process
t.me

Tue, Sep 20 at 3:05 PM

Hey Sabrina, any update on the when I may expect the withdrawal I took on Sept 2nd?  Those funds have still not yet been deposited to my account.

Good Morning! Hello! Mike has checked on all pending wires. The timelines aren't in our control, but the brokerage is working fast. Growing pains. Returns continue to be good. Patience is appreciated.

Fri, Oct 7 at 11:19 h

Hey Sabrina good day.  Are you able to assist with how to transfer funds from my traders account to Savvy?

Hello!

**EXHIBIT**

**102**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

To: Mike,  Sabrina

**Tue, Oct 18 at 12:36 PM**

Hey guys I requested a transfer from my domain account to Savvy on Oct 7th haven't received anything as of yet.
Also any update on the withdrawal submitted on Sept 2nd?

**Tue, Oct 18 at 2:29 PM**

Mike Sims

Everything is in Que. The transition slowed the broker withdrawals down. Everything should be caught up soon and back to normal times. Continue to check emails for updates. 👍

**Sat, Oct 22 at 9:16 PM**

A. Redacted
Z. Redacted
J. Redacted
**1 Reply**

Hey Sabrina, happy Saturday. Did you reach out and get em set up?

**Sun, Oct 23 at 5:20 PM**

Sabrina

Just reached out to them!

**Sun, Oct 23 at 8:07 PM**

Sabrina

Hey! The two guys are working on getting their savvy wallets setup with KYC. Once they are good you can withdraw from Traders Domain to your savvy (or use the funds that you may have within savvy already) and send the funds to them to fund their account

**Thu, Oct 27 at 1:23 PM**

Hey guys,
Quick question in regards to the SavvyWallet do I need to input my identification and Social Security number for approval?

Sabrina

Hello, yes you do. 👍
For the account in your business name there's KYB process which would require your EIN. I'll send the document now

Thanks and do I need to create separate savvy accounts for personal & business?

Sabrina

Yes. As they have different registered emails in traders domain each savvy wallet is respective to the 👍 different registered emails

All of the mt5s that are under your personal email will be use that one savvy wallet and the mt5s under your business email will be respective to the other savvy wallet (hope that was clear and makes sense)

Can I pay you to get me set up?? I've only registered the personal account...to which I've already requested funds from the business account..that's probably why they haven't been deposited.

Mike Sims

**EXHIBIT**

**103**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Sabrina, Can you check on this account for me? Seems like my profit is low

Tue Nov 29 at 4:01 PM

me Nov 14
to Support, info

Good afternoon, any update on the following withdrawal requests? Both were requested over 20+ days ago.

Order number: [Redacted]
Withdraw from account No. ___69 (USD)
Amount: 20,000.00 USD
Withdrawal method: Withdraw with Savvy Wallet

Order number: [Redacted]
Withdraw from account No. ___69 (USD)
Amount: 55,000.00 USD

me Nov 23
to Support, info

Traders Domain;

Good morning, any update on the following withdrawal requests? Both were requested over 20+ days ago on October 18th to be more specific.

Any assistance would be greatly appreciated. Still nothing deposited into my Savvy account. Withdrawal was made over 30 days ago.

Sabrina

Hey! You're doing the right thing by sending the follow up emails to TD as outlined in the withdrawal confirmation email. We've also been communicating on our end.

We understand it's past the stated time, and it may even be a few more days. The Broker is aware that some withdrawals are late. They appreciate your patience. As you know, they are scaling up to make sure 2023 is more smooth and prompt.

Your withdrawal could come any day now.

**EXHIBIT**

**104**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



7:25        LTE

**H**

Holton Buggs ›

J. ▮

I have never robbed anyone in my life.   I believe you know that. And like you I won't just sit by and watch people attack my name with lies.  I have dedicated my life to making a positive difference in the lives of others. So has P. ▮  J. ▮  I have not withdrawn my trading profits as they sit in TD as well.

I am putting my effort in to getting people paid. Withdrawals have steadily gone out and I hope they continue.  If there is bad activity that's gone on by Ted I want him exposed. But I want people to get made whole. I am willing to work together to get all people paid. But don't attack me Bro!

Holton you and P. ▮ put us in this. For a guy who makes a million a day, why won't you just shut us up and fix it unless



EXHIBIT

**105**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

  iMessage 

      

12:50

< 105        gabriel >

Read this

They are processing withdrawals none stop

For regular trading acc's

What we are waiting is for the pamms

Thu, Jan 12 at 5:02 PM

What did they show?

Anything good?

Waiting for news still

Bro I just hope that this is not a Ponzi scheme

Other wise we are fucked

Fri, Jan 13 at 3:49 PM

iMessage

EXHIBIT
106

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



EXHIBIT

107

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746

| | |
|---|---|
| **From:** | Kelly Crawford |
| **To:** | Wilsson2Jason; Hennessy, Sean |
| **Subject:** | [EXTERNAL] FW: Final Newsletter from Traders Domain - T. J. |
| **Date:** | Thursday, January 25, 2024 3:30:17 PM |
| **Attachments:** | image001.png |
| | image002.png |

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

## Kelly Crawford  PARTNER

**Scheef & Stone, LLP**
www.solidcounsel.com | 214.706.4213
Office: 214.706.4200 | Fax: 214.706.4242
500 North Akard Street, Suite 2700, Dallas, TX 75201



**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, LLP reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, LLP to regular mail, faxes, and/or electronic mail.

**From:** T. J. Redacted@live.com>
**Sent:** Thursday, January 25, 2024 11:32 AM
**To:** Kelly Crawford <kelly.crawford@solidcounsel.com>
**Subject:** Fw: Final Newsletter from Traders Domain - Terrell Jackson

**CAUTION:** EXTERNAL EMAIL

Kelly,

I just wanted to send you a few more emails. These will show the previous platform before TruBlueFX "acquired" them, as well as my final two withdrawal requests (so you can see the date), and my account balance before the first request. Again, thank you and if you need anything else, just let me know.

**From:** noreply@thetradersdomain.live <noreply@thetradersdomain.live> on behalf of The Traders Domain <noreply@thetradersdomain.live>
**Sent:** Tuesday, June 13, 2023 5:14 AM
**To:** Redacted@live.com <Redacted@live.com>
**Subject:** Final Newsletter from Traders Domain

**EXHIBIT**

**108**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Dear Client,

As we complete the transition to the new platform this week, we would like to highlight some items moving forward so you have an opportunity to review and action when appropriate. This will be the last email from the Traders Domain Team. The next email will come from the new brokerage platform which will provide you details about the company and specifics relating to the new platform.



**PAMM System**

In terms of the PAMM system, you all were subscribed to, you will have access to that feature once again to move funds out of your investment account for withdrawals. The subscription feature will   be automatically enabled. If you do not wish to have your account subscribed, you will have 48hrs to unsubscribe your account, so your funds are no longer traded by the master trader.

The new brokerage will have other master trader options available for varying risk appetites as well as strategies.



**Fees**

The new management team will be providing a reduction in trade fees moving forward.   Currently the fee is 7.00usd per lot traded, this will be reduced to 6.00usd per lot traded for those who participate in daily trading for all raw spread accounts.   This does not count towards any of the PAMM or MAM features for trading.

**MT4  Accounts**

All MT4 Accounts balances will be moved to the USD wallet. MT4 is no longer being supported and the new platform will just have MT5. There is no impact to MT5 accounts. You will receive an email providing you with your login and password.

**Withdrawals**

You will see a much more organized and smooth flow of withdrawals go out with the new platform due to their strong payment processing solutions they have in place. Please DO NOT message the support  inbox constantly with your order number, we will have all this data migrated over and are fully aware of each and every one of your withdrawals. There is no sugar coating it, there are many withdrawals to tend to, and they will get to them as fast as possible,   but this will not be an overnight fix. We do not have an exact timeframe on when all backlog will clear the moment, please be patient while we diligently work to clean up this mess.



Copyright © 2022 [the Trading Company]. All rights reserved.
You are receiving this email because you opt-in via our website.

Risk Warning: Trading Leveraged products such as Forex may not be suitable for all investors as they carry a high degree of risk to your capital.

Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience before trading, and if necessary, seek independent advice.
Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser

| | |
|---|---|
| **From:** | Kelly Crawford |
| **To:** | Wilson, Alison; Hennessy, Sean |
| **Subject:** | [EXTERNAL] FW: Trubluefx Update - October 20th - Terrell Jackson |
| **Date:** | Thursday, January 25, 2024 12:13:46 PM |
| **Attachments:** | image001.png |
| | image002.png |

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the  email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

See below. Thanks,

## Kelly Crawford   PARTNER

### Scheef & Stone, LLP
**www.solidcounsel.com | 214.706.4213**
Office: 214.706.4200 | Fax: 214.706.4242
500 North Akard Street, Suite 2700, Dallas, TX 75201



**Important:** This electronic mail message and any attached files   contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary. privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended   recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by   electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:**   Please be advised that Scheef & Stone, LLP reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded,   please limit your communications with Scheef & Stone. LLP to regular mail, faxes, and/or electronic mail.

**From:** ▇▇ T. J. ▇ Redacted@live.com>
**Sent:** Thursday, January 25, 2024 11:12 AM
**To:** Kelly Crawford <kelly.crawford@solidcounsel.com>
**Subject:** Fw: Trubluefx Update - October 20th - ▇ T. J. ▇

**CAUTION:**   EXTERNAL EMAIL

---

**EXHIBIT**

**109**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**From:** Trubluefx Team <noreply@trubluefx.com>
**Sent:** Friday, October 20, 2023 7:18 PM
**To** Redacted Redacted@live.com>
**Subject:** Trubluefx Update - October 20th


**October 20th Update:**


**Greetings,**

**We are pleased to announce our trading services are now operational. Our team will work throughout the weekend to migrate all managed accounts over to the management program (for those that subscribed).**


**At this moment MT5 login is still unavailable, we plan to have this up early next week and will post an update immediately once that's completed. You can currently check your results on the backend under "my accounts" on http://Trubluefx.com**


**If you do not see trades on your account please wait until Wednesday of next week to email us our admin team will work throughout the weekend on getting all managed accounts subscribed that requested.**


**IMPORTANT:**

**Please make sure to follow these steps below to subscribe to the MAM system:**

**0.Sign in to http://Trubluefx.com**

**0.Toggle to "my accounts" tab**

**0.Click on your managed account number**

**0.Click "join program"**

**0.Select "HRG MAM" ——> confirm signature by typing entire name exactly how it's shown at the top of the POA**

**0.Type in your password at the bottom and approve.**

**Withdrawals:**

**We have made progress getting to a complete resolution on this matter but we still have many steps to complete. This is a long process due to the current economic and banking situation.**

**As you can see we are truly working on this situation to get resolved. Trading has graciously started and our team is working around the clock to get additional tasks completed. Please give us time while   we navigate.**

**Upon full functionality we will notify you via email.**

**Have good weekend, cheers.**

If you'd like to unsubscribe and stop receiving these emails  click here .

they can come along with us

- davidstory18/20/2020, 10:10:19 AM

  you can do a give away trip with the pilot traders if you want

- davidstory18/20/2020, 10:09:32 AM

  awesome

- ted.safranko8/20/2020, 10:09:28 AM

  so it has pushed volume in

- ted.safranko8/20/2020, 10:09:24 AM

  Yeah been doing some podcasts and give aways

- davidstory18/20/2020, 10:09:09 AM

  yeah it seems like it has picked up and its steady

- ted.safranko8/20/2020, 10:08:55 AM

  got a good steady flow now

- ted.safranko8/20/2020, 10:08:50 AM

  we are doing quite well

- davidstory18/20/2020, 10:08:46 AM

  No Problem

- ted.safranko8/20/2020, 10:08:40 AM

  perfect thanks David

- davidstory18/20/2020, 10:08:33 AM

  Ted here is your update report

- davidstory18/20/2020, 10:08:22 AM



<URIObject uri="https://api.asm.skype.com/v1/objects/0-wus-d3-21f4e4fd2de5eb6c2607ce41c4056fc8" url_thumbnail="https://api.asm.skype.com/v1/objects/0-wus-d3-21f4e4fd2de5eb6c2607ce41c4056fc8/views/original" type="File.1" doc_id="0-wus-d3-21f4e4fd2de5eb6c2607ce41c4056fc8">To view this file, go to: <a href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-wus-d3-21f4e4fd2de5eb6c2607ce41c4056fc8">https://login.skype.com/login/sso?go=webclient.xmm&docid=0-wus-d3-21f4e4fd2de5eb6c2607ce41c4056fc8</a><OriginalName v="Traders_Domian_Revenue_Report-20200819184102.xlsx"></OriginalName><FileSize v="380776"></FileSize></URIObject>

- davidstory17/24/2020, 11:01:58 PM

  Pilot Traders - Las Vegas. Episode 3 <a href="https://youtu.be/vtSK3D-FhTM">https://youtu.be/vtSK3D-FhTM</a>

- davidstory17/24/2020, 11:01:55 PM

  Hey ted here is the third episode Las Vegas

- ted.safranko7/16/2020, 5:43:51 PM

  Yes exactly

- davidstory17/16/2020, 5:43:22 PM

  Better slowly but surly than fast and over

- ted.safranko7/16/2020, 5:42:51 PM

  We are getting there slowly

- davidstory17/16/2020, 5:42:13 PM

  Awesome

- ted.safranko7/16/2020, 5:42:01 PM

  just so he can get familiar with things as we get ready to go

- ted.safranko7/16/2020, 5:41:46 PM

Perfect

- davidstory16/25/2020, 9:45:59 AM

  i will set it as a settlement

- ted.safranko6/25/2020, 9:45:47 AM

  thank you

- davidstory16/25/2020, 9:45:43 AM

  ahh ok no problem its for accounting purpose

- ted.safranko6/25/2020, 9:45:16 AM

  no it was an older client. Are we not able to wire to him cause he is in USA

- davidstory16/25/2020, 9:45:00 AM

  did we process for him?

- ted.safranko6/25/2020, 9:44:48 AM

  Redacted

- ted.safranko6/25/2020, 9:44:43 AM

  The client is a business

- davidstory16/25/2020, 9:44:27 AM

  <quote author="ted.safranko" authorname="ted.safranko"
  timestamp="1593037620"
  conversation="19:6d19135005e14af5b89bfc0a4dee82c8@thread.skype"
  messageid="1593037620239"
  cuid="1631141569693543095"><legacyquote>[1593037620] ted.safranko:
  </legacyquote>hi <at id=" ">David</at> can we send 8000usd to
  INTELLIGENZA , LLC
  1001 brickell bay dr
  Miami fl 33131

  TD BANK
  ACCT : Redacted1728
  ROUTING : 067014822<legacyquote>

EXHIBIT
111

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

DSTORY003545



P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail: cibl@btl.net

**CAYE**
International Bank Ltd.

```
Traders Domain FX Ltd.                      Account Number:    Redacted 3224
Fredrick Teddy Joseph Safranko              Statement Date:    2/15/18
                                            Page Number:       1
                                            Items:             0

                                            USD CURRENCY

**** DO NOT MAIL ****


                        #:          13224
Previous Balance on   12/31/17                           $      1,045.50
106 Deposits and Other Additions (Credits)               +    226,713.52
 42 Checks and Other Charges      (Debits)               -    100,999.48
                                                             ---------------
Current Balance on    2/15/18                            $    126,759.54
```

---------------------------------------------------------------------------

### Checking Account Transactions

```
1/10/18 WIRE DEPOSITS IW BO  Redacted                      7,106.29 +
1/10/18 WIRE DEPOSITS IW BO      Redacted                  3,559.23 +
1/10/18 WIRE DEPOSITS IW BO      Redacted                  1,031.17 +
1/10/18 WIRE DEPOSITS IW BO  Redacted                        107.13 +
1/10/18 WIRE DEPOSITS IW BO      Redacted                    107.13 +
1/15/18 WIRE DEPOSITS IW BO  Redacted                      4,101.11 +
1/15/18 WIRE DEPOSITS I/W        Redacted                  2,408.70 +
1/15/18 WIRE DEPOSITS I/W B/O  Redacted                    1,778.92 +
1/15/18 WIRE DEPOSITS IW BO  Redacted                        970.81 +
1/15/18 WIRE DEPOSITS I/W    Redacted                        265.22 +
1/15/18 WIRE DEPOSITS I/W    Redacted                        228.71 +
1/15/18 WIRE DEPOSITS I/W        Redacted                    220.16 +
1/15/18 WIRE DEPOSITS I/W    Redacted                        185.00 +
1/15/18 WIRE DEPOSITS I/W    Redacted                        170.00 +
1/15/18 WIRE DEPOSITS I/W    Redacted                        110.10 +
1/15/18 WIRE DEPOSITS IW BO  Redacted                        109.40 +
1/15/18 WIRE DEPOSITS IW BO      Redacted                    109.40 +
1/15/18 WIRE DEPOSITS I/W    Redacted                        109.40 +
1/15/18 WIRE DEPOSITS IW BO  Redacted                        107.65 +
1/16/18 WIRE DEPOSITS I/W    Redacted                     34,358.50 +
1/19/18 WIRE DEPOSITS I/W    Redacted                        670.01 +
1/22/18 WIRE DEPOSITS IW BO  Redacted                      8,283.34 +
1/22/18 WIRE DEPOSITS IW BO  Redacted                      6,902.53 +
1/22/18 WIRE DEPOSITS I/W    Redacted                      6,621.02 +
1/22/18 WIRE DEPOSITS IW BO  Redacted                      2,740.06 +
1/22/18 WIRE DEPOSITS I/W    Redacted                      2,631.87 +
```

**EXHIBIT**
**112**

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746

Continued On Next Page...

DSTORY000247



P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail: cibl@btl.net

**CAYE**
International Bank Ltd.

Traders Domain FX Ltd.
Fredirick Teddy Joseph Safranko

| | |
|---|---|
| Account Number: | 3224 |
| Statement Date: | 2/15/18 |
| Page Number: | 2 |
| Items: | 0 |

USD CURRENCY

**** DO NOT MAIL ****

| Date | Description | Amount |
|---|---|---|
| 1/22/18 | WIRE DEPOSITS IW BO Redacted | 1,360.03 + |
| 1/22/18 | WIRE DEPOSITS IW BO Redacted | 1,198.24 + |
| 1/22/18 | WIRE DEPOSITS I/W Redacted | 1,196.98 + |
| 1/22/18 | WIRE DEPOSITS I/W Redacted | 598.99 + |
| 1/22/18 | WIRE DEPOSITS I/W Redacted | 146.07 + |
| 1/22/18 | WIRE DEPOSITS I/W Redacted | 118.00 + |
| 1/22/18 | WIRE DEPOSITS I/W Redacted | 90.00 + |
| 1/25/18 | WIRE DEPOSITS I/W Redacted | 1,983.69 + |
| 1/25/18 | WIRE DEPOSITS IW BO Redacted | 1,372.91 + |
| 1/25/18 | WIRE DEPOSITS IW BO Redacted | 1,372.91 + |
| 1/25/18 | WIRE DEPOSITS IW BO Redacted | 1,200.20 + |
| 1/25/18 | WIRE DEPOSITS IW BO Redacted | 980.00 + |
| 1/25/18 | WIRE DEPOSITS IW BO Redacted | 258.58 + |
| 1/25/18 | WIRE DEPOSITS I/W Redacted | 102.04 + |
| 1/26/18 | WIRE DEPOSITS IW BO Redacted | 258.58 + |
| 1/26/18 | WIRE DEPOSITS IW BO Redacted | 258.58 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 33,100.72 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 5,470.00 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 4,120.09 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 2,068.36 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 2,050.05 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 1,410.10 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 970.00 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 815.75 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 691.95 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 407.17 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 407.17 + |
| 1/29/18 | WIRE DEPOSITS I/W B/O Redacted | 407.17 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 375.00 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 328.23 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 122.39 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 122.39 + |
| 1/29/18 | WIRE DEPOSITS IW BO Redacted | 122.39 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 122.39 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 122.39 + |
| 1/29/18 | WIRE DEPOSITS I/W Redacted | 119.29 + |
| 2/01/18 | WIRE DEPOSITS IW BO Redacted | 2,104.45 + |

Continued On Next Page...

DSTORY000248



**CAYE**
International Bank Ltd.

P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail: cibl@btl.net

Traders Domain FX Ltd.
Fredirick Teddy Joseph Safranko

Account Number:         3224
Statement Date:      2/15/18
Page Number:             3
Items:                   0

USD CURRENCY

**** DO NOT MAIL ****

| Date | Description | | Amount |
|------|-------------|---|--------|
| 2/01/18 | WIRE DEPOSITS IW BO | Redacted | 1,093.98 + |
| 2/01/18 | WIRE DEPOSITS I/W B/O | Redacted | 822.70 + |
| 2/01/18 | WIRE DEPOSITS I/W | Redacted | 470.00 + |
| 2/01/18 | WIRE DEPOSITS IW BO | Redacted | 121.63 + |
| 2/01/18 | WIRE DEPOSITS I/W | Redacted | 121.63 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 4,045.87 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 1,935.00 + |
| 2/02/18 | WIRE DEPOSITS I/W | Redacted | 1,752.55 + |
| 2/02/18 | WIRE DEPOSITS I/W B/O | Redacted | 1,385.57 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 954.09 + |
| 2/02/18 | WIRE DEPOSITS I/W B/O | Redacted | 612.51 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 456.00 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 160.00 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 121.63 + |
| 2/02/18 | WIRE DEPOSITS IW BO | Redacted | 120.56 + |
| 2/06/18 | WIRE DEPOSITS IW BO | Redacted | 471.22 + |
| 2/09/18 | WIRE DEPOSITS IW BO | Redacted | 1,470.00 + |
| 2/09/18 | WIRE DEPOSITS IW BO | Redacted | 1,385.57 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 1,377.93 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 1,248.86 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 546.28 + |
| 2/09/18 | WIRE DEPOSITS IW BO | Redacted | 399.38 + |
| 2/09/18 | WIRE DEPOSITS IW BO | Redacted | 333.00 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 259.59 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 227.92 + |
| 2/09/18 | WIRE DEPOSITS IW BO | Redacted | 180.00 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 116.61 + |
| 2/09/18 | WIRE DEPOSITS I/W | Redacted | 101.46 + |
| 2/14/18 | WIRE DEPOSITS IW BO | Redacted | 35,226.00 + |
| 2/14/18 | WIRE DEPOSITS I/W | Redacted | 5,533.12 + |
| 2/14/18 | WIRE DEPOSITS I/W | Redacted | 4,970.00 + |
| 2/14/18 | WIRE DEPOSITS IW BO | Redacted | 1,112.56 + |
| 2/14/18 | WIRE DEPOSITS I/W | Redacted | 950.00 + |
| 2/14/18 | WIRE DEPOSITS IW BO | Redacted | 687.85 + |
| 2/14/18 | WIRE DEPOSITS IW BO | Redacted | 678.97 + |
| 2/14/18 | WIRE DEPOSITS I/W | Redacted | 669.78 + |
| 2/14/18 | WIRE DEPOSITS IW BO | Redacted | 649.35 + |

Continued On Next Page...

DSTORY000249



**CAYE**
International Bank Ltd.

P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail: cibl@btl.net

Traders Domain FX Ltd.
Fredirick Teddy Joseph Safranko

Account Number:     Redacted 3224
Statement Date:     2/15/18
Page Number:        4
Items:              0

USD CURRENCY

**** DO NOT MAIL ****

| Date | Description | Amount |
|---|---|---|
| 2/14/18 | WIRE DEPOSITS IW BO Redacted | 463.63 + |
| 2/14/18 | WIRE DEPOSITS I/W Redacted | 186.93 + |
| 2/14/18 | WIRE DEPOSITS I/W Redacted | 117.96 + |
| 2/14/18 | WIRE DEPOSITS IW BO Redacted | 117.96 + |
| 2/14/18 | WIRE DEPOSITS IW BO Redacted | 103.39 + |
| 2/15/18 | CALL INTEREST | 8.37 + |
| 1/10/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/10/18 | SERVICE CHARGE SC IW BI Redacted | 10.00 - |
| 1/10/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/10/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/10/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/10/18 | RATE CHANGE | .1000 |
| 1/11/18 | DEBIT ADVICE NEW APPLICATION FEE | 100.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/15/18 | SERVICE CHARGE SC IW BO Redacted | 10.00 - |
| 1/16/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/22/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/22/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/29/18 | DEBIT ADVICE REV I/W Redacted | 258.58 - |
| 1/29/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 1/29/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 1/29/18 | TELE/WIRE TRANSFER O/W Redacted | 40,404.42 - |
| 2/01/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/01/18 | TELE/WIRE TRANSFER OW Redacted | 100.77 - |
| 2/08/18 | SERVICE CHARGE WIRE FEE | 100.00 - |

Continued On Next Page...

DSTORY000250



P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail: cibl@btl.net

**CAYE**
International Bank Ltd.

Traders Domain FX Ltd.              Account Number:      Redacted 3224
Fredirick Teddy Joseph Safranko     Statement Date:      2/15/18
                                    Page Number:         5
                                    Items:               0

                                    USD CURRENCY

**** DO NOT MAIL ****

| Date | Description | Amount |
|---|---|---|
| 2/08/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/08/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/08/18 | TELE/WIRE TRANSFER OW FO PRIME BROKERAGE SER | 50,000.00 - |
| 2/08/18 | TELE/WIRE TRANSFER O/W Redacted | 1,619.73 - |
| 2/08/18 | TELE/WIRE TRANSFER O/W Redacted | 553.79 - |
| 2/12/18 | DEBIT ADVICE NEW ACCT APPLICATION FEE | 100.00 - |
| 2/13/18 | SERVICE CHARGE TRACER; OW 290118 EPAYMEN | 125.00 - |
| 2/13/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/13/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/13/18 | TELE/WIRE TRANSFER O/W Redacted | 6,663.19 - |
| 2/13/18 | TELE/WIRE TRANSFER O/W Redacted | 129.50 - |
| 2/15/18 | SERVICE CHARGE | 14.50 - |

---

DAILY BALANCE SUMMARY

| -Balance Date- | -Balance Date- | -Balance Date- | -Balance Date- |
|---|---|---|---|
| 1,045.50 12/31 | 58,559.54 1/19 | 115,327.78 2/01 | 82,415.86 2/12 |
| 12,906.45 1/10 | 90,426.67 1/22 | 126,871.56 2/02 | 75,298.17 2/13 |
| 12,806.45 1/11 | 97,697.00 1/25 | 127,342.78 2/06 | 126,765.67 2/14 |
| 23,541.03 1/15 | 98,214.16 1/26 | 74,869.26 2/08 | 126,759.54 2/15 |
| 57,889.53 1/16 | 110,794.16 1/29 | 82,515.86 2/09 | |

---

Interest Paid Year to Date is        8.37
Low Balance for Period was       1,045.50

DSTORY000251



**CAYE**
International Bank Ltd.

P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail: cibl@btl.net

Traders Domain FX Ltd.
Fredirick Teddy Joseph Safranko

| | |
|---|---|
| Account Number: | ■■■3224 |
| Statement Date: | 2/28/18 |
| Page Number: | 1 |
| Items: | 1 |

**** DO NOT MAIL ****

USD CURRENCY

#:            13224

| | | | |
|---|---|---|---|
| Previous Balance on | 2/15/18 | $ | 126,759.54 |
| 20 Deposits and Other Additions (Credits) | | + | 57,800.00 |
| 11 Checks and Other Charges (Debits) | | - | 53,036.72 |
| Current Balance on | 2/28/18 | $ | 131,522.82 |

Checking Account Transactions

| | | |
|---|---|---|
| 2/19/18 | WIRE DEPOSITS RET WIRE TRADERS DOMAIN F | 40,285.42 + |
| 2/20/18 | WIRE DEPOSITS IW BO Redacted | 1,160.00 + |
| 2/20/18 | WIRE DEPOSITS IW BO Redacted | 1,019.11 + |
| 2/20/18 | WIRE DEPOSITS I/W Redacted | 396.48 + |
| 2/20/18 | WIRE DEPOSITS I/W Redacted | 386.05 + |
| 2/20/18 | WIRE DEPOSITS I/W Redacted | 380.00 + |
| 2/20/18 | WIRE DEPOSITS I/W Redacted COMMERCIAL BANK | 160.00 + |
| 2/20/18 | WIRE DEPOSITS I/W Redacted 2015 | 120.46 + |
| 2/20/18 | WIRE DEPOSITS IW BO Redacted 1/2018 | 119.78 + |
| 2/20/18 | WIRE DEPOSITS I/W Redacted | 112.87 + |
| 2/27/18 | WIRE DEPOSITS I/W Redacted | 3,919.57 + |
| 2/27/18 | WIRE DEPOSITS I/W B/O Redacted | 678.97 + |
| 2/27/18 | WIRE DEPOSITS I/W Redacted | 617.84 + |
| 2/27/18 | WIRE DEPOSITS I/W Redacted | 270.00 + |
| 2/27/18 | WIRE DEPOSITS I/W Redacted | 128.74 + |
| 2/27/18 | WIRE DEPOSITS I/W Redacted | 119.52 + |
| 2/28/18 | WIRE DEPOSITS I/W Redacted | 6,239.00 + |
| 2/28/18 | WIRE DEPOSITS I/W Redacted | 1,000.88 + |
| 2/28/18 | WIRE DEPOSITS IW BO Redacted | 681.37 + |
| 2/28/18 | CALL INTEREST | 3.94 + |
| 2/16/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/16/18 | TELE/WIRE TRANSFER O/W PRIME BROKERAGE SERVI | 50,000.00 - |
| 2/19/18 | SERVICE CHARGE RET WIRE TRADERS DOMAIN | 10.00 - |
| 2/20/18 | SERVICE CHARGE TRSF FEE F/O FREDIRICK SA | 5.00 - |
| 2/20/18 | FUNDS TRANSFER I/T F/O FREDIRICK T. SAFR | 1,000.00 - |
| 2/26/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/26/18 | SERVICE CHARGE WIRE FEE | 100.00 - |
| 2/26/18 | TELE/WIRE TRANSFER O/W Redacted | 1,584.98 - |
| 2/26/18 | TELE/WIRE TRANSFER O/W Redacted | 112.24 - |
| 2/27/18 | SERVICE CHARGE S/C I/W Redacted | 10.00 - |
| 2/28/18 | SERVICE CHARGE | 14.50 - |

Continued On Next Page...



**CAYE**
International Bank Ltd.

P.O. Box 105
Coconut Drive
San Pedro
Ambergris Caye, Belize
Tel: (501) 226-2388/3083
Fax: (501) 226-2892
E-mail  cibl@btl.net

Traders Domain FX Ltd.
Fredirick Teddy Joseph Safranko

Account Number:        3224
Statement Date:    2/28/18
Page Number:        2
Items:        1

USD CURRENCY

**** DO NOT MAIL ****

DAILY BALANCE SUMMARY

| -Balance Date- | | -Balance Date- | | -Balance Date- | | -Balance Date- | |
|---|---|---|---|---|---|---|---|
| 126,759.54 | 2/15 | 116,934.96 | 2/19 | 117,887.49 | 2/26 | 131,522.82 | 2/28 |
| 76,659.54 | 2/16 | 119,784.71 | 2/20 | 123,612.13 | 2/27 | | |

Interest Paid Year to Date is            12.31
Low Balance for Period was         76,659.54

DSTORY000253

**CYBER CHECK MERCHANT APPLICATION by OSG Billing LL**

Merchants requiring access to processing Cyber Check payments through OSG Billing LLC Cyber Check Service must apply for a OSG LLC Cyber Check Account. Aggregator can apply for Cyber Check Account on Merchant's behalf by completing the following Merchant Summary and Authorization Form and submitting the form with supplementary documentation listed below.

**CHECK LIST:**

☐ Completed Cyber Check Application

☐ Articles of Incorporation or equivalent

☐ Copy of voided check or bank letter that clearly identifies bank name, Merchant business name, any applicable Merchant DBA(s), route/transit number and account number

☐ For each authorized contact and/or personal guaranty, a copy of his/her driver's license or passport

| MERCHANT INFORMATION | | | |
|---|---|---|---|
| FULL LEGAL NAME:<br>The Traders Domain FX LTD | | DBA NAME (if applicable): | |
| Taxpayer ID Number: | | Business Start Date (MM/YYYY): | |
| Business Address (Street Address, City, State, Zip)<br>Griffith Corporate Center, Suite 305<br><br>Beachmont Kingstown St Vincent & Grenadines | | Billing Address (Street Address, City, State, Zip) | |
| WEBSITE ADDRESS (PLEASE LIST ALL WEBSITES):<br>www.thetradersdomain.com | | | |
| Description of business or service(s), markets served:<br><br>Crypto Currency | | Business location (e.g., commercial, industrial, residential): | |
| Business Number/customer service Number: / 833-400-4242 | Business Fax Number | Not Authorized Return Item Fee: $30.00 | Customer Service Email Admin@thetradersdomain.com |
| Monthly Transaction Volume<br>$ 50,000 | Reserve<br>10% | Average Ticket Amount:<br>$ $100 | Largest Ticket Amount:<br>$          (per item) |
| Setup/Configuration Fee:<br>$ 500          (one-time) | Return Item Fee:<br>$25.00 | Per Check Discount Rate:<br>2.5%          (per item) | Per Check Transaction Fee:<br>$1.65          (per item) |
| OSG Authentication Services:<br><br>$          (per item) | OSG is the premier check authentication services for Cyber Check. OSG compares customer transaction information against 10 databases to authenticate customer transaction data and protect Merchants against the probability fraud, chargebacks and non-sufficient funds (NSFs). | | |
| Deposit Requirement (for office use only)<br><br>$          Merchant Initial | | | |

| Depository Account [the following account will be used by OSG LLC to Deposit funds into): | | | |
|---|---|---|---|
| Bank Name:<br>JSC Tengri Bank | Name on Account:<br>The Traders Domain FX LTD | Routing/Transit Number:<br>TNGRKZKX | Bank Account Number:<br>Redacted<br>036 |

| Card Account for Billing (the following account is *required to be on file and will be used by OSG LLC to collect any fees related to Merchant's Cyber Check Account for a minimum of two weeks from time Cyber Check Account is opened): | | | |
|---|---|---|---|
| Bank Name: | Name on Account: | Routing/Transit Number: | Bank Account Number: |

| Checking Account for Billing (the following g account is *required to be on file and may be used by OSG LLC to collect any fees related to Merchant's Cyber Check Account for a after two weeks from time Cyber Check Account is opened): | | | |
|---|---|---|---|
| Bank Name: | Name on Account: | Routing/Transit Number: | Bank Account Number: |

**OTHER BUSINESS INFORMATION**

☐ YES ☐ NO   Has the company and/or principal owners had a bank account frozen or forcefully closed in past 5 years?

1

EXHIBIT<br>113<br>TO THE DECLARATION OF MAURA M. VIEHMEYER<br>PURSUANT TO 28 U.S.C. § 1746

Initial_____
DSTORY000232

| | | |
|---|---|---|
| ☐ YES | ☒ NO | Has the company or/or principal owners filed for bankruptcy or defaulted on debts in the past 10 year? |
| ☐ YES | ☒ NO | Have any of the principal owners of the company been convicted of a felony? |
| ☐ YES | ☐ NO | Does the company have ties to a foreign country (e.g., affiliates, suppliers, vendors, processors and so on)? |
| ☐ YES | ☒ NO | Is the account being opened or operated as an agent for other owners? |
| ☐ YES | ☐ NO | Does the company currently use any other payment products it plans to continue using? |
| ☐ YES | ☐ NO | Does the company engage in Internet gambling activities? |

## PRINCIPA OWNERS (List all owners with have >20% Ownership share. Attach a separate sheet if necessary).

| | |
|---|---|
| Name and Title: Fredirick Safranko Owner | Ownership Percentage: 100 |
| Name and Title: | Ownership Percentage: |
| Name and Title: | Ownership Percentage: |

## AUTHORIZED CONTACT INFORMATION

| Authorized Contact Name and Title | Authorized Contact Mobile | Authorized Contact Business Phone | Authorized Contact Email |
|---|---|---|---|
| Fredirick Safranko | Redacted | 833-400-4242 | admin@thetradersdomain.com |

Business Address (Street Address, City, State, Zip)

Griffith Corporate Center Suite 305 , Beachmont Kingstown

Home Address (Street Address, City, State, Zip)

Redacted , Scarborough, ON M1V2Z4

| Driver's License Number | Issuing State | Date of Birth: | SSN (or SIN) |
|---|---|---|---|
| Redacted 210 | 12-31-2016 | Redacted 1979 | |

## PERSONAL GUARANTY

The principal owner, partner, member, or corporate officer below hereby guarantees to OSG LLC the full, prompt, and complete performance of Merchant and Merchant's obligations under this Application, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance hereunder, whether arising before or after termination of the Application, bankruptcy, or dissolution of the business. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of this guaranty, notice of non-payment, or non-performance of a provision of an agreement by Merchant and all other notices or demands regarding this Application. I have read, understood and agreed to be bound by all terms of this guaranty.

| Signature | Name and Title | Date: |
|---|---|---|
| | | |

## MERCHANT SIGNATURE AND AUTHORIZATION

I hereby authorize OSG LLC and its affiliates to initiate debit and credit entries to our Depository and Fee Account(s) indicated at the depository financial institution(s) named above, according to the terms stated herein. This authorization shall remain in full force and in effect until OSG LLC receives written notification from Merchant of any intent to terminate this account and at such time and in such manner as to afford OSG LLC a reasonable opportunity to act (minimum 5 business days). In the event prospective merchant is declined for a Cyber Check Account, up to fifty percent of the said Setup/Configuration Fee shall become non-refundable and this decision will be determined at the sole discretion of OSG LL , LLC. I acknowledge that the originations of check drafts must comply will the provisions of U.S. Law. I also understand that I will be liable to pay any NSF fees that may be charged by my bank in the events check drafts are returned. I present and warrant that I am authorized as an authorized representative, principal owner, member, or corporate officer to execute this payment authorization for purpose of enrolling in the OSG LLC Cyber Check service. I hereby agree to indemnify and hold OSG LLC harmless from damage, loss, or claim resulting from all authorized actions hereunder.

| Authorized Signature | Name and Title | Date: |
|---|---|---|
| | | |

## CYBER CHECK ACCOUNT TERMS AND CONDITIONS

In consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which is

Initial_____

DSTORY000233

hereby acknowledged, OSG LLC and Merchant, intending to be legally bound, do hereby agree as follows:

1. **Laws, Rules and Procedures.** Merchant acknowledges receipt and agrees to comply with all OSG LLC rules and procedures pertaining to the Cyber Check Service ("Cyber Check Procedures"). The Cyber Check Procedures may be amended from time to time by OSG LLC, and Merchant agrees to be bound by such amendments. Merchant further agrees to comply with, and be bound by, all applicable state or federal laws, rules, regulations, orders, guidelines, operating circulars and pronouncements, affecting check drafts ("Checks") (as that term is defined in Federal Reserve Board Regulation CC ("Reg CC") and drafts, credit card, and Automated Clearing House ("ACH") transactions , including, but not limited to, all rules and procedural guidelines established by the Federal Trade Commission ("FTC"), the Board of Governors of the Federal Reserve, National Check Exchange ("NCE") and any other clearinghouse or other organization which OSG LLC is a member or to which rules OSG LLC has agreed to be bound. These rules and regulations (collectively "Rules") and laws ar incorporated herein by reference. In the event of conflict between the terms of this Agreement and the Rules, the Rules will control. Merchant acknowledges that Merchant has a copy of or has access to a copy of the rules. It is Merchant's responsibility to ensure that the transactions it engages in under the Cyber Check Service comply with U.S. law, including, but not limited to, sanctions enforced by the Office of Foreign Assets Control ("OFAC") and all rules and regulations promulgated by the Federal Trade Com ission ("FTC"). It shall further be Merchant's responsibility to obtain information regarding such OFAC enforced sanctions. This information may be obtained directly from the OFAC Compliance Hotline at (800) 540-OFAC). Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through the Cyber Check Service. Restricted transactions generally include, but are not limited to, those in which credit, electronic funds transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with participation by others I unlawful Internet gambling. OSG LLC will charge Merchant with any fines incurred as a result of non-compliance by Merchant and Merchant

Merchant hereby releases OSG LLC from any and all claims or damages resulting from, or related to, any computer virus or related problems that may be associated with using electronic mail or the Internet as well as failures of or interruptions in any electrical, telephone or Internet Services. All right, title and interest in and to (a) any and all computer programs, including, but not limited to, the object and source codes therefore, and any and all updates, upgrades, fixes and enhancements thereto and any and all documentation, user guides and instructions pertaining thereto and any and all documentation, user guides and instructions pertaining thereto (everything in this clause (a), collectively "Software"), (b) the Cyber Check Procedures and (c) any and all users guides, instructions and other documentation provided to or used by Merchant with the Cyber Check Service (everything in this clause (c) together with Cyber Check Procedures manual, collectively, the "Documentation") shall be, and remain, the property of OSG LLC or any third party software provider, as applicable. Unless otherwise expressly authorized, Merchant may not (aa) copy, reproduce, transmit, retransmit, disseminate, display, publish, sell, broadcast, circulate, distribute, transfer, assign, commercially exploit, reverse engineer, reverse compile or create derivative works of, the Software in any form or (bb) copy, reproduce, transmit, retransmit, disseminate, display, publish, sell, broadcast, circulate, distribute, transfer, assign, commercially exploit the Documentation.

4. **Security.** OSG LLC may also provide Merchant with, or require Merchant to establish, a User ID and passwords and other procedures (collectively, "Security Procedures") to access the Cyber Check Service. The specific Security Procedures will be described in the Cyber Check Procedures. Merchant agrees to, at all times, (i) safeguard the confidentiality and security of the Cyber Check Procedures, Security Procedures and all other proprietary property or information OSG LLC provides to Merchant in connection with the Cyber Check Service, and (ii) notify OSG LLC immediately if Merchant has any reason to believe the security or confidentiality required by this provision

3

Initial_____

DSTORY000234

agrees to fully reimburse and/or indemnify OSG LLC for such

charges or fines.  The duties of Merchant set forth in the following paragraphs of this Agreement in no way limit requirement of complying with the Rules.  Terms not otherwise defined in this Agreement shall have the meaning ascribed to those terms in the Rules.

2.  **Merchant Duties.**  Merchant agrees to establish and maintain one or more accounts with a financial institution to facilitate

payment of available funds from deposit made by Merchant

("Depository Account").    Merchant will provide OSG LLC the Depository Account Information as part of the Merchant setup process by completing the Merchant Application ("Cyber Check Application").   If Merchant changes the Depository Account,

Merchant agrees to provide one 5 business days advance written

notice to OSG LLC regarding such change.  Any Merchant

obligations and authorizations as to the former Depository

Account shall continue forward to the new Depository Account.

3.  **Access to Cyber Check Service.**  Merchant acknowledges that it is solely responsible for obtaining and maintaining at its own expense, all hardware and applicable software needed to access the Cyber Check Service.  OSG LLC is not responsible for, and

has been or may be breached.    Merchant acknowledges,

understands and agrees the Security Procedures are not designed for the detection of errors.   OSG LLC is not, and will not be, obligated to detect errors by Merchant or others, even if OSG LLC takes certain actions from time to time to do so.  Merchant is solely responsible for providing for and maintaining the physical, electronic, procedural, administrative and technical security of data and systems in Merchant's possession under Merchant's control.   (b)  Merchant agrees  to  educate  representatives  of

Merchant  authorized  to  use  the  Cyber  Check  Service

("Authorized   Merchant   Representative(s)"),   agents,   and employees as to the risks of fraud and train such persons to avoid such risks.  Merchant agrees that OSG LLC is not responsible for any losses, injuries, or harm incurred by Merchant as a result

of   any   electronic,   email,   or   Internet   fraud.

(c) In the event of a breach of the Security Procedure, Merchant

agrees to assist OSG LLC  in  determining  the  manner  and

source of the breach.  Such assistance shall include, but shall not

be limited to, providing OSG LLC or OSG LLC's agent access to Merchant's hard drive, storage media and devices, systems and any other equipment or device that was used in breach of the Security Procedure.  Merchant further agrees to provide to OSG LLC any analysis of such equipment, device, or

4

software or any report of such analysis performed by Merchant, Merchant's agents, law enforcement agencies, or any other third party. Failure of Merchant to assist OSG LLC shall be an admission by Merchant that the breach of the Security Procedure

was caused by a person who obtained access to transmitting

facilities of Merchant or who obtained information facilitating the breach of the Security Procedure from the Merchant and not from a source controlled by OSG LLC.

**5. Errors, Cancelations and Amendments to Transactions.**

Merchant shall notify OSG LLC immediately of any transaction

discovers it has initiated or authorized in error. OSG LLC shall use its best efforts to act on a request by merchant to cancel or amend a transaction prior to drafting or depositing, but shall have no liability if such cancelation is not effected.     Merchant shall reimburse OSG LLC for any expenses, losses, or damages OSG LLC may incur in effecting or attempting to affect

Merchant's request for the reversal o   a transaction

**6. Account Reconciliation.** Merchant is responsible for detecting

and reporting to OSG     LLC any discrepancy between

Merchant's records and the records that OSG LLC provides to

Merchant via Cyber Check reporting.   If the Merchant does not detect and notify OSG LLC of such discrepancy within 10 days of transmitting the file OSG LLC, then such transactions shall be considered correct, and Merchant shall be precluded from asserting such error or discrepancy against OSG LLC.

**7. Update Notice.**   Merchant shall provide written notice to OSG LLC of any changes to the information previously provided by Merchant to OSG LLC, including, but not limited to, any additional locations, any change in business, any new business, the identity of principals and/or owners, the form of business organization, type of goods and services provided and

method of conducting sales.   Such notice must be received by

OSG LLC within 5 business days of the change. Merchant shall provide any additional information requested by OSG LLC within 5 business days of the request.  OSG LLC retains the right to: (A) review Merchant's Checks, files, check entries,

returned items, and business activities from time to time to

confirm Merchant is conducting business as stated by Merchant at time of the execution of this Agreement and (b) re-price or

terminate the Cyber Check Service based  on changes to

information previously provided to OSG LLC by Merchant.

**8. Financial Information.**  OSG LLC may from time to time

request information from Merchant in order to evaluate a

continuation of the Cyber Check Service to be provided by

refuses to give OSG LLC access to Merchant's premises, OSG LLC may terminate the Cyber Check Service according to the provisions hereof.

**9. Fees and Charges.**   Merchant agrees to pay OSG LLC the

fees to Merchant and charges set forth in the Cyber Check Application or provided from time to time hereafter to Merchant, and all such other fees and charges as may be agreed upon from time to time by Merchant and OSG LLC.  OSG LLC will initiate ACH draft or Card Entries to Merchant's Fee Account to collect

fees and charges for services provided.   Should Merchant fail or

refuse to pay any charges under this Agreement, Merchant agrees to pay all collection costs (including reasonable attorney's fees) which may be incurred by OSG LLC.  OSG LLC shall have to the right to increase or decrease charges imposed for the Cyber Check Service and will notify Merchant of changes.  Merchant's use of Cyber Check Service after changes have been made shall

constitute Merchant's agreement to the same. In addition to the Cyber Check Service fees, Merchant agrees to pay all taxes, tariffs and assessments levied or imposed by any government agency in

connection with the Cyber Check Service, this Agreement, and/or

the  software  or  equipment  made  available  to  Merchant

(excluding any income tax payable OSG LLC).

**CYBER CHECK TERMS AND CONDITIONS**

**10. Check Drafting Services.** (a) Merchant desires OSG LLC to provide check drafting services as part of the Cyber Check Services as a third-party check drafter and depositor and/or shipper of check drafts on behalf of, or to Merchant.  These check draft ("Entries" or "Entry") will be processed pursuant to the terms of this Agreement. (b) OSG LLC, at its sole discretion, shall deposit check drafts on behalf of Merchant or send shipment of check drafts to Merchant within 24 hours of transaction receipt

and prior to Cut-Off time (2:00 PM Mountain Standard Time)

during regular Business Days. (c) OSG LLC shall bill Merchant via ACH for Cyber Check Service check drafting fees each Friday of each week for the previous 7-days of Cyber Check Service usage activities. (d) OSG LLC shall bill Merchant via ACH any

and  all  Cyber  Check  Service  monthly  service  fees   and/or

assessments in advance on or around the 1st (first) day of every month. (e) OSG LLC shall have the right to bill Merchant for

the net actual cost of shipping check drafts OSG LLC incurs

and shall bill Merchant via ACH for the previous 7-days of shipping costs related to Cyber Check Service usage activities.

**11.  Authorizations.**  (a)  **MERCHANT  WILL  OBTAIN**

**AUTHORIZATION FOR EACH ENTRY PRIOR TO COMPLETING**

5

OSG LLC hereunder and/or adjustments of any limits set by

this Agreement.   Merchant agrees to provide the requested

financial information immediately upon request by OSG LLC, in the form required by OSG LLC.   Merchant authorizes OSG LLC to investigate or reinvestigate at any time any

information provided by Merchant in connection with this

Agreement or the Cyber Check Service and to request reports from credit bureaus and reporting agencies for such purpose.

Upon request by OSG      LLC, Merchant hereby authorizes

OSG LLC to enter Merchant's business premises for the

purpose of ensuring Merchant is in compliance with this

Agreement and to audit Merchant's check draft related activities.

If  Merchant  refuses  to  provide  the  requested  financial

information, or if OSG LLC concludes, in its sole discretion, that the credit risk of Merchant is unacceptable, or if Merchant

FIELDS OR PROVIDE SECURE FILE TRANSFERS TO OSG LLC A

CUSTOMER'S (RECEIVER'S) ACCOUNT AND SHALL MAINTAIN

RECORDS OF THE AUTHORIZATION NECESSARY TO RESOLVE DISPUTES FOR TWO YEARS.   Proper authorizations must be in written or oral format.  Written authorizations include any

agreements between Merchant and its customer and or any

electronic signature that includes but is not limited to a digital signature or security code. Oral authorizations must either (i) a

tape recording of the oral authorization, or (ii) provide the

customer with a written notice confirming the oral authorization

prior to the Settlement Date of the Entry. Payments initiated

through  the  Internet  will  have  proper  notification  and

authorization  on  the  Web  site.  Merchant  must  maintain

authorizations for a period of two years after the transaction. OSG LLC Solution reserves the right to request and review all

6

Initial_____
DSTORY000237

authorized records. Upon request, Merchant shall furnish the

original or a copy of the authorization to any affected

Participating Depository Financial Institution, as defined in the Rules.

(b) Merchant will utilize commercially reasonable methods to

establish the identity of Receiver, and hereby w rrants to OSG LLC that each such Receiver has authorized Merchant to submit

check draft Entries to its account for settlement of transaction

which Receiver has agreed.

(c) As required by the Rules, Merchant must use commercially reasonable procedures to verify that routing numbers are valid for all Entries.

(d) Merchant must conduct an annual audit to ensure that the financial information it obtains from Receiver is protected by security practices and procedures that include adequate levels of, (i) physical security to project against theft, (ii) personnel and access controls, and (iii) network security.

**12. Originator.** Merchant hereby agrees that Merchant is the

"Originator," as that term is defined by the Rules. Of the check

draft Entries and hereby assumes all of the obligations and responsibilities of an Originator. Merchant shall establish policies and procedures to ensure that Merchant is in compliance with the terms of this agreement at all times. Merchant agrees that OSG LLC may audit Merchant's check draft Entry activities.

**13. Merchant Representations and Warranties; Indemnity.** With

respect to each and every Entry transmitted by Merchant,

Merchant represents and warrants to OSG LLC and agrees that (a) each person shown as the Receiver on an Entry received by OSG LLC from Merchant has authorized the initiation of such Entry and the debiting of its account in the amount and on

the Effective Entry Date shown on such Entry, (b) such

authorization is operative at the time of the transmittal or drafting/depositing by OSG LLC as provided herein, (c) Entries transmitted to OSG LLC by Merchant are limited to those

types of Entries set forth in the Cyber Check Application, (d)

Merchant shall perform its obligations under this Agreement in accordance with all applicable laws, regulations, and orders, including, but not limited to, the sanctions laws, regulations and

orders administered by OFAC; laws, regulations or orders

administered by any federal or state laws, regulations or orders applicable to the providers of check drafting services, and (e) Merchant shall be bound by and comply with the provision of the

Rules (among other provisions of the Rules). Merchant shall

indemnify OSG LLC against any loss, liability or expense

account number of the Receiver. Merchant acknowledges and

agrees that if an inconsistency between a Receiver's name and

account number exists, the transaction will be initiated based upon the account number even if it identifies a person different

from the named Receiver. Merchant hereby agrees to be

responsible and liable for any loss incurred by any party including, but not limited, OSG LLC and/or its licensors. Entries must be

received by OSG      LLC before the OSG LLC 2:00 PM

Mountain Standard Time cut-off ("Cut-Off"). Entries receive after the Cut-Off shall be deemed to a have been received on the next Business Day. The total dollar amount of Entries transmitted by Merchant to OSG LLC on any one Business Day shall not exceed any limits established by OSG LLC. Merchant may not reinitiate Entries except as prescribed by the Rules. Merchant further agrees to comply with batch and item limits set by OSG LLC at its sole discretion. OSG LLC will have no obligation to process Entries or bathes that exceed limits set forth.

**15. Errors, Cancellations and Amendment to Entries.** Merchant

shall notify OSG LLC immediately of any Entry Merchant discovers it has initiated or authorized in error. Merchant shall have no right to cancel or amend any Entry after its receipt by OSG LLC. However, OSG LLC may, at its option, accept a cancellation or amendment by Merchant. If OSG LLC accepts a cancellation or amendment of an Entry, Merchant must issue the cancellation or amendment of an Entry prior OSG LLC

creating check draft. If OSG LLC accepts a cancellation or

amendment of an Entry, Merchant hereby agrees to indemnify, defend all claims and hold OSG LLC harmless from any loss, damages, or expenses, including but not limited to attorney's fees, incurred by OSG LLC as the result of its acceptance of the

cancellation or amendment.

**16. Error Detection.** OSG LLC has no obligation to discover and shall not be liable to Merchant for errors made by Merchant,

including but not limited to errors made in identifying the

Receiver, or an Intermediary or Receiving Depository Financial Institution ("RDFI") or for errors in the amount of the Entry. OSG LLC shall likewise have no duty to discover and shall not

be liable for duplicate Entries issued by Merchant.

Notwithstanding the foregoing, if Merchant discovers that any Entry it has initiated was in error, it shall notify OSG LLC of such error. If such notice is received no later than 8-hours prior to

the check drafting cutoff time, OSG LLC will utilize reasonable

efforts to initiate an adjusting entry within the time limits

Initial_____

DSTORY000238

(including attorney's fees and costs) resulting from or arising out of any breach of any of the foregoing warranties, representations, or agreements.

**14. Transmittal of Entries by Merchant.** Merchant or Authorized Merchant Representative(s) shall initiate the debit or credit Entries hereunder on behalf of and selected by Merchant on the Cyber Check Application on a business day. For the purposes of this Agreement "Business Day" means Monday through Friday, excluding federal banking holidays. Merchant or Authorized Merchant Representative(s) shall transmit or deliver Entries to

OSG LLC      in computer readable form to the location(s) specified by OSG LLC and in compliance with the formatting and other requirements set forth by OSG LLC. Merchant shall

have the sole responsibility for the accuracy of the data transmitted to OSG LLC, including, but not limited to, the amount of the transaction, the bank routing number and the

provided by the Rules. In the event that Merchant makes an error or issues duplicate Entry, Merchant shall indemnify, defend all claims, and hold OSG LLC harmless from any loss, damages, or expenses, including but not limited to attorney's fees, incurred by OSG LLC as result of the error or issuance of duplicate Entries.

**17. Delay or Failure to Transfer Funds.** OSG LLC shall not be liable to Merchant or Receiver for any damages of any kind for any delay in payment, including special, consequential, punitive, or indirect loss or damage. OSG LLC shall not be liable or responsible to Merchant for any delay or failure to create or

deposit check draft(s) for any amount hereunder for any reason

including but not limited to rules, regulations, or policies of the Federal Reserve Board which place an aggregate limit on the

amount a bank can transfer from time to time during any banking

day. In no event shall OSG LLC be liable to Merchant for

Initial_____ __
DSTORY0002:39

attorney's fees incurred by Merchant in any action brought by Merchant under this Agreement.

**18. Data Retention.**  Merchant shall retain data on file adequate to permit remaking of Entries for 10 days following the data of their transmittal by OSG LLC as provided herein, and shall provide such data to OSG LLC upon its request.   Without limiting the generality of the foregoing provisions, Merchant specifically agrees to be bound by and comply with all applicable provisions of the Rules regarding the retention of documents or

any   record,   including,   without   limitation,   Merchant's

responsibilities to retain all items, source documents, and records

of authorization in accordance with the Rules.

**19. Rejection of Entries.** OSG LLC may reject any transaction

or  file  of  transactions  which  does  not  comply  with  the

requirements of this Agreement and may reject any transaction if Merchant is not otherwise in compliance with the terms of the Agreement. OSG LLC has no obligation to notify Merchant of the rejection of an Entry, but OSG LLC may do so at its discretion. OSG LLC shall have no liability to Merchant for rejection of an Entry nor for any failure to notify Merchant of the rejection of an Entry. In the event any transactions are rejected by

OSG LLC for any reason whatsoever,       it  shall  be  the

responsibility of Merchant to remake such Entries.   Merchant

shall   retain   and   provide   OSG LLC,   upon   request,   all

information necessary to remake any Entry or file of Entries within

10 business days after check d aft deposit or ship date.

**GENERAL TERMS AND CONDITIONS**

**20.     Merchant General Warranties.** Merchant represents,

warrants  and  covenants  the  following  to  OSG  LLC:

(a) Information. All information provided by Merchant to OSG LLC is true, complete and accurate and properly reflects the business, financial condition and principal partners, owners or officers, of Merchant.  Merchant is not engaged in, or affiliated with, any businesses, products or methods of selling other than those disclosed by Merchant to OSG LLC;

(b) Authority and Legality.  (i) Merchant is authorized to enter into, and perform its obligations under, this Agreement; (ii) the person signing this Agreement on behalf of Merchant is duly authorized to execute this Agreement; (iii) this Agreement is valid and enforceable against Merchant in accordance with its terms; and (iv) the entry into, and performance of, this Agreement by Merchant will not violate any law, or conflict with any other agreement, to which Merchant is subject;

(c) No Litigation. There is no action, suit or proceeding pending or, to Merchant's knowledge, threatened which, if decided adversely, would impair Merchant's ability to carry on its business

THAT MERCHANT'S USE OF THE CYBER CHECK SERVICE SHALL BE AT MERCHANT'S SOLE RISK, AND THAT THE CYBER CHECK SERVICE IS PROVIDED BY OSG LLC ON AN "AS IS" BASIS. OSG LLC MAKE NO REPRESENTATIONS OR WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, IN LAW OR IN FACT, TO MERCHANT OR TO ANY OTHER PERSON, AS TO THE CYBER CHECK SERVICE OR ANY ASPECT THEREOF, INCLUDING (WITHOUT LIMITATION) ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT, AND OSG LLC HEREBY DISCLAIMS ANY AND ALL OF THE SAME.

MERCHANT AGREES THAT NO ORAL OR WRITTEN ADVICE OR

REPRESENTATION OBTAINED FROM ANY OSG LLC EMPLOYEE

OR   REPRESENTATIVE   SHALL   CREATE   A   WARRANTY   OR

REPRESENTATION FOR PURPOSES OF THIS AGREEMENT OR THE CYBER CHECK SERVICE TO BE PERFORMED PURSUANT HERETO.

**22. Limitation of Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW, OSG LLC AND ITS CONTRACTORS', SUPPLIERS' AND RESELLERS' TOTAL LIABILITY TO MERCHANT AND ANY THIRD PARTIES UNDER THIS AGREEMENT WILL BE LIMITED TO THE PAYMENTS MADE BY MERCHANT DURING THE PREVIOUS 12 MONTHS FOR THE CYBER CHECK SERVICE. IN NO EVENT WILL OSG LLC, ITS CONTRACTORS', SUPPLIERS' OR RESELLERS BE

LIABLE TO MERCHANT FOR ANY INDIRECT, SPECIAL, INCIDENTAL,

EXEMPLARY PUNITIVE, TREBLE OR CONSEQUENTIAL DAMAGES

(INCLUDING,  WITHOUT  LIMITATION,  LOSS  OF  BUSINESS,

REVENUE,  PROFITS,  GOODWILL,  USE,  DATA,  OR  OTHER

ECONOMIC  ADVANTAGE),  WHETHER  BASED  ON  BREACH  OF

CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR OTHERWISE, AND WHETHER OR NOT OSG LLC HAS

PREVIOUSLY BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NO CLAIM ARISING OUT OF THIS AGREEMENT,

REGARDLESS OF FORM, MAY BE BROUGHT MORE THAN THE

SHORTER OF TWO YEARS OR THE MINIMUM PERIOD ALLOWED BY LAW AFTER THE CAUSE OF ACTION HAS OCCURRED. THIS SECTION SHALL SURVIVE FAILURE OF ANY EXCLUSIVE REMEDY.

**23. Indemnification and Liability; Third Party Claims.** Merchant hereby agrees to indemnify OSG LLC and each of its parents, subsidiaries and affiliates and their respective officers, directors, employees, members, partners, agents, insurers and attorneys (each an **"Indemnified Party"** and, collectively, the **"Indemnified Parties"**) for, and holds each of the Indemnified Parties harmless from and against, all actions, causes of action, claims, damages, liabilities and expenses (including reasonable attorneys' fees) of any nature or kind (including those by third parties) arising out of, or related to, this Agreement, including all actions, causes of action, claims, damages, liabilities and expenses arising out of, related to or resulting from: (a) Merchant's (i) failure to report required changes, (ii) transmission of incorrect data to OSG

Initial_____

DSTORY000240

substantial as now conducte  or which would adversely affect

Merchant's    financial    condition    or    operations;

(d) Rule Compliance.   Merchant conducts its business, and submits Entries and files in compliance with this Agreement, the Cyber Check Procedures, the laws of the United States and other applicable law and the Rules;

(e) Loss Recovery.   Merchant agrees to undertake reasonable

efforts to cooperate, as permitted by applicable law, in

performing loss recovery efforts in connect with any actions

OSG LLC may be obligated to defend or elect to pursue

against a third party.

21. **No Warranties.** MERCHANT ACKNOWLEDGES AND AGREES

LLC, (iii) failure to maintain compliance with the Rules, (iv)

depositing a Prohibited Check or an electronic representation of a

substitute check; (b) (i) OSG LLC's provision of the Cyber Check Service, (ii) OSG LLC's action or inaction in accordance with, or in reliance upon, any instructions or information received from any person reasonably believed by OSG LLC to be an authorized representative of Merchant, (c) Merchant's breach of

any of Merchant's representations, warranties, covenants or

other agreements or responsibilities under this Agreement and/or

(d) Merchant's breach or violation of any Rules; provided,

however, Merchant is not obligated to indemnify OSG LLC for any damages solely and proximately caused by OSG LLC's gross negligence or willful misconduct.

1(

Initial_____

DSTORY000241

**24. Confidential Information and Proprietary Right in Data.** All

information of a business nature relating to the assets, liabilities or other business affairs disclosed to OSG LLC by Merchant in connection with this Agreement is confidential. Except when allowed by applicable law, OSG LLC shall not disclose or permit access to any such information by any person, firm or corporation. OSG LLC shall take such a tion as shall be reasonably necessary to preserve and protect the confidentiality of such information. Merchant agrees to hold confidential, and to

use only in connection with the Cyber Check Service, all

information furnished to Merchant by OSG LLC Solution or by third parties from whom OSG LLC has secured the right to use in support of the Cyber Check Service, including, but not limited to OSG LLC's product and service pricing structure, system design, programming techniques or other unique techniques. In

addition, should Merchant at any time receive or acquire any

information relating to another OSG LLC Solution customer, Merchant shall promptly return such information to OSG LLC

and not reveal such information to any other party and shall not

make use of such information for its own benefit or otherwise. OSG LLC's and Merchant's obligations and agreements under this paragraph shall not apply to any information supplied that was known to either party prior to the disclosure by the other, is or becomes generally available to the public other than by breach

of this Agreement or otherwise becomes lawfully available on a

non-confidential basis from a third party who is not under an obligation of confidence to either party. Notwithstanding anything to the contrary contained herein, it is understood and agreed by the parties hereto that the performance of the Cyber Check Service is or might be subject to regulation and examination by

authorized representatives of the Comptroller of the Currency,

the Board of Governors of the Federal Reserve System, the Board of Directors of the Federal Deposit Insurance Corporation and/or a state regulatory agency, and Merchant agrees to the release of by OSG LLC of Merchant's reports, information, assurances and other data and information as may be required under

applicable laws and regulations. This clause shall survive the

termination of the Agreement.

**25. Arbitration and Waiver of Jury Trial.** Merchant and OSG

LLC Solution agree that the transactions contemplated in this Agreement involve "commerce" under the Federal Arbitration Act

("FAA"). EVERY CONTROVERSY OR CLAIM BETWEEN MERCHANT

AND ANY INDEMNIFIED PARTY ARISING OUT OF, OR IN ANY

WAY RELATED TO OR RESULTING FROM, THIS AGREEMENT, THE

CYBER CHECK SERVICE OR ANY OTHER SERVICES PROVIDED BY

LIMITED RIGHTS TO APPEAL. THIS ARBITRATION PROVISION IS SUPPLEMENTAL TO, AND NOT IN LIEU OF, ANY OTHER

ALTERNATIVE DISPUTE RESOLUTION PROVISION, AND, IN THE EVENT OF A CONFLICT BETWEEN THIS PROVISION AND ANY OTHER SUCH ALTERNATIVE DISPUTE RESOLUTION PROVISION, THE TERMS OF THIS PROVISION SHALL CONTROL. This agreement to arbitrate disputes will survive the termination this Agreement.

**45. Termination.** This Agreement shall remain in full force and effect from the date hereof until such time as this Agreement is

terminated by either party as hereinafter provided: (a) this

Agreement may be terminated at any time by either party following 10 days' prior written notice; (b) either party shall have the right to terminate this Agreement immediately by giving written notice to the other if such other party: (i) ceases to conduct its business in the ordinary sense, (ii) has any substantial

part of its property become subject to any levy, seizure,

assignment or application for sale for, or by, any creditor or government agency, (iii) is a party to an acquisition or (iv) in the

reasonable judgment of the party seeking termination,

experiences an adverse change in its financial condition or business which impairs the ability of such party to perform its obligations under this Agreement, (v) fails to perform its obligations under this Agreement or defaults under any other agreement between the parties, (vi) makes any warranty or

representation which proves to be false or misleading. (c)

Notwithstanding the foregoing, OSG LLC may immediately terminate this Agreement without notice if, in OSG LLC's sole discretion, OSG LLC determines that Merchant has abused the Cyber Check Service, violated the Rules, regulations, or laws, or OSG LLC believes that it will suffer a loss or other damage if

the Agreement is not terminated. OSG LLC's election to

terminate this Agreement is in addition to any and all other remedies that may be available to OSG LLC and will not affect any obligations Merchant may have to OSG LLC.

**46. Aggregation Account.** Should Merchant utilize e or Affiliate(s)

aggregation account(s), Merchant is responsible for all fees

associated with aggregation accounts, including chargeback fees, return fees, per check item fees and other and all related charges in additional to any applicable Cyber Check Account fees.

Merchant agrees to minimum of mandatory ten percent (10%) rolling reserve equal to one month's total deposit amounts and to

be no less than ten percent (10%) of Merchant's greatest

depositing month. If said merchant terminates its use of

aggregation account without cause reserve amount shall be

OSG LLC, WHETHER BASED IN CONTRACT, TORT OR ANY OTHER

1:

Initial_____

DSTORY000242

LEGAL THEORY, INCLUDING CLAIMS OF FRAUD, SUPPRESSION, MISREPRESENTATION AND FRAUD IN THE INDUCEMENT, WILL BE RESOLVED BY BINDING ARBITRATION UNDER THE FAA. The arbitration will be administered by the American Arbitration Association ("AAA") under its Commercial Arbitration Rules (the "Arbitration Rules"). IF A CLAIM IS SUBMITTED TO ARBITRATION, (A) MERCHANT WILL NOT HAVE THE RIGHT  O GO TO COURT OR TO HAVE A JURY TRIAL; (B) MERCHANT WILL NOT HAVE THE RIGHT TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE ARBITRATION RULES; (C) MERCHANT WILL NOT HAVE THE RIGHT TO HAVE ANY CLAIM ARBITRATED AS A CLASS ACTION UNDER THE ARBITRATION RULES OR UNDER ANY OTHER RULES, WHETHER OF CIVIL PROCEDURE OR OTHERWISE; AND (D) THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING WITH

returned from OSG LLC Solution or its affiliate(s) to Merchant within 90 days of bank account utilization closure. Merchant deposits shall be payable after 30 business days in arrears. Any related aggregation account or Cyber Check Account fees due shall be deducted from Merchant's deposit, or funds to be applied to mandatory reserve. Merchant's utilization of OSG LLC Solution or Affiliate(s) bank account(s) may be terminated at the sole-discretion of OSG LLC Solution or its Affiliate(s) with or without cause at any time.

47. **Audit.** Should Merchant utilize OSG LLC Solution or Affiliate(s) aggregation account(s) in the event OSG LLC Solution or its Affiliate(s) reasonably suspect deceptive or fraudulent activity, all of Merchant's deposits shall be frozen and held in any applicable OSG LLC Solution or affiliate owned bank account until mutually agreed upon resolution is arrived between OSG LLC Solution or its affiliate(s) and the Merchant.

1

An audit may be conducted by OSG LLC Solution, its affiliate(s) or sponsor bank that may require proof of authenticity of all of Merchant's activities (that may include, but is not limited to the following: sales, charges, chargebacks, customer service calls and marketing materials).

**48. Other.**

(a) Attorneys' Fees. In the event of any arbitration or other

adversarial proceeding between the parties concerning this

Agreement, the prevailing party shall be entitled to recover its reasonable attorneys' fees and other costs in addition to any other relief to which it may be entitled.

(b) Successors. This Agreement and all the terms and provisions

herein shall be binding upon, and shall inure to the benefit of, the parties hereto and their respective successors and assigns.

(c) Assignment. No right or interest hereby conferred shall be assignable without the prior written consent of the other party, and any assignment made without such consent shall be null and

void; provided, however that OSG LLC may assign this

Agreement or any part of it to any of OSG LLC's affiliates or to a successor of OSG LLC by merger or acquisition upon written notice to Merchant.

(d) Amendments. OSG LLC may amend the terms of this Agreement at any time, in its sole discretion, by giving notice to Merchant. If required by this Agreement or by applicable law,

notice will be given for the applicable required number of days in

advance of each such amendment. Merchant's continued use of

the Cyber Check Service shall constitute Merchant's agreement

to such amendments. No amendments requested by Merchant shall be effective unless received, and agreed to in writing, by OSG LLC.

(e) No Third Party Beneficiaries. This Agreement shall not be construed to confer any rights or remedies upon any person not a party to this Agreement, whether as a third party beneficiary or otherwise, against Merchant or OSG LLC, their respective successors, assigns and affiliates.

(f) Captions and Headings. The captions and headings contained in this Agreement are for convenience of reference only and shall not be used to limit the applicability or meaning of any provisions of this Agreement.

(g) Entire Agreement. Merchant agrees that this Agreement is the entire statement of the terms and conditions which apply to the subject matter hereof. This Agreement supersedes any prior agreements between the parties relating to the Cyber Check Service.

(h) No Waiver. No delay or omission in the exercise by either party of any right or remedy under this Agreement shall impair any such right or remedy or be construed to be a waiver thereof.

(i) Severability. If any provision of this Agreement is held to be unenforceable, the other provisions shall not be affected, unless it can be reasonably assumed that the parties would not have made the agreement without such provision.

(j) Construction. This Agreement is an agreement between parties who are experienced in sophisticated and complex matters similar to the transactions contemplated by this Agreement, is entered

without reference to its conflict of laws provisions, and applicable federal law.

(l) Relationship of Parties. Merchant hereby agrees that OSG LLC shall each be independent contractors in the performance of their obligations under this Agreement, and nothing contained herein shall be deemed to constitute either party as the agent, representative or franchisee of the other party, or both parties as joint ventures or partners for any purpose.

(m) Notices. Any notice required or permitted to be sent under

this Agreement shall be delivered by hand, by overnight courier, by facsimile, or by registered mail, return receipt requested, to the address of the parties first set forth in this Agreement or to

such other address of the parties designated in writing in

accordance with this subsection.

(n) Force Majeure. Except for the obligation to make payments, nonperformance by either party will be suspended to the extent it is rendered impossible due to force majeure or other causes beyond such party's reasonable control and without such party's

negligent or willful misconduct.

(o) Merchant understands and accepts that OSG LLC and its affiliates are not responsible for the success or failure of Merchant's business, or the success or failure of Merchant's on-line site.

(p) Governing Law; Waiver of Trial by Jury.  THIS AGREEMENT SHALL IN ALL RESPECTS BE GOVERNED BY AND CONSTRUED IN

ACCORDANCE WITH THE LAWS OF THE STATE OF UTAH,

INCLUDING ALL MATTERS OF CONSTRUCTION, VALIDITY AND

PERFORMANCE.   THE PARTIES AGREE TO SUBMIT TO THE

into by both parties in reliance upon the economic and legal bargains contained herein, and shall be interpreted and construed in a fair and impartial manner, without regard to such factors as the party which prepared the instrument or drafted any provision thereof, the relative bargaining powers of the parties or the domicile of any party.

(k) Governing Law. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Utah,

1:

EXCLUSIVE JURISDICTION OF THE STATE OF UTAH; ANY SUIT OR OTHER PROCEEDINGS BROUGHT BY EITHER PARTY TO ENFORCE OR TO DETERMINE MATTERS RELATING TO THIS AGREEMENT OR RELATIONSHIP BETWEEN THE PARTIES HERETO SHALL BE BROUGHT ON I THE STATE OR FEDERAL COURTS IN THE STATE OF UTAH. THIS AGREEMENT WAS EXECUTED IN THE STATE OF UTAH (BY OSG LLC HAVING COUNTERSIGNED IT IN UTAH) AND IS TO BE PERFORMED IN THE STATE OF UTAH (BY REASON ONE OR MORE COMMISSIONS OR PAYMENTS MAY BE REQUIRED TO BE MADE BY OSG LLC IN UTAH).   PARTIES HEREBY WAIVE THE RIGHT TO TRIAL BY JURY OF ANY MATTERS ARISING OUT OF THIS AGREEMENT OR CONDUCT OF RELATIONSHIP BETWEEN PARTIES.

Initial_____

DSTORY000245

# TENGRI BANK

Almaty branch of JSC Tengri Bank confirms of opening of a current account for:
**Customer** TRADERS DOMAIN FX LTD.
**BIN** Redacted 2036
**SWIFT** TNGRKZKX

| № | Number account | Currency |
|---|---|---|
| 1 | Redacted 5790002 | KZT |
| 2 | Redacted 5790004 | RUB |
| 3 | Redacted 5790005 | EUR |
| 4 | Redacted 5790003 | USD |

**Bank correspondent for carrying out international remittances of «Tengri Bank» JSC**

| CURRENCY | COUNTRY | CITY | BANK | ACCOUNT NUMBER |
|---|---|---|---|---|
| USD | Russia | Moscow | **SABRRUMM**<br><br>PAO SBERBANK<br><br>Bank-correspondent:<br><br>THE BANK OF NEW YORK MELLON,<br><br>SWIFT: IRVTUS3NXXX | Redacted 0182 |
| USD | Kazakhstan | Almaty | **EURIKZKA**<br><br>Eurasian Bank<br><br>ALMATY KZ<br><br>Bank-correspondent:<br><br>THE BANK OF NEW YORK MELLON,<br><br>SWIFT: IRVTUS3NXXX | Redacted 0003 |

EXHIBIT
114
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



22 АВГ 2019

DSTORY000246

- ted.safranko9/21/2020, 8:43:38 AM

  Ok ill investigate

- davidstory19/21/2020, 8:37:47 AM

  <at id="8:ted.safranko">ted.safranko</at> Redacted <a
  href="mailto: Redacted @gmail.com"> Redacted @gmail.com</a>
  ****3320 $200.00 Charged back

- davidstory19/21/2020, 7:35:08 AM

  Ok will do

- ted.safranko9/21/2020, 3:58:37 AM

  please send 8000usd to Redacted
  <a
  href="mailto: Redacted @gmail.com"> Redacted @gmail.com<
  /a>

- davidstory19/20/2020, 10:31:05 PM

  Ok will do



- ted.safranko9/20/2020, 10:30:41 PM

  Please send 403.28usd to Redacted
  <a href="mailt Redacted@gmail.com">Redacted@gmail.com</a>

- ted.safranko9/20/2020, 3:26:35 PM

  so we need separate statements under the info page for each deposit method

- ted.safranko9/20/2020, 3:26:22 PM

  too many clients are trying to make multiple deposits and the info is related to
  the crypto deposit method

- ted.safranko9/20/2020, 3:26:06 PM

  <at id="8:live:63f48ce35bf98021">Ivan</at> can you please adjust the
  language on the site to state that clients should not make multiple deposit
  attempts under the FIAT option and that an email will be received when the
  deposit has completed through compliance

Thanks

- davidstory16/17/2020, 7:23:23 AM

  I will update

- davidstory16/17/2020, 7:23:15 AM

  Ok sounds good

- ted.safranko6/17/2020, 7:22:36 AM

  Home Bank
  503 Kaliste Saloom Rd
  Lafayette, LA 70508
  Routing# 265270303

  TD Tran Investments LLC:

  Account# Redacted1902

- ted.safranko6/17/2020, 7:22:21 AM

  Hi David can you update your records with the new bank account info for deposits to us

- davidstory16/11/2020, 6:01:51 PM

  Perfect

- ted.safranko6/11/2020, 6:01:35 PM

  I will contact him too and give him a heads up

- ted.safranko6/11/2020, 6:01:29 PM

  ok no problem



- davidstory16/11/2020, 6:01:21 PM

  Ok we will run it...on a check like that we need at least a two week turn around time to make sure it's cleared. I will call his bank in about a week, week and a half to make sure that the check has gone through and cleared before anything so we can make sure you and us are protected.

- ted.safranko1/4/2021, 10:53:19 AM

  Francisco handles all that stuff

- ted.safranko1/4/2021, 10:53:09 AM

  Oh its probably our statements

- davidstory11/4/2021, 10:45:03 AM

  let me know

- davidstory11/4/2021, 10:44:59 AM

  or i can mail it to you

- davidstory11/4/2021, 10:44:50 AM

  I can give it to francisco and he can open it scan it and send it to you if you like

- davidstory11/4/2021, 10:44:11 AM

  what do you want me to do with it?

- davidstory11/4/2021, 10:44:00 AM

  hi Ted... you received a letter from northbrook bank addressed to you and Saeg Capital general management...

- davidstory112/22/2020, 11:23:59 AM

  YW

- ted.safranko12/22/2020, 11:23:51 AM

  Thanks David

- ted.safranko12/22/2020, 10:55:33 AM

  Receiving Bank:
  Incoming Domestic Wire Instructions
  Beneficiary Bank: The First, A National Banking Association
  6480 US Hwy 98 West
  PO Box 15549
  Hattiesburg, MS 39404-5549



EXHIBIT

117

TO THE DECLARATION OF MAURA M. VISHMEYER
PURSUANT TO 28 U.S.C. § 1746

ABA/Routing No: 065303360
Beneficiary Account Number: Redacted 2712
Beneficiary Account Name: Saeg Capital Limited
Beneficiary Account Address: 335 Slaughter Station Road, Hartly, DE 19953

- ted.safranko12/22/2020, 9:59:31 AM

  Thank you

- davidstory112/22/2020, 9:59:26 AM

  No problem...send me the new account info and I will resend

- ted.safranko12/22/2020, 9:58:59 AM

  My mistake

- ted.safranko12/22/2020, 9:58:56 AM

  I thought you had the new account

- ted.safranko12/22/2020, 9:58:27 AM

  Oh shit

- davidstory112/22/2020, 9:55:58 AM

  Ted the wire i sent Tin yesterday came back as that account is closed <e_m
  a="davidstory1" ts_ms="1608656158011" ts="1608656158" t="61"></e_m>

- davidstory112/22/2020, 9:56:10 AM

  Ted the wire i sent Tin yesterday came back as that account is closed <e_m
  a="davidstory1" ts_ms="1608656158011" ts="1608656158" t="61"></e_m>

- ted.safranko12/21/2020, 1:08:32 PM

  perfect thanks!

- davidstory112/21/2020, 1:08:25 PM

  Yes

- ted.safranko12/21/2020, 1:07:27 PM

DSTORY003934

**CYBER CHECK MERCHANT APPLICATION by OSG Billing LL**

Merchants requiring access to processing Cyber Check payments through OSG Billing LLC Cyber Check Service must apply for a OSG LLC Cyber Check Account.  Aggregator can apply for Cyber Check Account on Merchant's behalf by completing the following Merchant Summary and Authorization Form and submitting the form with supplementary documentation listed below:

**CHECK LIST:**

☐ Completed Cyber Check Application
☐ Articles of Incorporation or equivalent
☐ Copy of voided check or bank letter that clearly identifies bank name, Merchant business name, any applicable Merchant DBA(s), route/transit number and account number
☐ For each authorized contact and/or personal guaranty, a copy of his/her driver's license or passport

| MERCHANT INFORMATION | |
|---|---|
| FULL LEGAL NAME: Tin Tran | DBA NAME (if applicable): |
| Taxpayer ID Number: 83-1036630 | Business Start Date (MM/YYYY): |
| Business Address (Street Address, City, State, Zip) Redacted | Billing Address (Street Address, City, State, Zip) |
| Redacted   Biloxi, MS 39532 | |
| Beachmont Kingstown St Vincent & Grenadines WEBSITE ADDRESS (PLEASE LIST ALL WEBSITES): | Business location (e.g., commercial, industrial, residential): |
| Description of business or service(s), markets served: Crypto Currency | |

| Business Number/customer service Number:     / 833-400-4242 | Business Fax Number | Not Authorized Return Item Fee: $30.00 | Customer Service Email Admin@thetradersdomain.com |
|---|---|---|---|
| Monthly Transaction Volume $ | Reserve 10% | Average Ticket Amount: $ | Largest Ticket Amount: $         (per item) |
| Setup/Configuration Fee: $          (one-time) | Return Item Fee: $25.00 | Per Check Discount Rate: 2.5%      (per item) | Per Check Transaction Fee: $1.65      (per item) |
| OSG Authentication Services: $          (per item) | OSG is the premier check authentication services for Cyber Check. OSG compares customer transaction information against 10 databases to authenticate customer transaction data and protect Merchants against the probability fraud, chargebacks and non-sufficient funds (NSFs). | | |
| Deposit Requirement (for office use only) $       Merchant Initial_____ | | | |

| Depository Account [the following account will be used by OSG LLC to Deposit funds into): | | | |
|---|---|---|---|
| Bank Name: Hancock Whitney Bank | Name on Account: TD Tran Investments LLC | Routing/Transit Number: 065503681 | Bank Account Number: Redacted 7840 |
| **Card Account for Billing** (the following account is *required to be on file and will be used by OSG LLC to collect any fees related to Merchant's Cyber Check Account for a minimum of two weeks from time Cyber Check Account is opened): | | | |
| Bank Name: Hancock Whitney Bank | Name on Account: TD Tran Investments LLC | Routing/Transit Number: 065503681 | Bank Account Number: Redacted 7840 |
| **Checking Account for Billing** (the following  g account is *required to be on file and may be used by OSG LLC to collect any fees related to Merchant's Cyber Check Account for a after two weeks from time Cyber Check Account is opened): | | | |
| Bank Name: Hancock Whitney Bank | Name on Account: TD Tran Investments LLC | Routing/Transit Number: 065503681 | Bank Account Number: Redacted 7840 |

**OTHER BUSINESS INFORMATION**

☐ YES ☒ NO   Has the company and/or principal owners had a bank account frozen or forcefully closed in past 5 years?

1

EXHIBIT
118

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746

Initial   Tt
DSTORY000002

| | YES | X NO | Has the company or/or principal owners filed for bankruptcy or defaulted on debts in the past 10 year? |
| | YES | X NO | Have any of the principal owners of the company been convicted of a felony? |
| | YES | X NO | Does the company have ties to a foreign country (e.g., affiliates, suppliers, vendors, processors and so on)? |
| | YES | X NO | Is the account being opened or operated as an agent for other owners? |
| | YES | X NO | Does the company currently use any other payment products it plans to continue using? |
| | YES | X NO | Does the company engage in Internet gambling activities? |

## PRINCIPA OWNERS (List all owners with  have >20% Ownership share.  Attach a separate sheet if necessary).

| | |
|---|---|
| Name and Title: Fredirick Safranko Owner | Ownership Percentage:  100 |
| Name and Title: | Ownership Percentage: |
| Name and Title: | Ownership Percentage: |

## AUTHORIZED CONTACT INFORMATION

| Authorized Contact Name and Title | Authorized Contact Mobile | Authorized Contact Business Phone | Authorized Contact Email |
|---|---|---|---|
| Fredirick Safranko | Redacted | 833-400-4242 | admin@thetradersdomain.com |

Business Address (Street Address, City, State, Zip)

Griffith Corporate Center Suite 305 , Beachmont Kingstown

Home Address (Street Address, City, State, Zip)

Redacted Scarborough, ON M1V2Z4

| Driver's License Number | Issuing State | Date of Birth: | SSN (or SIN) |
|---|---|---|---|
| Redacted 210 | 12-31-2016 | Redacted 1979 | |

## PERSONAL  GUARANTY

The principal owner, partner, member, or corporate officer below hereby guarantees to OSG LLC the full, prompt, and complete performance of Merchant and Merchant's obligations under this Application, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance hereunder, whether arising before or after termination of the Application, bankruptcy, or dissolution of the business. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of this guaranty, notice of non-payment, or non-performance of a provision of an agreement by Merchant and all other notices or demands regarding this Application. I have read, understood and agreed to be bound by all terms of this guaranty.

| Signature | Name and Title | Date: |
|---|---|---|
| *Tin tran* | Tin Tran Owner | 11/23/19 |

## MERCHANT SIGNATURE AND AUTHORIZATION

I hereby authorize OSG LLC and its affiliates to initiate debit and credit entries to our Depository and Fee Account(s) indicated at the depository financial institution(s) named above, according to the terms stated herein. This authorization shall remain in full force and in effect until OSG LLC receives written notification from Merchant of any intent to terminate this account and at such time and in such manner as to afford OSG LLC a reasonable opportunity to act (minimum 5 business days). In the event prospective merchant is declined for a Cyber Check Account, up to fifty percent of the said Setup/Configuration Fee shall become non-refundable and this decision will be determined at the sole discretion of OSG LL , LLC. I acknowledge that the originations of check drafts must comply will the provisions of U.S. Law. I also understand that I will be liable to pay any NSF fees that may be charged by my bank in the events check drafts are returned. I present and warrant that I am authorized as an authorized representative, principal owner, member, or corporate officer to execute this payment authorization for purpose of enrolling in the OSG LLC Cyber Check service. I hereby agree to indemnify and hold OSG LLC harmless from damage, loss, or claim resulting from all authorized actions hereunder.

| Authorized Signature | Name and Title | Date: |
|---|---|---|
| *Tin tran* | Tin Tran Owner | 11/23/19 |

## CYBER CHECK ACCOUNT TERMS AND CONDITIONS

In consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which is

2

Initial_____ *Tt*

hereby acknowledged, OSG LLC and Merchant, intending to be legally bound, do hereby agree as follows:

**1. Laws, Rules and Procedures.** Merchant acknowledges receipt and agrees to comply with all OSG LLC rules and procedures pertaining to the Cyber Check Service ("Cyber Check Procedures"). The Cyber Check Procedures may be amended from time to time by OSG LLC, and Merchant agrees to be bound by such amendments. Merchant further agrees to comply with, and be bound by, all applicable state or federal laws, rules, regulations, orders, guidelines, operating circulars and pronouncements, affecting check drafts ("Checks") (as that term is defined in Federal Reserve Board Regulation CC ("Reg CC") and drafts, credit card, and Automated Clearing House ("ACH") transactions , including, but not limited to, all rules and procedural guidelines established by the Federal Trade Commission ("FTC"), the Board of Governors of the Federal Reserve, National Check Exchange ("NCE") and any other clearinghouse or other organization which OSG LLC is a member or to which rules OSG LLC has agreed to be bound. These rules and regulations (collectively "Rules") and laws ar incorporated herein by reference. In the event of conflict between the terms of this Agreement and the Rules, the Rules will control. Merchant acknowledges that Merchant has a copy of or has a access to a copy of the rules. It is Merchant's responsibility to ensure that the transactions it engages in under the Cyber Check Service comply with U.S. law, including, but not limited to, sanctions enforced by the Office of Foreign Assets Control ("OFAC") and all rules and regulations promulgated by the Federal Trade Com ission ("FTC"). It shall further be Merchant's responsibility to obtain information regarding such OFAC enforced sanctions. This information may be obtained directly from the OFAC Compliance Hotline at (800) 540-OFAC). Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through the Cyber Check Service. Restricted transactions generally include, but are not limited to, those in which credit, electronic funds transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with participation by others I unlawful internet gambling. OSG LLC will charge Merchant with any fines incurred as a result of non-compliance by Merchant and Merchant

Merchant hereby releases OSG LLC from any and all claims or damages resulting from, or related to, any computer virus or related problems that may be associated with using electronic mail or the internet as well as failures of or interruptions in any electrical, telephone or internet Services. All right, title and interest in and to (a) any and all computer programs, including, but not limited to, the object and source codes therefore, and any and all updates, upgrades, fixes and enhancements thereto and any and all documentation, user guides and instructions pertaining thereto and any and all documentation, user guides and instructions pertaining thereto (everything in this clause (a), collectively "Software"), (b) the Cyber Check Procedures and (c) any and all users guides, instructions and other documentation provided to or used by Merchant with the Cyber Check Service (everything in this clause (c) together with Cyber Check Procedures manual, collectively, the "Documentation") shall be, and remain, the property of OSG LLC or any third party software provider, as applicable. Unless otherwise expressly authorized, Merchant may not (aa) copy, reproduce, transmit, retransmit, disseminate, display, publish, sell, broadcast, circulate, distribute, transfer, assign, commercially exploit, reverse engineer, reverse compile or create derivative works of, the Software in any form or (bb) copy, reproduce, transmit, retransmit, disseminate, display, publish, sell, broadcast, circulate, distribute, transfer, assign, commercially exploit the Documentation.

**4. Security.** OSG LLC may also provide Merchant with, or require Merchant to establish, a User ID and passwords and other procedures (collectively, **"Security Procedures"**) to access the Cyber Check Service. The specific Security Procedures will be described in the Cyber Check Procedures. Merchant agrees to, at all times, (i) safeguard the confidentiality and security of the Cyber Check Procedures, Security Procedures and all other proprietary property or information OSG LLC provides to Merchant in connection with the Cyber Check Service, and (ii) notify OSG LLC immediately if Merchant has any reason to believe the security or confidentiality required by this provision

3



Initial

DSTORY000004

agrees to fully reimburse and/or indemnify OSG LLC for such

charges or fines. The duties of Merchant set forth in the following paragraphs of this Agreement in no way limit requirement of complying with the Rules. Terms not otherwise defined in this Agreement shall have the meaning ascribed to those terms in the Rules.

2. **Merchant Duties.** Merchant agrees to establish and maintain one or more accounts with a financial institution to facilitate

payment of available funds from deposit made by Merchant

("Depository Account"). Merchant will provide OSG LLC the Depository Account Information as part of the Merchant setup process by completing the Merchant Application ("Cyber Check Application"). If Merchant changes the Depository Account,

Merchant agrees to provide one 5 business days advance written

notice to OSG LLC regarding such change. Any Merchant

obligations and authorizations as to the former Depository

Account shall continue forward to the new Depository Account.

3. **Access to Cyber Check Service.** Merchant acknowledges that it is solely responsible for obtaining and maintaining at its own expense, all hardware and applicable software needed to access the Cyber Check Service. OSG LLC is not responsible for, and

has been or may be breached. Merchant acknowledges, understands and agrees the Security Procedures are not designed for the detection of errors. OSG LLC is not, and will not be, obligated to detect errors by Merchant or others, even if OSG LLC takes certain actions from time to time to do so. Merchant is solely responsible for providing for and maintaining the physical, electronic, procedural, administrative and technical security of data and systems in Merchant's possession under Merchant's control. (b) Merchant agrees to educate representatives of

Merchant authorized to use the Cyber Check Service

("Authorized Merchant Representative(s)"), agents, and employees as to the risks of fraud and train such persons to avoid such risks. Merchant agrees that OSG LLC is not responsible for any losses, injuries, or harm incurred by Merchant as a result

of any electronic, email, or Internet fraud.

(c) In the event of a breach of the Security Procedure, Merchant

agrees to assist OSG LLC in determining the manner and

source of the breach. Such assistance shall include, but shall not

be limited to, providing OSG LLC or OSG LLC's agent access to Merchant's hard drive, storage media and devices, systems and any other equipment or device that was used in breach of the Security Procedure. Merchant further agrees to provide to OSG LLC any analysis of such equipment, device, or

4

Initial_____

DSTORY000005

software or any report of such analysis performed by Merchant, Merchant's agents, law enforcement agencies, or any other third party. Failure of Merchant to assist OSG LLC shall be an admission by Merchant that the breach of the Security Procedure

was caused by a person who obtained access to transmitting

facilities of Merchant or who obtained information facilitating the breach of the Security Procedure from the Merchant and not from a source controlled by OSG LLC.

**5. Errors, Cancelations and Amendments to Transactions.**

Merchant shall notify OSG LLC immediately of any transaction

discovers it has initiated or authorized in error. OSG LLC shall use its best efforts to act on a request by merchant to cancel or amend a transaction prior to drafting or depositing, but shall have no liability if such cancelation is not effected.   Merchant shall reimburse OSG LLC for any expenses, losses, or damages OSG LLC may incur in effecting or attempting to affect

Merchant's request for the reversal o a transaction

**6. Account Reconciliation.** Merchant is responsible for detecting

and reporting to OSG     LLC any discrepancy between

Merchant's records and the records that OSG LLC provides to

Merchant via Cyber Check reporting. If the Merchant does not detect and notify OSG LLC of such discrepancy within 10 days of transmitting the file OSG LLC, then such transactions shall be considered correct, and Merchant shall be precluded from asserting such error or discrepancy against OSG LLC.

**7. Update Notice.** Merchant shall provide written notice to OSG LLC of any changes to the information previously provided by Merchant to OSG LLC, including, but not limited to, any additional locations, any changes in business, any new business, the identity of principals and/or owners, the form of business organization, type of goods and services provided and

method of conducting sales. Such notice must be received by

OSG LLC within 5 business days of the change. Merchant shall provide any additional information requested by OSG LLC within 5 business days of the request. OSG LLC retains the right to: (A) review Merchant's Checks, files, check entries,

returned items, and business activities from time to time to

confirm Merchant is conducting business as stated by Merchant at time of the execution of this Agreement and (b) re-price or

terminate the Cyber Check Service based  on changes to

information previously provided to OSG LLC by Merchant.

**8. Financial Information.** OSG LLC may from time to time

request information from Merchant in order to evaluate a

continuation of the Cyber Check Service to be provided by

refuses to give OSG LLC access to Merchant's premises, OSG LLC may terminate the Cyber Check Service according to the provisions hereof.

**9. Fees and Charges.** Merchant agrees to pay OSG LLC the

fees to Merchant and charges set forth in the Cyber Check Application or provided from time to time hereafter to Merchant, and all such other fees and charges as may be agreed upon from time to time by Merchant and OSG LLC. OSG LLC will initiate ACH draft or Card Entries to Merchant's Fee Account to collect

fees and charges for services provided. Should Merchant fail or

refuse to pay any charges under this Agreement, Merchant agrees to pay all collection costs (including reasonable attorney's fees) which may be incurred by OSG LLC. OSG LLC shall have to the right to increase or decrease charges imposed for the Cyber Check Service and will notify Merchant of changes. Merchant's use of Cyber Check Service after changes have been made shall

constitute Merchant's agreement to the same. In addition to the Cyber Check Service fees, Merchant agrees to pay all taxes, tariffs and assessments levied or imposed by any government agency in

connection with the Cyber Check Service, this Agreement, and/or

the software or equipment made available to Merchant

(excluding any income tax payable OSG LLC).

**CYBER CHECK TERMS AND CONDITIONS**

**10. Check Drafting Services.** (a) Merchant desires OSG LLC to provide check drafting services as part of the Cyber Check Services as a third-party check drafter and depositor and/or shipper of check drafts on behalf of, or to Merchant.  These check draft ("Entries" or "Entry") will be processed pursuant to the terms of this Agreement. (b) OSG LLC, at its sole discretion, shall deposit check drafts on behalf of Merchant or send shipment of check drafts to Merchant within 24 hours of transaction receipt

and prior to Cut-Off time (2:00 PM Mountain Standard Time)

during regular Business Days. (c) OSG LLC shall bill Merchant via ACH for Cyber Check Service check drafting fees each Friday of each week for the previous 7-days of Cyber Check Service usage activities. (d) OSG LLC shall bill Merchant via ACH any

and all Cyber Check Service monthly service fees and/or

assessments in advance on or around the 1st (first) day of every month. (e) OSG LLC shall have the right to bill Merchant for

the net actual cost of shipping check drafts OSG LLC incurs

and shall bill Merchant via ACH for the previous 7-days of shipping costs related to Cyber Check Service usage activities.

**11.   Authorizations.** (a)   MERCHANT   WILL   OBTAIN

AUTHORIZATION   FOR   EACH   ENTRY   PRIOR   TO   COMPLETING

5

Initial _____ 𝒯𝓉

DSTORY000006

OSG LLC hereunder and/or adjustments of any limits set by

this Agreement.   Merchant agrees to provide the requested

financial information immediately upon request by OSG LLC, in the form required by OSG LLC.   Merchant authorizes OSG LLC to investigate or reinvestigate at any time any

information provided by Merchant in connection with this

Agreement or the Cyber Check Service and to request reports from credit bureaus and reporting agencies for such purpose.

Upon request by OSG      LLC, Merchant hereby authorizes

OSG LLC to enter Merchant's business premises for the

purpose of ensuring Merchant is in compliance with this

Agreement and to audit Merchant's check draft related activities.

If Merchant refuses to provide the requested financial

information, or if OSG LLC concludes, in its sole discretion, that the credit risk of Merchant is unacceptable, or if Merchant

FIELDS OR PROVIDE SECURE FILE TRANSFERS TO OSG LLC A

CUSTOMER'S (RECEIVER'S) ACCOUNT AND SHALL MAINTAIN

RECORDS OF THE AUTHORIZATION NECESSARY TO RESOLVE DISPUTES FOR TWO YEARS.   Proper authorizations must be in written or oral format. Written authorizations include any

agreements between Merchant and its customer and or any

electronic signature that includes but is not limited to a digital signature or security code. Oral authorizations must either (i) a

tape recording of the oral authorization, or (ii) provide the

customer with a written notice confirming the oral authorization

prior to the Settlement Date of the Entry. Payments initiated

through the Internet will have proper notification and

authorization on the Web site. Merchant must maintain

authorizations for a period of two years after the transaction. OSG LLC Solution reserves the right to request and review all

6

Initial_____

DSTORY000007

authorized records. Upon request, Merchant shall furnish the

original or a copy of the authorization to any affected

Participating Depository Financial Institution, as defined in the
Rules.

(b) Merchant will utilize commercially reasonable methods to

establish the identity of Receiver, and hereby w rrants to OSG
LLC that each such Receiver has authorized Merchant to submit

check draft Entries to its account for settlement of transaction

which Receiver has agreed.
(c) As required by the Rules, Merchant must use commercially
reasonable procedures to verify that routing numbers are valid for
all Entries.
(d) Merchant must conduct an annual audit to ensure that the
financial information it obtains from Receiver is protected by
security practices and procedures that include adequate levels of,
(i) physical security to project against theft, (ii) personnel and
access controls, and (iii) network security.

**12. Originator.** Merchant hereby agrees that Merchant is the

"Originator," as that term is defined by the Rules. Of the check

draft Entries and hereby assumes all of the obligations and
responsibilities of an Originator. Merchant shall establish policies
and procedures to ensure that Merchant is in compliance with the
terms of this agreement at all times. Merchant agrees that OSG LLC
may audit Merchant's check draft Entry activities.

**13. Merchant Representations and Warranties; Indemnity.** With

respect to each and every Entry transmitted by Merchant,

Merchant represents and warrants to OSG LLC and agrees that
(a) each person shown as the Receiver on an Entry received by
OSG LLC from Merchant has authorized the initiation of such Entry
and the debiting of its account in the amount and on

the Effective Entry Date shown on such Entry, (b) such

authorization is operative at the time of the transmittal or
drafting/depositing by OSG LLC as provided herein, (c) Entries
transmitted to OSG LLC by Merchant are limited to those

types of Entries set forth in the Cyber Check Application, (d)

Merchant shall perform its obligations under this Agreement in
accordance with all applicable laws, regulations, and orders,
including, but not limited to, the sanctions laws, regulations and

orders administered by OFAC; laws, regulations or orders

administered by any federal or state laws, regulations or orders
applicable to the providers of check drafting services, and (e)
Merchant shall be bound by and comply with the provision of the

Rules (among other provisions of the Rules). Merchant shall

indemnify OSG LLC against any loss, liability or expense

account number of the Receiver. Merchant acknowledges and

agrees that if an inconsistency between a Receiver's name and

account number exists, the transaction will be initiated based
upon the account number even if it identifies a person different

from the named Receiver. Merchant hereby agrees to be

responsible and liable for any loss incurred by any party including,
but not limited, OSG LLC and/or its licensors. Entries must be

received by OSG      LLC before the OSG LLC 2:00 PM

Mountain Standard Time cut-off ("Cut-Off"). Entries receive after
the Cut-Off shall be deemed to a have been received on the next
Business Day. The total dollar amount of Entries transmitted by
Merchant to OSG LLC on any one Business Day shall not exceed
any limits established by OSG LLC. Merchant may not reinitiate
Entries except as prescribed by the Rules. Merchant further
agrees to comply with batch and item limits set by OSG LLC at
its sole discretion. OSG LLC will have no obligation to process
Entries or bathes that exceed limits set forth.

**15. Errors, Cancellations and Amendment to Entries.** Merchant

shall notify OSG LLC immediately of any Entry Merchant discovers
it has initiated or authorized in error. Merchant shall have no
right to cancel or amend any Entry after its receipt by OSG LLC.
However, OSG LLC may, at its option, accept a cancellation or
amendment by Merchant. If OSG LLC accepts a cancellation or
amendment of an Entry, Merchant must issue the cancellation
or amendment of an Entry prior OSG LLC

creating check draft. If OSG LLC accepts a cancellation or

amendment of an Entry, Merchant hereby agrees to indemnify,
defend all claims and hold OSG LLC harmless from any loss,
damages, or expenses, including but not limited to attorney's
fees, incurred by OSG LLC as the result of its acceptance of the

cancellation or amendment.

**16. Error Detection.** OSG LLC has no obligation to discover and
shall not be liable to Merchant for errors made by Merchant,

including but not limited to errors made in identifying the

Receiver, or an Intermediary or Receiving Depository Financial
Institution ("RDFI") or for errors in the amount of the Entry. OSG
LLC shall likewise have no duty to discover and shall not

be liable for duplicate Entries issued by Merchant.

Notwithstanding the foregoing, if Merchant discovers that any
Entry it has initiated was in error, it shall notify OSG LLC of such
error. If such notice is received no later than 8-hours prior to

the check drafting cutoff time, OSG LLC will utilize reasonable

efforts to initiate an adjusting entry within the time limits

7

Initial ___ _Tt_

DSTORY000008

(including attorney's fees and costs) resulting from or arising out of any breach of any of the foregoing warranties, representations, or agreements.

**14. Transmittal of Entries by Merchant.** Merchant or Authorized Merchant Representative(s) shall initiate the debit or credit Entries hereunder on behalf of and selected by Merchant on the Cyber Check Application on a business day.  For the purposes of this Agreement "Business Day" means Monday through Friday, excluding federal banking holidays. Merchant or Authorized Merchant Representative(s) shall transmit or deliver Entries to

OSG LLC      in computer readable form to the location(s) specified by OSG LLC and in compliance with the formatting and other requirements set forth by OSG LLC.  Merchant shall

have the sole responsibility for the accuracy of the data

transmitted to OSG LLC, including, but not limited to, the amount of the transaction, the bank routing number and the

provided by the Rules. In the event that Merchant makes an error or issues duplicate Entry, Merchant shall indemnify, defend all claims, and hold OSG LLC harmless from any loss, damages, or expenses, including but not limited to attorney's fees, incurred by OSG LLC as result of the error or issuance of duplicate Entries.

**17. Delay or Failure to Transfer Funds.** OSG LLC shall not be liable to Merchant or Receiver for any damages of any kind for any delay in payment, including special, consequential, punitive, or indirect loss or damage. OSG LLC shall not be liable or responsible to Merchant for any delay or failure to create or

deposit check draft(s) for any amount hereunder for any reason

including but not limited to rules, regulations, or policies of the Federal Reserve Board which place an aggregate limit on the

amount a bank can transfer from time to time during any banking

day.   In no event shall OSG LLC be liable to Merchant for

8

attorney's fees incurred by Merchant in any action brought by Merchant under this Agreement.

**18. Data Retention.** Merchant shall retain data on file adequate to permit remaking of Entries for 10 days following the data of their transmittal by OSG LLC as provided herein, and shall provide such data to OSG LLC upon its request. Without limiting the generality of the foregoing provisions, Merchant specifically agrees to be bound by and comply with all applicable provisions of the Rules regarding the retention of documents or

any record, including, without limitation, Merchant's

responsibilities to retain all Items, source documents, and records

of authorization in accordance with the Rules.

**19. Rejection of Entries.** OSG LLC may reject any transaction

or file of transactions which does not comply with the

requirements of this Agreement and may reject any transaction if Merchant is not otherwise in compliance with the terms of the Agreement. OSG LLC has no obligation to notify Merchant of the rejection of an Entry, but OSG LLC may do so at its discretion. OSG LLC shall have no liability to Merchant for rejection of an Entry nor for any failure to notify Merchant of the rejection of an Entry. In the event any transactions are rejected by

OSG LLC for any reason whatsoever, it shall be the

responsibility of Merchant to remake such Entries. Merchant

shall retain and provide OSG LLC, upon request, all

information necessary to remake any Entry or file of Entries within

10 business days after check d aft deposit or ship date.

**GENERAL TERMS AND CONDITIONS**

**20. Merchant General Warranties.** Merchant represents,

warrants and covenants the following to OSG LLC:

(a) Information. All information provided by Merchant to OSG LLC is true, complete and accurate and properly reflects the business, financial condition and principal partners, owners or officers, of Merchant. Merchant is not engaged in, or affiliated with, any businesses, products or methods of selling other than those disclosed by Merchant to OSG LLC;

(b) Authority and Legality. (i) Merchant is authorized to enter into, and perform its obligations under, this Agreement; (ii) the person signing this Agreement on behalf of Merchant is duly authorized to execute this Agreement; (iii) this Agreement is valid and enforceable against Merchant in accordance with its terms; and (iv) the entry into, and performance of, this Agreement by Merchant will not violate any law, or conflict with any other agreement, to which Merchant is subject;

(c) No Litigation. There is no action, suit or proceeding pending or, to Merchant's knowledge, threatened which, if decided adversely, would impair Merchant's ability to carry on its business

THAT MERCHANT'S USE OF THE CYBER CHECK SERVICE SHALL BE AT MERCHANT'S SOLE RISK, AND THAT THE CYBER CHECK SERVICE IS PROVIDED BY OSG LLC ON AN "AS IS" BASIS. OSG LLC MAKE NO REPRESENTATIONS OR WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, IN LAW OR IN FACT, TO MERCHANT OR TO ANY OTHER PERSON, AS TO THE CYBER CHECK SERVICE OR ANY ASPECT THEREOF, INCLUDING (WITHOUT LIMITATION) ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT, AND OSG LLC HEREBY DISCLAIMS ANY AND ALL OF THE SAME.

MERCHANT AGREES THAT NO ORAL OR WRITTEN ADVICE OR

REPRESENTATION OBTAINED FROM ANY OSG LLC EMPLOYEE

OR REPRESENTATIVE SHALL CREATE A WARRANTY OR

REPRESENTATION FOR PURPOSES OF THIS AGREEMENT OR THE CYBER CHECK SERVICE TO BE PERFORMED PURSUANT HERETO.

**22. Limitation of Liability.** TO THE FULLEST EXTENT PERMITTED BY LAW, OSG LLC AND ITS CONTRACTORS', SUPPLIERS' AND RESELLERS' TOTAL LIABILITY TO MERCHANT AND ANY THIRD PARTIES UNDER THIS AGREEMENT WILL BE LIMITED TO THE PAYMENTS MADE BY MERCHANT DURING THE PREVIOUS 12 MONTHS FOR THE CYBER CHECK SERVICE. IN NO EVENT WILL OSG LLC, ITS CONTRACTORS', SUPPLIERS' OR RESELLERS BE

LIABLE TO MERCHANT FOR ANY INDIRECT, SPECIAL, INCIDENTAL,

EXEMPLARY PUNITIVE, TREBLE OR CONSEQUENTIAL DAMAGES

(INCLUDING, WITHOUT LIMITATION, LOSS OF BUSINESS,

REVENUE, PROFITS, GOODWILL, USE, DATA, OR OTHER

ECONOMIC ADVANTAGE), WHETHER BASED ON BREACH OF

CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR OTHERWISE, AND WHETHER OR NOT OSG LLC HAS

PREVIOUSLY BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NO CLAIM ARISING OUT OF THIS AGREEMENT,

REGARDLESS OF FORM, MAY BE BROUGHT MORE THAN THE

SHORTER OF TWO YEARS OR THE MINIMUM PERIOD ALLOWED BY LAW AFTER THE CAUSE OF ACTION HAS OCCURRED. THIS SECTION SHALL SURVIVE FAILURE OF ANY EXCLUSIVE REMEDY.

**23. Indemnification and Liability; Third Party Claims.** Merchant hereby agrees to indemnify OSG LLC and each of its parents, subsidiaries and affiliates and their respective officers, directors, employees, members, partners, agents, insurers and attorneys (each an "**Indemnified Party**" and, collectively, the "**Indemnified Parties**") for, and holds each of the Indemnified Parties harmless from and against, all actions, causes of action, claims, damages, liabilities and expenses (including reasonable attorneys' fees) of any nature or kind (including those by third parties) arising out of, or related to, this Agreement, including all actions, causes of action, claims, damages, liabilities and expenses arising out of, related to or resulting from: (a) Merchant's (i) failure to report required changes, (ii) transmission of incorrect data to OSG

9

Initial _Tt_

DSTORY000010

substantial as now conducte   or which would adversely affect

Merchant's       financial       condition       or       operations;

(d) Rule Compliance.    Merchant conducts its business, and submits Entries and files in compliance with this Agreement, the Cyber Check Procedures, the laws of the United States and other applicable law and the Rules;

(e) Loss Recovery.   Merchant agrees to undertake reasonable

efforts to cooperate, as permitted by applicable law, in

performing loss recovery efforts in connect with any actions

OSG LLC may be obligated to defend or elect to pursue

against a third party.

21.  **No Warranties.**  MERCHANT ACKNOWLEDGES AND AGREES

LLC, (iii) failure to maintain compliance with the Rules, (iv)

depositing a Prohibited Check or an electronic representation of a

substitute check; (b) (i) OSG LLC's provision of the Cyber Check Service, (ii) OSG LLC's action or inaction in accordance with, or in reliance upon, any instructions or Information received from any person reasonably believed by OSG LLC to be an authorized representative of Merchant, (c) Merchant's breach of

any of Merchant's representations, warranties, covenants or

other agreements or responsibilities under this Agreement and/or

(d)  Merchant's breach or violation  of any Rules; provided,

however, Merchant is not obligated to indemnify OSG LLC for any damages solely and proximately caused by CSG LLC's gross negligence or willful misconduct.

16

**24. Confidential Information and Proprietary Right in Data.** All

information of a business nature relating to the assets, liabilities or other business affairs disclosed to OSG LLC by Merchant in connection with this Agreement is confidential. Except when allowed by applicable law, OSG LLC shall not disclose or permit access to any such information by any person, firm or corporation. OSG LLC shall take such a tion as shall be reasonably necessary to preserve and protect the confidentiality of such information. Merchant agrees to hold confidential, and to

use only in connection with the Cyber Check Service, all

information furnished to Merchant by OSG LLC Solution or by third parties from whom OSG LLC has secured the right to use in support of the Cyber Check Service, including, but not limited to OSG LLC's product and service pricing structure, system design, programming techniques or other unique techniques. In

addition, should Merchant at any time receive or acquire any

information relating to another OSG LLC Solution customer, Merchant shall promptly return such information to OSG LLC

and not reveal such information to any other party and shall not

make use of such information for its own benefit or otherwise. OSG LLC's and Merchant's obligations and agreements under this paragraph shall not apply to any information supplied that was known to either party prior to the disclosure by the other, is or becomes generally available to the public other than by breach

of this Agreement or otherwise becomes lawfully available on a

non-confidential basis from a third party who is not under an obligation of confidence to either party. Notwithstanding anything to the contrary contained herein, it is understood and agreed by the parties hereto that the performance of the Cyber Check Service is or might be subject to regulation and examination by

authorized representatives of the Comptroller of the Currency,

the Board of Governors of the Federal Reserve System, the Board of Directors of the Federal Deposit Insurance Corporation and/or a state regulatory agency, and Merchant agrees to the release of by OSG LLC of Merchant's reports, information, assurances and other data and information as may be required under

applicable laws and regulations. This clause shall survive the

termination of the Agreement.

**25. Arbitration and Waiver of Jury Trial.** Merchant and OSG

LLC Solution agree that the transactions contemplated in this Agreement involve "commerce" under the Federal Arbitration Act

("FAA"). EVERY CONTROVERSY OR CLAIM BETWEEN MERCHANT

AND ANY INDEMNIFIED PARTY ARISING OUT OF, OR IN ANY

WAY RELATED TO OR RESULTING FROM, THIS AGREEMENT, THE

CYBER CHECK SERVICE OR ANY OTHER SERVICES PROVIDED BY

LIMITED RIGHTS TO APPEAL. THIS ARBITRATION PROVISION IS SUPPLEMENTAL TO, AND NOT IN LIEU OF, ANY OTHER

ALTERNATIVE DISPUTE RESOLUTION PROVISION, AND, IN THE EVENT OF A CONFLICT BETWEEN THIS PROVISION AND ANY OTHER SUCH ALTERNATIVE DISPUTE RESOLUTION PROVISION, THE TERMS OF THIS PROVISION SHALL CONTROL. This agreement to arbitrate disputes will survive the termination this Agreement.

**45. Termination.** This Agreement shall remain in full force and effect from the date hereof until such time as this Agreement is

terminated by either party as hereinafter provided: (a) this

Agreement may be terminated at any time by either party following 10 days' prior written notice; (b) either party shall have the right to terminate this Agreement immediately by giving written notice to the other if such other party: (i) ceases to conduct its business in the ordinary sense, (ii) has any substantial

part of its property become subject to any levy, seizure,

assignment or application for sale for, or by, any creditor or government agency, (iii) is a party to an acquisition or (iv) in the

reasonable judgment of the party seeking termination,

experiences an adverse change in its financial condition or business which impairs the ability of such party to perform its obligations under this Agreement, (v) fails to perform its obligations under this Agreement or defaults under any other agreement between the parties, (vi) makes any warranty or

representation which proves to be false or misleading. (c)

Notwithstanding the foregoing, OSG LLC may immediately terminate this Agreement without notice if, in OSG LLC's sole discretion, OSG LLC determines that Merchant has abused the Cyber Check Service, violated the Rules, regulations, or laws, or OSG LLC believes that it will suffer a loss or other damage if

the Agreement is not terminated. OSG LLC's election to

terminate this Agreement is in addition to any and all other remedies that may be available to OSG LLC and will not affect any obligations Merchant may have to OSG LLC.

**46. Aggregation Account.** Should Merchant utilize e or Affiliate(s)

aggregation account(s), Merchant is responsible for all fees

associated with aggregation accounts, including chargeback fees, return fees, per check item fees and other and all related charges in additional to any applicable Cyber Check Account fees.

Merchant agrees to minimum of mandatory ten percent (10%) rolling reserve equal to one month's total deposit amounts and to

be no less than ten percent (10%) of Merchant's greatest

depositing month.  If said merchant terminates its use of

aggregation account without cause reserve amount shall be

OSG LLC, WHETHER BASED IN CONTRACT, TORT OR ANY OTHER

1:

Initial  _Tt_
DSTORY000012

LEGAL THEORY, INCLUDING CLAIMS OF FRAUD, SUPPRESSION, MISREPRESENTATION AND FRAUD IN THE INDUCEMENT, WILL BE RESOLVED BY BINDING ARBITRATION UNDER THE FAA. The arbitration will be administered by the American Arbitration Association ("AAA") under its Commercial Arbitration Rules (the "Arbitration Rules"). IF A CLAIM IS SUBMITTED TO ARBITRATION, (A) MERCHANT WILL NOT HAVE THE RIGHT  O GO TO COURT OR TO HAVE A JURY TRIAL; (B) MERCHANT WILL NOT HAVE THE RIGHT TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE ARBITRATION RULES; (C) MERCHANT WILL NOT HAVE THE RIGHT TO HAVE ANY CLAIM ARBITRATED AS A CLASS ACTION UNDER THE ARBITRATION RULES OR UNDER ANY OTHER RULES, WHETHER OF CIVIL PROCEDURE OR OTHERWISE; AND (D) THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING WITH

returned from OSG LLC Solution or its affiliate(s) to Merchant within 90 days of bank account utilization closure. Merchant deposits shall be payable after 10 business days in arrears. Any related aggregation account or Cyber Check Account fees due shall be deducted from Merchant's deposit, or funds to be applied to mandatory reserve. Merchant's utilization of OSG LLC Solution or Affiliate(s) bank account(s) may be terminated at the sole-discretion of OSG LLC Solution or its Affiliate(s) with or without cause at any time.

47. **Audit.** Should Merchant utilize OSG LLC Solution or Affiliate(s) aggregation account(s) in the event OSG LLC Solution or its Affiliate(s) reasonably suspect deceptive or fraudulent activity, all of Merchant's deposits shall be frozen and held in any applicable OSG LLC Solution or affiliate owned bank account until mutually agreed upon resolution is arrived between OSG LLC Solution or its affiliate(s) and the Merchant.

1

Initial_____

DSTORY000013

An audit may be conducted by OSG LLC Solution, its affiliate(s) or sponsor bank that may require proof of authenticity of all of Merchant's activities (that may include, but is not limited to the following: sales, charges, chargebacks, customer service calls and marketing materials).

**48. Other.**

(a) Attorneys' Fees. In the event of any arbitration or other

adversarial proceeding between the parties concerning this

Agreement, the prevailing party shall be entitled to recover its reasonable attorneys' fees and other costs in addition to any other relief to which it may be entitled.

(b) Successors. This Agreement and all the terms and provisions

herein shall be binding upon, and shall inure to the benefit of, the parties hereto and their respective successors and assigns.

(c) Assignment. No right or interest hereby conferred shall be assignable without the prior written consent of the other party, and any assignment made without such consent shall be null and

void; provided, however that OSG LLC    may assign this

Agreement or any part of it to any of OSG LLC's affiliates or to a successor of OSG LLC by merger or acquisition upon written notice to Merchant.

(d) Amendments. OSG LLC may amend the terms of this Agreement at any time, in its sole discretion, by giving notice to Merchant. If required by this Agreement or by applicable law,

notice will be given for the applicable required number of days in

advance of each such amendment. Merchant's continued use of

the Cyber Check Service shall constitute Merchant's agreement

to such amendments. No amendments requested by Merchant shall be effective unless received, and agreed to in writing, by OSG LLC.

(e) No Third Party Beneficiaries. This Agreement shall not be construed to confer any rights or remedies upon any person not a party to this Agreement, whether as a third party beneficiary or otherwise, against Merchant or OSG LLC, their respective successors, assigns and affiliates.

(f) Captions and Headings. The captions and headings contained in this Agreement are for convenience of reference only and shall not be used to limit the applicability or meaning of any provisions of this Agreement.

(g) Entire Agreement. Merchant agrees that this Agreement is the entire statement of the terms and conditions which apply to the subject matter hereof. This Agreement supersedes any prior agreements between the parties relating to the Cyber Check Service.

(h) No Waiver. No delay or omission in the exercise by either party of any right or remedy under this Agreement shall impair any such right or remedy or be construed to be a waiver thereof.

(i) Severability. If any provision of this Agreement is held to be unenforceable, the other provisions shall not be affected, unless it can be reasonably assumed that the parties would not have made the agreement without such provision.

(j) Construction. This Agreement is an agreement between parties who are experienced in sophisticated and complex matters similar to the transactions contemplated by this Agreement, is entered

without reference to its conflict of laws provisions, and applicable federal law.

(l) Relationship of Parties. Merchant hereby agrees that OSG LLC shall each be independent contractors in the performance of their obligations under this Agreement, and nothing contained herein shall be deemed to constitute either party as the agent, representative or franchisee of the other party, or both parties as joint ventures or partners for any purpose.

(m) Notices. Any notice required or permitted to be sent under

this Agreement shall be delivered by hand, by overnight courier, by facsimile, or by registered mail, return receipt requested, to the address of the parties first set forth in this Agreement or to

such other address of the parties designated in writing in

accordance with this subsection.

(n) Force Majeure. Except for the obligation to make payments, nonperformance by either party will be suspended to the extent it is rendered impossible due to force majeure or other causes beyond such party's reasonable control and without such party's

negligent or willful misconduct.

(o) Merchant understands and accepts that OSG LLC and its affiliates are not responsible for the success or failure of Merchant's business, or the success or failure of Merchant's on-line site.

(p) Governing Law; Waiver of Trial by Jury.  THIS AGREEMENT SHALL IN ALL RESPECTS BE GOVERNED BY AND CONSTRUED IN

ACCORDANCE WITH THE LAWS OF THE STATE OF UTAH,

INCLUDING ALL MATTERS OF CONSTRUCTION, VALIDITY AND

PERFORMANCE.   THE PARTIES AGREE TO SUBMIT TO THE

into by both parties in reliance upon the economic and legal bargains contained herein, and shall be interpreted and construed in a fair and impartial manner, without regard to such factors as the party which prepared the instrument or drafted any provision thereof, the relative bargaining powers of the parties or the domicile of any party.

(k) Governing Law. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Utah,

1:

Initial _____  _Tt_
DSTORY000014

EXCLUSIVE JURISDICTION OF THE STATE OF UTAH; ANY SUIT OR OTHER PROCEEDINGS BROUGHT BY EITHER PARTY TO ENFORCE OR TO DETERMINE MATTERS RELATING TO THIS AGREEMENT OR RELATIONSHIP BETWEEN THE PARTIES HERETO SHALL BE BROUGHT ON I THE STATE OR FEDERAL COURTS IN THE STATE OF UTAH.  THIS AGREEMENT WAS EXECUTED IN THE STATE OF UTAH (BY OSG LLC HAVING COUNTERSIGNED IT IN UTAH) AND IS TO BE PERFORMED IN THE STATE OF UTAH (BY REASON ONE OR MORE COMMISSIONS OR PAYMENTS MAY BE REQUIRED TO BE MADE BY OSG LLC IN UTAH).   PARTIES HEREBY WAIVE THE RIGHT TO TRIAL BY JURY OF ANY MATTERS ARISING OUT OF THIS AGREEMENT OR CONDUCT OF RELATIONSHIP BETWEEN PARTIES.

1

Initial_____

DSTORY000015

please send 92.96usd to Redacted
Redacted@icloud.com

- davidstory16/17/2020, 3:42:58 PM

  Ok thanks

- ted.safranko6/17/2020, 3:38:36 PM

  <quote author="davidstory1" authorname="David Story"
  timestamp="1592413461"
  conversation="19:6d19135005e14af5b89bfc0a4dee82c8@thread.skype"
  messageid="1592413461424"
  cuid="7422901650579191195"><legacyquote>[1592413461] David Sto ry:
  </legacyquote><at id=" ">ted.safranko</at> The credit to Redacted
  for $1,700.00 was returned this morning as unable to locate account... can you
  reach out to Redacted and confirm his account number and we will resend
  <legacyquote>

  <<< </legacyquote></quote>Name: Redacted
  Address: Redacted, Pembroke Pines, FC 33029
  Bank Name: Bank of America
  Address: 100 North Tryon Street, Charlotte, NC 28255.
  Account #: Redacted2655
  SWIFT#: BOFAUS3N
  Electronic Routing Number# 063100277
  Wire Routing Number # 026009593

- ted.safranko6/17/2020, 3:37:26 PM

  Ok

- davidstory16/17/2020, 3:28:09 PM

  <at id="8:ted.safranko">ted.safranko</at> <at
  id="8:live:63f48ce35bf98021">Ivan</at> from today forward all echecks will
  show up on the clients accounts as OSG Billing

- ted.safranko6/17/2020, 2:01:18 PM

  ty

- davidstory16/17/2020, 2:00:15 PM

  Ok



DSTORY003554