[11/16/20, 6:40:55 PM] Ted Broker: Here is the update from the bank
[11/16/20, 6:40:57 PM] Ted Broker: The First has not rejected any international wires. The wires are not reaching us. I will forward this confirmation to our rep at Chase along with the one the customer sent on Friday. This confirmation appears to have been sent on 11/10//20. The confirmation we received on Friday was sent 11/12/2020. The wires appear to be sent in foreign currency, British Pounds (GBP) which will require the funds to be converted to US dollars.  International wires can take up to 10 business days or longer for processing to us depending on country of origin, foreign currency exchange, time zone differences and banking holidays. Once our rep from Chase lets us know something on these wires we will let your branch know
[11/18/20, 2:04:33 PM] john: Hey ted just spoke to tin he filled me in give me a call when you can
[11/18/20, 2:08:35 PM] Ted Broker: Ok im not in good reception I saw you called
[11/18/20, 2:08:43 PM] Ted Broker: In tulum looking for wifi
[11/18/20, 2:08:48 PM] john: I saw your email with Oppenheimer.
[11/18/20, 2:08:56 PM] john: Lol not to much WiFi there
[11/18/20, 2:09:31 PM] john: If u can explain to them what they need to do so they can resend funds properly .  I guess they put the wrong names in beneficiary
[11/18/20, 2:09:45 PM] Ted Broker: Yes
[11/18/20, 2:09:47 PM] Ted Broker: I'll take care of that
[11/18/20, 2:09:53 PM] john: Ok thanks
[11/18/20, 2:16:50 PM] Ted Broker: Email sent
[11/18/20, 2:16:54 PM] Ted Broker: You guys were bcc
[11/18/20, 2:26:56 PM] Ted Broker: Tim is resending
[11/20/20, 4:32:12 PM] Ted Broker: Well we got confirm from our bank they are in reception of the wire. Will know exactly when later today or Monday
[11/20/20, 4:32:15 PM] Ted Broker: Great news
[11/20/20, 4:51:57 PM] Robert Collazo: This has been worse then a stripper teasing in a Champaign room
[11/20/20, 4:57:22 PM] Ted Broker: Yup its in
[11/20/20, 4:57:24 PM] Ted Broker: Confirmed
[11/20/20, 4:57:34 PM] Ted Broker: 584,834.80
[11/20/20, 4:57:38 PM] Juan Herman: Holy fuck finally
[11/20/20, 4:57:48 PM] Ted Broker: Ok they finally figured it out
[11/20/20, 4:57:56 PM] Juan Herman: Now we can unleash the beast
[11/20/20, 4:58:06 PM] Ted Broker: Yes sir
[11/23/20, 11:43:52 AM] Ted Broker: Gentlemen the funds have been allocated
[11/23/20, 11:46:47 AM] john: Awesome thank you
[11/23/20, 11:56:15 AM] Ted Broker: No problem.
[2/17/22, 3:10:47 PM] Ted Broker: Ok guys we need to stop sending wires in to MTT9 and no more international wires to us
[2/17/22, 3:11:17 PM] Ted Broker: You guys will need to accept the wires on your end and then domestically send to us.  Our banks are asking for agreements now with these clients and we do not have those
[2/17/22, 3:11:30 PM] Juan Herman: Sounds good moving forward we'll send to new account you gave us
[2/17/22, 3:11:32 PM] john: Ok got it
[2/17/22, 3:11:49 PM] Juan Herman: International to us then to you right
[2/17/22, 3:12:59 PM] Juan Herman: For withdrawals it will come to Algo and then we send to client from our end correct
[2/17/22, 3:13:39 PM] Ted Broker: Yeah
[2/17/22, 3:13:46 PM] Juan Herman: Got it
[2/17/22, 3:13:50 PM] Ted Broker: its getting too tough right now with the banking
[2/17/22, 3:14:03 PM] Juan Herman: All good let us know what we need to do and we adjust no problem brother
[2/17/22, 3:14:21 PM] Ted Broker: appreciate it
[2/17/22, 3:14:30 PM] Ted Broker: Ill get the info in shortly for you
[2/17/22, 3:14:29 PM] john: Exactly whatvere we need to do well do
[2/17/22, 3:14:32 PM] john: Thank you
[3/2/22, 2:02:40 PM] Robert Collazo: Hi Ted,

EXHIBIT

201

TO THE DECLARATION OF MAURA M. VISHMEYER
PURSUANT TO 28 U.S.C. § 1746

[11/29/22, 9:56:13 AM] Ted Broker: Won't know till later this week
[11/29/22, 9:56:18 AM] Ted Broker: Another 4 exchanges went insolvent
[11/29/22, 9:56:30 AM] Ted Broker: And we still have restrictions moving money into savvy
[11/29/22, 9:56:40 AM] Ted Broker: We can't move money directly from Europe into usa
[11/29/22, 9:59:55 AM] john: Wow more exchanges ?? Wtf
[11/29/22, 10:00:39 AM] john: Yea I know restrictions for saavy are still In place until Dec right?
[11/29/22, 10:02:10 AM] john: We heard from  other clients that saavy should have like 25m this week going out  obviously not sure if true just some things we heard
[11/29/22, 10:05:32 AM] Ted Broker: Don't know but the main issue is they are a usa bank and we can't move funds from Europe into them
[11/29/22, 10:05:55 AM] Ted Broker: So we are trying to find bridge solutions
[11/29/22, 10:06:08 AM] Ted Broker: Huh?
[11/29/22, 10:06:59 AM] john: Friend  from another group called me saying he heard that traders was pushing out  25m from saavy to clients this week
[11/29/22, 10:07:39 AM] john: Got it so that's the problem gettign to the us bank
[11/29/22, 10:07:49 AM] Juan Herman: Would it be easier for you to transfer  if we set up our banking offshore ?
[11/29/22, 10:07:51 AM] Ted Broker: That's interesting
[11/29/22, 10:08:24 AM] Ted Broker: Its next to impossible doing offshore banking and then bringing funds into North America
[11/29/22, 10:08:43 AM] Ted Broker: We can't even set up offshore banking as a brokerage
[11/29/22, 10:09:10 AM] john: If we had a offshore account could we use for crypto ? Obviously not 50m but something?
[11/29/22, 10:09:35 AM] Ted Broker: Crypto is not relevant to the discussion we can move crypto we choose not too because we don't want funds trapped
[11/29/22, 10:09:45 AM] Ted Broker: Every exchanger is going insolvent
[11/29/22, 10:09:53 AM] Ted Broker: So if we send money we have a chance of losing it
[11/29/22, 10:09:58 AM] Ted Broker: So we are doing small amounts
[11/29/22, 10:10:12 AM] Ted Broker: Binance is done within  the next 2 to 3 weeks
[11/29/22, 10:10:21 AM] Ted Broker: And that will bring crypto to the ground
[11/29/22, 10:10:28 AM] john: Yea I def understand that
[11/29/22, 10:10:47 AM] Ted Broker: And once usdt and usdc de peg everything will be worthless
[11/29/22, 10:10:57 AM] Ted Broker: And no one will want to do any exchanging
[11/29/22, 10:11:00 AM] john: I know Steve has a Belize account so if there was anyway to get from Belize to Us would be only crypto or try banking
[11/29/22, 10:11:05 AM] john: Yea they go down it's a issue
[11/29/22, 10:11:25 AM] Ted Broker: Belize is very restrictive with intermediary banking
[11/29/22, 10:11:40 AM] Ted Broker: We worked with caye bank in Belize back in 2017
[11/29/22, 10:11:58 AM] Ted Broker: People just have to be patient
[11/29/22, 10:11:58 AM] john: Yea I know you have experience with them
[11/29/22, 10:12:05 AM] Ted Broker: Not much we can do.
[11/29/22, 10:20:24 AM] john: The uK guys have uK accounts they asked if you can send fund there ? They have some pressure from one of their funds so that could help them
[11/29/22, 10:22:52 AM] Ted Broker: We can't send funds from liquidity to other people it has to goto a corporate account
[11/29/22, 10:23:02 AM] Ted Broker: In the broker name
[11/29/22, 10:23:12 AM] john: Got it makes sense
[11/29/22, 10:24:16 AM] john: Ok we'll whatvere info you have please let us know  or any other solutions we can help and Thursday we can  catch up
[11/29/22, 10:24:32 AM] Ted Broker: Will do
[11/29/22, 2:43:06 PM] john: ⟨attached: 00001033-PHOTO-2022-11-29-14-43-06.jpg⟩
[11/29/22, 2:43:12 PM] john: Lol reported it already
[12/2/22, 5:08:50 PM] john: Hey ted On of our  client account number is ▮▮▮▮9619 wants to move to Juan group they he is combining accounts with a friend .  We're happy to have him go if your able to move him to this other traders domain account Account# ▮▮▮▮4116

Redacted

EXHIBIT
202

TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[4/5/21, 12:56:58 PM] Ted Broker: Seems like this ▓▓J.▓▓ person is not providing the correct banking info

[4/5/21, 12:57:22 PM] john: I just emailed her

[4/5/21, 12:57:31 PM] Ted Broker: The processor takes 7-10business days so we are still within that window

[4/5/21, 12:57:44 PM] Ted Broker: ill keep an eye out but we should be good if the clients provided correct info

[4/5/21, 12:58:52 PM] john: Ok the wires have hit a lot faster so that's why everyone asking .

[4/5/21, 1:00:05 PM] Ted Broker: it depends on where we send from

[4/5/21, 1:00:11 PM] john: O ok

[4/5/21, 1:00:11 PM] Ted Broker: some wires we send from our Saeg account

[4/5/21, 1:00:17 PM] Ted Broker: some we send from the processor

[4/5/21, 1:00:23 PM] Ted Broker: to balance everything

[4/5/21, 1:00:35 PM] john: Got it , def want to know for future how to explain .  Should I alwasy say 7-10?

[4/5/21, 1:00:40 PM] Ted Broker: yes

[4/5/21, 1:00:46 PM] Ted Broker: under promise over deliver

[4/5/21, 1:00:48 PM] Ted Broker: so we are safe

[4/5/21, 1:00:55 PM] john: Yep got it

[4/5/21, 1:00:56 PM] Ted Broker: also prevents them from bugging you daily

[4/5/21, 1:01:02 PM] john: All they do lol

[4/5/21, 1:01:08 PM] Ted Broker: like your wire and steves we sent through our accoutns

[4/5/21, 1:01:16 PM] john: Yea exactly

[4/5/21, 1:01:19 PM] Ted Broker: so you get them fast :)

[4/5/21, 1:01:28 PM] john: Lol which  we love

[4/5/21, 1:01:44 PM] Ted Broker: lol yeah I don't need the big bosses on my back LOL

[4/5/21, 1:02:00 PM] Ted Broker: like small amounts its just easier to go through the processor but Ill keep you posted

[4/5/21, 1:02:59 PM] john: Hahahaha got it

[4/5/21, 1:03:23 PM] Ted Broker: Lets see if they pop in tomorrow as Friday was a holiday and it is a ACH not wire so it is slower

[4/5/21, 1:03:35 PM] Ted Broker: ill keep pressing the processor

[4/5/21, 1:03:51 PM] john: Ok got it

[4/5/21, 1:05:54 PM] Ted Broker: I'm going to see if we can get other banks too so we can move faster

[4/5/21, 1:08:15 PM] john: We need ▓▓J.▓▓ ACH or wire info?

[4/5/21, 1:09:42 PM] john: <attached: 00000491-PHOTO-2021-04-05-13-09-41.jpg>

[4/5/21, 1:09:48 PM] john: I had her send me this

[4/5/21, 1:09:58 PM] john: Think the other Info was diffent for routing

[4/5/21, 1:12:11 PM] Ted Broker: ach

[4/5/21, 1:28:43 PM] john: That was the one we gave the 021

[4/5/21, 1:28:51 PM] john: Both are on that pic as wel now

[4/5/21, 1:40:08 PM] Ted Broker: Ok

[4/7/21, 11:24:52 AM] john: Hey buddy ▓▓J.▓▓ hasn't gotten wire yet .  She really needs it so Steve is gonna send to her .  Can we retract her wire and send to 'him or can we see if hers is hitting todya

[4/7/21, 11:32:42 AM] Ted Broker: Ok ill confirm

[4/7/21, 11:49:39 AM] Ted Broker: it should be there today or tomorrow

[4/12/21, 9:51:09 AM] john: ▓▓J.▓▓ s wire hasn't shown as of yet

[4/12/21, 9:51:31 AM] john: Just here and ▓▓L. D.▓▓ hasn't shown

[4/12/21, 9:53:10 AM] Ted Broker: Ok im on ot

[4/12/21, 9:53:12 AM] Ted Broker: It*

[4/12/21, 9:53:19 AM] john: Thank you

[4/12/21, 9:53:32 AM] john: ▓▓L.▓▓ is 7 business days today as well

[4/12/21, 9:54:12 AM] Ted Broker: Yes

[4/13/21, 9:33:44 AM] john: Hey buddy sorry to bother you again ▓▓J.▓▓ writing is already that her wire hasn't hit

[4/13/21, 9:33:54 AM] john: Not sure on ▓▓L.▓▓ yet but as of last night it hasn't

[4/13/21, 10:16:24 AM] Ted Broker: Alright ill check again with the processor to see if anything  came

EXHIBIT

203

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

9:31

← TE **ted.safranko**
● Active now

we told them 20 business days

ted.safranko, 9:23 AM

We are working through them this week

9:24 AM

For august or September? Or both

ted.safranko, 9:24 AM

Both

Its just how fast our bank moves funds

9:24 AM

My man!

Is there any kind of daily or monthly limits I should let the guys know so we can spread requests out and not "clog" the system?

Or maybe single transaction limit

ted.safranko, 9:25 AM

Well we are processing for 50000 clients so we have to manage the flow that way

Type a message

**EXHIBIT**
204
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[2/24/21, 10:34:42 AM] ALGOCAP: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[2/24/21, 10:34:42 AM] Juan Herman: Juan Herman created group "ALGOCAP"
[2/24/21, 10:34:43 AM] ALGOCAP: Juan Herman added you
[2/24/21, 10:34:46 AM] Juan Herman: My brother
[2/24/21, 10:34:50 AM] Juan Herman: I put jhon on the chat
[2/24/21, 10:35:39 AM] Juan Herman: I explained to him how it work w the LP jhon any questions lmk
[2/24/21, 10:39:48 AM] Ted Broker: ok
[8/26/22, 4:38:46 PM] Juan Herman: Good afternoon my brother we need some help down here going into the new week and new month haha
[8/26/22, 4:38:52 PM] Juan Herman: How should we proceed for this new month coming up
[8/26/22, 4:39:08 PM] john: Hey guys
[8/26/22, 4:39:18 PM] Juan Herman: ‹attached: 00000011-GIF-2022-08-26-16-39-18.mp4›
[8/26/22, 4:39:47 PM] john: Yea just wanted to get a update since week ended  and we have a lot pending and we don't wanna block the new month next week
[8/26/22, 4:48:02 PM] Ted Broker: Yes our banking just got shut down today so we are a little behind now
[8/26/22, 4:48:18 PM] john: O shit
[8/26/22, 4:50:42 PM] Ted Broker: Yeah too many rejections
[8/26/22, 4:50:59 PM] Ted Broker: So the bank deems us high risk now as wires came back
[8/26/22, 4:51:20 PM] john: Wow horrible
[8/26/22, 4:51:26 PM] john: So what can you do ?
[8/26/22, 4:51:32 PM] john: Only crypto
[8/26/22, 4:52:48 PM] Ted Broker: No we have other banking
[8/26/22, 4:53:02 PM] Ted Broker: Just doing it on Monday so it takes a day or 2 to move things
[8/26/22, 4:53:20 PM] Ted Broker: September we are moving to full crypto where clients can wire from a wallet
[8/26/22, 4:53:25 PM] Ted Broker: So we remove our own banking
[8/26/22, 4:53:31 PM] john: Yea the wallet you told me about
[8/26/22, 4:54:02 PM] john: We submitted wires this week as well so I won't process any more until you tell me
[8/26/22, 4:54:19 PM] Juan Herman: The pending wires will be canceled and process thru crypto ?
[8/26/22, 4:54:29 PM] john: Or Monday those can go out
[8/26/22, 4:54:40 PM] Juan Herman: To send funds we hold off also until your set up
[8/26/22, 4:54:48 PM] Juan Herman: Only crypto deposits ?
[8/26/22, 4:55:34 PM] Ted Broker: No just wires to cadence
[8/26/22, 4:55:56 PM] john: Ok JJ do u know what that is ?
[8/26/22, 4:56:19 PM] Juan Herman: Let me know if we can get in a 5 minute call
[8/26/22, 4:56:29 PM] Juan Herman: It'll be mischievous easier so we don't bother much brother
[8/26/22, 4:56:29 PM] john: Yea so don't bother you with 100 text
[8/26/22, 4:56:35 PM] Juan Herman: Much easier*
[8/26/22, 4:56:44 PM] Ted Broker: Yeah no problem give me a bit just wrapping up another call
[8/26/22, 4:56:58 PM] Ted Broker: Nothing changes other than banking instructions
[8/26/22, 4:57:08 PM] Ted Broker: For the cadence bank and new onbe
[8/26/22, 4:57:36 PM] Ted Broker: You guys were sending to veritex so that is gone now
[8/26/22, 4:57:42 PM] Juan Herman: Ok sounds good
[8/26/22, 4:58:45 PM] Juan Herman: Let me know when you finish and we'll get on the call
[8/26/22, 5:06:00 PM] Ted Broker: Ok
[8/26/22, 5:40:21 PM] john: ‹attached: 00000043-PHOTO-2022-08-26-17-40-21.jpg›
[8/26/22, 5:41:15 PM] Ted Broker: https://savvywallet.io/
[8/30/22, 9:49:13 AM] john: Hey Ted just wanted to update , we haven't seen any withdrawal approvals for all the pending or funds from the last approvals from last week .
[8/30/22, 9:49:41 AM] Ted Broker: They are still processing
[8/30/22, 9:49:48 AM] Ted Broker: Our banks are working through them
[8/30/22, 9:53:46 AM] Juan Herman: The new bank is set up? Will they clear this week is so we give clients accurate date they're coming after us hard since we have said one thing now they attacking us
[8/30/22, 9:54:51 AM] Juan Herman: A lot of them showing up around asking we just trying to keep things

clear down here since for some is about 30 days
[8/30/22, 9:55:00 AM] Juan Herman: Let us know brother thanks
[8/30/22, 11:20:22 AM] Ted Broker: Yeah unfortunately we can't control how banking is operating
[8/30/22, 11:20:42 AM] Ted Broker: I pass info from what we are told to you guys that is all we can do
[8/30/22, 12:32:34 PM] Ted Broker: Just got the issue.  There was a wire that was requested to be
reversed from the network marketers so that has caused a fraud alert on our banking.
[8/30/22, 12:32:44 PM] Ted Broker: Tin is working on it
[8/30/22, 2:50:27 PM] john: Ok got it thanks for the update
[8/30/22, 3:58:47 PM] Ted Broker: We got some of your wires out I believe
[8/30/22, 4:02:15 PM] john: I Just asked one of the approvals from last Monday they haven't yet so
maybe heading out
[8/30/22, 4:02:31 PM] john: No new approvals in email as well so much be last weeks if so
[8/30/22, 4:04:53 PM] Ted Broker: Yeah the ones from last week
[9/2/22, 9:41:14 AM] john: Hey ted think we down to about half pending from last month which is great 💪
. Some of the early btc still pending not sure if those giving you any problems . If so do you want us to
switch to wire ?
[9/2/22, 4:30:34 PM] Ted Broker: So we are still processing most should clear next week
[9/2/22, 4:30:43 PM] Ted Broker: also we will be up with the Saavy Wallet system Wed of next week
[9/2/22, 4:31:15 PM] Ted Broker: ideally you guys can test it out personally ill help you set that up then we
should try to onboard most of your clients (you guys can handle it i guess) so they can receive wires
directly there
[9/2/22, 4:31:27 PM] Ted Broker: we wont be processing anymore to people directly for wires it will only
go there
[9/2/22, 4:32:47 PM] john: Ok sounds good so I won't processs any more than from what I did already is
that ok ? The stuff we did last week
[9/2/22, 4:34:16 PM] Ted Broker: yeah thats fine
[9/2/22, 4:34:23 PM] john: Ok
[9/2/22, 4:34:42 PM] Ted Broker: then worse case we may just internally transfer the funds there if some
of the clients are set up
[9/2/22, 4:34:52 PM] Ted Broker: but going forward it will be easier to manage it through the wallet system
[9/2/22, 4:34:56 PM] Ted Broker: so we aren't sending 100s of wires
[9/2/22, 4:35:10 PM] Ted Broker: we are just transferring funds to many different wallets.  Then those
clients can do wires or crypto if they want
[9/2/22, 4:35:11 PM] john: Yea no problem I'll freeze until we are set up
[9/2/22, 4:35:19 PM] Ted Broker: we will also be able to do international wires now world wide
[9/2/22, 4:35:22 PM] Ted Broker: in and out
[9/2/22, 4:35:27 PM] john: Ok perfect 👍
[9/6/22, 11:24:06 AM] john: Hey ted I know you said remaining withdrawals will be handled this week just
got 1 client bitching more than rest if you see it on the queue
[9/6/22, 11:24:09 AM] john: ‹attached: 00000077-PHOTO-2022-09-06-11-24-09.jpg›
[9/7/22, 8:50:17 AM] john: Hey Ted GM , let me know what time works for you today so we can go they
Savvvy wallet and catch up .
[9/7/22, 3:30:16 PM] Juan Herman: My brother lmk if you're available  jump on quick call
[9/7/22, 3:35:11 PM] Ted Broker: Yeah just been on calls with the banks
[9/7/22, 3:35:13 PM] Ted Broker: really busy today
[9/7/22, 3:35:26 PM] Ted Broker: as soon as I have an update ill let you know.  we are really in big trouble
with them
[9/7/22, 3:37:14 PM] Juan Herman: Big trouble as in we can't process more wires ? Crypto is the way ?
[9/7/22, 3:37:18 PM] john: O shit sorry
[9/7/22, 3:37:29 PM] john: Yea let us know what we can do. If anything
[9/7/22, 3:37:30 PM] Juan Herman: Whatever we can do brother let us know
[9/7/22, 3:37:36 PM] john: Or just brief us when you have time
[9/7/22, 3:37:46 PM] Ted Broker: Yeah we are being restricted so we are trying to shift funds to saavy to
take over
[9/7/22, 3:40:40 PM] Juan Herman: We will succeed brother no doubt!  just keep us updated because
clients are panicking we trying to calm them down

[9/13/22, 12:58:40 PM] Ted Broker: We are just setting up the email blasts
[9/13/22, 12:58:49 PM] Ted Broker: You guys will get an invite shortly
[9/13/22, 12:59:49 PM] john: Is there daily limits per account since we were gonna do just algo first to catch up on clients
[9/13/22, 1:00:12 PM] Ted Broker: Its basically how much we can transfer around
[9/13/22, 1:00:22 PM] Ted Broker: There are no limits incoming
[9/13/22, 1:01:13 PM] john: But outgoing is there ?
[9/13/22, 1:01:19 PM] john: Crypto or wire
[9/13/22, 1:01:26 PM] Ted Broker: No there isn't you guys control that
[9/13/22, 1:01:35 PM] john: O wow amazing
[9/13/22, 1:01:37 PM] Ted Broker: From your own accounts in the bank
[9/13/22, 1:01:51 PM] Ted Broker: So when we deposit funds to your account you distribute them accordingly
[9/13/22, 1:02:18 PM] john: Got it
[9/14/22, 11:54:52 AM] john: Hey ted , any idea if withdrawls from your regular banks are gonna go out since Friday we haven't had any.
[9/14/22, 11:56:03 AM] Ted Broker: Yes there should be some out today or tomorrow
[9/14/22, 11:56:10 AM] Ted Broker: we are really restricted with movement so they are all in cue
[9/14/22, 11:56:19 AM] john: Got it
[9/15/22, 10:55:06 AM] john: Hey ted , how we looking in savvy any chance we can get on before the thousand of  MLm maniacs set up theirs
[9/15/22, 10:55:07 AM] john: Lol
[9/16/22, 9:02:25 AM] john: Hey Ted  GM. obviously I'm sure ur company emails going crazy still . Trying to get you early lol .
Update Since last Friday only 2 withdrawals went out and we gave all the clients the update  that withdrawals were being processed .  Is there anything that can be done to get some of these out as These client are from the first week of august .  Is it easier if Algo does a withdrawal today to our bank and we pay everyone , or crypto any option we have ?  Anything new on saavy ?
[9/16/22, 11:08:57 AM] Ted Broker: Yes we are working on it
[9/16/22, 11:09:18 AM] Ted Broker: We are limited by our banking as discussed earlier because of the MLM people ruining with incorrect information so we are pushing out transactions daily.
[9/16/22, 11:09:41 AM] Ted Broker: Saavy was ready to go online but they had the wrong SWIFT information and it screwed up our test deposit so we are waiting on them to fix it
[9/16/22, 11:36:44 AM] john: Yea we totally understand the banking issues with the volume that you guys do , just since it was only 2 in a week we were hoping some more would get out at least from beginning of august . Skip us over the MLM guys since they caused this .  🙂
[9/16/22, 11:37:00 AM] Ted Broker: Yeah we aren't doing the MLM guys because of this
[9/16/22, 11:37:05 AM] Ted Broker: more of your wires will complete
[9/16/22, 11:37:25 AM] john: And on savvy got it that should be easy for them to fix . Hopefully next week all is good for you
[9/16/22, 11:44:45 AM] Ted Broker: yeah as soon as we have link
[9/17/22, 2:55:40 PM] john: Hey ted , thank you yesterday we got some wires in to clients . Have a good weekend 👍
[9/17/22, 2:58:54 PM] Ted Broker: Ok perfect
[9/17/22, 2:59:00 PM] Ted Broker: More will be out then on Monday
[9/19/22, 8:13:18 AM] Ted Broker: https://savvywallet.io/  this is the link to start KYC for the bank
[9/19/22, 8:22:14 AM] john: Perfect thank you
[9/19/22, 8:23:04 AM] john: If you got time  later to go over saaavy and some pending stuff let us know so we can get a 5 min call
[9/19/22, 8:23:15 AM] Ted Broker: yes later this morning we can do that
[9/19/22, 8:24:31 AM] Juan Herman: Yes so we can sign up and get on board asap
[9/19/22, 8:24:36 AM] Ted Broker: Yes
[9/19/22, 8:24:47 AM] Ted Broker: the functionality is ready.  we are just using small test groups
[9/19/22, 8:24:58 AM] Ted Broker: to see how deposits/withdrawals go.  so no more Cadence banking
[9/19/22, 8:25:17 AM] Ted Broker: clients can set up accounts and we will send back and forth to their wallets on Saavy

EXHIBIT
206

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

I am not on that group.  Can we schedule a call for Monday.  Going back on chats is not the way to figure things out.  Let us know what works for you on Monday

[2/18/23, 7:20:49 PM] Ted Broker: I dont know who authorized an email to go out like that

[2/18/23, 7:21:07 PM] Ted Broker: Like you guys are an unauthorized fund and you just admitted it to the govt

[2/18/23, 7:21:20 PM] Ted Broker: Like that's really bad news

[2/18/23, 7:25:14 PM] Robert Collazo: You told us to get Legal

We got legal

All everyone cares about is the clients money.  That is it.  Nothing else matters at this point

That is just the reality of the situation that has been now going on for months

We have made endless efforts to resolve

But unfortunately nothing we can do

All we can do is relay the information you give us

And no one believes it anymore

Let us know if you have time to talk on Monday

[2/18/23, 7:28:51 PM] Ted Broker: Yes it's just really bad now

[2/18/23, 7:29:02 PM] Robert Collazo: Ted it's been bad

[2/18/23, 7:29:07 PM] Robert Collazo: It's been bad for a while

[2/18/23, 7:30:21 PM] Robert Collazo: Everyone just wants an end to this and move on

[2/18/23, 7:31:31 PM] Ted Broker: Its been bad because people have been misled

[2/18/23, 7:31:43 PM] Ted Broker: Absorbent  fees were charged

[2/18/23, 7:31:47 PM] Ted Broker: And no value provided

[2/18/23, 7:32:24 PM] Ted Broker: And when you guys blew the accounts the 2nd time we shouldn't have let it continue

[2/18/23, 7:33:04 PM] Ted Broker: Because it put everyone in jeopardy like again now

[2/18/23, 7:37:30 PM] Robert Collazo: Everyone agreed to fees

You new the business

You offered the Pam to us

We had losses

Everyone new they we had the kisses

Everything has been in jeopardy for a long time

When we met we made it clear everyone was out of time

We have been fully transparent and professional since day one

We have been loyal to our clients

Honest to them during all of this

Like I said everyone is just tired and looking for an end to this

[2/18/23, 7:37:44 PM] Ted Broker: Its ok we will talk on Monday

[2/18/23, 7:38:59 PM] Robert Collazo: Thank you

[2/18/23, 7:39:58 PM] Ted Broker: Well I guess jail will be incoming for all

[2/18/23, 7:40:36 PM] Ted Broker: I have not misled anyone

[2/18/23, 7:40:43 PM] Ted Broker: And I have given all the info I can

[2/18/23, 7:41:04 PM] Ted Broker: <attached: 00000927-PHOTO-2023-02-18-19-41-04.jpg>

[2/18/23, 7:41:06 PM] Ted Broker: This is the issue

[2/18/23, 7:41:13 PM] Ted Broker: Clients don't know anything about Traders Domain

[2/18/23, 7:59:31 PM] Robert Collazo: Those are trolls misleading and you know that 100%

All clients know traders domain simply from Met5

[2/18/23, 8:04:58 PM] Ted Broker: Yeah it doesn't make sense

[2/18/23, 8:07:07 PM] Robert Collazo: Hopefully we can figure things out.  Have a good night

Talk Monday

[2/18/23, 8:07:19 PM] Ted Broker: Yeah hopefully

[2/20/23, 12:20:32 PM] Robert Collazo: Hi Ted,

Let us know a good time to talk today thx

[2/20/23, 12:30:23 PM] Ted Broker: Yeah probably later today

[2/20/23, 12:36:32 PM] Robert Collazo: Ok let's us know we'll be available thx

[2/20/23, 6:00:34 PM] Robert Collazo: Hey Ted let us know if you have a window for us thx

**EXHIBIT**

**207**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **chat258717517358106097**

\#   <Redacted>                                                    2/8/2023, 12:27 AM
The managed account agreemt was used majority of time from May to November

\#   <Redacted>                                                    2/8/2023, 12:28 AM
Of 2022

\#   <Redacted>                                                    2/8/2023, 12:28 AM
So from 10/18/2021 start of Pamm to May 2022 was saas agreement

**EXHIBIT**
**208**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **Sims Algo Capital**

\#     **Mike Sims** ◀ Redacted @s.whatsapp.net>          8/23/2020, 7:51 PM
      Did this email go out?

\#     **Mike Sims** ◀ Redacted @s.whatsapp.net>          8/23/2020, 7:52 PM
      Is whoever sending this out using AlgoCapital email?

\#     **john** ◀ Redacted @s.whatsapp.net>          8/23/2020, 8:53 PM
      Comes from docusign or ▮ A. ▮

\#     **Robert Collazo** ◀ Redacted @s.whatsapp.net>          8/23/2020, 9:38 PM
      DocuSign via DocuSign

\#     **Robert Collazo** ◀ Redacted @s.whatsapp.net>          8/23/2020, 9:39 PM
      I recieved it on my end.  I get copies of every contract

\#     **Robert Collazo** ◀ Redacted @s.whatsapp.net>          8/23/2020, 9:39 PM
      Comes direct from docusign sent by ▮ A. ▮

\#     **Mike Sims** ◀ Redacted @s.whatsapp.net>          8/23/2020, 10:31 PM
      Did 500k wire hit yet?

\#     **Robert Collazo** ◀ Redacted @s.whatsapp.net>          8/24/2020, 12:30 AM
      Shows pending

\#     **Robert Collazo** ◀ Redacted @s.whatsapp.net>          8/24/2020, 12:30 AM
      Will hit in AM

\#     **Mike Sims** ◀ Redacted @s.whatsapp.net>          8/24/2020, 12:55 AM
      Ok great

\#     **Robert Collazo** ◀ Redacted @s.whatsapp.net>          8/24/2020, 2:48 AM
      👍

**EXHIBIT**

209

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

# SOFTWARE AS A SERVICE AGREEMENT

This **Software As a Service Agreement** (the "Agreement") is made as of December __, 2018, ("Effective Date") between ▮▮▮▮▮ A R ▮▮▮▮▮ [Redacted], with principal offices at ▮▮▮▮▮▮▮▮▮▮ Jersey City NJ 07302 ("Customer") and Algo Capital, LLC, a Florida limited liability company, with its principal office at 3250 NE 1st Ave, Ste 208, Miami, FL 33137 ("Vendor").

**WHEREAS,** Vendor is in the business of supplying software applications and related services to companies in the financial services industry, including, among other things, algorithmic trading software in the forex and non-security cryptocurrency markets;

**WHEREAS,** Customer is a [entity or person] that desires the use of the Vendor's proprietary algorithmic trading software application products and services; and

**WHEREAS,** Vendor and Customer desire to enter into this Agreement defining their respective rights and responsibilities and memorializing the terms and conditions pursuant to which Vendor will provide to Customer the Services for a fee.

**NOW, THEREFORE,** in consideration of the mutual promises and agreements contained herein, the parties intending to be legally bound hereby agree as follows:

## Definitions

a. **"aaS"** is an acronym for "As A Service" and means the combined software and support services provided in this Agreement.

b. **"Base Components"** means the software environment as specified in Schedule C that Vendor makes available for use by Customer as part of the Service.

c. **"Cloud Hosting"** means the provision of products and services in a hosted, virtualized environment, accessible via the internet.

d. **"Vendor Software"** means Vendor proprietary software applications and user interfaces as defined in Schedule A and made available to Customer by Vendor as part of the Service. Vendor Software may contain third-party components licensed to Vendor.

e. **"Customer Data"** means all data, files, including hypertext markup language files, documents, audio and visual information, graphics, scripts, programs, applets or servlets that Customer creates, installs, uploads to or transfers in or through the Service or provides in the course of using the Service, excluding identification and other information provided by Customer relative to Customer Users.

f. **"Electronic Communications"** shall mean any transfer of signs, signals, text, images, sounds, data or intelligence of any nature transmitted in whole or part electronically to or from the Service.

g. **"Product Support Services"** shall mean the support provided by Vendor to remediate, correct, or abate errors in the Vendor Software.

EXHIBIT

210

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

h. **"Service"** shall mean the software in a hosted environment provided and maintained by Vendor to which Customer is being granted access under this Agreement via activing the Vendor Software as outlined in Schedule A.

i. **"Term"** means any Initial Term and/or Renewal Term as defined in Section 6 of this Agreement.

j. **"Third Party Products"** means application software products provided by third party vendors, including operating system and application software with which the Vendor Software interfaces and which provides certain functionality essential to the operation of the Vendor Software. Third Party Products are licensed to Vendor for incorporation and use in the hosted environment as part of the Service as set forth in the Statement of Work. For the sake of clarity, the term Third-Party Products does not refer to third-party software components or brokerage accounts, if any, incorporated or used by, the Vendor Software.

k. **"User(s)"** means Customer's employees, representatives, consultants, contractors or agents who are authorized to use the Service and have been supplied user identifications and passwords by Customer or on Customer's behalf.

## 1.   PROVISION OF SERVICES

In consideration of the fees paid by Customer under this Agreement, Vendor agrees to provide Customer access to the Service. Specific components of the Service to be provided to Customer are as outlined in the Schedules annexed hereto.

## 2.   LICENSE GRANTS

Subject to the terms and conditions of this Agreement, Vendor grants to Customer during the Term of this Agreement the nontransferable, nonexclusive worldwide right to permit Users to (a) use the Service, including the Base Components thereof (b) use the any training material solely in connection with the Service, all solely for Customer's own internal business operations. Customer acknowledges and agrees that the license granted, for the items listed in Schedule A herein, is not a concurrent user license and that the rights granted to Customer in this Agreement are subject to all of the following agreements and restrictions: (i) the maximum number of Users that Customer authorizes to access the Service shall not exceed the number of licenses Customer has been granted, as set forth in Schedule A; (ii) licenses cannot be shared or used by more than one individual User; (iii) Customer shall not license, sell, rent, lease, transfer, assign, distribute, display, host, outsource, disclose or otherwise commercially exploit or make the Service available to any third party other than an authorized User; (iv) Customer shall not modify, make derivative works of, disassemble, reverse compile, or reverse engineer any part of the Service, including without limitation the Vendor Software and that are provided as a part thereof, or access the Service in order to build a similar or competitive product or service; (v) Customer shall not create Internet "links" to the Service or "frame" or "mirror" any part of the Service, including any content contained in the Service, on any other server or device; (vi) except as expressly stated herein, no part of the Service may be copied, reproduced, distributed, republished, downloaded, displayed, posted or transmitted in any form or by any means, including but not limited to electronic, mechanical, photocopying, recording, or other means; (vii) Customer agrees to make every reasonable effort to prevent unauthorized third parties from accessing the Service; (viii) Customer acknowledges and agrees that Vendor or its Third Party Vendors shall own all right, title and interest in and to all intellectual property rights in the

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

Service and any suggestions, enhancement requests, feedback, or recommendations provided by Customer or its Users relating to the Service or, including all unpatented inventions, patent applications, patent, design rights, copyrights, trademarks, service marks, trade names, know-how and other trade secret rights, and all other intellectual property rights, derivatives or improvements thereof; (ix) unauthorized use, resale or commercial exploitation of any part of the Service in any way is expressly prohibited; (x) Customer does not acquire any rights in the Service, express or implied, other than those expressly granted in this Agreement and all rights not expressly granted to Customer are reserved by Vendor and Third Party Vendors; and (xi) this Agreement is not a sale and does not convey any rights of ownership in or related to the Service, Vendor Software, Third Party Products, to Customer.

## 3.   LICENSES FROM CUSTOMER

Subject to the terms and conditions of this Agreement, Customer grants to Vendor and its Third Party Vendors the non-exclusive, nontransferable worldwide right to copy, store, record, transmit, display, view, print or otherwise use (a) Customer Data solely to the extent necessary to provide the Service to Customer, and (b) any trademarks that Customer provides Vendor for the purpose of including them in Customer's user interface of the Service ("Customer Trademarks"). Customer acknowledges and agrees that Customer Data and information regarding Customer and Customer's Users that is provided to Vendor and its Third Party Vendors in connection with this Agreement may be (a) processed by Vendor and its Third Party Vendors to the extent necessary to provide the Service and (b) transferred outside of the country or any other jurisdiction where Customer and Customer's Users are located.  In addition, Customer acknowledges and agrees that it is Customer's obligation to inform Customer's Users and customers of the processing of Customer Data and information regarding Customer and Customer's Users pursuant to this Agreement and to ensure that such Users and customers have given any necessary consent to such processing as required by all applicable data protection legislation.  Customer shall have sole responsibility for the accuracy, quality, integrity, legality, reliability, appropriateness and copyright of all Customer Data and information regarding Customer and Customer's Users. Customer agrees that the license to the Customer Data shall survive termination of this Agreement solely for the purpose of storing backup Customer Data in accordance with the terms of this Agreement.

## 4.   PROPRIETARY RIGHTS

Customer acknowledges and agrees that the Service and any necessary software used in connection with the Service contain proprietary and confidential information that is protected by applicable intellectual property and other laws.  Customer further acknowledges and agrees that the content or information presented to the Customer through the Service may be protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws.   Except where expressly provided otherwise by Vendor, nothing in the Service, or the Agreement shall be construed to confer any license to any of Vendor's (or its third party manufacturer's, author's, developer's, vendor's, and service provider's ("Third Party Vendors"), intellectual property rights, whether by estoppel, implication, or otherwise.  Without limiting the generality of the

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

foregoing, any names or trademarks of the Vendor Software listed on Schedule A and other Vendor service marks, logos and product service names are marks of Vendor (the "Vendor Marks"). Customer agrees not to display or use the Vendor marks, or the marks of any Third Party Vendor, in any manner without the owner's express prior written permission. Vendor reserves the right to subcontract any or all services provided hereunder to third parties.

## 5. LICENSE FEE, TERM AND PAYMENT

The initial term ("Initial Term") of this Agreement will commence on the Effective Date on a month-to-month basis, until such time as either party provides thirty (30) days' written notice to the other party of its intent to cancel the Agreement. Customer shall pay Vendor the fee detailed in the Payment Schedule set forth below.

Payment Schedule: Customer shall make an initial non-reimbursable setup payment of $250,000.00 (the "Set-Up Fee") to the Vendor prior to activating the Vendor Software.

In addition to the payment of the Set-Up Fee, Customer agrees to pay a monthly licensing fee to the Vendor for the use of the Vendor Software, which shall be calculated as follows: the higher of a) 30% Performance Fee on a High Watermark calculation basis (profit share), or; b) $250,000.00 (the "License Fee").

Invoices shall be payable within five (5) days after receipt thereof. In addition to any remedies Vendor may have pursuant to this Agreement or at law for non-payment, delinquency in payment may result in a delay or suspension of the right to use the Service. In the event Vendor incurs any costs (including reasonable attorney's fees) from efforts collecting overdue fees from Customer, Customer agrees to pay such costs. Customer further agrees to pay all foreign, federal, states, and local taxes, if applicable, to Customer's access to, use, or receipt of the Service.

## 6. TERMS OF SERVICE

### 6.1. Service Extensions or Updates

Customer further agrees that, unless explicitly stated otherwise, any new features that augment or enhance the Service, and or any new service subsequently purchased by Customer pursuant to an amendment accepted by Vendor referencing this Agreement will be subject to this Agreement.

### 6.2. Customer Must Have Internet Access

In order to use the Service, Customer must have or must obtain access to the World Wide Web, either directly or through devices that access Web-based Content. Customer must also provide all equipment necessary to make (and maintain) such connection to the World Wide Web.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

### 6.3.  Email and Notices

Customer agrees to provide Vendor with Customer's e-mail address (es), and to accept emails (or other Electronic Communications) from Vendor at the e-mail address Customer specifies. Notwithstanding any provision in the Agreement to the contrary, acknowledgement by an officer of Customer is not required with respect to e-mail communications pertaining to the Customer's routine use of the Service, including without limitation communications relating to the support, maintenance, or the updating of the Service.  Customer further agrees the Vendor may provide any and all required notices including legal notices to Customer through either e-mail (or other electronic transmission), or by mail or express delivery service in accordance with Section 14.

### 6.4.  Passwords, Access, and Notification

Customer may designate up to the number of Users that corresponds to the number of permitted Users set forth in Schedule A. Customer will provide and assign unique password and user names to each authorized User for each license purchased.  Customer acknowledges and agrees that Customer is prohibited from sharing passwords and or user names with unauthorized users. Customer will be responsible for the confidentiality and use of Customer's (including its employees') passwords and user names.  Customer will also be responsible for all Electronic Communications, including those containing business information, account registration, account holder information, financial information, Customer Data, and all other data of any kind contained within emails or otherwise entered electronically through the Service or under Customer's account.  Vendor will act as though any Electronic Communications it receives under Customer's passwords, User name, and/or account number will have been sent by Customer. Customer agrees to notify Vendor if Customer becomes aware of any loss or theft or unauthorized use of any of Customer's passwords, user names, and/or account number.

### 6.5.  Customer's Responsibilities

Customer agrees to comply with all applicable local, state, national and foreign laws, treaties, regulations and conventions in connection with its use of the Service, including without limitation those related to data privacy, international communications, and the exportation of technical or personal data.  Customer will ensure that any use of the Service by Customer's Users is in accordance with the terms of this Agreement.  Customer agree to notify Vendor immediately of any unauthorized use of any password or account or any other known or suspected breach of security or any known or suspected distribution of Customer Data.  Customer acknowledges and agrees that the Service is subject to the U.S. Export Administration Laws and Regulations. Customer agrees that no part of the Service or information obtained through use of the Service, is being or will be acquired for, shipped, transferred, or re-exported, directly or indirectly, to proscribed or embargoed countries or their nationals, nor be used for nuclear activities, chemical biological weapons, or missile projects unless authorized by the U.S. Government.  Proscribed countries are set forth in the U.S. Export Administration Regulations and are subject to change without notice, and Customer must comply with the list as it exists in fact.  Customer certifies that neither Customer nor any Users are on the U.S. Department of Commerce's Denied Persons List or affiliated lists or on the U.S. Department of Treasury's Specially Designated Nationals List.   Customer agrees to comply strictly with all U.S. export laws and assumes sole

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

responsibility for obtaining licenses to export or re-export as may be required. Any unauthorized use of the Service may violate copyright laws, trademark laws, the laws of privacy and publicity, and communications regulations and statutes. The Customer also certifies that they will not use the Vendor Software to circumvent any applicable Anti-Money Laundering, Bank Secrecy, or Know Your Customer regulations. The Service may use encryption technology that is subject to licensing requirements under the U.S. Export Administration Regulations, 15 C.F.R. Parts 730-774 and Council Regulation (EC) No. 1334/2000.

In addition to its responsibilities in this Agreement, Customer is responsible for all Customer responsibilities indicated in the Schedules attached hereto or entered into pursuant hereto and all other responsibilities not designated as responsibilities of Vendor.

Customer is solely responsible for obtaining all licenses and permissions necessary related to the Content, including without limitation licenses for any third-party software included in the Content.

Customer shall not resell the Services directly or indirectly to third parties.

### 6.6.   Transmission of Data

Customer understands that the technical processing and transmission of Customer's Electronic Communications is fundamentally necessary to Customer's use of the Service. Customer expressly consents to Vendor's interception and storage of Electronic Communications and/or Customer Data, and Customer acknowledges and understands that Customer's Electronic Communications will involve transmission over the internet, and over various networks, only part of which may be owned and/or operated by Vendor. Customer acknowledges and understands that changes to Customer's Electronic Communications may occur in order to conform and adapt such data to the technical requirements of connecting networks or devices. Customer further understands that Electronic Communications may be accessed by unauthorized parties when communicated across the Internet, network communications facilities, telephone, or other electronic means. Customer agrees that Vendor is not responsible for any Electronic Communications and/or Customer Data which are lost, altered, intercepted or stored without authorizations during the transmission of any data whatsoever across networks not owned and/or operated by Vendor.

### 6.7.   Vendor's Support

Vendor will make commercially reasonable efforts to promote Customer's successful utilization of the Service, including but not limited to maintenance and support, providing Customer with phone and on-line help, and product support as set forth in Schedule B. Product Support pertains to support designed to remedy errors in Vendor Software.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

### 6.8.   *Confidential Information*

Each party may have access to information that is confidential to the other party ("Confidential Information"). For purposes of this Agreement, Confidential Information shall include any information that is clearly identified in writing at the time of disclosure as confidential as well as any information that, based on the circumstances under which it was disclosed, a reasonable person would believe to be confidential. Customer's Confidential Information shall include, but not be limited to, Customer Data. A party's Confidential Information shall not include information that (i) is or becomes a part of the public domain through no act or omission of the other party; (ii) was in the other party's lawful possession prior to the disclosure without any obligation of confidentiality and had not been obtained by the other party either directly or indirectly from the disclosing party; (iii) is lawfully disclosed to the other party by a third party without restriction on disclosure; (iv) is independently developed by the other party without use of or reference to the other party's Confidential Information, as established by written records. The parties agree to use commercially reasonable efforts not to make each other's Confidential Information available in any form to any third party. Notwithstanding the foregoing, Customer acknowledges and agrees that Vendor may disclose Customer's Confidential Information to its Third Party Vendors solely to the extent necessary to provide products or services under this Agreement. This Section will not  be construed to prohibit disclosure of Confidential Information to the extent that such disclosure is required by law or valid order of a court or other governmental authority; provided, however, that a party who has been subpoenaed or otherwise compelled by a valid law or court order to disclose Confidential Information (the "Responding Party") shall first have given sufficient and prompt written notice to the other party of the receipt of any subpoena or other request for such disclosure, so as to permit such party an opportunity to obtain a protective order or take other appropriate action. The Responding Party will cooperate in the other party's efforts to obtain a protective order or other reasonable assurance that confidential treatment will be afforded the Confidential Information. If the Responding Party is compelled as a matter of law to disclose the Confidential Information, it may disclose to the party compelling the disclosure only that part of the Confidential Information as is required by law to be disclosed.

Notwithstanding anything to the contrary in this Agreement, Content is not included in Confidential Information as defined above. To the extent Vendor has any access to Content in the course of providing the Services, Vendor's entire obligation to keep Content confidential is stated in this Section below. Vendor shall not, intentionally (i) access Customer's Content or (ii) disclose Customer's Content to any third party, except to the extent: (a) Customer makes its Content publicly available, (b) as necessary for Vendor to provide, or obtain third-party supplier support for, the Services or to provide information requested by Customer, or (c) as specifically authorized by Customer in writing. Vendor's obligation to protect Content from unauthorized use, access or disclosure is: (i) to provide the Security Services specifically set forth in this Agreement and (ii) maintain and enforce the then-current standard Vendor security policies and standards applicable to the Services as practiced at the service locations from which Vendor is providing the Services to Customer.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

The obligations in this Section shall not apply to the recipient of Confidential Information and/or Vendor with respect to Content to the extent disclosure of Confidential Information or Content is required to comply with laws or respond to requests by a regulatory or judicial body and/or as otherwise required for legal process.   In the event that any such disclosure is required, the recipient, and/or Vendor with respect to Content, reserves the right to charge the other party on a time-and-materials basis for recipient's/Vendor's reasonable efforts related to its compliance and response, including, if applicable, reasonable attorney's fees.

## 7.   SUSPENSION/TERMINATION

### 7.1.   *Suspension for Delinquent Account*

Vendor reserves the right to suspend Customer's access and/or use of the Service for any account for which any payment is due but remains unpaid after five day's written notice of such delinquency.   Customer agrees that Vendor shall not be liable to Customer, or to any third party, for any suspension of the Service resulting from Customer's non-payment of the fees as described in this Section.

### 7.2.   *Suspension for Ongoing Harm*

Customer agrees that Vendor may, with reasonably contemporaneous telephonic or electronic mail notice to Customer, suspend Customer's access to the Service if Vendor reasonably concludes that Customer's use of the Service is causing immediate and ongoing harm to Vendor or others.   Vendor will use commercially reasonable efforts to resolve the issues causing the suspension of Service.   Customer agrees that Vendor will not be liable to Customer or to any third party for any suspension of the Service under such circumstances as described in this Section.

### 7.3.   *In the Event of a Breach*

A. Either party may terminate this Agreement upon sixty (60) days' written notice to the other party in the event of a breach of any material obligation under this Agreement, provided that the alleged breach is not cured during the sixty (60) day notice period.   Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service.

B. Customer may cancel this Agreement, to be effective at the end of the then current Term, by providing Vendor with at least thirty (30) days' prior written notice

### 7.4.   *Handling of Customer Data In the Event of Termination*

Customer acknowledges and agrees that following termination of this Agreement, Customer shall return all related materials to Vendor and Vendor may immediately deactivate Customer's account.   Furthermore, unless otherwise agreed-upon by the Parties in writing, Vendor shall remove or overwrite all applicable Content from Vendor's systems following the effective date of termination or cancellation. Prior to any such deletion or destruction, however, Vendor shall either (1) grant Customer reasonable access to the Service for the sole purpose of Customer retrieving Customer Data or (2) transfer all Customer Data to other media for delivery to

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

Customer.  Customer agrees that Vendor shall not be liable to Customer or to any third party for any termination of Customer access to the Service or deletion of Customer Data, provided that Vendor is in compliance with the terms of this Section.  Notwithstanding the foregoing, nothing shall preclude Vendor from maintaining one copy of Customer Data if required by law.

### 8.5    *Handling of Application In the Event of Termination*

Customer data, Customer license keys used in hosting, accessing brokerage accounts, and Customer application documentation updated during the period by application support would be returned to the Customer within fifteen (15) days of the effective date of termination.

## 8.    MODIFICATION/DISCONTINUATION/MAINTENANCE

### 8.1.    *Modification to or Discontinuation of the Service*

Vendor reserves the right at any time and from time to time to modify, temporarily or permanently, the Service (or any part thereof), provided such modification does not diminish the functionality of the Service to the Customer on which the Customer materially relies. Notwithstanding the foregoing, except for routinely scheduled down time, or as otherwise provided in this Agreement, Vendor shall use commercially reasonable efforts to notify Customer prior to any such modification; further, Vendor shall consider the Customer's validation needs and requirements in connection with any modification of the Service and, except as otherwise noted in Section 8.3, shall validate the Service as modified to the same extent provided in the Schedules.  Customer acknowledges that Vendor reserves the right to discontinue offering the Service at the conclusion of Customer's then current Term.  Customer agrees that Vendor will not be liable to Customer or any third party for any modification or discontinuance of the Service as described in this Section 9.

### 8.2.    *Modification to Third Party Software and Support Cost*

In the event that Vendor incur any increased cost from Third party software licenses or annual support fees during the term of this agreement, Vendor reserves the right to pass these costs onto the Customer.

### 8.3.    *Maintenance*

In order to perform maintenance, including application upgrades, there will be routinely scheduled down time.  Customer shall give Vendor one (1) week notice in the event that such routinely schedule maintenance conflicts with its operations at a critical time.  Upon the receipt of such notice, the parties shall work together to find a mutually convenient time to perform such maintenance.  Vendor further reserves the right on approximately a monthly basis to issue new releases in which Vendor adds functionality to the Service.  Customer acknowledges that these periodic major releases can take several hours to complete (up to eight hours).  Vendor shall consult with the Customer and, unless otherwise agreed upon, shall install such major releases during routinely scheduled down time as set forth above

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

In the event that Vendor, in its sole discretion, determines that any unscheduled maintenance is necessary, Vendor will use commercially reasonable efforts to notify Customer as soon as it becomes aware of such need.

## 9.   WARRANTIES

### 9.1.   *Warranty of Functionality*

Vendor warrants to Customer during the Term of this Agreement that the Service will comply with the material functionality described in the Schedule A and that such functionality will be maintained in all material respects in subsequent upgrades to the Service, subject to risks outlined in Section 10.   Customer's sole and exclusive remedy for Vendor's breach of this warranty shall be that Vendor shall use commercially reasonable efforts to correct such errors or modify the Service to achieve the material functionality described in within a reasonable period of time.   However, Vendor shall have no obligation with respect to this warranty claim unless notified of such claim within (30) days of the first material functionality problem.   Further, Vendor shall have no obligation with respect to this warranty claim, and Customer may not terminate the Agreement, where any alleged nonconformity is due to User error as reasonably determined by the parties after investigation and analysis by Vendor.   Vendor does not warrant that the Service will be free of non-material errors, bugs, or minor interruption, or that all such errors will be corrected.

### 9.2.   *Data Maintenance and Backup Warranty*

In the event of a breach of this provision, Vendor will use commercially reasonable efforts to correct Customer Data or restore Customer Data within three (3) business days (or as otherwise agreed in writing between the parties depending upon the back-up options selected by Customer).   Provided Vendor complies with the procedures set forth in Schedule D, it shall be deemed to have satisfied its obligation with respect to this warranty.

### 9.3.   *Non-Infringement Warranty*

Vendor warrants that it is the sole owner of and or has full power and authority to grant the license and use of the Service and other rights granted by the Agreement to Customer with respect to the Service and that neither the performance by Customer in its utilization of the Service, nor the license of and authorized use by Customer of the Service as described herein, will in any way constitute an infringement or other violation of any U. S. copyright, trade secret, trademark, patent, invention, proprietary information, non-disclosure, or other rights of any third party.

## 10.   DISCLAIMER OF WARRANTIES

10.1 EXCEPT AS OTHERWISE STATED IN SECTION 10 ABOVE, VENDOR DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, PROFITABLE, UNINTERRUPED OR ERROR FREE, OR THAT THE SERVICE WILL MEET CUSTOMER REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE SYSTEM THAT

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

MAKES THE SERVICE AVAILABLE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THE SERVICE WILL OPERATE IN COMBINATION WITH OTHER HARDWARE, SOFTWARE, SYSTEMS OR DATA NOT PROVIDED BY VENDOR OR THE OPERATION OF THE SERVICES WILL BE SECURE OR THAT VENDOR AND ITS THIRD PARTY VENDORS WILL BE ABLE TO PREVENT THIRD PARTIES FROM ACCESSING CUSTOMER DATA OR CUSTOMER'S CONFIDENTIAL INFORMATION, OR ANY ERRORS WILL BE CORRECTED OR ANY STORED CUSTOMER DATA WILL BE ACCURATE OR RELIABLE.  THE WARRANTIES STATED IN SECTION 9 ABOVE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY VENDOR.  THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  EXCEPT AS STATED IN SECTION 10 ABOVE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY.  CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR THE CUSTOMER'S PURPOSE.

### 10.2 RISK DISCLOSURE FOR FINANCIAL INSTRUMENTS TRADING

Trading financial instruments on margin carries a high level of risk and may not be suitable for all investors. The high degree of leverage can work against Customer as well as for Customer. Before deciding to trade or invest in financial instruments Customer should carefully consider Customer investment objectives, level of experience, and risk appetite. Customer could sustain a loss of some or all of Customer investment and therefore Customer should not invest money that Customer cannot afford to lose. Customer should be aware of all the risks associated with financial instruments trading and also seek advice from an independent financial advisor.

### 10.3 MARKET INFORMATION AND OPINIONS

All opinions, news, research, analysis, prices or other information contained or provided with this service are provided as general market commentary and it is not intended to be investment advice. Vendor will not accept liability for any loss or damage, including, but without limitation to, any loss of profit and trading loss, which may arise directly or indirectly from use of or reliance on such information.

### 10.4 INTERNET TRADING RISKS

There are risks associated with use of all internet-based deal trading and order entry systems. These include but are not limited to, the failure of hardware, software and internet connections. Vendor does not control signal power, its reception or routing via the internet, configuration of Customer equipment or reliability of Customer connection and cannot be responsible for communication failures, distortions or delays when trading via the internet. Customer may employ back-up systems and contingency plans to minimize the possibility of system failure, and trading via telephone may be available.

### 10.5 ACCURACY OF INFORMATION

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

The content on the information provided with any strategy provided under this contract is subject to change at any time without notice and is provided for the sole purpose of assisting traders in making independent investment decisions. Vendor has taken reasonable measures to ensure the accuracy of the information. However Vendor does not guarantee its accuracy and will not accept liability for any loss or damage which may arise directly or indirectly from the content or Customer inability to understand the provided information, or for any delay in or failure of the transmission or the receipt of any instruction or notification.

### 10.6 MARKET RISKS and ONLINE TRADING FINANCIAL INSTRUMENTS

Trading platforms provide order entry and tracking of orders. All stoploss, limit and entry orders are intended to minimize slippage but no guarantee can be made that it will do so, especially in volatile market conditions. Trading on-line, no matter how convenient or efficient does not necessarily reduce risks associated with trading of any financial instruments.

Factors that are particularly likely to affect price and interest rate levels and volatility, and thus trading volumes, include: global and domestic economic, political and market conditions; concerns over inflation, deflation, legislative and regulatory changes, government fiscal and monetary policy - including actions by the Federal Reserve, other foreign monetary units governing bodies, and investor and consumer confidence levels; weather conditions including hurricanes and other significant events, natural and other unnatural disasters like large oil spills that impact the production of commodities; war, acts of terrorism and any unforeseen market closures or disruptions in trading; real and perceived changes in the supply and demand of commodities underlying the Vendor's service, including changes as a result of technological improvements; and credit quality of market participants, the availability of capital and the levels of assets under management. Any one or more of these factors may reduce trading activity, which could make the use of the Vendor Software less attractive, and in turn could further discourage existing and potential market participants and thus accelerate a decline in the level of trading activity and potentially related services such as data. Further, most of these factors are beyond the Vendor's control if any of these unfavorable conditions were to persist over a lengthy period of time and trading volumes were to decline substantially and for a long enough period. Global financial markets conditions and decreased trading volume may impact the Vendor Software's performance. The conditions in global financial markets will impact the Vendor Software's performance

Price movements for commodity interests are influenced by, among other things: changing supply and demand relationships; trade, fiscal, monetary, and exchange control programs and policies of governments; US and foreign political and economic events and policies; changes in national and international interest rates and rates of inflation; currency devaluations and revaluations; and emotions of the marketplace. None of these factors can be controlled by the Vendor and no assurance can be given that the Algorithmic trading will result in profitable trades, or that Customer will not incur substantial losses.

Revenues may decline due to competition from other alternative trading systems. A dramatic increase in computer-based or other electronic trading may adversely affect the Vendor

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

Software's trading revenues, reduce participating in trading and associated access to market information and lead to the creation of new and stronger competitors. If the Vendor is unable to keep up with rapid changes in technology and client preferences, the Vendor may not be able to compete effectively. The Vendor uses some open-source software in its technology, most often as small components within a larger product or service, to augment algorithms, functionalities or libraries the Vendor, its subsidiaries, or its affiliates create, and the Vendor may use more open-source software in the future. Open-source code is also contained in some third-party software the Vendor relies on. The Vendor Software may be harmed by computer and communications systems failures and delays. The Vendor and third party licensors support and maintain many of the systems that comprise of the Vendor Software and electronic platforms. The Vendor's or third party's failure to monitor or maintain these systems, or to find replacements for defective components within a system in a timely and cost-effective manner when necessary, could have a material adverse effect on the Vendor Software's performance.

The Vendor's systems, or those of its third party providers, may fail or be shut down or, due to capacity constraints, may operate slowly, causing one or more of the following: unanticipated disruption in service to its participants; slower response time and delays in its participants' trade execution and processing; incomplete or inaccurate accounting, recording or processing of trades; distribution of inaccurate or untimely market data to participants who rely on this data in their trading activity; or financial loss. The Vendor may experience system failures due to power or telecommunications failures, human error on the part of the Vendor's employees or on the part of its vendors or participants, natural disasters, fire, sabotage, hardware or software malfunctions or defects, computer viruses, cyber attacks, intentional acts of vandalism or terrorism and similar events. If any one or more of these situations were to arise, they could result in damage to the Vendor Software or electronic platform, which could prompt participants to trade elsewhere or expose the Vendor to litigation or regulatory sanctions. As a consequence, the Vendor Software's performance could suffer materially. Heavy use of computer systems during peak trading times or at times of unusual market volatility could cause those systems to operate slowly or even to fail for periods of time. However, the Vendor cannot assure the Customer that its estimates of future trading volume will be accurate or that the Vendor's systems will always be able to accommodate actual trading volume without failure or degradation of performance. Although many of the Vendor's systems are designed to accommodate additional volume and products and services without redesign or replacement, the Vendor will need to continue to make significant investments in additional hardware and software and telecommunications infrastructure to accommodate the increases in volume of order and trading transaction traffic and to provide processing and other services to third parties. If the Vendor cannot increase the capacity and capabilities of its systems to accommodate an increasing volume of transactions and to execute the Vendor's business strategy, its ability of its Vendor Software to achieve profitability would be adversely affected. The Vendor's systems and those of its third party service providers may be vulnerable to security risks, hacking and cyber attacks, which could result in wrongful use of the Vendor's and Customer's information.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

### 10.7 NO ASSURANCES

This agreement does not make any assurance that use of the Vendor Software will be profitable. Because automated trading, trading software and investment advisory services, like many other industries, historically has been categorized by rapid regulatory changes and intense competition, specific market conditions may result in occasional or permanent reduction in the gains and amount of capital in the Customer's brokerage account. Trading volume on the Vendor's platform is driven by the degree of volatility - the magnitude and frequency of fluctuations - in prices and levels of the underlying commodities, forex, financial benchmarks or other instruments. Volatility increases the need to hedge price risk and creates opportunities for speculative or arbitrage trading. Were there to be a sustained period of stability in the prices or levels of the underlying commodities, securities, forex, benchmarks or other instruments, the Vendor Software may experience lower trading volumes, slower growth or declines in profitability.

### 11.8 REGULATORY RISKS

The Vendor's businesses and those of many of its clients have been and continue to be subject to increased legislation and regulatory scrutiny, and the face the risk of changes to this regulatory environment and business in the future. The Vendor is and will continue to be subject to extensive regulation in the jurisdictions around the world in which it operates, and in particular in the U.S. The Vendor faces the risk of significant actions by regulatory and taxing authorities in all jurisdictions in which the Vendor conducts its businesses and hold investments that may affect its business, the activity of its market participants, and as a consequence, the Vendor Software's results. Among other things, as a result of regulators enforcing existing laws and regulations, the Vendor could be censured, fined, prohibited from engaging in some of its business activities, subjected to limitations or conditions on its business activities or subjected to new or substantially higher taxes or other governmental charges in connection with the conduct of the Vendor's business or with respect to its employees. The Vendor's compliance and risk management methods, as well as the Vendor's fulfillment of its regulatory obligations, might not be effective. The Vendor's ability to comply with complex and changing laws and rules is largely dependent on its establishment and maintenance of compliance, audit and reporting systems. While the Vendor has policies and procedures to identify, monitor and manage its risks and regulatory obligations, the Vendor cannot assure that its policies and procedures will always be effective or that the Vendor will always be successful in monitoring or evaluating the risks to which the Vendor is or may be exposed. If the Vendor fails to comply with any of these obligations, regulators could take a variety of actions that could impair the Vendor's ability to conduct its business.

## 11.   LIMITATIONS OF LIABILITY

12.1     *No Consequential Damages*

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR EXEMPLARY, PUNITIVE, SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES INCLUDING WITHOUT LIMITATION, INTERRUPTION OF BUSINESS, LOST PROFITS, LOST OR CORRUPTED DATA OR CONTENT, LOST REVENUE ARISING OUT OF THIS AGREEMENT (INCLUDING WITHOUT LIMITATION THE SERVICE, THE USE OF THE SERVICE OR THE INABILITY TO USE SERVICE), EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

12.2     *DIRECT DAMAGE LIMITATIONS*

12.2.1 IN NO EVENT SHALL THE AGGREGATE LIABILITY OF VENDOR OR ANY THIRD PARTY VENDORS ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, INCLUDING ANY LICENSE, USE, OR OTHER EMPLOYMENT OF THE SERVICE, WHETHER SUCH LIABILITY ARISES FROM ANY CLAIM BASED ON BREACH OR REPUDIATION OF CONTRACT, BREACH OF WARRANTY, TORT, OR OTHERWISE, EXCEED THE TOTAL AMOUNTS ACTUALLY PAID BY CUSTOMER IN THE ONE (1) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH CLAIM.    THERE SHALL BE ONLY ONE AGGREGATE LIABILITY CAP UNDER THIS AGREEMENT EVEN IF THERE ARE MULTIPLE CLAIMS; EACH CLAIM SHALL REDUCE THE AMOUNT AVAILABLE IN THE AGGREGATE LIABILITY CAP.

12.2.2 EXCEPT FOR A FAILURE OF VENDOR TO COMPLY WITH ITS OBLIGATIONS WITH RESPECT TO BACKUP SERVICES, AND SUBJECT TO SECTION 12.2.1 ABOVE, VENDOR SHALL NOT BE LIABLE FOR ANY DAMAGES RESULTING FROM THE LOSS OR CORRUPTION OF ANY DATA OR CONTENT WHETHER RESULTING FROM DELAYS, NONDELIVERIES, MISDELIVERIES, SERVICE INTERRUPTIONS OR OTHERWISE.

12.3   *EXCLUSIONS*

THE LIMITATIONS OF LIABILITY SET FORTH IN SECTIONS 12.1 AND 12.2 SHALL NOT APPLY WITH RESPECT TO: (I) DAMAGES TO PERSONS AND/OR TANGIBLE PROPERTY OCCASIONED BY THE WILLFUL MISCONDUCT OR GROSS NEGLIGENCE OF A PARTY, (II) BREACHES BY CUSTOMER OF LICENSE TERMS APPLICABLE TO VENDOR PROVIDED SOFTWARE AND THIRD PARTY PRODUCTS AS SET FORTH IN SECTION 2 ABOVE, (III) CUSTOMER'S UNAUTHORIZED USE OF VENDOR'S OR THIRD PARTY VENDOR'S INTELLECTUAL PROPERTY, MATERIALS OR ASSETS; (IV) DAMAGES INCURRED AS A RESULT OF A BREACH BY A PARTY OF ITS OBLIGATIONS UNDER SECTION 7.8 THAT RESULT IN THE DISCLOSURE OF CONFIDENTIAL INFORMATION OF THE OTHER PARTY, OR (V) CLAIMS THAT ARE THE SUBJECT OF INDEMNIFICATION PURSUANT TO SECTION 13 (WHICH ARE SUBJECT TO THE LIMITS, IF ANY CONTAINED THEREIN).   DAMAGES AS LIMITED BY THIS SECTION 12 ARE CUSTOMER'S SOLE AND EXCLUSIVE REMEDY IF

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

ANOTHER REMEDY IS PROVIDED AND SUCH REMEDY IS DEEMED TO FAIL OF ITS ESSENTIAL PURPOSE.

## 12. INDEMNIFICATION

### 12.1. *Personal Injury and Property Damage*

Each party (the "**Indemnifying Party**") agrees to defend at its expense and indemnify and hold harmless the other party and its affiliates, directors, officers, employees, agents, successors and assigns (each an "**Indemnified Party**"), in accordance with the procedures described in this Section, from and against any and all losses, costs, damages, liabilities and expenses including without limitation, reasonable legal fees and expenses paid to or for the benefit of an unaffiliated third party (collectively, "**Losses**") arising from or in connection with any such third party claim for: (i) the death or bodily injury of any person caused by the negligence or willful misconduct of the Indemnifying Party; or (ii) the damage, loss or destruction of any real or tangible personal property caused by the negligence or willful misconduct of the Indemnifying Party.

### 12.2. *Infringement*

Vendor will indemnify, defend and hold harmless Customer for Losses Customer incurs as a direct result of any unaffiliated third party claim based on any claim that the Service infringes any U.S. copyright, trademark or trade secret, except to the extent resulting from (i) Customer's modification of the Service or combination by Customer the Services with other products or services if the Service would not have been infringing but for such combination or modification, (ii) Customer's use of the Service in a manner not authorized herein or for which it was not designed, (iii) Customer's failure to use an updated non-infringing version of the applicable intellectual property to the extent Customer was notified that the update cured an infringement, (iv) changes to the Service made by Vendor at the direction of the Customer or (v) Customer Data. If any item for which Vendor has an indemnification obligation under this Section becomes, or in Vendor's reasonable opinion is likely to become, the subject of an infringement or misappropriation claim or proceeding, Vendor will, in addition to indemnifying Customer as provided in this Section, promptly take the following actions, at no additional charge to Customer, in the listed order of priority: (a) secure the right to continue using the item or (b) replace or modify the item to make it non-infringing. If neither of such actions can be accomplished by Vendor using commercially reasonable efforts, and only in such event, Vendor will remove the item from the Service and the applicable Service fee will be equitably adjusted to reflect such removal. This Section 13.2 states Customer's sole and exclusive remedy for Vendor's infringement or misappropriation of intellectual property of a third party.

### 12.3. *Customer's Indemnity*

Customer shall defend and indemnify Vendor and its Third Party Vendors against any and all Losses incurred by Vendor and its Third Party Vendors arising out of or in connection with a claim by a third party (i) alleging that the Customer Data or the Customer Trademarks, or any use thereof, infringes the rights of, or has caused harm to, a third party, or (ii) arising out of Customer's breach of Sections 7.5 and 7.8.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

Customer will indemnify, defend and hold harmless Vendor, its affiliates, successors, and assigns, including the applicable officers, directors, employees, and agents thereof for damages, costs and attorneys' fees Vendor incurs from any unaffiliated third-party claim arising from Customer's Content or Customer's or any end user's use of the Services.

### 12.4.   Indemnification Procedures

The party seeking indemnification shall give prompt notice of the claim and will tender the defense; provided, however, that such party's failure to provide notification shall not affect the indemnifying party's indemnification obligations except to the extent that the failure to notify delays or prejudices the indemnifying party's ability to defend the applicable claim.   The indemnifying party shall conduct the defense and shall have control of the litigation, and the indemnified party shall cooperate in defending against the claim.   The indemnified party shall have the right, at any time and at its own expense, to participate in the defense of the claim with counsel of its own choosing. The indemnifying party shall not make any settlement of the claim that results in any liability or imposes any obligation on the indemnified party without the prior written consent of the indemnified party.   If the indemnifying party fails to (i) respond to the notice of a claim, or (ii) assume the defense of a claim, the party seeking indemnification shall have the right to defend the claim in such manner as it may deem appropriate, at the reasonable cost, expense, and risk of the indemnifying party, and the indemnifying shall promptly reimburse the indemnified party for all such costs and expenses.

### 13.  NOTICES

Except as otherwise provided in Section 7.4 above, any notice required or permitted under the terms of this Agreement or required by law must be in writing and must be (a) delivered in person, (b) sent by registered or certified mail return receipt requested, (c) sent by overnight courier, (d) sent by facsimile (with a hard copy mailed on the same date), (e) by email whose receipt is acknowledged by an officer of the receiving Party.   If to Vendor, a notice shall be forwarded to _____Name_____, at _____Address_____, Attn. Product Support Manager, with a copy to Algo Capital, 3250 NE 1st Ave Set 208, Miami, Fl 33137, Attn: John Fortini, and if to Customer, a notice shall be forwarded to Customer at the address provided on the signature page herein.   Notices shall be considered to have been given at the time of actual delivery in person, five business days after posting if by mail, one business day if by overnight courier service, or upon receipt of machine confirmation of successful transmission by facsimile or email as described herein.

### 14.  SURVIVAL

The following provisions shall survive any termination of this Agreement: Sections 5, 7, 8, 10, 11, 12, 13, 14, 19 and 20.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

### 15.  NO ASSIGNMENT

Customer may not assign this Agreement without the prior written approval of Vendor.  Any purported assignment in violation of this section shall be void.

### 16.  U.S. GOVERNMENT RESTRICTED RIGHTS

Any use of the Service by or on behalf of the United States of America, its agencies and/or instrumentalities ("U.S. Government"), is provided with Restricted Rights.  Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in subparagraph I(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs I(1) and (2) of the Commercial Computer Software – Restricted Rights at 48 CFR 52.227-19, as applicable.

### 17.  FORCE MAJEURE

Neither party will be liable to the other for any failure or delay in the performance of such party's non-monetary obligations due to causes beyond its control, such as failure or delay caused, directly or indirectly, by fire, flood, earthquakes, other elements of nature, acts of war, terrorism, riots, civil disorders, rebellions or revolutions, epidemics, communications line or power failures, or governmental laws, court orders, and regulations imposed after the fact.

### 20   GENERAL PROVISIONS

Any action related to this Agreement will be governed by Florida law and controlling U.S. federal law.  No choice of law rules of any jurisdiction will apply.  Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement or the Service shall be subject to the exclusive jurisdiction of the state and federal courts located in Miami-Dade, Florida.  This Agreement, together with the Schedules annexed hereto, represents the parties' entire understanding relating to the use of the Service and supersedes any prior or contemporaneous, conflicting or additional, communications.  No text or information set forth shall add to or vary the terms and conditions of this Agreement.  If any provision of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, then such provision(s) shall be construed, as nearly as possible, to reflect the intentions of the invalid or unenforceable provision(s), with all other provisions remaining in full force and effect.  No joint venture, partnership, employment, or agency relationship exists between Vendor and Customer as a result of this Agreement or use of the Service.  The failure of Vendor to enforce any right or provision in this Agreement shall not constitute a waiver of such right or provision unless acknowledged and agreed to by Vendor in writing Vendor reserves the right to assign its right to receive and collect payments hereunder.  Any rights not expressly granted herein are reserved by Vendor.

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

**IN WITNESS WHEREOF,** this Agreement is duly executed by an authorized representative of both parties as of the Effective Date.

VENDOR                                        CUSTOMER

By:_Algo Capital_____                        By:_____

**Customer Mailing Address:**

_____   Jersey City NJ 07302

_____

_____

Attn:_____

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

## Schedule A – Vendor Licensed Software

The licenses set forth below shall be available to Customer during the term of the agreement.

| Licensed Software | Number of Shared Servers | Number of Named Users |
|---|---|---|
| Algo Capital Software | 1 | 1 |

## DESCRIPTION OF SERVICE:

The primary target of this algorithmic trading program is a continuous growth of the initial account budget. Strong development of the account balance by minimizing risks is the main aim of the Vendor Software. This is accomplished by the placement of trades and its related hedge trades in a very specific manner: combined with an advanced close logic which allows a balanced development of founds secured by a precisely calculated account size correlated to the trading volume.

The design as well as the code programing part of the main algorithms contained in the Vendor Software follows some well-known principles initially described by Ralph Nelson Elliot and Fibonacci, as well as some additional fundamental and widely known paradigms. This very specific combination of components finally results in much more than only the simple summary of its parts.

In order to activate the service, Customer must select a broker, fund the brokerage account, and send an email to Vendor including the credentials for the brokerage account and instruction to activate the Vendor Software. After receiving instruction from the Customer, the Vendor shall activate the Vendor Software.

The Vendor Software shall use a proprietary intraday automated strategy that places, exits and monitors the trades, on behalf of the Customer. By activating the Vendor Software, the Customer assumes any and all risks associated with the Vendor Software, including risks highlighted in Section 10, 11, and any other occurrence that could result in financial injury to the Customer.

To deactivate the Vendor Software, Customer must email Vendor as outlined in Schedule B. Vendor shall deactivate the Vendor Software within twenty-four (24) hours after the close of any outstanding trade.

Broker Requirements:

DocuSign Envelope ID: 202143B5-A088-4973-B9F4-F50C2B0E8400

Customer shall select a broker which meets the following specifications: must be an ECN Broker; use Metatrader and/or Ninjatrader platform; accepts US-based clients; have Webtrader accessibility; API access FIX/REST.

Broker options include but are not limited to: MyFXChoice.com; TheTradersDomain.com; Oanda.com; Forex.Com

## SCHEDULE B – PRODUCT SUPPORT

During the Term of this Agreement and for so long as Customer is entitled to receive the Service hereunder, Vendor shall provide the following Product Support Services through its Support Centers ("SC") for the Vendor Software as follows

a.  The SC will be the primary point of contact for all product support inquiries. The SC may be contacted via email at SUPPORT@ALGOCAPITAL.COM

b.  The SC will receive, log, and respond to inquiries within 24 hours from the Customer concerning errors or defects in the Vendor Software.

## SCHEDULE C

Vendor and Customer have agreed on the following services, which is based on data from Customer, industry and vendor software.

BASE COMPONENTS:

>  Access to Vendor Software

>  Vendor Managed Shared Servers

>  Vendor Managed Web Support

>  Vendor Managed Firewalls and Managed VPN

Assumptions

*  Vendor assumes that Customer will continue to pay support and maintenance for the user licenses.

*  Customer shall keep a funded brokerage account which the Vendor Software will use to execute trades on behalf of the Customer.

*  Customer users will access the service via emailing Vendor for authorization.

[8/11/21, 8:15:56 PM] Robert Collazo: Out of Arizona
[8/11/21, 8:16:08 PM] Mike Sims: Got you
[8/11/21, 8:16:14 PM] Robert Collazo: Check them out
[8/11/21, 8:16:36 PM] Robert Collazo: But u have to have someone in GA that does that work
[8/11/21, 8:16:52 PM] Robert Collazo: Exhaust no big deal most places can handle them Tune it
[8/11/21, 9:00:51 PM] Mike Sims: I will check
[8/17/21, 10:04:56 AM] Mike Sims: What's the percentages on the crypto trading?
[8/18/21, 10:17:24 AM] Robert Collazo: Hey, We can give u 5% a month on raise.  And you give out what you'd like
[8/18/21, 10:17:43 AM] Robert Collazo: So 1 million = 50k
[8/18/21, 10:22:14 AM] Mike Sims: This message was deleted.
[8/18/21, 10:22:50 AM] Mike Sims: So pay out profits on 5%?
[8/18/21, 10:25:20 AM] Robert Collazo: You in Miami
[8/18/21, 10:33:34 AM] Mike Sims: No. This weekend
[8/18/21, 10:46:27 AM] Robert Collazo: Meet Monday?
[8/18/21, 11:15:46 AM] Mike Sims: Ok
[8/19/21, 9:41:11 AM] Mike Sims: Drawdown steep. Any info to share?
[8/19/21, 11:41:33 PM] Mike Sims: What is the explanation of what happened? Redacted mentioned that it's possible some trades were an error or something? Is that true?

I just need to know some details to inform the people. And please tell JJ don't blow the entire accounts.
[8/19/21, 11:43:43 PM] Robert Collazo: We had 2 accounts that were errors this morning.  2,3 trades on each.  The market is the killer.  We have hedged our losses.  And are working everything manually now
[8/19/21, 11:44:09 PM] Robert Collazo: ‹attached: 00000869-PHOTO-2021-08-19-23-44-09.jpg>
[8/19/21, 11:44:13 PM] john: Only 1 accounts that I confirmed had a few false trades . As of right now the trades shot up and almost blew all account so we had to close first 2-3 trades for eveyoen to give us back the leverage
[8/19/21, 11:44:21 PM] john: 2 accounts had errors
[8/19/21, 11:44:29 PM] Robert Collazo: That candle needs to turn.  It's the biggest run in over 1 year
[8/19/21, 11:45:18 PM] Robert Collazo: If we get lucky and reverses we may show profits.  But it has a long way to go as of now
[8/19/21, 11:46:33 PM] Robert Collazo: This only on aggressive accounts
[8/19/21, 11:47:51 PM] Mike Sims: Ok. 🙏
[8/19/21, 11:48:01 PM] Robert Collazo: We'll be working all night
[8/19/21, 11:52:24 PM] Mike Sims: Ok thx.
[8/20/21, 8:34:43 AM] Mike Sims: What's the update?
[8/20/21, 9:30:24 AM] Robert Collazo: We're assessing but all accounts on aggressive we're completely blown
[8/20/21, 9:30:33 AM] Robert Collazo: Conservative not touched
[8/20/21, 9:30:36 AM] Robert Collazo: Only aggressive
[8/20/21, 9:33:09 AM] Mike Sims: This message was deleted.
[8/20/21, 9:33:25 AM] Mike Sims: Hedging didn't work?
[8/20/21, 9:37:10 AM] Mike Sims: Well obviously it didn't.
[8/20/21, 9:37:41 AM] Mike Sims: And what is being assessed?
[8/20/21, 9:37:44 AM] john: No it didn't the pair kept breaking theu resistance and went totally against the analysis
[8/20/21, 9:37:52 AM] Robert Collazo: No the pair kept going up.  And it's still in a bad spot.
[8/20/21, 9:38:10 AM] john: We're going they each account to see what's left but 99% of every aggresive account seems to be lost
[8/20/21, 9:38:22 AM] Mike Sims: So there is no way to cut and take losses at 20% ?
[8/20/21, 9:38:30 AM] Robert Collazo: Not aggressive
[8/20/21, 9:38:34 AM] Robert Collazo: That has never been the case
[8/20/21, 9:38:38 AM] john: Aggresive has no stop loss
[8/20/21, 9:38:45 AM] Robert Collazo: That is why I'm always against aggressive
[8/20/21, 9:38:52 AM] Robert Collazo: Conservative different story
[8/20/21, 9:39:23 AM] Mike Sims: Shit

**EXHIBIT**

**211**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[8/20/21, 9:39:31 AM] Robert Collazo: Yeah not a great day
[8/20/21, 9:39:37 AM] Robert Collazo: 1st loss since we started this
[8/20/21, 9:40:05 AM] Mike Sims: Fuck
[8/20/21, 9:45:53 AM] Mike Sims: There is always a way to cut before a total blow out to zero
[8/20/21, 10:37:22 AM] Robert Collazo: We had no way
[8/20/21, 10:37:50 AM] Robert Collazo: We cut one round
[8/20/21, 10:37:56 AM] Robert Collazo: And no way on 2nd round
[8/20/21, 5:32:43 PM] Mike Sims: Are all conservative accounts good?
[8/20/21, 5:47:54 PM] john: Hey mike yes they are all fine just in a drawdown but they all have some profits today
[8/20/21, 5:48:09 PM] john: On a call now will give you a call right after
[8/20/21, 5:51:19 PM] Mike Sims: I will be in the air
[8/20/21, 5:51:23 PM] Mike Sims: Call you tonight
[8/22/21, 11:21:57 AM] Mike Sims: 12pm tomorrow?
[8/22/21, 11:37:36 AM] Robert Collazo: Yes come to our néw facility
[8/22/21, 11:38:01 AM] Mike Sims: Address
[8/22/21, 11:51:04 AM] Robert Collazo: Bit5ive
12301  NW 112 Avenue
Units #109, 110, 111 & 112
Medley, FL 33178
[8/22/21, 11:51:43 AM] Robert Collazo: We have our management meeting at 11am usually take 1hr 30min.  So if you can make it after 1230 that would help out timing
[8/22/21, 12:07:14 PM] Mike Sims: Cool
[8/22/21, 12:08:09 PM] Mike Sims: Is that Doral?
[8/22/21, 8:08:14 PM] john: Hey mike we found out friday a employee in the office had covid
[8/22/21, 8:08:26 PM] john: We canceld meeting tomorrow just outta precautions
[8/22/21, 8:08:51 PM] john: Rob and I are fine
[8/22/21, 8:13:33 PM] john: We can meet  at 12 at lunch spot if you want
[8/22/21, 8:15:54 PM] Mike Sims: Yuall were  at the office? Lol
[8/22/21, 8:53:27 PM] Robert Collazo: No me and John not exposed
[8/22/21, 8:53:37 PM] Robert Collazo: We were out most of week on meetings
[8/22/21, 9:30:30 PM] Mike Sims: Ok cool. 12 works
[8/22/21, 9:55:28 PM] Mike Sims: What's the location?
[8/22/21, 10:21:42 PM] john: Where you aventura?
[8/22/21, 10:50:25 PM] Mike Sims: Sunny isles
[8/23/21, 10:04:01 AM] john: Hey guys let's do Aventura mall at 12 we'll get lunch there
[8/23/21, 10:37:00 AM] Mike Sims: Ok perfect
[8/23/21, 10:37:39 AM] john: Pub belly sushi aventura mall
[8/23/21, 10:37:42 AM] john: See you guys soon
[8/23/21, 11:55:31 AM] john: Just got here got table
[8/23/21, 11:58:10 AM] Mike Sims: Ok
[8/23/21, 12:37:15 PM] Mike Sims: https://www.mareeco.com
[8/23/21, 1:23:17 PM] Mike Sims: <attached: 00000933-AUDIO-2021-08-23-13-23-17.opus>
[8/23/21, 5:50:56 PM] Robert Collazo: Thx mike good to see you.
[8/27/21, 9:14:58 AM] Mike Sims: On aggressive pull Leigha Brisco, Watkins, and Dianna Brisco immediately.
[8/27/21, 9:15:12 AM] john: Copy
[8/27/21, 9:15:29 AM] Mike Sims: Can that be pretty quick?
[8/27/21, 9:16:30 AM] john: Yes where do we send ? Each individual? Or to you
[8/27/21, 9:19:29 AM] Mike Sims: On conservative pull Jessica Burns and Jess Ward.
[8/27/21, 9:19:52 AM] Mike Sims: I will get the account number.
[8/27/21, 9:36:39 AM] john: I'm gonna have JJ go into the conservative and try to lower drawdown for those 2 accounts
We're little over 6% draw down now .  Wel get it closed today
[8/27/21, 10:00:49 AM] Mike Sims: Right. Get as close as possible
[8/27/21, 10:19:46 AM] Mike Sims: Send them all to

[1/28/23, 11:27:27 AM] john: Wtf
[1/28/23, 11:28:06 AM] john: That's crazy
[1/28/23, 11:29:11 AM] Ted Broker: Yeah
[1/28/23, 11:29:16 AM] Ted Broker: And it was from a good friendb
[1/28/23, 11:29:23 AM] Ted Broker: So it wasn't some made up story
[1/28/23, 11:30:11 AM] john: Got it
[1/28/23, 11:30:42 AM] john: Also how do you want to response to the demand letter algo attorney said they like to speak to yours so they respond same way ? I'm not sure how u want to handle ?
[1/28/23, 11:30:54 AM] john: If funds are in by then then we don't need to respond
[1/28/23, 11:33:50 AM] Ted Broker: We arent even responding to it
[1/28/23, 11:36:00 AM] john: Ok
[1/28/23, 11:37:56 AM] john: Hey ted just checking in , I know funds don't hit before Monday is there a chance you can do some saavy or crypot for us and we distribute? Obviously we're trying to handle pension and some others
[1/28/23, 11:38:23 AM] Ted Broker: Yes I will check to see with the staff with what comes through
[1/28/23, 11:38:28 AM] Ted Broker: Weekends not much happens
[1/28/23, 11:38:44 AM] john: Yea i figure
[1/28/23, 11:48:45 AM] Juan Herman: Yes brother we need something solid before week starts so we know what to tell the clients and pay the most we can, they're coming at us hard on the 1st of Feb
[1/28/23, 12:40:36 PM] john: Someone got paid on telegram from November so that good can you ask the processors to please take a look at your algo friends 🙏 🤝
[1/28/23, 12:50:48 PM] Ted Broker: Yup
[1/29/23, 2:49:10 PM] john: Hey ted just checking in , I know banks aren't open until tomorrow so don't expect any big funds to hit , do you think we'll have something tomorrow. ?
[1/29/23, 3:04:30 PM] john: <attached: 00001258-PHOTO-2023-01-29-15-04-30.jpg>
[1/29/23, 3:04:44 PM] john: Not sure if you seen these ppl but these ppl are crazy
[1/29/23, 3:05:38 PM] Ted Broker: IT is getting out of hand
[1/29/23, 3:14:37 PM] john: Wow these ppl are horrible
[1/29/23, 3:14:57 PM] john: I think every mlm person is involved
[1/29/23, 3:20:40 PM] Ted Broker: Yup
[1/29/23, 3:20:45 PM] Ted Broker: they destroyed everything
[1/29/23, 3:30:11 PM] john: All these other telegrams are very aggressive a lot ppl threatening  violence
[1/29/23, 3:32:55 PM] Ted Broker: I have dealt with this for 7 years
[1/29/23, 3:33:20 PM] john: I know I remember seeing
[1/29/23, 3:33:34 PM] john: They post pics of ▮ ▮ ▮ family and kids , Jj address . Other ppl I don't know
[1/29/23, 3:33:42 PM] john: Wtf is wrong with ppl
[1/29/23, 3:33:51 PM] Ted Broker: its going to get worse because people lied to them
[1/29/23, 3:33:58 PM] Ted Broker: i wish you guys had told them you werent trading
[1/29/23, 3:34:03 PM] Ted Broker: cause that is causing a lot of headahce
[1/29/23, 3:34:15 PM] Ted Broker: everyone is asking why Algo cap claimed they had algos then "ted" was trading
[1/29/23, 3:34:17 PM] Ted Broker: that is the big issue
[1/29/23, 3:34:45 PM] Ted Broker: I am dealing with a lot of issues with this
[1/29/23, 3:34:58 PM] Ted Broker: we have a lot of people emailing support now asking how its possible to switch like that
[1/29/23, 3:35:57 PM] Juan Herman: Ok we clearly traded in your platform for years
[1/29/23, 3:36:00 PM] Juan Herman: How we lying now !?
[1/29/23, 3:36:04 PM] john: I don't know any of those ppl on those chats , they aren't algo clients
Our contact was the same contract we had for 2018 when we had JJ eur  /aud strategy
[1/29/23, 3:36:22 PM] Ted Broker: Everyone is claiming that no one was told that there was a switch in traders
[1/29/23, 3:36:26 PM] Ted Broker: thats the big issue
[1/29/23, 3:36:35 PM] Ted Broker: that why was algo cap getting paid when Ted was trading
[1/29/23, 3:36:39 PM] Ted Broker: this is getting insane
[1/29/23, 3:36:52 PM] Ted Broker: i can't control this and my legal team is now dealing with a lot of regulatory noise
[1/29/23, 3:37:03 PM] Juan Herman: Everyone was told we were switching to your gold strat

EXHIBIT
212
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[1/29/23, 3:37:28 PM] Juan Herman: Mt4 to mt5
[1/29/23, 3:39:11 PM] Ted Broker: Why are they saying otherwise?
[1/29/23, 3:39:15 PM] Ted Broker: this doesn't make sense
[1/29/23, 3:39:25 PM] Ted Broker: that group chat is full of liars and it has to be taken down
[1/29/23, 3:39:34 PM] john: Yea how can we remove that telegram
[1/29/23, 3:39:37 PM] john: Super violent
[1/29/23, 3:39:50 PM] john: All ur person stuff on their top
[1/29/23, 3:40:26 PM] Ted Broker: I'm not worried because tbh if anyone comes to see me they don't realize who I roll up to
[1/29/23, 3:40:32 PM] john: When funds come this all go away but then what is the plan ?
[1/29/23, 3:40:51 PM] john: Are you gonna keep all these ppl or adjust ?
[1/29/23, 3:40:52 PM] Ted Broker: Closing the pamm
[1/29/23, 3:41:01 PM] Ted Broker: Not dealing with this anymore
[1/29/23, 3:41:03 PM] Ted Broker: Its not worth it
[1/29/23, 3:41:07 PM] john: Yea I totally get it
[1/29/23, 3:41:13 PM] Ted Broker: There is no benefit for me to help anyone anymore
[1/29/23, 3:41:24 PM] Ted Broker: People's greed have destroyed the entire business
[1/29/23, 3:41:42 PM] john: We can switch to our stragety again  if you want us to stay on broker your not closing the broker. ?
[1/29/23, 3:41:46 PM] john: When you tell us too
[1/29/23, 3:42:46 PM] Ted Broker: The broker is going to be destroyed
[1/29/23, 3:43:05 PM] Ted Broker: All the business partners I work with are now trying to cancel contracts with td
[1/29/23, 3:43:15 PM] Ted Broker: Cause they don't want the exposure
[1/29/23, 3:47:51 PM] john: I get it
[1/29/23, 3:48:42 PM] john: What do you want us to do ?
[1/29/23, 3:55:32 PM] Ted Broker: Well at this point as transfers come in we will slowly begin to close accounts
[1/29/23, 3:56:37 PM] john: Ok we'll work with u on it when the funds come
[1/29/23, 3:56:57 PM] john: Any chance the bvi cleares this up tomorrow ? How much longer can they hold
[1/30/23, 10:28:05 AM] john: Hey ted GM how are we looking for today ?
[1/30/23, 1:32:01 PM] john: Hey ted
[1/30/23, 2:55:12 PM] Ted Broker: I'm working on legal issues
[1/30/23, 2:55:28 PM] Ted Broker: All my info has been leaked and now I have to deal with more headaches
[1/30/23, 2:56:24 PM] john: I know these hackers are leaking a lot of peoples address and information ppl were in front of JJ house taking pics
[1/30/23, 2:56:28 PM] john: This shit is ridiculous
[1/30/23, 2:57:16 PM] john: You have said many times when funds hit this noise goes away so that's all we have at this point .. but bvi not giving u any info ? Or evolve
[1/30/23, 2:57:55 PM] Ted Broker: BVI is stalling because of the idiots creating panic online
[1/30/23, 2:57:59 PM] Ted Broker: they are now checking into me
[1/30/23, 2:58:08 PM] Ted Broker: and running the entire company again through a background check
[1/30/23, 2:58:11 PM] Ted Broker: every owner
[1/30/23, 2:58:15 PM] Ted Broker: all paperwork
[1/30/23, 2:58:34 PM] john: Wow
[1/30/23, 2:59:10 PM] Ted Broker: Yeah I have provided all our financials, letters from state officials in the various countries
[1/30/23, 3:01:03 PM] john: So they have you frozen again this makes the noise worse so the cycle continues
[1/30/23, 3:02:39 PM] Ted Broker: no
[1/30/23, 3:02:43 PM] Ted Broker: its not frozen
[1/30/23, 3:02:53 PM] john: Got it just stuck in limbo
[1/30/23, 3:03:11 PM] john: They give you no time table I'm sure
[1/30/23, 3:04:56 PM] Ted Broker: I haven't spoken to them yet

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13059060806**

| | | |
|---|---|---|
| RC | Redacted <Redacted><br>Almost there on a call | 5/13/2022, 3:14 PM |
| # | <Redacted><br>What we need to figure out is how sales ppl cane make something from mining fund for future | 5/13/2022, 9:24 PM |
| RC | Redacted <Redacted><br>They can we just have to put them on payroll and make them part of distribution team | 5/13/2022, 9:26 PM |
| # | <Redacted><br>R.  says that Group manages money for a lot of soccer players in South America | 5/13/2022, 9:37 PM |
| RC | Redacted Redacted ><br>Gotcha | 5/13/2022, 9:49 PM |
| RC | Redacted <Redacted><br>I'll close them tomorrow | 5/13/2022, 9:49 PM |
| RC | Redacted <Redacted><br>Check your email | 5/13/2022, 10:06 PM |
| RC | Redacted Redacted ><br>B5 | 5/13/2022, 10:07 PM |
| # | <Redacted><br>Not sure if that's good or bad lol | 5/13/2022, 10:07 PM |
| # | <Redacted><br>We are ok as long as we don't Solicit business for traders domain from Us clients | 5/13/2022, 10:08 PM |
| RC | Redacted <Redacted><br>Lol | 5/13/2022, 10:15 PM |
| # | <Redacted><br>Lol is that what it means 🫤 | 5/13/2022, 10:15 PM |

**EXHIBIT**

213

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



# ALGO New Client Information

Thank you for your interest in Algo Capital. We are very excited to welcome you to the ALGO Family! This exclusive fund is only available to a select group of friends and family, and we are very excited to provide you with this opportunity.

Please complete all the information below and feel free to reach out to our support team with any questions. support@algocapitalfx.com

* Required

First Name *

CONFIDENTIAL

FORT_00026009



**EXHIBIT**
**214**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**9:20**    .ull 5G

'Bryce'

# Algo Capital Wire instructions

**Support AlgoCapital**
support@algocapitalfx.com
Hide details

To:    B    B. C.

Date:    May 5, 2022, 11:46 AM

This message has been modified to fit your screen. Tap here to show original.

Algo Capital
3250 Ne 1st ave suite 208
Miami Fl , 33137

TD BANK
Routing- 067014822
Account- Redacted 6056

--

Thank you,

Algo Capital Support

**EXHIBIT**
215
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

🔒 mail.google.com

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **+12394042804**

| # | <Redacted> | 12/8/2022, 2:33 PM |
| | Hey M. can you send G. the ocean bank wire instructions it told him was in contact as well | |

| MS | Redacted <Redacted> | 12/8/2022, 2:33 PM |
| | Yea | |

| MS | Redacted <Redacted> | 12/8/2022, 2:41 PM |
| | Done | |

| # | <Redacted> | 12/8/2022, 11:43 PM |
| | Hey buddy did D. G. sign ? | |

| MS | Redacted <Redacted> | 12/8/2022, 11:46 PM |
| | Not that I show in ALGO | |

| MS | Redacted <Redacted> | 12/9/2022, 1:11 AM |
| | That's what you're looking for correct? New contract sign in ALGO Docusign? | |

**EXHIBIT**
**216**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[12/17/22, 1:56:40 PM] Mike Sims: What have you heard on the delays ?
[12/17/22, 1:56:56 PM] john: Yea
[12/17/22, 1:56:58 PM] john: It sucks
[12/17/22, 1:57:09 PM] john: We heard this week
[12/17/22, 1:57:14 PM] john: Supposed to catch up
[12/17/22, 1:57:19 PM] john: U guys heard the same right.
[12/17/22, 1:59:51 PM] Mike Sims: Hopefully
[12/17/22, 2:00:34 PM] john: How are your clients? We have about 30 that are  causing us issues and most stress
[12/17/22, 2:01:08 PM] john: The majority Are calm as long as some movement comes
[12/17/22, 2:04:59 PM] Mike Sims: Withdrawals still are happening so most are fine. Some are losing patience. But Ted has communicated directly with them so that helps.
[12/17/22, 2:05:16 PM] john: Yea his communication is great that helps the most
[12/17/22, 2:05:35 PM] john: Just need to clear up the masses of ppl so the word spreads everyone in Miami talking
[12/17/22, 2:06:03 PM] Mike Sims: I don't think he's lying. His Pamm outgrew infrastructure.
[12/17/22, 2:06:21 PM] john: Yea me 2 it grew way to big and it's very large amounts of money moving
[12/17/22, 2:06:27 PM] Mike Sims: And that's a problem too. He let any and everyone get involved. Idiots.
[12/17/22, 2:06:34 PM] john: Bro everyone
[12/17/22, 2:06:39 PM] Mike Sims: Ridiculous
[12/17/22, 2:06:42 PM] john: U go to hooters in doral and everyone knows him
[12/17/22, 2:06:53 PM] john: When bartenders and servers have 20k in its a problme
[12/17/22, 2:07:12 PM] john: None of our clients even know they broker or ted now they all know from word of mouth
[12/17/22, 2:07:49 PM] john: If your in Miami next week or week after let's catch up told rob we talking he wants to meet up when your back
[12/17/22, 2:08:32 PM] Mike Sims: Ok. Im there next week.
[12/17/22, 2:08:57 PM] john: Perfect let me know when you got some time and we'll meet
[12/17/22, 2:13:21 PM] Mike Sims: Ok
[12/18/22, 2:24:03 PM] john: Hey buddy
[12/18/22, 2:26:50 PM] Mike Sims: What's up?
[12/18/22, 2:37:57 PM] john: U went to Canada right and saw ted had funds . How much did you see ? I heard 3 different  stores from ppl about the total
[12/18/22, 2:42:38 PM] Mike Sims: He mentioned to us a couple hundred million. He didn't pull out computer and show
[12/18/22, 2:42:46 PM] Mike Sims: You guys having doubts ?
[12/18/22, 2:42:56 PM] john: No but other groups tell us stuff
[12/18/22, 2:43:13 PM] john: They say he showed 150m in 1 wallet but had more
[12/18/22, 2:43:31 PM] john: Hate to hear rumors from different ppl
[12/18/22, 2:43:34 PM] Mike Sims: I've seen the crypto stuff.
[12/18/22, 2:43:41 PM] Mike Sims: Right
[12/18/22, 2:43:54 PM] john: Yea we can see the eth and btc wallets too
[12/18/22, 2:44:07 PM] john: We though he showed u something different
[12/18/22, 2:45:07 PM] Mike Sims: He has shown docs before from LPs
[12/18/22, 2:46:01 PM] john: Got it
[12/18/22, 2:46:40 PM] john: The LP docs show proof  funds though right ?
[12/18/22, 2:49:42 PM] Mike Sims: Yes.
[12/18/22, 2:49:50 PM] Mike Sims: Unless they were made up.
[12/18/22, 2:50:12 PM] Mike Sims: I just don't think he's that stupid to be creating shit
[12/18/22, 2:50:21 PM] john: Yea that would be way wors e
[12/18/22, 2:50:39 PM] john: Ok good glad you saw that so at least when clients ask I can say things were shown
[12/18/22, 2:50:59 PM] john: I know a lot of people that know him too.
[12/18/22, 2:51:09 PM] Mike Sims: Well not a lot. But at least 5.
[12/18/22, 2:52:17 PM] john: Yea we been working with him for 5 years too robert been to Canada we trust him

**EXHIBIT**

**217**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **chat865816076254297968**



\# &lt;Redacted&gt;
I.
Login: <Redacted>683
Investment Password: Redacted                                    8/22/2022, 1:27 PM

\# &lt;Redacted&gt;                                                 8/22/2022, 1:29 PM
Awesome thanks

\# &lt;Redacted&gt;                                                 8/22/2022, 1:29 PM
Website?

\# &lt;Redacted&gt;                                                 8/22/2022, 1:30 PM
Please  download and open the meta trader 5 app.

On the bottom click settings
New account

Type traders domain in the search bar

The next page will ask for login and password .

**EXHIBIT**
**218**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

\# &lt;Redacted&gt;                                                 8/22/2022, 1:30 PM
Link to app?

K  &lt;Redacted&gt;                                                8/22/2022, 1:31 PM
Oh shitttttt he's in

K  &lt;Redacted&gt;                                                8/22/2022, 1:32 PM
https://apps.apple.com/us/app/metatrader-5/id413251709

*Attachment: ~_Library_SMS_Attachments_97_07_0E2A8ED2-9C77-440D-8951-8CBCFE619A65_E3CFAC53-0225-4866-9B6C-610EC595FE66.pluginPayloadAttachment (117 KB)*

*Attachment: ~_Library_SMS_Attachments_40_00_AECBF2D3-25DB-4B93-BC4B-7332E50D7F82_21406864-DBDF-4D15-AF2B-E0B212BEEC34.pluginPayloadAttachment (423 KB)*

*Attachment: ~_Library_SMS_Attachments_b0_00_AAF79EFD-A6CB-44BD-A70E-E7DE5BDFFD19_AF570CEC-9FCB-4297-B7BD-635B0B17482B.pluginPayloadAttachment*

*Attachment: ~_Library_SMS_Attachments_82_02_FA842FBA-BDE9-4194-962E-F8B32F9FDE85_6ABDA837-2C63-4320-87BD-21FBE37E25CD.pluginPayloadAttachment*

*Attachment: ~_Library_SMS_Attachments_66_06_5845B45B-A298-4B9D-9283-0DC5FCA07296_21B4983B-B2F4-4F82-93E5-97E122357C5C.pluginPayloadAttachment (173 KB)*

*Attachment: ~_Library_SMS_Attachments_1d_13_FDB3AADB-54BE-4D55-98FF-7278AE41E232_3613DF21-907D-4B8D-9DDE-8C356C05AB20.pluginPayloadAttachment*

[3/22/20, 10:15:02 PM] john: N. I sent contract Friday
[3/22/20, 10:15:13 PM] john: Sorry stupid spell check
[3/22/20, 10:15:26 PM] Mike Sims: Ok thx
[3/25/20, 9:57:32 AM] Mike Sims: Can you email T. G. wire instructions?
[3/25/20, 10:04:14 AM] john: Ok will do I don't think I received sign contact . But I'll send wire now
[3/25/20, 10:04:57 AM] Mike Sims: He said he sent it
[3/25/20, 10:07:50 AM] john: Ok I'll look again but I sent wire info as well just now
[3/25/20, 10:08:58 AM] Mike Sims: Ok. Thx
[4/10/20, 11:12:49 AM] john: Just sent N. wire info
[4/10/20, 11:12:57 AM] john: Other contract will go out out soon too
[4/10/20, 11:15:20 AM] Mike Sims: Thx
[4/10/20, 3:08:32 PM] Mike Sims: You have Algo Capital info?
[4/10/20, 3:08:47 PM] Mike Sims: Address etc..
[4/10/20, 3:08:52 PM] john: Bank info ?
[4/10/20, 3:09:09 PM] Mike Sims: Yes and company info.
[4/10/20, 3:09:24 PM] Mike Sims: M. a 100M guy just wants info
[4/10/20, 3:09:40 PM] john: Call u in 2 min
[4/10/20, 3:12:47 PM] john: Algo capital
3250 Ne 1st ave suite 208
Miami fl ,33137

Td bank
R:067014822
A: Redacted 6056
[4/10/20, 4:00:22 PM] Mike Sims: Let me know when you have it
[4/10/20, 4:00:56 PM] john: Just had call with jj now he going to each out to ted now so we know we get proper paper work since we never did thru him yet
[4/10/20, 4:02:46 PM] Mike Sims: Ok. Tell him quick lol
[4/10/20, 4:02:53 PM] john: Lol
[4/10/20, 7:48:22 PM] john: M. H. already views the Algo capital licenses agreement did he have any questions ? Remeber he can sign that and we can still fund thru teds broker so he has a MetaTrader likes mine and urs
[4/13/20, 4:13:09 PM] Mike Sims: Is the contract sent to N. different now than the one sent to her last year? If so what's different?
[4/13/20, 4:15:26 PM] john: No no difference same contract
[4/13/20, 5:10:21 PM] Mike Sims: Ok
[4/13/20, 9:04:48 PM] Mike Sims: What page is the 30% on?
[4/13/20, 9:05:32 PM] john: I'll find it on docusign but it's under fees
[4/13/20, 9:57:28 PM] Mike Sims: Ok
[4/16/20, 11:26:05 AM] Mike Sims: Got J. L. sending a wire today around 3pm central time. Remember she's the one for rapid set up
[4/16/20, 11:26:15 AM] john: Yep I'll be on it
[4/16/20, 11:26:24 AM] john: Any idea of amount so can get on rob now ?
[4/16/20, 11:29:00 AM] Mike Sims: She's at 436. Now. Going to try topping it up to 1M
[4/16/20, 11:35:03 AM] john: Ok let me get them prepared
[4/16/20, 5:43:10 PM] Mike Sims: Wire sent
[4/16/20, 5:49:36 PM] Mike Sims: Make sure Robert get it added on her account by Monday if possible. I told her it would be quick.
[4/16/20, 5:49:38 PM] Mike Sims: Thx
[4/16/20, 5:50:22 PM] john: I'll make sure he moves his over tomorrow I think Tuesday for sure
[4/16/20, 5:50:30 PM] john: Maybe Monday I'm on it
[4/16/20, 5:53:14 PM] Mike Sims: Thx
[4/17/20, 2:17:39 PM] Mike Sims: Please set N. .I. up quickly as well. She just sent 150k
[4/20/20, 2:43:16 PM] Mike Sims: Please get these two done
[4/20/20, 2:47:15 PM] john: J. L. money is transferred .I will update today
[4/20/20, 2:47:37 PM] john: N. I sent over Friday but cculdin't take from Robert so we should have end

**EXHIBIT**

**219**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **Sims Algo Capital**

\#   **Mike Sims** ◀ Redacted @s.whatsapp.net>                    8/11/2021, 3:11 AM
     Guys What's the stipulations on moving money to agressive?

\#   **Mike Sims** ◀ Redacted @s.whatsapp.net>                    8/11/2021, 3:12 AM
     What's the details on crypto trading and risk?

**EXHIBIT**

220

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Login:▮▮▮759

Investment Password: Redacted

O.
Login:Redacted 64

Investment Password: Redacted
[10/20/21, 3:31:38 PM] john: Mike these are all in MetaTrader 5
[10/20/21, 3:31:45 PM] john: And the broker is traders domain
[10/20/21, 3:55:05 PM] Mike Sims: My account says Algo capital on it.
[10/20/21, 3:55:14 PM] john: Yea that's MetaTrader it will adjust
[10/20/21, 3:55:27 PM] john: Mine says same right now
[10/20/21, 3:55:41 PM] Mike Sims: Ok
[10/20/21, 10:24:21 PM] Mike Sims: O.  trading on our own brokerage. How does this effect?
[10/20/21, 10:48:11 PM] Mike Sims: Is everyone on Redacted going to traders domain too?
[10/20/21, 11:23:46 PM] john: No not going to Redacted , rob has always wanted to keep 2 brokers
[10/20/21, 11:24:25 PM] Mike Sims: But they are trading gold too?
[10/20/21, 11:24:37 PM] john: Yes they will be lower risk to kee conservative
[10/20/21, 11:25:03 PM] john: That's the strategy we're gonna keep fo everyone
[10/20/21, 11:25:18 PM] Mike Sims: Ok
[10/26/21, 10:37:03 AM] Mike Sims: What happened on trades today?
[10/26/21, 10:38:21 AM] john: After the first trade closed the next triggered when wasn't supposed to .
We're working with broker now to fix and go over trade log.
Some bug in our system but he said he will help us handle
[10/26/21, 10:42:53 AM] Mike Sims: What about Redacted ? How's that managed on another broker?
[10/26/21, 10:43:11 AM] Mike Sims: Also my name still isn't on my Mt5
[10/26/21, 10:43:16 AM] john: They fine on Redacted
[10/26/21, 10:43:28 AM] john: Yea the names haven't updated yet for me either .
[10/26/21, 10:43:46 AM] john: I'll find out about the names today
[10/26/21, 3:59:04 PM] Mike Sims: Did  L. D.  wire go last week?
[10/26/21, 3:59:26 PM] john: Yep they were pulled and sent I'll check when and status
[10/26/21, 4:00:32 PM] Mike Sims: Thx
[10/26/21, 6:35:20 PM] Mike Sims: Any update on the accounts?
[10/26/21, 6:56:17 PM] Mike Sims:  B. S.  just text me. Did he ever get that credit to the 10%
stop loss?
[10/26/21, 6:57:03 PM] john: Hey buddy the money was sent over Monday just waiting for it to credit so
can fund everyone
[10/26/21, 6:57:48 PM] Mike Sims: What money?
[10/26/21, 6:57:53 PM] Mike Sims: Tell him that.
[10/26/21, 6:57:54 PM] john: The credit back
[10/26/21, 6:58:04 PM] john: Tell him the account will show the credit in 24 hours
[10/26/21, 6:58:07 PM] john: I'll email him
[10/26/21, 6:58:17 PM] Mike Sims: Imagine what he's thinking after today.
[10/26/21, 6:58:47 PM] john: Rough month but jsut had call to clarify and handle those
[10/26/21, 6:58:50 PM] john: Problems
[10/26/21, 6:59:22 PM] Mike Sims: So what was said?
[10/27/21, 4:17:16 PM] Mike Sims: ??
[10/27/21, 4:17:35 PM] Mike Sims: What's updates?
[10/27/21, 4:17:45 PM] Mike Sims:  B.  account fixed?
[10/27/21, 4:17:53 PM] Mike Sims: L  wire confirmed?
[10/27/21, 4:25:14 PM] john: Hey buddy  yes  B.  account funded from yesterday and the old funds
are there waiting on broker to put in

L.  wire was sent
All 3 clients were sent  out October 18 from broker


EXHIBIT
221
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**9:41**

< 26   **Uncle Ted**
online

no  9:36 AM

Its a NFA violation that Marcus did and
he released all this information to the
NFA                                    9:36 AM

we are fucked now  9:36 AM

https://www.nfa.futures.org/news/
newsRel.asp?ArticleID=5496
                                       9:39 AM

He basically ratted us out  9:39 AM

So now what happens why are we
fucked cause of sims ?  9:41 AM ✓✓

Well now everyone who has used our
banking is under scrutiny  9:41 AM

and the NFA will come after all of us
                                       9:41 AM

**EXHIBIT**
222
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **ALGO CAP FUND**

#    john < Redacted @s.whatsapp.net>         1/13/2023, 3:06 PM
     Hey Ted , any update on sending us the funds we spoke about  . The good news is a client we know got 689k last night from another group . But his request was Jan 1st so our older clients are asking us .

#    **Ted Broker** <1 Redacted @s.whatsapp.net>        1/13/2023, 3:09 PM
     We have bigger problems

#    **Ted Broker** < Redacted @s.whatsapp.net>        1/13/2023, 3:09 PM
     NFA is all over us now for the banks and people who deposited because a client used their NFA registration to bring money to TD

#    **Ted Broker** < Redacted @s.whatsapp.net>        1/13/2023, 3:09 PM
     Im on a call with Legal

#    john < Redacted @s.whatsapp.net>         1/13/2023, 3:12 PM
     Yes we saw that complaint it went around the other day from sims partners

#    john < Redacted @s.whatsapp.net>         1/13/2023, 3:12 PM
     From august

#    **Ted Broker** < Redacted @s.whatsapp.net>        1/13/2023, 3:12 PM
     Yeah

#    **Ted Broker** < Redacted @s.whatsapp.net>        1/13/2023, 3:12 PM
     i wish someone would have told me

#    **Ted Broker** <1 Redacted @s.whatsapp.net>        1/13/2023, 3:12 PM
     Mike said it was handled.  It obviously wasn't

#    john < Redacted @s.whatsapp.net>         1/13/2023, 3:12 PM
     It was on Reddit yesterday

#    john < Redacted @s.whatsapp.net>         1/13/2023, 3:12 PM
     Got it

#    **Ted Broker** <1 Redacted @s.whatsapp.net>        1/13/2023, 3:12 PM
     This is not good at all

#    **Ted Broker** < Redacted @s.whatsapp.net>        1/13/2023, 3:12 PM
     I can't believe how dumb people are

#    Juan Herman <1 Redacted @s.whatsapp.net>        1/13/2023, 3:14 PM
     We need to move everything through crypto and not use banking

#    **Ted Broker** < Redacted @s.whatsapp.net>        1/13/2023, 3:15 PM
     Too late

#    **Ted Broker** Redacted @s.whatsapp.net>        1/13/2023, 3:15 PM
     This should have been told me back in August so we could get ahead of it

**EXHIBIT**

**223**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **chat73636933380899448**

RM ▮▮Redacted▮▮ <Redacted>                                  2/24/2023, 3:23 PM
12:30 for the call today please, as ▮M.▮ is not available at 12.

Does that work?

RC **Robert Collazo** <Redacted>                            2/24/2023, 3:29 PM
That's ok 12:30 works

RM ▮▮Redacted▮▮ <Redacted>                                  2/24/2023, 3:29 PM
Excellent.

\# ▮Redacted▮ >                                             2/24/2023, 3:29 PM
Thanks everyone

JH **Juan Herman** <Redacted>                               2/24/2023, 3:29 PM
Perfect

RM ▮▮Redacted▮▮ <Redacted>                                  2/24/2023, 5:36 PM
Matt - there's an email for a zoom chat.

\# <Redacted>                                               2/24/2023, 6:20 PM
Someone either unmute me or let me in

RC **Robert Collazo** <Redacted>                            2/24/2023, 8:04 PM
Thank you for the call today guys.

This was sent yesterday to all his clients.  Mike Simms which he is named in the lawsuits that we are following.

RC **Robert Collazo** <Redacted>                            2/24/2023, 8:04 PM
Mike emailed this:

This is Mike Sims. Let me be very clear, I cannot confirm how Traders Domain the brokerage works. I'm not attached to the brokerage at all. I do not speak for them nor will I defend the brokerage, because I simply don't know all the answers. When there is a hearing of certain issues listed in this case, I think truths will be revealed. Because they will have to be proven to be factual in court.

The key word in this release is "alleged". That's why there is court. I sleep very well at night, other than the fact my name is mentioned alongside foolishness. Many of you who know me well know I would never knowingly be involved in something nefarious. As you noticed my name is vaguely mentioned.

The background, Yas Castellum is a company owned by a close friend of mine, Marcus Brisco. Marcus Brisco is clean and law abiding as anyone I know. Yas Castellum his first company was audited by the nfa and found to be using an offshore broker. I gave him the contact to TD and he decided to use them to build his fund out. That's why I'm mentioned in this. The NFA said you cant use TD and TD sent him all of his investors money back plus the profits they had earned. He closed it down and resigned from the nfa as his legal counsel suggested. He then got an attorney to set him up properly. The proper set up to take in USA clients through a feeder fund. For example, Saeg is supposedly the feeder fund for TD. He then started to build again. Maybe 1.5M. I didn't even know he decided to build again. Lol. But that's not the issue.  He is alleged to be doing fraud because the CFTC does not see where Saeg is trading gold. So that means he has an issue until Saeg shows how they send money to TD etc.  Saeg is in trouble because they don't see where 100+ M is being traded. I've been told they will have no issues showing how the money flows. We shall see in court. I'm looking fwd to it. Facts will have to be presented.  Truths will come out.

There is one issue that is glaring; the alleging that Saeg principals falsified docs to the nfa. That is troubling. We shall see. I've never met Tran or Francisco so not sure the type of people they are.

This is a CIVIL case.

**EXHIBIT**

**224**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Prayerfully, the truth is banking issues. None of us know. People have used and abused traders domain. I had accounts with TD almost 5 yrs. No issues. Many idiots even turning it into their own mlm type business.  People were building TD and not their mlm business.  Some people even charging upfront money to enter.

Again, I'm not defending TD at all. It could be proven Fraud. But no forex brokerage is built to process thousands of withdrawals a week. It doesn't happen. Approximately 3k PAMM members all winning. Unheard of. Being this behind is outrageous and again, could very well be some type of fraud. I'm impatiently waiting for all the facts. We shall see soon.

[11/5/21, 12:06:05 PM] Ted Broker: Yeah
[11/5/21, 12:06:48 PM] Juan Herman: Yes I couldn't login to some either
[11/5/21, 12:11:33 PM] Ted Broker: Yeah so I'm dealing with them right now along with a bunch of other brokers
[11/5/21, 12:13:39 PM] john: Got it thank you for update
[11/5/21, 12:14:47 PM] Ted Broker: Everything is getting adjusted
[11/5/21, 12:14:56 PM] Juan Herman: Thank you brother appreciate you
[11/5/21, 12:17:53 PM] Ted Broker: No worries
[11/5/21, 7:05:19 PM] Ted Broker: metaquotes has restored the app so you should be able to login.  If not re-install the app
[11/5/21, 7:30:27 PM] Juan Herman: Thank you brother installing back up now
[11/5/21, 7:30:56 PM] Robert Collazo: Thank you Ted
[11/5/21, 7:36:45 PM] Ted Broker: no problem
[11/7/21, 6:06:26 PM] john: Hey Ted the clients that can't login to Mt5 is there anything they can do ?
[11/7/21, 6:08:12 PM] Ted Broker: yup get them to re download the app
[11/7/21, 6:08:24 PM] Ted Broker: if that doesnt work we will reset their passowrd
[11/8/21, 9:24:37 AM] john: Hey Ted , let me know if the last uK client funds arrive was sent Thursday should hit saeg today
[11/8/21, 9:24:47 AM] Ted Broker: ok ill check
[11/8/21, 9:25:58 AM] Ted Broker: this is what has come in 98162, 72733
[4/4/22, 11:18:30 AM] Steven: Hey Ted, hope all is well.  The trustee for R. C. is going through an annual audit and we were very lucky in getting chosen to provide some info
[4/4/22, 11:18:38 AM] Ted Broker: ok
[4/4/22, 11:18:49 AM] Steven: They need some documentation of where funds are being held and proof of funds
[4/4/22, 11:19:08 AM] Ted Broker: ok can I have the account #
[4/4/22, 11:19:16 AM] Steven: Also paper trail for all credits… even though most were done from account to account so I'm not sure how that is provided
[4/4/22, 11:19:22 AM] Steven: Yes one sec
[4/4/22, 11:19:37 AM] Steven: [redacted]791
[4/4/22, 11:20:21 AM] Ted Broker: ok I don't know how we are going to show this as our liquidity account contains all funds for all accounts
[4/4/22, 11:20:46 AM] Steven: I figured… you know this world better than me… what do u think may satisfy them
[4/4/22, 11:21:31 AM] Ted Broker: well we can provide a statement for the account
[4/4/22, 11:22:02 AM] Steven: I guess provide what you can, proof of funds, where it's being custodied etc and they can come back for more if they aren't happy
[4/4/22, 11:23:53 AM] Juan Herman: Lmk if I need to generate mt5 statements I got you
[4/4/22, 11:24:35 AM] Steven: The issue with that is it doesn't show who the account is attached to on the numbers page… unless there's another way I don't know
[4/4/22, 11:25:02 AM] Juan Herman: On the computer it shows name and account #
[4/4/22, 11:25:30 AM] Steven: Okay I still need custody and proof from Ted but that may work for the other stuff!
[4/4/22, 11:26:54 AM] Juan Herman: Perfect
[4/4/22, 11:33:13 AM] Ted Broker: but it won't show their specific amount
[4/4/22, 11:33:17 AM] Ted Broker: that is the issue
[4/4/22, 11:33:44 AM] Steven: I see.. let me go back to them with that
[4/4/22, 11:34:51 AM] Steven: How do u have it segregated for account purposes… like what shows you what is whose money?
[4/4/22, 11:35:00 AM] Steven: Sorry this is so fucking annoying
[4/4/22, 11:45:26 AM] Ted Broker: No because it's a liquidity pool
[4/4/22, 11:48:07 AM] Ted Broker: Its only once funds are withdrawn
[4/5/22, 9:47:10 AM] Steven: Hey Ted, jj sent me the mt5 statements which I think are going to work but there's a lot of discrepancies from the app… for example October 25 there was a deposit showing in the app for about 19k that doesn't show on the statement… also there are 60 pages worth of trades on the statement vs astronomically less on the app

EXHIBIT

225

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[4/5/22, 9:47:56 AM] Ted Broker: yes because the statement shows the deals and orders
[4/5/22, 9:48:00 AM] Ted Broker: where the app just shows the trades
[4/5/22, 9:48:14 AM] Ted Broker: and the deposits will show up as balances
[4/5/22, 9:48:21 AM] Steven: Okay is there any way to narrow it down just as trades…
[4/5/22, 9:48:25 AM] Ted Broker: no
[4/5/22, 9:48:31 AM] Ted Broker: that is the functionality of the reports
[4/5/22, 9:48:50 AM] Ted Broker: from a technical side you should be seeing when the order got filled and when the order was closed
[4/5/22, 9:48:53 AM] Ted Broker: not just the exit price
[4/5/22, 9:48:55 AM] Steven: And the October 25 balance/deposit is not showing at all on the report I was sent… that was just the first one I noticed I haven't checked the test
[4/5/22, 9:48:58 AM] Steven: Rest*
[4/5/22, 9:51:00 AM] Steven: Nevermind
[4/5/22, 9:51:00 AM] Steven: I didn't realize there were 2 reports on this showing different things
[4/5/22, 9:51:00 AM] Steven: I found it all
[4/5/22, 9:51:04 AM] Ted Broker: ok :)
[4/11/22, 8:47:18 AM] Ted Broker: <attached: 00000103-PHOTO-2022-04-11-08-47-18.jpg>
[4/11/22, 8:47:56 AM] Steven: I can try… is there something a little more official on the LP's letterhead maybe?
[4/11/22, 8:49:01 AM] Ted Broker: This is a lot of confidential and private info.  I am really uncomfortable sending this to a group we do not really fully know.  It opens us up to a lot of scrutiny
[4/11/22, 8:49:40 AM] Steven: Understood… we can start here and I'll come back to you with their response
[4/11/22, 8:49:59 AM] Ted Broker: ok
[4/11/22, 8:50:13 AM] Ted Broker: because it wont stop
[4/11/22, 8:50:19 AM] Ted Broker: they will then ask for where the banking is held
[4/11/22, 8:50:24 AM] Ted Broker: deposits etc
[4/11/22, 8:50:26 AM] Steven: Correct
[4/11/22, 8:50:56 AM] Steven: I'll see you today, we can talk about it then and try and figure something out you're comfortable with
[4/11/22, 8:51:00 AM] Ted Broker: ok
[4/11/22, 8:51:31 AM] Ted Broker: its just that it is not on our onus to supply them info as we are not the ones being audited.  They have to provide statements that should suffice to their trustees etc that the funds are in proper hands
[4/11/22, 8:52:03 AM] Steven: Couldn't agree more… it's been a bit of a battle getting that point across
[4/11/22, 8:53:14 AM] Ted Broker: Like if we go through an NFA audit we just have to show account statements.   We don't have to prove the funds are there as the statements provide that.  Im just trying to figure out how they positioned Traders Domain
[4/11/22, 8:53:55 AM] Ted Broker: If they have done something in the grey area then that is on them.  but let's see what they come back and say
[4/11/22, 8:54:51 AM] Ted Broker: I have documents that are sealed to prove funds available
[4/11/22, 8:54:56 AM] Steven: I'll get them over what I have now and put the ball in their court… we can deal with it when/if they get back to us with any other questions.. And if it's anything you're not comfortable with I'll handle it
[4/11/22, 8:55:33 AM] Ted Broker: ok no problem.  I will assist as much as I can
[4/11/22, 8:55:42 AM] Steven: I appreciate you brother
[4/11/22, 8:55:49 AM] Steven: Looking forward to finally meeting you
[4/11/22, 8:56:01 AM] Ted Broker: yeah Tin and I will be over to the office mid day
[4/11/22, 8:56:14 AM] Ted Broker: im heading over to the gym for a workout and then grab something
[4/11/22, 8:56:16 AM] Ted Broker: to eat
[4/11/22, 8:56:27 AM] Steven: Oh shit, Tins going to be there too 😂😂😂
[4/11/22, 8:56:27 AM] Ted Broker: nice to be on east coast time again.  Feel normal lol
[4/11/22, 8:56:41 AM] Ted Broker: yeah he came in yesterday as well
[4/11/22, 8:56:48 AM] Steven: Nice!
[4/11/22, 8:57:29 AM] Ted Broker: yeah will be good to see everyone
[12/7/22, 11:29:14 AM] Steven: Hey guys, hope all is well… we are in the process of closing out one of



**The Traders Domain Official C...**
••• Ted

**Pinned Message**
There are no discounts or any alternate payme...

take anyone's money. It's in the
account.

JC                                                    12:03 PM

**Ted Broker**                          Uncle Ted
And one other note – trying to
intentionally destroy or "blow"
accounts is not happening.  No one
is trying to do that.  So that
narrative can just stop right now.
Remember in the back office you
have a risk multiplier which you can
set – the default is 1.00 = same risk
as master account.  If you edit it to
.50 = half risk .25= quarter of the
risk etc.  Please use those tools
accordingly if you are not
comfortable with certain metrics.

                              edited 12:05 PM

**Jason C**
Guys please stop asking ridiculous quest...
what i meant by that statement was
people are accusing me of
STEALING the money.
                                      12:06 PM

The money is being traded and it is
in your account.                12:06 PM

**EXHIBIT**
**226**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Sending messages is not allowed in this group.

[10/5/22, 11:48:40 AM] john: But figured  peer to peer was going to be easiest for you
[10/5/22, 11:50:32 AM] Ted Broker: You guys can do that
[10/5/22, 7:14:30 PM] john: Hey ted , we received the traders domain news letter 💪 it says if you are doing crypto you don't need saavy does that mean  you can still process crypto to Traders in the future ?once your all caught up
[10/5/22, 7:18:40 PM] Ted Broker: Yes
[10/5/22, 7:30:46 PM] john: O ok perfect I didn't know we'll have that option thru TD
[10/5/22, 7:30:56 PM] Ted Broker: yup the only thing that changes is wire in and out
[10/5/22, 7:31:01 PM] Ted Broker: crypto stays the same
[10/5/22, 7:31:36 PM] john: Ok awesome ,  so in the future since you won't send wires your banking won't be stuck and crypto moves easier ?
[10/5/22, 7:31:43 PM] Ted Broker: correct
[10/5/22, 7:31:59 PM] john: We have clients who only like crypto they processed some in august
[10/5/22, 7:32:28 PM] john: When those get completed then we can do more .
[10/5/22, 7:33:06 PM] john: We heard thru a little birdie that  td funded Saavy 15 million so incase we hit limits with saavy we have other options
[10/5/22, 7:36:45 PM] Ted Broker: there wont be any limits with Savvy
[10/5/22, 7:38:55 PM] john: Ok 💪
[10/6/22, 11:05:32 AM] john: Hey Ted  just giving you our update . We have had zero crypto or wires approved since Thursday of 2 weeks ago . Nothing has gone out this week
[10/6/22, 11:08:03 AM] Ted Broker: Alright will check on our end
[10/6/22, 11:08:23 AM] john: Ok thanks
[10/6/22, 11:08:38 AM] Ted Broker: I know we did have 5 issues with crypto due to illegal crypto moving through our exchanger this week so I don't even know if any crypto went out
[10/6/22, 11:09:00 AM] john: O shit , dirty btc ?
[10/6/22, 11:09:06 AM] Ted Broker: Yup
[10/6/22, 11:09:09 AM] john: Smh 🧍
[10/6/22, 11:09:16 AM] Ted Broker: Very high for some reason this week
[10/6/22, 11:09:37 AM] john: We have wires and crypto from beginning of august
[10/6/22, 11:09:42 AM] john: Wires moving any faster. ?
[10/6/22, 11:09:47 AM] Ted Broker: Nope
[10/6/22, 11:10:04 AM] Ted Broker: We have too much of a backlog we are still processing other requests
[10/6/22, 11:10:21 AM] Ted Broker: Unfortunately our hands are tied
[10/6/22, 11:11:12 AM] john: Ok let me know if any chance somethings are gonna go out before end of week when you can
[10/6/22, 11:11:13 AM] Ted Broker: We have extremely high volumes with no abilities to move the same volume of funds
[10/6/22, 11:11:21 AM] Ted Broker: Yes will confirm
[10/6/22, 11:11:21 AM] john: Yea I know ur stuck
[10/6/22, 11:13:09 AM] john: Do the processing teams grab new stuff first or by random to try to catch up ? Cuz some sept went out before any old august a few weeks ago
[10/6/22, 11:13:26 AM] Ted Broker: Yes
[10/6/22, 11:13:34 AM] Ted Broker: That does happen
[10/6/22, 11:13:51 AM] john: Ok makes sense figure they try to get out as fast as possible .
[10/6/22, 11:14:07 AM] john: Thanks for checking on our stuff and let me know if anything
[10/6/22, 11:24:43 AM] Ted Broker: Yeah no worries appreciate the patience with everything .  We should be caught up shortly as now the banks see we aren't randomly sending out millions anymore
[10/6/22, 11:25:53 AM] john: No problem 👍 and saavy seems to be easy we heard ppl got funds who did it last week . Future should be easier for sure
[10/6/22, 11:26:10 AM] Ted Broker: Perfect
[10/7/22, 1:06:01 PM] john: Hey ted that was super eventful morning lol
[10/7/22, 1:06:26 PM] john: Was it slippage ? Or were u not able to close ? Was crazy
[10/7/22, 1:06:58 PM] Ted Broker: nope
[10/7/22, 1:07:05 PM] Ted Broker: the server can't keep up with our execution
[10/7/22, 1:07:12 PM] Ted Broker: metaquotes is too slow so we just had to refresh it
[10/7/22, 1:07:31 PM] Ted Broker: <attached: 00000472-PHOTO-2022-10-07-13-07-31.jpg>

EXHIBIT

227

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[10/7/22, 1:07:34 PM] john: Got it was like a roller coaster
[10/7/22, 1:07:43 PM] john: I knew something was off when couldn't closed
[10/7/22, 1:08:08 PM] Ted Broker: yeah when the server refreshes we have to restart positions.  That is why we say wait till end of day
[10/7/22, 1:08:42 PM] john: Yea our ppl don't really freak out on that anymore
[10/7/22, 1:08:44 PM] john: They wait lol
[10/7/22, 1:09:43 PM] john: Steve called us this am , he told us he was gonna reach out about some clients who run back and forth to other companies .  I told him it was fine I know you rather deal with JJ and I but he wanted to speak about some clients too
[10/7/22, 1:10:11 PM] john: Not sure about that other company but u became the king of Miami so ur name is everywhere
[10/7/22, 1:10:23 PM] Ted Broker: Yeah he spoke to me.  Unfortunately we are going to have to start closing this off
[10/7/22, 1:10:26 PM] Ted Broker: people are abusing the system
[10/7/22, 1:10:50 PM] Ted Broker: and its getting on my nerves because people want the returns but then complain when it is not done according to their terms
[10/7/22, 1:10:52 PM] john: I think you have all of Miami at this point cuz everyday ppl show each other mt5
[10/7/22, 1:10:59 PM] Ted Broker: yeah its stupid
[10/7/22, 1:11:12 PM] john: We never had that issue before but it's everywhere now
[10/7/22, 1:11:16 PM] Ted Broker: Yeah i know
[10/7/22, 1:11:21 PM] Ted Broker: its why i am going to start capping this
[10/7/22, 1:11:24 PM] Ted Broker: with minimums
[10/7/22, 1:11:29 PM] Ted Broker: so all these riff raff get out
[10/7/22, 1:11:36 PM] john: Yea make sense
[10/7/22, 1:11:41 PM] Ted Broker: we now have top MLM people doing courses for 50k a person
[10/7/22, 1:11:46 PM] Ted Broker: cause they saw me trade for a year
[10/7/22, 1:11:50 PM] john: Wtf !
[10/7/22, 1:11:53 PM] Juan Herman: Quality over quantity my brother
[10/7/22, 1:11:56 PM] Juan Herman: Insane
[10/7/22, 1:12:01 PM] Juan Herman: It's promoted all over
[10/7/22, 1:12:08 PM] Juan Herman: Insane courses
[10/7/22, 1:12:12 PM] Ted Broker: ██████████ Redacted ██████████ imagine listening to this
[10/7/22, 1:12:27 PM] Ted Broker: 50k a person for a 5 day course to make a million a day.  This guy can't trade himself out of a shoebox
[10/7/22, 1:12:34 PM] john: And I got a call today from a. Friend who was with mlm  first , he said I have a guy for 1 million if you want but Juan giving him a bigger profits Share
[10/7/22, 1:12:41 PM] Ted Broker: LMAO
[10/7/22, 1:12:42 PM] john: Lol I was like bro I'm not here to negotiate with Juan
[10/7/22, 1:12:49 PM] john: We're happy for them we don't do same business
[10/7/22, 1:13:01 PM] Ted Broker: these guys have now grown out of control and cant manage their clientele
[10/7/22, 1:13:05 PM] Ted Broker: so i am cutting everyone
[10/7/22, 1:13:15 PM] Ted Broker: they can all go back to living selling pyramid schemes
[10/7/22, 1:13:19 PM] Ted Broker: and find another trader
[10/7/22, 1:13:35 PM] Juan Herman: We applogize if we gotten in your nerves brother anything we can do to correct any mistakes we here
[10/7/22, 1:13:40 PM] Ted Broker: nope
[10/7/22, 1:13:42 PM] Juan Herman: We just want to keep growing and keep raising funds
[10/7/22, 1:13:42 PM] Ted Broker: its not you guys
[10/7/22, 1:13:55 PM] Ted Broker: we are family we have been here since 2017 together
[10/7/22, 1:14:02 PM] Ted Broker: theres a big difference
[10/7/22, 1:14:05 PM] Juan Herman: But it's so hard when they calling us from other places saying Oh I'm leaving you guys cause these guys get my withdraws on time You guys don't

121000248 routing number
[11/11/21, 3:44:42 PM] john: Perfect thank you
[11/11/21, 3:53:12 PM] john: We're at 1.44 with this week so far no trades today for conservative or aggressive for the holiday

We will def be 4-5 % this month
[11/11/21, 3:58:40 PM] Mike Sims: What's it trading again?
[11/11/21, 3:59:00 PM] Mike Sims: Also [ T. G. ] sent you wire instructions already to email.
[11/11/21, 3:59:03 PM] john: Same pair as the more aggressive accounts just at a way lower risk
[11/11/21, 3:59:20 PM] john: I'm on email now don't see it
[11/11/21, 4:00:01 PM] Mike Sims: I'm in the air
[11/11/21, 4:00:19 PM] john: O shit lol my bad
[11/11/21, 4:00:25 PM] Mike Sims: How on a different broker?
[11/11/21, 4:00:34 PM] john: Maybe have a delay for email
[11/11/21, 4:01:02 PM] john: That doesn't matter what broker we use . We trade conservative pairs on both brokers . I have conservative clients on both
[11/11/21, 4:02:16 PM] john: Ur clients have always been lower risk thou
[11/11/21, 4:05:28 PM] Mike Sims: Right. Just seems if it's the same xau/usd pair on [Redacted] , same trades on lower risk, when there is an issue on traders domain how does it get fixed on another broker? It doesn't look like an Algo is doing these trades.
[11/11/21, 4:08:57 PM] john: I'm not sure what you mean  by issue , call me when you land .  In here in Georgia for a few days call me .
Our issue now on our site isn't a trading issue
[11/11/21, 4:11:49 PM] Robert Collazo: Hey mike I'm in Dubai I get back Sunday.  We asked to meet with you couple weeks ago to discuss new stradedies and everything that we're doing moving forward.  When are you in Miami?
[11/11/21, 4:16:02 PM] Mike Sims: Issue when I see big losses and they go away on high risk. I understand slippage issues etc.… But if it's the same trades on lower risk, how does it not effect [Redacted] too?
[11/11/21, 4:17:02 PM] Mike Sims: You did tell me switching to gold/ usd.
[11/11/21, 4:17:13 PM] Mike Sims: Something else new?
[11/11/21, 4:17:28 PM] Mike Sims: I should be there on Sunday or Monday.
[11/11/21, 4:17:40 PM] Robert Collazo: If you want let's meet Monday
[11/11/21, 4:17:46 PM] Robert Collazo: I'm back Sunday
[11/11/21, 4:18:05 PM] john: Yea more new algo we developed months ago in testing
[11/11/21, 4:18:09 PM] Mike Sims: Also is jj still trading on our brokerage
[11/11/21, 4:18:25 PM] Mike Sims: Yes. You told me at the mall that day.
[11/11/21, 4:18:43 PM] Mike Sims: Maybe you should meet [Redacted] and [Redacted] They are in Dubai
[11/11/21, 4:19:11 PM] Robert Collazo: I would have but I leave in 4hrs to Switzerland
[11/11/21, 4:19:13 PM] john: Yea now we have live testing after 100s of bugs we got 1 ready for captial test others still going
[11/11/21, 4:19:35 PM] Robert Collazo: I'll be in Zurich then miami Sunday
[11/11/21, 4:19:44 PM] Mike Sims: Ok
[11/11/21, 4:19:48 PM] Robert Collazo: I've been in Dubai all week
[11/11/21, 4:20:36 PM] Robert Collazo: All have Jj meet with us aswell
[11/11/21, 4:20:46 PM] Robert Collazo: Been a long time anyways
[11/11/21, 4:21:38 PM] john: What time works  Monday ?
[11/11/21, 4:21:56 PM] Robert Collazo: I'm available after 11
[11/11/21, 4:22:22 PM] john: Ok let's do 1pm if that works for you mike
[11/11/21, 4:23:02 PM] Mike Sims: Didn't know
[11/11/21, 4:23:20 PM] Mike Sims: 1 pm works
[11/11/21, 4:23:40 PM] Robert Collazo: Ok see you at 1pm safe travels
[11/11/21, 4:26:56 PM] Mike Sims: Likewise.
[11/11/21, 9:49:37 PM] Mike Sims: <attached: 00001133-PHOTO-2021-11-11-21-49-37.jpg>
[11/11/21, 9:59:38 PM] john: We spoke thru email little whole ago about login and the app let me check for withdrawal email .

EXHIBIT

228

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **chat60353766662168341**

\#   \<Redacted\>                                                          10/11/2022, 5:29 PM
During this morning trading session
We executed several trades on gold at the price of 1661-1662-1663
Metaquotes (MT5) servers did not update until price reached 1677
But our closing price was 1663
Due to our servers not updating with the correct price, with our trade logs we were able to notified broker of the actual price we closed the trade.

Totaling 2.5-3% loss for the day

Your account should be updated with the correct amounts before end of the day.

Thank you.

\#   \<Redacted\>                                                          10/11/2022, 5:29 PM
Jj created this

MS   Redacted  \<Redacted\>                                           10/11/2022, 5:32 PM
Do you guys want me to send this out to people who inquire? What's best? LMK

MS   Redacted  \<Redacted\>                                           10/11/2022, 5:37 PM
Also - I edited the script and fixed the grammar - Revised:

MS   Redacted  \<Redacted\>                                           10/11/2022, 5:37 PM
During this morning's trading session, we executed several trades on Gold at the price of $1,661,$1,662, and $1,663
Metaquotes (MT5) servers did not update until the price reached 1677, But our closing price was 1663. Due to our servers not updating with the correct price, with our trade logs, we were able to notify the broker of the actual price we closed the trade.

Totaling 2.5-3% loss for the day

Your account should be updated with the correct amounts before the end of the day.

Algo Support

RC   Robert Collazo \<Redacted\>                                      10/11/2022, 5:39 PM
S.

MS   Redacted  \<Redacted\>                                           10/11/2022, 5:39 PM
yes

RC   Robert Collazo \<Redacted\>                                      10/11/2022, 5:39 PM
Clean it up and send here for review

MS   Redacted  \<Redacted\>                                           10/11/2022, 5:39 PM
Ok. More edits - Revised:

MS   Redacted  \<Redacted\>                                           10/11/2022, 5:39 PM
Dear Client,

During this morning's trading session, we executed several trades on Gold at the price of $1,661, $1,662, and $1,663
Metaquotes (MT5) servers did not update until the price reached $1,677, But our closing price was $1,663. Due to our servers not updating with the correct price, with our trade logs, we were able to notify the broker of the actual price we closed the trade.

Totaling 2.5-3% loss for the day

**EXHIBIT**
**229**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Your account should be updated with the correct amounts before the end of the day.

Algo Support

| | | |
|---|---|---|
| **MS** | Redacted <Redacted> | 10/11/2022, 5:40 PM |
| | LMK | |

**JH**   Juan Herman <Redacted>                                    10/11/2022, 5:44 PM
Loved "Dear Client,

During this morning's trading session, we executed several trades on Gold at the price of $1,661, $1,662, and $1,663 Metaquotes (MT5) servers did not update until the price reached $1,677, But our closing price was $1,663. Due to our servers not updating with the correct price, with our trade logs, we were able to notify the broker of the actual price we closed the trade.

Totaling 2.5-3% loss for the day

Your account should be updated with the correct amounts before the end of the day.

Algo Support"

**JH**   Juan Herman <Redacted>                                    10/11/2022, 5:44 PM
Thank you sully

**MS**   Redacted <Redacted>                                        10/11/2022, 5:45 PM
Absolutely! Happy to help

**MS**   Redacted <Redacted>                                        10/11/2022, 5:45 PM
The only other edit I thought of might be to say " Your account WILL BE updated with the ......"

**MS**   Redacted <Redacted>                                        10/11/2022, 5:45 PM
LMK

**#**   <Redacted>                                                    10/11/2022, 6:34 PM
We're gonna send to everoyne if possible

**#**   Redacted                                                      10/11/2022, 6:34 PM
All emails you have from algo

**RC**   Robert Collazo <Redacted>                                  10/11/2022, 6:50 PM
M. hold

**RC**   Robert Collazo <Redacted>                                  10/11/2022, 6:50 PM
Calling u in 5

**MS**   Redacted   Redacted                                         10/11/2022, 6:54 PM
Ok. Im holding

**MS**   Redacted <Redacted>                                        10/11/2022, 8:24 PM
Guys - Sent you an email as well but here is the final draft of the message I sent out. Please feel free to use this if you need to notify anyone else:

**MS**   Redacted <Redacted>                                        10/11/2022, 8:24 PM
Dear Client,

During this morning's trading session, we executed several trades at the price of $1,661, $1,662, and $1,663. The Metaquotes (MT5) servers did not update until the price reached $1,677, But our closing price was $1,663. This glitch was due to our servers not updating with the correct price, matching our trade logs. We were, however, able to notify the broker of the actual price we closed the trade.

Totaling 2.5-3% loss for the day

Your account will be updated with the correct amounts before the end of the day.

Algo Support

JH    **Juan Herman <Redacted>**                                                    10/11/2022, 8:25 PM
      Loved "Dear Client,

      During this morning's trading session, we executed several trades at the price of $1,661, $1,662, and $1,663. The
      Metaquotes (MT5) servers did not update until the price reached $1,677, But our closing price was $1,663. This glitch was
      due to our servers not updating with the correct price, matching our trade logs. We were, however, able to notify the
      broker of the actual price we closed the trade.

      Totaling 2.5-3% loss for the day

      Your account will be updated with the correct amounts before the end of the day.

      Algo Support"

#     **<Redacted>**                                                                 10/11/2022, 8:26 PM
      Liked "Dear Client,

      During this morning's trading session, we executed several trades at the price of $1,661, $1,662, and $1,663. The
      Metaquotes (MT5) servers did not update until the price reached $1,677, But our closing price was $1,663. This glitch was
      due to our servers not updating with the correct price, matching our trade logs. We were, however, able to notify the
      broker of the actual price we closed the trade.

      Totaling 2.5-3% loss for the day

      Your account will be updated with the correct amounts before the end of the day.

      Algo Support"

[10/17/22, 11:22:31 AM] Ted Broker: <attached: 00000650-PHOTO-2022-10-17-11-22-31.jpg>
[10/17/22, 11:22:56 AM] john: Got it thanks
[10/17/22, 11:29:08 AM] john: We're we lucky enough for the bank to finally have the back end fixed ? So wires can go out ? Or crypto
[10/17/22, 11:31:10 AM] Ted Broker: We are waiting on the bank to confirm wires can start
[10/18/22, 10:48:28 AM] john: Morning ted , any chance traders domain is outta cadence bank merger jail yet ?
[10/18/22, 10:49:25 AM] Ted Broker: Don't know it's 1030 am the bank hasn't opened yet
[10/18/22, 10:52:13 AM] john: 🙏
[10/18/22, 12:53:29 PM] john: <attached: 00000657-PHOTO-2022-10-18-12-53-29.jpg>
[10/18/22, 12:53:33 PM] john: <attached: 00000658-PHOTO-2022-10-18-12-53-33.jpg>
[10/18/22, 12:54:37 PM] Ted Broker: yes they took 20 days
[10/18/22, 12:54:48 PM] Ted Broker: but once again we are backed up to due to incorrect wires hitting our account
[10/18/22, 12:54:51 PM] Ted Broker: that is the problem
[10/18/22, 12:54:58 PM] Ted Broker: so we had to delay things
[10/18/22, 12:55:24 PM] john: They didn't receive he was just showing our clients that it should take 20 days max
[10/18/22, 12:55:43 PM] john: We communicate with everyone about why it's delayed
[10/18/22, 12:55:57 PM] Ted Broker: yeah that is wrong
[10/18/22, 12:57:07 PM] Juan Herman: Yes some of them are past 30 days so they go crazy when they see updates on broker 5-7 days
[10/18/22, 12:57:14 PM] Juan Herman: They think we are lying holding their funds
[10/18/22, 12:57:22 PM] Juan Herman: Some have threaten us with legal stuff
[10/18/22, 12:57:43 PM] john: Yea some are 60 days  but it's just Miami all talking and comparing
[10/18/22, 12:58:01 PM] Ted Broker: yes but you guys have requested large amounts and multiple transactions
[10/18/22, 12:58:04 PM] Ted Broker: we are processing them in batches
[10/18/22, 12:58:12 PM] Ted Broker: so we have to process for over 50,000
[10/18/22, 12:58:17 PM] Ted Broker: so yes some will get faster than others
[10/19/22, 1:35:16 AM] Ted Broker:  N  A            Redacted      @ Redacted .com> who is this client and why are they bugging my support team?
[10/19/22, 1:35:27 AM] Ted Broker: about 25K withdrawal. Can you provide me the withdrawal details
[10/19/22, 1:35:30 AM] Ted Broker: let me see what i can do
[10/19/22, 6:02:00 AM] john: Hey ted sorry we have told her many times about the delay
[10/19/22, 6:02:12 AM] john: She had a 25k crypto withdrawal from early august
[10/19/22, 6:02:16 AM] john: I'll get the slip
[10/19/22, 6:07:22 AM] john: That what JJ was saying yesterday we still had some august outstanding and those are the ppl who are the loudest complain. I believe there's 6-8 from august I'll try to see if I can find the email number .
[10/19/22, 6:07:24 AM] john: Sorry
[10/19/22, 6:20:57 AM] john: <attached: 00000682-PHOTO-2022-10-19-06-20-57.jpg>
[10/19/22, 6:21:00 AM] john:         Redacted        yjk9
[10/19/22, 6:21:10 AM] john: That's  N
[10/19/22, 6:21:27 AM] john: <attached: 00000685-PHOTO-2022-10-19-06-21-27.jpg>
[10/19/22, 6:21:38 AM] john: This client  L. D.  is from Aug 3 wire
[10/19/22, 6:24:30 AM] john: <attached: 00000687-PHOTO-2022-10-19-06-24-30.jpg>
[10/19/22, 6:29:26 AM] john:  M.  chase Redacted 6555
They have 10k pending from august 3
[10/19/22, 6:31:39 AM] john: <attached: 00000689-PHOTO-2022-10-19-06-31-39.jpg>
[10/19/22, 6:33:28 AM] john: <attached: 00000690-PHOTO-2022-10-19-06-33-28.jpg>
[10/19/22, 6:33:47 AM] john: Right before losing the other bank we had all these and the. The ones right after .
[10/19/22, 6:40:12 AM] john: <attached: 00000692-PHOTO-2022-10-19-06-40-12.jpg>
[10/19/22, 6:42:17 AM] john: <attached: 00000693-PHOTO-2022-10-19-06-42-17.jpg>
[10/19/22, 6:44:18 AM] john: <attached: 00000694-PHOTO-2022-10-19-06-44-17.jpg>

**EXHIBIT**
230
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



8:01

# Comments

same day pls 😉

1w    Reply    Send

View 61 replies

**aleksievbg** I am waiting for a withdrawal for 27 business days, please answer me in DMs.

2d    Reply    Send

View 3 more replies

**blue.badge.procesor** *Dm to get your account verified* 🔵

3d    Reply    Send

**elartedehacernegocio** the big elephant 🐘 in the room are the withdrawals, 20 business days it's a lot, maybe you have liquidity problems

2d    1 like    Reply    Send

**thetradersdomain** @elartedehacernegocio we have 100s of clients making errors with withdrawals which is causing us delays with our exchangers and processors.  None of these delays would exist if many clients would be trading their own funds but they are copying a master trader who is generating funds for them.  The messages here are people not happy about receiving their free money fast enough when the same clients make errors in their withdrawal instructions which hurt processing times.

2d    3 likes    Reply    Send

View 1 more reply

❤️    🙌    🔥    👏    😢    😍    😮    😂

**EXHIBIT**

**231**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Hope you are doing well.  We have alot going on, and going really big as you can see lol.  Do you think you can come down sooner then later to sit down and go over our plan and next steps?  And besides it's been a while since we last saw each other.  Let me know.  Look forward in seeing you
[3/2/22, 2:04:42 PM] Ted Broker: Yeah i am trying to get down there.  I am finalizing my travel plans so Miami is on the list
[3/2/22, 2:07:04 PM] Robert Collazo: Ok perfect.  Looking forward to it
[11/1/22, 1:00:15 PM] Juan Herman: Juan Herman started a call
[11/7/22, 9:45:48 AM] john: Hey ted Good morning since we all spoke we confirmed 1 crypto was received by a client usdt 30k

We still have  august wires  and sept wires and around 900k in sept crypto .

We let the august and sept client's know last week that funds were being sent out do you think we can handle some this week ? August clients are obviously the latest and we really need to get those out .
[11/7/22, 9:54:56 AM] Robert Collazo: Goodmorning Ted can we jump on a 11est am today?
[11/7/22, 10:09:55 AM] Ted Broker: wont be today
[11/7/22, 10:10:02 AM] Ted Broker: we have major exchanger issues
[11/7/22, 10:10:09 AM] Ted Broker: crypto is being removed worldwide
[11/7/22, 10:17:17 AM] john: Ok Yea we heard crypto market looking bad  ftx about to fall , lucky you set up saavy in time
[11/7/22, 10:23:02 AM] Ted Broker: Yeah its not good
[11/7/22, 10:23:10 AM] Ted Broker: this is going to send ripples through all exchangers
[11/7/22, 10:28:37 AM] john: Obviously your got a lot going on so let's try to recap tomorrow if thats ok then so you can let us know how to navigate and what we all can do
[11/7/22, 10:32:47 AM] Ted Broker: Yes no problem if i am free later i will ping you guys as well
[11/7/22, 10:32:52 AM] john: Ok
[11/7/22, 10:33:58 AM] john: Thank you
[11/7/22, 10:34:32 AM] Ted Broker: no worries
[11/7/22, 2:47:20 PM] john: Hey ted the annoying client who emailed you guys got her saavy . She just text us .  Thank you for getting her out of the way .
[11/7/22, 2:47:31 PM] john: Do we have more processing sicne that worked pretty quick
[11/7/22, 2:49:05 PM] Ted Broker: Yes
[11/7/22, 2:49:14 PM] Ted Broker: its being processed
[11/7/22, 2:49:24 PM] Ted Broker: honestly if you want i can call all your clients and tell them to fuck off
[11/7/22, 2:49:32 PM] Ted Broker: its easy really.  Its not like they have suffered.
[11/7/22, 2:49:59 PM] john: Honestly only hand full really stressed us . And we closed almost all of them
[11/7/22, 2:50:07 PM] john: The august ppl just care more about time lines
[11/7/22, 2:50:08 PM] Ted Broker: my team is under immense pressure to push transactions through and unfortunately we have had errors from many clients which have caused these delays
[11/7/22, 2:50:23 PM] Ted Broker: how many times did we get returned wires? That hit us hard.
[11/7/22, 2:50:28 PM] john: Yea 100%
[11/7/22, 2:50:40 PM] john: We had other groups reach out and wel tell their clients the same
[11/7/22, 2:50:46 PM] john: Even ppl not on our team
[11/7/22, 2:50:50 PM] Ted Broker: so you need to explain to them that it may not have been them that caused the issue but one bad apple ruins it for everyone
[11/7/22, 2:52:20 PM] john: Once you tell us that august and sept can go to our saavy then we have the final explanation to go back to everyone . As of now they know wires can't go out so we're finding solutions .  With us as long as u give us some info we can always prepare and organize
[11/7/22, 2:52:43 PM] john: We control our clients and if not we closing them
[11/7/22, 2:53:11 PM] Ted Broker: Yes as soon as i have it, you will have it.  Everything is in constant flux
[11/7/22, 2:53:18 PM] Ted Broker: we just got back online from our exchanger over the last 4 days
[11/7/22, 2:53:31 PM] john: Yea and like your said crypto scary too
[11/7/22, 2:53:34 PM] Ted Broker: so now we have 4 days worth of transactions that should have gone out, heading there first
[11/7/22, 2:54:29 PM] Juan Herman: Yes if it's easier than crypto we'll have august and September go to saavy and we distribute whatever makes it easier for you

EXHIBIT

232

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

JH   **Juan Herman** <Redacted>                                                8/10/2022, 6:13 PM
Hit me when you can

\#   <Redacted>                                                               8/10/2022, 7:30 PM
https://www.cftc.gov/PressRoom/PressReleases/8555-22

*Attachment: ~_Library_SMS_Attachments_ba_10_3E1BE4CE-1686-4E6C-8E32-4F201EA2857D_8E0AA87F-9842-4EDF-9215-474D69AFCED6.pluginPayloadAttachment*

*Attachment: ~_Library_SMS_Attachments_10_00_FE844A05-5E09-44BA-B31F-AB33AD52160A_F7C6B923-B81E-4991-A424-C645DF2E5E23.pluginPayloadAttachment*

\#   <Redacted>                                                               8/10/2022, 7:30 PM
Ummm don't think that's good

\#   <Redacted>                                                               8/10/2022, 7:35 PM
Don't say anything call u in 5

JH   **Juan Herman** <Redacted>                                               8/10/2022, 7:41 PM
Woah

JH   **Juan Herman** <Redacted>                                               8/10/2022, 7:42 PM
Could it be due to USA clients ?

\#   <Redacted>                                                               8/10/2022, 7:42 PM
It doesn't mean shit I think

\#   <Redacted>                                                               8/10/2022, 7:42 PM
Everyone in that broker

\#   <Redacted>                                                               8/10/2022, 7:42 PM
Who accepts us clients

\#   <Redacted>                                                               8/10/2022, 7:42 PM
Myfxchoice

JH   **Juan Herman** Redacted                                                 8/10/2022, 7:42 PM
I mean I see other big names that are reputable brokers lso

JH   **Juan Herman** <Redacted>                                              8/10/2022, 7:42 PM
Also

\#   <Redacted>                                                               8/10/2022, 7:43 PM
Yea

\#   Redacted >                                                               8/10/2022, 8:37 PM
Pending

G.   -60k add
Redacted 932 (band deposit )

I. B.   -30k new

W. L.   -100k add
Redacted 3685

D. J.   -10k add (nativa)

[9/19/22, 8:25:23 AM] Ted Broker: and they can wire out or choose crypto purchases etc
[9/19/22, 8:25:25 AM] Juan Herman: If a client has like a 500k withdraw is not limited ?
[9/19/22, 8:25:45 AM] Ted Broker: There is a total limit on the system so the bank would have to approve it on their side
[9/19/22, 8:25:50 AM] Ted Broker: but that has nothing to do with Traders Domain
[9/19/22, 8:25:54 AM] Juan Herman: Ok got it
[9/19/22, 8:26:03 AM] Ted Broker: once the funds hit your wallet you are free to do what you want
[9/19/22, 8:26:11 AM] Juan Herman: You guys send to saavy and then saavy releases to us
[9/19/22, 8:26:25 AM] Ted Broker: Yes once the funds are in your Saavy wallet they are yours to do whatever
[9/19/22, 8:26:31 AM] Juan Herman: Got it
[9/19/22, 8:26:41 AM] Juan Herman: Sign up now buying the $900 card
[9/19/22, 8:26:57 AM] Ted Broker: i think those numbers are a little inflated
[9/19/22, 8:26:59 AM] Ted Broker: let me confirm
[9/19/22, 8:27:13 AM] Juan Herman: Ok thank you
[9/19/22, 8:27:28 AM] Ted Broker: no problem
[9/19/22, 11:58:27 AM] Juan Herman: All set brother we sent over the Btc for the payment and set up with saavy
[9/19/22, 12:04:18 PM] john: Yep me to confirmation from them as well
[9/19/22, 12:04:29 PM] john: Let us know when you have 5 min
[9/19/22, 12:05:30 PM] Ted Broker: Yes later today
[9/19/22, 12:05:43 PM] john: Perfeft
[9/19/22, 12:05:45 PM] john: Perfect
[9/19/22, 12:07:20 PM] Juan Herman: Once we receive confirmation we can start processing clients withdraws through there ?
[9/19/22, 12:07:45 PM] Juan Herman: The ones from last month we don't have to reprocess correct ? Only the new ones moving forward all thru savvy
[9/19/22, 12:07:47 PM] Ted Broker: Not yet
[9/19/22, 12:07:55 PM] Ted Broker: Moving forward once we confirm
[9/19/22, 12:07:56 PM] Juan Herman: Ok brother sounds good thank you
[9/19/22, 12:08:01 PM] john: Thanks
[9/19/22, 7:57:29 PM] john: Hey buddy I forgot your in a different time zone then us . Let us know if you have time today if not we can chat in Am
[9/20/22, 9:40:03 AM] john: Hey ted , we got a few overnight approvals last night . They were all from Aug 31 week . We're still pending from august 1-8 .
We have 33 pending withdrawals for this month so far can we process any crypto in broker ? Small ? We're just worried saavy could take 14 days and then we're super behind . Let us know what you think is best and we can jump on call today to go over plan
[9/20/22, 10:50:19 AM] Ted Broker: Yes each day withdrawals are going out for wire and crypto
[9/20/22, 10:50:35 AM] Ted Broker: Unfortunately the network marketers have hurt our banking so everything is in this situation
[9/20/22, 10:51:21 AM] john: Yea of course
It seems like the processors doing sept that's what we see
[9/20/22, 10:51:53 AM] john: The august 1-8 are the ones who been a lot longer in time
[9/20/22, 10:52:41 AM] john: Also any savvvy info u can give us , how long process , trust level , do you know them ? Lol hopefully your buying them so it can be TD saavy lol
[9/20/22, 10:59:12 AM] Ted Broker: Individual 1, B owns the bank
[9/20/22, 10:59:50 AM] Ted Broker: And hes been with td for a long time so it was brought to me as a solution
[9/20/22, 11:00:06 AM] john: Yea we know him he was a client of ours ling time
[9/20/22, 11:00:08 AM] john: Ago
[9/20/22, 11:00:11 AM] john: He Juan friend
[9/20/22, 11:00:38 AM] john: He owns Redacted nft too
[9/20/22, 11:00:42 AM] Ted Broker: Yeah
[9/20/22, 11:01:02 AM] Ted Broker: So that is the only reason why we are partnering with them
[9/20/22, 11:01:07 AM] john: Got it

EXHIBIT

234

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[9/20/22, 11:01:22 AM] john: You think the set up gonna take 14 days ?
[9/20/22, 11:01:50 AM] Ted Broker: We were supposed to be ready this week but there are minor items they have to fix on the back end
[9/20/22, 11:03:55 AM] john: Ok 👍
We have 3 very important wires from Aug 1
The 340k to algo was for pension uK
And then a 315,000
Any chance we can send you the id for those so u can try to push
And obviously the rest of august 1-8
[9/20/22, 11:04:17 AM] Ted Broker: Yes they are in the banking cue going out
[9/20/22, 11:04:23 AM] john: Copy
[9/20/22, 2:32:03 PM] Ted Broker: TD.Savvywallet.io
[9/20/22, 2:32:14 PM] Ted Broker: This is to onboard clients to saavy
[9/20/22, 2:32:25 PM] Ted Broker: You can choose the virtual wallet for free
[9/20/22, 2:32:32 PM] Ted Broker: Don't need to buy a card
[9/20/22, 2:33:10 PM] Ted Broker: We will start shortly sending transfers there.  But all wires should be going to your wallet there then sending to our wallet.  I'll have the full instructions shortly
[9/20/22, 2:33:40 PM] Juan Herman: Sounds good we had already purchased
[9/20/22, 2:33:58 PM] Juan Herman: Thanks brother
[9/20/22, 2:34:08 PM] Juan Herman: Will they refund the purchased one ?
[9/20/22, 2:34:17 PM] Ted Broker: Yeah you can probably cancel it
[9/20/22, 2:34:31 PM] john: Yea we signed up from other link
[9/20/22, 2:35:05 PM] john: We'll keep the card one if anything sicne we did it already
[9/20/22, 2:35:16 PM] Juan Herman: Yes correct
[9/20/22, 2:35:23 PM] Juan Herman: We'll sign up using this one now
[9/20/22, 2:37:08 PM] Ted Broker: Yeah it's just the direct site now
[9/20/22, 2:37:35 PM] Ted Broker: I'm getting instructions on  how to make sure we see deposits and what info we need for withdrawals
[9/20/22, 2:58:20 PM] Juan Herman: Awesome brother great success thank you
[9/21/22, 11:14:05 AM] Ted Broker: ██████ L. S. ██████ ████ Redacted ████  MIAMI FLORIDA    33129.  OCEAN BANK    1000 BRICKELL AV MIAMI FL 33131    account- ██Redacted██8605    routing- 066011392

From algo side. Returned. Name and account number do not agree.
[9/21/22, 11:14:17 AM] Juan Herman: I'm on it
[9/21/22, 11:14:20 AM] john: Thank you
[9/21/22, 11:14:25 AM] Ted Broker: 20k
██ C. O. ██  ██ Redacted ██  Miami FL 33156. Truist 11700 north Kendall dr account-██Redacted██8848. routing -061000104

Invalid beneficiary number
[9/21/22, 11:14:33 AM] Ted Broker: This is our issue gentlemen
[9/21/22, 11:14:52 AM] Ted Broker: We get returned wired and it slows us down
[9/21/22, 11:16:55 AM] Juan Herman: Sounds good I will double verify
[9/21/22, 11:17:03 AM] john: So sorry
[9/21/22, 11:17:07 AM] john: We're on both them now
[9/21/22, 11:18:38 AM] Ted Broker: Its ok it just restricts us again
[9/21/22, 11:26:50 AM] john: So weird ██ C. ██ you sent wires to in June same info he just sent me a pic of his check and the account number is correct
[9/21/22, 11:26:56 AM] john: ██ L. ██ had a missing number
[9/21/22, 11:27:01 AM] Ted Broker: ok thanks
[9/21/22, 11:27:17 AM] john: Do you want me to send you ██ L. ██ ?
[9/21/22, 11:27:37 AM] Ted Broker: can you just provide the new info here
[9/21/22, 11:27:41 AM] Ted Broker: and ill get it out to our bank
[9/21/22, 11:28:13 AM] john: ██████ L. S. ██████

**Messages in chronological order** (times are shown in GMT +00:00)

💬 Redacted

MC    M. C.  <Redacted>                                    1/5/2023, 5:05 PM
Anything hit today

MC    M. C.  <Redacted>                                    1/5/2023, 9:46 PM
?

\#    <Redacted>                                           1/5/2023, 9:47 PM
Hey buddy we're getting 1.9m for 2 clients last night he sent 75k for 1 client

\#    <Redacted>                                           1/5/2023, 9:48 PM
Said the large funds haven't hit yet but going to help get rid of some older ones

MC    M. C.  Redacted >                                    1/5/2023, 9:49 PM
So u actually received some money though. Confirmed?

\#    <Redacted>                                           1/5/2023, 9:49 PM
Yes 75k last night
Waiting on the 1.9 now
Was for pension fund Steve had and another big client

\#    Redacted >                                           1/5/2023, 9:49 PM
He said he was org axing funds to send

MC    M. C.  Redacted >                                    1/5/2023, 9:50 PM
Well thats fucking fantastic to hear

MC    M. C.  Redacted>                                     1/5/2023, 9:50 PM
First tangible news in forever

\#    <Redacted>                                           1/5/2023, 9:50 PM
It's a very small baby step

\#    <Redacted>                                           1/5/2023, 9:50 PM
Once the 1.9 hits then we feel better

MC    M. C.  Redacted >                                    1/5/2023, 9:51 PM
Whats the current accumulated total of all algo withdrawals pending

\#    <Redacted>                                           1/5/2023, 9:51 PM
We have 27m from Aug/sept /Oct /nov

\#    <Redacted>                                           1/5/2023, 9:51 PM
He said he can help with some things until the large funds hit

\#    <Redacted>                                           1/5/2023, 9:51 PM
He has 25m allocated from the large deposit for us

\#    <Redacted>                                           1/5/2023, 9:51 PM
That clears 95% of the back stuff

EXHIBIT

235

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**Messages in chronological order** (times are shown in GMT +00:00)

💬   + Redacted

| TR | Redacted < Redacted > | 12/5/2022, 2:08 PM |

See anything from Rakastella?

| # | < Redacted > | 12/5/2022, 2:09 PM |

Not at all

| # | < Redacted > | 12/5/2022, 2:09 PM |

U ?

| TR | Redacted < Redacted > | 12/5/2022, 2:09 PM |

Nothing

| TR | Redacted < Redacted > | 12/5/2022, 3:23 PM |

Sent algo email to you guys

| TR | Redacted < Redacted > | 12/5/2022, 3:23 PM |

Please take one more good read on it

| TR | Redacted < Redacted > | 12/5/2022, 3:23 PM |

Rob mentioned wanting to send it to Ted before sending to clients. Also mentioned taking the 60 days part out for the one to ted. So he doesn't think he has bigger window in the future.

| # | < Redacted > | 12/5/2022, 3:28 PM |

Great email

| TR | Redacted < Redacted > | 12/5/2022, 3:29 PM |

Yea i think so

| TR | Redacted < Redacted > | 12/5/2022, 3:30 PM |

Hopefully helps

| TR | Redacted < Redacted > | 12/5/2022, 3:41 PM |

I just got caught a couple typos

| TR | Redacted < Redacted > | 12/5/2022, 4:37 PM |

D.  said some issues with beach now, they will know today if happening or not

| TR | Redacted   Redacted | 12/5/2022, 4:37 PM |

He's coming by the office lo

| # | < Redacted | 12/5/2022, 4:57 PM |

PL has 900 for barricades but that seems low

| TR | Redacted < Redacted > | 12/5/2022, 4:58 PM |

Let's get on a call with  him Later and go over it

| # | < Redacted > | 12/5/2022, 5:52 PM |

Robert wants to say up to 45 days for algo

Also where it says offshore say our broker is registered in Belize

**EXHIBIT**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| TR | Redacted < Redacted > | 12/5/2022, 5:52 PM |

Ok. Will update. Anything else?

TR   Redacted <Redacted>                                          12/5/2022, 5:58 PM

Attachment: ~_Library_SMS_Attachments_41_01_57B5FDE1-3A90-402A-9A12-BA7E4E38A8DE_Algo Email (Final
Draft).pdf (29 KB)

TR   Redacted <Redacted>                                          12/5/2022, 6:06 PM
Sending today?

TR   Redacted <Redacted>                                          12/5/2022, 11:06 PM
Can I call you later?

TR   Redacted <Redacted>                                          12/6/2022, 12:45 AM
Call me regarding rob notes

TR   Redacted <Redacted>                                          12/6/2022, 12:53 AM

Attachment: ~_Library_SMS_Attachments_64_04_6B16A7F6-08D5-448A-8721-E07AEFC3B96F_Algo Email (Final
Draft).pdf

TR   Redacted <Redacted>                                          12/6/2022, 1:02 AM
Make sure sent in the email body not as an attachment

#    <Redacted>                                                   12/6/2022, 1:03 AM
Rob reviewing now

TR   Redacted <Redacted>                                          12/6/2022, 2:04 AM



Image: ~_Library_SMS_Attachments_43_03_F07A073E-1B72-4164-B4BA-4EC4CC3FF311_IMG_8054.jpeg (298 KB)

TR   Redacted <Redacted>                                          12/6/2022, 2:04 AM
Not the trading platform

**Messages in chronological order** (times are shown in GMT +00:00)

💬　Redacted

S　**Steven** <Redacted>　　　　　　　　　　　　　11/4/2022, 12:17 PM
　😐

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 12:17 PM
　Lol

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 12:18 PM
　When we spoke other day he said when he sends funds via crypto we get in less than 24 hours so in my head I'm
　Hold on to thag

S　**Steven** <Redacted>　　　　　　　　　　　　　11/4/2022, 12:19 PM
　So we've got zero is what you're saying 🥴

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 12:22 PM
　Zero emails

S　**Steven** Redacted >　　　　　　　　　　　　11/4/2022, 12:32 PM
　FUUUUCK!!!

#　< Redacted >　　　　　　　　　　　　　　　11/4/2022, 3:19 PM
　Just sent ted withdrawal text

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 3:19 PM
　🙏

S　**Steven** <Redacted>　　　　　　　　　　　　　11/4/2022, 3:20 PM
　Even u couldn't wait until noon lol

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 3:20 PM
　Lol

#　Redacted >　　　　　　　　　　　　　　　　11/4/2022, 3:20 PM
　Tried it 20 min ago again

S　**Steven** <Redacted>　　　　　　　　　　　　　11/4/2022, 3:20 PM
　Dude we're fucked

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 3:20 PM
　Lol

#　<Redacted>　　　　　　　　　　　　　　　　11/4/2022, 3:50 PM

**EXHIBIT**
**237**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746





Thu 2022-11-03 3:44 PM

Good afternoon,

I am reaching out to you all in hopes of getting answers. On the 25th of August I emailed support@algocapitalfx.com requesting to close my account. I was informed that there was no longer a banking system set up and you all were in the process of setting up a 3rd party wallet. On the 9th of October because my account was still not closed I requested to change it to an $11,000.00 withdrawal and to leave the account open. On the 13th of October my app showed the request was processed. I was informed that this would take 5-7 business days via text from John Fortini. On the 25th of October I once again emailed support@algocapitalfx.com wanting to proceed with closing my account. The same day John informed me via text it could now take up to 20 business days according to the broker. Everything has shown closed via my metatrader app however my SavvyWallet app is not even showing any pending transactions.

I would like to know where my money is? My concern is that on this "20 business day" mark I will hear yet again that it will take a certain amount of business days or another "the broker is still setting it up". I would like to know when I will actually receive the money from my account. At the moment I do appreciate and understand John is not in control of when I receive my money. I am aware you all have other clients requesting withdrawals as well. Since my original request on August 25th I have not received a straight answer.

Thank you,

J. D.

EXHIBIT

238

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[12/3/21, 12:04:59 PM] Mike Sims: Ok. He didn't tell me
[12/15/21, 9:36:21 AM] Mike Sims: But make sure it's signed too
[12/15/21, 9:36:32 AM] john: Yea as soon as she fills I sign
[12/17/21, 11:04:05 AM] john: Hey buddy can you send me ▮D.▮ Address
[12/17/21, 11:04:09 AM] john: For his Xmas gift
[12/17/21, 11:33:58 AM] Mike Sims: I will message him
[12/17/21, 12:00:22 PM] Mike Sims: ▮▮▮▮▮ Redacted ▮▮▮▮▮
Unit ▮Redacted▮
Atlanta, GA 30326
[1/18/22, 8:18:39 AM] john: Hey buddy Gm
Was with Jj and Robert yesterday. Jj said he gotta reconnect to your algo in your broker .
[1/18/22, 8:19:02 AM] john: Also they said they still have the balance from sept/December as there pay
[1/18/22, 8:32:06 AM] Mike Sims: They have the group chat with the guys and our brokerage
[1/24/22, 1:07:02 PM] Mike Sims: Can you give me ▮T. R▮ password for Algo.
[1/25/22, 5:42:10 AM] Mike Sims: Need ▮N. J.▮ password too
[1/25/22, 10:20:53 AM] john: Hey buddy will send u both sorry in process of moving and house a disaster
lol
[1/25/22, 10:20:56 AM] john: Have it today to you
[1/25/22, 10:23:18 AM] Mike Sims: Ok
[1/26/22, 8:37:53 AM] Mike Sims: Still need logins
[1/26/22, 8:38:12 AM] john: I'm resetting them
[1/26/22, 8:38:16 AM] john: Give me 5
[1/26/22, 8:40:58 AM] john: ▮T.▮

▮Redacted▮
[1/26/22, 8:42:13 AM] john: ▮N.▮

▮Redacted▮
[1/26/22, 8:45:35 AM] Mike Sims: Thx bro
[4/6/22, 7:31:47 PM] Mike Sims: Still no wire
[11/4/22, 2:36:59 PM] john: Buddy ! Sorry I couldn't be in meeting . We closed month and took me forever
. Happy to hear things went well at bit5 I'm gonna respond to your 2 clients today .
[11/4/22, 2:42:36 PM] Mike Sims: All good bro. I know you busy. Long as I know you're good. 🙌
[11/4/22, 2:42:48 PM] Mike Sims: Great meetings.
[11/11/22, 9:37:29 AM] Mike Sims: Contact ▮L. B.▮ please
[11/11/22, 10:39:17 AM] john: Hey brother I did
[11/11/22, 10:39:22 AM] john: We spoke via email last night
[11/11/22, 10:48:39 AM] Mike Sims: Ok thx
[11/22/22, 10:25:12 PM] Mike Sims: ▮B.▮ sent me a message today saying all Algo bank accounts have
been shut down. What?! And you don't know when the money can be sent. You know that's not going to
fly bro. Whether it comes from someone's personal or whatever, it's got to come out soon. They need
their money. These are older people.
[11/22/22, 10:25:49 PM] Mike Sims: Don't want them escalating this situation. That response was
definitely not comforting.
[11/22/22, 10:30:05 PM] john: Yea bro algo and all fund bank accounts were shut down , Robert went to
city National and they won't approve us to open .
[11/22/22, 10:30:14 PM] john: I'll speak to Robert
[11/22/22, 10:31:55 PM] john: We're obviously gonna find solution we are jsut scrambling to fix
[11/22/22, 10:32:45 PM] Mike Sims: Why they shut it down?
[11/22/22, 10:32:56 PM] john: Td bank said do to internal review
[11/22/22, 10:33:02 PM] john: Algo , new fund , Jj perosnal
[11/22/22, 10:33:06 PM] john: Everything
[11/22/22, 10:33:13 PM] Mike Sims: Ok.
[11/22/22, 10:33:16 PM] john: We been there for years makes no sense
[11/22/22, 10:33:45 PM] Mike Sims: Related to crypto stuff?
[11/22/22, 10:34:17 PM] john: No none

EXHIBIT
239

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[1/29/23, 4:21:31 PM] Mike Sims: These people computer gangsters.
[1/29/23, 4:21:37 PM] john: We wrote ted like this gotta stop
[1/29/23, 4:33:33 PM] Mike Sims: There are some hot list people that need to be taken care of. Also he has to kill this sponsor narrative.
[1/29/23, 4:44:57 PM] john: Yea bro it's ridiculous
[1/29/23, 4:45:03 PM] john: But we need the funds asap
[1/29/23, 4:45:10 PM] Mike Sims: Yep
[1/30/23, 5:14:06 PM] Mike Sims: You need to call ▮ D. M. ▮ and explain to him what's happening.
[1/30/23, 10:05:59 PM] Mike Sims: ?
[1/30/23, 10:40:24 PM] john: Hey buddy sure I'll reach out tomorrow . Let him know traders domain having withdrawal issues.
[1/30/23, 10:40:25 PM] john: ?
[2/2/23, 11:40:52 AM] Mike Sims: What's up bro? Text ▮ D. ▮ now. I just talked to him. He wants to be connected to who has the money.
[2/2/23, 11:40:57 AM] Mike Sims: I explained delays
[2/2/23, 11:41:06 AM] Mike Sims: And he wants to see mt5
[2/2/23, 11:41:12 AM] john: Ok sounds good
[2/2/23, 11:41:13 AM] john: Thanks
[2/2/23, 11:41:24 AM] john: I will
[2/2/23, 11:41:44 AM] Mike Sims: You have the number?
[2/2/23, 11:41:49 AM] john: It's on email
[2/2/23, 11:41:53 AM] john: Can U send
[2/2/23, 11:41:56 AM] john: I'll do now in car
[2/2/23, 11:42:04 AM] Mike Sims: +1 ▮ Redacted ▮
[2/2/23, 11:42:31 AM] Mike Sims: Shoot him a quick text with a time to connect. He's a great guy. Loaded. Big in real estate.
[2/2/23, 11:42:33 AM] john: Just reached out thanks
[2/2/23, 11:42:39 AM] john: I'm on it
[2/2/23, 11:42:45 AM] john: How everything else going. ?
[2/2/23, 11:42:49 AM] john: How ur ppl ?
[2/2/23, 11:45:45 AM] Mike Sims: My people are fine. None enraged. Some getting impatient but the only choice is to wait.
[2/2/23, 11:46:14 AM] john: Yea we been telling everyone the same only our June to October clients are the headaches
[2/2/23, 11:46:18 AM] john: They never got funds
[2/2/23, 11:46:19 AM] Mike Sims: 3 people hit me today with withdrawals though. 10k 105k and 75k
[2/2/23, 11:46:31 AM] john: Yea yesterday 2 clients we know from Juan group got it
[2/2/23, 11:46:41 AM] john: So ppl see funds going
[2/2/23, 11:46:54 AM] Mike Sims: The June -October is getting a little ridiculous
[2/2/23, 11:47:03 AM] john: Lol yea
[2/2/23, 11:47:24 AM] john: Hard to keep explaining
[2/2/23, 11:47:35 AM] Mike Sims: I think it will all work out if idiots don't blow it up
[2/2/23, 11:47:46 AM] Mike Sims: Makes no sense for it to be a ponzi
[2/2/23, 11:47:52 AM] john: Ppl who don't even have accounts trying to ruin it
[2/2/23, 11:47:58 AM] john: Ted has to many enemies
[2/2/23, 11:48:06 AM] Mike Sims: And he could blow it up if he wants by just losing.
[2/2/23, 11:48:09 AM] john: No way u have a ponzi and make 40%
[2/2/23, 11:48:19 AM] Mike Sims: Right
[2/2/23, 11:48:20 AM] john: Exactly it all ends if he blows accounts
[2/2/23, 11:48:43 AM] john: When this first 150+ comes he still gonna have issues
[2/2/23, 11:48:55 AM] john: His name and broker destroyed he gotta find another solution to move money
[2/2/23, 11:48:59 AM] john: Not us wires
[2/2/23, 11:57:35 AM] Mike Sims: Yep. True
[2/5/23, 5:28:34 PM] john: U see the guy from TV
[2/5/23, 5:30:15 PM] Mike Sims: Yes
[2/7/23, 2:18:24 PM] john: Hey Mike have you gotten any updates on your end ?

EXHIBIT

240

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[2/7/23, 5:38:38 PM] Ted Broker: Its not settled
[2/7/23, 5:38:51 PM] Ted Broker: They are coming after 143m
[2/7/23, 5:39:39 PM] john: What did he say about it ? We're u able to tell cftc that it's omega issue not yours
[2/7/23, 5:40:05 PM] Ted Broker: Lol doesn't work that way
[2/7/23, 5:40:16 PM] Ted Broker: Regulators don't care they want answers
[2/7/23, 5:40:34 PM] john: I though ███ O. ███ had there own trading /broker or something
[2/7/23, 5:40:57 PM] Ted Broker: Yeah but they sent money one time and mentioned saeg capital
[2/7/23, 5:41:05 PM] Ted Broker: So that's how we got pulled in
[2/7/23, 5:41:31 PM] john: Got it
[2/7/23, 5:44:10 PM] john: You said that doesn't effect traders at least for now ?
[2/7/23, 5:45:08 PM] Ted Broker: No
[2/7/23, 5:46:41 PM] john: Ok
[2/7/23, 8:46:37 PM] john: Hey ted does this issue effect banking now ? Sending funds ?
[2/7/23, 9:29:28 PM] Ted Broker: The legal teams are reviewing
[2/7/23, 9:29:32 PM] Ted Broker: Its not good
[2/7/23, 9:39:28 PM] john: Crypto would be your only option then I guess but what a mess hopefully this doesn't stop your bvi wire
[2/7/23, 9:42:30 PM] Ted Broker: We don't know yet.  Anything attached to Mike Sims has issues
[2/7/23, 9:48:39 PM] john: Is he handling this ? Does he know
[2/7/23, 9:48:45 PM] john: He has a lot clients I think
[2/7/23, 9:52:52 PM] Ted Broker: He knows
[2/7/23, 9:53:02 PM] Ted Broker: But this investigation is from April 2020
[2/7/23, 9:53:08 PM] Ted Broker: We didn't even work with him then
[2/7/23, 9:53:12 PM] Ted Broker: So its all those people
[2/7/23, 9:53:29 PM] john: Yea they had their own tbing
[2/7/23, 9:53:41 PM] john: ███ O. ███ some broker he pitched to us back then
[2/7/23, 9:55:42 PM] Ted Broker: Yeah and there are a bunch of people impacted and they think it has something connected to everyone else through us
[2/7/23, 9:55:54 PM] john: What a mess
[2/7/23, 9:57:27 PM] john: What do we do ? Feel like everytime we get glimpse of light you have some issue and it's back to the beginning .  I know ur tired of everyone and their issues
[2/7/23, 10:40:19 PM] Ted Broker: Yes it is this nfa thing Mike had with Marcus Brisco
[2/7/23, 10:40:32 PM] Ted Broker: Did you guys take funds from either of those guusb
[2/7/23, 10:40:35 PM] Ted Broker: Guys*
[2/7/23, 10:40:53 PM] john: Nope nothing with sims since 2019
[2/7/23, 10:40:59 PM] john: He left us and went to you
[2/7/23, 10:41:11 PM] Ted Broker: Ok cause omega pro is under the microscope
[2/7/23, 10:41:30 PM] Ted Broker: And they are trying to tie saeg capital to ███ O. ███
[2/7/23, 10:41:35 PM] Ted Broker: Which doesn't exist either
[2/7/23, 10:42:29 PM] john: Yea they their own broker
[2/7/23, 10:42:40 PM] john: I guess the screwed some ppl over for it to get to cftc
[2/7/23, 10:47:34 PM] Ted Broker: Yes
[2/7/23, 10:47:43 PM] Ted Broker: And we are getting dragged in
[2/7/23, 10:48:32 PM] john: When do we see the light again for 3 years we had good text past 6 months it's a knock down after knock down
[2/7/23, 10:48:39 PM] john: Thats why the guys went to see you
[2/7/23, 10:49:02 PM] Ted Broker: Yes
[2/7/23, 10:49:12 PM] Ted Broker: The wrong people have really damaged this
[2/7/23, 10:49:20 PM] john: All these ppl in ur broker all these problems how do u make it out ?
[2/7/23, 10:49:36 PM] john: For sure
[2/7/23, 10:51:27 PM] Ted Broker: We get rid of them
[2/7/23, 10:53:51 PM] john: Hopefully they don't cause the failure of your banking after all these months trying to get saavy and bvi
[2/7/23, 10:54:43 PM] john: If these funds would have came already this noise wouldn't be so loud.
[2/7/23, 11:00:57 PM] john: I'm sure u got a ton of shit to do , I know ur trying to get our clients funds so

EXHIBIT

241

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



*Image: ~_Library_SMS_Attachments_0c_12_F29A6884-D270-4774-9FDC-CABAEC2C0AB8_Screenshot 2022-08-09 at 9.53.59 AM.jpeg (220 KB)*

| | | |
|---|---|---|
| G | Redacted <Redacted><br>Don't worry Trades | 8/9/2022, 1:54 PM |
| G | Redacted<Redacted><br>I got it | 8/9/2022, 1:54 PM |
| G | Redacted Redacted > | 8/9/2022, 1:54 PM |
| # | <Redacted><br>Laughed at an image | 8/9/2022, 1:55 PM |
| JT | Redacted <Redacted><br>Laughed at an image | 8/9/2022, 1:55 PM |
| JG | Redacted <Redacted> | 8/9/2022, 1:55 PM |
| JG | Redacted <Redacted><br>https://open.spotify.com/track/0EvsLFtgq2ToSaH8UXmPK0?si=N0DDvNt4SCWKGr7XJL7SjQ | 8/9/2022, 1:56 PM |

*Attachment: ~_Library_SMS_Attachments_1e_14_BD32F36B-F23C-4CAC-B4B4-0FCE86D67323_386F744F-4F50-48D3-B7EF-6BD564C91644.pluginPayloadAttachment*

*Attachment: ~_Library_SMS_Attachments_76_06_7BC159A4-7538-40A2-8CC2-65FD9C96C34F_9B3B6F52-1D1E-42F9-812C-1810E323E72A.pluginPayloadAttachment (208 KB)*

| | | |
|---|---|---|
| JG | Redacted <Redacted><br>John just send this to everyone today | 8/9/2022, 1:56 PM |
| JT | Redacted <Redacted><br>Loved "https://open.spotify.com/track/0EvsLFtgq2ToSaH8UXmPK0?si=N0DDvNt4SCWKGr7XJL7SjQ" | 8/9/2022, 1:57 PM |
| JG | Redacted Redacted ><br>I take it there isn't slippage today lol | 8/9/2022, 2:40 PM |

**EXHIBIT**

**242**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| | | |
|---|---|---|
| **#** | **Redacted** > | 8/9/2022, 2:41 PM |
| | It's 1030 lol I'm sure will be fixed | |
| **#** | <**Redacted**> | 8/9/2022, 2:41 PM |
| | Tell **Z.** to relax | |
| **G** | **Redacted** **Redacted** > | 8/9/2022, 2:41 PM |
| | Lmfao | |
| **JG** | **Redacted** <**Redacted**> | 8/9/2022, 2:41 PM |
| | He's not here | |
| **G** | **Redacted** <**Redacted**> | 8/9/2022, 2:41 PM |
| | Usually it's by noon | |
| **JG** | **Redacted** <**Redacted**> | 8/9/2022, 2:41 PM |
| | It's **L.** | |
| **JG** | **Redacted** <**Redacted**> | 8/9/2022, 2:41 PM |
| | DW | |
| **JG** | **Redacted** **Redacted** > | 8/9/2022, 2:41 PM |
| | Gonzalo | |
| **G** | **Redacted** <**Redacted** 1> | 8/9/2022, 2:41 PM |
| | As long as mine updates to double whatever **J.** made, We're good | |
| **JG** | **Redacted** <**Redacted**> | 8/9/2022, 2:42 PM |
| | I need something for people JF2, fielding these people from him | |
| **JG** | **Redacted** <**Redacted**> | 8/9/2022, 2:42 PM |
| | Being* | |
| **JT** | **Redacted** <**Redacted**> | 8/9/2022, 2:44 PM |
| | Just ignore them | |
| **G** | **Redacted** <**Redacted**> | 8/9/2022, 2:44 PM |
| | Liked "Just ignore them " | |
| **JG** | **Redacted** <**Redacted**> | 8/9/2022, 2:45 PM |
| | Like the hoes | |
| **JG** | **Redacted** **Redacted** > | 8/9/2022, 2:45 PM |
| | "Leave on read" | |
| **G** | **Redacted** **Redacted** > | 8/9/2022, 2:46 PM |
| | No read, just delivered | |
| **G** | **Redacted** <**Redacted**> | 8/9/2022, 2:46 PM |

From: L.P. Redacted @gmail.com>
Sent: Tue 12/27/2022 1:58:07 PM (UTC-05:00)
Subject: Re: The Traders Domain | Withdrawal Request Received
To: support@thetradersdomain.com, Redacted Redacted @gmail.com>
Cc: Savvy Wallet <support@savvywallet.io>, info@thetradersdomain.com

It's been **45 Business Days**, and I wanted to reach out and see if you guys are still in the process of moving funds from your liquidity pool to your processing channels, or are there any new updates on this guys? You guys have been saying the same things for months now so I would like to know.....when will the following transactions actually be paid out Team?

**Order number**: Redacted 357
**Withdraw from account No**: Redacted 815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

**Order number**: Redacted 523
**Withdraw from account No**: Redacted 107 (USD)
**Amount**: 5,660,332.47686666 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

Thank you in advance,

On Tue, Dec 20, 2022 at 5:51 PM <support@thetradersdomain.com> wrote:

Hi,

We have stated numerous times that we are processing your transaction.  We have asked for patience.  It does not matter the method of transaction.  Both take the same period.

**The Traders Domain Support Team**



From: L.P. < Redacted @gmail.com>
Sent: December 20, 2022 6:59 PM
To: Savvy Wallet <support@savvywallet.io>
Cc: support@thetradersdomain.com; info@thetradersdomain.com
Subject: Re: The Traders Domain | Withdrawal Request Received

EXHIBIT
243
TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Thank you for getting back to me Savvy. I've been super patient with Trader Domain but they've basically abandoned me here and not responded nor processed the withdrawal put in over 40 + business days ago.

# I will try this new email to see if someone will help process my $15-16M withdrawals

On Tue, Dec 20, 2022 at 5:42 PM Savvy Wallet <support@savvywallet.io> wrote:

Hello **L. P.**,

Unfortunately, Savvy Wallet has no visibility into the Traders Domain platform.

Have you confirmed that they have an accurate User ID to send your funds to your Savvy Wallet?

Your User ID is **Redacted** 9ea3

You can find this number at td.savvycardportal.com then by clicking the Transfer Fiat tab and then click Peer to Peer at the top and click receive.

Then click the Copy ID button at the bottom.

Your Savvy Wallet is complete and approved so there should be no reason that Traders Domain can't send the funds through.

But again, we have no access to those funds.

Once the funds are sent to your Savvy Wallet you will get an email notification.

I am sorry if this isn't much help, but it is all Savvy Wallet can do at this point.

You can try info@thetradersdomain.com but I'm sure you have already done that.

Thank You,

Savvy Wallet Customer Care

On Tue, Dec 20, 2022 at 2:57 PM **L. P.** <Redacted @gmail.com> wrote:

## I've been following up on this for 20 + working days without a response and I've been waiting 40 + business days for my withdrawal to be processed.

# HOW MUCH LONGER?!

On Thu, Dec 15, 2022 at 6:08 AM L. P. <Redacted @gmail.com> wrote:

When will my transaction be approved?! It's been 38 business days and all Ted and Traders Domain does is Blame the customer and the solution is to put restrictions on "Their Money" when you fail at fulfilling the expectation you initially set 🤢

My withdrawal timeline set BY Traders Domain went from:

5-7 days

To

20 business days

To

30 business days

Now in some blaming newsletter you guys sent out, you pushed it back to 45 business days, taking zero responsibility or accountability. Your solution is to put more restrictions on investors money and limit them to 4 withdrawals per year.

I'm getting lots of DMs on social media from other investors from the comments I posted on the Instagram page that trader domain deleted to mute the truth and frustration investors into the pamm accounts are facing.

These $50 virtual assistants managing this email support are ignoring and dancing around our questions while you guys keep making more excuses.

All we wanna know is point blank—> When are our withdrawals or transactions going to be processed?! I'm 38 business days in! Move the money now! You've had 2 months 😡 and this is unacceptable.

Don't reply or tell us what your doing! Respond to the question, please. We all hear your excuses. We've been waiting patiently for over two months for our money. Between me and my wife, we put in a $16m withdrawal request in October! October!

Don't blame the banks, crypto or liquidity providers or that your processing transactions in order or some bs like that. You guys need to do a lot better managing this stuff. You've created a nightmare here. People don't really care about all the excuses. We just want our money out the brokerage and straight answers.

I don't wanna go public on social media to 5 million ppl and blast you guys or take legal action against you guys or to send you guys emails and DMs on instagram but you're leaving me and all of your investors no choice. I've referred a lot of multi millionaires into your brokerage TED and traders domain. These people have put millions into the pamm accounts that's being poorly mismanaged. So don't tell me how we've benefited immensely! Stop blaming us and do what's necessary to pay out your investors.

**6:59**

<  陈泓濱

Active 2h ago

← **Comments**



Redacted Redacted Do you prefer withdraws through Savvy stablecoin withdraws to C wallets?

2w    Send

Redacted ✔ @do
whichever is faster t
withdrawal!! I've bee
waiting for 25 busin
our $17m withdrawa
excuses

I'm speaking for a lot of investors here with 7 figure withdrawals who's been waiting for months! Someone should have personally reached out to these investors directly. Better customer service. Less delays. Real solutions and serious actionable solutions. I'm not trying to bully anyone by my message here either so I wanna be clear. You're hearing from a frustrated accredited investor that's really disappointed in the mismanagement of the withdrawal process you guys put in place and move every other week! Our withdrawals get moved like the 1st down marker in an NFL game guys. It's not fair

Please send my messages directly to TED or whomever manages the fund. I've been patient and I've given you guys all options.

I requested a crypto transfer but I'm open to a bank wire as well saving the 3% for both me and my wife's transfer put in on the same exact day put in back in October on the 26th. Let me know and I can send you the withdrawal information again.

Or will this be processed on day 45 as your new letter indicates for the new 2023 withdrawal protocol? If it's going to be 45 business days then we have about another week until you can either request the capital from the liquidity provider or move the funds back into the hott wallet and payout the crypto payout. We just want straight no BS answers or call me directly or I can come to Vancouver this weekend or next.

My cell phone is Redacted

My affiliates were buggs Redacted

On Mon, Dec 12, 2022 at 2:00 PM L. P. Redacted 0@gmail.com> wrote:

I've referred lots of 7 figure investors to this brokerage. It's been 36 Business Days and you still haven't processed my transaction. Zero Errors or issues with my withdrawal request.

I've gotten poor support. No phone calls from Ted or J. or someone higher up with an actual date on when I'm getting my $16M out of the brokerage.

# How much longer??

On Thu, Dec 8, 2022 at 4:03 PM L. P. Redacted @gmail.com> wrote:

## It's been 35 Business Days guys. This is ridiculous. When are you going to process my withdrawal?

## Let me hear the excuses now

**Order number:** 357
**Withdraw from account No:** 815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

On Mon, Dec 5, 2022 at 4:10 PM L. P. <Redacted @gmail.com> wrote:

How much longer until my withdrawal gets processed guys? It's been 32 business days now and nothing but excuses from you guys. When exactly? I've been waiting going on 2 months for my funds guys.

I've given you multiple options to pay out my withdrawals as well and all you claim or say is that you're moving slowly due to crypto.

Bank wire, savvy, or crypto….doesn't matter to me, I just want my funds out of the brokerage with the quickest option possible. You can request funds from the liquidity provider at any point. Why are you holding our funds for months?

What are the excuses now almost 2 months later?

On Fri, Dec 2, 2022 at 6:54 AM L. P. <Redacted @gmail.com> wrote:

You have sent out a bunch of excuses. Stop raising the fact that you don't have the proper support to manage your own company to meet your own company's claims. Both knew you had backlogs of transactions…so deal with it professionally and don't put it on us buddy! Meet your own expectations…you guys claimed 20 business to pay us out….that's more than enough to address 20-40k withdrawal request! You're running a brokerage and paying customers out ON TIME is very important. How much longer will this take you to move funds to pay me my funds back is the question you keep trying to get around! How much longer! Move the capital already, please. Or do you actually have the funds?

I have been very very patient waiting for you to fulfill your fiduciary duty and back up the claims you made and make on your website. I've waited over a month for you to get your stuff together and pay me my funds.

I had no experience with savvy at the time of my withdrawal and that is why both me and my wife declined using your partner originally. At this point, we want our money out your brokerage by any means.

Wire, crypto, fiat to fiat (Savvy)....just send the withdrawal whichever is the fastest way to avoid all this bs excuses you keep coming up with.

You could have offered to pay half of my funds on the 20 business day so we could find a common ground.

It's been 31 business days....please stop with the delays and excuses and send the withdrawals

On Thu, Dec 1, 2022 at 9:58 PM <support@thetradersdomain.com> wrote:

Hi,

We are not waiting for any complications to pay out transfers.  We are in the process of moving funds.  We have over 50,000 clients to attend to and currently we have a backlog of transactions to continue to process.

We are aware of the current timelines, and we are trying our best to process as fast as we can.  We have also sent out correspondence relating to this.  Originally we requested you use the same deposit method or use Savvy and you stated it was not appropriate and you did not trust them.

Your request is in cue to process and it will be completed like your other requests.   You have benefited tremendously from the copy trade platform and we request patience at this time as we move funds from our liquidity pool.

**The Traders Domain Support Team**



**From:** ▇▇▇▇▇▇ <Redacted @gmail.com>
**Sent:** December 1, 2022 4:28 PM
**To:** Savvy Wallet <support@savvywallet.io>; support@thetradersdomain.com
**Cc:** Redacted @Redacted.com

**Subject:** Re: The Traders Domain | Withdrawal Request Received

What's going on here guys?

Are you waiting for USDT to crash to avoid paying our withdrawals or what? We all know it's possible since this FTX debacle along with BlockFi and Celsius. It is possible over the next few weeks that the us government will ban usdt and all stable coins.

My withdrawal was suppose to have been executed in 20 business days and it's been 30 business days.

This is what i suggested paying me my $16m via savvy wallet and doing fiat to fiat or send me a wire for the funds. I have a great relationship with a savvy and I've sent around 15 transfers without any issues and the issues I had….they jumped in to help me resolve them quickly. I know you guys value clients funds so I would like to use this route unless you don't believe in Savvy as a payment withdrawal gateway for clients?

At this point, I just want my money out the brokerage for the following:

**Order number**: ▮357
**Withdraw from account No**: ▮815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

**Order number**: ▮523
**Withdraw from account No**: ▮107 (USD)
**Amount**: 5,660,332.47686666 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

On Wed, Nov 30, 2022 at 8:05 AM ▮ L. P▮ ▮Redacted@gmail.com>· wrote:

# When are you guys gonna pay out my withdrawal?!! It's been 28 business days. You guys are clearly not fulfilling your fiduciary responsibility and fraudulently holding my funds.

**Order number**: ▮357
**Withdraw from account No**: ▮815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

**Order number**: ▮523

**Withdraw from account No**: ███107 (USD)
**Amount**: 5,660,332.47686666 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

I've given you multiple options to send me my funds from your brokerage firm. I don't care which one....I just want my money out without any more delays! I'm tired of messaging you guys for something that should have been done within the 20-day policy you solicit on the trader domain website which is ridiculous in itself. Stop making excuses and resolve the issue.

1. Bank Wire
2. Crypto
3. Savvy

Add the funds and pay back your customers who have waited patiently for their withdrawals! At this point, it's obvious that you guys don't really care about resolving these issues and sending me my withdrawal. You guys are limiting comments on socials to control the noise and problems that the trader domain has and over 50 of my friends are all having these same withdrawal issues with this brokerage and stop threatening your customers who bring all of these clear problems to your face. All of them have millions in Trader Domain and haven't been able to get their withdrawals. Huge red flags......I don't wanna take legal action to get my money back, but we will if you leave us no choice and keep holding my funds.

All you've done is make excuse after excuse in my opinion. Do you really have the funds to send my funds or what? All I see in your hot wallet from b2b broker is a small number of funds and the only withdrawals you guys are approving are these little $10-250 approvals 99% of the time after looking at all the crypto transfers. What's really going on here?



🔒 Redacted ba2e

| Slack \| Captain \|... | 🔵 Online Empire Fin... | 🔵 Fiance Backend G... | J.P. Morgan Access | 🔴 Asana | 🅿 paypal ship |



### 🟣 Etherscan

Eth: **$1,265.73** (+4.15%) | 🔵 11 Gwei

🟢 **Address** Redacted ba2E

Sponsored: 🔶 **Binance - Buy Bitcoin with zero fees!** We've just removed all our tra



**Overview**

| | |
|---|---|
| Balance: | 813.139657475239437353 Ether |
| Ether Value: | $1,029,215.26 (@ $1,265.73/ETH) |
| Token: | $8,832,214.03 [63] |



Ad

🔶 BINANCE    BTC

| Transactions | Internal Txns | Erc20 Token Txns | Erc721 Token Txns |
|---|---|---|---|

↓₣ Latest 25 from a total of 64,920 transactions

| | Txn Hash | Method ⓘ ▼ | Block ▼ | Age ▼ |
|---|---|---|---|---|
| 👁 | Redacted e0e... | Withdraw | 16082848 | 8 mins ag |
| 👁 | d53... | Transfer | 16082813 | 15 mins a |
| 👁 | 433... | Transfer | 16082808 | 17 mins a |
| 👁 | fc1... | Withdraw | 16082801 | 18 mins a |
| 👁 | 44e... | Withdraw | 16082744 | 30 mins a |
| 👁 | 8ad... | Transfer | 16082695 | 39 mins a |
| 👁 | 6a8... | Transfer | 16082693 | 40 mins a |
| 👁 | 0e9f... | Withdraw | 16082680 | 42 mins a |

On Mon, Nov 28, 2022 at 8:47 AM L. P. Redacted @gmail.com> wrote:

What's the status on my withdrawal guys? This is beyond frustrating

It's been around 26 business days so don't tell you your reviewing the accounts or any of that bs.

Move the funds into your account and initiate the withdrawal already please.

You only have 6m in your crypto wallet in usdt. And our withdrawals are for $16m between me and my wife.

I already informed you guys, I will take a same day wire and would give you my bank account and routing number and would also move our capital via savy and save the 3% fees. Whichever is fastest!

On Fri, Nov 25, 2022 at 12:26 PM L. P. Redacted @gmail.com> wrote:

Thank you for your response. This is urgent 🔴. I don't wanna keep messaging or blowing up your inbox. You know we appreciate the hell out of you guys and everything you've done. Our relationship is mutual 🙏.

On Fri, Nov 25, 2022 at 11:56 AM <support@thetradersdomain.com> wrote:

Hi,

We are not using any excuses.  Unfortunately, the general public does not have access to the information we have.  We do not just move 500,000 or 1M through exchanges.   We do not take chances.  We appreciate your patience and once again our platform has been open for over 6 years and we have not missed one withdrawal. We appreciate that you used the copy trade platform to generate your enormous returns which are unheard of anywhere else in the world, so with that being said we require time and caution moving funds from our liquidity pool through our banking providers.

**The Traders Domain Support Team**



From: L. P. Redacted @gmail.com>

**Sent:** November 25, 2022 12:32 PM
**To:** support@thetradersdomain.com
**Subject:** Re: The Traders Domain | Withdrawal Request Received

Come on guys with all the excuses…..I've multiple withdrawals and you can clearly see this in the history of the account so its clear that this account has been reviewed and you ALREADY know there are ZERO anti-money laundering (AML) Violations!

Stop using this whole FTX, BlockFi, and Celsius debacle as an excuse to hold our funds. You've had over a month to process these withdrawals and move funds back into your accounts to approve my crypto withdrawal request(s)...no matter how many clients are on your platform. I have also stated that I would also give you my savvy wallet address and save the 3% fee you charge for sending and receiving crypto to speed up the process and any further delays….and we would also give you our bank account to send a same-day wire as well. We just don't wanna wait any longer or deal with anymore excuses. We would like our funds and I don't wanna keep emailing you daily like this to get my funds out of the brokerage. I'm not threatening or verbally abusing the support team either…..We've been waiting patiently and we just want our funds.

I'm referring to both withdrawals both me and my wife put in at the same exact time. The details are below

Let's get this approved

**Order number**: ▉357
**Withdraw from account No**: ▉815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

**Order number**: ▉523
**Withdraw from account No**: ▉107 (USD)
**Amount**: 5,660,332.47686666 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

On Fri, Nov 25, 2022 at 7:40 AM <support@thetradersdomain.com> wrote:

Hi,

We are processing all requests.  We have stated due to instability in the crypto market we are moving slower with our exchangers.  We don't instantly move funds from our liquidity providers.   In addition the majority of your transfers were done via wire so our compliance team is still reviewing this for AML violations.

**The Traders Domain Support Team**



**From:** L. P. Redacted @gmail.com>
**Sent:** November 25, 2022 8:16 AM
**To:** support@thetradersdomain.com
**Subject:** Re: The Traders Domain | Withdrawal Request Received


Guys what's going on w my withdrawal?


It's been about 25 business days! What's the excuse now? Can you approve my crypto withdrawal?! You've had plenty of time to get this done guys and I've been very patient in waiting a month to get my funds




On Thu, Nov 24, 2022 at 8:02 AM L. P. <Redacted @gmail.com> wrote:

Any update on my withdrawal request? Can we get this approved as soon as possible?


I've been waiting for over 20 business days + 3 Additional Business Days for you to get through these transactions to approve my withdrawal request guys.


I also sent messages via Instagram and posted a comment that was deleted by your team as a cry for help to get the withdrawal we requested a month ago.  Huge red flag

**1:51**

&lt;

# Commer



**thetradersdomain** Looks like
cruising to the finish of our le

Great consistency shown for
returns shown for the last co
account to the lead.

There are  still 2 more weeks

9w

Redacted   L. P.  ✔ I mean no dis
on this post. I'm just hoping
with our withdrawals. I've be

This shouldn't take this long to approve withdrawals guys.....no matter how many people you're servicing. We requested a simple crypto withdrawal to the safest crypto exchange in the world right now-->Coinbase. Can someone address this as I have been extremely patient and have waited over the 20 business days that Trader Domain claims to process withdrawals?

On Wed, Nov 23, 2022 at 6:08 AM  L. P.  <Redacted @gmail.com> wrote:

Any update on my withdrawal request? Can we get this approved as soon as possible?

I've been waiting for over over 20 business days

On Tue, Nov 22, 2022 at 10:05 AM  L. P.  <Redacted @gmail.com> wrote:

No problem at all. I know you guys have had a lot of issues with withdrawal request and delays. I wanted to personally thank you guys for the partnership and everything you guys do on the backend support wise protecting our capital. It's really great to hear that you guys are adding additional support staff to help fix a lot of the main concerns investors have regarding the withdrawals and overall email support.

What do you mean, you're working through all of the transactions? are you verifying the trades copied from the master trader on trader domain?

Are You guys have issues with your exchangers or liquidity providers? Do you suggest me giving you my savvy wallet if that's faster? I've been patiently waiting for a month now and i don't want any delays receiving my funds. If I use savvy, then I can avoid the 3% fee trader domain charges as well. I wanna make this easier on you guys as well to get the withdrawal to help cut down on me inboxing you guys about this withdrawal request.

My withdraw is being sent to my Coinbase wallet. I send millions there on a regular basis without fail. I'm sending usdt…a stable coin. Coinbase is the safest crypto exchange in the world in my opinion. I've had nothing but great results for years sending funds. Even with this whole FTX fiasco going on. So I'm open to giving you my usdt savvy wallet to get this approved, and avoid any further delays and save on the 3% fee if this is what you suggest vs sending usdt to my Coinbase wallet address.

Once again, I meant no disrespect and sorry if some of my questions seem dumb.

On Tue, Nov 22, 2022 at 9:41 AM <support@thetradersdomain.com> wrote:

Hi,

We are working through all transactions.  Due to crypto instability, we are moving funds slower through exchangers.  Thank you for your patience.


**The Traders Domain Support Team**



**From:** L. P. <Redacted @gmail.com>
**Sent:** November 22, 2022 9:03 AM
**To:** Support <support@thetradersdomain.com>
**Subject:** Re: The Traders Domain | Withdrawal Request Received


**Hey team, today marks 20 business days and I wanted to personally reach out to get my withdrawal approved and processed. Please see the withdrawal details below. Please approve.**


**Order number**: 357
**Withdraw from account No**: 815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20




On Wed, Oct 26, 2022 at 7:53 PM Support <support@thetradersdomain.com> wrote:

# Dear client!

## We have received and processing your request for withdrawal with the following details

**Order number**: ▮357
**Withdraw from account No**: ▮815 (USD)
**Amount**: 9,979,726.18628661 USDT
**Withdrawal method**: Withdraw with USDT ERC 20

**Please note that all withdrawals go through a compliance process before approval can be generated. This happens during normal business hours not on weekends.**

**ALL WITHDRAWALS TAKE UP TO 20 BUSINESS DAYS TO PROCESS. DO NOT EMAIL US ASKING THE STATUS UNLESS IT IS PAST THE 20 BUSINESS DAY PERIOD. THIS SLOWS DOWN OUR SERVICE TEAM**

Thank you,
**The Traders Domain Payment Processing Team**

Need help? If you have any questions please contact us at info@thetradersdomain.com
You are receiving this email because you are a registered member of The Traders Domain.



CONFIDENTIAL    LIKOS__015815

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Any word on us being able to sell BLQC

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 2/14/2023 10:56:24 AM(UTC-5) | | |

Status: Sent

2/13/2023 10:56:23 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x15AE9CBB (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

New Reddit where Ted admits he owns the brokerage

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 2/14/2023 11:43:15 AM(UTC-5) | | |

Status: Sent

2/14/2023 11:43 14 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x15AE9A16 (Table: message, handle; Size: 652709888 bytes)

From: +1 [Redacted] John Fortini
To: +1 [Redacted] Steven Likos (owner)

Yea he always told us that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 2/14/2023 11:49:44 AM(UTC-5) | |

Status: Read

2/14/2023 11:47 21 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x15AE9227 (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**
**244**

TO THE DECLARATION OF MAURA M. VIDMEYER
PURSUANT TO 28 U.S.C. § 1746

10592

[12/27/22, 12:03:40 PM] Ted Sefranko: Nope there is a new update
[12/29/22, 12:40:26 PM] Ted Sefranko: Yes we have confirmation the funds are enroute should hit any day now
[12/29/22, 12:41:02 PM] SPL: Need some good news man at the oncologist for my dog and I'm having a bit of a breakdown
[12/29/22, 12:41:40 PM] Ted Sefranko: Yup we are moving everything as we speak
[12/30/22, 9:42:17 AM] SPL: Rumors circulating around is savvy recieved the funds on their end… I don't believe half these people… is there any truth to that
[12/30/22, 9:42:39 AM] Ted Sefranko: Lol
[12/30/22, 9:42:49 AM] Ted Sefranko: Those are interesting rumors
[12/30/22, 9:42:58 AM] Ted Sefranko: If it does hit payments would have gone out
[12/30/22, 9:43:01 AM] Ted Sefranko: Very simple
[12/30/22, 9:43:18 AM] SPL: Why the fuck do people say that then 🧑
[12/30/22, 9:43:29 AM] Ted Sefranko: I am no longer providing updates to anyone because I specifically told 1 person that a transfer was scheduled this week and not to say anything
[12/30/22, 9:43:30 AM] Ted Sefranko: And they did
[12/30/22, 9:43:47 AM] SPL: Of course they did
[12/30/22, 9:44:18 AM] Ted Sefranko: This is what happens when  I give inner workings of the business.  I am most likely going to have to shut this entire platform down
[12/30/22, 9:44:29 AM] Ted Sefranko: Its not worth it to work like this anymore
[12/30/22, 9:44:40 AM] Ted Sefranko: People are broke and I am the only one that have made them money
[12/30/22, 9:44:48 AM] SPL: At this point with the holiday and no one working these days should we not expect anything until the 3rd
[12/30/22, 9:44:48 AM] Ted Sefranko: And everyone is relying on this too heavily
[12/30/22, 9:45:03 AM] Ted Sefranko: Most accurate
[12/30/22, 9:45:33 AM] Ted Sefranko: I said there's a chance it could hit yesterday or today but it's over 100m that was transfered
[12/30/22, 9:46:42 AM] SPL: Honestly u let me know how u want things done and I'll do the planning
[12/30/22, 9:47:10 AM] Ted Sefranko: Yeah im working on something
[12/30/22, 9:47:30 AM] Ted Sefranko: Just people have really made a mess and the wrong people are involved
[12/30/22, 9:47:43 AM] Ted Sefranko: Really sad
[12/30/22, 9:47:45 AM] SPL: Yeah that rumor went around now I have people yelling at me that it didn't hit yesterday or today and I was like "I didn't fucking say that… go ask Juan if he told u that"
[12/30/22, 9:48:03 AM] Ted Sefranko: Just makes no sense
[12/30/22, 9:48:21 AM] Ted Sefranko: You guys get a bulk payout instantly as it is set up that way
[12/30/22, 9:48:24 AM] Ted Sefranko: No one else does
[12/30/22, 9:48:34 AM] Ted Sefranko: Cause they have caused me the headaches

**EXHIBIT**

**245**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

[12/30/22, 2:02:13 PM] SPL: Anything showing the actual funds moving
[12/30/22, 2:02:21 PM] SPL: Bro thank u for working with me here u have no idea
[1/3/23, 10:44:06 AM] SPL: How today/this week looking ted… I'm Stalking the lawyers as much as I can but Friday is d-day
[1/3/23, 10:44:33 AM] Ted Sefranko: I dont know
[1/3/23, 10:44:41 AM] Ted Sefranko: The week just started.
[1/3/23, 10:45:17 AM] SPL: I know these short weeks are nerve racking
[1/3/23, 10:45:25 AM] Ted Sefranko: I'll have info as soon as I can
[1/4/23, 9:47:03 AM] SPL: Anything new brother…. We're kind of at the end of our rope trying to keep people calm
[1/4/23, 10:17:53 AM] Ted Sefranko: You'll know as soo  as I do
[1/4/23, 10:33:02 AM] SPL: Thanks… the anxiety is overwhelming
[1/4/23, 10:33:16 AM] Ted Sefranko: I think I may shut this down all together
[1/4/23, 10:33:23 AM] Ted Sefranko: Its not worth the headache with anyone
[1/4/23, 10:33:25 AM] SPL: I don't blame you
[1/4/23, 10:33:33 AM] Ted Sefranko: People dont deserve the work I have done
[1/4/23, 10:34:22 AM] SPL: I get where you're coming from… and if I were in your shoes I'd shut it down too
[1/4/23, 10:34:48 AM] SPL: But I don't think people are ungrateful…. I just think the timeline has been so pushed that they're just terrified
[1/4/23, 10:35:11 AM] Ted Sefranko: They are unsophisticated and ungrateful
[1/4/23, 10:35:28 AM] Ted Sefranko: People think it's easy to.move 100s of millions
[1/4/23, 10:35:44 AM] SPL: Yeah that's impossible for them to understand
[1/4/23, 10:37:51 AM] Ted Sefranko: Like the checks and balances required
[1/4/23, 10:38:10 AM] Ted Sefranko: And its compounded because we never had to do this before because we never had issues with banking
[1/4/23, 10:38:16 AM] SPL: I get it
[1/4/23, 10:38:23 AM] SPL: Are u still thinking this week
[1/4/23, 10:38:37 AM] Ted Sefranko: Yes we are receiving transfers this week
[1/4/23, 10:38:54 AM] SPL: That would be life saving
[1/4/23, 3:57:24 PM] SPL: Any new updates coming on the site anytime soon?
[1/4/23, 4:01:01 PM] Ted Sefranko: There is one
[1/4/23, 4:01:40 PM] SPL: Yeah I saw that one go up a day or 2 ago… didn't know how often you were updating
[1/4/23, 4:01:57 PM] Ted Sefranko: The team updates it each week
[1/4/23, 4:06:21 PM] Ted Sefranko: I was trying to go.off what our banking and lawyers were saying
[1/4/23, 4:06:27 PM] SPL: Yup I get it
[1/4/23, 4:06:47 PM] SPL: But this time your confident it will be solved by Friday

**EXHIBIT**

**246**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

say
[4/11/22, 8:54:51 AM] Ted Sefranko: I have documents that are sealed
to prove funds available
[4/11/22, 8:54:55 AM] SPL: I'll get them over what I have now and put
the ball in their court… we can deal with it when/if they get back to
us with any other questions.. And if it's anything you're not
comfortable with I'll handle it
[4/11/22, 8:55:33 AM] Ted Sefranko: ok no problem.  I will assist as
much as I can
[4/11/22, 8:55:41 AM] SPL: I appreciate you brother
[4/11/22, 8:55:48 AM] SPL: Looking forward to finally meeting you
[4/11/22, 8:56:01 AM] Ted Sefranko: yeah Tin and I will be over to the
office mid day
[4/11/22, 8:56:14 AM] Ted Sefranko: im heading over to the gym for a
workout and then grab something
[4/11/22, 8:56:16 AM] Ted Sefranko: to eat
[4/11/22, 8:56:26 AM] SPL: Oh shit, Tins going to be there too 😂😂😂
[4/11/22, 8:56:27 AM] Ted Sefranko: nice to be on east coast time
again.  Feel normal lol
[4/11/22, 8:56:41 AM] Ted Sefranko: yeah he came in yesterday as well
[4/11/22, 8:56:47 AM] SPL: Nice!
[4/11/22, 8:57:29 AM] Ted Sefranko: yeah will be good to see everyone
[12/7/22, 11:29:13 AM] SPL: Hey guys, hope all is well… we are in the
process of closing out one of the pension funds.. they did a $757k
redemption in early October and they are looking for an update as
we're well past their redemption requirements… I've explained to them
the situation and they're being flexible as can be but as asking me
for another update for today…. Do we have any solid dates I can go
back to them with

EXHIBIT

247

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Show me the paperwork where I'm a parter or employee of algo .. I asked 100x but i never showed

LIKOS__014288

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [Redacted] John Fortini | 1/3/2023 10:52:04 AM(UTC-5) | | |

Status: Sent

1/3/2023 10:52:03 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14C2A2E9 (Table: message, handle; Size: 652709888 bytes)

---

From: [Redacted] John Fortini
To: + [Redacted] Steven Likos (owner)

I was there you guys agreed to be partners

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [Redacted] Steven Likos | | 1/3/2023 10:52:07 AM(UTC-5) | |

Status: Read

1/3/2023 10:52:06 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14C2BF3F (Table: message, handle; Size: 652709888 bytes)

---

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortin

And all my payments were inside of algo that can't be accessed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [Redacted] John Fortini | 1/3/2023 10:52:31 AM(UTC-5) | | |

Status: Sent

1/3/2023 10:52:31 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14C2BCC1 (Table: message, handle; Size: 652709888 bytes)

---

From: + [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Also on your pay sheet monthly u got 50-%

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 1/3/2023 10:52:35 AM(UTC-5) | |

Status: Read

1/3/2023 10:52:35 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14C2B9D0 (Table: message, handle; Size: 652709888 bytes)

EXHIBIT
248
TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746



CONFIDENTIAL

LIKOS__002134



**Extraction Report** - Apple iOS iTunes (Backup)

## Chats (2)

⚠ • These details are cross-referenced from this device's contacts

### Native Messages (2)

+ Redacted (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** chat644107335599492652<br>**Start Time:** 9/17/2020 10:30:52 PM(UTC-4)<br>**Last Activity:** 2/6/2023 11;19:07 PM(UTC-5)<br>**Number of attachments:** 373<br>**Source:** Native Messages<br>**Account:** Redacted<br>**Source file:** Lord Likos/mobile/Library/SMS/sms.db : 0x1D356F18 (Table: chat, message, handle; Size: 652709888 bytes)<br>**Body file:** chat-2.txt | |

**Participants:**

Redacted
Steven Likos* (owner)

Redacted
JJ Trader*

Redacted
Robert Collazo*

Redacted
John Fortini*

From  Redacted  Steven Likos (owner)

Thank you for tonight boys and for welcoming me into your family like this... I can't wait to have crazy times and make crazy money with you.

**Status:** Sent

9/17/2020 10:30:52 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x20CF76D (Table: message; Size: 652709888 bytes)

**EXHIBIT**
**249**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

1



CONFIDENTIAL                                          LIKOS__029351

From: Redacted [kos (owner)]
To: Redacted  C. F.

Settings>new account>type in "TradersDomain" under broker>login Redacted 414 pw Redacted

Started with 201k. First day of trading was Feb 14 of this year

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  C. F. | 7/5/2022 7:36:17 PM(UTC-4) | | |

Status: Sent

7/5/2022 7:36:17 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12100F49 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted  C. F.

The app is called MetaTrader5

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  C. F. | 7/5/2022 7:36:27 PM(UTC-4) | | |

Status: Sent

7/5/2022 7:36:27 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12100593 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted  C. F.

let me know if u need me to walk u through

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted C. F. | 7/5/2022 7:36:43 PM(UTC-4) | | |

Status: Sent

7/5/2022 7:36:42 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12100302 (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**
**250**

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746

3







CONFIDENTIAL LIKOS__029352

From: Redacted C. F.
To: Redacted Steven Likos (owner)
Attachments:

Title: 67882583866__ECD96902-F5FC-4756-9038-2676FA82FB2F.heic
Size: 2677528
File name: ~/Library/SMS/Attachments/97/07/C4F3B35C-C9B0-48C3-B32C-E708E56A88B1/67882583866__ECD96902-F5FC-4756-9038-2676FA82FB2F.heic
Path: https://p41-content.icloud.com/M38C2179A9E69EA14B1FCE025764A31DC993025080F27AD6BA6FF4B0FD8B44EF7.C01USN00
~/Library/SMS/Attachments/97/07/C4F3B35C-C9B0-48C3-B32C-E708E56A88B1/67882583866__ECD96902-F5FC-4756-9038-2676FA82FB2F.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 7/6/2022 2:44:12 PM(UTC -4) | |

Status: Read

7/6/2022 2:44:03 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1212330D (Table: message, handle, attachment; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/97/07/C4F3B35C-C9B0-48C3-B32C-E708E56A88B1/67882583866__ECD96902-F5FC-4756-9038-2676FA82FB2F.heic : (Size: 2677528 bytes)

From: Redacted C. F.
To: Redacted Steven Likos (owner)
This is where I got, I typed in the log in and it didn't work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1Redacted Steven Likos | | 7/6/2022 2:44:12 PM(UTC-4) | |

Status: Read

7/6/2022 2:44:10 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12124F3F (Table: message, handle, Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted C. F.
Try it on your iPhone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted C. F. | 7/6/2022 2:44:41 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:44:41 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12124C98 (Table: message, handle, Size: 652709888 bytes)

From ___ Redacted __ CONFIDENTIAL os (owner)          LIKOS__029353
To • Redacted | C. F.

I don't use the desktop one hardly ever so I don't know where it may have tripped up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted   C. F. | 7/6/2022 2:45:01 PM(UTC-4) | | |

Status  Sent

7/6/2022 2:45:01 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12124A15 (Table: message, handle; Size: 652709888 bytes)



From __ Redacted | C. F.
To • Redacted | le         owner)

Ok it worked on the phone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  Steven Likos | | 7/6/2022 2:47:00 PM(UTC-4) | |

Status  Read

7/6/2022 2:46:52 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12124703 (Table: message, handle; Size: 652709888 bytes)



From __ Redacted | C. F.
To  Redacted | Steven Likos (owner)

Attachments

Title: IMG_3296.jpeg
Size: 113565
File name: ~/Library/SMS/Attachments/a7/07/1018EB5C-8C14-494E-8382-C6C4FB99DCFD/IMG_3296.jpeg
Path: https://p23-
content.icloud.com/M3BC2179A9E69EA14B1FCE025764A31DC99302506DF27AD6B
A6FF4B0FD8844EF7.C01U5N00
~/Library/SMS/Attachments/a7/07/1018EB5C-8C14-494E-8382-C6C4FB99DCFD/IMG_3296.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  Steven Likos | | 7/6/2022 2:47:05 PM(UTC-4) | |

Status  Read

7/6/2022 2:47:02 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1212449F (Table: message, handle, attachment;
Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/a7/07/1018EB5C-8C14-494E-8382-
C6C4FB99DCFD/IMG_3296.jpeg :  (Size: 113565 bytes)



CONFIDENTIAL

From: Redacted kos (owner)
To: Redacted C. F.

Loved "Ok it worked on the phone"

LIKOS__029354

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted C. F. | | 7/6/2022 2:47:05 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:47:05 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1212SEF0 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted C. F.

So click the history on the bottom

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted C. F. | | 7/6/2022 2:47:21 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:47:21 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12125C4E (Table: message, handle; Size: 652709888 bytes)



From: +Redacted Steven Likos (owner)
To: Redacted C. F.

Then the clock on the top right

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| +Redacted C. F. | | 7/6/2022 2:47:38 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:47:38 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x121259B3 (Table: message, handle; Size: 652709888 bytes)



From: +Redacted Steven Likos (owner)
To: +Redacted C. F.

And u can choose custom and select the dates and see what it did

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted C. F. | | 7/6/2022 2:47:50 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:47:50 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1212571C (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__029355

From: Redacted C. F.
To: Redacted Steven Likos (owner)

The account started in feb?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 Redacted Steven Likos | | 7/6/2022 2:48:47 PM(UTC-4) | |

Status: Read

7/6/2022 2:48:31 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12125438 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted C. F.

Yes

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted C. F. | 7/6/2022 2:48:52 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:48:51 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x121251DA (Table: message, handle, Size: 652709888 bytes)

From: Redacted C. F.
To: Redacted Steven Likos (owner)

Ok cool I'll watch it for a few days then sign up

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 Redacted Steven Likos | | 7/6/2022 2:54:07 PM(UTC-4) | |

Status: Read

7/6/2022 2:53:46 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12126F3F (Table: message, handle; Size: 652709888 bytes)



From: Redacted kos (owner)
To: Redacted C. F.

Let me know if u have any questions when looking through the app or trading etc

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted C. F. | 7/6/2022 2:54:28 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:54:28 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12126CB1 (Table: message, handle, Size: 652709888 bytes)



CONFIDEN From: Redacted kos (owner)    LIKOS__020356
To: Redacted | C. F.

It's easier now to talk about it when u can see it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted C. F. | 7/6/2022 2:54:36 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:54:36 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12126989 (Table: message, handle, Size: 652709888 bytes)



From: + Redacted Steven Likos (owner)
To: Redacted | C. F.

And I slept 11 hours so I'm in a better place mentally

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted C. F. | 7/6/2022 2:54:49 PM(UTC-4) | | |

Status: Sent

7/6/2022 2:54:49 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x121286F8 (Table: message, handle, Size: 652709888 bytes)



From: Redacted | C. F.
To: Redacted | Steven Likos (owner)

Haha perfect thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 7/6/2022 2:55:33 PM(UTC-4) | |

Status: Read

7/6/2022 2:55:23 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1212641C (Table: message, handle, Size: 652709888 bytes)

From: Redacted | C. F.
To: Redacted | Steven Likos (owner)

What's the percentage you take?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 7/6/2022 7:12:26 PM(UTC-4) | |

Status: Read

7/6/2022 7:11:21 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1214E6C6 (Table: message, handle, Size: 652709888 bytes)



Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1214E45C (Table: message, handle; Size: 652709888 bytes)



Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1214FF49 (Table: message, handle; Size: 652709888 bytes)



Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x126AEF49 (Table: message, handle; Size: 652709888 bytes)

9



From: Redacted B. (Steven Likos (owner))
To: Redacted B.

Spoke to J. and F. . J. seems in to try didn't sound too excited . F. I'm taking to Monday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

LIKOS__030307

8/6/2022  12:51:27 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12878F84 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted B.
To: Redacted (Steven Likos (owner))

Okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 8/6/2022 12:52:19 PM(UTC-4) | |

Status: Read

8/6/2022 12:52:19 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12876991 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted B.
To: Redacted (Steven Likos (owner))

His salary is alot lot , but he's that type humble laid back quiet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 8/6/2022 12:54:00 PM(UTC-4) | |

Status: Read

8/6/2022 12:53:41 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1287676A (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted B.
To: Redacted (Steven Likos (owner))

All good he needs a taste that's all

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 8/6/2022 12:54:00 PM(UTC-4) | |

Status: Read

8/6/2022 12:53:52 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x128764C4 (Table: message, handle; Size: 652709888 bytes)

EXHIBIT
251
TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

CONFIDENTIAL



From: Redacted Steven Likos (owner)    LIKOS__030306
To: Redacted B.

Exactly

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted B. | | | |

Status: Sent

8/6/2022 12:54:11 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12876263 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted B.

We'll get him hooked like hookers on meth

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted B. | | | |

Status: Sent

8/6/2022 12:54:23 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12877F84 (Table: message, handle; Size: 652709888 bytes)



From: Redacted B.
To: Redacted Steven Likos (owner)

Crack keep Crackin

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 8/6/2022 12:55:19 PM(UTC-4) | |

Status: Read

8/6/2022 12:55:03 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12877AA9 (Table: message, handle; Size: 652709888 bytes)



From: Redacted B.
To: Redacted Steven Likos (owner)

Dude F. will be addicted I bet they will tie up a mill at 1 point watch

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 8/6/2022 1:04:57 PM(UTC-4) | |

Status: Read

8/6/2022 12:55:29 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12877864 (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

From [Redacted] even Likos (owner)    LIKOS__030309
To [Redacted] B.

I'll have them put a mil in by month 3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] B. | | | |

Status: Sent

8/6/2022 1 05:12 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12878F84 (Table: message, handle, Size: 652709888 bytes)



From [Redacted] Steven Likos (owner)
To [Redacted] B.

Watch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] B. | | | |

Status: Sent

8/6/2022 1 05:14 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12878D1F (Table: message, handle; Size: 652709888 bytes)

From [Redacted] B.
To [Redacted] Steven Likos (owner)

Make us $ I will bring the fire you bring the fuel

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 8/6/2022 1:05:53 PM(UTC-4) | |

Status: Read

8/6/2022 1:05:46 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12878AF4 (Table: message, handle, Size: 652709888 bytes)

From [Redacted] Steven Likos (owner)
To [Redacted] B.

Loved "Make us $ I will bring the fire you bring the fuel"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] B. | | | |

Status: Sent

8/6/2022 1 05:59 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x128787D0 (Table: message, handle; Size: 652709888 bytes)

LIKOS__016431

From: Redacted   A. S.
To: Redacted   Steven Likos (owner)

Hi John, happy new year! I just wanted to follow up and see when I would receive information about my account?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted   Steven Likos | | 1/4/2022 3:51:53 PM(UTC-5) | |

Status: Read

1/4/2022 3:51:32 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xE965F29 (Table: message, handle; Size: 652709888 bytes)



From: Redacted   John Fortini
To: Redacted   Steven Likos (owner)

Hey   A.   happy new year ! We sent funds over to broker already   We should have login and   word by Thursday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted   Steven Likos | | 1/4/2022 4:09:50 PM(UTC-5) | |

Status: Read

1/4/2022 4:01:37 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xE965981 (Table: message, handle; Size: 652709888 bytes)

From: Redacted   A. S.
To: Redacted   Steven Likos (owner)

Great I thought maybe you had a huge New Year's Eve party and didn't even bother to invite me!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted   Steven Likos | | 1/4/2022 4:09:50 PM(UTC-5) | |

Status: Read

1/4/2022 4:02:29 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xE96534B (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**

**252**

TO THE DECLARATION OF MALINA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

3

LIKOS__030084

From: Redacted B.
To: Redacted even Likos (owner)

I shot 100 over look for it . Next week I'm shipping another 100

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 2/28/2022 10:08:51 AM(UTC-5) | |

Status: Read

2/28/2022 10:08:41 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE21BB3 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted B.

On it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

2/28/2022 10:09:05 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE2161B (Table: message, handle; Size: 652709888 bytes)



From: Redacted B.
To: Redacted even Likos (owner)

Did u recover that loss from this morning ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 2/28/2022 9:20:22 PM(UTC-5) | |

Status: Read

2/28/2022 9:14:12 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE79D30 (Table: message, handle; Size: 652709888 bytes)



**EXHIBIT**
**253**

TO THE DECLARATION OF MAURA M. VIDIMEYER
PURSUANT TO 28 U.S.C. § 1746



From: Redacted Steven Likos (owner)
To: Redacted B.

Yes sir

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

2/28/2022 9:20:36 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7968E (Table: message, handle; Size: 652709888 bytes)

41

CONFIDENTIAL



From: Redacted B. Steven Likos (owner)    LIKOS __030085
To: Redacted B.

Let's hope tomorrow is just as good

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted B. | | | |

Status: Sent

2/28/2022 9:20:50 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7AF84 (Table: message, handle; Size: 652709688 bytes)



From: Redacted B.
To: Redacted Steven Likos (owner)

I will go to the nearest strip club and get naked and send you the video real rap ...

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 2/28/2022 9:22:14 PM(UTC-5) | |

Status: Read

2/28/2022 9:22:04 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7AA3A (Table: message, handle; Size: 652709688 bytes)

From: Redacted Steven Likos (owner)
To: Redacted B.

You won't do it

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted B. | | | |

Status: Sent

2/28/2022 9:22:39 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7A778 (Table: message, handle; Size: 652709688 bytes)



From: Redacted B.
To: Redacted Steven Likos (owner)

So that error wasn't Teddy ? Did he lyk what happened ?
And like fuck I won't...lol

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 2/28/2022 9:23:08 PM(UTC-5) | |

Status: Read

2/28/2022 9:22:57 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7A539 (Table: message, handle; Size: 652709688 bytes)



From: Redacted Steven Likos (owner)     LIKOS__030086
To: Redacted | B.

He said possible software update that triggered some bullshit.  I didn't get a clear answer

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  B. | | | |

Status: Sent

2/28/2022 9:24:21 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7A27B (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted | B.

He was sleeping when it happened

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  B. | | | |

Status: Sent

2/28/2022 9:24:28 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7BF84 (Table: message, handle; Size: 652709888 bytes)

From: Redacted  B.
To: Redacted  Steven Likos (owner)

Try to get my 100k rolling asap.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  Steven Likos | | 2/28/2022 9:25:06 PM(UTC-5) | |

Status: Read

2/28/2022 9:25:06 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7BD23 (Table: message, handle; Size: 652709888 bytes)

From: Redacted  Steven Likos (owner)
To: Redacted | B.

Let me check now to see if we can trade it tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  B. | | | |

Status: Sent

2/28/2022 9:25:30 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xFE7BACA (Table: message, handle; Size: 652709888 bytes)

LIKOS__003569

From: [Redacted] John Fortini
To: +1[Redacted] Steven Likos (owner)

CONFIDENTIAL

Laughed at "I was about to say I hope I hold up that good but let's be honest they'll find my lifeless body at E11even far before that "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/22/2021 7:00:09 PM(UTC-4) | |

Status: Read

10/22/2021 7:00:00 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC3B65D2 (Table: message, handle; Size: 652709888 bytes)

---

From: [Redacted] Steven Likos (owner)

"Only 10% of an account at risk at any time" - how so? Explain how this is true or how this works. (50+% loss today)
-Last night margin was 96k on a 108k account (margin level % 108 - less than 8k free margin left including the drawdown) Isn't that close to a margin call? Saw negative free margin today at 20% drawdown help me understand how it's possible. Why isn't there a margin call?
-What risk protection/stop losses are in place?
-Is risk amount/tolerance able to be adjusted by the investor? If so how?
-What is average return per month this year? What is the rate of return year to date?
-What is the methodology in trading the hours/times that he does? Are those consistently the same times we should expect trades to be done?
-What is his overall trading methodology (what is he looking for in his method and why this pair XAUUSD)? How does he decide entry and exit points?
-1min, 5min, 15min timeframes?
-Crossing of moving averages?
-Volume? Etc
-Can he update the accounts to reflect the investors names? They all say Algo Capital right now

Status: Sent

10/26/2021 6:42:42 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49AF3B (Table: message; Size: 652709888 bytes)

---

From: [Redacted] Steven Likos (owner)

If the liquidity provider can refund bad trades how can we ensure that the profitable trades are being passed through the provider to the market?

Status: Sent

10/26/2021 7:03:41 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49BF3B (Table: message; Size: 652709888 bytes)

EXHIBIT
254
TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746

LIKOS__003570



**CONFIDENTIAL**

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Trades can only open when a bank opens that captial

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/26/202 1 7:08:57 PM(UTC-4) | |

Status: Read

10/26/2021 7:07:24 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49BB9F (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

That's a J. question for sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/26/20 21 7:08:57 PM(UTC -4) | |

Status: Read

10/26/2021 7:07:30 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49B8EF (Table: message, handle; Size: 652709888 bytes)

From + Redacted Steven Likos (owner)

Trades can only open when a bank opens that captial

Status: Sent

10/26/2021 7:09:38 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49CF3B (Table: message; Size: 652709888 bytes)



From **Redacted** Steven Likos (owner)　　　LIKOS__003571

https://www.instagram.com/p/CVgTVW4oz7Q/?utm_medium=copy_link

Attachments:

Title: 42092ABA-F124-445E-95EB-5F0E16EF1E88.pluginPayloadAttachment
Size: 29419
File name: ~/Library/SMS/Attachments/64/04/C77E5CA6-2622-47C7-969E-6576E84E1CFA/42092ABA-F124-445E-95EB-5F0E16EF1E88.pluginPayloadAttachment
~/Library/SMS/Attachments/64/04/C77E5CA6-2622-47C7-969E-6576E84E1CFA/42092ABA-F124-445E-95EB-5F0E16EF1E88.pluginPayloadAttachment

Title: DB100614-1F84-4CEC-AA26-3568D81C285E.pluginPayloadAttachment
Size: 67709
File name: ~/Library/SMS/Attachments/ed/13/FAF19670-B5FD-488A-8CA7-842CC3217805/DB100614-1F84-4CEC-AA26-3568D81C285E.pluginPayloadAttachment
~/Library/SMS/Attachments/ed/13/FAF19670-B5FD-488A-8CA7-842CC3217805/DB100614-1F84-4CEC-AA26-3568D81C285E.pluginPayloadAttachment

Title: 4FFE7F75-DA8A-49FC-BDBF-DC43C9BD4C72.pluginPayloadAttachment
Size: 2646259
File name: ~/Library/SMS/Attachments/31/01/46A7460A-FC4E-4E25-9525-E30BA5CBBF53/4FFE7F75-DA8A-49FC-BDBF-DC43C9BD4C72.pluginPayloadAttachment
~/Library/SMS/Attachments/31/01/46A7460A-FC4E-4E25-9525-E30BA5CBBF53/4FFE7F75-DA8A-49FC-BDBF-DC43C9BD4C72.pluginPayloadAttachment

Status: Sent

10/26/2021 7:09:58 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49D032 (Table: message, attachment; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/64/04/C77E5CA6-2622-47C7-969E-6576E84E1CFA/42092ABA-F124-445E-95EB-5F0E16EF1E88.pluginPayloadAttachment : (Size: 29419 bytes)
Lord Likos/mobile/Library/SMS/Attachments/ed/13/FAF19670-B5FD-488A-8CA7-842CC3217805/DB100614-1F84-4CEC-AA26-3568D81C285E.pluginPayloadAttachment : (Size: 67709 bytes)
Lord Likos/mobile/Library/SMS/Attachments/31/01/46A7460A-FC4E-4E25-9525-E30BA5CBBF53/4FFE7F75-DA8A-49FC-BDBF-DC43C9BD4C72.pluginPayloadAttachment : (Size: 2646259 bytes)



From **Redacted** John Fortini
To **Redacted** Steven Likos (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Steven Likos | | 10/26/2021 7:10:33 PM(UTC-4) | |

Status: Read

10/26/2021 7:10:31 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49C27B (Table: message, handle; Size: 652709888 bytes)

From **Redacted** Steven Likos (owner)

Banks don't only open for profitable trades

Status: Sent

10/26/2021 7:10:35 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49EF3B (Table: message; Size: 652709888 bytes)



LIKOS__003572

**From:** Redacted John Fortini
**To:** Redacted Steven Likos (owner)

CONFIDENTIAL

They open all trades
When your a broker you can argue your trades with ur banking partners who u make millions for

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/26/2021 7:11:06 PM(UTC-4) | |

**Status:** Read

10/26/2021 7:11:02 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49EC8A (Table: message, handle, Size: 652709888 bytes)

**From:** Redacted John Fortini
**To:** +1 Redacted Steven Likos (owner)

Not john and Steve calling bank of amercia asking for money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/26/2021 7:11:21 PM(UTC-4) | |

**Status:** Read

10/26/2021 7:11:17 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49E939 (Table: message, handle, Size: 652709888 bytes)

**From:** Redacted John Fortini
**To:** +1 Redacted Steven Likos (owner)

Let's handle what we need to not **J.** questions about if the trades are real

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 Redacted Steven Likos | | 10/26/2021 7:13:21 PM(UTC-4) | |

**Status:** Read

10/26/2021 7:11:38 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC49E678 (Table: message, handle, Size: 652709888 bytes)



**CONFIDENTIAL**

LIKOS__008325

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Crazy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/21/20 21 10:28:08 PM(UTC -4) | |

Status: Read

10/21/2021 10:27:43 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC33A7F8 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

https://www.icloud.com/notes/0jHJvOX4x1bsNJn9-mgTbw24A#Questions_for_Ted

Attachments:

Title : 78B8102A-56A9-463C-9A74-30DF182B6375.pluginPayloadAttachment
Size : 3901
File name : ~/Library/SMS/Attachments/ee/14/73E5BB74-8F8A-4662-B59D-E45F5B273267/78B8102A-56A9-463C-9A74-30DF182B6375.pluginPayloadAttachment
~/Library/SMS/Attachments/ee/14/73E5BB74-8F8A-4662-B59D-E45F5B273267/78B8102A-56A9-463C-9A74-30DF182B6375.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/22/2021 7:33:21 AM(UTC-4) | | |

Status: Sent

10/22/2021 7:33:20 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC543C1B (Table: message, attachment, handle; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/ee/14/73E5BB74-8F8A-4662-B59D-E45F5B273267/78B8102A-56A9-463C-9A74-30DF182B6375.pluginPayloadAttachment : (Size: 3901 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

From: J.     Some of these I wouldn't bother with some of these but the first 7 are what we have been talking about that we need

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/22/2021 7:34:22 AM(UTC-4) | | |

Status: Sent

10/22/2021 7:34:21 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC343649 (Table: message, handle; Size: 652709888 bytes)

3102







From: <span>Redacted</span> Steven Likos (owner)
To: <span>Redacted</span> John Fortini

**CONFIDENTIAL**

LIKOS__008327

Questions for Ted

"Only 10% of an account at risk at any time" - how so? Explain how this is true or how this works
- Last night margin was 96k on a 108k account (margin level % 108 - less than 8k free margin left including the drawdown) Isn't that close to a margin call?
- What would have been the next move last night if the pair continued to drop? Discard a trade?
- Is the margin required so high because of the price of gold or is less leverage being used even though account says 1:500 (are we actually using 500 leverage)
- What risk protection/stop losses are in place?
- Is risk amount/tolerance able to be adjusted by the investor? If so how?
- What is average return per month this year? What is the rate of return year to date?
- What is the methodology in trading the hours/times that he does? Are those consistently the same times we should expect trades to be done?
- What is his overall trading methodology (what is he looking for in his method and why this pair XAUUSD)? How does he decide entry and exit points?
- 1min, 5min, 15min timeframes?
- Crossing of moving averages?
- Volume? Etc
- Can he update the accounts to reflect the investors names? They all say Algo Capital right now.
- Are new investors going to be handled the same way with the same agreement through algo? Are we ready to take on new investors?
- John/Robert/JJ - when will you be refunding my best buddy, <span>J.'s</span> account, for trading like an aimless reckless idiot :)

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| Redacted | John Fortini | 10/22/2021 10:14:19 AM(UTC-4) | | |

Status: Sent

10/22/2021 10:14:18 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC34BF49 (Table: message, handle; Size: 652709888 bytes)



From: <span>Redacted</span> Steven Likos (owner)
To: <span>Redacted</span> John Fortini

Have u been watching scalping?

| Participant | | Delivered | Read | Played |
| --- | --- | --- | --- | --- |
| Redacted | John | 10/22/2021 1:48:57 PM(UTC-4) | | |

Status: Sent

10/22/2021 1:48:56 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0xC353836 (Table: message, handle; Size: 652709888 bytes)

3104



CONFIDENTIAL

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

LIKOS__012949

So bullshit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 [Redacted] John Fortini | 10/12/2022 1:05:55 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:05:55 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db: 0x136912A2 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Yea that's why I want to wait I didn't see the beginning and don't want follow up questions

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/12/2022 1:09:27 PM(UTC-4) | |

Status: Read

10/12/2022 1:08:42 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13693BDA (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Need to see when our

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/12/2022 1:09:27 PM(UTC-4) | |

Status: Read

10/12/2022 1:08:59 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x136938E3 (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**
255
TO THE DECLARATION OF MAURA M. VIDMAYER
PURSUANT TO 28 U.S.C. § 1746



CONFIDENTIAL

LIKOS__012950

From: Redacted John Fortini
To: + Redacted Steven Likos (owner)

Out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:09:27 PM(UTC-4) | |

Status: Read

10/12/2022 1:09:01 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13693687 (Table: message, handle; Size: 652709888 bytes)

From: + Redacted Steven Likos (owner)
To: + Redacted John Fortini

If people ask where we ended up I say I'm waiting for the numbers to update

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/12/2022 1:09:56 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:09:55 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13893457 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

I can't see how we would be in profit because he hedged 4 times after our last profit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/12/2022 1:11:21 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:11:21 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13695F49 (Table: message, handle; Size: 652709888 bytes)







From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Yep

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:11:34 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:11:31 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13695C37 (Table: message, handle; Size: 652709888 bytes)**

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

I can't see it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:11:37 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:11:37 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13695782 (Table: message, handle; Size: 652709888 bytes)**

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

It's impossible

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/12/2022 1:11:38 PM(UTC-4) | | |

**Status**: Sent

10/12/2022 1:11:38 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13695A07 (Table: message, handle; Size: 652709888 bytes)**

---



CONFIDENTIAL LIKOS__012952

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

Maybe all these trades loss and the earlier a win

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Steven Likos | | 10/12/2022 1:12:04 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:12:04 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x1369552E (Table: message, handle; Size: 652709888 bytes)**

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

So it a win

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Steven Likos | | 10/12/2022 1:12:08 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:12:08 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13695298 (Table: message, handle, Size: 652709888 bytes)**

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

I dunno

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Steven Likos | | 10/12/2022 1:12:10 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:12:10 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13696F3F (Table: message, handle; Size: 652709888 bytes)**







From: Redacted Steven Likos (owner)
To: +1 Redacted John Fortini

Still no . after those hedges went in we were never close to our original profit numbers again

LIKOS__012953

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | John Fortini | 10/12/2022 1:12:42 PM(UTC-4) | | |

Status: Sent

10/12/2022 1 12:42 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13898D07 (Table: message, handle, Size: 652709888 bytes)

From: Redacted John Fortini
To : Redacted Steven Likos (owner)

Wish he would jsut win the trade and close so don't gotta do whatvere that explain was

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | Steven Likos | | 10/12/2022 1:20:53 PM(UTC-4) | |

Status: Read

10/12/2022 1:20:53 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1369879B (Table: message, handle, Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To : Redacted John Fortini

Gonna need a monster drop to win this

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | John Fortini | 10/12/2022 1:21:20 PM(UTC-4) | | |

Status: Sent

10/12/2022 1 21 20 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x136964C0 (Table: message, handle, Size: 652709888 bytes)

7730

CONFIDENTIAL

LIKOS__012954



From [Redacted] John Fortini
To [Redacted] Steven Likos (owner)

It wasn't a win there ?

Attachments:

Title: IMG_3473.heic
Size: 119757
File name: ~/Library/SMS/Attachments/a6/06/DE7A2CDA-9B58-4D79-9E2C-80D456A43672/IMG_3473.heic
Path: https://p41-content.icloud.com/M4556B3BB94BCB59AEDC67007F17B23521A13DB26AA67C411675ECC9757C9FD40.C01USN00
~/Library/SMS/Attachments/a8/08/DE7A2CDA-9B58-4D79-9E2C-80D456A43672/IMG_3473.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/12/20 22 1:23:36 PM(UTC-4) | |

Status: Read

10/12/2022 1:22:55 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13699F3E (Table: message, handle, attachment; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/a8/08/DE7A2CDA-9B58-4D79-9E2C-80D456A43672/IMG_3473.heic : (Size: 119757 bytes)



From [Redacted] Steven Likos (owner)
To [Redacted] hn Fortini

Nope

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/12/2022 1:23:46 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:23:45 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1369A810 (Table: message, handle; Size: 652709888 bytes)



From [Redacted] Steven Likos (owner)
To [Redacted] ohn Fortini

Was watching

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/12/2022 1:23:49 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:23:49 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1369A5B1 (Table: message, handle; Size: 652709888 bytes)

7731



CONFIDENTIAL

From: Redacted Steven Likos (owner)
To: Redacted john Fortini

That bottom trade was too deep

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/12/2022 1:23:56 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:23:56 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1389A340 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:25:01 PM(UTC-4) | |

Status: Read

10/12/2022 1:24:57 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1389B808 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

If u ever worked for bookie u know u can lose games cuz ur making the money off everyone Else with ur percent

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:26:09 PM(UTC-4) | |

Status: Read

10/12/2022 1:26:07 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1389D480 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

I feeel like ted doing that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:26:14 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:26:14 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x1369ECEA (Table: message, handle; Size: 652709888 bytes)**

---

From: Redacted John Fortini
To: +1Redacted Steven Likos (owner)

But at some point losses can outdo his gains

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:26:26 PM(UTC-4) | |

**Status**: Read

10/12/2022 1:26:26 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x1369EA80 (Table: message, handle; Size: 652709888 bytes)**

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Because u think he covered up old losses

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1Redacted John Fortini | 10/12/2022 1:26:46 PM(UTC-4) | | |

**Status**: Sent

10/12/2022 1:26:45 PM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x1369E28D (Table: message, handle; Size: 652709888 bytes)**

---





CONFIDENTIAL

LIKOS__012957

From: Redacted John Fortini
To: +Redacted Steven Likos (owner)

Yea for sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/20 22 1:27:21 PM(UTC -4) | |

Status: Read

10/12/2022 1:26:52 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1369FCD6 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: +Redacted Steven Likos (owner)

In past the trades he closed stayed on the trade history he just deleted them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/12/2022 1:27:22 PM(UTC-4) | |

Status: Read

10/12/2022 1:27:21 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x136A0F3F (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: +Redacted John Fortini

Yup

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/12/2022 1:27:26 PM(UTC-4) | | |

Status: Sent

10/12/2022 1:27:27 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x136A0C7A (Table: message, handle; Size: 652709888 bytes)



From: + Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

Support

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + Redacted Steven Likos | | 10/17/2022 10:57:39 AM(UTC-4) | |

Status: Read

10/17/2022 10:55:57 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13870F3F (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

One push down and we're good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 Redacted John Fortini | 10/17/2022 10:57:49 AM(UTC-4) | | |

Status: Sent

10/17/2022 10:57:49 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db: 0x13870D07 (Table: message, handle; Size: 652709888 bytes)

---

From: + Redacted Steven Likos (owner)
To: Redacted John Fortini

Wrong way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:01:32 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:01:32 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13870A72 (Table: message, handle; Size: 652709888 bytes)

---

EXHIBIT
256
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Yep won't break

CONFIDENTIAL

LIKOS__013033

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/20 22 11:02:40 AM(UTC -4) | |

Status: Read

10/17/2022 11:02:20 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138707FF (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Just a little more!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 11:13:38 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:13:38 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13871CE2 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: +1 [Redacted] Steven Likos (owner)

Everyone asking if we glitched

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/20 22 11:14:18 AM(UTC -4) | |

Status: Read

10/17/2022 11:14:16 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13871A57 (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__013034

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/17/20 22 11:14:18 AM(UTC -4) | |

Status: Read

10/17/2022 11:14:18 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138717E7 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: +1 Redacted John Fortini

Not this time lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:14:36 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:14:36 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138715B7 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: + Redacted Steven Likos (owner)

Laughed at "Not this time lol"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/17/20 22 11:14:48 AM(UTC -4) | |

Status: Read

10/17/2022 11:14:41 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138712ED (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Unless it goes other way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven LIKOS | | 10/17/2022 11:14:48 AM(UTC-4) | |

Status: Read

10/17/2022 11:14:46 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13872F3F (Table: message, handle; Size: 652709888 bytes)

CONFIDENTIAL                                    LIKOS__013035



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven LIKOS | | 10/17/2022 11:14:48 AM(UTC-4) | |

Status: Read

10/17/2022 11:14:47 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13872CDB (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Here we go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:14:59 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:14:59 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13872AAB (Table: message, handle; Size: 652709888 bytes)

7812

CONFIDENTIAL



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Don't care if he just closes here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:15:10 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:15:09 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387283E (Table: message, handle, Size: 652708688 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Me 2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/17/2022 11:15:20 AM(UTC-4) | |

Status: Read

10/17/2022 11:15:15 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13872597 (Table: message, handle, Size: 652708688 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Okay!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:18:43 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:18:42 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13872367 (Table: message, handle, Size: 652708688 bytes)

7813



CONFIDENTIAL

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

LIKOS_013037

A lot of work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:19:43 AM(UTC-4) | | |

Status: Sent

10/17/2022 11.19.43 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13873F49 (Table: message, handle, Size: 652709688 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Made little more than .5 %

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/17/2022 11:19:44 AM(UTC-4) | |

Status: Read

10/17/2022 11.19.44 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13873CCC (Table: message, handle, Size: 652709688 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 10/17/2022 11:19:45 AM(UTC-4) | |

Status: Read

10/17/2022 11:19:45 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13873A66 (Table: message, handle, Size: 652709688 bytes)



CONFIDENTIAL LIKOS__013038

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

He'll get us slippage

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Steven | | 10/17/2022 11:20:07 AM(UTC-4) | |

**Status**: Read

10/17/2022 11:19:55 AM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x1387382C (Table: message, handle; Size: 652709888 bytes)**

---

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

Lol and droped

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Steven | | 10/17/2022 11:20:07 AM(UTC-4) | |

**Status**: Read

10/17/2022 11:20:04 AM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x138735CA (Table: message, handle; Size: 652709888 bytes)**

---

From: [redacted] Steven Likos (owner)
To: [redacted] John Fortini

My lower accounts made more

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] John | 10/17/2022 11:20:14 AM(UTC-4) | | |

**Status**: Sent

10/17/2022 11:20:13 AM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13873384 (Table: message, handle; Size: 652709888 bytes)**

---







CONFIDENTIAL

LIKOS__013039

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Slippage ted said should adjust little

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/20 22 11:24:15 AM(UTC -4) | |

Status: Read

10/17/2022 11:23:10 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13874CC8 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Attachments:

Title: IMG_3573.heic
Size: 45438
File Name: ~/Library/SMS/Attachments/62/02/0A70F8D8-467C-49D9-BA68-4BF9CA96F25D/IMG_3573.heic
Path: https://p36-content.icloud.com/M4556B3B894BCB59AEDC67007F17B23521A13DB26AA67C411675ECC975TC9F048.C01U5N00
~/Library/SMS/Attachments/62/02/0A70F8D8-467C-49D9-BA68-4BF9CA96F25D/IMG_3573.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/20 22 11:24:15 AM(UTC -4) | |

Status: Read

10/17/2022 11:23:44 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13874A46 (Table: message, handle, attachment; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/62/02/0A70F8D8-467C-49D9-BA68-4BF9CA96F25D/IMG_3573.heic :  (Size: 45438 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Who that from

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 11:24:46 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:24:46 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387475E (Table: message, handle; Size: 652709888 bytes)

7816



CONFIDENTIAL

LIKOS__013040













From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Quite a bit actually

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted John Fortini | 10/17/2022 11:29:03 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:29:03 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13875CEE (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Lol yea seems like will make a big postive difference

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted Steven Likos | | 10/17/2022 11:29:56 AM(UTC-4) | |

Status: Read

10/17/2022 11:29:52 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13875A65 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

How we handle J.'s withdrawal with the wrong name vs account

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted John Fortini | 10/17/2022 11:37:02 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:36:57 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138757CF (Table: message, handle; Size: 652709888 bytes)

---

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

LIKOS__013042

How the fuck would he take profit at 1657 if it never reached there? Or am I reading something wrong

Attachments:

Title: IMG_1737.PNG
Size: 633868
File name: ~/Library/SMS/Attachments/b9/09/CFD43A16-E47F-4497-8CA5-6EAB1A08A715/IMG_1737.PNG
Path: https://p60-content.icloud.com/M4D5A5D6C0D271ADB8D705B055AE882C61F552A28D07AFE623726F77528279A5.C01USN00
~/Library/SMS/Attachments/b9/09/CFD43A16-E47F-4497-8CA5-6EAB1A08A715/IMG_1737.PNG

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 11:46:21 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:46:18 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387986D (Table: message, attachment, handle; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/b9/09/CFD43A16-E47F-4497-8CA5-6EAB1A08A715/IMG_1737.PNG :  (Size: 633868 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Not sure but maybe our charts not same

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven | | 10/17/2022 11:47:11 AM(UTC-4) | |

Status: Read

10/17/2022 11:47:07 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387953A (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

I mean :: no where ever close lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 11:47:22 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:47:22 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138782C4 (Table: message, handle; Size: 652709888 bytes)



**From:** Redacted  John Fortini
**To:** Redacted  Steven Likos (owner)

**CONFIDENTIAL**

LIKOS__013043

**Attachments:**

Title: IMG_3575.jpeg
Size: 246577
File name ~/Library/SMS/Attachments/44/04/B1271AC6-FD95-4029-B33D-0DF340E23F89/IMG_3575.jpeg
Path: https://p37
content.icloud.com/M4556B3BB94BCB59AEDC67007F17B23521A13DB26AA67C411
675ECC9757C9F040.C01USN00
~/Library/SMS/Attachments/44/04/B1271AC6-FD95-4029-B33D-0DF340E23F89/IMG_3575.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  Steven Likos | | 10/17/2022 11:48:21 AM(UTC-4) | |

**Status:** Read

10/17/2022 11:47:52 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387AF3F (Table: message, handle, attachment; Size: 65270988 bytes)
Lord Likos/mobile/Library/SMS/Attachments/44/04/B1271AC6-FD95-4029-B33D-0DF340E23F89/IMG_3575.jpeg : (Size: 246577 bytes)



**From:** Redacted  John Fortini
**To:** Redacted  Steven Likos (owner)

Yea 1659

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  Steven Likos | | 10/17/2022 11:48:21 AM(UTC-4) | |

**Status:** Read

10/17/2022 11:48:00 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387AC4D (Table: message, handle; Size: 65270988 bytes)

**From:** Redacted  John Fortini
**To:** Redacted  Steven Likos (owner)

Let's see what adjust Yoo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted  Steven Likos | | 10/17/2022 11:48:21 AM(UTC-4) | |

**Status:** Read

10/17/2022 11:48:06 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387AA09 (Table: message, handle; Size: 65270988 bytes)





From Redacted Steven Likos (owner)
To Redacted John Fortini

That's what I'm thinking... hopefully

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 11:48:32 AM(UTC-4) | | |

Status: Sent

10/17/2022 11:48:32 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1387A2D9 (Table: message, handle; Size: 652709888 bytes)

CONFIDENTIAL                    LIKOS__013044



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Lol he switched

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:56:55 AM(UTC-5) | |

Status: Read

12/13/2022 6:46:29 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14552CCA (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/13/2022 7:57:00 AM(UTC-5) | | |

Status: Sent

12/13/2022 7:56:59 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145548B7 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Those are not the trades

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/13/2022 7:57:06 AM(UTC-5) | | |

Status: Sent

12/13/2022 7:57:05 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1455465A (Table: message, handle; Size: 652709888 bytes)

---

EXHIBIT
257
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746



From: Redacted Steven Likos (owner)
To: +1 Redacted John Fortini

LIKOS__01...

I have a few texts asking me to explain... and I don't know how

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 Redacted John Fortini | 12/13/2022 7:58:07 AM(UTC-5) | | |

Status: Sent

12/13/2022 7:58:07 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145543D3 (Table: message, handle; Size: 652709688 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Laughed at "Those are not the trades"

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 Redacted Steven Likos | | 12/13/2022 8:22:03 AM(UTC-5) | |

Status: Read

12/13/2022 8:21:56 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14556EF1 (Table: message, handle; Size: 652709688 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

U gonna bring it up to him?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 Redacted John Fortini | 12/13/2022 8:23:53 AM(UTC-5) | | |

Status: Sent

12/13/2022 8:23:53 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14556C47 (Table: message, handle; Size: 652709688 bytes)



From **Redacted** John Fortini
To: **Redacted** Steven Likos (owner)

CONFIDENTIAL

LIKOS__013867

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Steven Likos | | 12/13/2022 8:24:05 AM(UTC-5) | |

Status: Read

12/13/2022 8:24:02 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145569AE (Table: message, handle; Size: 652709888 bytes)

From **Redacted** John Fortini
To: **Redacted** Steven Likos (owner)

I want to get money out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Steven Likos | | 12/13/2022 8:24:10 AM(UTC-5) | |

Status: Read

12/13/2022 8:24:09 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14556776 (Table: message, handle; Size: 652709888 bytes)

From **Redacted** John Fortini
To: **Redacted** Steven Likos (owner)

He obviously can change orders

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Steven Likos | | 12/13/2022 8:24:26 AM(UTC-5) | |

Status: Read

12/13/2022 8:24:21 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14556514 (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL
LIKOS__013868

From: [Redacted] Steven Likos (owner)
To: +1 [Redacted] John Fortini

Yeah but this wasn't we exited and mt5 didn't show it... This was I just deleted - bunch of trades completely

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 [Redacted] John Fortini | 12/13/2022 8:25:16 AM(UTC-5) | | |

Status: Sent

12/13/2022 8:25:15 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145582AE (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: +1 [Redacted] John Fortini

How do we explain that

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [Redacted] John Fortini | 12/13/2022 8:25:26 AM(UTC-5) | | |

Status: Sent

12/13/2022 8:25:26 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14557F49 (Table: message, handle; Size: 652709888 bytes)

From: +1 [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

No idea so it's showing he bought before the way down last night now instead at top

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 [Redacted] Steven Likos | | 12/13/2022 8:28:35 AM(UTC-5) | |

Status: Read

12/13/2022 8:28:29 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14557CBA (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

I wish I took a picture of the chart last night because from our texts he closed at 11:08

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1 [Redacted] John Fortini | 12/13/2022 8:30:24 AM(UTC-5) | | |

Status: Sent

12/13/2022 8:30:24 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145579E5 (Table: message, handle; Size: 652709888 bytes)

8645



**CONFIDENTIAL**

LIKOS__013869

From: Redacted John Fortini
To : Redacted Steven Likos (owner)

Yea but the time is diffent on app

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/20 22 8:31:44 AM(UTC -5) | |

Status: Read

12/13/2022 8:31:28 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145573E1 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To : Redacted John Fortini

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/13/2022 8:31:46 AM(UTC-5) | | |

Status: Sent

12/13/2022 8:31:46 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14558F49 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

7:01 ok the app

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/13/2022 8:31:57 AM(UTC-5) | | |

Status: Sent

12/13/2022 8:31:57 AM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14558CE8 (Table: message, handle; Size: 652709888 bytes)







CONFIDENTIAL LIKOS_012535

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

What's your day looking like hommie

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 9/24/2022 10:48:16 AM(UTC-4) | | |

Status: Sent

9/24/2022 10:48:16 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13198492 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Ummm no more MetaTrader on phone?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +Redacted John Fortini | 9/24/2022 11:02:57 AM(UTC-4) | | |

Status: Sent

9/24/2022 11 02 57 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1319A787 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

You don't love me anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13059231216 John Fortini | 9/24/2022 1:28:05 PM(UTC-4) | | |

Status: Sent

9/24/2022 1 28 03 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1319DF49 (Table: message, handle; Size: 652709888 bytes)

---

EXHIBIT
258
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746



CONFIDENTIAL

LIKOS__012536

From [Redacted] Steven Likos (owner)
To [Redacted] John Fortini

https://fxnewsgroup.com/forex-news/platforms/apple-removes-metaquotes-mt4-and-mt5-trading-apps-from-its-app-store/

Attachments:

Title: 4E149FB8-8BB9-405D-A2D4-2B484A33BB2E.pluginPayloadAttachment
Size: 2475
File name: ~/Library/SMS/Attachments/22/02/99CA817B-168A-43D2-9945-0E6D33036CCF/4E149FB8-8BB9-405D-A2D4-2B484A33BB2E.pluginPayloadAttachment
~/Library/SMS/Attachments/22/02/99CA817B-168A-43D2-9945-0E6D33036CCF/4E149FB8-8BB9-405D-A2D4-2B484A33BB2E.pluginPayloadAttachment

Title: 65663C8A-297F-44CA-A997-903386539F3E.pluginPayloadAttachment
Size: 929957
File name: ~/Library/SMS/Attachments/eb/11/AB2FB402-1FCA-4D36-958F-5DF90A5C99C2/65663C8A-297F-44CA-A997-903386539F3E.pluginPayloadAttachment
~/Library/SMS/Attachments/eb/11/AB2FB402-1FCA-4D36-958F-5DF90A5C99C2/65663C8A-297F-44CA-A997-903386539F3E.pluginPayloadAttachment

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [Redacted] | John Fortini | 9/24/2022 5:24:01 PM(UTC-4) | | |

Status: Sent

9/24/2022 5:24:00 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1319E6B9 (Table: message, attachment, handle; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/22/02/99CA817B-168A-43D2-9945-0E6D33036CCF/4E149FB8-8BB9-405D-A2D4-2B484A33BB2E.pluginPayloadAttachment : (Size: 2475 bytes)
Lord Likos/mobile/Library/SMS/Attachments/eb/11/AB2FB402-1FCA-4D36-958F-5DF90A5C99C2/65663C8A-297F-44CA-A997-903386539F3E.pluginPayloadAttachment : (Size: 929957 bytes)



From [Redacted] John Fortini
To [Redacted] Steven Likos (owner)

Lol bro
Went to dirty rabbit for drinks
Ended up at 11
Then space

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [Redacted] | Steven Likos | | 9/25/2022 8:35:25 AM(UTC-4) | |

Status: Read

9/25/2022 12:45:52 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1319FA82 (Table: message, handle; Size: 652709888 bytes)

LIKOS__030376



**From:** Redacted B.
**To:** Redacted Steven Likos (owner)

CONFIDENTIAL

Good Morning lmk when u think G. will be set and active . I wanna make sure I sit next to him when he's live and running

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 9/25/2022 8:52:39 AM(UTC-4) | |

Status: Read

9/25/2022 8:51:36 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A6F7C (Table: message, handle; Size: 652709888 bytes)



**From:** Redacted B.
**To:** Redacted Steven Likos (owner)

And hit me up later on if you get a chance no rush .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 9/25/2022 8:52:39 AM(UTC-4) | |

Status: Read

9/25/2022 8:52:10 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A6C66 (Table: message, handle; Size: 652709888 bytes)



**From:** Redacted Steven Likos (owner)
**To:** Redacted B.

We may have a problem there... have a call in a few   Apple Store took MetaTrader off the App Store this weekend

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

9/25/2022 8:53:15 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A69E5 (Table: message, handle; Size: 652709888 bytes)

**From:** Redacted Steven Likos (owner)
**To:** Redacted B.

Should have his account set up before end of today thoigh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

9/25/2022 8:53:29 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A66E9 (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**
**259**

TO THE DECLARATION OF MAURA M. VIKHMEYER
PURSUANT TO 28 U.S.C. § 1746

333

LIKOS__030377



From: Redacted B.
To: Redacted Steven Likos (owner)

Well that's not good wtf what does that mean exactly ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 9/25/2022 8:54:59 AM(UTC-4) | |

Status: Read

9/25/2022 8:54:55 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A7F7C (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted B.

Nothing really other than viewing access on your phone .. u can still watch on a computer

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

9/25/2022 8:55:35 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A7CF5 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted B.

But working on getting a new app

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

9/25/2022 8:55:43 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A7A29 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted B.

So temporary inconvenience

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

Status: Sent

9/25/2022 8:55:54 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A77D0 (Table: message, handle; Size: 652709888 bytes)



From: Redacted B.
To: Redacted Steven Likos (owner)

Mine seems up and on active

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 9/25/2022 8:55:55 AM(UTC-4) | |

**Status**: Read

9/25/2022 8:55:54 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x131A757B (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted B.

Yeah don't delete it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

**Status**: Sent

9/25/2022 8:55:59 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x131A732C (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted B.

If u have it you're good for a while

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

**Status**: Sent

9/25/2022 8:56:08 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x131A8F84 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted B.

Check to see if the android store still has it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted B. | | | |

**Status**: Sent

9/25/2022 8:56:25 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x131A8D23 (Table: message, handle, Size: 652709888 bytes)

---









CONFIDENTIAL

From: [Redacted] even Likos (owner)
To: [Redacted] B.

I think only apple deleted

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] B. | | | |

Status: Sent

9/25/2022 8:56:36 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A8AAE (Table: message, handle; Size: 652709888 bytes)

LIKOS__030379



From: [Redacted] B.
To: [Redacted] Steven Likos (owner)

Wonder why

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven | | 9/25/2022 8:56:45 AM(UTC-4) | |

Status: Read

9/25/2022 8:56:45 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A8859 (Table: message, handle; Size: 652709888 bytes)



From: + [Redacted] Steven Likos (owner)
To: [Redacted] B.

Rumors because owners were Russian but no one knows

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] B. | | | |

Status: Sent

9/25/2022 8:57:09 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A862C (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] B.
To: [Redacted] Steven Likos (owner)

Yeah my app store still has it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Likos | | 9/25/2022 8:58:03 AM(UTC-4) | |

Status: Read

9/25/2022 8:57:46 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131A83A5 (Table: message, handle; Size: 652709888 bytes)

CONFIDENTIAL



From: Redacted Steven Likos (owner)  LIKOS__012551
To: Redacted John Fortini

What should I tell them about mt5/ cTrader

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 9/26/2022 7:46:15 AM(UTC-4) | | |

Status: Sent

9/26/2022 7:46:15 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CAF49 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Any chance they dl the app already ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 9/26/2022 7:47:32 AM(UTC-4) | |

Status: Read

9/26/2022 7:47:19 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CAC92 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

I doubt it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 9/26/2022 7:47:41 AM(UTC-4) | | |

Status: Sent

9/26/2022 7:47:41 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CAA22 (Table: message, handle; Size: 652709888 bytes)



**EXHIBIT**

**260**

TO THE DECLARATION OF MAURA M. WIDMEYER
PURSUANT TO 28 U.S.C. § 1746



From: Redacted Steven Likos (owner)
To: +1 Redacted John Fortini

CONFIDENTIAL                                    LIKOS__012552

I think it's still available on android store   I can ask them if anyone in their house has a droid

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | John Fortini | 9/26/2022 7:48:13 AM(UTC-4) | | |

Status: Sent

9/26/2022 7:48:13 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CA7B5 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Or desktop?

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | John Fortini | 9/26/2022 7:48:38 AM(UTC-4) | | |

Status: Sent

9/26/2022 7:48:38 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CA48F (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

I gotta try desktop today

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | Steven | | 9/26/2022 7:49:15 AM(UTC-4) | |

Status: Read

9/26/2022 7:49:07 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CBF3F (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

**CONFIDENTIAL**

LIKOS__012553

Have u. ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 9/26/202 2 7:49:15 AM(UTC -4) | |

Status: Read

9/26/2022 7:49:09 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CB9DE (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

I did in the past… it's been forever.. I have to walk through again to remember how to set it up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 9/26/2022 7:49:35 AM(UTC-4) | | |

Status: Sent

9/26/2022 7:49:35 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CB7A4 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Was on savvy to check to see if any updates … the thing just constantly crashes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 9/26/2022 8:16:12 AM(UTC-4) | | |

Status: Sent

9/26/2022 8:16:10 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CB484 (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__012554





CONFIDENTIAL

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Can u send me $10 to test

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 9/26/2022 8:46:06 AM(UTC-4) | | |

Status: Sent

9/26/2022 8:46:06 AM(UTC-4)

LIKOS__012555

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CC8F5 (Table: message, handle; Size: 852709888 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Attachments:

Title: IMG_3051.jpeg
Size: 199925
File name: ~/Library/SMS/Attachments/c8/08/A3C73A96-35ED-4CFF-8DAE-
0F63166896EA/IMG_3051.jpeg
Path: https://p65-
content.icloud.com/M879245049E92013F903EDCDF4669C5F194FA4A1B082E28227
28EFB81BEC6285FF-C01USN00
~/Library/SMS/Attachments/c8/08/A3C73A96-35ED-4CFF-8DAE-
0F63166896EA/IMG_3051.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 9/26/202 2 8:57:03 AM(UTC -4) | |

Status: Read

9/26/2022 8:56:52 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x131CC387 (Table: message, handle, attachment,
Size: 852709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/c8/08/A3C73A96-35ED-4CFF-8DAE-
0F63166896EA/IMG_3051.jpeg :  (Size: 199925 bytes)



CONFIDENTIAL

From Redacted Steven Likos (owner)   LIKOS__003815

https //www cftc gov/node/241251

Attachments:

Title: 259C722C-C751-4425-95A4-A6E812436698.pluginPayloadAttachment
Size: 8801
File name: ~/Library/SMS/Attachments/88/08/72B11B98-04D5-44B3-B591-
1D0FCF7A849D/259C722C-C751-4425-95A4-
A6E812436698.pluginPayloadAttachment
~/Library/SMS/Attachments/88/08/72B11B98-04D5-44B3-B591-
1D0FCF7A849D/259C722C-C751-4425-95A4-
A6E812436698.pluginPayloadAttachment

Title: FFD495AD-AB65-4CFE-8C32-649C086E4920.pluginPayloadAttachment
Size: 13866
File name: ~/Library/SMS/Attachments/66/06/2E2F3937-02BB-443D-91F6-
6A47B7B42B3F/FFD495AD-AB65-4CFE-8C32-
649C086E4920.pluginPayloadAttachment
~/Library/SMS/Attachments/66/06/2E2F3937-02BB-443D-91F6-
6A47B7B42B3F/FFD495AD-AB65-4CFE-8C32-
649C086E4920.pluginPayloadAttachment

Status: Sent

12/13/2022 7 50 40 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459A9EE (Table: message, attachment; Size:
652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/88/08/72B11B98-04D5-44B3-B591-
1D0FCF7A849D/259C722C-C751-4425-95A4-A6E812436698.pluginPayloadAttachment :
(Size: 8801 bytes)
Lord Likos/mobile/Library/SMS/Attachments/66/06/2E2F3937-02BB-443D-91F6-
6A47B7B42B3F/FFD495AD-AB65-4CFE-8C32-649C086E4920.pluginPayloadAttachment :
(Size: 13866 bytes)



From Redacted Steven Likos (owner)

So he had problems with he banks because of wrong routing numbers?

Status: Sent

12/13/2022 7 51 03 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459A4B4 (Table: message; Size: 652709888 bytes)



From Redacted Steven Likos (owner)

Or this . .

Status: Sent

12/13/2022 7 51 07 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459A1C6 (Table: message; Size: 652709888
bytes)



EXHIBIT
261

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746



CONFIDENTIAL

LIKOS__003816



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

All off white brokers

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 12/13/20 22 7:51:24 PM(UTC -5) | |

Status: Read

12/13/2022 7:51:24 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1458A33 (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] Steven Likos (owner)

Yeah... exactly the time he started trouble

Status: Sent

12/13/2022 7:51:26 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145987D1 (Table: message; Size: 652709888 bytes)

737



**CONFIDENTIAL**

LIKOS__003817

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Shore

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 12/13/2022 7:51:27 PM(UTC-5) | |

Status: Read

12/13/2022 7:51:27 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459B504 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)

No one told me

Status: Sent

12/13/2022 7:51:33 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459B2C2 (Table: message; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Yea bro prob july I'll try to find it

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 12/13/2022 7:51:59 PM(UTC-5) | |

Status: Read

12/13/2022 7:51:53 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459DF29 (Table: message, handle; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Every offshore broker is on that lot

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| Redacted Steven Likos | | 12/13/2022 7:52:09 PM(UTC-5) | |

Status: Read

12/13/2022 7:52:02 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459DC91 (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__003818

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

List

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:52:09 PM(UTC-5) | |

Status: Read

12/13/2022 7:52:04 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459D9FF (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)

Exact time his banking trouble started ... so why he saying the trouble is because of the clients

Status: Sent

12/13/2022 7:52:33 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459D7BF (Table: message; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Tht dont effect banking

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven | | 12/13/2022 7:52:49 PM(UTC-5) | |

Status: Read

12/13/2022 7:52:44 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459D487 (Table: message, handle; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

His us banks aren't traders domain

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:52:50 PM(UTC-5) | |

Status: Read

12/13/2022 7:52:50 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459D20F (Table: message, handle; Size: 652709888 bytes)





From: Redacted Steven Likos (owner)                    LIKOS__003819

https://www.cftc.gov/PressRoom/PressReleases/8555-22

Attachments:

Title: 3E715937-C237-4763-966D-313FE024D2C1.pluginPayloadAttachment
Size: 8801
File name: ~/Library/SMS/Attachments/ed/13/29896BA7-ECC8-44E1-8790-
68584E73CF96/3E715937-C237-4763-966D-313FE024D2C1.pluginPayloadAttachment
~/Library/SMS/Attachments/ed/13/29896BA7-ECC8-44E1-8790-
68584E73CF96/3E715937-C237-4763-966D-
313FE024D2C1.pluginPayloadAttachment

Title: 16CE1027-F901-4D47-B6CF-643357EF698B.pluginPayloadAttachment
Size: 13866
File name: ~/Library/SMS/Attachments/ee/14/97717743-6B80-45A8-AD7C-
D0EDA4BB0954/16CE1027-F901-4D47-B6CF-643357EF698B.pluginPayloadAttachment
~/Library/SMS/Attachments/ee/14/97717743-6B80-45A8-AD7C-
D0EDA4BB0954/16CE1027-F901-4D47-B6CF-
643357EF698B.pluginPayloadAttachment

Status: Sent

12/13/2022 7:52:53 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459E9AC (Table: message, attachment; Size: 652709888
bytes)
Lord Likos/mobile/Library/SMS/Attachments/ed/13/29896BA7-ECC8-44E1-8790-
68584E73CF96/3E715937-C237-4763-966D-313FE024D2C1.pluginPayloadAttachment : (Size: 8801
bytes)
Lord Likos/mobile/Library/SMS/Attachments/ee/14/97717743-6B80-45A8-AD7C-
D0EDA4BB0954/16CE1027-F901-4D47-B6CF-643357EF698B.pluginPayloadAttachment : (Size: 13866
bytes)

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

That doesn't mean anything

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:53:37 PM(UTC-5) | |

Status: Read

12/13/2022 7:53:37 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459E424 (Table: message, handle; Size:
652709888 bytes)

---

From: Redacted Steven Likos (owner)

So u don't think this red list and the banking lost at the exact same time have anything to do
with eachother

Status: Sent

12/13/2022 7:53:41 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1459FF3B (Table: message; Size: 652709888 bytes)



From: Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:53:45 PM(UTC-5) | |

**Status**: Read

12/13/2022 7:53:45 PM(UTC-5)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x1459FBE5 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Every broker even ones I use now on there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:54:03 PM(UTC-5) | |

**Status**: Read

12/13/2022 7:53:53 PM(UTC-5)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x1459F997 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Any offshore broker who takes us clients

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:54:03 PM(UTC-5) | |

**Status**: Read

12/13/2022 7:54:00 PM(UTC-5)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x1459F6FB (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)

Timing lines up

**Status**: Sent

12/13/2022 7:54:31 PM(UTC-5)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x1459F473 (Table: message; Size: 652709888 bytes)

---









LIKOS__003821

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

CONFIDENTIAL

A firm is added to the RED List when the CFTC determines, from investigative leads and public inquiries, that it is not registered with the Commission and appears to be acting in a capacity that requires registration, such as trading binary options, foreign currency (forex), or other products.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:54:45 PM(UTC-5) | |

Status: Read

12/13/2022 7:54:41 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A0F29 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Banking is saeg capital for 5 years notbubf t with broker name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:54:57 PM(UTC-5) | |

Status: Read

12/13/2022 7:54:57 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A0A8E (Table: message, handle; Size: 652709888 bytes)

From: +1 Redacted Steven Likos (owner)

Okay

Status: Sent

12/13/2022 7:55:11 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A07D9 (Table: message; Size: 652709888 bytes)



From: +1 Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

If anything he won't be able to take us clients on his site

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 7:55:14 PM(UTC-5) | |

Status: Read

12/13/2022 7:55:14 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A0536 (Table: message, handle; Size: 652709888 bytes)



From [Redacted] John Fortini
To: +[Redacted] Steven Likos (owner)          CONFIDENTIAL                    LIKOS__003822

We def spoke about this in july

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 12/13/20 22 7:55:19 PM(UTC -5) | |

Status: Read

12/13/2022 7:55:19 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A0273 (Table: message, handle; Size: 652709888 bytes)



From: +[Redacted] Robert Collazo
To: [Redacted] Steven Likos (owner)

I think it may have affected possibly.  Overseas also has regulations.  With that said I rather here it really is a banking issue vs any other issue

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 12/13/2022 8:31:24 PM(UTC-5) | |

Status: Read

12/13/2022 8:31:08 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A8F29 (Table: message, handle; Size: 652709888 bytes)



From [Redacted] Steven Likos (owner)
Same
Status: Sent

12/13/2022 8:31:40 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x145A8BC4 (Table: message; Size: 652709888 bytes)

743

LIKOS__013882

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

CONFIDENTIAL

Any broker who takes us clients is supsoed to register with cftc /nfa thags what the red list is
Brokers who aren't following us law

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 8:00:22 PM(UTC-5) | |

Status: Read

12/13/2022 8:00 18 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14SA1F3F (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

I get that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/13/2022 8:00:31 PM(UTC-5) | | |

Status: Sent

12/13/2022 8:00:31 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14SA1C02 (Table : message, handle; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Our attorney sent us that end of July / august

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/13/2022 8:00:32 PM(UTC-5) | |

Status: Read

12/13/2022 8:00:32 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14SA198B (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**

**262**

TO THE DECLARATION OF MAURA M. VEINMEYER
PURSUANT TO 28 U.S.C. § 1746

8659



From: Redacted JJ Trader
To: Redacted Steven Likos (owner)

CONFIDENTIAL

LIKOS__000756

All depends if it's a lot of guys I would say get something over 80

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted 7 Steven Likos | | 8/31/2022 2:08:49 PM(UTC-4) | |

Status: Read

8/31/2022 2:08:00 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF3A71 (Table: message, handle, Size: 652709888 bytes)

From: Redacted JJ Trader
To: Redacted Steven Likos (owner)

If it's a few ppl just for a ride 50 is nice

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 8/31/202 2 2:08:49 PM(UTC-4) | |

Status: Read

8/31/2022 2:08:07 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF37B4 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted JJ Trader

Okay I'll get a headcount and figure it out. You and Redacted are coming right?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted JJ Trader | 8/31/2022 2:09:16 PM(UTC-4) | | |

Status: Sent

8/31/2022 2:09:16 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF3530 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted JJ Trader

Also any update with teds withdrawls… people are driving me crazy.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted JJ Trader | 8/31/2022 2:09:37 PM(UTC-4) | | |

Status: Sent

8/31/2022 2:09:37 PM(UTC-4)



**EXHIBIT**

**263**

TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF4F49 (Table: message, handle; Size: 652709888 bytes)



330



**CONFIDENTIAL**

LIKOS__000757

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF4C5D (Table: message, handle; Size: 652709888 bytes)



Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF4A0F (Table: message, handle; Size: 852709888 bytes)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12CF4722 (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__012237

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

**Lol u know what I know**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 9/6/2022 1:26:14 PM(UTC-4) | |

Status: Read

9/6/2022 1:26 12 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12DD9C29 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

**Damn nothing new... I can hold people off for this week... after that I feel it's gonna get ugly**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 9/6/2022 1:26:38 PM(UTC-4) | | |

Status: Sent

9/6/2022 1 26 37 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12DD99D3 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: +1[Redacted] Steven Likos (owner)

**Nope tomorrow supsoed to get savvy up**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 9/6/2022 1:32:35 PM(UTC-4) | |

Status: Read

9/6/2022 1:32 31 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12DDA62A (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**
264
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



CONFIDENTIAL

LIKOS__013027

From: Redacted Steven Likos (owner)
To: +1 Redacted John Fortini

**B.**  asking where their $$$ is today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 10/17/2022 9:09:54 AM(UTC-4) | | |

Status: Sent

10/17/2022 9:09:54 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13867F49 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | 10/17/2022 9:10:43 AM(UTC-4) | | |

Status: Read

10/17/2022 9:10:36 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138679C3 (Table: message, handle; Size: 652709888 bytes)

From: Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

We can show withdrawl?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | 10/17/2022 9:10:46 AM(UTC-4) | | |

Status: Read

10/17/2022 9:10:46 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13867789 (Table: message, handle; Size: 652709888 bytes)

**EXHIBIT**
265

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

7804



CONFIDENTIAL
From: [Redacted] Steven Likos (owner)       LIKOS__01302B
To: [Redacted] John Fortini

We can … A month after we told them we did it lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 9:11:00 AM(UTC-4) | | |

Status: Sent

10/17/2022 9:11:00 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13867533 (Table: message, handle, Size: 852709888 bytes)

---

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

The email ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/2022 9:11:00 AM(UTC-4) | |

Status: Read

10/17/2022 9:11:00 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1386726C (Table: message, handle, Size: 852709888 bytes)

---

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Laughed at "We can … A month after we told them we did it lol"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/2022 9:11:08 AM(UTC-4) | |

Status: Read

10/17/2022 9:11:08 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13868EA7 (Table: message, handle, Size: 852709888 bytes)



CONFIDENTIAL LIKOS_013029

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

We have 3 days

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Steven Likos | | 10/17/2022 9:11:43 AM(UTC -4) | |

**Status**: Read

10/17/2022 9:11:27 AM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x13868BBC (Table: message, handle; Size: 652709888 bytes)**

---

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

For all our wires , crypto , saavy

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Steven Likos | | 10/17/2022 9:11:43 AM(UTC -4) | |

**Status**: Read

10/17/2022 9:11:34 AM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x1386896C (Table: message, handle; Size: 652709888 bytes)**

---

From: [redacted] John Fortini
To: [redacted] Steven Likos (owner)

Air mail , pigeon mail

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Steven Likos | | 10/17/2022 9:11:43 AM(UTC -4) | |

**Status**: Read

10/17/2022 9:11:39 AM(UTC-4)

**Source Info:**
**Lord Likos/mobile/Library/SMS/sms.db : 0x138686F4 (Table: message, handle; Size: 652709888 bytes)**

---



CONFIDENTIAL



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

LIKOS__013030

Bro this is getting uglier and uglier every day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 9:12:00 AM(UTC-4) | | |

Status: Sent

10/17/2022 9:12:00 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1386849E (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

We're stuck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 10/17/2022 9:30:46 AM(UTC-4) | | |

Status: Sent

10/17/2022 9:30:46 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x138694DC (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Yep more text

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 10/17/2022 9:33:11 AM(UTC-4) | |

Status: Read

10/17/2022 9:33:08 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1386825F (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__013615

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Yea

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/23/20 22 3:37:14 PM(UTC -5) | |

Status: Read

11/23/2022 3:37:11 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14126F3F (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Think he'll do something next week to hold off for sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/23/202 2 3:37:23 PM(UTC- 5) | |

Status: Read

11/23/2022 3:37:23 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14126D05 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

We can only hold people back so long... 4 months is a prett' damn good jobloh our part

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 11/23/2022 3:38:02 PM(UTC-5) | | |

Status: Sent

11/23/2022 3:38:01 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14126A68 (Table: message, handle; Size: 652709888 bytes)

EXHIBIT
266
TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746





From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Incase he just loses money trading on her

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/23/20 22 3:40:25 PM(UTC -5) | |

**Status**: Read

11/23/2022 3:40:25 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14126282 (Table: message, handle; Size: 652709888 bytes)



From: + Redacted Steven Likos (owner)          LIKOS__029921

Let me check to see if we have confirmation if was sent. Standby

Status: Sent

11/8/2022 4 38 50 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E1570C (Table: message; Size: 652709888 bytes)



From: Redacted          F  A
To: + Redacted   Steven Likos (owner)

Okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/8/202 2 4:39:18 PM(UTC -5) | |

Status: Read

11/8/2022 4:39:15 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E16F29 (Table: message, handle; Size: 652709888 bytes)



From: + Redacted Steven Likos (owner)

Just waiting for the confirmation that i actually moved

Status: Sent

11/8/2022 4 48 15 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E19F3B (Table: message; Size: 652709888 bytes)



From: + Redacted          F. A.
To: + Redacted

Loved "Just waiting for the confirmation that it actually moved.."

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/8/2022 4:50:58 PM(UTC-5) | |

Status: Read

11/8/2022 4:48:31 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E19BB5 (Table: message, handle; Size: 652709888 bytes)



EXHIBIT
267
TO THE DECLARATION OF MAURA M. WEIHMEYER
PURSUANT TO 28 U.S.C. § 1746

From: + Redacted Steven Likos (owner)

we processed it. If it doesn't show up by tomorrow ill write an email for u to send so you can contact support that your wire was returned and we sent the required saavy.....etc... I'm going to keep harassing from my end and we'll do it from yours too starting tomorrow

Status: Sent

11/8/2022 5 28 40 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E209CC (Table: message; Size: 652709888 bytes)



**From:** Redacted Steven Likos (owner)   **CONFIDENTIAL**   **LIKOS__0299/22**

When it's returned and has to be resent like in this situation. It usually shows up in 1-2 days... but I want to keep the pressure on

Status: Sent

11/8/2022 5:29:19 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E21F3B (Table: message; Size: 652709888 bytes)



**From:** Redacted Steven Likos (owner)

Here is the confirmation though

Attachments

Title: IMG_1946.PNG
Size: 1204505
File name: ~/Library/SMS/Attachments/56/06/9711D0E2-33AB-4ADE-8968-6F1120664DB5/IMG_1946.PNG
Path: https://p27-content.icloud.com/M2CE2E5A00225400AD8B9FF0AD6AB5B1FCAF301A02FCFEBB9A77F04EC1FA2A258.C01U5N00
~/Library/SMS/Attachments/56/06/9711D0E2-33AB-4ADE-8968-6F1120664DB5/IMG_1946.PNG

Status: Sent

11/8/2022 5:30:22 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13E21BC2 (Table: message, attachment; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/56/06/9711D0E2-33AB-4ADE-8968-6F1120664DB5/IMG_1946.PNG : (Size: 1204505 bytes)



**From:** Redacted  F A
**To:** Redacted Steven Likos (owner)

Hey Steve, can you please tell me what is going on?

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| Redacted | Steven Likos | | 11/15/2022 8:36:39 PM(UTC-5) | |

Status: Read

11/15/2022 8:32:18 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FA09EF (Table: message, handle; Size: 652709888 bytes)



**From:** Redacted Steven Likos (owner)

Yes I had meetings and calls all day about this... I was going to get with jamal first thing tomorrow. Is that okay?

Status: Sent

11/15/2022 8:37:09 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FA1F3B (Table: message; Size: 652709888 bytes)



From: Redacted  CONFIDENTIAL Steven Likos (owner)         LIKOS__029923

I can't apologize enough for this but there's no fear about the safety of your money . we've made sure of that

Status: Sent

11/15/2022 8 37 38 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FA1946 (Table: message, Size: 652709888 bytes)



From: Redacted  F A
To: +1 Redacted Steven Likos (owner)

Okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/15/20 22 8:38:03 PM(UTC -5) | |

Status: Read

11/15/2022 8:38:03 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FA15E6 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)

But we are dealing with bad issues that we're making progress on   I promise I'll be honest with you no matter what

Status: Sent

11/15/2022 8:38:37 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FA13A6 (Table: message; Size: 652709888 bytes)



From: Redacted  F A
To: Redacted Steven Likos (owner)

Okay, just please keep me updated on every step.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 Redacted Steven Likos | | 11/15/202 2 8:41:18 PM(UTC-5) | |

Status: Read

11/15/2022 8:39:46 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FA2D0A (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

From: Redacted Steven Likos (owner)
To: Redacted Robert Collazo

Got it.. thank kk stick to the same

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Robert Collazo | 11/16/2022 6:32:18 PM(UTC-5) | | |

Status: Sent

11/16/2022 6:32:17 PM(UTC-5)

LIHOS__004973

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13FC4CBD (Table: message, handle; Size: 652709888 bytes)



From: +1 Redacted Steven Likos (owner)
To: +1 Redacted Robert Collazo

Just so u know... I was talking to a guy I worked with and he's an algo client... we were talking about this issue and he said his life insurance part of his business is having the same issues in pulling $

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Robert Collazo | 11/30/2022 5:49:45 PM(UTC-5) | | |

Status: Sent

11/30/2022 5:49:44 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14288F49 (Table: message, handle; Size: 652709888 bytes)



From: +1 Redacted Steven Likos (owner)
To: Redacted Robert Collazo

Attachments:

Title: IMG_2091.PNG
Size: 1336332
File name: ~/Library/SMS/Attachments/a5/05/1C5EE5C7-AF36-47BA-B54F-045ECACE563D/IMG_2091.PNG
Path: https://p31-content.icloud.com/M2CE2E5A0225400AD88FFDAD6AB5B1FC-AF301A02FCEBB9A77F04EC1FA2A258.C01USN00
~/Library/SMS/Attachments/a5/05/1C5EE5C7-AF36-47BA-B54F-045ECACE563D/IMG_2091.PNG

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Robert Collazo | 11/30/2022 5:49:49 PM(UTC-5) | | |

Status: Sent

11/30/2022 5:49:48 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14288B4F (Table: message, attachment, handle; Size: 652709888 bytes)
Lord Likos/mobile/Library/SMS/Attachments/a5/05/1C5EE5C7-AF36-47BA-B54F-045ECACE563D/IMG_2091.PNG : (Size: 1336332 bytes)

**EXHIBIT**
**268**

TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

1116

CONFIDENTIAL

LIKOS__004974



From: **Redacted** Robert Collazo
To: **Redacted** Steven Likos (owner)

Wao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Steven LIKOS | | 11/30/20 22 6:09:40 PM(UTC -5) | |

Status: Read

11/30/2022 6:09:30 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1428D4A3 (Table: message, handle; Size: 652709888 bytes)


From: **Redacted** Robert Collazo
To: **Redacted** Steven Likos (owner)

We'll get by this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Steven LIKOS | | 11/30/20 22 6:09:51 PM(UTC -5) | |

Status: Read

11/30/2022 6:09:50 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1428D269 (Table: message, handle; Size: 652709888 bytes)


From: **Redacted** Steven Likos (owner)
To: **Redacted** Robert Collazo

I wasn't going to let Ted know cause he'll use it as another excuse

| Participant | Delivered | Read | Played |
|---|---|---|---|
| **Redacted** Robert Collazo | 11/30/2022 6:10:08 PM(UTC-5) | | |

Status: Sent

11/30/2022 6:10:07 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1428EF49 (Table: message, handle, Size: 652709888 bytes)

CONFIDENTIAL                    LIKOS__004975



From: [Redacted] Robert Collazo
To: [Redacted] Steven Likos (owner)

Don't do it pls

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[Redacted] Steven Likos | 11/30/20 22 6:12:56 PM(UTC -5) | | |

Status: Read

11/30/2022 6:12:49 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1428E745 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] Robert Collazo

Fuck no dude

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Robert Collazo | 11/30/2022 6:13:02 PM(UTC-5) | | |

Status: Sent

11/30/2022 6:13:02 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1428E4F9 (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] Steven Likos (owner)
To: +[Redacted] Robert Collazo

U think I want to give him any more ammo or excuses

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Robert Collazo | 11/30/2022 6:13:20 PM(UTC-5) | | |

Status: Sent

11/30/2022 6:13:20 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1428E288 (Table: message, handle; Size: 652709888 bytes)

LIKOS__013977



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Told him heard the same as him this week .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/17/20 22 2:15:11 PM(UTC -5) | |

Status: Read

12/17/2022 2:12:50 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1475659A (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

He doesn't think ted lieing he said most his clients calm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 12/17/202 2 2:15:11 PM(UTC- 5) | |

Status: Read

12/17/2022 2 13:05 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14756310 (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

Bro.... no offense all the info is coming from Ted and he's provided zero proof backing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/17/2022 2 15:38 PM(UTC-5) | | |

Status: Sent

12/17/2022 2 15 38 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db: 0x14757F49 (Table: message, handle; Size: 652709888 bytes)

EXHIBIT
269

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

8754



CONFIDENTIAL   From: Redacted Steven Likos (owner)   LIKOS__013978
To: Redacted John Fortini

N. did that and held clients off for 2 years

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/17/2022 2:15:50 PM(UTC-5) | | |

Status: Sent

12/17/2022 2:15:50 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14757C3F (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted John Fortini

This is what people do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/17/2022 2:15:57 PM(UTC-5) | | |

Status: Sent

12/17/2022 2:15:57 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1475798A (Table: message, handle; Size: 652709888 bytes)

From: Redacted Steven Likos (owner)
To: Redacted John Fortini

And when u ask for proof they avoid it and talk around it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/17/2022 2:16:11 PM(UTC-5) | | |

Status: Sent

12/17/2022 2:16:11 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x14757707 (Table: message, handle; Size: 652709888 bytes)



From: Redacted Steven Likos (owner)
To: Redacted Fortini

All I'm hearing is "Ted said everything's going to be okay and hasn't provided anything to prove it"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John Fortini | 12/17/2022 2:16:38 PM(UTC-5) | | |

Status: Sent

12/17/2022 2:16:38 PM(UTC-5)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x1475743B (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

LIKOS__026306

**Cellebrite**
www.cellebrite.com

Extraction Report - Apple iOS iTunes (Backup)

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

+16109097757 (1)



| # | | Deleted |
|---|---|---|
| 1 | Name: chat1783182157621508<br>Start Time: 9/16/2022 1:09:32 PM(UTC-4)<br>Last Activity: 9/16/2022 5:28:35 PM(UTC-4)<br>Number of attachments: 0<br>Source: Native Messages<br>Account: ▪Redacted<br>Source file: ...mobile/Library/SMS/sms.db : 0x1D3AE2CB (Table: chat, message, handle; Size: 652709888 bytes)<br>Body file: chat-1.txt | |

Participants:

▪Redacted
Steven Likos* (owner)

▪Redacted
A. S.

▪Redacted
C. N.



From: ▪Redacted Steven Likos (owner)
Hey A. it's Steve Likos. C. asked me t  reach out for you in regards to algo
Status: Sent

9/16/2022 1 09 32 PM(UTC-4)

Source info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12FE27C9 (Table: message; Size: 652709888 bytes)

**EXHIBIT**
**270**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

1

CONFIDENTIAL

LIKOS__026307



From: Redacted C N
To: Redacted Steven Likos (owner)

Forex I never used the name s algo   Oops

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 Redacted Steven Likos | | 9/16/202 2 1:16:32 PM(UTC -4) | |

Status: Read

9/16/2022 1:16:21 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12FE24F1 (Table: message, handle; Size: 652709888 bytes)



From: + Redacted Steven Likos (owner)

That then
Status: Sent

9/16/2022 1:16:43 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12FE2272 (Table: message; Size: 652709888 bytes)



From: +1 Redacted A S
To: +1 Redacted Steven Likos (owner)

Chris has been telling me about Algo and we were interested in getting involved

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 Redacted Steven Likos | | 9/16/2022 4:48:36 PM(UTC-4) | |

Status: Read

9/16/2022 4:46:33 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12FEA859 (Table: message, handle; Size: 652709888 bytes)



From: + Redacted Steven Likos (owner)

Let me know when you have time to speak so I can answer any of your questions
Status: Sent

9/16/2022 4:48:52 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x12FEA58D (Table: message; Size: 652709888 bytes)

2



CONFIDENTIAL

LIKOS__013263

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Fuck it I'm taking an edible tonight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 11/1/2022 7:17:58 PM(UTC-4) | | |

Status: Sent

11/1/2022 7:17:58 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C605A5 (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Laughed at "Fuck it I'm taking an edible tonight"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 11/1/2022 8:06:12 PM(UTC-4) | |

Status: Read

11/1/2022 8:05:20 PM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C61C5A (Table: message, handle; Size: 652709888 bytes)

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Let's send that $100k to [B.] today and tell them it's a test traunch to buy us a few more days

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 11/2/2022 8:19:00 AM(UTC-4) | | |

Status: Sent

11/2/2022 8:18:59 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db: 0x13C69F49 (Table: message, handle; Size: 652709888 bytes)

EXHIBIT
271

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

8040



**CONFIDENTIAL**

LIKOS__013264

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Ok let me talk with ted at noon

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/202 2 8:38:19 AM(UTC -4) | |

Status: Read

11/2/2022 8:21:37 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C69534 (Table: message, handle, Size: 652709888 bytes)

From: Redacted John Fortini
To: +1 Redacted Steven Likos (owner)

Cuz if we don't get by Friday and only send 100 is that bad ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/2022 8:38:19 AM(UTC-4) | |

Status: Read

11/2/2022 8:21:50 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8AF3F (Table: message, handle, Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Send me B. wire info too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/202 2 8:38:19 AM(UTC -4) | |

Status: Read

11/2/2022 8:22:10 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8A94D (Table: message, handle, Size: 652709888 bytes)





From: Redacted Steven Likos (owner)
To: +1 Redacted John Fortini

I gotta get something in their hands

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John | 11/2/2022 8:38:37 AM(UTC-4) | | |

**Status**: Sent

11/2/2022 8:38:36 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8A48E (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted John Fortini
To: + Redacted Steven Likos (owner)

So nervous lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven | | 11/2/2022 8:38:56 AM(UTC-4) | |

**Status**: Read

11/2/2022 8:38:56 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8A1C3 (Table: message, handle; Size: 652709888 bytes)

---

From: Redacted Steven Likos (owner)
To: Redacted ohn Fortini

Dude I'm a wreck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted John | 11/2/2022 8:39:04 AM(UTC-4) | | |

**Status**: Sent

11/2/2022 8:39:03 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8BF49 (Table: message, handle; Size: 652709888 bytes)

---

CONFIDENTIAL

LIKOS__013266



Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8BCC2 (Table: message, handle; Size: 652709888 bytes)



Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8BA4E (Table: message, handle; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)
Send me wire info

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/202 2 8:39:13 AM(UTC -4) | |

Status: Read

11/2/2022 8:39:13 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8B8DC (Table: message, handle; Size: 652709888 bytes)







From: [redacted] Steven Likos (owner)
To: +1[redacted] John Fortini

Bro I'm kinda freaking out about robbery and the 1.5 too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] John Fortini | 11/2/2022 8:39:26 AM(UTC-4) | | |

**Status**: Sent

11/2/2022 8:39:26 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x13C6B5C0 (Table: message, handle; Size: 652709888 bytes)

---

From: [redacted] Steven Likos (owner)
To: +[redacted] ohn Fortini

Robert not robbery lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] John | 11/2/2022 8:39:42 AM(UTC-4) | | |

**Status**: Sent

11/2/2022 8:39:42 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x13C6B2F2 (Table: message, handle; Size: 652709888 bytes)

---

From: [redacted] John Fortini
To: +1[redacted] teven Likos (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Steven | | 11/2/2022 8:39:48 AM(UTC-4) | |

**Status**: Read

11/2/2022 8:39:47 AM(UTC-4)

**Source Info:**
Lord Likos/mobile/Library/SMS/sms.db : 0x13C6CF3F (Table: message, handle; Size: 652709888 bytes)

---

CONFIDENTIAL

LIKOS__013268



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

I'm gonna pull that in a few weeks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/2022 8:39:57 AM(UTC-4) | |

Status: Read

11/2/2022 8:39:57 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8CD05 (Table: message, handle; Size: 652709888 bytes)



From: Redacted John Fortini
To: Redacted Steven Likos (owner)

Few days

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/2022 8:40:04 AM(UTC-4) | |

Status: Read

11/2/2022 8:40:04 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8CA89 (Table: message, handle; Size: 652709888 bytes)

From: Redacted John Fortini
To: Redacted Steven Likos (owner)

So we have time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted Steven Likos | | 11/2/2022 8:40:12 AM(UTC-4) | |

Status: Read

11/2/2022 8:40:11 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8C845 (Table: message, handle; Size: 652709888 bytes)



**CONFIDENTIAL**   LIKOS__0132B0

From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

Loved "Few days "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 11/2/2022 8:40:15 AM(UTC-4) | | |

Status: Sent

11/2/2022 8:40:15 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8C5B8 (Table: message, handle; Size: 652709888 bytes)

---

From: +] [Redacted] Steven Likos (owner)
To: +| [Redacted] John Fortini

Bank: Butterfield bank (Guernsey) Limited
Address: Regency Court, Glategny Esplanade, Guernsey, GY1 3AP
IBAN: GB58BNTB60839870046024
Acc name: B. P. A.
SWIFT: BNTBGGSXXXX

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 11/2/2022 8:41:16 AM(UTC-4) | | |

Status: Sent

11/2/2022 8:41:15 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8DF49 (Table: message, handle; Size: 652709888 bytes)

---

From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Lol no idea what that is but at td bank they will right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 11/2/2022 8:43:33 AM(UTC-4) | |

Status: Read

11/2/2022 8:41:59 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C6DB5F (Table: message, handle; Size: 652709888 bytes)



CONFIDENTIAL

From: [Redacted] Steven Likos (owner)    LIKOS _ 013270
To : +1 [Redacted] John Fortini

Yeah the iban and swift are everything there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1 [Redacted] John Fortini | 11/2/2022 8:43:52 AM(UTC-4) | | |

Status: Sent

11/2/2022 8 43:51 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8D8C7 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

I told them algo has been receiving in traunches from the broker and the first 100k was received and they would like to send it to them as a first test blah blah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 11/2/2022 8 47:53 AM(UTC-4) | | |

Status: Sent

11/2/2022 8.47:53 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8D616 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] John Fortini
To: [Redacted] Steven Likos (owner)

Loved "I told them algo has been receiving in traunches from the broker and the first 100k was received and they would like to send it to them as a first test blah blah "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] Steven Likos | | 11/2/2022 8:49:01 AM(UTC-4) | |

Status: Read

11/2/2022 8:48:45 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8EEA2 (Table: message, handle; Size: 652709888 bytes)



From: [Redacted] Steven Likos (owner)
To: [Redacted] John Fortini

I can buy us some time with that story

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [Redacted] John Fortini | 11/2/2022 8:49:18 AM(UTC-4) | | |

Status: Sent

11/2/2022 8 49:18 AM(UTC-4)

Source Info:
Lord Likos/mobile/Library/SMS/sms.db : 0x13C8EAE7 (Table: message, handle; Size: 652709888 bytes)



PLAINTIFF EXHIBIT

272



**11:27**

**M**

Marcus

Oct 28, 2020 at 9:58 PM

Ok

Nov 2, 2020 at 5:49 PM

Hey quick question after a few meetings. How much capital is under management with algo

That's the only Q I got at this point.

Nov 3, 2020 at 8:59 AM

Can we hop on a quick call today if possible to ask you a few legal questions to make sure I got it all straight ?

My questions in text forum if that's easier to respond to;

1) not seeing any SEC registration for algo or for the NYC Futures Fund LLC/NYC Futures Trading Inc

2) Can I see historicals for the NYC Futures Fund because I am going to need a registered SEC broker to be able to sell this so I can show people it's legit.

Message



**11:28**

**M**

Marcus

My questions in text forum if that's easier to respond to;

1) not seeing any SEC registration for algo or for the NYC Futures Fund LLC/NYC Futures Trading Inc

2) Can I see historicals for the NYC Futures Fund because I am going to need a registered SEC broker to be able to sell this so I can show people it's legit.

Let me know your thoughts

Nov 3, 2020 at 11:03 AM

Neither company is a brokerage.

Okay, what is there status then ?

Like legally

NYC is Nfa approved and regulated

The algo agreement is a software agreement for USA customers.

Okay , could I see the NYC Futures fund returns somehow?

Message



**EXHIBIT**
**273**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746





EXHIBIT

274

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746





EXHIBIT

275

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



EXHIBIT

276

TO THE DECLARATION OF MAURA M. WENHMYER
PURSUANT TO 28 U.S.C. § 1746



EXHIBIT

277

TO THE DECLARATION OF MAURA M. VIDMEYER
PURSUANT TO 28 U.S.C. § 1746

**From:** Marcus Brisco <info@yascastellum.com>
**Date:** April 8, 2022 at 12:54:38 PM EDT
**To:** MikeSimsWorldwide@ Redacted
**Subject:** Re: NFA Letter

Mark,

In response to your letter.

Regarding the pool having an LP. See the attached proof of the legal creation "Yas Castellum Pool LP" to separate the CPO from the Yas Castellum Pool. See attached proof of EIN.

I attempted to open the bank account under the EIN and LP of "Yas Castellum Pool LP" and the bank account is under review by Bank of the West before opening. The banker who assisted me is                Redacted              , NMLS# Redacted. He stated that he believes the review process will be completed and the account will be open in 1-3 weeks. I will then promptly transfer the client reserve funds (1-3% AUM) into that account and close the old deposit account to eliminate co-mingling and satisfy the requirement of having the client deposits into a bank account under the Pool LP and not CPO Entity.

I have requested that the Traders Domain trading account name be changed to "Yas Castellum Pool LP" and have attached a screenshot of the name change reflected in the trading account. See the email thread attached of proof of request with the support team. I am waiting for this change to be reflected on a statement (daily or monthly), then will send a statement with the corrected name. This is also answering point #2.

Regarding the second paragraph stating that I have no control over the trading account is not accurate. Through the site, I have control to withdrawal funds and have successfully completed this process. Please see point 6 for further explanation on this and proof of saved withdrawal information.

Regarding, SECAP, this would be the NYC wire info provided to make a deposit into the trading account.

1. Saeg Capital Limited was the deposit information provided by NYC at the time. We used this deposit method until around February when it changed to SECAP as provided by Mike and as shown through text communications.
2. b: No communication has occurred between Yas and SECAP. All communication was shown to you by Yas to Mike Sims in regards to Saeg.
3. c: None, all communication has been with Mike Sims and was displayed to you.

1

**EXHIBIT**

278

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

2: This was addressed above.

3: Not entirely sure what this is referencing, however, I uploaded all text/email communications. I have reattached a January 7th conversation that I believe you may be referencing. The (40% of gains) commission pull was off and they audited the commission pull. It was fixed within 24 hours if my memory serves correct. No information was knowingly withheld, all text/email communication was uploaded into the drive, when you requested it. I was under the impression that the below messages were uploaded with all other messages in the drive at that time.

4: Algo is short for Algorithm and was the name of the conservative approach initially used from inception until October managed by and through NYC. We started switching funds from the conservative "Algo" into the aggressive in late July and were 100% AUM in the aggressive by October.

5: We use the account balance at the end of each week to monitor the performance of the fund during that week. The Traders domain account balance and statements are used as reference to the final closing dollar figure for the week and is confirmed by viewing each individual trade that is open and closed and the profit/loss on each trade. This is then reflected into our books and reported across all clients' accounts.

6: Not true and was touched on in the above paragraph but will be reiterated. Through the site shown and the platform Traders Domain, we can initiate withdrawals to Yas's bank account that is already a saved withdrawal recipient as it has been done before ($6k initiated on 3/8/22 and came through the bank on 3/15/22 as shown by the bank statements, as I described in 5 business days). See screenshot attached. We are changing this withdrawal to the new bank account under Yas Castellum Pool LP to eliminate comingling upon the bank account being approved for opening.

Additional Requests:

1: I have requested any opening documents from Traders Domain, see their email response below. They stated they are on the opening screen, so I uploaded all the setting screenshots to you. I can reattach if needed.

2: I have provided the monthly reports that have been saved, as explained that my email was wiped in late 2021. I have reattached the monthly reports again that I do have and have been saving the daily reports/monthly reports continually since the meeting. I have also attached all the daily reports for April thus far.

3: attached. Trading commenced on Jan 1st of 2021.

4: Question: Provide any agreements with NYC Futures Trading Inc, NYC Futures Fund LLC, or Mike Sims that provides these entities with discretion over the Marcus Brisco trading account at Traders Domain." I HAVE NO ANSWER HERE YET

2

I have a question on how to register "Yas Castellum Pool LP" to the "Yas Castellum Pool" through the ORS system to solidify that separation. I could not figure out how to do this through the online ORS system, and looked through the annual questionnaire to attempt it.



**4:23**   .ıl 5Gᴇ 🔋

**MS**

Mike

Fri, Jan 7, 9:57 AM



Quick question , looking at Dec commission pull, I'm calculating it at 57% of gains.

Not the instant but the 40% broker pull



Quick question , looking at Dec commission pull, I'm calculating it at 57% of gains.

Not the instant but the 40% broker pull

It's wrong. They are auditing and recalculating.

Okay thanks

*Marcus Brisco*
*Hedge Fund Manager/Principal*
*Yas Castellum LLC*

**From:** Mark Krikke <MKrikke@NFA.Futures.Org>
**Sent:** Thursday, April 7, 2022 3:53 PM
**To:** Marcus Brisco <info@yascastellum.com>
**Cc:** Christopher Coyne <CCoyne@NFA.Futures.Org>; Valerie O'Malley <vomalley@NFA.Futures.Org>
**Subject:** NFA Letter

Good Afternoon Marcus,

I have attached a letter outlining serious concerns NFA has regarding Yas Castellum LLC's operations. Please review and provide a response by end of day tomorrow.

Thank you,
**Mark Krikke**
NFA | Manager | Compliance
300 South Riverside Plaza, Suite 1800
Chicago, IL 60606
T: 312.781.1477
mkrikke@nfa.futures.org

*********************************************
This message (including attachment(s)) is confidential and intended for the addressee only.  If you received this e-mail in error, please notify the sender immediately.  Unauthorized distribution, disclosure or copying of this e-mail is prohibited.
 The opinions expressed in this email are based upon the representations you have made to a representative of the Compliance Department of National Futures Association ("NFA"). Any different, changed, or omitted facts or conditions might render this opinion void. Moreover, this response represents the opinions of Compliance Staff and does not necessarily reflect the views of NFA.



🔒 **my.thetradersdomain.com**/en/profile/finance

α Dashboard | Wix.com   🖂 Stamps   📰 flat rate boxes USPS   📄 PDF Editor   🚢 MarineTraffic   📧 Yas Email   🌐 Centra

## Profile

## Finance

⚙ Settings

⚙ Verification

● Finance

🔒 Security

### 🔖 Saved Withdrawal Detail

Name

Acct Name; Marcus Brisco. Yas
Recipient Address  2164 S Humbol
80210 Bank name: Bank of the west
Montgomery St. San Francisco  C
065305971 Routing #  12

👤



🔒 pamm.thetradersdomain.com/#/broker/my-accounts/███3704/trading-report

⋈ Dashboard | Wix.com   🔷 Stamps   📩 flat rate boxes USPS   📕 PDF Editor   🛟 MarineTraffic   ◐ Yas Email   🌐 Centra

The Traders Domain      Dashboard      Leaderboard      My A꜀

## Yas Castellum Pool LP
*Redacted* 3704   USD

Subscriptions   **Trading report**   Deposit   Withdraw   Se

### Opened Positions

| Id ⌄ | Type ⌄ | Symbol ⌄ | Lot ⌄ | Open time ⌄ |
|------|--------|----------|-------|-------------|

0 Opened positions right now

Total

### Closed Positions   ‹ **1** 2 3 4 5 … 115 ›

| Id ⌄ | Type ⌄ | Symbol ⌄ | Lot ⌄ | Open time ⌄ |
|------|--------|----------|-------|-------------|
| 42263735 | Buy ↑ | XAUUSD | 41.09 | 08.04.2022, 12:07:32 |
| 42259164 | Buy ↑ | XAUUSD | 41.22 | 08.04.2022, 12:07:14 |
| 42261424 | Buy ↑ | XAUUSD | 41.20 | 08.04.2022, 12:06:20 |
| 42256416 | Buy ↑ | XAUUSD | 51.80 | 07.04.2022, 11:43:54 |
| 42254141 | Buy ↑ | XAUUSD | 51.79 | 07.04.2022, 11:39:51 |
| 42253647 | Buy ↑ | XAUUSD | 41.56 | 07.04.2022, 11:34:06 |
| 42249546 | Buy ↑ | XAUUSD | 41.45 | 07.04.2022, 11:33:42 |
| 42244582 | Sell ↓ | XAUUSD | 41.54 | 06.04.2022, 11:12:35 |
| 42242307 | Sell ↓ | XAUUSD | 41.53 | 06.04.2022, 11:11:36 |



**EXHIBIT**

279

TO THE DECLARATION OF MAURA M. VENHMEYER
PURSUANT TO 28 U.S.C. § 1746





EXHIBIT

280

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



| From: | noreplynewsletter@thetradersdomain.com on behalf of The Traders Domain |
|-------|------------------------------------------------------------------------|
|       | <noreplynewsletter@thetradersdomain.com> |
| To: | ana@thebuumfoundation.org |
| Subject: | Welcome to 2023 |
| Date: | Monday, February 6, 2023 3:59:39 PM |



EXHIBIT

281

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746



Dear Client,

Welcome to our first newsletter of 2023.  Thank you once again for your support and trading over the years as we continue to grow and build the best trading platform and environment for retail traders.

**FAQ**

As always, there is a vast amount of information related to our site, including how to use our site, specific fees associated with trading, deposit, and withdrawal methods, as well as general information. We encourage you to review this FAQ page before you reach out to our staff. In most instances an answer is provided in the FAQ and will provide you a quicker response than waiting on a response from our support staff.

The FAQ is located here: https://faq.thetradersdomain.com

**STAFFING UPDATE**

Thank you again for your patience as we are now fully staffed again with our

customer service team. You will receive a response always within 24-48hrs now and your item will be attended to as it is moved to the correct service team.

As staff move faster and become more tenured, they will not be sending automated emails but responding to your inquiry directly.



**WITHDRAWALS**

There continues to be improvement on distributions and timing. We understand that these delays are not common to other FX brokerages, but we would like to clarify some points to assist with the understanding.

In the span of 6 months, Traders Domain has grown by 30%. That percentage may not be a lot, but it was directly specific to the PAMM section of our platform and the High Risk PAMM section. With these additional users it created strain on our processing system.

The main issues for delays are:

&#9633;&#9633;&#9633; Clients inputting incorrect information.    This pauses all transactions until it is resolved.  Our new back office will correct this so we can bypass those clients.  We have spoken with our processing channels, and they have agreed to allow us bypass clients who place incorrection information in their withdrawal requests.  Originally, transactions that were initiated had to complete before new ones were generated.  We see this as a big improvement.  The timeline for the new back office will be provided shortly.

&#9633;&#9633;&#9633; Clients making multiple requests in a short period of time.    We ask clients once again to better plan for transactions.  Making smaller requests does not make your transaction go faster.   The review time required for multiple requests just slows the system down.  We are working on a solution for this item as well as many choose to ignore our request to allow everyone to participate equally in distributions.

We have received inquiries as to why other FX brokerages do not have

this problem.  Simply stating, we have a lot of clients having positive results on our brokerage and our processing channels that were in place could not handle that volume.  Now with our new channels the processing volume we are doing can be handled.



## TIPS TO HELP SPEED UP WITHDRAWALS

☐☐☐ Correct information. As simple as this sounds, we need correct information to process items. We also need FULL information. Please ensure your wallet matches the network you selected, your banking information includes your full name and address along with your full bank address and all specific account information. This can include – account number, swift number or routing number, banking or transit number, institutional number or BIC. When in doubt, place an inquiry to your bank and say "I am looking to receive a wire transfer to my account, what should I tell the sending party." This will ensure there are no delays with your processing when your transaction comes up for review.

☐☐☐ Ensure your method of withdrawal is valid. Please do not put in expired information and make sure that the request method you use has no limitations or restrictions. We have had many requests for wallet transfers, and it has taken us 3 or 4 attempts to send to various wallets due to restrictions from the originator of the wallet.

Moving forward, weekly we will place on the dashboard a summary of transactions that were processed to help see where your transaction is in line to be processed.  Once our backlog is caught up this will stop.



## REVIEWS, CHEERS AND JEERS

The management at Traders Domain is made up of half a dozen people who

over see several staffing sections of the platform. This includes technology, banking, legal, and customer services. We are aware of the negative information that is being spread. Please understand we do not respond to any information where we do not see proper identification. It has been brought to our attention people are impersonating staff and trying to provide false or incorrect information.

The management team has authorized only one external chat where there is a master trader providing updates based on information being passed from management.

All true updates are found with our newsletter and dashboard notifications only. Traders Domain is widely known and has a great following, and we appreciate all our clients. We also recognize how competitive this space is and how difficult it is to retain and build relationships with client so we know there are people out there that will try to destroy these relationships so they can be used on other brokerage platforms.

Please do not interact with others that you can not confirm have an actual relationship with Traders Domain as you run the risk of providing sensitive information to strangers as well as hearing inaccurate information.

*Thank you for being a part of The Traders Domain platform and we wish you continued success in your trading.*





Copyright © 2022 The Traders Domain. All rights reserved.
You are receiving this email because you opted in via our website.

**Risk Warning:** Trading Leveraged Products such as Forex may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice.
Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser

## HOW TO – Become TD Client & Subscribe to Trade Copying Service

It is easy to become Traders Domain client and quickly start benefitting from the subscription of the trade copying service. The process can be broken down in 4 simple steps:

      STEP 1 – Create Traders Domain profile
      STEP 2 – Create your investment account
      STEP 3 – Set up subscription to Master account
      STEP 4 – Fund the investment account

### STEP 1 – Create Traders Domain profile

Key in **TheTradersDomain.com** in your browser. The following page will open:



Select **Get Started** action button in the top right corner (as pictured above).



EXHIBIT
282

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

*Please know that there are no Guarantees of future results & that trading can result in the loss of all of your capital*

On the following page (as pictured below), key in the required information. Take in consideration the following:

**Email –** this email will be your login to the TD profile. It is also email address where your trading reports will be coming daily. With this in mind, if you are opening account to surprise someone – don't use email that they have access to. In the same vain, don't use email where unwanted eyes can access your sensitive financial data. This email will also be used to send your activation code to as well as login details for TD profile and investment accounts.

**Country** – Pick your country from the list. US Citizens should choose option CRYPTO as country (instead of the USA that is not listed).

**Password** – choose one of your liking, alpha-numeric with lower and upper-case characters. Use little eye on the far right to ensure you typed it up correctly.

Upon confirming acceptance of T&Cs proceed with active button **Continue**.



Upon submission the system will email you the **activation code** to the email address you specified in the previous step. Check your email for that code and key it in the popped-up window.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

Once the activation code has been successfully inserted on the screen, the system will prompt you log in with the verified credentials (your email as login and password), as pictured below.



Upon first entry to the profile, you will have seven pop-up windows informing you of the applicable terms, fees and alike. Upon selecting **Close** on each, the following will pop up till the final seventh (as pictured below).



This concludes the STEP 1  - Creation of the Traders Domain profile.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

## STEP 2 – Create your Investment Account

Once the Traders Domain profile has been created, an Investment Account needs to be created, funded and subscribed to trade mirroring. Follow these simple steps to create your Investment Account.

From your Dashboard, on your left-hand side navigator, choose the option **PAMM**.



...with next desired selection – **MetaTrader 5 High Risk PAMM** (as visible below) or **MetaTrader 5 High Risk PAMM 2022**, subject to the time of the first enrollment.



*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

On the following screen you will have an option to create the account by selecting the blue action button **Open Investment Account**, as outlined below.



On the following screen the system with outline the key setup of your investment account.

The original setup can be kept as is. However, you may set up your own **Password**. To do so, just delete the predefined option (circled on the image below) and set what you wish the password to be. Many investors match their Investment Account password with their Traders Domain profile password, for convenience.

If you are setting your password, do use **Show/Hide** action on the right to ensure you have typed it correctly.

Select the **check button** at the bottom in acceptance of the Terms & Conditions.

Finalize the process by selecting the blue button **Open Account**, as outlined on the next image.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*



The process will be finalized with the screen containing your key information of the newly created Investment account.

**IMPORTANT** -- **Take a screen shot of that page and save it** in favorites on your phone, and on your computer. This is critical information you will need to use when accessing your investment account, funding your account, setting up your access on MT5 app etc. It is equivalent as login details to your online banking.



*Please know that there are no Guarantees of future  esults  & that trading can result in the loss of 100% of your capital*

## STEP 3 – Set up Subscription to Master Account & Trade Copying Service

Once the Investment account has been successfully created, the account can be funded and investment subscribed to trading copy services, to generate generous returns. The order of doing the remaining two steps - funding & subscription – doesn't matter. For convenience it may be the easiest to set the subscription.

On the bottom of the screen offering the key information for the Investment Account (previous image), select the blue button that will lead you to the following page:



Leaderboard section will now show your newly created Investment account. In time, should you wish to have multiple accounts, they will all be visible here if created through same Traders Domain profile (which is advisable for variety of reasons).

To proceed with Subscription setup, select the blue button **Invest** as shown on the image above.

*Please know that there are no Guarantees of future results   & that trading can result in the loss of 100% of your capital*

On the next screen you will have a brief outline of the terms you will be bound by subscribing.

**Tick the check button** in acknowledgment and proceed with confirming your selection by selecting the blue button at the bottom – **Subscribe to Master Account**.



This concludes the process of setting up the subscription.

The remaining Step to make is to fund the investment account.

## STEP 4 – Fund the investment account

Account can be funded in multiple ways. For example:
- by wire transfer
- by ACH transfer
- by Crypto transfer
- by Credit Card

Each method has its pros and cons. The quickest way to fund your account is by clicking the button that says FIAT – CRYPTO. Then you can choose **Crypto** that you want to use to fund your account.  BITCOIN is the fastest.

If you want to use MONEY, the fastest and most flexible method is by **wire transfer** which is the one most of us are well versed in. For the appropriate banking details please refer to the separate document.

**Deposits of $250k amount or more**
Deposits of $250k and higher amount need to be announced and pre-approved prior to submitting. The following info needs to be provided for consideration:
- TD account number (to ultimately be credited)
- TD account name (registered name)
- Bank name (wire is remitted from)
- Account name (funds are remitted from)
- Amount being wired (USD only)
- planned date of wire

Once the wire has been submitted, send your payment confirmation with your account details to the person that provided you with these instructions, the one who will assist you to fast-track your Account to be credited with the wired amount.

--------------
For more info watch this video: https://youtu.be/LErZvwHJ1ek



**Message**

| | |
|---|---|
| **From:** | noreplynewsletter@thetradersdomain.com [noreplynewsletter@thetradersdomain.com] |
| **on behalf of** | The Traders Domain <noreplynewsletter@thetradersdomain.com> [noreplynewsletter@thetradersdomain.com] |
| **Sent:** | 12/11/2022 4:51:46 PM |
| **To:** | Redacted |
| **Subject:** | 2022 Wrap Up |

**THE TRADERS DOMAIN**

Dear Client,

In this edition of our Traders Domain Newsletter, we are sharing some insight and resources to assist you with using our platform and providing you with our vision for 2023.

**FAQ**

Confidential Treatment Requested
FOIA Confidential Treatment Requested

IB_CFTC_00009512

**EXHIBIT**
**283**

TO THE DECLARATION OF MAURA M. VIDMEYER
PURSUANT TO 28 U.S.C. § 1746

As always, there is a vast amount of information related to our site, including how to use our site, specific fees associated with trading, deposit, and withdrawal methods, as well as general information. We encourage you to review this FAQ page before you reach out to our staff. In most instances an answer is provided in the FAQ and will provide you a quicker response than waiting on a response from our support staff.

The FAQ is located here: https://thetradersdomainfaq.kb.help

Confidential Treatment Requested
FOIA Confidential Treatment Requested

IB_CFTC_00009513



Confidential Treatment Requested
FOIA Confidential Treatment Requested

IB_CFTC_00009514

**Staff and Responsiveness**

Due to the incredible growth and expansion this year, The Traders Domain has had to react swiftly to update our infrastructure from a technology side, liquidity side, as well increase our support staff. We are aware that we are behind in communications, this is mainly due to training new staff to assist with our increased growth. As soon as our new staff is fully trained, our email communications will resume with timely responses.

Our platform has been open for over 6 years. We realize that several new clients believe that the platform is new. It is not new; we are implementing and streamlining process and continuing to expand our resources to assist and serve all our clients better.

 **SAVVY Wallet**

There has been a great response to using the Savvy Wallet platform for both deposit and withdrawals. This platform will assist in speeding up timelines for our processing in that regard.

Please ensure that if you are making a withdraw to your Savvy Wallet that your information is fully verified within the Savvy Portal, otherwise, we cannot complete the transfer from your Traders Domain account to your Savvy wallet.

Please also make sure the deposit form is completed on The Traders Domain Site when making a deposit from Savvy Wallet to your Traders Domain account. In the Savvy Wallet deposit notes, please include your Traders Domain email address so we can reference the deposit faster. If you do not complete the deposit form on our site when submitting funds (before or after), we can not process the transaction.

As a reminder, we are including some of the information related to Savvy Wallet There is no cost to open a virtual wallet. No card is required to purchase if you are using the account for deposits and withdrawals.

Confidential Treatment Requested
FOIA Confidential Treatment Requested

Fees to load cards and daily limits in reference to the Debit Card only apply to the Debit card. The limits do not apply to the wallet.

**IMPORTANT LINKS FOR SAVVY**

SAVVY has provided us the following information:

**FAQ**
https://td.savvywallet.io/wp-content/uploads/2022/09/Savvy-FAQ.pdf

**DEPOSIT INSTRUCTIONS**
https://td.savvywallet.io/wp-content/uploads/2022/09/Savvy-Funding-Instructions.pdf

**FEES**
https://td.savvywallet.io/wp-content/uploads/2022/10/TD-Savvy-Fees-and-Features.pdf

**Savvy Card Portal access**
https://td.savvycardportal.com/

 **Withdrawals and Deposits**

We are working through all withdrawals and deposits as quickly and securely as possible. Due to the instability with the current crypto market and numerous exchanges, our management team must take a cautious approach with the number of transactions we post each day to our exchangers to ensure safety of client funds.

Due to the nature of our relationships with our banking and processing partners we are privy to information that the public may not have, and we act accordingly on this information. Once again, we

Confidential Treatment Requested
FOIA Confidential Treatment Requested

IB_CFTC_00009516

must ensure the safety and security of all funds across our platform, and we will not jeopardize transactions just for speed purposes.

It is fully understood that tens of thousands of clients transact with us each day.  We are fully committed to continuing to process transactions as quickly as we can.  We are building out our infrastructure with our banking partners to add additional avenues to process funds safely and faster. This will greatly reduce or eliminate unnecessary delays that we have experienced in the past.

From a processing standpoint, if you are inquiring about an error or compliance violation, we have asked numerous times not to make multiple requests in a day or a week. This backs up our system and our processing department and only delays our research and final resolution.

We have begun to close accounts and return client money to those who violate these requests as well as those clients who threaten our business or our staff.

Most of these violations are coming from those who are part taking in the popular PAMM program. As a reminder, the platform has been open for over 6 years, many users may be new to the Traders Domain platform, but Traders Domain is not new to the FX brokerage space.

**Vision 2023**

Moving into 2023 we are going to implement proper rules for using our High-Risk PAMM section to ensure we have a fair and successful ability to keep up with the growth that continues with this section of our platform.

We have witnessed many clients receive between 5-10X their original investment which is an incredible accomplishment.  Let us remind you that your funds are at risk at any given time and there is no guarantee of any performance from any traders on the PAMM leaderboards.

Confidential Treatment Requested
FOIA Confidential Treatment Requested

Please note, the Master account traders in the PAMM section of the Traders Domain do not work for The Traders Domain, they utilize our platform to trade and by using an investment account to trade copy their master accounts you are agreeing to leverage their expertise.

 **Withdrawals in 2023 for the High-Risk PAMM**

All clients who use the High-Risk PAMM section will now be restricted in terms of withdrawal processing to **1 withdrawal per 45 business days and the withdrawal will be processed within this time frame.   The longest the withdrawal will take with this policy will be 45 business days.** We are doing this as a measure to clearly set expectations and to avoid causing complaints that our hard-working processing team and our processing/banking partners have taken over the last 6 months.  It is not sustainable in the current financial environment to continue to move funds in such a rapid pace.

We have had challenges in both the crypto exchange and banking space moving funds from our liquidity pool and we must implement these measures to protect our relationships.  It is far more important to our business to be able to move money safely and securely than with speed.

The Traders Domain is aware of the popularity of this High-Risk PAMM system, and we encourage you as the client to speak to your local bank and ask them if they have traders that can perform the same returns.  It is highly unlikely you will find returns on a consistent basis of this rate anywhere in the world that also has multiple withdrawal options and high-speed requests.

This may be a disappointment to a few as we see multiple instances of bills being paid with this service as well as many items being purchased.  Please be aware that your funds are at full risk at anytime during trading and you can lose 100% of your account.  Planning and relying on this service is not a safe way to manage your finances and we encourage you to leverage the funds when it hits your banking or crypto account.

Confidential Treatment Requested
FOIA Confidential Treatment Requested

IB_CFTC_00009518

With these restrictions in place, it will allow us to manage the distributions in a timely manner and ensure you the client, can properly prepare and know that your funds to be delivered on time

**This does not impact clients who trade their own funds.  It only impacts those who use the copy trade feature under the high-risk pamm section.**

As we continue to open new relationships with banking and processing, we will review the timelines and strive to bring them back to our 5-10 business day processing pace   We believe this new policy will alleviate a lot of stress for clients as well as ensure timelines are not missed.



### Upgrades to the Trading Environment and Back End

We are on pace to bring forward our new trading platform as well as back office.  It will launch in Q1 of 2023 and will provide a robust trading experience from a trade execution and back-office account management standpoint.

To keep up with the evolving technology in the FX markets we are moving to proprietary systems in trading to provide you the client the best trading experience.   This will reduce trade slippage and increase order execution as our platform will be integrated into our pricing aggregators with the same speed and book depth.

With more information at your fingertips, you will be able to make better decisions and improve your overall profitability with trading.

*Thank you for being a part of The Traders Domain platform and we wish you continued success in your trading.*

**Confidential Treatment Requested**
**FOIA Confidential Treatment Requested**

IB_CFTC_00009519



THE TRADERS DOMAIN

FAQ   SUPPORT   INSTAGRAM

Copyright © 2021 The Traders Domain. All rights reserved.
You are receiving this email because you opted in via our website.

Risk Warning: Trading Leveraged Products such as Forex may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice. Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser

Confidential Treatment Requested
FOIA Confidential Treatment Requested

IB_CFTC_00009520

Message

From: noreplynewsletter@thetradersdomain.com [noreplynewsletter@thetradersdomain.com]
on behalf of The Traders Domain <noreplynewsletter@thetradersdomain.com> [noreplynewsletter@thetradersdomain.com]
Sent: 10/5/2022 5:21:55 PM
To: ana@ Redacted
Subject: News and Tips



## THE TRADERS DOMAIN

Dear Client,

Continuing with our regular updates we would like to provide additional information on some frequent topics as well as new information regarding our processing.

### Leaderboard or "PAMM" accounts

Thank you to everyone who participates in the various leaderboard or "PAMM" accounts which are individual traders who place their trades out for the public to review and follow. Both people who look to follow traders and those who create accounts to follow really add a special dynamic to our platform.

Here are a few tips and pieces of information that seem to be overlooked:

**EXHIBIT**
**284**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

- FEES – All fees come out based on the schedule that you see when you confirm your subscription settings. You can review this anytime by going back onto the PAMM system and reviewing the dashboard heading. These fees are removed based on the fee schedule the master trader has created as well as anytime a withdrawal from your investor account is performed. Please note the full fee for the period of profitability is removed no matter what the withdrawal amount you choose.

As an example. If the fee schedule is a monthly fee schedule and you perform a withdrawal of your funds even $1 in the middle of the month, the full fee for all the profits up until that period is removed from your account. So, there will be instances that the fee is greater than your withdrawal amount. You will also see two 'balance' change actions. You do not pay this fee again at the end of the month. You will pay the fee for the profits generated after the $1 withdrawal up until the next withdrawal or fee period end. Whichever comes first.

There are also other fees that some traders charge which include - lot fees, balance fees, etc. PLEASE REVIEW ALL FEES BEFORE SUBSCRIBING.

- RISK MULTIPLIER – In your dashboard you can adjust your risk multiplier (the default is 1.00) which proportionally opens positions according to the size of position that the master account opens. This is not a lot size. This is a percentage.

Example – If you use the default multiplier of 1.00 that means if the master account opens a position of 1% of their total account size your account will open 1% of your account size. It does not mean you are opening 1.00 lot size on your account. You are free to decrease it to decrease your risk, but your gain will be proportional to the risk incurred. If you reduce it to .50 then your proportional position is now 50% less than the master account. If they risk 1% you are now risking a half percent.

Confidential Treatment Requested
FOIA Confidential Treatment Requested

Alternatively, if you increase the ratio to 1.25% your risk is now 1.25x vs 1.00x. Please be aware if you increase your multiplier there are instances where you can run out of margin faster than the master account trading.

## TRADERS DOMAIN FAQ

https://thetradersdomainfaq.kb.help/

You may use the search feature in the top of the FAQ page to search for detailed how-to's for items such as moving money to and from your 'payment account'. You can use the search feature easily by just putting a simple keyword like 'Payment' and will find articles such as:

https://thetradersdomainfaq.kb.help/how-to-access-and-use-your-payment-account/

You will find easy to follow instructions and video tutorials guiding you through this process as well as much more!



### Withdrawals and ACH Deposits

We continue to process withdrawals in a timely manner. We do understand we have some backlogs with some withdrawals, and we are working through them daily. Thank you once again for your patience with the matter. We do communicate regularly with any client that inquires on status of their withdrawals and continue to work with our processing partners to move funds to your stated request method. We appreciate all the support and value each one of our clients.

*SPECIAL NOTE WITH ACH DEPOSITS*

If you have processed an ACH request in the last 30 days, we request that you open a Savvy Wallet and make the deposit there. Our ACH processor is not

taking on any more requests for deposits, only for withdrawals.   You will have noticed if you did not have funds hit your account within the last 10 business days it is because of this reason.

 **SAVVY WALLET – WITHDRAWALS and DEPOSITS**

Savvy Wallet is our new payment processing partner who will be handling wire transfer and ACH requests.  Please create a new wallet on the site http://td.savvywallet.io from there once you deposit funds you can make the deposit announcement on the back off of our site to alert us of an incoming payment.  Once the payment is confirmed we will have your request approved on our site and the payment placed into either your USD, EUR, or GBP wallet.

 **Deposit Screen on TRADERS DOMAIN**

Confidential Treatment Requested
FOIA Confidential Treatment Requested



Withdrawal Screen on TRADERS DOMAIN

Confidential Treatment Requested
FOIA Confidential Treatment Requested



**Each time you make a deposit or withdrawal request you will have to put in the amount, WALLET ID, and EMAIL. With deposits please only make the requests once you have sent the funds so we are alerted that you have sent funds to our wallet.**

Savvy also allows for buying and selling of crypto if you wish to do so. Please note this new processing partner will allow us to expand our processing capabilities but it will not speed up right away as it will take time to get funds moved so we will slowly increase our processing and release an official timeline for all processing very shortly. It will be faster than our current 20 business day period.

You do not need a SAVVY Wallet if you are doing crypto deposits or withdrawals or credit/debit deposit and withdrawals. This is only for wire transfers or if you

Confidential Treatment Requested
FOIA Confidential Treatment Requested

wish to withdraw crypto and send it to your SAVVY Wallet and wire it your bank account.

IT IS IMPORTANT TO NOTE THAT SAVVY AND THE TRADERS DOMAIN ARE NOT RELATED IN ANY WAY AND THEY ARE AN INDEPENDENT PROCESSING PARTNER AND BANK. SAVVY DOES NOT HAVE ANY INFORMATION RELATING TO YOUR ACCOUNT BALANCES OR ACCOUNT INFORMATION AT TRADERS DOMAIN AND VICE VERSA. THIS IS A PROCESSING CHANNEL TO MOVE FUNDS AND YOU ARE NOT OBLIGATED TO USE THE SERVICE UNLESS YOU HAVE PROCESSED WIRES IN THE PAST. ALL WIRE TRANSFERS ARE BEING SENT TO SAVVY FOR PROCESSING AND YOU ARE IN CHARGE OF PLACING THE INFORMATION WITH SAVVY ONCE THE FUNDS REACH YOUR WALLET.
ALL SERVICE INFORMATION SHOULD BE DIRECTED TO SUPPORT@SAVVYWALLET.IO . THE STAFF AT TRADERS DOMAIN DO NOT HAVE ACCESS TO SAVVY OR INFORMATION RELATED TO HOW SAVVY OPERATES.


**IMPORTANT LINKS FOR SAVVY**

SAVVY has provided us the following information:

**SIGN UP LINK:**
td.savvywallet.io

**FAQ**
https://td.savvywallet.io/wp-content/uploads/2022/09/Savvy-FAQ.pdf

**DEPOSIT INSTRUCTIONS**
https://td.savvywallet.io/wp-content/uploads/2022/09/Savvy-Funding-Instructions.pdf

**FEES**
https://td.savvywallet.io/wp-content/uploads/2022/10/TD-Savvy-Fees-and-Features.pdf

Thank you once again for your continued support of our platform and we wish everyone a great Q4 of trading as the 2022 year wraps up.



**THE TRADERS DOMAIN**

⊙ FAQ    ✉ SUPPORT    ◎ INSTAGRAM

Copyright © 2022 The Traders Domain. All rights reserved.
You are receiving this email because you opted in via our website.

Risk Warning: Trading Leveraged Products such as Forex may not be suitable for all investors as they carry
a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives
and level of experience, before trading, and if necessary, seek independent advice.
Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser

**Message**

| | |
|---|---|
| **From:** | T. G. [T. G. Redacted.com] |
| **on behalf of** | T. G. [T. G. Redacted.com> [T. G. Redacted.com] |
| **Sent:** | 6/25/2021 10:59:58 AM |
| **To:** | payments@thetradersdomain.com |
| **Subject:** | Wire Instructions |

Hi Team, please send wire instructions asap so that I can fund my account with you.

Big Thanks.



**EXHIBIT**

**285**

TO THE DECLARATION OF MAURA M. VIDIMEYER
PURSUANT TO 28 U.S.C. § 1746

Confidential Treatment Requested
FOIA Confidential Treatment Requested

**Message**

| | |
|---|---|
| **From:** | Holton Buggs [holtonbuggs.com@Redacted] |
| **on behalf of** | Holton Buggs <holtonbuggs.com@Redacted> [holtonbuggs.com@Redacted] |
| **Sent:** | 8/1/2021 12:13:07 PM |
| **To:** | Holton Buggs [hh@ Redacted] |
| **Subject:** | GOLD ACCOUNTS HOLTON JULY.numbers |
| **Attachments:** | GOLD ACCOUNTS HOLTON JULY.numbers |

**EXHIBIT**

**286**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



| ACCOUNT # ID | PASSWORD | INVESTOR'S PASSWORD | EMAIL | OFAC | GATEKEEP |
|---|---|---|---|---|---|
| 1963 | Redacted | Redacted | Redacted @hotmail.com | Y | A. |
| 7616 | | | Redacted @gmail.com | Y | |
| 6374 | | | Redacted hotmail.com | Y | |
| 7922 | | | Redacted @gmail.com | Y | |
| 7039 | | | Redacted @protonmail.com | Y | |
| 4612 | | | Redacted i@gmail.com | Y | |
| 3760 | | | Redacted @gmail.com | Y | |
| 8235 | | | Redacted @icloud.com | Y | |
| 7976 | | | Redacted @gmail.com | Y | |
| 8097 | | | Redacted @gmail.com | Y | |
| 2565 | | | Redacted @gmail.com | Y | |
| 2634 | | | Redacted @gmail.com | Y | |
| 2417 | | | Redacted @gmail.com | Y | |
| 1928 | | | Redacted @hotmail.co.uk | Y | |
| 2727 | | | Redacted @hotmail.co.uk | Y | |
| 5430 | | | Redacted @hotmail.co.uk | Y | |
| 4317 | | | Redacted @icloud.com | Y | |
| 8239 | | | Redacted @gmail.com | Y | |
| 1407 | | | Redacted @orange.fr | Y | |
| 8256 | | | Redacted @orange.fr | Y | |
| 7681 | | | Redacted @gmail.com | Y | |
| 1046 | | | Redacted @hotmail.co.uk | Y | |
| 4332 | | | Redacted @gmail.com | Y | |
| 9822 | | | Redacted @gmail.com | Y | |
| 1323 | | | Redacted @gmail.com | Y | |
| 9035 | | | Redacted @orange.fr | Y | |
| 1834 | | | Redacted @ymail.com | Y | |
| 8737 | | | Redacted @gmail.com | Y | |
| 2332 | | | Redacted @gmail.com | Y | |
| 8290 | | | Redacted @hotmail.com | Y | |
| 2696 | | | Redacted @protonmail.com | Y | |
| 7084 | | | Redacted @gmail.com | Y | |
| 0784 | | | Redacted @gmail.com | Y | |
| 2269 | | | Redacted @bigpond.com | Y | |
| 3457 | | | Redacted @gmail.com | Y | |
| 7688 | | | Redacted @gmail.com | Y | |

EXHIBIT
287
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| FIRST NAME | LAST NAME | FUNDING TYPE | DATE JOIN | OTHER/ COMMENTS | |
|---|---|---|---|---|---|
| Redacted | Redacted | | 12th Dec | | |
| | | | 10th feb | | |
| | | | 4th Jan | | |
| | | | 11th Feb | | |
| | | | 4th JAN | | |
| | | | 7th Feb | | |
| | | | 10th Feb | | |
| | | | 10th Jan | | |
| | | | 1st Feb | | |
| | | | 1st Feb | Acc 3, just provided info, lower case "L" in password | |
| | | | | Account1 | |
| | | | | Account2 | |
| | | | 2nd April | Account 3 - NEW ACCOUNT | |
| | | | 9th Feb | | |
| | | | 11th Feb | | |
| | | | | lower case "L" in password | |
| | | | Jul-22 | ACCOUNT 2 - still on 50% | Opened long time ago b |
| | | | Aug-21 | Account 2 | |
| | | | 23rd Jan | lower case "L" in the password | |
| | | | 4th Jan | | |
| | | | 14th Dec | | |
| | | | 27th Jan | | |
| | | | 11th Feb | | |
| | | | 7th June | Account 2 | |
| | | | 11th Feb | | |
| | | | 1st Feb | | |
| | | | 23rd Nov | Started in Nov, just found out now | |
| | | | 11th Feb | | |
| | | | 29th Jan | | |
| | | | 16th Dec | | |
| | | | 10th Jan | | |

| | | | | | |
|---|---|---|---|---|---|
| Redacted 7395 | Redacted | Redacted | Redacted @yahoo.com | Y | Avi |
| 3325 | | | | | Avi |
| 5584 | | | | Y | Avi |
| 1456 | | | Redacted @msn.com | Y | Avi |
| 2116 | | | Redacted @msn.com | Y | Avi |
| 4059 | | | Redacted @Redactedit | Y | Avi |
| 2122 | | | Redacted @yahoo.ro | Y | Avi |
| 8460 | | | Redacted @gmail.com | Y | Avi |
| 9129 | | | Redacted @yahoo.com | Y | Avi |
| 0975 | | | Redacted @gmail.com | Y | Avi |
| 6987 | | | | N | Avi |
| 8189 | | | Redacted @yahoo.fr | Y | Avi |
| 1131 | | | Redacted @gmail.com | Y | Avi |
| 0261 | | | Redacted @gmail.com | Y | Avi |
| 3077 | | | Redacted @hotmail.com | Y | Avi |
| 8160 | | | Redacted @gmail.com | Y | Avi |
| 9762 | | | Redacted @gmail.com | Y | Avi |
| 8457 | | | Redacted @gmail.com | Y | Avi |
| 4717 | | | Redacted @gmail.com | Y | Avi |
| 2688 | | | Redacted @gmail.com | Y | Avi |
| 2364 | | | Redacted @gmail.com | Y | Avi |
| 9875 | | | Redacted @protonmail.com | Y | Avi |
| 9051 | | | Redacted @protonmail.com | Y | Avi |
| 9053 | | | Redacted @protonmail.com | Y | Avi |
| 0300 | | | Redacted @protonmail.com | Y | Avi |
| 2973 | | | Redacted @protonmail.com | Y | Avi |

| | | | |
|---|---|---|---|
| Redacted | Redacted | 10th Feb | |
| | | 14th August | Emerald, approved by Mr Buggs, $30K |
| | | 2nd Feb | |
| | | Account 2 | |
| | | 12th Feb | Started in Feb, we only found out now |
| | | 11th Feb | lower case "L" in password |
| | | 1st Dec | |
| | | 5th JAN | Started in Jan, just got details |
| | | 11th Feb | |
| | | 19th JAN | |
| | | 11th Feb | |
| | | 21st April | New account |
| | | 11th Feb | upper case "i" in password |
| | | Jul-22 | ACCOUNT 2 | still on 85% |
| | | 30th Jan | upper case "i" in password |
| | | 3rd Dec | |
| | | | Account 2 |
| | | | Account 3 |
| | | 3rd Feb | Account 5 |
| | | 2nd Feb | Account 4 |

---

**Message**

| | |
|---|---|
| **From:** | Ana Juricev [ana@ ~~Redacted~~ ] |
| **on behalf of** | Ana Juricev <ana@ ~~Redacted~~ ]ana@ ~~Redacted~~ > |
| **Sent:** | 2/23/2022 11:32:40 AM |
| **To:** | HOLTON BUGGS [hb@ ~~Redacted~~ ] |
| **Subject:** | Fwd: Account ~~7514~~ ~~Redacted~~ |

Ana Juricev
Operations Manager/ EA to Mr Holton Buggs
C: +1 ~~Redacted~~

www.umustsee.net/IDR2

Sent from my iPhone

Begin forwarded message:

> **From:** M. & S. C. < ~~Redacted~~ @gmail.com>
> **Date:** February 23, 2022 at 11:25:56 CST
> **To:** ana@ ~~Redacted~~
> **Subject: Fwd: Account** ~~7514~~

>> ~~S. C.~~
>> "The Joy of the Lord is my strength."
>> Nehemiah 8:10

>> Begin forwarded message:

>>> **From:** support@thetradersdomain.com
>>> **Date:** February 23, 2022 at 10:17:37 AM EST
>>> **To:** M. & S. C. < ~~Redacted~~ @gmail.com>
>>> **Subject: RE: Account** ~~7514~~

>>> Hi,

>>> The information is correct based on your affiliate.

>>> The Traders Domain Support Team

>>> -----Original Message-----
>>> **From:** M. & S. C. < ~~Redacted~~ @gmail.com>
>>> **Sent:** Wednesday, February 23, 2022 10:16 AM
>>> **To:** support@thetradersdomain.com
>>> **Subject:** Re: Account ~~7514~~

>>> Have you been able to look at the account yet? I don't see an adjustment yet.

**EXHIBIT**
**288**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Confidential Treatment Requested
FOIA Confidential Treatment Requested

S. C.

On Feb 18, 2022, at 7:37 PM, support@thetradersdomain.com wrote:

Hi,

We are reviewing the adjustments and will make necessary changes.

The Traders Domain Support Team


-----Original Message-----
From: S. C.    < Redacted @gmail.com>
Sent: Friday, February 18, 2022 4:55 PM
To: Support <support@thetradersdomain.com>
Subject: Re: Account 7514

OK. thank you.

Can you please let me know when the commission will be adjusted?

On Feb 18, 2022, at 3:59 PM,
<support@thetradersdomain.com>
<support@thetradersdomain.com> wrote:

Hi,

We have made the exchange for you. Please for automatic conversion always deposit the funds to the usd wallet.

The Traders Domain Support Team


-----Original Message-----

From: ███ M. & S. C. ███
< ███ Redacted ███ @gmail.com>

Sent: Friday, February 18, 2022 3:42 PM

To: Support <support@thetradersdomain.com>

Subject: Account ███7514

I have some BTC in a wallet there. Can you convert
it so I can add it to the trading account?

Also, the commission on this account is supposed to
be 40%. But it appears that 50% was taken out for
December and January. Can you please audit this
and make the correction?

███ S. C. ███

"The Joy of the Lord is my strength."

Nehemiah 8:10

Confidential Treatment Requested
FOIA Confidential Treatment Requested

**Message**



| From: | C. H.   Redacted @Redacted |
| on behalf of | C. H.   Redacted @Redacted   Redacted gRedacted |
| Sent: | 3/15/2022 5:55:31 PM |
| To: | support@thetradersdomain.com |
| CC: | Ana Juricev [ana@Redacted] |
| Subject: | Fwd: Holton's Team |

3.15.22

I had hoped that I would have heard from someone today but once again NOTHING.
I would appreciate some help.

Thanks,



---------- Forwarded message ---------
From    C. H.    < Redacted  @Redacted>
Date: Sun, Mar 13, 2022 at 7:10 AM
Subject: *Holton's Team*
To: <support@thetradersdomain.com>
Cc: Holton Buggs <holtonbuggs.com@Redacted>


ACCOUNT   4320

**FOURTH REQUEST FOR ADJUSTMENT**
I was charged 50% commission instead of 40% per my agreement with Holton.

**JANUARY PROFIT - $21,193.66**
*DEBITED - $10,596.83 - 50%*
**I should have only been debited $8,477.46 a difference of $2,119.37**

**FEBRUARY PROFIT - $34,604.63**
*DEBITED - $17,302.32 - 50%*
**I should have only been debited $13,841.85 a difference of $3,460.15**

Please issue a credit and adjust the account accordingly.

Thanks,



**EXHIBIT**
289
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Confidential Treatment Requested
FOIA Confidential Treatment Requested



| # | ACCOUNT NUMBER | CLIENT | BROKER | IDs | BEGINNING BALANCE | % GAINS Monthly |
|---|---|---|---|---|---|---|
| | | **October 2021** | | | | |
| 1 | 112 / Redacted | Redacted | HB | 6 | $ 10,000.00 | 0.00% |
| 2 | 272 Redacted | | HB | 51 | $ 17,855.52 | 140.37% |
| 3 | 742 Redacted | | HB | 71 | $ 70,164.90 | 98.54% |
| 4 | 327 / Redacted | | HB | 53 | $ 1,513.95 | 140.14% |
| 5 | 733 / Redacted | | HB | | $ 35,000.00 | 38.80% |
| 6 | 665 / Redacted | | HB | 14 | $ 80,243.50 | 142.60% |
| 7 | 088 / Redacted | | HB | 30 | $ 254,986.34 | 138.70% |
| 8 | 673 Redacted | | HB | 21 | $ 16,306.75 | 110.64% |
| 9 | 457 / Redacted | | HB | 23 | $ 5,776.00 | 0.00% |
| 10 | 629 / Redacted | | HB | 23 | $ 47,941.42 | 138.81% |
| 11 | 727 / Redacted | | HB | 24 | $ 51,745.35 | 119.62% |
| 12 | 012 / Redacted | | HB | 48 | $ 46,979.25 | 141.46% |
| 13 | 823 / Redacted | | HB | | $ 10,000.00 | 22.49% |
| 14 | 820 / Redacted | | HB | 15 | $ 10,000.00 | 18.21% |
| 15 | 877 / Redacted | | HB | | $ 2,000.00 | 30.18% |
| 16 | 188 / Redacted | | HB | | $ 5,581.49 | 228.25% |
| 17 | 092 / Redacted | | HB | 59 | $ 22,942.70 | 22.42% |
| 18 | 048 / Redacted | | HB | 37 | $ 250,454.75 | 107.64% |
| 19 | 421 / Redacted | | HB | 12 | $ 49,032.69 | 131.42% |
| 20 | 079 Redacted | | HB | 42 | $ 302,643.35 | 129.13% |

EXHIBIT
290
TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

Table 1

| PROFITS | TOTAL BALANCE | BROKER FEE | NET PROFIT AFTER BROKER FEES | 15% | 60% CLIENT PROFIT | 40% Total Commissions |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| $ - | $ 10,000.00 | $ - | $ - | | $ - | $ - |
| $ 25,063.38 | $ 42,918.90 | $ 1,930.36 | $ 23,133.02 | | $ 13,879.81 | $ 9,253.21 |
| $ 69,142.27 | $ 139,307.17 | $ 5,599.13 | $ 63,543.14 | | $ 38,125.88 | $ 25,417.26 |
| $ 2,121.65 | $ 3,635.60 | $ 174.61 | $ 1,947.04 | | $ 1,168.22 | $ 778.82 |
| $ 13,578.41 | $ 48,578.41 | $ 1,043.75 | $ 12,534.66 | | $ 7,520.80 | $ 5,013.86 |
| $ 114,429.51 | $ 194,673.01 | $ 8,770.01 | $ 105,659.50 | | $ 63,395.70 | $ 42,263.80 |
| $ 353,678.28 | $ 608,664.62 | $ 27,510.35 | $ 326,167.93 | | $ 195,700.76 | $ 130,467.17 |
| $ 18,041.69 | $ 34,348.44 | $ 1,652.73 | $ 16,388.96 | | $ 9,833.38 | $ 6,555.58 |
| $ - | $ 5,776.00 | $ - | $ - | | $ - | $ - |
| $ 66,545.79 | $ 114,487.21 | $ 5,107.88 | $ 61,437.91 | | $ 36,862.75 | $ 24,575.16 |
| $ 61,896.37 | $ 113,641.72 | $ 4,843.47 | $ 57,052.90 | | $ 34,231.74 | $ 22,821.16 |
| $ 66,456.98 | $ 113,436.23 | $ 5,117.67 | $ 61,339.31 | | $ 36,803.59 | $ 24,535.72 |
| $ 2,248.69 | $ 12,248.69 | $ 49.16 | $ 2,199.53 | | $ 1,319.72 | $ 879.81 |
| $ 1,820.71 | $ 11,820.71 | $ 42.82 | $ 1,777.89 | | $ 1,066.73 | $ 711.16 |
| $ 603.68 | $ 2,603.68 | $ 26.41 | $ 577.27 | | $ 346.36 | $ 230.91 |
| $ 12,739.89 | $ 18,321.38 | $ 934.35 | $ 11,805.54 | | $ 7,083.32 | $ 4,722.22 |
| $ 5,144.25 | $ 28,086.95 | $ 112.47 | $ 5,031.78 | | $ 3,019.07 | $ 2,012.71 |
| $ 269,591.18 | $ 520,045.93 | $ 20,650.04 | $ 248,941.14 | | $ 149,364.68 | $ 99,576.46 |
| $ 64,439.93 | $ 113,472.62 | $ 5,141.79 | $ 59,298.14 | | $ 35,578.88 | $ 23,719.26 |
| $ 390,805.41 | $ 693,448.76 | $ 30,872.65 | $ 359,932.76 | | $ 215,959.66 | $ 143,973.10 |

| MASTER TRADER FEE 5% | AFFILIATE 35% | FINAL BALANCE | CAPITAL | WITHDREW | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| $ - | $ - | $ 10,000.00 | $ 10,000.00 | $ - | $ - |
| $ 462.66 | $ 8,287.35 | $ 33,665.69 | $ 9,997.11 | $ - | $ 550.15 |
| $ 1,270.86 | $ 21,910.63 | $ 113,889.91 | $ 54,521.72 | $ 9,585.00 | $ 1,595.75 |
| $ 38.94 | $ 664.40 | $ 2,856.78 | $ 20,368.69 | $ 26,000.00 | $ 49.76 |
| $ 250.69 | $ 4,763.17 | $ 43,564.55 | $ 35,000.00 | $ - | $ 297.47 |
| $ 2,113.19 | $ 37,007.90 | $ 152,409.21 | $ 50,000.00 | $ 31,000.00 | $ 2,499.45 |
| $ 6,523.36 | $ 116,795.34 | $ 478,197.45 | $ 100,000.00 | $ - | $ 7,840.45 |
| $ 327.78 | $ 5,767.80 | $ 27,792.86 | $ 10,000.00 | $ 20,000.00 | $ 471.03 |
| $ - | $ - | $ 5,776.00 | $ 5,776.00 | $ - | $ - |
| $ 1,228.76 | $ 22,982.27 | $ 89,912.05 | $ 43,905.90 | $ - | $ 1,455.75 |
| $ 1,141.06 | $ 20,131.35 | $ 90,820.56 | $ 35,627.55 | $ 14,000.00 | $ 1,380.39 |
| $ 1,226.79 | $ 22,275.96 | $ 88,900.51 | $ 29,865.35 | $ - | $ 1,458.54 |
| $ 43.99 | $ 835.82 | $ 11,368.88 | $ 10,000.00 | $ - | $ 14.01 |
| $ 35.56 | $ 675.60 | $ 11,109.55 | $ 10,000.00 | $ - | $ 12.20 |
| $ 11.55 | $ 219.36 | $ 2,372.77 | $ 2,000.00 | | $ 7.53 |
| $ 236.11 | $ 4,435.54 | $ 13,599.16 | $ 10,000.00 | $ - | $ 266.29 |
| $ 100.64 | $ 1,912.08 | $ 26,074.24 | $ 22,942.70 | $ - | $ 32.05 |
| $ 4,978.82 | $ 89,173.41 | $ 420,469.47 | $ 100,000.00 | $ - | $ 5,885.26 |
| $ 1,185.96 | $ 21,188.96 | $ 89,753.36 | $ 30,000.00 | $ - | $ 1,465.41 |
| $ 7,198.66 | $ 136,774.45 | $ 549,475.66 | $ 150,000.00 | $ - | $ 8,798.71 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | Redacted 043 / Redacted | Redacted | | HB | Redacted 07 | $ | 23,900.62 | 121.49% |
| 22 | Redacted 35 / Redacted | | | HB | 44 | $ | 50,000.00 | 31.99% |
| 23 | Redacted 26 / Redacted | | | HB | 51 | $ | 10,138.92 | 22.14% |
| | **TOTAL** | | | | | | | |
| | | | | | | | | |
| | | DEACTIVATED | | | | | | |
| | Redacted 818 / Redacted | Redacted | | HB | 17 | $ | 14,625.00 | |
| | Redacted 456 Redacted | | | HB | 20 | $ | 17,525.62 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 29,037.98 | $ 52,938.60 | $ 2,186.66 | $ 26,851.32 | | $ 16,110.79 | $ 10,740.53 |
| $ 15,994.14 | $ 65,994.14 | $ 587.64 | $ 15,406.50 | | $ 9,243.90 | $ 6,162.60 |
| $ 2,244.44 | $ 12,383.36 | $ 46.08 | $ 2,198.36 | | $ 1,319.02 | $ 879.34 |
| | | | $ 1,463,224.60 | | 877934.76 | 585289.84 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| $ 537.03 | $ 10,188.03 | $ 42,198.07 | $ 23,719.08 | $ - | $ 623.20 |
| $ 308.13 | $ 5,854.47 | $ 59,831.54 | $ 50,000.00 | $ - | $ 167.48 |
| $ 43.97 | $ 835.38 | $ 11,504.02 | $ 10,138.92 | $ - | $ 13.13 |
| 29264.492 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| From: | Ana Juricev on behalf of Ana Juricev <ana@ Redacted |
| To: | Redacted@gmail.com |
| Subject: | Traders Domain - guidelines |
| Date: | Friday, February 4, 2022 7:15:52 PM |
| Attachments: | iPHONE SETUP – MetaTrader 5.pdf |
| | HOW TO - Become TD Client & Subscibe to Trade Copying Service.pdf |

Hi Sir,

Thank you for your patience while waiting for the attached material.
Kind regards,


Ana Juricev
Operations Manager/ EA to Mr Holton Buggs
C: +1 Redacted

EXHIBIT

291

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| From: | T. G. ▮ on behalf of ▮ T. G. ▮ <T.G.@ ▮ Redacted ▮ > |
|---|---|
| To: | R. J. ▮ |
| Subject: | Instructions - Aggressive |
| Date: | Saturday, January 15, 2022 2:30:37 PM |

Here are the instructions:

**_*AGGRESSIVE FUND INSTRUCTIONS*_**

**_STEP 1:  SETUP YOUR ACCOUNT WITH TRADERS DOMAIN_**

- USE THIS LINK:  https://my.thetradersdomain.com/register?referral=1015

- ACCOUNT SETUP VIDEO:  https://youtu.be/LErZvwHJ1ek

- Country = Crypto (SELECT THIS AS YOUR COUNTRY)

**_STEP 2:  YOUR MT5 ACCOUNT_**

- Once you have set up Traders Domain account, it will assign you an MT5 Account.

- IMPORTANT: Take a screenshot or picture of the account # and assigned password and send it to me.

**_STEP 3:  FUND YOUR ACCOUNT_**

Account Funding Options:
- Wire:  $5K minimum
- ACH:  $5K minimum
- Crypto Transfer ( (BTC, ETH, LTC, USDT): $5K minimum

WIRE INSTRUCTIONS:
DOMESTIC INSTRUCTIONS
Incoming Domestic Wire Instructions
Beneficiary Bank: The First, A National Banking Association
6480 US Hwy 98 West
PO Box 15549
Hattiesburg, MS 39404-5549
ABA/Routing No: 065303360
Beneficiary Account Number: ▮Redacted▮3504
Beneficiary Account Name: SACAP Holdings Inc
Beneficiary Account Address: 8 The Green STE A. Dover, DE 19901

Leave wire notes blank or put "services".   if there is anything other than "Services"
notes, it will be rejected.

**EXHIBIT**

**292**

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746

ACH BANK TRANSFER INSTRUCTIONS

- Log into Traders Domain
- Under "Quick Links" click "Deposit"
- Change Currency to USD
- Keep "Fiat" Clicked
- Click "Bank Transfer"
- Fill in the info requested
- Click Proceed

You will receive an email confirming your submission.

Watch for another email requesting proof of ownership of your bank account and proof of available funds.  Reply asap to this requests with screenshots.

You should receive another email saying that all is in order and that the ACH request is being initiated.

From this point it takes 3-5 days for your funds.


CRYPTO DEPOSIT INSTRUCTIONS:

- Log into Traders Domain
- Under "Quick Links" click "Deposit"
- Change Currency to USD
- Click Fiat - Crypto
- Choose the Crypto you would like to work with
- Fill in the amount of that crypto that you will be transferring .... Note the USD amount will change to show you the amount in dollars.
- Click Proceed
- The next page will give you the wallet address to send the crypto to
- Copy the wallet address
- In your app where you have the crypto, go thru the withdrawal process and paste the wallet address from Traders Domain as the destination
- Once the crypto goes thru its confirmations, you will see it on your Traders Domain Dashboard

## HOW TO – Become TD Client & Subscribe to Trade Copying Service

It is easy to become Traders Domain client and quickly start benefitting from the subscription of the trade copying service. The process can be broken down in 4 simple steps:

STEP 1 – Create Traders Domain profile
STEP 2 – Create your investment account
STEP 3 – Set up subscription to Master account
STEP 4 – Fund the investment account

### STEP 1 – Create Traders Domain profile

Key in **TheTradersDomain.com** in your browser. The following page will open:



Select **Get Started** action button in the top right corner (as pictured above).



*Please know that there are no Guarantees of future results & that trading can result in the loss of 100% of your capital*

On the following page (as pictured below), key in the required information. Take in consideration the following:

**Email –** this email will be your login to the TD profile. It is also email address where your trading reports will be coming daily. With this in mind, if you are opening account to surprise someone – don't use email that they have access to. In the same vain, don't use email where unwanted eyes can access your sensitive financial data. This email will also be used to send your activation code to as well as login details for TD profile and investment accounts.

**Country –** Pick your country from the list. US Citizens should choose option CRYPTO as country (instead of the USA that is not listed).

**Password –** choose one of your liking, alpha-numeric with lower and upper-case characters. Use little eye on the far right to ensure you typed it up correctly.

Upon confirming acceptance of T&Cs proceed with active button **Continue**.



Upon submission the system will email you the **activation code** to the email address you specified in the previous step. Check your email for that code and key it in the popped-up window.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

Once the activation code has been successfully inserted on the screen, the system will prompt you log in with the verified credentials (your email as login and password), as pictured below.



Upon first entry to the profile, you will have seven pop-up windows informing you of the applicable terms, fees and alike. Upon selecting **Close** on each, the following will pop up till the final seventh (as pictured below).



This concludes the STEP 1 - Creation of the Traders Domain profile.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

## STEP 2 – Create your Investment Account

Once the Traders Domain profile has been created, an Investment Account needs to be created, funded and subscribed to trade mirroring. Follow these simple steps to create your Investment Account.

From your Dashboard, on your left-hand side navigator, choose the option **PAMM**.



...with next desired selection – **MetaTrader 5 High Risk PAMM** (as visible below).



*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

On the following screen you will have an option to create the account by selecting the blue action button **Open Investment Account**, as outlined below.



On the following screen the system with outline the key setup of your investment account.

The original setup can be kept as is. However, you may set up your own **Password**. To do so, just delete the predefined option (circled on the image below) and set what you wish the password to be. Many investors match their Investment Account password with their Traders Domain profile password, for convenience.

If you are setting your password, do use **Show/Hide** action on the right to ensure you have typed it correctly.

Select the **check button** at the bottom in acceptance of the Terms & Conditions.

Finalize the process by selecting the blue button **Open Account**, as outlined on the next image.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*



The process will be finalized with the screen containing your key information of the newly created Investment account.

**IMPORTANT** – <u>**Take a screen shot of that page and save it**</u> in favorites on your phone, and on your computer. This is critical information you will need to use when accessing your investment account, funding your account, setting up your access on MT5 app etc. It is equivalent as login details to your online banking.



*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

## STEP 3 – Set up Subscription to Master Account & Trade Copying Service

Once the Investment account has been successfully created, the account can be funded and investment subscribed to trading copy services, to generate generous returns. The order of doing the remaining two steps - funding & subscription – doesn't matter. For convenience it may be the easiest to set the subscription.

On the bottom of the screen offering the key information for the Investment Account (previous image), select the blue button that will lead you to the following page:



Leaderboard section will now show your newly created Investment account. In time, should you wish to have multiple accounts, they will all be visible here if created through same Traders Domain profile (which is advisable for variety of reasons).

To proceed with Subscription setup, select the blue button **Invest** as shown on the image above.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

On the next screen you will have a brief outline of the terms you will be bound by subscribing.

**Tick the check button** in acknowledgment and proceed with confirming your selection by selecting the blue button at the bottom – **Subscribe to Master Account**.



This concludes the process of setting up the subscription.

The remaining Step to make is to fund the investment account.

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

## STEP 4 – Fund the investment account

Account can be funded in multiple ways. For example:
- by wire transfer
- by ACH transfer
- by Crypto transfer
- by Credit Card

Each method has its pros and cons. The quickest way to fund your account is by clicking the button that says FIAT – CRYPTO. Then you can choose **Crypto** that you want to use to fund your account.  BITCOIN is the fastest.

If you want to use MONEY, the fastest and most flexible method is by **wire transfer** which is the one most of us are well versed in. In essence, use the following details to submit the same day wire transfer.

**Domestic (US) Wire Instructions**
Beneficiary Bank:          The First, A National Banking Association
Bank address:              6480 US Hwy 98 West, PO Box 15549,
                           Hattiesburg, MS 39404-5549
ABA/Routing No:            065303360
Beneficiary Acc. Number:   Redacted 3504
Beneficiary Acc. Name:     SACAP Holdings Inc
Beneficiary Acc. Address:  8 The Green STE A, Dover, DE 19901
Reference/ Notes:          business services (*nothing else, please*) (IMPORTANT)
-------

**International Wire Instructions**
Receiving Bank:            JP Morgan Chase
Receiving Bank's Address:  600 Travis Street, Houston TX 77002
Receiving Bank Swift Code: CHASUS33

Beneficiary Acc. Number:   Redacted 2865
Ultimate Beneficiary:      SACAP Holdings Inc
Beneficiary Acc. Address:  8 The Green STE A, Dover, DE 19901
Reference/ Notes:          The First, Banking Association Acc. Redacted 3504 (IMPORTANT)

Once the payment has been submitted, send your payment confirmation with your account details to the person that provided you with these instructions, and the one who will assist you to fast-track your Investment Account to be credited with the wired amount.

--------------
For more info watch this video: https://youtu.be/LErZvwHJ1ek

*Please know that there are no Guarantees of future results  & that trading can result in the loss of 100% of your capital*

## 📌 FUNDING TD ACCOUNT – BANK DETAILS

### DOMESTIC (US) Wire Instructions

#### All funds under $100K amount

| | |
|---|---|
| Beneficiary Bank. | Allegiance Bank |
| Bank address: | 8727 W Sam Houston Pkwy N |
| | Houston, TX 77040 |
| ABA/Routing No: | 113025723 |
| Beneficiary Acc. Number: | Redacted 4669 |
| Account currency: | USD (only!) |
| | |
| Beneficiary Acc. Name: | SECAP Holdings LLC |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| Reference/ Notes: | business services (*nothing else, please*) (IMPORTANT) |

#### All funds of $100K amount & over  ($500K+ require advance notice)

| | |
|---|---|
| Beneficiary Bank: | Veritex Community Bank |
| Bank address: | 8214 Westchester Drive, Suite 100, |
| | Dallas, TX 75225 |
| ABA/Routing No: | 113024164 |
| Beneficiary Acc. Number: | Redacted 3848 |
| Account currency: | USD (only!) |
| | |
| Beneficiary Acc. Name: | SECAP Holdings LLC |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| Reference/ Notes: | business services (*nothing else, please*) (IMPORTANT) |

------------

### INTERNATIONAL Wire Instructions

INTERNATIONAL WIRES ARE NOT ACCEPTED AT THIS MOMENT. SOON TO FOLLOW.

------------

**IMPORTANT:** Once the WIRE has been submitted, send your payment confirmation with your account details to the person that provided you with these instructions, and the one who will assist you to fast-track your Investment Account to be credited with the wired amount.

EXHIBIT

294

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

## 📌 HOW TO - FUND TD ACCOUNT – BANK DETAILS

### DOMESTIC (US) Wire Instructions

#### *Amounts of $50K and over ONLY*

| | |
|---|---|
| Beneficiary Bank: | **Veritex Community Bank** (formerly known as Green Bank) |
| Bank address: | 8214 Westchester Drive, Suite 100 |
| | Dallas, TX 75225 |
| | |
| ABA/Routing No: | **113 024 164** |
| Beneficiary Acc. Number: | Redacted**3848** |
| Account currency: | USD |
| | |
| Beneficiary Acc. Name: | **SECAP Holdings LLC** |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| | |
| Reference/ Notes: | **business services** (ONLY!) |
| | (Should the reference include anything else, the wire will be returned & the related account closed. No exceptions!) |

----------

*ALL WIRES OF THE $250K AMOUNT AND HIGHER NEED TO BE ANNOUNCED AND PRE-APPROVED PRIOR TO SUBMITTING.*

The following info needs to be provided for consideration:
- TD account number (to ultimately be credited)
- TD account name (registered name)
- Bank name (the wire is remitted from)
- Account name (the funds are remitted from)
- Amount being wired (USD only)
- planned date of wire

----------

### INTERNATIONAL Wire Instructions
*INTERNATIONAL WIRES ARE NOT ACCEPTED AT THIS MOMENT. SOON TO FOLLOW.*

----------

**IMPORTANT:** Once the WIRE has been submitted, send your payment confirmation with your account details to the person that provided you with these instructions, and the one who will assist you to fast-track your account to be credited with the wired amount.

**EXHIBIT**
295
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746

## 📌 HOW TO - FUND TD ACCOUNT – BANK DETAILS

### DOMESTIC (US) Wire Instructions

### *Amounts of $50K and over ONLY*

| | |
|---|---|
| Beneficiary Bank: | **Wallis Bank** |
| Bank address: | 2929 W Sam Houston Pkwy N |
| | Houston, Texas 77043 |
| | |
| ABA/Routing No: | **113 113 392** |
| Beneficiary Acc. Number: | Redacted7914 |
| Account currency: | USD |
| | |
| Beneficiary Acc. Name: | **SECAP Holdings LLC** |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| | |
| Reference/ Notes: | **services** (ONLY!) |
| | (Should the reference include anything else, the wire will be returned & the related account closed. No exceptions!) |

------------

*ALL WIRES OF THE $100K AND HIGHER NEED TO BE ANNOUNCED AND PRE-APPROVED PRIOR TO SUBMITTING.*

The following info needs to be provided for consideration:
- TD account number (to ultimately be credited)
- TD account name (registered name)
- Bank name (the wire is remitted from)
- Account name (the funds are remitted from)
- Amount being wired (USD only)
- planned date of wire

------------

### INTERNATIONAL Wire Instructions

*INTERNATIONAL WIRES ARE NOT ACCEPTED AT THIS MOMENT.*

------------

**EXHIBIT**

**296**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**IMPORTANT:** Once the WIRE has been submitted, send your payment confirmation with your account details to the person that provided you with these instructions, and the one who will assist you to fast-track your account to be credited with the wired amount. Please **DO NOT** create an expectation with investors that the credit will be applied the same day.

## \* HOW TO - FUND TD ACCOUNT – BANK DETAILS

**THIS DOCUMENT IS OF CONFIDENTIAL NATURE AND IN ITS CURRENT FORM <u>SHOULD NOT BE SHARED WITH ANYONE</u> – YOUR BANK INCLUDED – AS IT CONTAINS INSTRUCTIONS THAT PROTECT YOUR INTERESTS THAT OTHERS SHOULD NOT BE AWARE OF.**

### DOMESTIC (USA only!) Wire Instructions

#### *Amounts of $50K and over ONLY*

| | |
|---|---|
| Beneficiary Bank: | **Cadence Bank** |
| Bank address: | 3399 Peachtree Road NE |
| | Atlanta, GA 30326 |
| ABA/Routing No: | **062 206 295** |
| Beneficiary Acc. Number: | Redacted**3 830** |
| Account currency: | USD |
| | |
| Beneficiary Acc. Name: | **SECAP Holdings LLC** |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| | |
| Reference/ Notes: | **services** (ONLY!) |
| | (Should the reference include anything else, the wire will |
| | be returned & the related account closed. No exceptions!) |

------------

*ALL WIRES OF THE $250K AND HIGHER NEED TO BE ANNOUNCED AND PRE-APPROVED <u>PRIOR TO SUBMITTING.</u>*

The following info needs to be provided for consideration:
- Bank name (the wire is remitted from)
- Account name (the funds are remitted from)
- Amount being wired (USD only)
- planned date of wire
- TD account number (to ultimately be credited)
- TD account name (registered name)

> **EXHIBIT**
> **297**
> TO THE DECLARATION OF MAURA M. VIDHMEYER
> PURSUANT TO 28 U.S.C. § 1746

*INTERNATIONAL WIRES ARE NOT ACCEPTED AT THIS MOMENT.*

**IMPORTANT:** Once the WIRE has been submitted, send <u>your payment confirmation with your account details</u> to the person that provided you with these instructions, and the one who will assist you to fast-track your account to be credited with the wired amount. Please **DO NOT** expect that the credit will be applied the same day.

## ✈ FUNDING TD ACCOUNT – BANK DETAILS

### DOMESTIC (US) Wire Instructions

**All funds under $100K amount**

| | |
|---|---|
| Beneficiary Bank: | Allegiance Bank |
| Bank address: | 8727 W Sam Houston Pkwy N |
| | Houston, TX 77040 |
| ABA/Routing No: | 113025723 |
| Beneficiary Acc. Number: | Redacted4669 |
| Account currency: | USD |
| Beneficiary Acc. Name: | SECAP Holdings LLC |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| Reference/ Notes: | **business services** (ONLY!) |
| | (Should the reference include anything else, the wire will |
| | be returned & the related account closed. No exceptions!) |

**All funds of $100K amount & over**         ($250K+ wires require advance notice)

| | |
|---|---|
| Beneficiary Bank: | Veritex Community Bank |
| Bank address: | 8214 Westchester Drive, Suite 100, |
| | Dallas, TX 75225 |
| ABA/Routing No: | 113024164 |
| Beneficiary Acc. Number: | Redacted3848 |
| Account currency: | USD |
| Beneficiary Acc. Name: | SECAP Holdings LLC |
| Beneficiary Acc. Address: | 23638 Providence Ridge Trail |
| | Katy, TX 77493 |
| Reference/ Notes: | **business services** (ONLY!) |
| | (Should the reference include anything else, the wire will |
| | be returned & the related account closed. No exceptions!) |

> **EXHIBIT**
> **298**
> TO THE DECLARATION OF MAURA M. VIEHMEYER
> PURSUANT TO 28 U.S.C. § 1746

------------

### INTERNATIONAL Wire Instructions

INTERNATIONAL WIRES ARE NOT ACCEPTED AT THIS MOMENT. SOON TO FOLLOW.

------------

**IMPORTANT:** Once the WIRE has been submitted, send <u>your payment confirmation with your account details</u> to the person that provided you with these instructions, and the one who will assist you to fast-track your account to be credited with the wired amount.

# INVESTORS SHEET - KEY DATA
### Information as of xx/xx/2022



| ACCOUNT # | ID | PASSWORD | INVESTOR'S PASSWORD | EMAIL | OFAC tested | GATEKEEPER |
|---|---|---|---|---|---|---|
| 34234234 | 12345 | JDKjs83429fsd | askf23fjkaldfkj | JaneDoe@domain.com | X | (YOUR NAME |
| Redacted370 | Redacted191 | | Redacted | Redacted@gmail.com | Pass | T. B. |
| 124 | 188 | | | Redacted @gmail.com | | |
| 351 | 053 | | | Redacted @gmail.co | Pass | |
| 431 | 541 | | | Redacted@aol.com | Pass | |
| 889 | 747 | | | @h Redacted .com | Pass | |
| 969 | 188 | | | Redacted@gmail.com | Pass | |
| 145 | 247 | | | Redacted@gmail.com | Pass | |
| 118 | 712 | | | Redacted @gmail.com | Pass | |
| 743 | 588 | | | Redacted @gmail.com | Pass | |
| 278 | 107 | | | Redacted@gmail.com | Pass | |
| 075 | 107 | | | Redacted@gmail.com | Pass | |
| 608 | 677 | | | Redacted @gmail.com | Pass | |
| 096 | 649 | | | Redacted@gmail.com | Pass | |
| 379 | 744 | | | Redacted @Gmail.com | Pass | |
| 345 | 634 | | | Redacted @gmail.com | Pass | |
| 315 | 449 | | | Redacted @gmail.com | Pass | |
| 343 | 449 | | | Redacted @gmail.com | Pass | |

**EXHIBIT**

**299**

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| FIRST NAME | LAST NAME | FUNDING TYPE | DATE JOINED | OTHER/ COMMENTS |
|---|---|---|---|---|
| JANE | DOE | wire/ ACH/ CC/ Crypto | MM/DD/YYYY | new account/ top up/ second account/... |
| Redacted | Redacted | Wire | | |
| | | Wire | 2/1/22 | 5% Redacted |
| | | Wire | 1/22/22 | |
| | | Wire | 7/22/22 | 5% to Redacted |
| | | Wire | 2/9/22 | |
| | | Wire | 1/28/22 | 5% Redacted |
| | | CC | 1/28/22 | |
| | | Wire | 11/12/21 | |
| | | Wire | 7/8/22 | 2.5 Redacted |
| | | Wire | 1/31/22 | |
| | | Crypto | 3/28/22 | |
| | | Crypto | 2/9/22 | 2.5% Redacted |
| | | Crypto | 11/9/21 | |
| | | Wire | 2/10/22 | |
| | | Crypto | 11/18/21 | |
| | | Crypto | 2/3/22 | 2.5% Redacted |
| | | Crypto | 2/9/22 | 2.5% Redacted |



| | | | | |
|---|---|---|---|---|
| Redacted 625 | Redacted | Redacted | Redacted @gmail.com | Pass |
| 377 | | | Redacted @Redacted.com | Pass |
| 936 | | | Redacted @gmail.com | Pass |
| 527 | | | Redacted @gmail.com | Pass |
| 749 | | | Redacted @icloud.com | Pass |
| 727 | | | Redacted @gmail c | Pass |
| 730 | | | Redacted @gmail.com | Pass |
| 203 | | | Redacted @gmail.com | Pass |
| 812 | | | Redacted @gmail.com | Pass |
| 070 | | | Redacted @yahoo.com | Pass |
| 085 | | | Redacted @gmail.com | Pass |
| 748 | | | Redacted @yahoo.com | Pass |
| 366 | | | Redacted @yahoo.com | Pass |
| 737 | | | Redacted @gmail.com | Pass |
| 515 | | | Redacted @aol.com | Pass |
| 539 | | | Redacted @gmail.com | Pass |
| 416 | | | Redacted @gmail.com | Pass |
| 510 | | | Redacted @gmail.com | |
| 553 | | | Redacted @gmail.com | Pass |
| 679 | | | Redacted @gmail.com | Pass |
| 527 | | | Redacted @gmail.com | Pass |
| 504 | | | Redacted @ Redacted .com | Pass |

T. B.

| Redacted | Redacted | | | |
|---|---|---|---|---|
| | | Crypto | 6/7/22 | 2.5% Redacted |
| | | Wire | 1/26/22 | |
| | | Wire | 5/4/22 | 2.5% Redacted |
| | | Crypto | 7/27/22 | 2.5% to Redacted |
| | | Wire | 1/27/22 | |
| | | Wire | 4/26/22 | |
| | | Wire | 4/26/22 | |
| | | Wire | 2/2/22 | |
| | | Wire | 11/12/21 | |
| | | CC | 1/17/21 | |
| | | CC | 01/06/22 | |
| | | Wire | 5/4/22 | 2.5% Redacted |
| | | Wire | 2/9/22 | |
| | | Wire | 1/2/21 | |
| | | CC | 1/15/21 | |
| | | Wire | 1/27/22 | |
| | | Crypto | 1/31/22 | |
| | | Crypto | 3/30/22 | |
| | | Crypto | 7/20/22 | |
| | | Wire | 2/1/22 | |



| | | | | |
|---|---|---|---|---|
| Redacted 65 | Redacted | Redacted | Redacted @ Redacted .com | Pass |
| 88 | | | Redacted @ Redacted .com | Pass |
| 38 | | | Redacted @ Redacted .com | Pass |
| 345 | | | Redacted @ Redacted .com | Pass |
| 17 | | | Redacted @gmail.com | Pass |
| 792 | | | Redacted @gmail.com | Pass |
| 791 | | | Redacted @gmail.com | Pass |
| 704 | | | Redacted @aol.com | Pass |
| 606 | | | Redacted @gmail.com | Pass |

T. B.



| Redacted | Redacted | | | | |
|---|---|---|---|---|---|
| | | Wire | 2/18/22 | | |
| | | Wire | 2/19/22 | | |
| | | Wire | 3/13/22 | | |
| | | Wire | 4/15/22 | | |
| | | Crypto | 1/16/21 | | |
| | | Crypto | | | |
| | | Crypto | | | |
| | | Wire | 5/25/22 | 5% to | Redacted |
| | | Wire | 5/10/22 | 2.5% to | Redacted |

| From: | rt@noreply.thetradersdomain.com on behalf of Traders Domain FX Ltd. <rt@noreply.thetradersdomain.com> |
| To: | E B |
| Subject: | Daily Confirmation |
| Date: | Wednesday, July 7, 2021 8:16:53 PM |

**EXHIBIT**

**300**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

# Traders Domain FX Ltd.

A/C No: 3088    Name: E B    Currency: USD    2021.07.07 23:59

Orders:

| Open Time | Ticket | Type | Size | Item | Price | S / L | T / P | Time | State | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021.07.07 11:55:44 | 44644103 | buy | 3.75 / 3.75 | XAUUSD | 1807.30 | 0.00 | 0.00 | 2021.07.07 11:55:44 | filled | @424162|#44643907|2060487 |
| 2021.07.07 11:56:36 | 44644357 | buy | 3.75 / 3.75 | XAUUSD | 1806.70 | 0.00 | 0.00 | 2021.07.07 11:56:36 | filled | @424380|#44644161|2060487 |
| 2021.07.07 12:03:27 | 44644846 | sell | 3.75 / 3.75 | XAUUSD | 1806.88 | 0.00 | 0.00 | 2021.07.07 12:03:27 | filled | @424162|#44643907|2060487 |
| 2021.07.07 12:03:37 | 44645096 | sell | 3.75 / 3.75 | XAUUSD | 1807.88 | 0.00 | 0.00 | 2021.07.07 12:03:37 | filled | @424380|#44644161|2060487 |
| 2021.07.07 12:11:20 | 44645744 | buy | 10.03 / 10.03 | XAUUSD | 1808.57 | 0.00 | 0.00 | 2021.07.07 12:11:20 | filled | @424611|#44645544|2060487 |
| 2021.07.07 12:15:05 | 44646111 | buy | 10.05 / 10.05 | XAUUSD | 1808.23 | 0.00 | 0.00 | 2021.07.07 12:15:05 | filled | @424772|#44645937|2060487 |
| 2021.07.07 12:15:31 | 44646430 | sell | 10.03 / 10.03 | XAUUSD | 1808.59 | 0.00 | 0.00 | 2021.07.07 12:15:31 | filled | @424611|#44645544|2060487 |
| 2021.07.07 12:15:42 | 44646637 | sell | 10.05 / 10.05 | XAUUSD | 1809.06 | 0.00 | 0.00 | 2021.07.07 12:15:42 | filled | @424772|#44645937|2060487 |
| 2021.07.07 14:29:18 | 44655703 | sell | 10.05 / 10.05 | XAUUSD | 1800.89 | 0.00 | 0.00 | 2021.07.07 14:29:18 | filled | @425044|#44655545|2060487 |
| 2021.07.07 14:29:51 | 44656070 | sell | 10.05 / 10.05 | XAUUSD | 1801.00 | 0.00 | 0.00 | 2021.07.07 14:29:51 | filled | @425322|#44655851|2060487 |
| 2021.07.07 14:30:08 | 44656390 | buy | 10.05 / 10.05 | XAUUSD | 1800.25 | 0.00 | 0.00 | 2021.07.07 14:30:08 | filled | @425044|#44655545|2060487 |
| 2021.07.07 14:30:19 | 44656556 | buy | 10.05 / 10.05 | XAUUSD | 1799.58 | 0.00 | 0.00 | 2021.07.07 14:30:19 | filled | @425322|#44655851|2060487 |
| 2021.07.07 18:05:55 | 44665301 | sell | 9.99 / 9.99 | XAUUSD | 1804.52 | 0.00 | 0.00 | 2021.07.07 18:05:55 | filled | @425594|#44665097|2060487 |
| 2021.07.07 18:06:11 | 44665503 | sell | 10 / 10 | XAUUSD | 1804.94 | 0.00 | 0.00 | 2021.07.07 18:06:11 | filled | @425753|#44665368|2060487 |
| 2021.07.07 18:06:39 | 44665836 | sell | 9.95 / 9.95 | XAUUSD | 1805.22 | 0.00 | 0.00 | 2021.07.07 18:06:39 | filled | @426040|#44665629|2060487 |
| 2021.07.07 18:07:40 | 44666093 | sell | 9.97 / 9.97 | XAUUSD | 1806.04 | 0.00 | 0.00 | 2021.07.07 18:07:40 | filled | @426226|#44665900|2060487 |
| 2021.07.07 18:09:04 | 44666339 | sell | 10.02 / 10.02 | XAUUSD | 1806.62 | 0.00 | 0.00 | 2021.07.07 18:09:04 | filled | @426402|#44666174|2060487 |
| 2021.07.07 18:16:08 | 44666873 | buy | 9.99 / 9.99 | XAUUSD | 1805.11 | 0.00 | 0.00 | 2021.07.07 18:16:08 | filled | @425594|#44665097|2060487 |
| 2021.07.07 18:16:18 | 44667156 | buy | 10 / 10 | XAUUSD | 1805.43 | 0.00 | 0.00 | 2021.07.07 18:16:18 | filled | @425753|#44665368|2060487 |
| 2021.07.07 18:16:19 | 44667357 | buy | 9.95 / 9.95 | XAUUSD | 1805.43 | 0.00 | 0.00 | 2021.07.07 18:16:19 | filled | @426040|#44665629|2060487 |
| 2021.07.07 18:16:20 | 44667617 | buy | 9.97 / 9.97 | XAUUSD | 1805.43 | 0.00 | 0.00 | 2021.07.07 18:16:20 | filled | @426226|#44665900|2060487 |
| 2021.07.07 18:16:21 | 44667807 | buy | 10.02 / 10.02 | XAUUSD | 1805.43 | 0.00 | 0.00 | 2021.07.07 18:16:21 | filled | @426402|#44666174|2060487 |

**Deals:**

| Open Time | Ticket | Type | Size | Item | Price | Order | Comment | Entry | Commission | Swap | Profit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021.07.07 03:42:12 | 31852248 | balance | | | | | subs|2060487 | | | | 0.00 |
| 2021.07.07 03:42:26 | 31852254 | balance | | | | | dw|0|10|0|100000.00|6023063 | | | | 100 000.00 |
| 2021.07.07 11:55:44 | 31868380 | buy | 3.75 | XAUUSD | 1807.28 | 44644103 | @424162|#44643907|2060487 | in | -13.13 | 0.00 | 0.00 |
| 2021.07.07 11:56:36 | 31868632 | buy | 3.75 | XAUUSD | 1806.70 | 44644357 | @424380|#44644161|2060487 | in | -13.13 | 0.00 | 0.00 |
| 2021.07.07 12:03:27 | 31869116 | sell | 3.75 | XAUUSD | 1807.67 | 44644846 | @424162|#44643907|2060487 | out | -13.13 | 0.00 | 146.25 |
| 2021.07.07 12:03:37 | 31869367 | sell | 3.75 | XAUUSD | 1807.95 | 44645096 | @424380|#44644161|2060487 | out | -13.13 | 0.00 | 468.75 |
| 2021.07.07 12:11:20 | 31870013 | buy | 10.03 | XAUUSD | 1808.49 | 44645744 | @424611|#44645544|2060487 | in | -35.11 | 0.00 | 0.00 |
| 2021.07.07 12:15:05 | 31870385 | buy | 10.05 | XAUUSD | 1808.23 | 44646111 | @424772|#44645937|2060487 | in | -35.18 | 0.00 | 0.00 |
| 2021.07.07 12:15:31 | 31870713 | sell | 10.03 | XAUUSD | 1808.77 | 44646430 | @424611|#44645544|2060487 | out | -35.11 | 0.00 | 280.84 |
| 2021.07.07 12:15:42 | 31870920 | sell | 10.05 | XAUUSD | 1808.90 | 44646637 | @424772|#44645937|2060487 | out | -35.18 | 0.00 | 673.35 |
| 2021.07.07 14:29:18 | 31879943 | sell | 10.05 | XAUUSD | 1800.89 | 44655703 | @425044|#44655545|2060487 | in | -35.18 | 0.00 | 0.00 |
| 2021.07.07 14:29:51 | 31880308 | sell | 10.05 | XAUUSD | 1801.00 | 44656070 | @425322|#44655851|2060487 | in | -35.18 | 0.00 | 0.00 |
| 2021.07.07 14:30:08 | 31880636 | buy | 10.05 | XAUUSD | 1799.83 | 44656390 | @425044|#44655545|2060487 | out | -35.18 | 0.00 | 1 065.30 |
| 2021.07.07 14:30:19 | 31880803 | buy | 10.05 | XAUUSD | 1799.64 | 44656556 | @425322|#44655851|2060487 | out | -35.18 | 0.00 | 1 366.80 |
| 2021.07.07 18:05:55 | 31889385 | sell | 9.99 | XAUUSD | 1804.48 | 44665301 | @425594|#44665097|2060487 | in | -34.97 | 0.00 | 0.00 |
| 2021.07.07 18:06:11 | 31889591 | sell | 10 | XAUUSD | 1804.94 | 44665503 | @425753|#44665368|2060487 | in | -35.00 | 0.00 | 0.00 |
| 2021.07.07 18:06:39 | 31889923 | sell | 9.95 | XAUUSD | 1805.22 | 44665836 | @426040|#44665629|2060487 | in | -34.83 | 0.00 | 0.00 |
| 2021.07.07 18:07:40 | 31890177 | sell | 9.97 | XAUUSD | 1805.88 | 44666093 | @426226|#44665900|2060487 | in | -34.90 | 0.00 | 0.00 |
| 2021.07.07 18:09:04 | 31890953 | sell | 10.02 | XAUUSD | 1806.59 | 44666339 | @426402|#44666174|2060487 | in | -35.07 | 0.00 | 0.00 |
| 2021.07.07 18:16:08 | 31890953 | buy | 9.99 | XAUUSD | 1805.17 | 44666873 | @425594|#44665097|2060487 | out | -34.97 | 0.00 | -689.31 |
| 2021.07.07 18:16:18 | 31891235 | buy | 10 | XAUUSD | 1805.21 | 44667156 | @425753|#44665368|2060487 | out | -35.00 | 0.00 | -270.00 |
| 2021.07.07 18:16:19 | 31891430 | buy | 9.95 | XAUUSD | 1805.28 | 44667357 | @426040|#44665629|2060487 | out | -34.83 | 0.00 | -59.70 |
| 2021.07.07 18:16:20 | 31891690 | buy | 9.97 | XAUUSD | 1805.33 | 44667617 | @426226|#44665900|2060487 | out | -34.90 | 0.00 | 548.35 |
| 2021.07.07 18:16:21 | 31891882 | buy | 10.02 | XAUUSD | 1805.43 | 44667807 | @426402|#44666174|2060487 | out | -35.07 | 0.00 | 1 162.32 |
| | | | | | | | | | -683.36 | 0.00 | 4 692.95 |

|  |  |
|---|---|
| Closed P/L: | 4 009.59 |
| Deposit/Withdrawal: | 100 000.00 |
| Credit Facility: | 0.00 |
| Round Commission: | 0.00 |
| Instant Commission: | -683.36 |
| Additional Operations: | 0.00 |
| Total: | 104 009.59 |

**Positions:**

| Open Time | Ticket | Type | Size | Item | Price | S/L | T/P | Market Price | Swap | Profit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No transactions | | | | | |
| | | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | Floating P/L: | | 0.00 |

**Working Orders:**

| Open Time | Ticket | Type | Size | Item | Price | S/L | T/P | Market Price | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No transactions | | | | | |

**A/C Summary:**

| | | | |
|---|---|---|---|
| Closed Trade P/L: | 4 009.59 | Previous Ledger Balance: | 0.00 |
| Deposit/Withdrawal: | 100 000.00 | Previous Equity: | 0.00 |
| Total Credit Facility: | 0.00 | Balance: | 104 009.59 |
| Round Commission: | 0.00 | Equity: | 104 009.59 |
| Instant Commission: | -683.36 | Floating P/L: | 0.00 |
| Additional Operations: | 0.00 | Margin Requirements: | 0.00 |
| Total: | 104 009.59 | Available Margin: | 104 009.59 |

Best Regards
Accounts Department

Please report to us within 24 hours if this statement is incorrect.Otherwise this statement will be considered to be confirmed by you.

8:42

< 303   **Ted Trading**

+1 646 558 8656 US (New York)
Meeting ID: Redacted 0666
Find your local number: https://
us02web.zoom.us/u/kddZfGMSYw
6:29 PM ✓✓

Thank you Ted  7:27 PM ✓✓

No problem at all  8:21 PM

Today

Many accounts slipped in the negative for today . Just FYI
7:41 AM ✓✓

Thank you Bro!!  7:46 AM ✓✓

Knew you would go in and get the gains vs. dealing with LPs 😂😂😂
7:47 AM ✓✓

Yeah i will take a look and see with the L P
7:47 AM

3 UNREAD MESSAGES

They are giving me push back.  We are working with the accounts that were pure negatives first
8:27 AM

there are a handful that had a losing day
8:27 AM

that is being reviewed first then we will are auditing the accounts that may have had a winning day but took a losing trade there were a couple
8:28 AM

EXHIBIT
301

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| | |
|---|---|
| **From:** | The Traders Domain on behalf of The Traders Domain <noreplynewsletter@thetradersdomain.com> |
| **To:** | ana@thebuumfoundation.org |
| **Subject:** | Traders Domain Newsletter |
| **Date:** | Wednesday, August 31, 2022 3:31:52 PM |



EXHIBIT

302

TO THE DECLARATION OF MAURA M. VIENHUEYER
PURSUANT TO 28 U.S.C. § 1746



Dear Client,

As Traders Domain continues to grow and expand, we would like to start communicating regularly to all our clients to provide timely updates and give an opportunity to hear about some of the upcoming features to the brokerage.

 **Communication**

Our customer service team tries to respond to all emails within 24 to 48hrs. There are instances where communication may take a little longer but rest assured, we value each client's inquiry and will do our best to provide a resolution to that inquiry.

When an email inquiry requires further explanation or work, we will always respond when we have the final information. It is not necessary to email us each day asking for an update as it just slows down our ability to communicate with other clients and their inquiries.

 **Withdrawals**

We have had many inquiries lately relating to withdrawals and the adjustment in

timelines. Currently, we are working to have all withdrawals completed within 20 business days.  Please understand business days do not include Saturday or Sunday as our banking partners and liquidity are not fully functional at that time and we are not staffed 100%. You can receive withdrawals over weekend periods usually if there is spill over from Thursday and Friday processing.

Your withdrawal goes through a screening process that includes our compliance area where we must review the entire trade history of the account, compare data with our counter parties and ensure you are not in violation of any of our Anti Money Laundering policies.

These operations have been in place since the inception of our platform in 2017 and protect the integrity of all clients trading on our platform and ensure our organization remains in good standing with our counter parties who accept all your trades that you initiate each day as well as our auditors.

We always strive to process withdrawals in a timely manner and as more staff come on board, we will resume those timelines.

 **Leaderboard Challenge**

We are coming close to the end of our leaderboard challenge which finishes at the end of September. The results have been fantastic, and it looks to be a close race amongst several of the accounts that have been trading consistently since the beginning of the challenge which was back in April. Thank you to all who participated and please look out for our next challenge when we announce it again.

 **Reviews and social media**

Thank you to all clients who have left positive reviews on social media and various message boards relating to The Traders Domain.  We understand that

there are always inquiries or issues that can come up with relation to trading and we ask you to kindly message us first so we can resolve the item before you head to the internet with your grievance.

The Traders Domain was built years ago because traders like yourselves saw an opportunity to do better in the fx industry.  Word of mouth and relationships with every one of our traders has allowed us to grow as much as we have now.

We value each one of our clients tremendously and will do our best always to resolve any issues in an amicable manner. There are some instances where the outcome may not be favorable, and we understand that as well.

You can also follow us @thetradersdomain on Instagram as we do have staff that monitor that page and post regularly.  We will not take any transaction or private information from messages, but we can answer general inquiries.
Like most social media pages, we will never reach out for personal or private information, request you to send us money, or ask how your trading is going.  Please be vigilant of fake pages.  Report them to our team and we will do our best with our legal department to have them taken down.

*Thank you for being a part of The Traders Domain platform and we wish you continued success in your trading.*





*Copyright © 2022 The Traders Domain, All rights reserved.*
You are receiving this email because you opted in via our website.

**Risk Warning:** Trading Leveraged Products such as Forex and Derivatives may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice.
Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser

**From:** noreplynewsletter@thetradersdomain.com on behalf of The Traders Domain <noreplynewsletter@thetradersdomain.com>
**To:** ana@thebuumfoundation.org
**Subject:** MetaTrader Update
**Date:** Monday, September 26, 2022 2:48:51 PM



EXHIBIT
303
TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746



Dear Client,

In our continuing efforts to keep everyone informed of updates, tips and tools to make your trading the best experience possible we would like to touch on a few topics.



**Metatrader Software**

We are aware that anyone trying to download a version of the Metatrader 4 or Metatrader 5 app on their iOS device is unable to do so. If you already have it downloaded onto your device you are not impacted. Metaquotes as assured us they are working on solutions to get this corrected for new users but in the mean time you can leverage the webtrader for your iOS devices.

The Traders Domain team also reminds you that the best and safest way to execute trades and review information about your trades is on the desktop version of this software. It does have more functionality such as report generation if you missed a daily statement as well as a more detailed view of various elements of your account.

Please check out our FAQ section located here for more information on how to use the Metatrader software to it's fullest capabilities.



### Withdrawals

Withdrawals and deposits continue to process within our timelines provided. We are slowly ramping out withdrawal process back up to our normal times and with the roll out of our new banking partners we will once again resume a regular schedule for withdrawals. We do see some withdrawals are past our intended benchmarks and we are working with our banking and exchange partners to clear this up.

As clients, please always make sure your information is accurate, as incorrect information not only delays your transaction, but it also delays other client transactions as they are processed in sequence by our teams. We continue to process transactions daily and thank you again for your support and patience during this heavy period of growth.

Please note we DO NOT PROCESS withdrawals over weekends as no banking partners are available to move funds.

*Thank you for being a part of The Traders Domain platform and we wish you continued success in your trading.*





*Copyright © 2022 The Traders Domain, All rights reserved.*
You are receiving this email because you opted in via our website.

**Risk Warning:** Trading Leveraged Products such as Forex may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice.
Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser.

**From:** noreplynewsletter@thetradersdomain.com on behalf of The Traders Domain <noreplynewsletter@thetradersdomain.com>
**To:** ana@thebuumfoundation.org
**Subject:** Major Update
**Date:** Tuesday, March 21, 2023 5:19:16 PM



EXHIBIT

304

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Dear Client,

Thank you again for your continued support of the brokerage. The newsletter today outlines some exciting new information surrounding the brokerage and the future of Traders Domain. Please ensure you read this newsletter from start to finish so you fully understand the changes.

Over the last year it is well documented that Traders Domain has experienced exponential growth. The management and team at Traders Domain worked tirelessly to continue to provide service levels to meet client demands but were very challenged in doing so. This has led Traders Domain to seek further assistance and build bigger and better solutions for their clients.

Today we are happy to announce that another group with experience in the finance and customer service field have purchased Traders Domain to be used with their existing line up of companies. This will help solve challenges that have been faced by the broker and bring back a proper standard that over the last 6 years thousands of clients were used to.

**ACQUISITION**

Traders Domain is pleased to announce it has been acquired by a new

company which it will operate under moving forward.  What does this mean for you?

☐☐☐ You will still have access to the Traders Domain site during this transition. **WITHDRAWALS WILL CONTINUE TO PROCESS**.

☐☐☐ Trading will halt as of March 22 [nd] to all for migration to the new brokerage house.  All open positions will continue to remain open, so it is advised to either place a stop loss or take profit for long standing positions.  Your trading account will be migrated to the new company automatically.  You will receive an email when the migration process is finished, and you will be able to access your account and current positions at the price at that time.  The brokerage will not be financially responsible for positions that do not have a stop loss or take profit associated with them.

☐☐☐ Your information and account are safe.    All migration is done with security of data top of mind.



**FAQ**

☐☐☐ **Why are we just learning about this acquisition now?**

Due to the complex nature of acquisitions and scrutiny, information could only be passed once it was finalized. Traders Domain is a private company and there is no obligation to provide any corporate details.

☐☐☐ **Why does Traders Domain have to stop as a brokerage? Wouldn't the new company want the name legacy?**

The company that has acquired Traders Domain wishes to use their name as they wish to extend their own brand into the FX space.

☐☐☐ **How does this benefit me? I liked Traders Domain and what it stood for.**

Traders Domain has grown because of clients like you over the last 6+ years and will continue to grow with the new company. Expansion into new regions and additional licensing allows Traders Domain to become something bigger. The current growth of the site has created numerous hurdles from regulatory and processing standpoint which all clients have witnessed. This acquisition allows for more choice for processing and banking which allows for faster transactions both in and out of the brokerage.

As the migration to the new company completes you will receive new information for your login details for the updated site.  Once again Traders Domain login and site will continue to remain operational until the migration is complete.  You will not lose access to any of your trading information over the transition period.

*Thank you again for your continued support.  This is a great new day for Traders Domain and all clients present and future.*





*Copyright © 2022 The Traders Domain, All rights reserved.*
You are receiving this email because you opted in via our website.

**Risk Warning:** Trading Leveraged Products such as Forex may not be suitable for all investors as they carry a high degree of risk to your capital.
Please ensure that you fully understand the risks involved, taking into account your investments objectives and level of experience, before trading, and if necessary, seek independent advice.
Please read the full Risk Disclosure.

Want to change how you receive these emails?
You can unsubscribe from this list.

View this email in your browser

**To:** ▮ E. ▮ @ Redacted .com]
**From:** TBB Support[noreply@trubluefx.com]
**Sent:** Thur 7/20/2023 3:26:22 AM (UTC)
**Subject:** Welcome to TruBlueFX - New Client Migration

# Welcome to TruBlueFX,

We are pleased to welcome you to our retail forex trading brokerage. Trubluefx is designed to be simple and straightforward, hosting a user-friendly interface to navigate your accounts, industry leading trading environment for retail traders, and prompt customer support.

We would like to set expectations for when you login, you will have access to see your **trading account balance(s)**, any funds that were in your Ewallet are currently being worked on migrated into the system, they will not populate yet. We will notify when they are loaded into your "**Landing Account**".

As of right now you cannot move funds around, there will be updates once that feature is available. Thank you for understanding.

## Migrated Clients:

For those of you that had your accounts migrated over to our system.
**BEFORE** you send an email asking questions, please review points below:

**EXHIBIT**
305
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

1. In order to get access to your account you must go to: https://my.trubluefx.com/# and click "**Forgot Password**". Make sure to enter your email that was on the previous broker, if you had multiple accounts under different emails you will have to do this for each account. **IF YOU DO NOT RECEIVE THE RESET EMAIL CHECK YOUR SPAM/JUNK FOLDER.**
2. Once you login, navigate to the "**Documentation**" tab and upload address verification and personal verification.
3. We are fully aware of your current pending withdrawals, there is no additional work needed on your side. We will be processing through our payment systems. There is no exact timeline for when these will be completed right now, a follow up email will go out when we have more clarity. We know the order of withdrawals that were placed, and you did not lose your spot. **Currently you will not see your pending withdrawal in "transactional history"** we are working on a solution for this to be visible on your end for accounting purposes.
4. Your current MT5 balances have been accurately reflected. Any funds inside your trading accounts are **NOT** subscribed to the High-Risk PAMM trading system. **If you wish to subscribe, please follow the steps below in pdf "PAMM Setup".**
5. New withdrawals will be halted for the initial 30-45 days as we **process all pending withdrawal volume**, this is the only way to make this transition go smooth. From a processing standpoint we cannot push through all volume at once, please be patient, we understand the current situation every client is in.
6. If you are a retail trader, you are free to pick up where you left off. We offer very competitive spreads and $6/lot on FX pairs.

## Savvy Wallet Clients:

Due to a security break in the system, to protect the integrity of all client's information, logins, account balances, etc. all user accounts were deactivated. **In order to get access to your account again** please email support@savvywallet.io from the email you had on file stating you'd like to have your account back, and it will be reactivated again.

Savvy is almost done integrating with our CRM and there will be an option to withdraw to Savvy wallet in the near future. **WE** will provide an update when that will be available, please do not ask.

## Final Remarks:

We are keen to build out relationships with all our clients and consider them family. At any time feel free to reach out to our support staff with questions, concerns, etc.

However, **PLEASE do not send us emails with your order numbers from pending withdrawals. We have all order numbers, and we will start processing very soon.**

Please note there are thousands of retail traders in our platform, this is not just a brokerage with a PAMM solution, we cater to all groups.

*For all support questions:*
Support@trubluefx.info

*For any withdrawal questions:*
payments@trubluefx.info

*For any PAMM related questions:*
pamm@trubluefx.info

Cheers,
Trubluefx Team
If you'd like to unsubscribe and stop receiving these emails click here ..

03/23/2022  16:33   3052201440          LAZARUS CORPORATE              PAGE  01/03



**Florida Department of State**
**Division of Corporations**
**Electronic Filing Cover Sheet**

Note: **Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000106525 3)))



H22000106525ABCX

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number      : (850)617-6381

From:
        Account Name    : LAZARUS CORPORATE FILING SERVICE, INC.
        Account Number  : I20000000019
        Phone           : (305)552-5973
        Fax Number      : (305)675-5944

    **Enter the email address for this business entity to be used for future
    annual report mailings. Enter only one email address please.**

        Email Address:_____
```

**FLORIDA PROFIT/NON PROFIT CORPORATION**
**CENTURION CAPITAL GROUP INC**

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 03 |
| Estimated Charge | $78.75 |

S. CHATHAM

MAR 2 3 2022

RECEIVED 2022 MAR 22 PM 4:41
CORPORATIONS, DEPT OF COMMERCIAL CORP. SERVICES

22 MAR 22 AM 12:03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED

Electronic Filing Menu        Corporate Filing Menu           Help

EXHIBIT
306
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

*EIN: 88-134 0605*

# ARTICLES OF INCORPORATION
### In compliance with Chapter 607 (Profit)

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
22 MAR 22 AM 2: 20
FILED

**ARTICLE I    NAME:** The name of the corporation is:

CENTURION CAPITAL GROUP INC

**ARTICLE II    PRINCIPAL OFFICE:**

The principal street address and mailing address is:

12010 HIALEAH GARDENS BLVD SUITE 4A

HIALEAH GARDENS FL 33018

**ARTICLE III    SHARES:** The number of shares of stock is:  100

**ARTICLE IV    INITIAL DIRECTORS AND/OR OFFICERS:**

(P)    CENTURION HOLDINGS LLC (REGISTERED IN DELAWARE)

(VP)    GMJ MARKETING LLC

**ARTICLE V    INITIAL REGISTERED AGENT AND STREET ADDRESS:**
The name and Florida street address (PO Box not acceptable) of the registered agent is:

X-PRESS TRANSPORT SOLUTIONS INC

860: NW S RIVER DR

MEDLEY FL 33166

**ARTICLE VI    INCORPORATOR:** The name and address of the Incorporator is:

X-PRESS TRANSPORT SOLUTIONS INC

8501 NW S RIVER DR

MEDLEY FL 33166

## Required Signatures:

Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity

_alejandro santiestaban_        03-21-2022
Registered Agent                      Date

I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_alejandro santiestaban_        03-21-2022
Incorporator                        Date

FILED
22 MAR 22  AM 12: 04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Crypto Deposits

| | Amounts | | | | | |
|---|---|---|---|---|---|---|
| | 30225 | | | | | |
| | 4377.75 | | | | | |
| | 4997.92 | | | | | |
| | 19105.12 | | | | | |
| | 26754 | | | | | |
| | 6931.27 | | | | | |
| | 4765.15 | | | | | |
| | 14182.35 | | | | | |
| | 4154.66 | | | | | |
| | 4656.15 | | | | | |
| | 14673.75 | | | | | |
| | 12423.45 | | | | | |
| | 3802.5 | | | | | |
| | 11700 | | | | | |
| | 2145 | | | | | |
| | 4876.19 | | | | | |
| | 2903.48 | | | | | |
| | 4875 | | | | | |
| | 1433.25 | | | | | |
| | 5729.88 | | | | | |
| | 9555 | | | | | |
| | 138458.77 | | | | | |
| | 4875 | | | | | |
| | 8043.75 | | | | | |
| | 2486.25 | | | | | |
| | 107198.41 | | | | | |
| | 48.75 | | | | | |
| | 5850 | | | | | |
| | 10725 | | | | | |
| | 177937.5 | | | | | |
| | 4411.87 | | | | | |
| | 9454.38 | | | | | |
| | 11705.85 | | | | | |
| | 185259.75 | | | | | |
| | 4199.13 | | | | | |
| | 9740.25 | | | | | |
| | 5555.61 | | | | | |
| | 7799.19 | | | | | |
| | 4801.48 | | | | | |

1

EXHIBIT
307

TO THE DECLARATION OF MAURA M. VIENMEYER
PURSUANT TO 28 U.S.C. § 1746

| | | | | | |
|---|---|---|---|---|---|
| | 9652.5 | | | | |
| | 81900 | | | | |
| | 57525 | | | | |
| | 8823.75 | | | | |
| | 14625 | | | | |
| | 33930 | | | | |
| | 24375 | | | | |
| | 51800.19 | | | | |
| | 12791.03 | | | | |
| | 9624.21 | | | | |
| | 9573.97 | | | | |
| | 240028.45 | | | | |
| | 6337.9 | | | | |
| | 6111.9 | | | | |
| | 4875 | | | | |
| | 17452.5 | | | | |
| | 51818.87 | | | | |
| | 9740.25 | | | | |
| | 97302.04 | | | | |
| | 5214.28 | | | | |
| | 9750 | | | | |
| | 14327.14 | | | | |
| | 9750 | | | | |
| | 2.44 | | | | |
| | 47771.88 | | | | |
| | 19684.92 | | | | |
| | 10580.31 | | | | |
| | 79494.48 | | | | |
| | 18873.4 | | | | |
| | 12957.38 | | | | |
| | 11173.37 | | | | |
| | 8872.5 | | | | |
| | 17820.12 | | | | |
| | 18330 | | | | |
| | 143321.88 | | | | |
| | 18330 | | | | |
| | 192106.66 | | | | |
| | 49481.25 | | | | |
| | 18721.19 | | | | |
| | 18819.84 | | | | |
| | 97.5 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14271.73 | | | | | | |
| 52162.5 | | | | | | |
| 62104.38 | | | | | | |
| 8466.81 | | | | | | |
| 65325 | | | | | | |
| 48652.5 | | | | | | |
| 97.5 | | | | | | |
| 3048.81 | | | | | | |
| 24703.54 | | | | | | |
| 117118.75 | | | | | | |
| 34125 | | | | | | |
| 73121.88 | | | | | | |
| 7799.41 | | | | | | |
| 12675 | | | | | | |
| 9896.25 | | | | | | |
| 146246.88 | | | | | | |
| 5235.62 | | | | | | |
| 1940.25 | | | | | | |
| 10332.57 | | | | | | |
| 97496.88 | | | | | | |
| 19500 | | | | | | |
| 23156.25 | | | | | | |
| 6963.04 | | | | | | |
| 14536.82 | | | | | | |
| 5378.21 | | | | | | |
| 27419.32 | | | | | | |
| 146250 | | | | | | |
| 24375.78 | | | | | | |
| 1859.47 | | | | | | |
| 4972.5 | | | | | | |
| 33988.55 | | | | | | |
| 97.5 | | | | | | |
| 33349.98 | | | | | | |
| 82.87 | | | | | | |
| 55282.5 | | | | | | |
| 97500 | | | | | | |
| 12187.5 | | | | | | |
| 68250 | | | | | | |
| 48750 | | | | | | |
| 47678.28 | | | | | | |
| 6744.31 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 44.85 | | | | |
| | 70271.72 | | | | |
| | 97.5 | | | | |
| | 96939.47 | | | | |
| | 4874.02 | | | | |
| | 19500 | | | | |
| | 9374.29 | | | | |
| | 48750 | | | | |
| | 94571.1 | | | | |
| | 97496.1 | | | | |
| | 199875 | | | | |
| | 96033.6 | | | | |
| | 12187.5 | | | | |
| | 37945.92 | | | | |
| | 38.22 | | | | |
| | 14673.75 | | | | |
| | 30967.12 | | | | |
| | 9779.25 | | | | |
| | 57643.95 | | | | |
| | 98.47 | | | | |
| | 84345.16 | | | | |
| | 97.5 | | | | |
| | 193889.55 | | | | |
| | 118955.03 | | | | |
| | 199754.1 | | | | |
| | 48750 | | | | |
| | 141122.65 | | | | |
| | 292496.1 | | | | |
| | 302250 | | | | |
| | 97500 | | | | |
| | 146250 | | | | |
| | 24276.52 | | | | |
| | 95.06 | | | | |
| | 33266.5 | | | | |
| | 97.5 | | | | |
| | 96579.58 | | | | |
| | 13899.61 | | | | |
| | 487.5 | | | | |
| | 48642.21 | | | | |
| | 48.71 | | | | |
| | 1950 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 72369.37 | | | | |
| | 146.25 | | | | |
| | 18817.5 | | | | |
| | 97.5 | | | | |
| | 243750 | | | | |
| | 57086.25 | | | | |
| | 10720.83 | | | | |
| | 17439.3 | | | | |
| | 16668.3 | | | | |
| | 19193.2 | | | | |
| | 19455.29 | | | | |
| | 14040 | | | | |
| | 30044.62 | | | | |
| | 19509.75 | | | | |
| | 31687.02 | | | | |
| | 59558.37 | | | | |
| | 31505.71 | | | | |
| | 50108.1 | | | | |
| | 97.5 | | | | |
| | 19010.88 | | | | |
| | 6688.99 | | | | |
| | 7105.8 | | | | |
| | 58087.7 | | | | |
| | 100421.1 | | | | |
| | 4802.02 | | | | |
| | 73.12 | | | | |
| | 29733.6 | | | | |
| | 288011.1 | | | | |
| | 93.6 | | | | |
| | 67510.95 | | | | |
| | 8930.8 | | | | |
| | 21455.6 | | | | |
| | 93.6 | | | | |
| | 97.5 | | | | |
| | 293475 | | | | |
| | 43875 | | | | |
| | 9774.31 | | | | |
| | 45103.11 | | | | |
| | 48.75 | | | | |
| | 67577.94 | | | | |
| | 13009 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 49476.81 | | | | | |
| 143980 | | | | | |
| 627801 | | | | | |
| 97.44 | | | | | |
| 97.44 | | | | | |
| 85500.55 | | | | | |
| 48.75 | | | | | |
| 48.75 | | | | | |
| 48675.29 | | | | | |
| 48.74 | | | | | |
| 14122.22 | | | | | |
| 14669.71 | | | | | |
| 97.47 | | | | | |
| 9559.87 | | | | | |
| 97.5 | | | | | |
| 19499.7 | | | | | |
| 29.27 | | | | | |
| 86058.79 | | | | | |
| 48747.56 | | | | | |
| 95.06 | | | | | |
| 24179.32 | | | | | |
| 208052 | | | | | |
| 97497.56 | | | | | |
| 9655.27 | | | | | |
| 19500 | | | | | |
| 48356.24 | | | | | |
| 12142.06 | | | | | |
| 67706.5 | | | | | |
| 247877 | | | | | |
| 196478.7 | | | | | |
| 96.37 | | | | | |
| 10156.95 | | | | | |
| 33862.2 | | | | | |
| 29021.48 | | | | | |
| 9944.76 | | | | | |
| 96734.29 | | | | | |
| 16572.56 | | | | | |
| 19483.63 | | | | | |
| 2051.7 | | | | | |
| 47403.3 | | | | | |
| 23432.71 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 24174.48 | | | | | |
| | 48788.29 | | | | | |
| | 19762.16 | | | | | |
| | 134319.29 | | | | | |
| | 208062.98 | | | | | |
| | 621726.07 | | | | | |
| | 96.32 | | | | | |
| | 96.02 | | | | | |
| | 9991.31 | | | | | |
| | 43511.66 | | | | | |
| | 47663.52 | | | | | |
| | 48351.4 | | | | | |
| | 93.78 | | | | | |
| | 38676.76 | | | | | |
| | 48346.57 | | | | | |
| | 27721.14 | | | | | |
| | 68308.08 | | | | | |
| | 26108.63 | | | | | |
| | 48346.57 | | | | | |
| | 96705.25 | | | | | |
| | 43524.73 | | | | | |
| | 97239.37 | | | | | |
| | 48361.08 | | | | | |
| | 96724.61 | | | | | |
| | 241821.07 | | | | | |
| | 98828.52 | | | | | |
| | 48.75 | | | | | |
| | 48380.46 | | | | | |
| | 33886.15 | | | | | |
| | 2271.41 | | | | | |
| | 22769.41 | | | | | |
| | 227535.32 | | | | | |
| | 48317.58 | | | | | |
| | 38623.01 | | | | | |
| | 48327.22 | | | | | |
| | 94380 | | | | | |
| | 97421.99 | | | | | |
| | 78.01 | | | | | |
| | 48800.75 | | | | | |
| | 97743.93 | | | | | |
| | 24375 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 28892.05 | | | | | |
| | 95.06 | | | | | |
| | 9750 | | | | | |
| | 495.44 | | | | | |
| | 20375.72 | | | | | |
| | 96610.8 | | | | | |
| | 45874.03 | | | | | |
| Total | 13974277.76 | | | | | |

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

## FOREX ACCOUNT MANAGEMENT AGREEMENT

This agreement is made between CENTURION CAPITAL GROUP INC referred to as, ("Manager") and, _____ ▓▓E A▓▓ _____ (hereinafter referred to as "Client(s)") this day of __6/9/2022__.

**WHEREAS,** the Client desires and is permitted to engage in speculative trading in over-the-counter foreign exchange market.

**WHEREAS,** the Client represents that he has speculative capital for the principal purpose of trading in Forex Transactions and has been informed and is fully cognizant of the possible high risks associated with such investments. As used in this Agreement, "Forex Transaction" shall mean any transaction involving the purchase and sale of foreign currencies in the inter-bank market.

**WHEREAS,** the Client desires to have Manager apply an Expert Advisor Trading Bot to the Clients Funds.

**NOW THEREFORE,** in consideration of the above recitals, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

**I. CLIENT TRADING ACCOUNT.** Client will open a Foreign Exchange trading account ("the Account") with Manager with an initial deposit ($ __50,000__ ) U.S. dollars using one of our prime brokerage partners, provided you agree to the terms and condition implemented by the broker upon opening an account. The initial deposit, subsequent deposits and withdrawals from the Account, and all transactions effected in the Account shall be subject to this Foreign Exchange Management Agreement. Customer may add to the case balance of the Account at any time. Client agrees to give Manager at least 15 days prior notice before de/allocating any funds from the Account and withdrawing funds from the Account. All provisions of the Client Agreement between Manager and Client shall remain in full force and effect and shall control.

**II. AUTHORIZATION OF MANAGERS.** Client authorizes Manager and Manager's Trading System to enter orders on behalf of the Account. Client's agrees to execute a Limited Trading Authorization and Power of Attorney with one of our prime brokerage partners authorizing Manager the authority to transact Foreign Transactions in Client's Account. Manager shall have discretionary authority to make all trading decisions for the Account without prior consultation with Client and/or without prior notice or approval from Client with respect to such trading decision. Client will not enter any orders in the Account and will not authorize or permit any other person to do so unless such person is appointed by Manager as traders. All Forex Transactions that are entered by the Manager may be entered in the Manager's sole discretion, without prior notice to, or consent of, the Client.

A Manager shall have the power and authority to:
**A.** issue instructions to purchase or sell or otherwise deal in Forex Transactions for the account and risk, and in the name of, the Client;

**EXHIBIT**
**308**
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

**B.** purchase from or sell to our brokerage partner the specified foreign currencies for the account and risk, and in the name of, the Client; and

**C.** generally perform any other act incidental to the foregoing; provided, however, that such authority shall not include the power to order any payment, in U.S. dollars, any foreign currency, or otherwise, to the Manager not otherwise agreed to herein.

**III. TRADING STRATEGY**. In managing the Account, Manager agrees to use its best judgment and efforts for the Client's benefit. However, the parties agree that the Client shall bear all risk of gain or loss in the Account and all expenses of the Account. Manager and client shall share a 60/40 split of profits on the account . Any losses on initial investment are are at clients risk.

**IV. REPORTS & RECORDS**. Manager shall furnish to the Clients an investor Password to oversee the account, which includes reports detailing all transactions either profits or losses as defined below experienced by the Assets under Management.

**V. COMPENSATION**. Manager shall receive a performance fee of 60 % based on Net Asset Value above the high water mark of the capital be calculated for each month. We employ high watermark calculation to determine each subsequent fee. If the next billing period arrives and you have not profited above your previous watermark, you will not be billed until that watermark is breached. We do not calculate swap, taxes or commission when determining your fees.

**VI. RISKS and RISK DISCLOSURE**. All Forex Transactions directed by the traders hereunder shall be in the name and for the account and risk of the Clients. The Client understands and acknowledges that Forex Transactions involve conflicts and a substantial risk of loss, including potential loss of all funds, due to, among other factors, the fact that such transactions are executed through Manager; that Forex Transactions generally are not regulated by banking authorities or other regulatory agencies; that trading in Forex Transactions may be highly illiquid and an unusually wide spread may exist between the price at which a counterparty is willing to purchase and sell particular foreign currencies; and that credit controls may be imposed by governmental authorities or other actions taken by governmental authorities which may significantly increase for the risk of loss to the Client or affect the ability of any party to fulfill its obligations to the Client. The Client further acknowledges that Manager makes no guarantee whatsoever that the Forex Transactions contemplated hereunder will be profitable or will not result in losses. If broker Traders Domain which is the one we use which is unregulated by the United States company, closes down, Manager will not be held responsible for that. Manager is only held responsible for the money when it purchases & sells foreign currencies.

Client Initials: _____

**VII. CONFLICT OF INTEREST**. (a) Manager and its traders may manage the accounts of clients. If Manager and traders place the same or similar orders at or about the same time for its client's accounts, all such accounts may compete for the same or similar positions and, depending upon whose order is placed first, the difference in timing may result in some accounts receiving better prices than other accounts. (b) In addition, Manager and the traders may have a

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

conflict of interest in rendering advice to Client because the financial benefit from managing other client's accounts may be greater, which may provide an incentive to favor such other accounts. While Manager and the traders might have an incentive to favor another client over Client, neither Manager nor the traders will knowingly do so. (c) A potential conflict of interest exists in that Manager profits due to commission generated by trading volume.

## VIII. REPRESENTATIONS AND WARRANTIES.

(a)  Manager represents and warrants the following to the Client:

(1) Manager is a group of retail traders in the name of Manager.

(2) Manager has the power to execute and deliver this Agreement and any other documentation relating to this Agreement and to perform its obligations under this Agreement and has taken all necessary action to authorize such execution, delivery and performance. Such execution, delivery and performance do not violate or conflict with any law applicable to Manager or any order or judgment of any court or other governmental agency, or any contractual restriction binding on or affecting Manager.

(b)  The Client represents and warrants the following to Manager

(1) The Client is aware of the highly speculative nature of, and risks of loss inherent in, Forex Transactions and is financially capable of engaging in such trading.

(2) The Client has significant additional assets beyond the value of the Account and any funds that may in the future be committed to the Account. Further, Clients represents and warrants that he is financially able to accept the risks of Forex Transactions and to bear the loss of the funds deposited in the Account.

(3) The Client acknowledges that it, and not Manager or the traders, is responsible for making any and all margin payments and paying all commissions and other fees, costs, and expenses charged to the Account.

(4) The Client acknowledges that any losses from the transactions in the Account are the sole responsibility of Client and not Manager or the traders.

(5) The Client acknowledges that Manager makes no guarantee or representation that the Account will be profitable.

(6) The Client, if an entity, is duly formed under the laws of the jurisdiction in which it is organized. The Client, if an individual, is of legal age to be bound by this Agreement and is legally competent, and that no other person has, or will have as a result of any action of Client, any interest in or right to the Account, except as fully disclosed to Manager in the Account Agreement.

(7) The Client warrants that funds being deposited and traded have not originated from any illegal activity.

(8). The Client acknowledges that Manager is not qualified to give, and has not given, any advice with respect to the tax treatment of profits or losses in the Account.

Client Initials: _____ *EL*

**IX. RELATIONSHIP OF THE PARTIES.** Manager is an independent contractor and this Agreement shall not be deemed to establish a joint venture between Manager and the Client and nothing herein contained shall be construed as creating a general partnership or other similar

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

relationship or as authorizing any party to act as general agent or to enter into any contract or other agreement on behalf of any other party except as otherwise expressly provided herein.

X. **STANDARD OF CARE AND INDEMNITY.** The Manager shall, in carrying out its obligations under this Agreement, act honestly, in good faith and in the best interests of the Client and in connection therewith shall exercise the degree of care, diligence and skill that a reasonably prudent portfolio manager would exercise in similar circumstances. Notwithstanding the foregoing, the Client understands and agrees that the Manager does not represent and cannot guarantee performance results for the Account.

The Client understands that there are risks including various market, currency, economic, political and business risks. The Manager will not be liable, in any manner, and in no case, to the Client for any loss that the Client may suffer as a result of the Manager's decisions or actions.

The Client will hold harmless and indemnify the Manager, its directors, officers, employees and agents against any and all claims, losses, damages, liabilities and expenses which the Manager may incur if and to the extent that such loss is caused by the Client's or the Client's designees' own actions or omissions or by any inaccuracy or breach by the Client of any of the Client's representations, warranties or covenants hereunder or in the documentation associated with the Account, as the same may be updated from time to time.

XI. **TERM OF AGREEMENT.** Either party may terminate this Agreement at any time upon at least three business days' prior written notice to the other. Upon receipt of a notice of termination from the Client on verbal or written, or if Manager gives notice of termination to the Client, Manager shall work with the Client in good faith to use its best efforts to assure to the extent practicable that there is an orderly wind-down of positions in the Account. Once notice of termination is received, Manager shall liquidate all Account positions as promptly as practical.

XII. **NOTICES.** All notices or other communications shall be delivered personally or sent by registered mail, return receipt requested and shall be effective when delivered personally on the day delivered, or when given by fax or by registered or certified mail on the day of receipt. Notices intended for Manager shall be sent to the attention of Manager management and addressed to Manager trading center.

XIII. **WAIVERS AND AMENDMENTS.** None of the provisions of this Agreement may be amended or waived except by a written instrument duly executed by the party to be charged therewith. No waiver of any right or remedy or any breach of or default under any provision of this Agreement shall constitute a waiver of any other right or remedy for any breach of or default under any other provision or of any other breach of or default under the same provision.

XIV. **SERVICES NON-EXCLUSINVE; CONFIDENTIALITY.** Manager present Forex investment includes managing accounts for investors in Forex Transactions and providing advice on Forex Transactions, and Manager will be managing accounts for other clients during the same period that it is managing the Account. Manager services provided hereunder are not exclusive and Manager, its principals and affiliates shall be free to render similar services to others, and to manage other clients' accounts and to use the same or other

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

information, trading programs or formulae and trading strategies which they obtain, produce or utilize in the performance of services for the Client. The Client recognizes that the results obtained by Manager from time to time for such other accounts may be more favorable than the results obtained for the Client. The Client acknowledges that Manager may charge fees for its services for other accounts different from those charged to the Client and that trading for accounts other than the Client's Account may increase the level or competition with respect to Forex Transactions. The Client acknowledges that the advice given by Manager is the confidential property of Manager, and the Client will not disclose the same to third parties without the prior consent of Manager. The Client will use any such confidential information solely to monitor Manager performance on behalf of the Client. Nothing in this Agreement shall require Manager to disclose the details of its trading systems and strategies.

XV. **NO WAIVER.** No provision of this Agreement may be waived or amended unless the waiver or amendment is in writing and signed by both Clients and an authorized officer of Manager No waiver or amendment of this Agreement may be implied from any course of dealing between the parties or from any failure by Manager and its trader's right under this Agreement on any occasion or series of occasions. No oral agreements or instructions to the contrary shall be recognized or enforceable. This instrument and the attachments hereto embody the entire agreement of the parties, superseding any and all prior written and oral agreements and there are no other terms, conditions or obligations other than those contained herein.

XVI. **ASSIGNABILITY.** This Agreement shall not be assignable by Client. Any assignment by Manager to another entity shall be valid and enforceable. Manager shall also have the right to assign to any third party its right to collect and/or bring an action for any amounts owing to itunder this Agreement.

XVII. **AGREEMENT BINDING.** This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

XVIII. **MISCELLANEOUS PROVISIONS.** Whenever necessary in this Agreement and where the context admits, the singular term and related pronoun shall include the plural and vice-versa, and the masculine and neuter terms shall be interchangeable. The section headings contained herein are for reference purposes only and shall not in any way affect the meaning or interpretation of this Agreement. Any captions appearing in this Agreement are inserted as a matter of convenience and for reference only and shall not define, limit, or describe the scope and intent of this Agreement or any of the provisions thereof. This Agreement may be executed in counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one agreement.

XIX. **ACCEPTANCE.** The parties agree that this Agreement shall not be deemed to have been accepted or become a binding contract between Client and Manager until approved and signed by Manager. This agreement will also be signed & notarized.

*<Signature Page to Follow>*

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed and delivered as of the date first above written.

E. A.

Client's Name __ E. A. _

Date: _____6/9/2022_____

Manager:_____Centurion Capital____

Date: _____6/9/2022_____

DocuSign Envelope ID: C34197D1-6256-419E-BE4D-A32596DEDD62

## SCHEDULE A

### ACCREDITED INVESTOR SELF CERTIFICATION

I certify that I am a natural person and I am familiar with the definition of "accredited investor" as defined in Rule 501 of Regulation D of the Securities Act of 1933, as amended. I further certify that I meet the criteria to qualify as an accredited investor, in the category or categories checked below:

1. I am a director, executive officer, or general partner (collectively, "Executive") of the issuer of the securities being offered or sold, or an Executive of a general partner of that issuer.

2. My individual net worth, or joint net worth with that of my spouse (or Spousal Equivalent, as defined below), is at least $1,000,000, excluding the value of my primary residence, but including indebtedness secured by such residence in excess of the value of such residence. In calculating my net worth, I have complied with all of the following:
   o Excluded my primary residence as an asset.
   o Excluded debt secured by such residence, up to the estimated fair market value of the residence.
   o Included the amount of any increase on the debt secured by the primary residence incurred within 60 days prior to the purchase of the securities (unless related to the acquisition of the primary residence).
   o Included debt in excess of the fair market value of the primary residence.

3. My income is either: 1) as an individual, in excess of $200,000 in each of the two most recent years; or 2) jointly with my spouse or Spousal Equivalent in excess of $300,000 in each of the two most recent years. I also have a reasonable expectation of reaching the same income level in the current year.

4. I hold one or more of the following certifications:
   o Licensed General Securities Representative (Series 7)
   o Licensed Investment Adviser Representative (Series 65)
   o Licensed Private Securities Offerings Representative (Series 82)
   o Other SEC-approved certification. Specify: _____

5. I am a Knowledgeable Employee (as defined by the Investment Company Act of 1940) of a private fund.

A "Spousal Equivalent" is a cohabitant occupying a relationship generally equivalent to that of a spouse.

By signing this document, I certify that I meet at least one of the above criteria for accredited investors

Signed: _E. A._   (DocuSigned by, BF3B95CCAAFF48F)

Name _E. A._

Date: _6/9/2022_

Address: Redacted

City: Austin

State, Zip: Texas 78734

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

## FOREX ACCOUNT MANAGEMENT AGREEMENT

This agreement is made between CENTURION CAPITAL GROUP INC referred to as,
("Manager") and, _____ Redacted _____ (hereinafter referred to as "Client(s)") this
day of __9/29/2022__ .

**WHEREAS**, the Client desires and is permitted to engage in speculative trading in over-the-
counter foreign exchange market.

**WHEREAS**, the Client represents that he has speculative capital for the principal purpose of
trading in Forex Transactions and has been informed and is fully cognizant of the possible high
risks associated with such investments. As used in this Agreement, "Forex Transaction" shall
mean any transaction involving the purchase and sale of foreign currencies in the inter-bank
market.

**WHEREAS**, the Client desires to have Manager apply an Expert Advisor Trading Bot to the
Clients Funds.

**NOW THEREFORE**, in consideration of the above recitals, and other good and valuable
consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as
follows:

**I. CLIENT TRADING ACCOUNT**. Client will open a Foreign Exchange trading account ("the
Account") with Manager with an initial deposit ($ __1,200,000__ ) U.S. dollars
using one of our prime brokerage partners, provided you agree to the terms and condition
implemented by the broker upon opening an account. The initial deposit, subsequent deposits
and withdrawals from the Account, and all transactions effected in the Account shall be subject
to this Foreign Exchange Management Agreement. Customer may add to the case balance of the
Account at any time. Client agrees to give Manager at least 15 days prior notice before
de/allocating any funds from the Account and withdrawing funds from the Account. All
provisions of the Client Agreement between Manager and Client shall remain in full force and
effect and shall control.

**II. AUTHORIZATION OF MANAGERS**. Client authorizes Manager and Manager's Trading
System to enter orders on behalf of the Account. Client's agrees to execute a Limited Trading
Authorization and Power of Attorney with one of our prime brokerage partners authorizing
Manager the authority to transact Foreign Transactions in Client's Account. Manager shall have
discretionary authority to make all trading decisions for the Account without prior consultation
with Client and/or without prior notice or approval from Client with respect to such trading
decision. Client will not enter any orders in the Account and will not authorize or permit any
other person to do so unless such person is appointed by Manager as traders. All Forex
Transactions that are entered by the Manager may be entered in the Manager's sole discretion,
without prior notice to, or consent of, the Client.

A Manager shall have the power and authority to:
**A.** issue instructions to purchase or sell or otherwise deal in Forex Transactions for the account
and risk, and in the name of, the Client;

**EXHIBIT**

**309**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

**B.** purchase from or sell to our brokerage partner the specified foreign currencies for the account and risk, and in the name of, the Client; and

**C.** generally perform any other act incidental to the foregoing; provided, however, that such authority shall not include the power to order any payment, in U.S. dollars, any foreign currency, or otherwise, to the Manager not otherwise agreed to herein.

**III. TRADING STRATEGY**. In managing the Account, Manager agrees to use its best judgment and efforts for the Client's benefit. However, the parties agree that the Client shall bear all risk of gain or loss in the Account and all expenses of the Account. Manager and client shall share a 60/40 split of profits on the account . Any losses on initial investment are are at clients risk.

**IV. REPORTS & RECORDS**. Manager shall furnish to the Clients an investor Password to oversee the account, which includes reports detailing all transactions either profits or losses as defined below experienced by the Assets under Management.

**V. COMPENSATION**. Manager shall receive a performance fee of 40 % based on Net Asset Value above the high water mark of the capital be calculated for each month. We employ high watermark calculation to determine each subsequent fee. If the next billing period arrives and you have not profited above your previous watermark, you will not be billed until that watermark is breached. We do not calculate swap, taxes or commission when determining your fees.

**VI. RISKS and RISK DISCLOSURE**. All Forex Transactions directed by the traders hereunder shall be in the name and for the account and risk of the Clients. The Client understands and acknowledges that Forex Transactions involve conflicts and a substantial risk of loss, including potential loss of all funds, due to, among other factors, the fact that such transactions are executed through Manager; that Forex Transactions generally are not regulated by banking authorities or other regulatory agencies; that trading in Forex Transactions may be highly illiquid and an unusually wide spread may exist between the price at which a counterparty is willing to purchase and sell particular foreign currencies; and that credit controls may be imposed by governmental authorities or other actions taken by governmental authorities which may significantly increase for the risk of loss to the Client or affect the ability of any party to fulfill its obligations to the Client. The Client further acknowledges that Manager makes no guarantee whatsoever that the Forex Transactions contemplated hereunder will be profitable or will not result in losses. If broker Traders Domain which is the one we use which is unregulated by the United States company, closes down, Manager will not be held responsible for that. Manager is only held responsible for the money when it purchases & sells foreign currencies.

Client Initials: _____

**VII. CONFLICT OF INTEREST**. (a) Manager and its traders may manage the accounts of clients. If Manager and traders place the same or similar orders at or about the same time for its client's accounts, all such accounts may compete for the same or similar positions and, depending upon whose order is placed first, the difference in timing may result in some accounts receiving better prices than other accounts. (b) In addition, Manager and the traders may have a

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

conflict of interest in rendering advice to Client because the financial benefit from managing other client's accounts may be greater, which may provide an incentive to favor such other accounts. While Manager and the traders might have an incentive to favor another client over Client, neither Manager nor the traders will knowingly do so. (c) A potential conflict of interest exists in that Manager profits due to commission generated by trading volume.

## VIII. REPRESENTATIONS AND WARRANTIES.

(a) Manager represents and warrants the following to the Client:

(1) Manager is a group of retail traders in the name of Manager.

(2) Manager has the power to execute and deliver this Agreement and any other documentation relating to this Agreement and to perform its obligations under this Agreement and has taken all necessary action to authorize such execution, delivery and performance. Such execution, delivery and performance do not violate or conflict with any law applicable to Manager or any order or judgment of any court or other governmental agency, or any contractual restriction binding on or affecting Manager.

(b) The Client represents and warrants the following to Manager

(1) The Client is aware of the highly speculative nature of, and risks of loss inherent in, Forex Transactions and is financially capable of engaging in such trading.

(2) The Client has significant additional assets beyond the value of the Account and any funds that may in the future be committed to the Account. Further, Clients represents and warrants that he is financially able to accept the risks of Forex Transactions and to bear the loss of the funds deposited in the Account.

(3) The Client acknowledges that it, and not Manager or the traders, is responsible for making any and all margin payments and paying all commissions and other fees, costs, and expenses charged to the Account.

(4) The Client acknowledges that any losses from the transactions in the Account are the sole responsibility of Client and not Manager or the traders.

(5) The Client acknowledges that Manager makes no guarantee or representation that the Account will be profitable.

(6) The Client, if an entity, is duly formed under the laws of the jurisdiction in which it is organized. The Client, if an individual, is of legal age to be bound by this Agreement and is legally competent, and that no other person has, or will have as a result of any action of Client, any interest in or right to the Account, except as fully disclosed to Manager in the Account Agreement.

(7) The Client warrants that funds being deposited and traded have not originated from any illegal activity.

(8). The Client acknowledges that Manager is not qualified to give, and has not given, any advice with respect to the tax treatment of profits or losses in the Account.

Client Initials: _____

**IX. RELATIONSHIP OF THE PARTIES.** Manager is an independent contractor and this Agreement shall not be deemed to establish a joint venture between Manager and the Client and nothing herein contained shall be construed as creating a general partnership or other similar

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

relationship or as authorizing any party to act as general agent or to enter into any contract or other agreement on behalf of any other party except as otherwise expressly provided herein.

X. **STANDARD OF CARE AND INDEMNITY.** The Manager shall, in carrying out its obligations under this Agreement, act honestly, in good faith and in the best interests of the Client and in connection therewith shall exercise the degree of care, diligence and skill that a reasonably prudent portfolio manager would exercise in similar circumstances. Notwithstanding the foregoing, the Client understands and agrees that the Manager does not represent and cannot guarantee performance results for the Account.

The Client understands that there are risks including various market, currency, economic, political and business risks. The Manager will not be liable, in any manner, and in no case, to the Client for any loss that the Client may suffer as a result of the Manager's decisions or actions.

The Client will hold harmless and indemnify the Manager, its directors, officers, employees and agents against any and all claims, losses, damages, liabilities and expenses which the Manager may incur if and to the extent that such loss is caused by the Client's or the Client's designees' own actions or omissions or by any inaccuracy or breach by the Client of any of the Client's representations, warranties or covenants hereunder or in the documentation associated with the Account, as the same may be updated from time to time.

XI. **TERM OF AGREEMENT.** Either party may terminate this Agreement at any time upon at least three business days' prior written notice to the other. Upon receipt of a notice of termination from the Client on verbal or written, or if Manager gives notice of termination to the Client, Manager shall work with the Client in good faith to use its best efforts to assure to the extent practicable that there is an orderly wind-down of positions in the Account. Once notice of termination is received, Manager shall liquidate all Account positions as promptly as practical.

XII. **NOTICES.** All notices or other communications shall be delivered personally or sent by registered mail, return receipt requested and shall be effective when delivered personally on the day delivered, or when given by fax or by registered or certified mail on the day of receipt. Notices intended for Manager shall be sent to the attention of Manager management and addressed to Manager trading center.

XIII. **WAIVERS AND AMENDMENTS.** None of the provisions of this Agreement may be amended or waived except by a written instrument duly executed by the party to be charged therewith. No waiver of any right or remedy or any breach of or default under any provision of this Agreement shall constitute a waiver of any other right or remedy for any breach of or default under any other provision or of any other breach of or default under the same provision.

XIV. **SERVICES NON-EXCLUSINVE; CONFIDENTIALITY.** Manager present Forex investment includes managing accounts for investors in Forex Transactions and providing advice on Forex Transactions, and Manager will be managing accounts for other clients during the same period that it is managing the Account. Manager services provided hereunder are not exclusive and Manager, its principals and affiliates shall be free to render similar services to others, and to manage other clients' accounts and to use the same or other

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

information, trading programs or formulae and trading strategies which they obtain, produce or utilize in the performance of services for the Client. The Client recognizes that the results obtained by Manager from time to time for such other accounts may be more favorable than the results obtained for the Client. The Client acknowledges that Manager may charge fees for its services for other accounts different from those charged to the Client and that trading for accounts other than the Client's Account may increase the level or competition with respect to Forex Transactions. The Client acknowledges that the advice given by Manager is the confidential property of Manager, and the Client will not disclose the same to third parties without the prior consent of Manager. The Client will use any such confidential information solely to monitor Manager performance on behalf of the Client. Nothing in this Agreement shall require Manager to disclose the details of its trading systems and strategies.

XV. **NO WAIVER.** No provision of this Agreement may be waived or amended unless the waiver or amendment is in writing and signed by both Clients and an authorized officer of Manager No waiver or amendment of this Agreement may be implied from any course of dealing between the parties or from any failure by Manager and its trader's right under this Agreement on any occasion or series of occasions. No oral agreements or instructions to the contrary shall be recognized or enforceable. This instrument and the attachments hereto embody the entire agreement of the parties, superseding any and all prior written and oral agreements and there are no other terms, conditions or obligations other than those contained herein.

XVI. **ASSIGNABILITY.** This Agreement shall not be assignable by Client. Any assignment by Manager to another entity shall be valid and enforceable. Manager shall also have the right to assign to any third party its right to collect and/or bring an action for any amounts owing to itunder this Agreement.

XVII. **AGREEMENT BINDING.** This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto.

XVIII. **MISCELLANEOUS PROVISIONS.** Whenever necessary in this Agreement and where the context admits, the singular term and related pronoun shall include the plural and vice-versa, and the masculine and neuter terms shall be interchangeable. The section headings contained herein are for reference purposes only and shall not in any way affect the meaning or interpretation of this Agreement. Any captions appearing in this Agreement are inserted as a matter of convenience and for reference only and shall not define, limit, or describe the scope and intent of this Agreement or any of the provisions thereof. This Agreement may be executed in counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one agreement.

XIX. **ACCEPTANCE.** The parties agree that this Agreement shall not be deemed to have been accepted or become a binding contract between Client and Manager until approved and signed by Manager. This agreement will also be signed & notarized.

<Signature Page to Follow>

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed and delivered as of the date first above written.

Client's Name _____ Redacted _____

Date: _____ 9/29/2022 _____

Manager: _____ Centurion Capital _____

Date: _____ 9/29/2022 _____

DocuSign Envelope ID: AAC1CCE1-939F-45B3-96E0-09E4A2AB1EA5

## SCHEDULE A

### ACCREDITED INVESTOR SELF CERTIFICATION

I certify that I am a natural person and I am familiar with the definition of "accredited investor" as defined in Rule 501 of Regulation D of the Securities Act of 1933, as amended. I further certify that I meet the criteria to qualify as an accredited investor, in the category or categories checked below:

1. I am a director, executive officer, or general partner (collectively, "Executive") of the issuer of the securities being offered or sold, or an Executive of a general partner of that issuer.

2. My individual net worth, or joint net worth with that of my spouse (or Spousal Equivalent, as defined below), is at least $1,000,000, excluding the value of my primary residence, but including indebtedness secured by such residence in excess of the value of such residence. In calculating my net worth, I have complied with all of the following:
   - Excluded my primary residence as an asset.
   - Excluded debt secured by such residence, up to the estimated fair market value of the residence.
   - Included the amount of any increase on the debt secured by the primary residence incurred within 60 days prior to the purchase of the securities (unless related to the acquisition of the primary residence).
   - Included debt in excess of the fair market value of the primary residence.

3. My income is either: 1) as an individual, in excess of $200,000 in each of the two most recent years; or 2) jointly with my spouse or Spousal Equivalent in excess of $300,000 in each of the two most recent years. I also have a reasonable expectation of reaching the same income level in the current year.

4. I hold one or more of the following certifications:
   - Licensed General Securities Representative (Series 7)
   - Licensed Investment Adviser Representative (Series 65)
   - Licensed Private Securities Offerings Representative (Series 82)
   - Other SEC-approved certification. Specify: _____

5. I am a Knowledgeable Employee (as defined by the Investment Company Act of 1940) of a private fund.

A "Spousal Equivalent" is a cohabitant occupying a relationship generally equivalent to that of a spouse.

By signing this document, I certify that I meet at least one of the above criteria for accredited investors

Signed: _____    Address: ____    Redacted

Name ____ Redacted _____    City: _____ New York

Date: _____ 9/29/2022 _____    State, Zip: _____ 10009



**Wells Fargo**

**Centurion Holdings LLC**

**Account number:** Redacted**3745**

**Routing: 121000248**

**12010 Hialeah Gardens Blvd Suite 4 Hialeah Gardens FL 330**



**EXHIBIT**

310

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

| | |
|---|---|
| **From:** | Centurion Capital on behalf of Centurion Capital <centurioncapitalgroupinc@gmail.com> |
| **To:** | C. W. |
| **Subject:** | Re: C. W. new account |
| **Date:** | Monday, September 19, 2022 11:11:29 AM |

Hi C. this is Gabriel
I understand your consent with the different acc

This acc belongs to the supplier for usdt
We use him all the time you can call me at Redacted so I can explain it give you the other option which is you buying the usdt yourself

Sent from my iPhone

> On Sep 19, 2022, at 11:06 AM, C. W.
> < Redacted @fairfieldhomes.com> wrote:
>
>
> Begin forwarded message:
>
> > **From:** C. W. <Redacted@fairfieldhomesarizona.com>
> > **Date:** September 18, 2022    27:48 PM MST
> > **To:** Centurioncapitalgroupinc@gmail.com
> > **Subject:** C. W. new account
> >
> > Hello,
> >
> > Can you send me documentation that links the wire I'm sending Monday morning to Medusa jewelers to my centurion account?
> >
> > Sent from my iPhone
> >
> >
> > ------------------------
> > FAIRFIELD HOMES
> > Luxury With a View
> > ------------------------
> > Instagram
> > Facebook
> > Youtube



EXHIBIT
311

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**To:**     Traders Domain Fx LTD[support@thetradersdomain.com]
**From:**   Centurion Capital[centurioncapitalgroupinc@gmail.com]
**Sent:**   Fri 2/17/2023 4:13:43 AM (UTC)
**Subject:** INTERNAL TRANSFER

Hello TD team I hope you guys are doing well, we would like to do an internal transfer for the full account balance from our PAMM ACCOUNT # ████1891 To PAMM ACCOUNT # ████7019

Thank you.

**EXHIBIT**
312
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

**To:**       Investment account name[Centurioncapitalgroupinc@gmail.com]
**From:**     noreply@thetradersdomain.com[noreply@thetradersdomain.com]
**Sent:**     Sat 4/23/2022 12:05:25 AM (UTC)
**Subject:**  The Traders Domain | You have a new subscription

## Dear client

### You've started following a Master Account
**Invesment Account Login:** ▆▆▆▆0136
**Master Account Login:** 2060487
**Performance fee**: 50.0% from 0.00 USD
**Performance fee period:** 50.0% from 0.00 USD

**Note**: If in the future the Trader you have subscribed to Trade Copy (Master account listed in this email) increases their performance fee's your current settings will not be affected and this increase in fee would only apply to followers that subscribe to them after the change. Please review our FAQ section here for any questions you may have about the Leaderboard.

### Need help?
If you have any questions please contact us at
support@thetradersdomain.com.
Kind regards,
Support team

**EXHIBIT**
313
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**11:14**

**⇕≡**   **Positions**   Orders   Deals   🕐

**XAUUSD** sell 66.76                    -8 745.56
1708.06 → 1709.37              2022.10.07 12:26:58

**XAUUSD** sell 22.21                    -1 599.12
1708.83 → 1709.55              2022.10.07 12:27:22

**XAUUSD** sell 66.62                    -4 596.78
1709.22 → 1709.91              2022.10.07 12:27:49

**XAUUSD** sell 67.27                    -4 507.09
1709.36 → 1710.03              2022.10.07 12:28:33

**XAUUSD** sell 67                       -9 179.00
1709.27 → 1710.64              2022.10.07 12:28:52

**XAUUSD** sell 66.84                    -8 622.36
1709.64 → 1710.93              2022.10.07 12:29:31

**XAUUSD** sell 42.07                    31 804.92
1704.06 → 1696.50              2022.10.07 12:56:08

**XAUUSD** sell 44.41                    23 803.76
1701.97 → 1696.61              2022.10.07 12:57:14

**XAUUSD** sell 47.51                    -17 246.13
1695.22 → 1698.85              2022.10.07 12:59:40

**XAUUSD** sell 41.96                    -3 734.44
1701.64 → 1702.53              2022.10.07 15:10:14

Deposit                                       0.00
Profit                                    -2 621.80
Swap                                          0.00
Commission                               -3 728.60
Balance                                  -6 350.40

 Quotes    Chart    Trade    History    Settings

**EXHIBIT**

_____314_____

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



11:15

◀ Search

↕≡      **Positions**      Orders      Deals      🕐

**XAUUSD** sell 66.76                                    -8 745.56
1708.06 → 1709.37                        2022.10.07 12:26:58

**XAUUSD** sell 22.21                                    -1 599.12
1708.83 → 1709.55                        2022.10.07 12:27:22

**XAUUSD** sell 66.62                                    -4 596.78
1709.22 → 1709.91                        2022.10.07 12:27:49

**XAUUSD** sell 67.27                                    -4 507.09
1709.36 → 1710.03                        2022.10.07 12:28:33

**XAUUSD** sell 67                                       -9 179.00
1709.27 → 1710.64                        2022.10.07 12:28:52

**XAUUSD** sell 66.84                                    -8 622.36
1709.64 → 1710.93                        2022.10.07 12:29:31

**XAUUSD** sell 41.96                                     8 643.76
1707.04 → 1704.98                        2022.10.07 12:43:25

**XAUUSD** sell 42.07                                    31 804.92
1704.06 → 1696.50                        2022.10.07 12:56:08

**XAUUSD** sell 44.41                                    23 803.76
1701.97 → 1696.61                        2022.10.07 12:57:14

**XAUUSD** sell 47.51                                   -17 246.13
1695.22 → 1698.85                        2022.10.07 12:59:40

Deposit                                                      0.00
Profit                                                   9 756.40
Swap                                                         0.00
Commission                                              -3 728.60
Balance                                                  6 027.80

                    
Quotes          Chart          Trade          History          Settings

EXHIBIT

315

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

9:39

FX

+1 Redacted
For the PAMM . Jun 4, 2022

Yes 20% as mentioned is already very low as it is. Anything more would need to have substantial deposits to increase this any further which was my understanding was coming.

The communication will be strictly here and with me only.

Not sure what you mean by 'how this structure will be moving forward' as this has already been explained in depth.

I said very clearly and deliberately in the beginning that this was not to be discussed with anyone else. I trusted you to keep your word on that. Not sure who you have been conversing with things about but the name you mentioned has no relationship to our agreement what so ever.

If you guys are not comfortable with the current arrangement as mentioned I am happy to return all capital and we can dismiss this. You guys already have a deal no one else has. If you can't understand that then this will jeopardize other clients relationships and that can't be acceptable. I've already communicated to you this information not sure why you are pushing on this further          12:20 PM

**EXHIBIT**
316
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Is that you in the mclaren on 58st ?

Nahhh

Oh ok

Yoo yoo whats up fearless leader lol

Lmao wassup boy

Question. Did you find out how much credit por fin this month is due back ? Remember from the mistake last month

They did it already

Where ? And how lol

Any negative trades like these mornings they credit it

Bro i think your talking about something else.

Oh what u talking about 😂

Last month by mistake you withdrew more money then you were suppose to.

In class you told me that

EXHIBIT

317

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**EXHIBIT**

318

TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746



EXHIBIT

319

TO THE DECLARATION OF MAURA M. VIDMEYER
PURSUANT TO 28 U.S.C. § 1746

















**EXHIBIT**

321

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746



EXHIBIT

322

TO THE DECLARATION OF MAURA M. WENMEYER
PURSUANT TO 28 U.S.C. § 1746



**EXHIBIT**

323

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**EXHIBIT**

324

TO THE DECLARATION OF MAURA M. VEDMEYER
PURSUANT TO 28 U.S.C. § 1746





**EXHIBIT**

325

TO THE DECLARATION OF MAURA M. WEBMEYER
PURSUANT TO 28 U.S.C. § 1746



**EXHIBIT**

**326**

TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746





**EXHIBIT**

327

TO THE DECLARATION OF MAURA M. WENMEYER
PURSUANT TO 28 U.S.C. § 1746



‹   FX

Apr 29, 2022

**Anon**
Hey guys

just an update from my side, we submitted some stuff for another corporation director change and we just got the response that they now require another list of documents that they didnt before. This was unforeseen as we discussed before things like this could come up. This would change the price of the invoice for the director change

Things that are new that they require are:

"a proof of source of funds, 3k EURO minimum balance in account and document notarized;
- reference letter from attorney, notary or bank,;
- notarised copy of second  ID (national ID card, driving license or equivalent)."

I will be speaking with lawyers today and this weekend to get an update on the costs of that list of items

Once I have that ill let you know
9:34 AM

EXHIBIT

328

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746







**Alex Santi**
@Anon we got any calls to see how back office works ?    3:41 PM

May 10, 2022

**Anon**
I have not received the full amount for the invoice, once that is received that can begin    9:44 AM

**Alex Santi**
Ok just spoke to Archie his money is still on hold but he'll get it from other funds . should have that to you by tomorrow

**Anon**
I have not received the full amount for the invoice, once that is received that c...

however process has started for the broker correct ? since the 33k we sent    11:03 AM

**Anon**

**Alex Santi**
however process has started for the broker correct ? since the 33k we sent

Yes this was only for the director payment    11:04 AM

**EXHIBIT**
329

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746



**FX**

**May 10, 2022**

**Alex Santi**
Whats the remaining balance dave

We want to prioritize learning as much as possible before the broker is rolling , so we want to pay this asap
11:06 AM

**Anon**
75k I believe   11:06 AM

**May 11, 2022**

**Alex Santi**
@Anon  send me the wallet address for the 75k when you can please
2:47 PM

**Anon**
Okay what method will you be sending with
3:47 PM

**Alex Santi**
USDT   3:47 PM

**Anon**
Trc20 or erc20   3:47 PM

**Alex Santi**
Whichever you want   3:48 PM

**Anon**
okay TRC 20   5:02 PM





**EXHIBIT**

__330__

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



FX

**A** bot we want to see how we go about it
Apr 18, 2022
12:36 PM

**Gabe Beltran**
**G** I'm good when ever   4:49 PM

Likewise   4:49 PM

**Gabe Beltran**
I have some questions as well   4:49 PM

**G** @Anon   5:28 PM

**Anon**
**Alex Santi**
We got a couple million ready for the bot we want to see how we go about it
Are you looking to deploy this now or when your brokerage is finished?
**A**
8:18 PM

**Gabe Beltran**
Hi Dave how are you

The idea is to deploy now on TD while we get set up

To not waist time

If posible

**G** Then merge this acc's to [Redacted]
8:19 PM

**Anon**
Okay, what was th[...] ount and what



**EXHIBIT**

331

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Apr 27, 2022

Apr 28, 2022

**Gabe Beltran**
@Anon  when will you available for us to get some question out of the way with the algo                      7:37 PM

**Anon**
Which questions were you guys looking to speak about      7:38 PM

**Alex Santi**
How to set up
Comissions fees on the IB
And how can we automate our withdrawals for our part of the 50% we charge clients                      7:39 PM

**Gabe Beltran**
The process to stay organized and deal with withdraws

Also how to set up affiliate commission
                                                 7:40 PM

**Anon**
I will have some time this weekend either Saturday or Sunday afternoon if that works                      7:42 PM

**Alex Santi**
Sounds good      7:57 PM

Apr 29, 2022

EXHIBIT
332
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**FX**

reviewing your corporation and then wil...

Apr 30, 2022

Awesome !

10:56 AM

What's up Dave,

The Accts got charged 50% just wanted to let you know.

Also are you good tomorrow for a call to talk about the setup . A lot of moving pieces on our end . Lol a lot of peeps .

8:55 PM

**Anon**
What was the arrangement again? I thought the fee was based on you guys making the multi million dollar deposits

have those come in yet?   8:56 PM

**Alex Santi**
We thought Arrangement was 20% till 2mill then we discuss other . We said it wouldn't come in at once , and the biggest deposits we want to make we are still waiting on the ERC20 percentage because the funds are coming from USD .

8:59 PM

**Anon**
Oh I think there was some confusion, the 20% was the agreement on the millions in deposits, the fee being lower then that was going to be a

EXHIBIT
333

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746





FX
Alex Santi
Apr 30, 2022
We thought Arrangement was 20% till 2mill then we discuss other . We said it wouldn't come in at once , and the biggest deposits we want to make we are still waiting on the ERC20 percentage because the funds are coming from USD .
8:59 PM
Anon
Oh I think there was some confusion, the 20% was the agreement on the millions in deposits, the fee being lower then that was going to be a discussion once the deposits arrived
9:01 PM
Alex Santi
Ok but it doesn't make any sense that till we complete its at 50% , anyone can get 50% from any branch
9:03 PM
May 1, 2022
The group call has ended · 11:03 AM
Alex Santi
Centurioncapitalgroupinc@gmail.com
11:27 AM
Anon
L. and J. 40%
11:36 AM
Hey guys just an update, the one time

**FX**

**A** Let me plan a May 11, 2022 :pth review for you guys of back end   6:55 PM

**Alex Santi**
**A** Perfect.
On a side note we currently got 1.3mill in the algo should be completing the 2m mark shortly   6:57 PM

May 12, 2022

**Anon**
Okay thanks for the update

Been sitting with the lawyers non stop getting everything organized for you guys

**A** They just flew out to Mexico City today   4:54 PM

**Gabe Beltran**
**G** Awesome 👏   4:54 PM

**Alex Santi**
**A** Awesome let's get it   5:40 PM

May 17, 2022

**Anon**
**A** Sending Zoom link now   11:00 AM

**Alex Santi**
Thought it was moved to 1pm EST can you give me 30 min dave to finish up a zoom   11:01 AM

**EXHIBIT**
**334**
TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746



FX

Anon
https://us02w  May 17, 2022
84130222410
11:59 AM

Adjusting my audio one moment
12:05 PM

-History of account, as much as we can
-Profit split of how to automate fee's from algo fee's % to FX group and then to end client
-PAMM manager overview    1:34 PM

Hey @Alex Santi @Gabe Beltran here is the myFX book for 1+ year of the algo

Forex Trading with an Edge.

Gold  Forex Trading System by Forex Trader UT1225
Forex Trading analysis and performance of Gold  by Forex Trader UT1225
www.myfxbook.com

https://www.myfxbook.com/members/
Redacted    10:44 PM

Gabe Beltran
Awesome thanks



**EXHIBIT**
335

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



**FX**

https://www.myfxbook.com/members/
Redacted  May 17, 2022          10:44 PM

**Gabe Beltran**
Awesome thanks 🙏  10:44 PM

Is this acc set up on a lower risk?

Shows 15% monthly gains  10:49 PM

**Anon**
Yes thats the conservative one

40% lower risk profile  10:49 PM

**Gabe Beltran**
Nice

Bigger acc's do that right  10:49 PM

**Anon**

This is the more aggressive one
                      10:49 PM

**Gabe Beltran**
Perfect 🙏

Thanks



**EXHIBIT**

**336**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



< ᕀ FX

**Anon**
You need to r  May 31, 2022  der the
June 2022 now

Please use June high risk to create
new accounts

Each new month it has to be
structured like this   12:21 PM

**Alex Santi**
Ok sounds good let me do that

Ok did it under there dave   12:23 PM

**Anon**
Okay, was news to me. I don't manage
this stuff normally like I said before so
I'm learning also   12:24 PM

**Alex Santi**
Can you check when u can the 200k
appear to make sure we are set at
20% when u can   12:24 PM

**Anon**
> **Alex Santi**
> Can you check when u can the 200k
> appear to make sure we are set at 20%...

Confirmed. 2,010,462 in deposits.

20% will take affect may 31st all trades
after 1:30pm and onward   12:31 PM

**EXHIBIT**
337
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



AR-000145

Hey please send the documents today so I can review and follow up to discuss

Thu, Dec 29, 4:31 PM

Hey, send me your email again please will get it out now

Redacted@ Redacted .com

It'll be sent in docusign

Okay thank you. I want to review before I sign and maybe hop on a call

Yes of course no rush at all

FILE_5291.pdf

J. T. mentioned that you guarantee at least 10% returns each month. Is that still the case?

Guarantee is a tough word lol but very confident in doing those numbers

"Guarantee" word isn't real lol but like I said I'm confident

I see, it's just something he mentioned many times so just trying to assess the risk vs reward here

What have been your historical returns here and how have the losses been historically

After broker fees & comissions & profit splits 10-12% ish

And that's per month?

00:10

EXHIBIT
338
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746



transfer by tomorrow at the absolute latest

Tue, Mar 14, 8-31 AM

I need that transfer to happen today so please make that happen. Today is the absolute last day

GM,

Will give you a call after trading session this morning.

Broker has not released the transfer yet due to all the large crypto & institutional issues that happened recently.

I put in the transfer back on the 26th of February so the fact it's taking this long is worrying. Need to push that broker to release the transfer today. Crypto is fine and it stabilized so that can't be an excuse

Yes I'm on them,

I have 8M myself waiting. The USDC was huge pause on the big exchangers and just got opened back up today.

They weren't allowing the exchange between USDC/USD as of yesterday.

Okay

I'll follow up around noon to see where we are at

Tue, Mar 14, 11:09 AM

What updates do we have

Tue, Mar 14, 2:24 PM

Following up here. Need that transfer

Nothing of solid information as of yet on a 100% time.

All they're saying is will be released when the manager comes in & gives hard deadlines which was supposed to be yesterday

Ugh this wasn't supposed to take this long. I need that transfer today

1 Reply

iMessage

EXHIBIT

339

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



comes in & gives hard deadlines which was supposed to be yesterday

Ugh this wasn't supposed to take this long. I need that transfer today

1 Reply

It seems a little weird that it's taking this long.

I could agree, I have multiple requests in for myself & clients as well.

In the crypto space looking around at other known brokers, similar situations though.

Ugh this wasn't supposed to take this long. I need that transfer today

I expressed that as well

Okay I thought this was your company though. Is it not?

Managing yes,

But still need a broker to process transactions of course inside the markets.

Yes understood. I just haven't had withdrawals take this long on my other investments and I needed this wire to hit by today. I have a payment to make on the 16th and the wire needs a day to clear

I agree 100% with this also, I personally think we just got caught at a bad time for processing.

But still need urgency regardless

So what's the game plan here since we need to solve this

Tue, Mar 14, 5:45 PM

How long have you been waiting for your funds?

Call me please

iMessage



AR-000145

We will lose trades of course but not much of capital

Please call me really quick. Just want to confirm some things

Fri, Dec 30, 9:22 AM

How does the onboarding work?

Fri, Dec 30, 1:21 PM

Go Long Investments LLC
Comerica Web Banking
Routing : 111000753
Acct : [redacted]6339

Bank Address : 23330 Westheimer Pkwy
Katy, TX 77494
United States

Tue, Jan 3, 12:55 PM

Hey I just wired you the 100k. Let's get the onboarding started. Also, as I mentioned, prove to me that this works and I'll add more

Call me when you can

Tue, Jan 3, 6:01 PM

Call me when you can

Wed, Jan 4, 8:38 AM

What's your email?

arch@glfxacademy.com

Just sent!

Wed, Jan 4, 5:23 PM

Hey, will get these thing scanned back to you!

Also wanted to let you know the funds are now in transit for onboarding!

00:35

EXHIBIT
340
TO THE DECLARATION OF MAURA M. VIEHMEYER PURSUANT TO 28 U.S.C. § 1746



What's your email?

a\*ch@glfxacademy.com

Just sent!

Wed, Jan 4, 6:23 PM

Hey, will get these thing scanned back to you!

Also wanted to let you know the funds are now in transit for onboarding!

Send me the email you'd like to use for you portal

Redacted @gmail.com

Thu, Jan 6, 1:16 PM

Hey touching base in regards to the portal login

Thu, Jan 6, 3:19 PM

Hey, yes I can send the portal login funds will not be available for trading until probably Monday

Due to the exchange

Okay sounds good

Mon, Jan 9, 7:24 AM

GM,

I will be sending over your portal login here shortly.

Everything is ready to rock & roll

Okay perfect! Thank you

Mon, Jan 9, 7:54 PM

Hey let me know when you can send the login

Mon, Jan 9, 9:20 PM

Hey,

iMessage





**EXHIBIT**

341

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Cool, will le[ Sep 12, 2022 ]en received then will provide login info! 10:47 AM

https://etherscan.io/tx/
Redacted
Redacted    8050

Thank you  10:47 AM

Received, making acct now  10:57 AM

Login: Redacted003
Password: Redacted
Trading Server: TradersDomainFx
12:49 PM





**EXHIBIT**

342

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746



**EXHIBIT**

343

TO THE DECLARATION OF MAURA M. WEHMEYER
PURSUANT TO 28 U.S.C. § 1746



T T Redacted @

T Redacted  Oct 7, 2022

I have a few questions for you too when you have a minute for a call

Cool, leaving rockets game . How's in the AM work?  9:37 PM

Ok 👍 9:37 PM

T Redacted

It's not on the App Store he says

Does he not have the app already?  9:37 PM

No he's new

Not my bf  9:37 PM

Ah gotcha, hmmm let me think here

I can put him in my portal database to track his gains but he won't have trade details just the % of the acct that was made for that day  9:38 PM

Whatever he could keep track of

Like the app  9:39 PM

Yeah I have a portal, not app yet until 3-4 weeks  9:42 PM

Message



**FX**

A  Okay noted  10:23 AM

**Aug 4, 2022**

**Gabe Beltran**
G  That's great news 🤘  10:25 AM

**Anon**
Hey guys whats going on with the withdrawals

A  we discussed this  2:22 PM

**Alex Santi**
A  What's going on ?  2:23 PM

**Anon**
Withdrawals were discussed as once per month and set amounts

I am told you guys are requesting
A  many withdrawals consitently  2:23 PM

**Alex Santi**
Because of the double charge this month of the correction of july , we told alot of clients to hold off on withdrawals till we figured it out .

But our withdrawals are very minimal their less than 200k

A  @QB are you withdrawing anything on your side ?  2:25 PM

**EXHIBIT**

**344**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



FX

your side ?                                                2:25 PM

Aug 4, 2022

**Anon**
As long as you guys know these dont get processed instantly its typically 20 days                                          2:25 PM

**Alex Santi**
All of our withdrawals where done 3 days ago.                                              2:26 PM

**Anon**
Okay these wont be processed any time soon so just note that.     2:26 PM

**Alex Santi**
Do you have a specific withdrawal you can tell us about ?               2:27 PM

**Anon**
I wasnt informed details

I was just told you guys are requesting alot

which wasnt our agreement       2:27 PM

**Alex Santi**
Negative . Me and gabe have over 5 million and withdrawals where less than the 500k agred

Let me reach out to Arch .       2:28 PM



**FX**

Aug 4, 2022

**Anon**
Im just reaching out with what I was told

no idea the details. I havent heard from Archie in days                    2:28 PM

**Alex Santi**
Ok I'll look into it once i get to my computer @Anon                    2:29 PM
👍

**Anon**
Sounds good   2:34 PM

Yo, Signal is wack by the way !

So Dave question bro, if we have 10M inside you're saying we can only withdraw up to 5% of that each month ?

I think that's kinda low considering the high returns….that mean each client can only pull a very small % of their funds each month .

So realistically are they EVER entitled to their funds or there will be an issue when they want to liquidate their accts for whatever "emergency reasoning"
2:46 PM



**FX**

Aug 4, 2022    2:46 PM

**Anon**
You can make as many withdrawals as you want

This is not an ATM, just set expectations that they won't be processed right away

You are in the highest levels of finance. Hedge funds... the best ones lock funds including profits for months/ sometimes years

I made this clear since before we started. You can process withdrawals they just won't be right away.

And as far as emergency liquidation that's not my issue that's yours.

Your job is to set expectations with your clients. I explained crystal clear since day one that withdrawals will not be treated like an atm    2:52 PM

Yes sir, so 500k limit regardless of the dollar in deposits correct?    2:53 PM





[redacted]
FX
Aug 4, 2022
Alex Santi
@Anon is there a limit like 500k on withdrawals? And if they are processed once a month are they processed instantly like usual ?
2:56 PM
A
Anon
They are in queue
You guys can request whatever withdrawals you want, they will just be processed in a queue
So just set expectations that they can take 20 days to a month to process
All withdrawals will be processed
Just don't expect fast turn around
2:58 PM
A
Alex Santi
Got it got it , im just asking to make sure we follow what you recommend . So there is no hard limit but what your saying is dont process 100 withdrawals
3:00 PM
A

They said they're still processing all transactions prior to 35xxx and they're doing around 500 transactions each day.

Nothing exact yet. They said expect over the weekend for that.

Ok

👍

Will let you know as soon as they response with accurate info.

Fri, Mar 17, 7:13 PM

This transfer needs to happen ASAP. Seems like there keeps being excuses on their end

Sat, Mar 18, 9:58 AM

Agreed,

Biggest concern that I have is the exchanger & liquidity providers.

So you're saying there's a chance we won't get the funds? There's no way

No not at all, theres no doubt in my mind .

I'm saying that's my main concern as far as delays

Oh okay

Tue, Mar 21, 12:52 PM

Any update

Tue, Mar 21, 5:04 PM

Yes actually,

ALL 35xx forward will be out this week what they're saying.

Following ETA stated from them is a week after everything covered.

They released a newsletter stating a bigger company

Message

EXHIBIT
345

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



7:03   ◀ TELEGRAM   📶 🛜 🔋

‹ Back   **The Traders Domain Official Co...** 🔇
        2,578 members, 264 online

**Pinned Message #13**
Those potential claims are between the 2 parties and...

👍 49   ❤️ 27   February 4   🏆 4   👏 2
                                    10:33 AM

All relationships we have with various
partners are long standing ones and they are
well aware of our current situation and
support us.  They have dealt with the same
people as well

**TS**   👍 37   ❤️ 12   🔥 4
                            10:36 AM

Jason C 🔰                          admin
Hello Ted,

Fwd:

Can you fwd...

With all the FUD outside, Are there any legal
problems that can hurt us investors and/or
withdrawals? Or what is the risk

**JC**   👍 29   ❤️ 1
                    10:39 AM

T S                          Uncle Ted
There are not any legal issues facing the
organization.  It is an international
organization.  Everyone who entered, entered
in on their own free will.  There are clear
disclosures on the site and people who
misrepresented or acted inappropriately are
the ones that will have potential challenges.

👍 38   ❤️ 3   🤝 1
                    11:11 AM

Those potential claims are between the 2
parties and not Traders Domain.  The
**TS**   brokerage did not once solicit or advertise
any opportunity.  There was no claims made   ⌄

Sending messages is not allowed in this group.
                                    YAS 009048

**EXHIBIT**
**347**
TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

7:03 ◢ TELEGRAM

**‹ Back** **The Traders Domain Official Co...** 
2,578 members, 264 online

Pinned Message #16
I will continue to provide updates and answer questio...

brokerage did not once solicit or advertise any opportunity. There was no claims made to entice any participants. All participants had clear control over their funds and if there are statements to the contrary that once again has onus on the parties not on Traders Domain. People can be angry as much as they want but that is the legal standpoint.

👍 43   ❤️ 1   🤍 1                    11:14 AM

But all this will be removed when all transfers are caught up

❤️ 35   👍 14   🏆 6                    11:16 AM

Once again this is not to steer conversations or opinions its to present logical discussion instead of emotional ones

👍 31   ❤️ 10   💯 3   🔥 2   👏 2       11:17 AM

I will continue to provide updates and answer questions. Staff are working over the weekend on inquiries as well

❤️ 28   👍 13   👏 1                    11:20 AM

Normally there is no activity until Sunday evening but I have requested things to continue

**TS**   👏 45   👍 15   ❤️ 11   🔥 4   11:21 AM

The Traders Domain Official Community Chat investor
**Amazing work Ted**

Please continue moving this along in the right direction

👍 53   🙏 9   ❤️ 3   😊 1   💯 1

Sending messages is not allowed in this group.

YAS 009049

7:08

◀ TELEGRAM

**The Traders Domain Official Co...** 🔇
2,578 members, 272 online

**‹ Back**

Pinned Message #15
The information is posted

JC                                                    8:31 AM

**T S**                                          Uncle Ted
TD has never been that.  People assume that
because transactions have slowed down.
There are also a lot of people that were
introduced to this platform and misled. I hear
stories everyday.  So that adds to the
problem

❤️ 24    👍 14    👎 7    🤔 5    💯 4

😄 2    🙏 1    🌭 1                                8:36 AM

Traders Domain is a retail forex broker. It is
not an investment, it is not a fund.  Anyone
has access to the site. There have never been
restrictions or minimums.   This is a big part
of mis information.

👍 23    ❤️ 8    👎 5    💔 1                      8:38 AM

**Jason C** 🏷️                                  admin
Ok I just had to address the elephant in the
room and kill the noise before it got worse.

👍 11    🙏 2                                      8:39 AM

The Traders Domain Official Commu...  Quality Control
│ **T S**
│ Please remember I dont control money or withdrawals
Would it be possible to have an audience with
the person/team member who does? People
are looking for direct answers and we
understand you arent able to provide them
since you are not managing this part of TD.

👍 31    🔥 1                                      8:39 AM

**Jason C** 🏷️                                  admin

Sending messages is not allowed in this group.

YAS 009128

EXHIBIT
348

TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

7:01

◢ TELEGRAM

**The Traders Domain Official Co...** 🔇
2,578 members, 256 online

< Back

Pinned Message #10
Have they gave any clarity on when that can happen...

**JC** 👍 6                              1:12 PM

**T S**                              Uncle Ted
Everytime I provide information and it changes it reduces the credibility of my statement. I don't think that is fair to everyone

👍 16                              1:13 PM

Its not the answer people want to hear but I am being honest

👍 8                              1:13 PM

And people are welcome to digest that statement the way they want

**TS** 👍 6   ❤️ 1                              1:13 PM

**Jason C** 🗡️                              admin
Right but something tentative worst case just so we have an idea is needed? Again to be clear we won't hold you to it. But just so people can kind of prepare themselves.

**JC** 👍 3   👎 1                              ↩ 1 1:14 PM

**T S**                              Uncle Ted
I stated from day 1 this platform was always built to help the retail trader. I will ensure everyone gets paid. I don't allow a few to ruin it for 1000s

**TS** 👍 29   ❤️ 17   🙏 5   👏 3                              1:15 PM

**Jason C** 🗡️                              admin
Thank you for that. We appreciate it.

**JC** 👍 8   ❤️ 2   👎 1

Sending messages is not allowed in this group.

YAS 009013

**EXHIBIT**
**349**

TO THE DECLARATION OF MAURA M. WENMEYER
PURSUANT TO 28 U.S.C. § 1746

7:00



**The Traders Domain Official Co...**
2,578 members, 256 online

‹ Back

**Pinned Message #17**
Once again just a reminder that there are over 53,00...

https://etherscan.io/tx/
0xeaea0c940b0799077495631cd17b3955af
c42b235f858937694e0ca7ad60580d

**Ethereum (ETH) Blockchain Explorer**
**Ethereum Transaction Hash (Txhash)**
**Details | Etherscan**
Ethereum (ETH) detailed transaction
info for txhash
0xeaea0c940b0799077495631cd17b3955afc42b
235f858937694e0ca7ad60580d. The transaction
status, block confirmation, gas fee, Ether (ETH),
and token transfer are shown.                    11:37 AM

https://etherscan.io/tx/
0xd027b42b498a899ad73994cc30343e045
1395fa7847f811662fcb18fdd4160d4

**Ethereum (ETH) Blockchain Explorer**
**Ethereum Transaction Hash (Txhash)**
**Details | Etherscan**
Ethereum (ETH) detailed transaction
info for txhash
0xd027b42b498a899ad73994cc30343e045139
5fa7847f811662fcb18fdd4160d4. The transaction
status, block confirmation, gas fee, Ether (ETH),
and token transfer are shown.                    11:37 AM

👍 Ⓜ️

Guys I'm just posting the first few I saw.

❤️ 5    👍 2                                   11:37 AM

I have been working and I know a bunch of
people were asking for some.  I'm getting
around to it.

❤️ 10    👍 3                                  11:38 AM

**T S**                                          Uncle Ted
Once again just a reminder that there are
over 53,000 clients on TD so withdrawals are

Sending messages is not allowed in this group.

YAS 009001

**EXHIBIT**
350
TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

7:00    ◀ TELEGRAM

**‹ Back    The Traders Domain Official Co...**
2,578 members, 256 online

Pinned Message #10
And a final note. There is nothing being censored in t...

Once again just a reminder that there are over 53,000 clients on TD so withdrawals are going out daily. I know not everyone will report news here but we had transactions go out over the weekend and today as well.

👍 15    ❤️ 6    🔥 2              12:25 PM

Someone has also tried to post a bunch of material about me or TD. All that information is outdated or expired. Thank you for bringing it to my attention but I am not concerned.

👍 17    ❤️ 4              12:26 PM

And a final note. There is nothing being censored in this chat. It is being used to disseminate information and all comments or concerns are sent to TD for review and answers are provided instead of innudating the chat..makes it easier to read and people can then get information quicker

👍 27    ❤️ 4    👌 1              12:29 PM

TS

JC

Sending messages is not allowed in this group.

YAS 009002



**7:10**

✈ TELEGRAM

**‹ Back**

**The Traders Domain Official Co...** 🔇
2,578 members, 272 online

**Pinned Message**
1. Withdrawals are still ongoing daily from what I am t...

5:36 AM

**JC**   😏 12   👍 7   ❤️ 2   😄 2   😮 1

**Jason C** 🐾   admin
Ted for the people who can't log into their account if they want to close or withdrawal from their account how can they do this since they can't see anything?

**JC**   👍 25   👀 4   😄 2   🤭 1   9:50 AM

**Jason C** 🐾   admin
https://etherscan.io/tx/
0x3596db292cd8b6b7f0089b09a904ca895
10b47ae0b7b9ca661e7d59e7de888c1

**Ethereum (ETH) Blockchain Explorer**
**Ethereum Transaction Hash (Txhash) Details | Etherscan**
Ethereum (ETH) detailed transaction info for txhash 0x3596db292cd8b6b7f0089b09a904ca89510b4 7ae0b7b9ca661e7d59e7de888c1. The transaction status, block confirmation, gas fee, Ether (ETH), and token transfer are shown.   4:31 PM

**JC**   👍 31   ❤️ 7   💋 2   😘 2

March 2

**T S**   Uncle Ted
Master account generated significant profits today.  Patience please as counter party review takes place

**TS**   👍 47   🍾 20   ❤️ 16   🔥 8   💯 5
❤️‍🔥 2   😄 1   🐵 1   5:03 AM

**Jason C** 🐾   admin

Sending messages is not allowed in this group.

YAS 009171

**EXHIBIT**
**351**
TO THE DECLARATION OF MAURA M. VENMEYER
PURSUANT TO 28 U.S.C. § 1746

1   currently have in his possession, and so once we obtain

2   those, we may have further questions as they relate to

3   Algo.

4           A.      Okay.

5               MS. HARRISON:  It is currently 12:39.  I

6   don't know how long you-all think you need for lunch.

7               THE WITNESS:  Like an hour.

8               MR. REISS:  I'm thinking we can shoot for 45

9   minutes.

10               COURT REPORTER:  Should we go off the

11   record?

12               MR. REISS:  Are we off the record?

13               MS. HARRISON:  We can go off the record.

14               (Thereupon, a lunch recess was had, after

15   which the following proceedings were had:)

16               MS. HARRISON:  All right.  We are going to

17   go back on the record.

18   BY MS. HARRISON:

19           Q.      All right.  So, before we move on to

20   [Redacted], I just have a few more little things about Algo.

21           A.      Sure.

22           Q.      At any point, do you know whether the

23   algorithm was discontinued, or use of the algorithm was

24   discontinued?

25           A.      In October of 2021, that is when, it's my

EXHIBIT
352
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Page 105

1   understanding, that Mr. Herman and Collazo met with

2   Ted Safranko.

3             At that -- because of market conditions,

4   there were some losses around that time using the

5   algorithm.  At that same time Safranko indicated to them

6   that they could use, provided there was agreement with the

7   investors, what he described as his gold standard, or

8   something to that effect, and at that point, then Algo

9   migrated to that standard, and investors at that time

10  could withdraw if they did not wish to continue their

11  investments not using the Algo's algorithm, but rather the

12  Ted Safranko special standard that he represented was

13  yielding very high returns.

14        Q.    And so the customers were notified of the

15  switch?

16        A.    It's my understanding that they had the

17  option at that time to remove their -- to withdraw if they

18  chose not to follow the change.

19        Q.    But how did the customers know what was

20  going on?

21        A.    They would have received emails.

22        Q.    So an email would have gone out from Algo

23  saying we're changing the strategy here, and we're going

24  to start using this standard instead of our algorithm?

25        A.    I'm not 100 percent sure if there were

## Release Number 8555-22

## CFTC Adds 34 Unregistered Foreign Entities to RED List

### The Registration Deficient List (RED List) New Additions Bring Total to Just Over 200

July 14, 2022

Washington, D.C. — As part of the Commodity Futures Trading Commission's ongoing efforts to protect Americans from fraud, today the CFTC added another 34 unregistered foreign entities to its Registration Deficient List (RED List).  Launched in 2015, CFTC's RED List now has 202 entities. [See CFTC Press Release No. 7224-15 (https://www.cftc.gov/PressRoom/PressReleases/7224-15)]

A firm is added to the RED List when the CFTC determines, from investigative leads and public inquiries, that it is not registered with the Commission and appears to be acting in a capacity that requires registration, such as trading binary options, foreign currency (forex), or other products. The Commodity Exchange Act generally requires intermediaries in the derivatives industry to register with the CFTC. An "intermediary" is a person or firm that acts on behalf of another person in connection with trading futures, swaps, or options. Depending on the nature of its activities, an intermediary may also be subject to various financial, disclosure, reporting, and recordkeeping requirements. There are some exceptions or exemptions where an intermediary does not require registration.

The RED List is circulated to financial industry partners, including other regulators, consumer groups, industry participants, self-regulatory organizations, exchanges, and industry associations. It complements registration information the National Futures Association (NFA) provides.

The 34 new foreign entities added to the RED List are:

| New Entities | |
|---|---|
| **Algobit, Ltd.**<br>octavetrade.com | **Cent Projects, Ltd.**<br>dynamicsfxtrade.com |
| **Alla Capital Inc.**<br>allacapital.com | **CloseOption**<br>closeoption.com |
| **B.O TradeFinancials**<br>Cryptospherefx.com | **CryptoBO**<br>cryptobo.com |
| **Bitpay Options**<br>bitpayoptions.com | **CryptoSphereFX**<br>Cryptospherefx.com |
| **Bluegate Financial Services**<br>bluegatefinancialservices.com | **DestroFX**<br>Destrofx.com |
| **Capital Forex Trade**<br>www.octavetrade.co | **Direct Cryptos**<br>directcryptos.com |
| **Capital Trading Hub**<br>Capitaltradinghub.com | **Dynamics FX Trade**<br>dynamicsfxtrade.com |
| **Capitalone Trade**<br>Capitaltradinghub.com | **Expirex Trade**<br>Empiretrades.com |
| **FXBrew**<br>fxbrew.com | **QuickFXTrade**<br>quickfxtrade.com |
| **FX Optimax**<br>fxoptimax.com | **Renesource Capital**<br>Renesource.com |
| **FX-Cryptex**<br>fx-cryptex.com | **SageFX**<br>sagefx.com |
| **HankoTrade**<br>hankotrade.com | **StockInvestmentfx**<br>stockinvestmentfx.com |
| **IQFXTrade**<br>iqfxtrade.com | **Swissglobaltrade.org**<br>swissglobaltrade.org |
| **Menne Market Ltd.**<br>mennemarkets.com | **The Traders Domain**<br>thetradersdomain.com |
| **Octave Trade**<br>www.octavetrade.com | **Tifu Global Limited**<br>TiFuforex.com |
| **Pocketoption**<br>pocketoption.com | **TradingDeskFX**<br>tradingdeskfx.com |
| **Prime Crypto FX**<br>primecryptofx.com | **Wolves Trade FX**<br>wolvestradefx.com |

[See the complete list at RED List (https://www.cftc.gov/LearnAndProtect/Resources/Check/redlist.htm).]



EXHIBIT
353

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

The Division of Enforcement staff members responsible for compiling the RED List are Erica Bodin, Michelle Bougas, and Rick Glaser. CFTC's Office of Customer Education and Outreach produces and helps promote the online list.

* * * * *

**Binary Options Customer Alert and Fraud Advisories**

The CFTC and the U.S. Securities and Exchange Commission have issued a Binary Options Consumer Alert (https://www.cftc.gov/LearnAndProtect/AdvisoriesAndArticles/fraudadv_binaryoptions.html) to warn about fraudulent schemes involving binary options and their trading platforms. The alert warns customers that the perpetrators of these unlawful schemes typically refuse to credit customer accounts, deny fund reimbursement, commit identity theft, and manipulate software to generate losing trades. The CFTC also has issued several customer protection Fraud Advisories (https://www.cftc.gov/LearnAndProtect/AdvisoriesAndArticles/index.htm) that provide the warning signs of fraud, including a Forex Fraud Advisory (https://www.cftc.gov/LearnAndProtect/AdvisoriesAndArticles/fraudadv_forex.html).

The CFTC also strongly urges the public to verify a company's registration with the Commission before committing funds. If unregistered, a customer should be wary of providing funds to that entity.

A company's registration status can be found using NFA BASIC (http://www.nfa.futures.org/basicnet).

Customers can report suspicious activities or information, such as possible violations of commodity trading laws, to the CFTC Division of Enforcement via a Toll-Free Hotline 866-FON-CFTC (866-366-2382) or file a tip or complaint (https://www.cftc.gov/ConsumerProtection/FileaTiporComplaint/index.htm) online.

-CFTC-



Confirm withdrawal   Home   Open Account   Login   Affiliate   FAQ   Contact

Trade FX and CFD's on Indices, Crypto and Commodities
with the best trading technology experience

Open live account

## Welcome to Trubluefx

The Trubluefx accounts are designed to be simple, straightforward accounts for customers who know what they want and how they want to get it. These accounts come with everything you need to start trading Forex Spot, Indices, Commodities and Crypto.

Our new and improved site provides you with the information and tools needed to find out more about trading with us and to take that first step toward your financial dreams. Financial independence begins by planning ahead. Our goal is to help you get there. Choose a path that's right for you and start reaching toward your goals. We can assist you.

Open account today

**EXHIBIT**
**354**

TO THE DECLARATION OF MAURA M. VEHMEYER
PURSUANT TO 28 U.S.C. § 1746





## Proffesional Approach

Trubluefx uses lightning-fast execution and sophisticated risk management to maximize profit opportunities for our managed account clients.



## Great Potential

Our technology in a market with an incredible potential to grow will allow you to take a significant share of it.



## Best Experience

Our mission is to provide professional money managers and self-traders with the best trading experience in the business.

## Safety as top priority

Our top priority is the safety of your funds, which are carefully kept in our online security account system.



Confirm withdrawal   Home   Open Account   Login   Affiliate   FAQ   Contact

Learn more

## Our Story

From the tips of its vivid green feathers to the bottoms of its jeweled feet, the Trubluefx is a sight to behold. But it's the sharp wit and calm confidence behind this mystical creature's eyes that make it truly stand out. Behind every dazzling feather, you see an unwavering belief that success will be attained through patience and sacrifice, two concepts that are well worth considering in today's financial world.

Get to know us better

# Our Mission



## Traders

Our mission is to provide professional traders with the best trading experience in the business.



## Fund managers

Our mission is to serve professional Trading Managers so that their PAMM Clients can chose easily any Trading Strategy the Manager offers enabling the Clients to set individually stop-loss levels.



## Affiliates

Confirm withdrawal    Home    Open Account ∨    P    Login ∨    Affiliate   FAQ   Contact

his Clients together. It was never so easy to generate an Affiliate Link, get your daily earning reports and much more.

• • •

## Our Tools

Trade your money more effortlessly thanks to online tools that are constantly getting better. Our tools, resources and our support team have been designed to help and guide you using our trading platform to achieve your financial goals. We're here to be your trusted partner - along the way. In a few minutes, you can open a trading account and start earning money with trading.

What are you waiting for?

**Create account**

# FAQ

How to trade on the Trubluefx platform?                    +

If I need help, who should I contact?                      +

Funding – Fees                                             +

What is Forex?                                             +

# Need more help?

9/23/24, 12:14 AM                                                Trubluefx





LEGAL

AML Policy
Risk Warning
Terms & Conditions

**TRUBLUEFX**

Sign Up
Login
Download MT5

LINKS

FAQ
Affiliate

CONTACT US

Contact:
support@trubluefx.com

Trubluefx is the trading name of Ares Global LLC.
Trubluefx.com is owned and operated by us.
Ares Global LLC is a company registered with the Financial Services Authority (FSA) in
Saint Vincent and the Grenadines under registration No. 1574 LLC 2021. Its registered
office is Suite 305, Griffith Corporate Centre, P.O. Box 1510, Beachmont, Kingstown, St.
Vincent and the Grenadines.
Risk Warning: Trading Foreign Exchange and Contracts for Difference (CFDs) is highly
speculative and may not be suitable for all investors. The company offers trading on
margin. The leverage created by trading on margin can work against you as well as for
you, and losses can exceed your entire investment.
Only invest with money you can afford to lose and ensure that you fully understand
the risks involved. Seek independent advice if necessary and review our Risk
Disclosure and Privacy Disclosure before opening an account. CFDs are complex
instruments and come with a high risk of losing money rapidly due to leverage.
You are strongly advised to obtain independent financial, legal and tax advice before
proceeding with any currency or spot metals trade. Nothing in this site should be read
or construed as constituting advice on the part of Trubluefx or any of its affiliates,
directors, officers or employees.
Residence: The information on this site is not directed at residents of the United
States or any particular country and is not intended for distribution to, or use by, any
person in any country or jurisdiction where such distribution or use would be contrary
to local law or regulation.

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.



**ABOUT MAILGUN**

## Mailgun is the all-in-one, intelligent email delivery platform trusted by businesses, loved by developers.

Mailgun is how modern companies work with email. The platform's ease of use, world-class support, and powerful APIs empower smart development teams to reach real customers at scale with a data-driven approach so their organization can grow faster.

Send and track your transactional and marketing messages effortlessly. Prevent fake signups and remove invalid email addresses from your list quickly. Partner with email experts to improve your deliverability and drive higher conversion rates.

Mailgun was founded in 2010 as a response to the lack of developer-friendly, API-based email services. The idea was to make it dead simple for developers to integrate email capabilities into your app. Since then, we've stayed laser-focused on deliverability and steered clear of shiny objects that won't impact your success.

Today, Mailgun helps hundreds of thousands of companies and leading brands around the world send hundreds of billions of emails every year. We're proud of what we've built, and this is only the beginning.

> Try Mailgun Now

**OUR MISSION**

## Creating the world's best email delivery platform



**A growing culture**

As one of the fastest-growing tech companies with a 5x growth in our workforce since 2017, we've stayed true to our roots by hiring talented people who love solving hard problems.

**Nonstop support**

When you're happy, we're happy. And we go out of our way to maintain our 98% average customer satisfaction score with 24/7 support provided by tech experts.

**Global coverage**

Mailgun has data centers in the US and EU, allowing for global coverage for everyone. No matter where you are in the world, our cloud-based infrastructure gets it done.

**EXHIBIT**

355

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



Products ∨   Industries ∨   Solutions ∨   Developer ∨   Resources ∨   Contact ∨



## Interested in joining the Sinch Email team?

**See Open Positions**

**OUR MISSION**

 

## Solving the hard problems behind communications so you can build connected experiences

**2010 – Mailgun was born**

Two friends were building an app and needed to integrate transactional email. When they realized this capability either didn't exist or didn't work in other services, they set out to build it themselves.

**2011 – Incubated by Y Combinator**

Mailgun was selected for Y Combinator's 2011 class, accelerating the company's product and growth with early funding from the creators of Yahoo Mail and Gmail, among others

**2012 – Acquired by Rackspace**

Rackspace acquired Mailgun so their hosting customers could easily integrate cloud-based email services into their applications and websites.

**2013 – Launch of email validations**

Mailgun released the very first version of its email verification API to help customers improve their email reputation. Since then, the tool has become the fastest email validation service in the industry, based on real delivery data from billions of emails sent.

**2014 – Mailgun introduces managed service**

Mailgun started offering a dedicated, one-to-one email expert to help large senders achieve better deliverability and ultimately higher open and click rates.

💙 vero



**Chris Haxton**
CEO & Co-Founder, Vero

**Subscribe to the Mailgun newsletter**        **Follow us**

Email   >

Send me the Mailgun newsletter. I expressly agree to receive the
newsletter and know that I can easily unsubscribe at any time.

This site is protected by reCAPTCHA and the Google
Privacy Policy and Terms of Service apply.

| Products | Solutions | Enterprise | Resources | Help | Company |
|---|---|---|---|---|---|
| Email API | Transactional Emails | Enterprise | Case studies | Help Center | About |
| Inbound Email Routing | Email Parsing | Consulting | Guides | Documentation | Careers |
| Send Time Optimization | Email Sending | SAML Authentication | Podcasts | Network status | Blog |
| Email Analytics | White Labeling | Schedule a demo | Videos | Send us your feedback | Partners |
| Email Logs | Receiving Email | | Glossary | | Contact |
| Email Validation | Burst Sending | | | | Sitemap |
| | | | | | Report Spam |

Products                                                                          ▾

Solutions                                                                         ▾

Enterprise                                                                        ▾

Resources                                                                         ▾

Help                                                                              ▾

Company                                                                           ▾

Copyright ©2024 Mailgun. All Rights Reserved. Cookie NoticeGDPR ComplianceAcceptable Use PolicyTerms of ServicePrivacy Policy

Email : info@thetradersdomain.com (https://web.archive.org/web/20180709155537/mailto:info@thetradersdomain.com)    Select Language  ▼

## A Renowned and trusted broker and community

1. Client segregated accounts

2. Reputable payment gateway providers

3. Rapid withdrawal and deposits

4. Trade copying services via our leaderboard system

○

NZDCAD 0.99887 / 0.92873   AUDJPY 88.440 / 88.436   NZDCAD 0.99887 / 0.92873   AUDJPY 88.440 / 88.436   NZDCAD 0.99887 / 0.92873   AUDJPY 88.440 / 88.436   NZDCAD 0.99887 / 0.92873   AUDJPY 88.440 / 88.436   NZDCAD 0.99887 / 0.9



**From 0.1 PIP**

Spread



**100+**

Products



**$100**

Min Deposit

**EXHIBIT**

356

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

The Traders Domain

The Wayback Machine - https://web.archive.org/web/20180709155537/https://thetradersdomain.com/

Email : info@thetradersdomain.com (https://web.archive.org/web/20180709155537/mailto:info@thetradersdomain.com)     Select Language   ▼

## Lowest Trade Costs:

1. Tight spreads from 0.1 pips

2. Desirable leverage from 1:500

3. 24/7 Support

88.440 / 88.436   NZDCAD 0.99887 / 0.92873



**From 0.1 PIP**

Spread



**100+**

Products



**$100**

Min Deposit

Email : info@thetradersdomain.com (https://web.archive.org/web/20180709155537/mailto:info@thetradersdomain.com)   Select Language ▼

## Industry leading execution

1. Institutional Liquidity and pricing

2. No dealing desk

3. No requotes

○

AUDJPY 88.440 / 88.436   NZDCAD 0.99887 / 0.92873   AUDJPY 88.440 / 88.436   NZDCAD 0.99887 / 0.92873   AUDJPY 88.440 /



## From 0.1 PIP

Spread



## 100+

Products



## $100

Min Deposit

9/18/24, 4:49 AM                                    The Traders Domain



**1:500**
Leverage

## About The Traders Domain

The Traders Domain was established with the objective of making the experience of trading very convenient and smooth for the traders. By having years of experience in the Forex, we have an extensive list of satisfied clients and traders. Our company takes pride what we have achieved in these years and we are making our way up in the international market. Our trading conditions and aspects such as high leverage, tight spreads and very low minimum deposit are always appropriate for every aspiring trader.

The Traders Domain is a registered Forex Brokerage Company and regulated by St.Vincent and the Grenadines.



( LEARN MORE ........... HTTPS://THETRADERSDOMAIN.COM/COMPANY/WHO-WE-ARE )

## Calculators



(/web/20180709155537/https://thetradersdomain.com/calculator#pip)
Pip Calculator

(calculator#pip)

(/web/20180709155537/https://thetradersdomain.com/calculator#fibonacci)
Fibonacci Calculator

(calculator#fibonacci)

(/web/20180709155537/https://thetradersdomain.com/calculator#profit)
Profit Calculator

(calculator#profit)

(/web/20180709155537/https://thetradersdomain.com/calculator#margin)
Margin Calculator

(calculator#margin)

(/web/20180709155537/https://thetradersdomain.com/calculator#pivot)
Pivot Calculator

(calculator#pivot)

(/web/20180709155537/https://thetradersdomain.com/calculator#lotsize)
Lot Size Calculator

(calculator#lotsize)

9/18/24, 4:49 AM                                              The Traders Domain

## Introducing Broker

Introducing broker program is a great deal for individuals like agents and corporate introducers who want to make good money by earning commissions from financial community to be a successful IB.

( LEARN MORE ❖ (/WEB/20180709155537/HTTPS://THETRADERSDOMAIN.COM/TRADING/INTRODUCING-BROKER) )

## Trading Platform

**Secure System**
Safe and highly secure MT5 trading system

**Negative Balance Protection**
When volatility hits you badly, it keeps you from seeing negative balance

**Trading Signals**
Copy trades from verified live accounts or have others copy your trades and receive performance bonuses based on your success rate.

**Support**
Multiple language and currency support with our MT5 trading platform

**Pre-inst...**
The large ...                                                           ...rm

**Instant E...**
Without an...





Desktop



IOS



Android



WebTrader

# Payment Methods







bitcoin



(/web/20180709155537/https://thetradersdomain.com/)

Risk Disclosure

Trading Forex and Derivatives carries a high level of risk. CFD investors do not own, or have any rights to, the underlying assets. It involves the potential for profit as well as the risk of loss which may vastly exceed the amount of your initial investment and is not suitable for all investors. Please ensure that you fully understand the risks involved, and seek independent advice if necessary.

Contact Us

Suite 305, Griffith Corporate
Centre, P.O. Box 1510,
Beachmont, Kingstown,
St.Vincent and the Grenadines

18334004242 (tel:18334004242)

info@thetradersdomain.com (https://web.archive.org/web/20180709155537/mailto:info@thetradersdomain.com)

(https://web.archive.org/web/20180709155537/https://www.facebook.com/The-
Traders-
Domain-69
5233788(htupla.archive.org/web/20180709155537/https://www.instagram.com/thetradersdomain)

Quick Links

Home (/web/20180709155537/https://thetradersdomain.com/)

Open Live Account (/web/20180709155537/https://thetradersdomain.com/open-account)

Open Demo Account (/web/20180709155537/https://download.mql5.com/cdn/web/11604/mt5/tradersdomainfx5setup.exe)

Contact Us (/web/20180709155537/https://thetradersdomain.com/contact-us)

Login (https://web.archive.org/web/20180709155537/https://my.thetradersdomain.com)

Send Us A Message

Looking for a solution? Contact Us (/web/20180709155537/https://thetradersdomain.com/contact-us) now with your query. We'll get back to you within 24-48 hours!

© 2018 The Traders Domain. All rights reserved
Privacy Policy (/web/20180709155537/https://thetradersdomain.com/privacy-policy)   AML Policy (/web/20180709155537/https://thetradersdomain.com/aml-policy)
Refund Policy (/web/20180709155537/https://thetradersdomain.com/refund-policy)   Terms And Conditions (/web/20180709155537/https://thetradersdomain.com/terms-and-conditions)

9/18/24, 4:56 AM                                            Terms And Conditions

The Wayback Machine - https://web.archive.org/web/20181228094836/https://thetradersdomain.com/terms-and-conditions

Email : info@thetradersdomain.com (https://web.archive.org/web/20181228094836/mailto:info@thetradersdomain.com)      Select Language   ▼

Home (/web/20181228094836/https://thetradersdomain.com/)  >  Terms And Conditions

# Terms And Conditions

## Terms and conditions

These terms and conditions ("Terms", "Agreement") are an agreement between The Traders Domain FX Ltd. ("The Traders Domain FX Ltd.", "us", "we" or "our") and you ("User", "you" or "your"). This Agreement sets forth the general terms and conditions of your use of the http://www.thetradersdomain.com (https://web.archive.org/web/20181228094836/http://www.thetradersdomain.com/) website and any of its products or services (collectively, "Website" or "Services").

## Accounts and membership

You must be at least 18 years of age to use this Website. By using this Website and by agreeing to this Agreement you warrant and represent that you are at least 18 years of age. If you create an account on the Website, you are responsible for maintaining the security of your account and you are fully responsible for all activities that occur under the account and any other actions taken in connection with it. Providing false contact information of any kind may result in the termination of your account. You must immediately notify us of any unauthorized uses of your account or any other breaches of security. We will not be liable for any acts or omissions by you, including any damages of any kind incurred as a result of such acts or omissions. We may suspend, disable, or delete your account (or any part thereof) if we determine that you have violated any provision of this Agreement or that your conduct or content would tend to damage our reputation and goodwill. If we delete your account for the foregoing reasons, you may not re-register for the our Services. We may block your email address and Internet protocol address to prevent further registration.

## Billing and payments

You shall pay all fees or charges to your account in accordance with the fees, charges, and billing terms in effect at the time a fee or charge is due and payable. Sensitive and private data exchange happens over a SSL secured communication channel and is encrypted and protected with digital signatures, and our Website is also in compliance with PCI vulnerability standards in order to create as secure of an environment as possible for Users. Scans for malware are performed on a regular basis for additional security and protection. If, in our judgment, your purchase constitutes a high-risk transaction, we will require you to provide us with a copy of your valid government-issued photo identification, and possibly a copy of a recent bank statement for the credit or debit card used for the purchase. We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per household or per order. These restrictions may include orders placed by or under the same customer account, the same credit card, and/or orders that use the same billing and/or shipping address. In the event that we make a change to or cancel an order, we may attempt to notify you by contacting the e-mail and/or billing address/phone number provided at the time the order was made.

## Accuracy of information

Occasionally there may be information on the Website that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, availability, promotions and offers. We reserve the right to correct any errors, inaccuracies or omissions, and to change or update information or cancel orders if any information on the Website or on any related Service is inaccurate at any time without prior notice (including after you have submitted your order). We undertake no obligation to update, amend or clarify information on the Website including, without limitation, pricing information, except as required by law. No specified update or refresh date applied on the Website should be taken to indicate that all information on the Website or on any related Service has been modified or updated.

## Uptime guarantee

We offer a Service uptime guarantee of 99% of available time per month. The service uptime guarantee does not apply to service interruptions caused by: (1) periodic scheduled maintenance or repairs we may undertake from time to time; (2) interruptions caused by you or your activities; (3) outages that do not affect core Service functionality; (4) causes beyond our control or that are not reasonably foreseeable; and (5) outages related to the reliability of certain programming environments.

## Backups

We are not responsible for Content residing on the Website. In no event shall we be held liable for any loss of any Content. It is your sole responsibility to maintain appropriate backup of your Content. Notwithstanding the foregoing, on some occasions and in certain circumstances, with absolutely no obligation, we may be able to restore some or all of your data that has been deleted as of a certain date and time when we may have backed up data for our own purposes. We make no guarantee that the data you need will be available.

## Prohibited uses

In addition to other terms as set forth in the Agreement, you are prohibited from using the Website or its Content: (a) for any unlawful purpose; (b) to solicit others to perform or participate in any unlawful acts; (c) to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; (d) to infringe upon or violate our intellectual property rights or the intellectual property rights of others; (e) to harass, abuse, insult, harm, defame, slander, disparage, intimidate, or discriminate based on gender, sexual orientation, religion, ethnicity, race, age, national origin, or disability; (f) to submit false or misleading information; (g) to upload or transmit viruses or any other type of malicious code that will or may be used in any way that will affect the functionality or operation of the Service or of any related website, other websites, or the Internet; (h) to collect or track the personal information of others; (i) to spam, phish, pharm, pretext, spider, crawl, or scrape; (j) for any obscene or immoral purpose; or (k) to interfere with or circumvent the security features of the Service or any related website, other websites, or the Internet. We reserve the right to terminate your use of the Service or any related website for violating any of the prohibited uses.

## Intellectual property rights

This Agreement does not transfer to you any The Traders Domain FX Ltd. to you any The Traders Domain FX Ltd. or third-party intellectual property, and all right, title, and interest in and to such property will remain (as between the parties) solely with The Traders Domain FX Ltd. All trademarks, service marks, graphics and logos used in connection with our Website or Services, are trademarks or registered trademarks of The Traders Domain FX Ltd. or The Traders Domain FX Ltd. licensors. Other trademarks, service marks, graphics and logos used in connection with our Website or Services may be the trademarks of other third parties. Your use of our Website and Services grants you no right or license to reproduce or otherwise use any The Traders Domain FX Ltd. or third-party trademarks.

9/18/24, 4:56 AM                                                                  Terms And Conditions

## Disclaimer of warranty

You agree that your use of our Website or Services is solely at your own risk. You agree that such Service is provided on an "as is" and "as available" basis. We expressly disclaim all warranties of any kind, whether express or implied, including but not limited to the implied warranties of merchantability, fitness for a particular purpose and non-infringement. We make no warranty that the Services will meet your requirements, or that the Service will be uninterrupted, timely, secure, or error free; nor do we make any warranty as to the results that may be obtained from the use of the Service or as to the accuracy or reliability of any information obtained through the Service or that defects in the Service will be corrected. You understand and agree that any material and/or data downloaded or otherwise obtained through the use of Service is done at your own discretion and risk and that you will be solely responsible for any damage to your computer system or loss of data that results from the download of such material and/or data. We make no warranty regarding any goods or services purchased or obtained through the Service or any transactions entered into through the Service. No advice or information, whether oral or written, obtained by you from us or through the Service shall create any warranty not expressly made herein.

## Limitation of liability

To the fullest extent permitted by applicable law, in no event will The Traders Domain FX Ltd., its affiliates, officers, directors, employees, agents, suppliers or licensors be liable to any person for (a): any indirect, incidental, special, punitive, cover or consequential damages (including, without limitation, damages for lost profits, revenue, sales, goodwill, use or content, impact on business, business interruption, loss of anticipated savings, loss of business opportunity) however caused, under any theory of liability, including, without limitation, contract, tort, warranty, breach of statutory duty, negligence or otherwise, even if The Traders Domain FX Ltd. has been advised as to the possibility of such damages or could have foreseen such damages. To the maximum extent permitted by applicable law, the aggregate liability of The Traders Domain FX Ltd. and its affiliates, officers, employees, agents, suppliers and licensors, relating to the services will be limited to an amount greater of one dollar or any amounts actually paid in cash by you to The Traders Domain FX Ltd. for the prior one-month period prior to the first event or occurrence giving rise to such liability. The limitations and exclusions also apply if this remedy does not fully compensate you for any losses or fails of its essential purpose.

## Indemnification

You agree to indemnify and hold The Traders Domain FX Ltd. and its affiliates, directors, officers, employees, and agents harmless from and against any liabilities, losses, damages or costs, including reasonable attorneys' fees, incurred in connection with or arising from any third-party allegations, claims, actions, disputes, or demands asserted against any of them as a result of or relating to your Content, your use of the Website or Services or any willful misconduct on your part.

## Severability

All rights and restrictions contained in this Agreement may be exercised and shall be applicable and binding only to the extent that they do not violate any applicable laws and are intended to be limited to the extent necessary so that they will not render this Agreement illegal, invalid or unenforceable. If any provision or portion of any provision of this Agreement shall be held to be illegal, invalid or unenforceable by a court of competent jurisdiction, it is the intention of the parties that the remaining provisions or portions thereof shall constitute their agreement with respect to the subject matter hereof, and all such remaining provisions or portions thereof shall remain in full force and effect.

## Dispute resolution

The formation, interpretation and performance of this Agreement and any disputes arising out of it shall be governed by the substantive and procedural laws of Grenadines, Saint Vincent and The Grenadines without regard to its rules on conflicts or choice of law and, to the extent applicable, the laws of Saint Vincent and The Grenadines. The exclusive jurisdiction and venue for actions related to the subject matter hereof shall be the state and federal courts located in Grenadines, Saint Vincent and The Grenadines, and you hereby submit to the personal jurisdiction of such courts. You hereby waive any right to a jury trial in any proceeding arising out of or related to this Agreement. The United Nations Convention on Contracts for the International Sale of Goods does not apply to this Agreement.

## Assignment

You may not assign, resell, sub-license or otherwise transfer or delegate any of your rights or obligations hereunder, in whole or in part, without our prior written consent, which consent shall be at our own sole discretion and without obligation; any such assignment or transfer shall be null and void. We are free to assign any of its rights or obligations hereunder, in whole or in part, to any third-party as part of the sale of all or substantially all of its assets or stock or as part of a merger.

## Changes and amendments

We reserve the right to modify this Agreement or its policies relating to the Website or Services at any time, effective upon posting of an updated version of this Agreement on the Website. When we do we will post a notification on the main page of our Website. Continued use of the Website after any such changes shall constitute your consent to such changes.

## Acceptance of these terms

You acknowledge that you have read this Agreement and agree to all its terms and conditions. By using the Website or its Services you agree to be bound by this Agreement. If you do not agree to abide by the terms of this Agreement, you are not authorized to use or access the Website and its Services.

## Contacting us

If you have any questions about this Agreement, please contact us.

This document was last updated on February 8, 2018



(/web/20181228094836/https://thetradersdomain.com/)

Risk Disclosure

Trading Forex and Derivatives carries a high level of risk. CFD investors do not own, or have any rights to, the underlying assets. It involves the potential for profit as well as the risk of loss which may vastly exceed the amount of your initial investment and is not suitable for all investors. Please ensure that you fully understand the risks involved, and seek independent advice if necessary.

Contact Us

9/18/24, 4:56 AM

Terms And Conditions

Suite 305, Griffith Corporate
Centre, P.O. Box 1510,
Beachmont, Kingstown,
St. Vincent and the Grenadines

18334004242 (tel:18334004242)

info@thetradersdomain.com (https://web.archive.org/web/20181228094836/mailto:info@thetradersdomain.com)

f
(https://web.archive.org/web/20181228094836/https://www.facebook.com/The-
Traders-
Domain-
523378084865585)(https://web.archive.org/web/20181228094836/https://www.instagram.com/thetradersdomain/)

## Quick Links

Home (/web/20181228094836/https://thetradersdomain/)

Open Live Account (/web/20181228094836/https://thetradersdomain.com/open-account)

Open Demo Account (https://web.archive.org/web/20181228094836/https://download.mql5.com/cdn/web/11604/mt5/tradersdomainfx5setup.exe)

Contact Us (/web/20181228094836/https://thetradersdomain.com/contact-us)

Login (https://web.archive.org/web/20181228094836/https://my2.thetradersdomain.com/)

## Send Us A Message

Looking for a solution? Contact Us (/web/20181228094836/https://thetradersdomain.com/contact-us) now with your query. We'll get back to you within 24-48 hours!

The Traders Domain does not accept applications from residents of the U.S. and Islamic Republic of Iran. The information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

The Traders Domain does not issue or sell cryptocurrencies nor is it a digital currency exchange service provider.

Risk Warning : Trading Derivatives carries a high level of risk to your capital and you should only trade with money you can afford to lose. Trading Derivatives may not be suitable for all investors, so please ensure that you fully understand the risks involved, and seek independent advice if necessary. A Product Disclosure Statement (PDS) can be obtained either from this website or on request from our offices and should be considered before entering into a transaction with us. ECN accounts offer spreads from 0.0 pips with a commission charge of USD \$3.50 per 100k traded based on the USD notional value. Standard account offer spreads from 1 pips with no additional commission charges. The information on this site is not directed at residents in any country or jurisdiction where such distribution or use would be contrary to local law or regulation.

© 2018 The Traders Domain. All rights reserved
Privacy Policy (/web/20181228094836/https://thetradersdomain.com/privacy-policy)   AML Policy (/web/20181228094836/https://thetradersdomain.com/aml-policy)
Refund Policy (/web/20181228094836/https://thetradersdomain.com/refund-policy)   Terms And Conditions (/web/20181228094836/https://thetradersdomain.com/terms-and-conditions)



## News Releases

2024 | 2023 | 2022 | 2021 | 2020 | Show more years

**For Immediate Release**
**August 18, 2022**

For more information contact:

Christie Hillsman, 312-781-1497, chillsman@nfa.futures.org
Karen Wuertz, 312-781-1335, kwuertz@nfa.futures.org

**NFA permanently bars Denver-based commodity pool operator Yas Castellum LLC and its principal Marcus Brisco from membership**

August 18, Chicago—NFA has permanently barred Yas Castellum LLC (Yas), a former NFA Member and commodity pool operator located in Denver, Colorado, and Marcus Brisco, its former principal and associated person, from membership and from acting as a principal of an NFA Member.

The default Decision, issued by NFA's Business Conduct Committee (BCC), is based on a Complaint issued by the BCC and Yas and Brisco's failure to file an Answer. The BCC found that Yas failed to operate its commodity pool as a separate legal entity, failed to receive funds in the name of its commodity pool and commingled pool funds with the property of other persons. The BCC also found that Yas and Brisco failed to uphold high standards of commercial honor and just and equitable principles of trade by, among other things, operating the commodity pool in a manner which showed no regard for safeguarding the money they solicited and accepted from the pool participants. In addition, the BCC found that Yas and Brisco failed to cooperate in NFA's examination of Yas.

The complete text of the Complaint and Decision can be viewed on NFA's website.

© 2024 National Futures Association. All Rights Reserved.

**EXHIBIT**

**357**

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Mentorship   Mastermind   Introduction   Schedule   Testimonials   Pricing   FAQ   Apply Now

# Your Trading Growth
## Supercharged

We're combining the knowledge I've passed on to thousands of traders with direct support and feedback to level up your trading growth.

*Final Live Mastermind Launching Soon!*
*Kicking Off Ealry-November*

Apply Now     Already A Member? Login



1:08

EXHIBIT
358
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746



*"I'm so happy I faced my fears and finally joined the course Profit Over Everything. I've learned so much, and I've even met my goal of making $5k a month! I'm so proud of myself, and it's all thanks to my Mentor Alex Santi! Can't wait to meet my next goal of $10k a month! Let's do this!"*

**Lisa Abrew**

# Introducing the 4-Week Live Mastermind

# Phase 1: Establishing **Foundation** with Live Curriculum Classes

These classes will cover essential topics such as market fundamentals, technical analysis, risk management, and trading psychology. Led by Alex Santi himself. By the end of Phase 1, attendees will have built a strong foundation upon which they can confidently base their trading decisions.



# Phase 2: **Applying What We've Learned with Live Trading Sessions**

Phase 2 marks an exciting transition from information to practice. These sessions will provide a hands-on experience in applying the principles and techniques covered earlier. Students will have the chance to witness real-time market analysis, strategy implementation, and decision-making processes.



# Phase 3:
## Continued
Improvement & Growth

The journey doesn't end with Phase 2; rather, it transforms into a lifelong commitment to improvement and growth. This phase focuses on ongoing support through advanced workshops,



personalized coaching, and peer collaboration.

Apply Now

# The **Breakdown**

### Private Community

You can consider this community a part of our inner circle. It'll be a close-knit community designed only with the best of the best traders to help you level up your trading.

### Dedicated Personalized Help

You'll get to ask us questions and receive help on your trading performance. We've created a support ticketing system inside our community that way you receive personalized help from us for any obstacles you face.

### Continued Education

Once the Mastermind is complete that doesn't mean education is. We'll be continuously following up with you on weekly check-in sessions to make sure you're on track to reach your trading goals.

# Mastermind Schedule Timeline



# Student Testimonials

Don't take our word for it. See what our students are saying about us.



# Pricing

The Exclusive Live Mastermind

**One-Time Payment**

4-Weeks of Live Classes

4-Weeks of Live Trading

Access to Private Community

Dedicated 1:1 Support

Continued Education – Weekly Check-In

50K Funded account

Apply Now

# FAQs

**Frequently Asked Questions**

### How long does the Mastermind last?

The Mastermind lasts for a total of 8-Weeks (4-Weeks of Live Classes) & (4-Weeks of Live Trading).

### What level of experience with trading do I need to have?

The Mastermind is designed for a trader at any stage of their journey. If you're an absolute beginner and have no knowledge of trading at all we'll provide you with a few resources before the Accelerator starts to get you up to speed.

### What times are the Live Sessions hosted?

All live sessions for the Mastermind will be hosted at 8 PM EST.

### Will the Live Sessions/Classes be recorded?

Yes, all of the live sessions will be recorded for you to keep and revisit.

### How does the application process work?

In order for you to join the Mastermind you'll need to submit your application first. If your application is accepted you'll be given the opportunity to enroll on the launch date.

### When can I find out if my application is accepted or denied?

We'll notify you before the launch of the Mastermind if your application has been accepted or denied.

**What is to investment required to join the Mastermind?**

In order to complete registration the investment required is $2,997. (Keep in mind you can only register IF your application is accepted).

## Join our newsletter
And Never Miss An Update

Enter your email

Subscribe

By subscribing you agree to with our Terms and Conditions



**Providing Traders With All The Tools They Need To Be Successful**

Introduction

Schedule

Pricing

Testimonials

© 2024 Profit Over Everything, All Rights Reserved.



BREAKING NEWS ▶

FX week in review: Valutrades capital raise, XTB founder sells, HYCM ownership change, FXOpen license cancelled



**MT4 NEWS / PLATFORMS NEWS**

## Apple removes MetaQuotes' MT4 and MT5 trading apps from its App Store



Gerald Segal    15 Comments    September 24, 2022

**EXHIBIT**

**359**

TO THE DECLARATION OF MAURA M. VIDHMEYER
PURSUANT TO 28 U.S.C. § 1746

Social media has been abuzz this weekend, with reports that at some point late this past week Apple removed the popular MetaTrader 4 (MT4) and MetaTrader 5 (MT5) trading apps from its App Store.

The removal of MT4 and MT5 from the App Store does not seem to be affecting those in the Apple / iOS mobile environment (iPhone, iPad) who have already downloaded the apps to their devices. However it is unlikely that those users will be able to download future updates or upgrades or patches to their devices.

MT4 and its more recent cousin MT5 are creations of MetaQuotes, a Cyprus based fintech software developer which has a more-than-50% market share in the online trading platform market among online FX and CFD brokers, and their retail trader clients.

Neither Apple nor MetaQuotes have commented on the removal, or the reason(s) for the removal of MT4 and MT5 from the App Store. (FNG has reached out to various senior sources at MetaQuotes, who at the time of writing have not replied).

Regarding the reasons that Apple removed MT4 and MT5, there has been much speculation being discussed online over the past number of hours, with much of the discussion centering on Apple removing other apps with ties to Russia. While MetaQuotes is based in Limassol, Cyprus, the company has its origins in Russia and its founder and CEO Renat Fatkhullin, along with his brother Lenar Fatkhullin who serves as Marketing Director for the company, are Russian.

Another possible reason put forth is based on another recent Apple trend, of removing apps for which Apple has received a certain amount of complaints, either regarding the apps themselves or how they are used. *Forbes* senior tech writer Cyrus Farivar ran an article earlier this month entitled *How One Man Lost $1 Million To A Crypto 'Super Scam' Called Pig Butchering*, covering a scam where the scammers got retail traders to download MetaTrader as part of the scam.

While MetaQuotes itself was obviously not at all involved in the scam, the Forbes article quotes Apple spokesperson Adam Dema who told Forbes that "the company is investigating complaints about MetaTrader, and will take additional action to protect App Store users if necessary."

The article also outlined how MetaQuotes allows licensees of MT4/MT5 to use a particular plug-in, known as Virtual Dealer, which can be used by scammers to "manipulate market prices, and simulate account balances, profits or losses." According to the US / Singapore based Global Anti-Scam Organization (GASO), MetaQuotes has little to no rules or policies to prevent their license holders from using third party plug-in software, such as Virtual Dealer.

Another trend we've noticed in the past few hours are a number of "opportunists" looking to take advantage of the situation. On Twitter there are a number of offers of iPhones for sale having MT4 or MT5 already preloaded, for $5,000 and up. A number of MetaQuotes competitors have also been active posting "try our alternative trading platform" type posts.



We will continue to cover this story as it unfolds.

**FNG**

FOREX NEWS    LEADING BROKERS    FOREX Q&A    ABOUT US

Gerald Segal

Gerald is the founder of FNG and is one of the most experienced _____ e trading sector. Prior to starting FNG, Gerald founded Forex industry B2B news website LeapRate.com in 20___ lidly traded Catena Media plc (STO:CTM). An avid skier, cyclist and ice hockey player, Gerald was previously an a___ than a decade at Bear Stearns, Robertson Stephens, and Merrill Lynch. Gerald holds an MBA from Colum___ and a BCOM degree from the University of Toronto.

- About FNG
- FNG Team
- FNG Newsletter
- Contact Us

## RELATED POSTS

**MT4 NEWS /**
SquaredFinancial introduces its Social Trading tool on MT4

**PLATFORMS NEWS /**
EBC Financial Group integrates MT5 into its trading platform

**MT4 NEWS /**
MT4 platform build 1400 offers improved Market security

‹ FOREX.com offers its clients to check whether they have bad trading habits

Upgrade your brokerage with our new trading Apps for Android and IOS! ›

## 15 COMMENTS

📑 **Eduardo Ortega Jr**                                                                 REPLY
SEPTEMBER 25, 2022 @ 10:21 AM

Yes I agree with the apple company decision to remove the mt4 and mt4 on their appstore because im also a victim of ASJ global, they used mt5 to scam people money. I thought they are legitimate because they used mt5..thats and up a scam.

    📑 **Killa**                                                         REPLY
    SEPTEMBER 25, 2022 @ 11:21 AM

    Bro you will lose money on any other platform it doesn't fcking matter... this sht only affects people who use mt4/5 to earn money while they not at home.

    📑 **Mike**                                                          REPLY
    SEPTEMBER 25, 2022 @ 1:11 PM

    You deserved to get scammed

    📑 **Elias**                                                         REPLY
    SEPTEMBER 25, 2022 @ 8.41 PM

    Didn't they also have a website. Then surely we should ban the internet as well.

📑 **Samuel Huie**                                                                        REPLY
SEPTEMBER 25, 2022 @ 2:20 PM

Thats why ive never purchase an apple phone

📑 **Robert**                                                                            REPLY
SEPTEMBER 25, 2022 @ 3.33 PM

This does hurt the people more than the company. The company earns plenty of money, obviously, but the people now have no alternative, and might have invested much time and money into running mt4/5 robots, which they want to monitor on the phone. Apple plays gods, and I think it will hurt them in the long run. At least I hope. Desentralized is the new black.

📑 **Ezer**                                                                             REPLY
SEPTEMBER 25, 2022 @ 6:15 PM

Apple must bring metatrader 4/5 back on board!!!

Apple removes MetaQuotes' MT4 and MT5 trading apps from its App Store - FX News Group

**fNG**

FOREX NEWS    LEADING BROKERS    FOREX Q&A    ABOUT US

| About FNG |
| FNG Team |
| FNG Newsletter |
| Contact Us |

LOL. BRAIN DEAD PEOPLE. IF THEY THINK THIS ACTION GO[...], THEY'RE FOOLS.

**Olegario Y Rebuta Jr**
SEPTEMBER 26, 2022 @ 6:17 AM

REPLY

I

**Olegario Y Rebuta Jr**
SEPTEMBER 26, 2022 @ 6:20 AM

REPLY

Help me deposit Mt5 Mt4

**Kareem Waheed**
SEPTEMBER 26, 2022 @ 7:52 AM

REPLY

Please I want more light on this matter before we download mt4&5 we signed up under a broker, now why metaQuotes is scammer not the broker?

**Alamzeb Khan**
SEPTEMBER 26, 2022 @ 12:48 PM

REPLY

Mt4 and mt5 both is good for profit apple is a bogus company they only think for us

**Punky morals**
SEPTEMBER 26, 2022 @ 3:44 PM

REPLY

This mt4 and mt5 are after your money they don't care if you lose

**Olegario Y Rebuta Jr**
OCTOBER 6, 2022 @ 7:51 AM

REPLY

Help me deposit money 💰💰 Mt5 Mt4

**Medad Oscar**
OCTOBER 19, 2022 @ 2:12 PM

REPLY

We gonna protest this Selfishness

---

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

COMMENT *

NAME *                                    EMAIL *

POST COMMENT

9/8/24, 3:19 PM                    Apple removes MetaQuotes' MT4 and MT5 trading apps from its App Store - FX News Group



FOREX NEWS    LEADING BROKERS    FOREX Q&A    ABOUT US

About FNG

FNG Team

FNG Newsletter

Contact Us







## LATEST NEWS

 **FX week in review: Valutrades capital raise, XTB founder sells, HYCM ownership change, FXOpen license cancelled**
September 8, 2024

 **Dukascopy adds Commodity CFDs trading in Japan**
September 6, 2024

 **EBC Financial Group integrates MT5 into its trading platform**
September 6, 2024

 **FCA says there's "more to do" in oversight of Appointed Representatives**
September 6, 2024

 **The power of real-time news for Retail Brokers: Chat with Newsquawk CEO Mehul Patel**
September 6, 2024






## FNG NEWSLETTER

Don't Miss a Story!

### Don't Miss a Story!

With FNG's Newsletter you'll get all the latest breaking FX industry news stories - in a concise daily email, directly to your Inbox.

Email

SUBSCRIBE!

## RECENT COMMENTS



FOREX NEWS    LEADING BROKERS    FOREX Q&A    ABOUT US

About FNG                    sive: Funds for Traders shuts after Eightcap cuts

FNG Team

FNG Newsletter             oup marks record Live Cattle options OI

Contact Us                  quote Cyprus COO Zoltan Nemeth joins ZuluTrade



**Broker startups**
Looking for market-leading trading tech?

Find Out Now

^
BACK TO TOP

HOME    FOREX Q&A    ABOUT US    DISCLOSURES, COOKIES AND PRIVACY POLICY

© FX News Group 2024

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394



**News**Room

9/9/22 Forbes (Pg. Unavail. Online)
2022 WLNR 28582394

Forbes
Copyright © 2022 Forbes Media LLC

September 9, 2022

How One Man Lost $1 Million To A Crypto 'Super Scam' Called Pig Butchering
A 271,000-word WhatsApp conversation between a Bay Area man and his
scammer reveals the heartbreaking mechanics of a new breed of investment racket...

Cyrus Farivar, Forbes Staff

A 271,000-word WhatsApp conversation between a Bay Area man and his scammer reveals the heartbreaking mechanics of a new breed of investment racket. Experts believe the global losses are in the billions.

The message to Cy's WhatsApp came out of the blue.

**A 271,000-word WhatsApp conversation between a Bay Area man and his scammer reveals the heartbreaking mechanics of a new breed of investment racket. Experts believe the global losses are in the billions.**

"Jessica" told him she'd found his number in her phone contacts and was reaching out because she thought they might be old colleagues. Cy, a 52-year-old man who lives in the Bay Area, didn't remember her, but she was kind, cordial and engaging. She sent pictures of what she was eating. They discussed their mutual love of sushi, and Cy enjoyed the conversation enough to follow up with her the next day.

Soon, the text exchanges moved from the anodyne to the personal. Cy told Jessica about his struggles to support his family, about his ailing father and how the decision to send his father to hospice care weighed on him.

That was October 2021. By December, Cy had been conned out of more than $1 million dollars — over a quarter of it, borrowed money. His finances were in ruins. Cy, who asked Forbes to identify him by that pseudonym, had been "pig butchered."

Pig butchering is a relatively new long-game financial con in which "pigs," or targets, are "butchered" by people who convince them to invest ever-larger sums in purported cryptocurrency-fueled trading platforms. The fake platforms are designed to look real, and make the victims believe that their investments are making fantastic returns — until their scammer, and all the money they believe they've invested, disappears.

Victims often lose significant sums, and the practice is so lucrative that it's being scaled up and carried out en masse in countries like Cambodia, Laos and Myanmar. So far, American law enforcement officials at both the federal and local level have made little headway in recovering stolen funds or catching the perpetrators.

These scams are carried out "on a large scale, on an industrial scale — like they're doing fraud in a factory."

–Jan Santiago, the deputy director of the Global Anti-Scam Organization

Complicating law enforcement efforts is the issue of human trafficking . Human rights advocates say many of the scammers are victims themselves, people lured to countries across southeast Asia by the prospect of a better-paying job and then forced to run pig butchering scams, sometimes at the threat of violence. Often, their passports and cellphones are seized upon arrival.

These scams are carried out "on a large scale, on an industrial scale — like they're doing fraud in a factory," Jan Santiago, the deputy director of advocacy group Global Anti-Scam Organization , told Forbes . He estimates that the global losses are in the billions.

Cy lost more than $1 million dollars to such a scam. The manipulation played out via a months-long, heartbreaking WhatsApp conversation that runs more 271,000 words — 480 single-spaced pages.

The transcript, which Cy shared with Forbes , reveals how Jessica turned his fears and insecurities to her advantage. Cy, with an ailing father, an overworked wife, and a daughter soon entering college, found Jessica's seemingly quick and easy financial gains alluring. These details about his private life would soon become the wedge that Jessica drove between Cy and his money, relentlessly, for weeks on end. At every juncture, she egged him on to spend more.

This is the story of how one scammer ruined a man's life.
**"I DON'T WANT YOU TO WORK SO HARD"**
As Cy got to know Jessica, he was increasingly intrigued by claims that she had been making boatloads of cash by trading on MetaTrader, an app available on Apple's App Store. Jessica told him that she'd been getting insider gold trading tips from a mysterious uncle in Hong Kong, the same place where Cy's parents were from.

10/20/21
Cy : Why you want to share this with me?
Jessica : Because of your father Jessica: You have a hard time
Cy : Not only that. I need to support my siblings.
Jessica : My grandpa is in the hospital Jessica : I don't want you to work so hard
Cy : I'm the only one born here and does a good job financially so I need to help them Cy : if I lose the money, I will suicide in secret
Jessica : Trust me, the message is 100% accurate

In late October, Jessica texted Cy just after 10 a.m. California time: "Uncle's call is just to tell me the news of the evening," she said, explaining that she had new insider information they could both use to make a profit. She encouraged Cy to run a simulated trade: "No money is needed."

Within minutes, Jessica walked Cy through the process, step-by-step, in an authoritative tone.

"If you want to make money, just listen to me," she wrote. She told him to download the brokerage app MetaTrader 5 to his iPhone and gave him some simple instructions. The interface on his phone showed two buttons: Red was to "buy down," and blue was to "buy up."

Cy lost money in the simulation, but Jessica reassured him, insisting she had turned a $5 investment into $10 million with similar insider information.

10/20/21
Jessica : The money you earn can better help your father
Cy : I'm not greedy as long as it is safe
Jessica : Ok, let's talk back
Cy : Ok.

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

Jessica : It's definitely safe, I have been for many years
Cy : So you have made over $10m USD?
Jessica : NO 5M is my investment Jessica : Earned 5M
Cy : I c. You should move the money to real estate afterwards. Cy : If I can earn that much, I can help so many people around me

The following evening, Cy ran another simulated trade in which he appeared to earn $28,000, simply by doing exactly what Jessica told him to. He remained wary, but less so. Jessica encouraged him to invest $10,000, the minimum, she claimed, noting that the profits could help his family.

The next day, Cy texted Jessica with a proposal. He'd put up $5,000 if she would put up the other $5,000, and he would reimburse her after a successful trade. She rejected the idea.

10/21/21
Cy : What do you think? Too much for me to ask
Jessica : NO, I can take you to make money, but I will not give you money. If I give you money, there is no need for you to make money.
Cy : Not give. Cy : Will pay back after first profit so I'm reassured.
Jessica : It's right to be careful the first time
Cy : Exactly.

They went back and forth like this for a while, but in the end Cy told Jessica that while he was worried "that I will get cheated," he agreed to put up the $10,000. "I don't think men should be like this, don't do it if you are worried," she told him.

With Jessica's help, Cy wired $10,000 to Coinbase. A few days later, Cy confided in Jessica again.

10/24/21
Cy : And Tuesday I will be deciding for my fathers life meeting with doctors Cy : That's what was bothering me that I didn't want to tell you earlier
Jessica : OK看 Jessica : Has happened, accept it yourself
Cy : I had to do the same thing 8 years ago for my mom
Jessica : OMG
Cy : I miss her terribly
Jessica : You have a hard time Jessica : Very sympathetic to your experience
Cy : Remember I told I was born by accident Cy : I tried to figure out what I was even born. Cy : Why was I born Cy : I think I figured it out a few years ago
Jessica : Your brothers and sisters Jessica : WHY
Cy : I'm here to take care of all of them Cy : I'm the youngest Cy : And can pay the bills
Jessica : You are very filial, so I am willing to help you Jessica : So you work harder to make money
Cy : Even tho I was born here I always feel foreign Cy : Discriminated, self image issue, disrespect Cy : I don't feel like I belong here

After some hiccups with setting up his new Coinbase account, Jessica told Cy to move his money to Crypto.com instead and instructed him to buy $10,000 worth of Ethereum. (Later on she would tell him to primarily buy a stablecoin, USDT, also known as "Tether.") This would, in turn, be used to buy gold futures through MetaTrader's red-blue trading interface, she told him.

On October 27, with Cy's real money now on the line, Jessica texted with "news" from "Uncle."

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

Following her instructions to the letter, and sending her screenshots at each step of the way, Cy executed a trade, which appeared to nearly double his money. Cy didn't completely understand what was happening — he thought he was buying gold futures — but he dutifully followed along, following her explicit instructions.

"I was shaking like crazy because of course I still had doubts," Cy told Forbes over lunch at a Bay Area cafe. He didn't touch his food. Sometimes, he looked on the verge of tears.

"I was taking a little bit of risk to better my family's life and my siblings and I was trying to surprise my family," he said. "My mission was trying to reduce the hours my wife was working and I was hoping I can help the standard of living for my siblings."

Now convinced that this was a real thing, Cy was hooked.

"Let me transfer an additional $20k for tomorrow," he wrote to Jessica on October 27 — approximately three weeks after her very first communication. "That's [a] total of $30k. Then Monday add more. I never dealt with this much money before so it's a little scary."

"I told you all the ways I make money, do you doubt me?" she said at one point, a few days later.

By this point, Cy had already put in $50,000, and thought he had made a total profit of around $13,000. He could hardly believe his good luck.

MetaTrader, which offers licenses for its software, does enable legitimate trade by actual brokerages. But, according to GASO , MetaTrader also allows licensees to use a particular plug-in, known as Virtual Dealer, which can be used by scammers to "manipulate those market prices, and simulate account balances, profits or losses. Everything looks and feels real, but it's all a fabrication."

In Cy's case, the entire trading interface was a fiction. Jessica either controlled the outcomes in the app, or was feeding Cy's information to someone else who was. He would never see his money again.

Cy told Forbes that because he downloaded MetaTrader on the App Store, he presumed it was legitimate.

"The whole platform, the app that it was on Apple with 4.7 stars , everything seemed very realistic," he said. "It was a trading market that was going up and down, it was something that I had never seen before."

MetaQuotes, the company behind MetaTrader, did not respond to multiple requests for comment. TradeToolsFx, which makes the Virtual Dealer plug-in, was unable to provide comment at the time of publication. Google, which hosts MetaTrader on the Play Store, did not respond to a request for comment.

Apple spokesperson Adam Dema told Forbes the company is investigating complaints about MetaTrader, and will take additional action to protect App Store users if necessary.

**"IT'S A NIGHTMARE"**

Pig butchering is platform agnostic: It can occur via LinkedIn , via dating apps, or even, as was the case with Cy, through a random text message. But these scams follow the same form: An innocent chat turns into investment advice. Then, at some point, the pig is fattened — the victim is tricked into spending more — and then butchered, when the scammer absconds with the cash.

Anyone can be a target. In recent weeks, Forbes spoke to 12 people, a wide cross-section of victims, including Cy: an equities trader in Texas, a graduate student in Michigan, an engineer in California, a doctor in New York. Unlike the stereotypical scam victim, many of them are highly educated and digitally savvy. But that didn't prevent them from losing huge amounts of money:

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

Some lost tens of thousands, others hundreds of thousands, and still others, like Cy, were tricked into parting with over $1 million. Very few have been able to get any money back.

Pig butchering scams are a cousin of older-style online romance scams, which often have smaller-scale losses. While pig butchering sometimes uses romance as a tactic, scammers can also build other types of personal or professional relationships over time in order to convince their targets to invest more money.

CipherBlade, a cryptocurrency investigative analysis firm, estimates that worldwide losses from pig butchering scams are in the "tens of billions" of U.S. dollars in 2021 alone, adding that the presumed losses are "incredibly high." (The closest type of scam the FTC tracks is romance scams, and losses from these scams reached an all-time high of $547 million in 2021.)

"Most people who lose funds to pig butchering scams don't recover those funds in general," Paul Sibenik, lead case manager at CipherBlade, told Forbes . He noted that the highest single loss that he's aware of is "$20 or $30 million," with the average loss in the "mid-to-high six figures."

Andrew Frey, a forensic financial analyst with the United States Secret Service in the San Francisco Field Office, told Forbes that pig butchering is now a "super scam."

"They took that up a notch in terms of sophistication in creating these apps with the perception that people are making money," he said, referring to fake apps and spoofed trading platforms, similar to the one that Cy was guided through.

"They're lured with all kinds of promises... and they are offered ridiculous amounts of money."

–Eldeen Husaini Hashim, the Malaysian ambassador to Cambodia

Many victims say they have reported their losses to their local police department, often to be told that there's not much they can do to help, if they get a response at all. Frustrated by a seeming lack of public and forceful response from American authorities, some victims have banded together across Facebook groups and WhatsApp channels.

The largest advocacy group is a relatively new US and Singapore-based nonprofit called the Global Anti-Scam Organization . GASO has become an online clearinghouse of information: Volunteers write detailed reports of how the scams work , conduct their own independent research, connect victims to media outlets, and work closely with law enforcement to try to bring perpetrators to justice.

"The big picture is that there is this cottage industry in southeast Asia that is employing or coercing thousands, if not tens of thousands of people into doing online scams and it's quite lucrative," Jan Santiago, GASO's deputy director told Forbes. Santiago, a soft-spoken 30-year-old Filipino immigrant living in Los Angeles, speaks from experience: He himself lost over $100,000 to this exact type of scam.

Eldeen Husaini Hashim, the Malaysian ambassador to Cambodia, echoed Santiago's concerns, noting that the industrialization of pig butchering is putting a lot of young, usually Chinese-speaking people from his homeland in danger.

"They're lured with all kinds of promises, working in customer service, or in hotels, or management, or entertainment and they are offered ridiculous amounts of money," Hashim told Forbes . Many end up in criminal compounds. Some call the embassy for help — but getting access to a phone is rare, and many barely have any time to make a call before being found out.

"They manage to just have a few seconds — what they did was they just share location and they say: 'help,'" he explained. "It's a nightmare."

**"YOUR FATHER WANTS YOU TO BE BETTER"**

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

Over the next few days, Jessica teased Cy with news of an upcoming "big market." If he could pull together even more money, he could really cash in.

Cy began to liquidate stock, selling nearly $58,000 from his mutual fund portfolio, and then another $70,000 the following day. He used the proceeds to purchase more crypto, which he then transferred to MetaTrader to prep for the arrival of the big market.

Meanwhile, as his father's illness worsened, Cy turned to Jessica for emotional support.

11/4/21
Cy : I've been on the phone with drs.
Jessica : You are busy with you, i just told you i'm doing
Cy : He's .... Cy : Dying
Jessica : Do you miss me
Cy : I do. But I'm also scare. I'm losing him
Jessica : Are you ok?
Cy : My daddy is dying
Jessica :
Cy : I'm taking the rest of the day off and go to hospital. Cy : don't worry about me.
Jessica : Are you going to live in the hospital these few days
Cy : I need to be strong for the rest of the family
Jessica : I am worried about you
Cy : I'll be ok. Cy : Knowing you are with me is very comforting
Jessica : I will accompany you
Cy : Thank you, Jessica!

Several hours later Jessica messaged Cy with some urgent financial advice, pushing him to sell his stock.

11/4/21
Jessica : I suggest you sell the stock Jessica : yes
Cy : That means no today and no tomorrow. So we wait for Sunday night?
Jessica: Don't ignore this big market

The following morning, Jessica messaged Cy, reminding him to wire the proceeds of the sale to his cryptocurrency account.

11/5/21
Cy : I should be mourning not talking about money
Jessica : No, your father wants you to be better
Cy : Ok. Let me get up and do the wire now
Jessica : OK
Cy : Done.
Jessica : You are very efficient, I feel relieved Jessica : You are going to the hospital, remember to eat

At this point, Cy was in for nearly $200,000 of his own money, and believed that Jessica had loaned him an additional $40,000. By evening, Jessica messaged with good news: "You now have 300,000 principal," she wrote, adding, "if possible, try to reach 500,000."

On November 7, Jessica alerted Cy to more news from her uncle. Cy dutifully followed her instructions, and again the MetaTrader app showed that he had made money.

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

"Am I dreaming?" Cy wrote. "60k in less than 10 mins!"

Jessica instructed Cy to repeat the trade, seemingly earning him another $31,000. She continued to prod him to invest even more money. Cy obliged, selling off family assets on the sly. He thought he'd profited around $90,000, a nearly 40% return.

11/7/21
Jessica : I'm serious about you
Cy : I am too. Cy : I am quietly selling my Mom's CD without my family knowing
Jessica : I see
Cy : Cy : and I already feel guilty about it.
Jessica : My original intention was that you and your friends borrowed some, and when the big quotation passes, you will still give them
Cy : i see. But I don't want to get other people involved Cy : this is all a secret. I'm not telling anyone

Despite his continued efforts, Jessica kept urging him to borrow money from friends and family so he would have at least $1 million to invest in the next "big market."

11/11/21
Cy: I am facing reality.
Jessica : WHY?
Cy : I can not push anymore Cy : 11/16 I will get another $20k from my friends
Jessica : You can try to borrow money from the bank Jessica : Far away from 1M
Cy : Too much to borrow.
Jessica : How much can you borrow? Jessica : I can also help you figure out a solution Jessica : Best to reach 1M
Cy : Before it was 500k. Now its 1m?
Jessica : Buy once at 500K, buy multiple times at 1M Jessica : You still don't understand?
Cy : Jessica. Remember what we talked about two days ago Cy : I can not push any further
Jessica : You don't even know the big market

The following day, Cy had a revelation. He remembered that he still had a home equity line of credit, a type of financial loan available to homeowners that uses one's own home as collateral. He withdrew $200,000 and transferred it to his cryptocurrency wallet in preparation for the coming "big market."

He had now put in more than $440,000 of his own money.

"So do you see that I'm working hard?" he wrote to her.

When Cy's father passed away on November 14, Jessica was among the first people he messaged. "Can I tell you something? But do not be upset," he wrote. "I feel like dying. I feel like nothing matters anymore." Still, less than 20 minutes later, he asked if there was any news about that "big market."

**"YOU ARE MY ONLY HOPE"**
As the days went on, and Cy grew more despondent, Jessica encouraged him to lean on her for emotional support.

11/17/21
Cy : lately, I have not been feeling happy at all. A piece of me died with my father
Jessica : But you have me now
Cy : ☺#
Jessica : I hope I can be as important as your father
Cy : Time will tell

When the "big market" finally arrived on November 18, Cy believed he was flush: His initial $440,000 investment had grown to $2.2 million.

But when that critical trade took place, which was supposed to bring huge profits, MetaTrader suddenly began showing his balance as negative $480,000. Cy couldn't figure out why. Had the app crashed? Had he made a critical error?

"I lost all my money," he messaged Jessica. "What should I do?" Jessica was quick to berate him ("If the principal is not enough, it cannot be supported to the profit point"), but also to reassure him.

11/18/21
Jessica : I'll bring you back.
Cy : Yes please please please
Jessica : Don't worry, trust me.
Cy : Ok. All I have is you.
Jessica : What you need to do now is to raise funds.

Soon, Cy liquidated more of his remaining assets, desperate to claw back from his losses.

11/18/21
Cy : I am trusting you. I have nothing else I can do
Jessica : You have no faith in me?
Cy : I keep telling myselfCy : If I can make 1.7m in two weeks we should be able to get it back especially your news are 100% accurate inside info

But by the following day, he tried to stave off Jessica by lying to her, claiming that his family was onto him.

11/19/21
Cy : I am hiding from family
Jessica : why
Cy : I trust and believe you. But want to let you know how much serious this has become for me Cy : They have found out and threaten to kill me or call the cops. Cy : Next Saturday.
Jessica : How did they know?
Cy : Sister found out in joint accts and question Cy : IF I don't get money back, I don't know what I will do Cy : You are my only hope Cy : I am sorry to everyone
Jessica : We will earn it back
Cy : Because the capital I'm getting is not mine. If I lose that, I will be in deeper hole Cy : The new money I am getting next week is not mine.

Again, Jessica told Cy the best way to quickly recover losses like these was to invest more money, and she urged him to borrow more funds and continue to trade with them.

11/26/21
Cy : how much confidence do you have to bring me back if I can around tomorrow at the funeral secretly for $150k Cy : Ask around secretly
Jessica : hundred percent
Cy : Really!!!

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

In the end, Cy managed to borrow $100,000 from a childhood friend and sold hundreds of thousands more of his own assets, all of which he promptly invested with Jessica's guidance — an additional $600,000 on top of the $440,000 he'd already handed over.

On December 2, after investing the $600,000, Cy believed that his holdings had grown to $1.1 million, just about enough to offset his previous losses of $440,000. When he reached $1.8 million, Jessica said, she would finally teach him how to withdraw his funds.

But on December 3, after a purported trade, his MetaTrader once again showed a negative balance. Cy had been butchered for a second time.

Cy messaged Jessica:

12/3/21
Cy : I need help! Please.Cy : Please. What should I do?
Jessica : Find money

. . .

Cy : I am an honest hard working man.Cy : Lost my dad and now thisCy : Please
Jessica : Go to the police to help youJessica : Please don't call me
Cy : Oh no!!!!!!!!!Cy : I do not want to dieCy : Lots of people are after me
Jessica : I can't help you

Distraught, Cy drove to his childhood home in San Francisco. He'd lost over $1.04 million of real money — his initial $440,000 plus the second round of $600,000 — and was experiencing suicidal thoughts.

"I never wanted to harm anybody, it was just myself. I am to blame, it was my fault, I lost everything, I lost my parents' money, I lost my daughter's tuition, instead of reducing my wife's work hours — now she has to work more," he told Forbes . "I had this thought of ramming the car into a barrier and just let that be and let God decide whether I would live through this or I would die."

When Cy texted Jessica a picture of himself from an ambulance on the way to a psychiatric ward, he was met with a cold reply.

12/3/21
Jessica : I advise you, since you have not made up your mind to die, just live well Jessica : Hurting yourself is a sign of incompetence
Cy : They are keeping in hospital for suicide watch Cy : This is how it is: I have no more money, sister kicked me out of house, I am in hospital they afraid I might kill. With my situation, can you help at all. If there is nothing you can help, I know what I need to do for myself. Enjoy your life..........
Jessica : There is nothing I can do to help.

She'd taken nearly all of his life savings.
**"HIS FUNDS ARE UNRECOVERABLE"**
That month, Cy filed a police report with his local police department, but he doesn't have much hope they'll recover his stolen money, let alone find Jessica and the people who stole it.

"They lack the resources, they lack the technology with the cryptocurrency," he said. "[The police] took all my statements and tried to pass the case to the FBI."

"Curse you forever lose fortune, bad health, to you and your whole family for ruining my life!!!"

How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394

–Cy

Shawn Bradstreet, the special agent in charge of the United States Secret Service's San Francisco Field Office, is actively working on many pig butchering cases, including Cy's. "Currently, his funds are unrecoverable, but we are still investigating his case," he said by email.

Bradstreet says that the scale of pig butchering is "unprecedented right now," which makes it challenging for law enforcement to keep up — especially since the perpetrators are largely, if not entirely, overseas. Forbes called and messaged the number Cy used to communicate with Jessica, and she did not respond to a request for comment.

For months, Cy kept sending Jessica desperate messages, pleading with her to return the money.

"Curse you forever lose fortune, bad health, to you and your whole family for ruining my life!!!" he wrote to Jessica on February 8, 2022.

Over the ensuing months, he continued to plead with her, even offering to help if she herself was being trafficked.

His final message to her was on June 1, 2022: "I have no money but there are people that can help you if you are doing this unwillingly."

She did not respond.

Now, some three months later, Cy is doing his best to repair the rubble of broken family relationships and financial ruin he created. But it's hard work with young kids. A GoFundMe established for him by a family member has raised only a tiny fraction of his losses. Cy's debts haunt him daily; so does Jessica.

"For the kids, I try to bury my emotions. I'm fighting my demons every single day," he said in a recent WhatsApp message. "Everyday I'm living in this nightmare."

If you or someone you know is thinking about suicide, please call the National Suicide Prevention Lifeline at 800-273-TALK (8255) or call or text the new three-digit code,988 .

**MORE FROM FORBES**

MORE FROM FORBESRazzlekhan: The Untold Story Of How A YouTube Rapper Became A Suspect In A $4 Billion Bitcoin Fraud By Cyrus FarivarMORE FROM FORBES'Pig Butchering' Crypto Scam Victim To Get Money Back From Binance, Law Enforcement Says By Cyrus FarivarMORE FROM FORBESHow The Crypto Couple Went From Wannabe Tech Luminaries To Targets In The Biggest Financial Seizure In Justice Department History By David Jeans

---- Index References ----

Company: Federal Bureau of Investigation; United States Secret Service; National Suicide Prevention Lifeline

News Subject: (Crime (1CR87); Emerging Market Countries (1EM65); Family Social Issues (1FA81); Fraud (1FR30); Major Corporations (1MA93); Social Issues (1SO05))

Industry: (Consumer Electronics (1CO61); Consumer Products & Services (1CO62); Electronic Components (1EL91); Electronics (1EL16); Mobile Phones & Pagers (1WI07); Semiconductor (1SE88); Telecom Consumer Equipment (1TE03))



**How One Man Lost $1 Million To A Crypto 'Super Scam'..., 2022 WLNR 28582394**

Region: (Americas (1AM92); Asia (1AS61); California (1CA98); Cambodia (1CA93); Chile (1CH74); Eastern Asia (1EA61); Far East (1FA27); Indo China (1IN61); Latin America (1LA15); Malaysia (1MA62); North America (1NO39); South America (1SO03); Southeast Asia (1SO64); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Global Anti-Scam Organization; CipherBlade; San Francisco Field Office; FBI; United States Secret Service; National Suicide Prevention Lifeline)

Word Count: 4798

---

**End of Document**                                             © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

9/7/24, 7:36 AM                                                    RED List: The Traders Domain | CFTC

## RED List: The Traders Domain



- **The Traders Domain,**
  **Web address:** https://thetradersdomain.com
- **Origin:** St. Vincent & The Grenadines
- **Type of Offerings:** forex
- **RED List date:** 07/08/2022

This entity operates outside the United States with no or limited U.S. presence.

It is soliciting and/or accepting funds from U.S. customers and offering a product within the CFTC's jurisdiction. A review by the Commission has revealed that this entity is acting in a capacity that appears to require registration, but it is not registered with the CFTC.

The inclusion of this entity's name on the RED List does not mean that the CFTC or a court has concluded that a violation of any provision of the Commodity Exchange Act or the Commission's regulations has occurred.

**Registration Matters**

Even if the entity you are considering is not on the RED List, always check to see if it is registered (/check) with the CFTC before opening an account or paying any money.

Generally, entities that solicit you to trade are required to register with the CFTC. If a foreign entity is registered with the Commission, then it is subject to the same regulations and oversight that apply to U.S. registrants.

You may have little or no protections if you choose to trade with unregistered firms that operate outside the United States.

If an unregistered entity solicits you, exercise extreme caution, and watch for the RED flags of fraud (/LearnAndProtect/AdvisoriesAndArticles/signs_of_fraud.htm). (Although registration offers many protections, it is no guarantee against fraud or mismanagement.)

## Suggest a RED List Entity

The RED List is developed from tips and leads from the public or other sources. Help us protect other traders. If you have a RED List lead, send us the web address (mailto:consumers@cftc.gov).

## Report Fraud

If you believe you have been a victim of fraud, submit a tip the CFTC (/complaint).

EXHIBIT
361

TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:08:42 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:        -XX-1975
Last Name:     COLLAZO
First Name:    ROBERT
Middle Name:
Status As Of:  Sep-27-2024
Certificate ID: HYSWZP9C0SXG2JX

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

**EXHIBIT**
362
TO THE DECLARATION OF MAURA M. VIEHMEYER
PURSUANT TO 28 U.S.C. § 1746

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-28-2024 12:56:26 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:            XXX-XX-2589
Birth Date:     ■-XX-1992
Last Name:      HERMAN
First Name:     JUAN
Middle Name:    JOSE
Status As Of:   Sep-28-2024
Certificate ID: 6B438ST9WLKR34C

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:11:58 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:      ██-XX-1984
Last Name:      FORTINI
First Name:     JOHN
Middle Name:
Status As Of:   Sep-27-2024
Certificate ID:  17B5LMGCH2QSMHL

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Data | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:13:27 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:          ███-XX-1984
Last Name:          LIKOS
First Name:          STEVEN
Middle Name:
Status As Of:        Sep-27-2024
Certificate ID:      H3TVMSSSC1V5DM7

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's Service by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.



Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:15:12 PM EDT

SCRA 5.22

## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:

Birth Date: ██-XX-1977

Last Name: SIMS

First Name: MICHAEL

Middle Name:

Status As Of: Sep-27-2024

Certificate ID: NMTXFGNT5K97X4J

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:07:06 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:        -XX-1972
Last Name:      BUGGS
First Name:     HOLTON
Middle Name:
Status As Of:   Sep-27-2024
Certificate ID:   ZNML9D6GWYB3333

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 11:59:48 AM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:       -XX-1993
Last Name:      SANTIESTEBAN
First Name:     ALEJANDRO
Middle Name:
Status As Of:   Sep-27-2024
Certificate ID:  7CRDSZWD7D8SY14

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:02:48 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:        ███-XX-1981
Last Name:      BELTRAN
First Name:      GABRIEL
Middle Name:
Status As Of:   Sep-27-2024
Certificate ID:  XXRLZ3B7LDT23QJ

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Sep-27-2024 12:16:33 PM EDT

SCRA 5.22



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:          ▓-XX-1996
Last Name:        RICE
First Name:        ARCHIE
Middle Name:
Status As Of:     Sep-27-2024
Certificate ID:    Y252FB55LBPVV7B

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## DECLARATION OF ALEJANDRO ALVAREZ
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Miami, Florida.

4. I first heard about Centurion Capital Group ("Centurion") through a friend in or around August or September 2022. My friend told me about an investment opportunity with Centurion that purportedly involved forex trading. He told me that his account was earning between $800-$5,000 in profits a day. He indicated that the minimum investment was usually $100,000 but that, if he referred me, Centurion would be able to make an exception for me.

5. In or around January 2023, I spoke with Alex Santi by telephone. Santi indicated that he was the owner of Centurion.

6. During that initial call, Santi told me that he was a "broker" for The Traders Domain ("Traders Domain"). Santi indicated that any money deposited with Centurion would be traded by Traders Domain using "bots." Santi told me that Centurion, through Traders Domain, had historically made large profits for its customers and typically had a high volume of good trades. Santi indicated that although there could be losing days, there was a risk limit that would prevent losses over a certain amount. He indicated that losses could not exceed 20% on any given trade which would prevent my account from being wiped out. Santi indicated that once my account grew to over $100,000, I would be able to withdrawal funds on a monthly basis. He explained that those withdrawals would be via crypto currency and that it generally took about a week to receive the funds after a withdrawal was requested. During these conversations, Santi never told me about any issues or delays with respect to withdrawals or that Traders Domain was located offshore and/or on the CFTC's RED List.

7. On January 17, 2023, I executed a "Forex Account Management Agreement" with Centurion. The agreement provided that Centurion would open a "Foreign Exchange Trading Account" with my initial deposit of $78,400 (my initial $80,000 deposit minus a transaction fee) for the purpose of having Centurion "apply an Expert Advisor Trading Bot" to those funds.

8. Santi instructed me to wire funds to a BMO Harris Bank account held in the name of a third-party and with an account number ending in *7379. On January 17, 2023, I caused $80,000 to be wired from my Bank of America account to the third-party account.

9. Approximately 4 hours after wiring the funds to the third party, Santi provided me access to my account via the MetaTrader Application. At the time, I thought this was strange and asked my friend how the account could have been funded so quickly. My friend told me that

PLAINTIFF EXHIBIT
B

Centurion already had accounts on the Traders Domain platform that it could use to fund new accounts through internal transfers.

10. After depositing funds with Centurion, I was able to view the trading activity in my account via the MetaTraders Application. I was able to view the trading activity which showed transactions in XAUUSD. Generally, I observed positive returns and saw the balance on my account grow. However, one day I observed a huge loss in the account which continued for four or five days. My friend told me that Santi had advised him that these losses were allegedly the result of "glitches" with the "server" and that they would be reversed.

11. In or around March 2023, I lost access to my account on MetaTrader and received a notification that it was an "Invalid Account." At the time, the balance in my account was $104,254.64 reflecting $34,578.17 in profits.

12. I learned from my friend that, based on information posted in the Traders Domain Telegram Chat, the issues with the MetaTrader application was caused by the fact that Traders Domain was migrating to a new platform, which I later learned was called TruBlueFX.

13. In April 2023, my friend arranged a meeting with Santi at Centurion's office in in Hialeah Gardens, Florida. During that meeting I told Santi that I wanted to withdrawal all of my funds. Santi responded that I could not make a withdrawal at that time because Traders Domain was in the processing of changing banks. He assured me that after the new bank was in place, Traders Domain would release the funds to Centurion and that I would be one of the first people paid by Centurion when this happened. Santi also told me that if Traders Domain did not release the funds, Centurion would cover my initial investment.

14. On June 2, 2023, I sent Santi a text asking for "an update on el dinero from traders domain." Santi did not respond. On July 28, 2023, I again texted Santi after it was announced in the Telegram chat that the migration had been completed. I asked Santi to provide me with the new credentials so I could access my account. The following day, Santi responded and stated: "Yes they finally announced the new broker everyone has access to the broker portal but I still can't see the MT5 logins as soon as I see them uploaded I will let you know." A few days later, on August 2, 2023, Santi sent me a login (which was the same as my previous account number) and password for the new portal and advised me to select "Ares global" as the broker. Although I was initially able to login using this information, the new credentials eventually ceased working (in or around October 2023) and I again lost access to my account.

15. On August 22, 2023, I sent Santi another chat and asked whether there had been any updates. I informed him that "I need to know what's going on, this is taking longer than expected I'm literally running low on money and I have a family to maintain." Santi forward an email he had received from TruBlueFX containing "Key Updates." The email stated that with respect to a "Withdrawal Timeline" they were "working on connect payment processors to make this transition smooth." It further stated that there was not yet an "exact date on when we will start processing, but that "[o]nce processing starts, we will be able to provide much more clarity on timelines."

16. On September 18, 2023, I sent Santi another text message asking for updates from the Traders Domain Telegram chat. Santi forwarded me another communication from TrueBlueFX. Santi told me "Looks like Wednesday their opening up trading." When I asked him whether that meant I could withdraw funds starting on September 20th, Santi responded: "Looks like trading will start will wait on instructions on withdrawals."

17. In January 2024, I again texted Santi asking about my funds. He forwarded me another email from TruBlueFX which stated that a "new structure of transaction processing" would be announced in January.

18. On February 29, 2024, I emailed support@trubluefx.info to try and gain access to my account. On March 1, 2024, I received an email from the "TrueBlueFX Team" indicating that my account "is under centurion capital" and that I "must contact them to get access." TrueBlueFX confirmed that my new account was allegedly "accessible" to Centurion.

19. Throughout February and March 2024, I continued to text Santi to ask him about my funds. Santi did not respond to these texts, and I have not heard from him since that time.

20. To date, I have not received any funds back from Centurion or Traders Domain.

21. In total, I lost $80,000 in principal that I invested with Centurion and approximately $34,578.89 in purported trading profits.

22. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this


__21st__ day of _____May_____, 2024.

_____

Alejandro Alvarez

### DECLARATION OF PHYLLIS AULD
### PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Terrell, Texas.

4. I have known Michael Shannon Sims for approximately twenty years, through my friendship with his parents. I trusted Mr. Sims because of my close relationship with his parents.

5. In late 2021, Mr. Sims' mother told me that she had made an investment through Mr. Sims' hedge fund and the investment had performed very well. She told me to contact Mr. Sims if I was interested.

6. In January 2022, I reached out to Mr. Sims and he subsequently contacted me by telephone. Mr. Sims told me the investment was through his hedge fund, which he started ten years ago. He told me that the investment involved trading leveraged or margined gold-U.S. dollar pair ("XAUUSD") transactions. Mr. Sims claimed that he used experienced traders who knew what they were doing. It was my understanding that the traders worked for Mr. Sims' hedge fund. Mr. Sims did not inform me that my funds would be sent outside the United States to be traded, and he did not mention The Traders Domain ("TTD") during our conversation.

7. During the telephone call, Mr. Sims claimed that the investment never had a losing month and earned returns of approximately forty percent per month. Mr. Sims also informed me that he would collect a monthly fee of forty percent of my trading returns. Mr. Sims did not identify or describe any risks associated with the investment.

8. After this call, I told Mr. Sims that I was interested in investing funds through his hedge fund.

9. Mr. Sims did not provide me with a customer agreement or any other written agreement in connection with my investment. Instead, on or around January 13, 2022, Mr. Sims sent me a text message containing instructions to deposit funds for the purpose of investing in his hedge fund to trade XAUUSD.

10. Mr. Sims instructed me to wire funds to a bank account ending in *3504 at The First bank held by SACAP Holdings Inc. ("SACAP"). He directed me to use specific language when making the deposit, stating that the wire transfer memo should say "Services" and further instructing, "Follow this exactly. Don't put anything about trading or Forex anything like

1


PLAINTIFF EXHIBIT
C

that or investment on it because it will slow it down on compliance with it being a $10,000 amount." Mr. Sims asked me to send him a photo of the wire transfer confirmation after I sent my funds to SACAP.

11. I deposited $10,000 into the SACAP account on or around January 13, 2022.

12. Shortly thereafter, I received an email from TTD notifying me that the funds were deposited into my trading account. This was the first time that I had heard of TTD.

13. I received daily confirmation emails from TTD which showed XAUUSD trades that were purportedly executed in my account.

14. Mr. Sims and his assistant provided me with instructions to download and install a MetaTrader application, which gave me read only access to monitor the activity in my account.

15. Both the daily confirmation emails from TTD and the MetaTrader application showed daily trading returns that were nearly always positive.

16. Based on the purported trading profits that I observed in the account, I decided to invest an additional $10,000 in May 2022. On or around May 26, 2022, Mr. Sims' assistant sent me a text message containing updated wire instructions. The instructions directed me to wire my funds to a bank account ending in *3848 at Veritext Community Bank held by SECAP Holdings LLC. ("SECAP"). Further, the instructions stated that the wire memo should say "'SERVICES for your name' [and] **No additional information should be relayed in the memo**'". Mr. Sims' assistant also asked me to send a photo of my wire transfer confirmation.

17. I deposited $10,000 into the SECAP account on or around May 26, 2022. Shortly thereafter, I received an email from TTD notifying me that the funds were deposited into my trading account.

18. After I made this second deposit, the trading account apparently continued to generate substantial gains.

19. In November 2022, I decided to withdraw my principal of $20,000 and leave the purported trading profits in the trading account to continue trading. I submitted a withdrawal request to TTD. However, I have yet to receive any funds and this request has been on hold for more than seven months.

20. By early 2023, my investment of $20,000 had purportedly grown to nearly $200,000.

21. At times, I observed irregularities in my account that made me question whether the trades in my account were being fabricated and/or manipulated. For example, in March 2023, there was a day when my account showed trading losses that eliminated more than 50% of my account value, but these losses were reversed the next day and my account value was restored. I attempted to speak to Mr. Sims about this irregularity, but he did not follow up with me.

22. As of March 21, 2023, the daily account statement that I received from TTD showed my account balance was $192,486. Around that time, TTD's website claimed that the brokerage was being sold and trading activity would be temporarily paused until the new owners were in place. TTD indicated that customer funds would remain safe during the transition. Thereafter, TTD provided periodic email and/or website updates about the status of withdrawals and the purported sale, but it is my understanding that no trading took place after this date.

23. In April 2023, I asked Mr. Sims about the status of my November 2022 withdrawal request. Mr. Sims responded by text message and stated that "everything will start to get back on track as soon as the acquisition is finished. They [i.e., TTD] were bought out." Mr. Sims also promised to keep me updated, but I have not received any further updates from him.

24. On June 13, 2023, I received an email from TTD about the alleged transition to the new brokerage and its new management team. The message stated that TTD would "complete the transition to the new platform this week" and said "[t]his will be the last email from the Traders Domain Team." It claimed that further communications would come from the "new brokerage platform" and stated that "[y]ou will see a much more organized and smooth flow of withdrawals go out with the new platform due to their strong payment processing solutions they have in place."

25. To date, I have not received any funds back from TTD, Mr. Sims, SACAP, SECAP, or the purported new brokerage.

26. In total, I lost $20,000 in principal by investing with Mr. Sims. In addition, I did not receive any of the approximately $192,000 of dollars in purported profits that appeared in my TTD account statements as of March 2023.

27. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

_11_ day of _July_, 2023.

3

Phyllis Auld

### DECLARATION OF BRIAN BOTTORFF
### PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration.
   I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its
   representatives to use this declaration in any proceeding pertaining to the matters described
   herein.

3. I am a resident of Fort Lauderdale, Florida.

4. I have more than nine years of experience working in the financial service industry.  I am
   registered as a broker with FINRA and have my Series 63, Series 79, and Securities Industry
   Essentials licenses.

5. In or around August 2021, I was referred to Algo Capital LLC ("Algo") by a friend who had
   invested with Algo.  My friend went to college with Steven Likos, an individual who I
   learned was affiliated with Algo in some capacity and who helped solicit funds for the firm.

6. On or around August 31, 2021, I was contacted via text message by John Fortini who said he
   was with Algo and wanted to schedule a call to provide me with information about Algo's
   trading strategies.

7. During our initial call, Mr. Fortini mentioned that he was responsible for, among other
   things, Algo's business development and customer relations.  Mr. Fortini told me that Algo
   used a proprietary algorithm to trade forex and gold to U.S. dollar pair ("XAUUSD")
   transactions for its customers.

8. I found out sometime after my initial call with Mr. Fortini that Robert Collazo and Juan
   Herman were both senior executives and/or owners of Algo.

9. After our phone conversation, Mr. Fortini sent me login details to two different accounts that
   Algo managed to see Algo's historical trade execution and performance. I reviewed the
   historical trade execution, prices, and timing against data I was able to pull from Bloomberg
   to check if the data seemed credible.

10. Based on my conversations with Mr. Fortini, I understood that the funds I invested would be
    used by Algo to trade XAUUSD with the moderate leverage strategy.

11. Mr. Fortini also sent me Algo's "Software As A Service Agreement" (the "Algo Customer
    Agreement").  The Algo Customer Agreement stated that Algo "is in the business of
    supplying software applications and related services to companies in the financial services
    industry, including, among other things, algorithmic trading software in the forex and non-

**PLAINTIFF EXHIBIT**

**D**

security cryptocurrency markets." It further stated that Algo would be "[t]rading financial instruments on margin" with a "high degree of leverage."

12. Schedule A to the Algo Customer Agreement described the algorithmic trading strategy provided by Algo as follows: "The primary target of this algorithmic trading program is a continuous growth of the initial account budget. Strong development of the account balance by minimizing risks is the main aim of the Vendor Software. This is accomplished by the placement of trades and its related hedge trades in a very specific manner: combined with an advanced close logic which allows a balanced development of founds secured by a precisely calculated account size correlated to the trading volume."

13. In order to deploy its trading strategy, Algo used a broker called The Traders Domain ("Traders Domain").

14. According to the Algo Customer Agreement, Algo charged a fee of approximately 50% of monthly trading gains.

15. I was told by Mr. Fortini that I would have to reach out to Algo to process any money movements to or from my account. Mr. Fortini represented that processing time for transfers to or from my account would be approximately seven days. If Algo had told me that processing would take substantially longer, this would have raised concerns on my end.

16. On September 21, 2021, I signed the Algo Customer Agreement. On September 24, 2021, Mr. Fortini countersigned on behalf of Algo.

17. After signing the agreement, I made my initial investment of $40,000. Mr. Fortini provided me with instructions to wire funds to Algo. Those instructions directed me to wire funds to Algo's bank account at TD Bank with account number ending in *6056. The instructions stated that the wire memo should be "Algo Capital [Client Name]". According to Mr. Fortini, once the funds were wired to Algo, it would take a couple of days for the trading account to be established and funded. I never sent funds directly to Traders Domain.

18. On October 2, 2021, Algo notified me that the trading account was active. Algo provided me with instructions to download the MetaTrader application to monitor the activity in the Traders Domain account. Through MetaTrader, I had read only access to the account which allowed me to view the trading activity and account balance on a daily basis. I was not able to make any trades or transfer funds to or from the account on my own.

19. In addition, Algo sent me monthly statements that showed the trading activity in the Traders Domain account. All of the trades in the account were exclusively in XAUUSD.

20. Between September 2021 and October 2022, the balance in the account increased from $40,000 to $117,692.

21. At certain times, I observed irregularities in the Traders Domain account that made me question whether trade data was being manipulated or fabricated. On more than one occasion, I observed trades that were executed at a certain price earlier in the day had been replaced by trades at a different price later in the day. After one such occurrence, Algo sent its customers a message that attributed this "trading glitch" to an issue with the "Metaquotes (MT5) servers" failing to update. Algo said it notified the "broker" of the actual price that it closed the trade and all accounts would be updated with correct amounts before the end of the day. At other times, there were trading losses in the account that resulted from trades that were executed, but later some of the losing trades were removed from the account.

22. On or around October 17, 2022, I requested that Algo close my account. That same day, Algo sent me an email confirming that my account had been closed. On or around October 27, 2022, I submitted a request to withdraw all or my available funds from the Traders Domain account (which, purportedly, amounted to $117,692).

23. I did not receive any funds after making this withdrawal request. Instead, over the course of several months, I received repeated excuses from Mr. Fortini and others at Algo about the reasons for the delays. For example, Mr. Fortini told me that the funds were not available because of alleged banking delays, issues with an unnamed liquidity provider, and because the "funds were waiting on SAR approval".

24. Mr. Fortini also told me that the "broker" (I understood him to be referring to Ted Safranko) showed representatives of Algo bank statements and other financial documents that proved that Traders Domain had the funds available to repay Algo's customers.

25. On December 6, 2022, Algo sent me and its other customers an email which stated:

> Our business has been challenged in recent months but it's not because of anything within our walls. Rather, it's been because of events in the financial sector and the economy, which have led banks to take a more cautious perspective . . . .

> **What Caused the delays?** It is It is important to understand how money moves when you are investing. The broker is Offshore (registered in Belize), so funds must always move from their liquidity pool to a trust account to a banking provider before being transferred to the client. In order to request a withdrawal, clients must submit their account and routing numbers. Often clients made mistakes when entering their account details; this usually occurs because they mislabeled the account or entered the routing number incorrectly. Banks take compliance very seriously to ensure that customers' funds are protected. When errors are identified in a large batch of transactions, banks will often pause the transfer until they can obtain more information from the client. This is done to ensure that all regulatory and internal protocols are being followed….

> **Timelines**

> In light of all this, our broker expects to complete the withdrawals for August &

3

September, and October [2022] within the coming weeks. The broker is also confident that November requests will be completed by the end of December or, at the latest, early January. Consequently, we will be able to start the new year fresh.

26. The withdrawals were not completed "within the coming weeks" as stated in Algo's December 6, 2022 message.

27. On December 28, 2022, I again contacted Algo to inquire about the status of my withdrawal request that had been pending since October 2022. Algo responded that the funds should be returned "any day now." However, the funds were not returned within days as promised by Algo.

28. On February 1, 2023, Mr. Fortini responded to my request for an update on my withdrawal request by telling me that he heard from the "broker" that the "funds will be cleared in 24 hours." Again, that did not happen.

29. On or around February 13, 2023, the "Algo owners" indicated that they agreed to pay back my initial investment of $40,000 while I waited on the remainder of my funds to be returned from Traders Domain. The "Algo owners" purportedly asked their attorney to draft an agreement to return the funds to me. However, the agreement was never provided and Algo never returned my $40,000 initial investment to me.

30. On February 18, 2023, Algo sent another email that essentially admitted the falsity of the statements that Algo had been providing to its customers for several months. That email stated:

> This is a difficult e-mail to write.

> In response to Traders Domain's excuses for why they cannot process withdrawals, plus other concerns raised by some of you, we have continued to maintain an open line of communication with Ted Safranko of Traders Domain. On several occasions, Ted has openly stated that Traders Domain is in possession of all funds belonging to Algo Capital customers. He has repeatedly promised that he would make Algo Capital customers whole. For a time, we believed that Ted would honor his clear commitments….

> Ted's explanations have become increasingly superficial and unsatisfying. We have doubts Ted and Trader's Domain will honor their commitment to you and relinquish the funds that belong to Algo Capital customers. We know that many of you share those doubts.

31. On or around March 24, 2023, I became aware of a message distributed by Traders Domain that stated: "Traders Domain is pleased to announce it has been acquired by a new company

which it will operate under moving forward." It further stated that trading accounts "will be migrated to the new company automatically" and "WITHDRAWLS WILL CONTINUE TO PROCESS."

32. To date, I have not received any funds back from Algo or Traders Domain.

33. In total, I lost $40,000 in principal and approximately $77,692 in purported profits by investing with Algo.

34. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on this

____day of _____, 2023.

                                                  _____
                                                  Brian Bottorff

### DECLARATION OF DAVID CHESSLER
### PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Siesta Key, Florida.

4. In the summer of 2022, I first heard of The Traders Domain ("TTD") and Ted Safranko through a longtime business associate of mine, with whom I had been involved in numerous business opportunities including multi-level marketing endeavors.

5. My business associate had a personal account at TTD. He showed me the potential investment opportunity, by sending me screen shots of his account and returns over several months. My business associate told me to that he was receiving around 30% monthly returns for his account. I understood from talking with him that this investment opportunity involved trading of leveraged or margined gold-U.S. dollar pair ("XAUUSD") transactions. Through the screen shots of my business associate's TTD account, I could see that he had extremely large returns and a balance of over $100 million.

6. Prior to investing any funds in TTD, I wanted to assure myself that this was a legitimate business opportunity that had liquidity. My business associate assured me that he was able to take sizable withdrawals whenever he wanted. Separately, I did a background check on Ted Safranko and was concerned by some of the information I found, including negative information and reviews about Safranko online. My business associate offered to put me into direct contact with Ted Safranko prior to investing so I could assuage my concerns about liquidity and legitimacy.

7. Sometime in late fall of 2021, I spoke with Ted Safranko with my business associate also on the call. Safranko told me he started off trading his own funds and teaching people to trade, then eventually started trading for others through TTD. Safranko made a point of telling me that he did not need my money, but that he was doing this for friends.

8. When I asked him to explain the details, Safranko told me that he was the one doing the trading and owned TTD. Safranko was proud of the fact that he was doing the trading himself and not using a bot. Safranko explained his process—the trends he looked at and how he thought about trades. Safranko told me that he had found ways to mitigate the downside of the trades and that he knew I had seen the upsides of the trades he had done for my business associate. Safranko told me that as far as risk, my account would never lose more than 3-4% per day. Safranko represented that he used extreme leverage, could be buying or selling the position, and traded on exchanges around the world. When I asked

1

PLAINTIFF EXHIBIT
**E**

about liquidity, Safranko told me that I could withdraw my money any time I wanted, even daily. Safranko even gave me a special helpline that I could contact for assistance.

9. I understood from these conversations that my business associate would receive a 10% commission on any trading profits in my account, while Safranko would receive a 30% commission on trading profits in my account.

10. With these assurances from Safranko, in December 2021, I decided to invest $250,000 into TTD. My business associate directed me to wire my funds to an account in the name of SACAP Holdings Inc ("SACAP"), in order to fund my account at TTD. I believed that SACAP would directly transfer my funds to TTD for trading. Safranko advised me that when I set up my TTD account, I needed to check "crypto" as my country of citizenship instead of the United States because of "compliance" concerns. I was instructed to download an app, MetaTrader 5 (MT5), which I could use to monitor the balance and activity in my TTD account. A short time after I wired my funds to SACAP, I saw through the MT5 app that my TTD account was funded and ready to be traded. About 10 days after the $250,000 deposit, I wired an additional $200,000 to SACAP for my account.

11. By the end of December 2021, my account was already up to $550,000. Using the MT5 app, I could see the XAUUSD trades happening live. On several occasions, I saw large losses, including one day when the account went down by a third, but was then corrected by the end of the day. When I asked about the intraday losses during a call with Safranko and my business associate, Safranko told me that he had already exited the losing trade. These types of intraday losses occurred several times. On several of these occasions, Safranko would send a text to my business associate explaining that he had actually exited the trade before the apparent losses, but that the system "hadn't updated." Safranko offered a variety of other excuses when there were similar apparent losses in my TTD account.

12. By March 2022, my TTD account balance was up to about $3 million. At that point, I withdrew $500,000, through cryptocurrency. But after seeing the continued gains in my TTD account, I put that $500,000 back into TTD and deposited another $500,000-750,000 back in. In order to speed this deposit into my TTD account, my business associate offered to credit $1 million from his TTD account into mine immediately, while I directly wired the deposit to one of his bank accounts.

13. In the fall of 2022, I began seeing increasing red flags. My business associate sent me screen shots of his conversations with Safranko, in which Safranko said that his liquidity provider told him to leave his money in TTD and not withdraw it. I decided in October 2022, to withdraw my principal and 10% of profits, which would still leave a large balance from the remaining purported profits. However, rather than the quick withdrawals that were promised by Safranko before I invested, he began offering excuses for the withdrawal delay. Safranko said he was having banking issues, such as TTD losing its banking connections or that TTD customers were putting wrong information on withdrawal requests which caused processing delays. A month after I had made the withdrawal request, I spoke with Safranko on a call

that included approximately 15-20 others and told him I wanted to know where my withdrawal was and wanted him to show me confirmation of where the TTD funds were being held.  Safranko said that he would provide me with confirmation of where the funds were being held, but there was delay after delay, and confirmation was never provided.

14. To date, I have not received any funds back after my initial withdrawal of $500,000 from TTD which I subsequently re-deposited with TTD, my business associate, or SECAP.

15. In total, I lost $1.45 million in principal and approximately $4-5 million in purported profit in my TTD account.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this


__1__ day of __March__, 2024.

_____
David Chessler

### DECLARATION OF JAMIL DAMJI
### PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Arizona.

4. In 2022, I attended a mastermind conference in Miami, Florida. During the conference, I was introduced to Holton Buggs by a friend and business associate of mine who is also a longtime friend of Mr. Buggs.

5. I immediately noticed that Mr. Buggs was wearing high-value clothing and expensive jewelry, including a diamond encrusted watch.

6. Mr. Buggs presented me with an investment opportunity that he had that involved trading of leveraged or margined gold-U.S. dollar pair ("XAUUSD") transactions. He told me the investment utilized an algorithmic trading bot that had an incredible winning streak, and claimed that he was making millions of dollars of profits each day. He opened a MetaTrader application on his phone to show me the purported trading profits he was making in accounts with balances of approximately $650 million and $80 million.

7. I told Mr. Buggs that this investment seemed high risk and asked him about the possible downside. Mr. Buggs assured me that the trading bot was "very conservative," and he represented that the maximum potential loss was one percent of the account value in a day.

8. Mr. Buggs told me that the trading occurred through a brokerage called The Traders Domain ("TTD") that was owned by a man named Ted Safranko. Mr. Buggs never mentioned that Mr. Safranko was involved in trading customer funds.

9. Throughout the conference, Mr. Buggs continued to tell me about the very large returns that he was making through the investment, and he showed me the purported trading activity through the MetaTrader application on his phone.

10. By the end of the conference, I told Mr. Buggs that I was interested in moving forward with the investment. Mr. Buggs referred me to his personal assistant, Ana Juricev, to fund and set up my account.

11. I communicated with Ms. Juricev through the Telegram application. On or around August 17, 2022, Ms. Juricev sent me a Telegram message with instructions to fund my trading account. Mr. Juricev also asked me to provide an email address that I would like to use to receive daily trading statements from TTD.

1

PLAINTIFF EXHIBIT
F

12. The instructions directed me to wire my funds to a Cadence bank account ending in *3830 held by SECAP Holdings LLC ("SECAP"). Further, the instructions stated that the wire notes should say "services (ONLY!)" and if the wire "reference include[d] anything else, the wire will be returned & the related account closed. No exceptions!" Ms. Juricev instructed me to send her a photograph of my wire transfer confirmation once it was completed and she would "fast-track [my] account to be funded faster."

13. In addition, on a phone call and in a Telegram message, Ms. Juricev asked me for my TTD account password. She stated that if I ever changed my password, I should make her aware of the new password because she needs it to be able to connect to my TTD account.

14. On August 17, 2022, I deposited $500,000 to SECAP's *3830 account via wire transfer. Shortly thereafter, Ms. Juricev provided me with instructions to set up the MetaTrader application on my phone to view the activity in my trading account.

15. On August 18, 2022, Ms. Juricev notified me via Telegram that my trading account was funded. She wrote that I should, "Get ready for Xmas morning equivalent every day from now on!" In another message, she stated that: "This fund exists because Mr. Buggs wanted to bless people close to him with opportunity and it spread to close friends, and friends of the friends . . ."

16. I observed significant trading returns as soon as my account began trading. Based on these returns, I decided to invest more money through Mr. Buggs. On or around August 19, 2022, Ms. Juricev sent me a Telegram message and instructed me to "[p]lease use the same bank details and follow the same instructions" that she previously provided.

17. On or around August 19, 2022, I deposited an additional $500,000 to SECAP's *3830 account via wire transfer.

18. Thereafter, I continued to observe trading gains in my TTD account. After about two months, my TTD account balance had increased to approximately $1.4 million.

19. At various times, I observed irregularities in my TTD account that made me concerned that trades were being manipulated and/or fabricated. For example, there was a day when my account lost approximately $400,000 (nearly thirty percent of the total account value at the time). I contacted Mr. Buggs to ask about this large loss because he previously told me that the account could only risk a loss of one percent in a day. Mr. Buggs said the loss was caused by "slippage" when Ted Safranko exited out of certain trades. I questioned Mr. Buggs about why Mr. Safranko, who he previously identified as the owner of TTD, was involved in trading on the platform. This was inconsistent with Mr. Buggs prior representation that all of the trading was done by a bot. Mr. Buggs said he was appalled that I questioned his integrity. He told me that TTD's servers would be refreshed by the end of the day and the losses in the account would be reversed. Later that day, the $400,000 loss was reduced to a $48,000 loss.

2

20. In or around November 2022, I began hearing about TTD customers who were unable to withdraw funds from TTD, and other customers who were waiting months on withdrawals to come through. I was told that the withdrawal delays were caused by, among other things, problems with TTD's liquidity provider, banking issues, and customers making mistakes on withdrawal requests. I was also told that the money was not stolen or lost, but it was just taking longer than normal to process withdrawals. Neither TTD nor Mr. Buggs ever identified the liquidity provider to me.

21. Because I was concerned by this information, I requested a withdrawal of my principal investment ($1 million) in November 2022. My total account balance at the time was approximately $3 million.

22. To date, I have not received any funds back from TTD, Mr. Buggs, or SECAP.

23. In February 2023, I sent Mr. Buggs a text message to confront him about this situation. I told Mr. Buggs that I believed he was part of a fraudulent scheme involving TTD. Mr. Buggs denied that he was involved in a fraud. He told me that "[w]ithdrawals have steadily gone out" from TTD, and he hoped that I would get my money back. When I did not accept Mr. Buggs' explanation and urged him to do something to make his customers whole, he stopped communicating with me.

24. Shortly thereafter, I was contacted through Telegram by Ted Safranko. Mr. Safranko told me that Mr. Buggs asked him to contact me. Mr. Safranko represented that he controlled TTD. Mr. Safranko attempted to calm me down but when I made it clear that I would not be satisfied until my funds were returned, he told me that he would not be bullied into paying me.

25. In total, I lost $1 million in principal and approximately $2 million in purported profits by investing with TTD and Mr. Buggs.

26. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

___13___ day of ___July___ , 2023.

Jamil Damji

## DECLARATION OF ANTHONY FIGLIA
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of New York, NY.

4. I first heard about Centurion Capital Group ("Centurion") through a friend. He informed me that he knew a number of individuals in Arizona who had invested with Centurion (the "Arizona Investors"), they had been making unbelievable returns, and they had been able to withdrawal funds from their account without issue.

5. In or around August or September 2022, my friend and I had a video call to learn more about Centurion and the potential investment opportunity. We spoke with Alex Santi who represented that he was one of the owners of Centurion. Santi told us that Centurion traded gold to U.S. dollar pair transactions ("XAUUSD") and that Centurion had a history of successful trading. Santi presented himself as a master trader and led me to believe that he was responsible for manually trading the funds deposited with Centurion. Santi advised us that we would be able to withdrawal funds from the account once per month.

6. During that call Santi did not mention that Centurion was using The Traders Domain ("Traders Domain") as a broker, that the funds were being traded offshore, or that Traders Domain, and specifically its owner, Ted Safranko, were controlling the trading of Centurion's funds. If Santi had disclosed that information, it would have been a red-flag and caused me to reconsider my investment.

7. After our call with Santi, my friend and I decided to deposit money with Centurion. In order to maximize our returns, we pooled our deposits with other deposits made by the Arizona Investors.

8. On September 8, 2022, I made an initial investment of $50,000 by wiring money from my JP Morgan Chase account to a Wells Fargo account in the name of Centurion Holdings ending in *0248.

9. A few weeks later my friend and I decided to invest additional funds into a separate account with Centurion held in the name of limited liability company, G Money Ventures LLC ("G-Money"). G-Money is an investment vehicle owned by my immediate family members: my father, my mother, my brother, and myself.

10. On September 29, 2022, I executed a "Forex Account Management Agreement" on behalf of G-Money which indicated that we would deposit $1,200,000 with Centurion for the purpose of having them "apply an Expert Advisor Trading Bot to" the funds.

1

PLAINTIFF EXHIBIT
G

11. This time, Santi instructed us to wire the deposit to a Wells Fargo Account ending in *2211 which was held in the name of Profit Over Everything Inc. ("POE"). On September 30, 2022, I caused a wire transfer in the amount of $1,200,000 to be sent from G-Money's Chase bank account to POE's Wells Fargo Account ending in *2211. This $1,200,000 transfer consisted of $400,000 from G-Money and $800,000 from my friend.

12. Later, on November 18, 2022, I sent an additional $75,000 to an entity owned by one of the Arizona Investors with the understanding that this money would be passed along to Centurion for investment and added to the Arizona Investor account.

13. In total, I (individually as well as through G-Money) invested $525,000 with Centurion.

14. Shortly after our initial investment, in or around October 2022, Santi connected us with a Centurion employee, "Ernesto." Santi informed us that Ernesto would be our account representative. Santi advised us that Ernesto could help us with "any questions or withdrawal requests." Ernesto helped me sign into the MetaTrader Application. Through MetaTrader I had read-only access to view and monitor the trading activity in the accounts. I did not have the ability to make trades or withdraw funds from the accounts.

15. Nearly all of the trading activity I observed on the Metatrader Application was profitable. I checked the Metatrader Application every day. I saw large gains in both accounts almost every day. However, in or around October or November 2022, there were a few occasions when I observed substantial trading losses in the accounts. For example, on one occasion, on or about November 30, 2022, I observed that an account had lost approximately 50% of its value. When I asked Ernesto about this loss, I was told that it was a result of a "system error" and that the account would be updated "within a couple of hours." Later that day, the trading losses in the account were reversed. I viewed this as a red flag. It didn't make sense to me that these losses were able to be corrected after the fact.

16. Between September and November 2022, I was able to make two withdrawals from Centurion. In or around November 4, 2022, my friend and I requested a withdrawal from the Arizona Investor account, and I received my proportionate share, approximately $24,390. In or around November 4, 2022, my friend and I also requested a withdrawal from the G-Money account. G-Money received a withdrawal in the form of cryptocurrency worth $163,606.76. G-Money then distributed the withdrawal proportionately between the investors: my friend received 2/3 and G-Money received 1/3 (approximately $54,535).

17. Sometime in early December, I received a text message from Ernesto at Centurion informing me that the G Money account made a one-month profit of $542,603.97 (for the period of November 1–30, 2022).

18. Thereafter, in or around December 2023, I tried to set up monthly withdrawals. It was at this point that I began to experience significant withdrawal delays. Centurion advised me that the withdrawal delays were being caused by Traders Domain and its owner, Ted Safranko.

19. In December 2022, I was invited to participate in a Zoom videoconference with Safranko, Santi, my friend, and one of the Arizona Investors. Safranko claimed that he was the master trader and owner of Traders Domain. Safranko claimed that the withdrawals were being held

up by banking delays, but he promised that pending withdrawals would be fulfilled by January 31, 2023.

20. Shortly thereafter, on January 20, 2023, my friend and I decided to withdrawal all of our funds from Centurion and close our account.

21. On January 20, 2024, we received a text message from Gabriel Beltran forwarding a message from Trader's Domain. At the time I understood Beltran was a representative of Centurion, but I have later learned he is a co-owner. The message acknowledged our request to close the account and promised payment within 20 business days:



22. To date, we have not received any additional funds back from Centurion or Traders Domain.

23. In total, I lost approximately $100,609 in principal that I invested with Centurion through the Arizona Investment account. The G-Money account lost approximately $1,036,393 in principal, of which 1/3, or approximately $345,429, belonged to my family's investment LLC, G-Money.

24. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

____day of _____, 2024.

_____
Anthony Figlia

3

DocuSign Envelope ID: EDD14DE0-1C71-4F15-B150-BF0F6FCD0EAE

## DECLARATION OF VIRGIL GORDON
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Atlanta, Georgia.

4. I came to know Michael Shannon Sims because he is a customer of the mortgage brokerage firm that I own. Over the years, I have helped Mr. Sims obtain mortgages for properties that he purchased in Georgia and Florida.

5. In or around September 2021, Mr. Sims told me about an investment opportunity that involved trading leveraged or margined U.S. dollar to gold pair transactions ("XAUUSD") that purportedly earned him 40% monthly net profits. I did not immediately invest at this time, but Mr. Sims continued to mention this opportunity in subsequent communications.

6. When I expressed interest in the opportunity in March 2022, Mr. Sims informed me that the investment would be through his hedge fund, MAS Capital Investments LLC ("MAS Capital"). Mr. Sims told me that MAS Capital had a team of traders that would trade leveraged or margined XAUUSD on my behalf. Mr. Sims told me that I would be very happy with this investment.

7. Mr. Sims did not inform me that my funds would be sent offshore, he did not mention The Traders Domain ("TTD"), nor did he disclose any information regarding fees or commissions that would be collected from my investment or trading profits.

8. I informed Mr. Sims that I wanted to move forward with the investment in May 2022. Mr. Sims did not provide me with a written customer agreement for this investment. Instead, Mr. Sims provided me with instructions through a text message. Specifically, he instructed me to wire my funds to a bank account ending in *3848 at Veritex Community Bank held by SECAP Holdings LLC ("SECAP"). He directed me to use specific language when making my wire transfer. He told me that the wire memo for my deposit should say "Services for Virgil Gordon" and further instructed: "REMEMBER: In the memo or if they ask you what it's for put 'services'[.] Nothing about investment/trading/hedge fund." He also asked me to send him the wire receipt after I transferred my funds to the SECAP account.

9. On or around June 9, 2022, I wired $250,000 to the SECAP account ending in *3848 with a memo of "Services for Virgil Gordon." Consistent with Mr. Sims' instructions, I did not mention "investment/trading/hedge fund."

1

PLAINTIFF EXHIBIT
**H**

DocuSign Envelope ID: EDD14DE0-1C71-4F15-B150-BF0F6FCD0EAE

10. Shortly after I wired the funds to SECAP, I was contacted by Mr. Sims' assistant, Sabrina De Leon. Ms. De Leon informed me that she would assist me with setting up a trading account at The Traders Domain ("TTD"). This was the first time that I heard about TTD. After I provided Ms. De Leon with my email address and a five-digit pin, she told me that my trading account was funded and trading would begin the next day. Ms. De Leon also provided me with instructions to download a Mt5 app to "track [my] profits."

11. Between June and September 2022, I made 5 additional deposits totaling $290,000 into the SECAP *3848 account, for the purpose of trading XAUUSD. Pursuant to Mr. Sims' instructions, I indicated that these deposits were for "services". Mr. Sims and/or Ms. De Leon informed me that they moved these deposits into one of the five trading accounts that I held at TTD. Two of the trading accounts were in my name, and three others were in the name of Gordon Venture Capital, LLC.

12. When I received my first TTD account statement in July 2022, I noticed a withdrawal amount of approximately $22,744 and a commission amount of approximately $8,588. When I asked Mr. Sims about these amounts, he said they represented the daily and monthly commissions taken from my account, which would range from 40-50%. Mr. Sims had never previously disclosed that there would be commissions, let alone commissions of 40-50%. He did not explain who received these commissions, nor did he disclose how much he received.

13. After I invested, my TTD account statements showed purported trading profits totaling in the millions of dollars.

14. On or around September 2, 2022, I submitted a request to Mr. Sims and Ms. De Leon to withdraw $160,000 from one of my TTD trading accounts to my Wells Fargo bank account. Ms. De Leon told that due to updated internal processes at TTD, the withdrawal would take approximately twenty to twenty-five business days. Mr. Sims attributed this timing to banking issues.

15. On or around September 9, 2022, Ms. DeLeon informed me that I was selected to be on Mr. Sims' "VIP List" for a new system to process account funding and withdrawals called Savvy Wallet. I created a Savvy Wallet account hoping this would expedite my withdrawal request.

16. In October 2022, I made additional requests to withdraw funds, in the amounts of $20,000 and $55,000, from my TTD trading accounts. However, I did not receive the requested funds. When I asked Mr. Sims about the status of my withdrawal requests he told me, "Everything is in Que. The transition slowed the broker withdrawals down. Everything should be caught up soon and back to normal times." It was not clear what transition he was referring to or why this slowed down withdrawal requests.

DocuSign Envelope ID: EDD14DE0-1C71-4F15-B150-BF0F6FCD0EAE

17. On or around November 14, 2022, I contacted TTD customer support, by sending an email to
support@thetradersdomain.com, to ask about the multiple outstanding withdrawal requests
that I had pending for more than twenty days. I did not receive my funds after contacting
TTD. On or around November 29, 2022, I asked Mr. Sims and Ms. De Leon for assistance
because these withdrawal requests had been pending for more than thirty days and I had yet
to receive any funds. In response, Ms. De Leon stated, "[w]e understand it's past the stated
time, and it may even be a few more days. The Broker is aware that some withdrawals are
late. They appreciate your patience. . . . Your withdrawal could come any day now."

18. I followed up with TTD customer support in January and February 2023 to ask about the
status of my withdrawal requests. On January 30, 2023, TTD customer support responded to
me by email and indicated that they "acknowledged [my] withdrawal request and . . . are
working diligently on processing [my] withdrawal." They told me that there was a "backlog
with transactions and [my] request will be attended to."

19. To date, I have not received any funds back from TTD, Mr. Sims, Ms. De Leon, or SECAP.

20. In total, I lost $540,000 in principal by investing with Mr. Sims. In addition, I did not
receive any of the millions of dollars in purported profits that appeared in my TTD account
statements.

21. After the CFTC filed its Complaint in this action, I met with Mr. Sims to ask for the return of
my funds. Mr. Sims admitted to me that, contrary to his prior representations, my investment
was not through his hedge fund MAS Capital. Instead, he described himself as a "sponsor"
for TTD. Mr. Sims also told me that he could not repay any of my outstanding losses.

22. I am not an individual that trades or invests more than $10 million on a discretionary basis, or
that trades or invests more than $5 million and enters into an agreement to manage the risk
associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

_____ day of _4/10/2023__, 2023.

DocuSigned by:

Virgil Gordon II

56876BF01AAE4F9...

Virgil Gordon

## DECLARATION OF CHRIS GROVES
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration.
   I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its
   representatives to use this declaration in any proceeding pertaining to the matters described
   herein.

3. I am a resident of Scottsdale, Arizona.

4. I met Gabriel Beltran ("Beltran") and Alejandro (Alex) Santi ("Santi") through marketing
   consulting work that I conducted for one of Beltran's businesses.

5. In early 2022, I observed Beltran and Santi using social media to promote a new hedge fund
   called Centurion Capital Group Inc. ("Centurion"). For example, Santi posted a message on
   one of his social media accounts indicating that "Centurion Capital Hedge Fund Is Now
   Live" for investors with a "$100k Min Deposit."

6. When I asked Beltran about these social media posts, he told me that he and Santi owned
   Centurion and they controlled all of the funds invested in the hedge fund. Centurion also had
   an individual who went by the name "Ernesto" who onboarded customers and answered
   questions. Beltran told me Centurion traded gold to U.S. dollar pair transactions
   ("XAUUSD"), and he showed me screen shots of the substantial profits that Centurion made
   trading XAUUSD.

7. Beltran and Santi led me to believe that Centurion's funds were traded by an algorithmic bot
   and/or by Santi. Beltran sent me text messages in which he claimed that an "AI" or "bot"
   was trading, including one where he referred to XAUUSD trading profits as "Ai gold
   printing." In another social media post depicting XAUUSD trades, Beltran wrote, "Got to
   love automation[.] Almost 10k day I'll take it…"

8. Prior to my investment, neither Beltran nor Santi told me that Centurion was using The
   Traders Domain ("Traders Domain") as a broker or trading funds offshore. If they had
   disclosed that Centurion used an offshore broker, I would have either not invested in the fund
   at all or put substantially less capital at risk.

9. Beltran told me that because he knew me, he would allow me to participate in Centurion's
   hedge fund with a deposit below the advertised $100,000 minimum.

10. In early May 2022, I made an initial investment of $50,000 in Centurion's hedge fund.
    Beltran and/or Santi instructed me to use Kraken to deposit my funds to one of Centurion's
    cryptocurrency wallets.



PLAINTIFF EXHIBIT
I

11. Following my investment, Centurion provided me with log in information for the MetaTrader application.  Through MetaTrader, I had read only access to view and monitor the trading activity in Centurion's account.  I did not have the ability to make trades or withdraw funds from Centurion's account.

12. After I invested, I continued to see Beltran and Santi promote Centurion on social media.  For example, in June 2022, Beltran posted an image of XAUUSD trades with the caption, "Autopilot 17k profits in 3 days."  Beltran's post further stated, "If you wonder what's this it's an investment acc manage by a pro trader that produces 40-60% monthly returns[.]  Not cheap to get in 100k min entry was but if you are interested dm me and I can connect you and get you going."  Similarly, Santi solicited investors for Centurion through social media, including a post that stated, "IF YOU ARE AN ACCREDITED INVESTOR AND GOT 250K+ DM ME 'INVEST' 10%+ MONTHLY ROI DEAL."  Santi's post contained an image of what appeared to be Centurion's logo.

13. Beltran told me on numerous occasions that Centurion was making a lot of money on commissions from participants in the hedge fund.  Beltran and Santi encouraged Centurion's customers to refer family, friends, and business connections to invest in Centurion's fund, and offered a referral bonus for anyone who invested.

14. Between May and September, 2022, I was able to make a couple of small withdrawals from the fund.  However, I received withdrawal payments from Profit Over Everything Inc., another company owned by Santi, not from Centurion, which struck me as odd.

15. Because the returns I was making seemed too good to be true, I continued to ask Beltran questions in an attempt to determine whether Centurion was a legitimate operation.  For example, in May 2022, I asked Beltran if Traders Domain had historical trading data to substantiate its performance.  Beltran assured me that the trading results were legitimate and that he had access to the Traders Domain's trading books for the last year.  In September 2022, I asked Beltran if Centurion was the broker.  Beltran responded that "Centurion [is] the fund[.]  Broker its traders domain for now[.]"

16. Based on these assurances, I decided to invest additional funds with Centurion.  I invested a total of $295,000 with Centurion, which Santi and/or Beltran instructed me to deposit in bank accounts held by Centurion Holdings LLC, GMJ Marketing LLC, and into Centurion's cryptocurrency wallet at Kraken.

17. In or around October 2022, I observed substantial trading losses that nearly wiped out the value of Centurion's account.  Centurion claimed that the losses were the result of a "system error" and told its customers not to worry because the accounts would be updated and the losses reversed.  When I asked Beltran how this was possible, he told me that because Centurion owned the broker, it could use funds to credit the account and reverse the losses.  Later that day, the trading losses in the account were reversed.  This type of "system error" happened on more than one occasion and each time the losses were reversed by Centurion.

2

18. Shortly thereafter, I decided to withdrawal my funds from Centurion. After submitting my withdrawal request to Centurion, I learned that there were withdrawal delays and Centurion was having difficulty obtaining funds. I expressed my view that Centurion should be able to remedy this based on the previous representations from Beltran and Santi that they controlled all of the funds. However, Centurion told me that the withdrawal problems were caused by Traders Domain and its owner, Ted Safranko ("Safranko"), because the funds resided with Traders Domain. I felt completely misled because Beltran and Santi previously told me that they controlled the funds.

19. In December 2022, I was invited to participate in a Zoom videoconference with Safranko, Santi, and two other Centurion customers. Safranko claimed that he was the master trader and owner of Traders Domain. Safranko claimed that the withdrawals were being held up by banking delays, but he promised that the withdrawals would be fulfilled by January 31, 2023.

20. In January 2023, I told Beltran that I was concerned this was a Ponzi scheme and he implied that I should not worry because Traders Domain "are processing withdrawals non[] stop."

21. To date, my request to withdrawal from Centurion has not been processed by Centurion or Traders Domain. Neither Centurion, Beltran, nor Santi has provided any indication that I will receive these funds.

22. In total, I lost $295,000 in principal that I invested with Centurion, and approximately $800,000 in purported trading profits.

23. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

14 day of June , 2023.

Chris Groves

3

## DECLARATION OF APRIL MOSS
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Atlanta, Georgia.

4. In or about late 2021, I heard of hedge fund through multiple friends who had opened customer accounts with Mike Sims ("Sims"). I was acquaintances with Sims through attending many of the same business conferences. My friends had done very well with the Sims hedge fund; one friend had withdrawn $300,000 a month for a year. I watched my friends' performance for a long time before I made the decision to move forward with opening an account with Sims.

5. When one of my friends knew that I was interested in opening an account, he put me in a group chat with Sims. Subsequently, Sims started texting me separately about the hedge fund. Sims also went to lunch with me to discuss the investment opportunity.

6. Over text and in person, Sims claimed that he had owned this hedge fund for 6 to 7 years. Sims told me that the traders he employed traded US dollar gold pairs (XAUUSD) which he called foreign currency exchange ("forex"). Sims said that his traders were really good, and knew what they were doing. As a way of telling me how successful his traders were, Sims told me that they made seven figures a year. Sims didn't name the hedge fund, but repeatedly asserted that it was his and that he employed the traders. Sims told me that the minimum opening amount to fund the account was $100,000.

7. When I asked about risk, Sims said that in the 6-7 years he had been running the hedge fund it had maybe 2 losing days and never a losing month. Sims also told me that his hedge fund had stop-loss parameters in place to insulate me from losses. As for return, Sims told me that he had another female client who initially put in $100,000, waited a year, and now she is pulling $100,000 out of her account a month.

8. After I made the decision to open an account with Sim, he sent me wire instructions to SECAP Holdings LLP. Sims directed me to put "services" and not "trading" or "forex" in the memo; he also asked that I not "mention investing" in connection with the wire transfer

PLAINTIFF EXHIBIT

J

because "[t]hat will make us have to do an unnecessary amount of due diligence." He later texted me to remind me to "make sure you follow instructions exactly like this. Nothing more nothing less…REMEMBER: In the memo or if they ask you what it's for put 'services' Nothing about investment/trading/hedge fund."

9. I followed Sims' wire instructions and sent $100,000 to fund my account on February 2, 2022. Up until that point I had not heard of The Traders Domain ("TD") or Ted Safranko ("Safranko"). The day after wiring my account funding, Sims' assistant contacted me and asked for a copy of the wire and helped set me download the Metatrader5 application which would give me access into my account. In setting up the application, Sims' assistant instructed me to choose "Traders Domain FX" in the broker section.

10. Once my TD account was set up, I could see every day how much money I was making in my account. I could also see every day the live trading going on in the account. Sims told me that his commission was 40% of the profit, which was taken on the first of each month. When I asked Sims about withdrawal, he told me that anytime I wanted to make a withdrawal I could text him and the money would be transferred to me within 48 hours.

11. As the months went by, I could see the profits in my account growing. By June 2022, my account had grown by so much that I wanted to increase my deposit. As of June 15, 2022, my account showed that I had made a profit of $390,820 on my initial deposit, which was just over four months from my account inception. I contacted Sims and told him that I had another $325,000 of which I wanted to put an additional $250,000 in my account, and divide the remaining amount and place into 3 accounts for my mother and two daughters. Sims agreed to open my mother and daughters accounts even though there was normally a $100,000 minimum per account and made me feel like he was doing me a favor. As of June 2022, Sims told me that the hedge fund was now even more exclusive and that the minimum account opening balance was $500,000. Sims texted me wiring instructions to an entity SACAP Holdings Inc., with the instructions that the memo line read "Services."

12. When I opened my account with Sims, I had not planned to withdraw any funds until after one year had passed because of the one-year compounding discussed with Sims. My plan was to wait until 2023, and then withdraw my principal of $425,000 and then start withdrawing $100,000 a month thereafter. However, around August 2022, I began hearing people I knew say that the withdrawals were slowing down. Rather than the 24-48 hours it had previously taken for customers to get out money, now it was 20 days, and then it became months. TD was sending emails with various excuses for the delays, including that the banks were backed us from all the withdrawals. To me, the excuses sounded legitimate at first. TD was also directing customers to open up a cryptocurrency wallet through a particular company that would allow them to directly move funds to and from customers.

13. However, I started to become concerned about the various excuses I was hearing about the customer withdrawals. I had some casual conversations with Sims about the delays in which he told me that the banks could simply not move money that quickly. This didn't sound right to me and I began researching Sims and this hedge fund on the internet, and saw many red flags.

14. When I ran into Sims at a social function in late December 2022/January 2023, he told me that he had millions of dollars in the TD as well. After hearing about the CFTC case filed against Sims and others in January 2023, I texted Sims to ask about it on February 24, 2023. Sims reassured me that: these were just allegations, he and his lawyers had been looking into the withdrawal delays for months, and that his name should not have been on the CFTC case. Finally, he said that "I will always tell you the truth."

15. On February 25, 2023, I had another conversation with Sims in which he asked me if I had made a withdrawal. I explained to him that I was waiting for my one-year period before withdrawing from my account. Sims said that this was a "good idea" and that TD was backlogged. When I told him that I was concerned, Sims told me to go ahead and make a withdrawal request.

16. I made a $500,000 withdrawal request directly through TD. As of March 18, 2023, I had made a purported profit of $3,648,537 on my initial principal of $425,000.

17. Sims put me into a Ted Safranko ("Safranko") Telegram group chat with daily updates about customer withdrawals. In April 2023, Sims began messaging me in Telegram whereas before he always texted, called or messaged me on Instagram. Sims send me a message in April 14, 2023 asking if I had a bitcoin wallet. I responded to tell him that I didn't have a bitcoin wallet. On April 17, 2023 I messaged Sims again. But I asked, can you give me an honest update about what is going on? I could tell from the alerts that Sims read the message, but he never responded. He then deleted his Telegram account.

18. I have continued to receive messages and emails about my account. TD has now become "TruBlue FX" and "Ares Global LLC." When I log into "mytrublue.fx.com" my TD trading accounts are visible. The new messages sent under the moniker TruBlue FX and Ares Global LLC claim that the business is operational again and they will begin sending out customer withdrawals in the order received.

19. To-date, I have not received any funds back from Sims, TD, Safranko, TruBlue FX, or Ares Global LLC.

20. In total, I lost $425,000 in principal and approximately $12,973,396 in purported profits by investing with TD.

21. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into a n agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

10th day of May, 2024.

_____

April Moss

## DECLARATION OF MARK PRASALOWICZ
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Pennsylvania.

4. In or around February 2022, I was referred to Algo Capital LLC ("Algo") by a friend who put me in touch with John Fortini. My friend learned about Algo from Steven Likos.

5. On February 3, 2022, I had a telephone call with Fortini and Likos. Fortini indicated that he was an Executive Vice President with Algo. It was my understanding that Likos was also affiliated with Algo, but he did not identify his position or title. After I invested, I learned that Algo's President was Robert Collazo and its Vice President was Juan Herman.

6. Fortini explained that Algo had a trading platform that they used to trade gold to U.S. dollar pair ("XAUUSD") transactions for clients. He indicated that Algo's trading platform used a proprietary algorithm. Fortini told me Algo's platform produced monthly returns of eight to twelve percent.

7. Fortini and Likos did not tell me that my funds would be sent outside the United States. Nor did they tell me that my funds would be sent to a brokerage called Traders Domain, or that funds would be traded by Ted Safranko ("Safranko"). If I had known these things, I would not have invested in Algo.

8. When I told Fortini that I was interested in investing with Algo, he sent me an email attaching Algo's "Software As A Service Agreement" (the "Algo Customer Agreement"). The Algo Customer Agreement stated that Algo "is in the business of supplying software applications and related services to companies in the financial services industry, including, among other things, algorithmic trading software in the forex and non-security cryptocurrency markets." The Agreement stated that I would have access to Algo's "proprietary algorithmic trading software." It further stated that Algo would be "[t]rading financial instruments on margin" with a "high degree of leverage."

9. Schedule A to the Algo Customer Agreement described the algorithmic trading strategy provided by Algo as follows: "The primary target of this algorithmic trading program is a continuous growth of the initial account budget. Strong development of the account balance by minimizing risks is the main aim of the Vendor Software. This is accomplished by the placement of trades and its related hedge trades in a very specific manner: combined with an

1



advanced close logic which allows a balanced development of founds [sic] secured by a precisely calculated account size correlated to the trading volume."

10. According to the Algo Customer Agreement, Algo charged a fee of approximately 50% of monthly trading gains as a "licensing fee" for Algo's algorithmic trading software.

11. Fortini told me withdrawal requests should be submitted to Algo and said I could withdrawal funds at any time. It was my understanding that Algo would process withdrawals quickly, based on Likos telling me about withdrawals he made from Algo.

12. On or around February 9, 2022, I signed the Algo Customer Agreement.

13. On or around February 11, 2022, I made my initial deposit of $25,000 with Algo. Fortini provided me with instructions to deposit funds with Algo. The instructions directed me to wire funds to Algo's bank account at TD Bank with account number ending in *6056. According to Fortini, once the funds were wired to Algo, it would take a couple of days for the trading account to be established and funded. I never sent funds directly to Traders Domain.

14. Thereafter, Fortini provided me with instructions to download the MetaTrader application to monitor the activity in the trading account. Through MetaTrader, I had read only access to the Algo account which allowed me to view the trading activity and account balance, but I was not able to make trades or transfer funds to or from the account on my own.

15. Through MetaTrader, I monitored the trading activity and observed gains in my account. All of the trades in the account were exclusively in XAUUSD. Based on this activity, I decided to deposit additional funds with Algo.

16. On or around March 11, 2022, I made a second deposit of $70,000 with Algo. Like my initial deposit, Fortini directed me to deposit these funds into Algo's bank account at TD Bank with account number ending in *6056.

17. At times, I observed certain irregularities in the trading account, including trading losses that appeared in the account that were reversed within a day. When I contacted Fortini to ask about these losses, he said they were caused by server issues and/or technical glitches, and indicated that Algo could reverse the losses.

18. On December 6, 2022, Algo sent me and its other customers an email which stated:

> Our business has been challenged in recent months but it's not because of anything within our walls. Rather, it's been because of events in the financial sector and the economy, which have led banks to take a more cautious perspective . . . .

**What Caused the delays?** It is It is important to understand how money moves when you are investing. The broker is Offshore (registered in Belize), so funds must always move from their liquidity pool to a trust account to a banking provider before being transferred to the client. In order to request a withdrawal, clients must submit their account and routing numbers. Often clients made mistakes when entering their account details; this usually occurs because they mislabeled the account or entered the routing number incorrectly. Banks take compliance very seriously to ensure that customers' funds are protected. When errors are identified in a large batch of transactions, banks will often pause the transfer until they can obtain more information from the client. This is done to ensure that all regulatory and internal protocols are being followed....

**Timelines**

In light of all this, our broker expects to complete the withdrawals for August & September, and October [2022] within the coming weeks. The broker is also confident that November requests will be completed by the end of December or, at the latest, early January. Consequently, we will be able to start the new year fresh.

19. I considered this information about withdrawal delays to be a red flag. I subsequently learned that Algo knew about withdrawal issues going back to September 2022, but Algo did not make me aware of these issues at that time.

20. Accordingly, on January 25, 2023, I submitted a withdrawal request by email to Algo at support@algocapitalfx.com. At this point, my account balance was approximately $326,000. However, Algo ignored this request.

21. On or around January 31, 2023, I submitted another request to Algo to withdrawal all of my funds. Later that day, Herman sent me an email from jj@algocapitalfx.com forwarding a withdrawal request for $326,000 that Algo submitted to Traders Domain and a response from Traders Domain. The Traders Domain response stated that "all withdrawals go through a compliance process before approval can be generated" and "withdrawals take up to 20 business days to process."

22. However, I did not receive any funds after making this withdrawal request. Instead, I received repeated excuses from Fortini about the reasons that my withdrawal was delayed, and he blamed the problems on issues caused by Traders Domain and Safranko.

23. On February 18, 2023, Algo sent another email that stated:

This is a difficult e-mail to write.

In response to Traders Domain's excuses for why they cannot process withdrawals, plus other concerns raised by some of you, we have continued to maintain an open

line of communication with Ted Safranko of Traders Domain. On several occasions, Ted has openly stated that Traders Domain is in possession of all funds belonging to Algo Capital customers. He has repeatedly promised that he would make Algo Capital customers whole. For a time, we believed that Ted would honor his clear commitments....

Ted's explanations have become increasingly superficial and unsatisfying. We have doubts Ted and Trader's Domain will honor their commitment to you and relinquish the funds that belong to Algo Capital customers. We know that many of you share those doubts.

24. I responded to Algo's February 18, 2023 email and posed a number of questions to Algo including asking, among other things: who wrote the February 18 email for Algo; how much money Algo received in commissions from Traders Domain during the prior two years; how much Algo was owed by Traders Domain. Algo did not respond to my questions.

25. To date, I have not received any funds back from Algo or Traders Domain.

26. In total, I lost $95,000 in principal and approximately $231,000 in purported profits by investing with Algo.

27. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

14 day of August , 2023.

**Mark Prasalowicz**

4

## DECLARATION OF DAVID SILLMAN
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Spruce Pine, North Carolina.

4. Between late 2021 and January 2022, I was introduced by a business associate to the Traders Domain ("TTD"). My business associate told me that TTD was an offshore brokerage that offered a gold trading PAMM account (the "Gold PAMM Account"). It was my understanding that in the Gold PAMM Account a master trader traded leveraged gold-U.S. dollar pair ("XAUUSD") transactions of a volume covering all accounts in the PAMM and that the XAUUSD transactions were automatically copied to all accounts in the PAMM. TTD customers earned profits proportional to the size of their investment in the PAMM, and TTD collected a commission that was deducted from the trading profits. I later learned that Ted Safranko was the only trader for the Gold PAMM Account my funds were in.

5. On or around January 14, 2022, I opened an account at TTD in the name of my business and made an initial investment of 27,450 USDT from my Kraken account. Per the instructions that I received from my TTD sponsor, I then exchanged the USDT into USD which was then credited to my TTD account. My sponsor instructed me to send him a text message notifying him whenever I made a crypto deposit or wire transfer for TTD.

6. I was able to view my TTD account balance and trading activity in my account through the TTD MetaTrader app, which I downloaded on my phone. Within a few hours after I had transferred the USDT to TTD, they appeared in my TTD account.

7. On or around February 9, 2022, I opened a second TTD account in the name of a different business and deposited $25,000 via wire initially. My sponsor instructed me to send these additional funds to a bank account held by SECAP Holdings LLC ("SECAP"). These funds appeared in my TTD account shortly after the wires to SECAP. I was told by my sponsor that funds wired to U.S. bank accounts were sent offshore to TTD to trade XAUUSD in the Gold PAMM Account.

8. The trading in the Gold PAMM Account was immediately profitable and my account balances grew quickly. Based on these gains, on or around Feb 24, 2022, I decided to deposit additional funds of $40,000 in the name of my first business .

PLAINTIFF EXHIBIT

L

9. On or around February 28, 2022, I deposited an additional $25,000 into the second TTD account. My TTD account balances continued to grow and nearly every day had positive trading profits.

10. On or around June 1, 2022, I deposited an additional $14,465.70 into the second TTD account.

11. On or around July 9, 2022, I withdrew $7,000 from the second TTD account. This cleared quickly with no problems.

12. On or around July 15, 2022, I withdrew $55,000 from the first TTD account through cryptocurrency. I received the funds in approximately one business day.

13. On or around August 24, 2022, I deposited an additional $50,000 into the second TTD account.

14. About a month later, I read an announcement from TTD stating withdrawals would take up to twenty business days to be processed. This concerned me, but I decided to wait to see if the withdrawal time would go back down to the faster processing time that TTD had advertised to customers.

15. Unfortunately, the withdrawal time did not decrease. In September and October 2022, I heard from a number of TTD customers who were friends that they had been waiting more than thirty days for the attempted withdrawal of funds from their TTD accounts.

16. TTD provided numerous different excuses for the withdrawal delays, including citing unspecified banking issues, compliance checks, and blaming customers for supposedly slowing the process by making multiple withdrawal requests and/or including incorrect information in withdrawal requests.

17. In addition to my growing concerns about withdrawal delays and liquidity, I became increasingly concerned about certain trade adjustments that I observed in my account. These adjustments had me concerned about whether trades were being manipulated and whether the master trader had the ability to alter trading history after trades were executed.

18. For example, on one occasion I observed several trades close at a significant loss, but hours later these trades were adjusted so the trades appeared as if they were executed at a price that only resulted in a small loss. When I asked TTD about this adjustment I was told it was made to correct for slippage.

19. I observed other trade adjustments while watching live trading by TTD through MetaTrader on October 11 and 12, 2022. For example, on October 12 my account showed a nearly 52%

loss for the day. TTD adjusted my account hours after the trades occurred and restored my account to reflect only a very small loss for the day. What was even more puzzling is the trades were adjusted to close at positions where the market had not been at those times on those particular days. I documented these irregularities by taking screenshots in the MetaTrader app, which I sent to TTD seeking an explanation.

20. TTD told me the adjustments were caused by technical issues, including the alleged difference between aggregator pricing and what the MetaQuotes software used by TTD could handle. When I pressed TTD to explain how these adjustments could take place hours after the trades and, more importantly, at prices the market never reached at those times on the relevant days, I did not get a response.

21. Between November 3rd and 18th, 2022, I made three withdrawal requests to TTD from my second TTD account totaling around $307,293.54, via cryptocurrency and Savvy Wallet, a payment processor that TTD announced it had begun to use. According to TTD, using Savvy would alleviate the withdrawal delays. I also made two withdrawal requests from my first TTD account totaling around $640,000.

22. Following another adjustment of a losing trade I witnessed live on November 11, 2022, and given my growing concerns about TTD's liquidity and its potential manipulation of trades, I decided to withdraw all of my funds and close my accounts.

23. On December 2, 2022, after twenty business days from my November 3 withdrawal requests passed and I had not received any funds, I contacted TTD customer support to inquire about the status of these withdrawals. I did not receive a response.

24. On or around December 30, 2022, I sent a second email to TTD customer support asking about the status of my withdrawals and notifying them that I was preparing to start an investigation into the delays. TTD responded that my November withdrawals were in the queue to be processed.

25. Around this time, I began posting online reviews about my experience and the concerns I had about TTD.

26. In late 2022, TTD notified customers through a message on its website that, as of January 1, 2023, withdrawals could take up to 45 days. TTD claimed that it implemented this new timeline "to ensure all clients received funds in a timely manner." Further, the message claimed that TTD was "STILL PROCESSING ALL WITHDRAWALS DAILY FROM PRIOR REQUESTS."

27. On or around January 1, 2023, I received two withdrawals from Nov 3rd. A few hours later, I began receiving negative communication from individuals affiliated with TTD demanding

that I remove my online reviews concerning TTD, or they would ban me and anyone associated with me from the platform.

28. On or around January 5, 2023, I sent another email to TTD with the attachment of my experience up to January 5. A few hours later, two more of my pending transfers came through, but not the full amount I had requested to close my accounts. Then my TTD sponsor texted and asked to have a Zoom call with Mr. Safranko. We talked for exactly 45 minutes which is when the free Zoom call they had hosted ran out of time. On this call, Mr. Safranko talked about why there were delays and assured me my pending withdrawal would be complete in a few days. I did not have a way to initiate communication besides email so the conversation stopped.

29. On or around January 7, 2023, I sent an email to TTD asking why the funds that Mr. Safranko had referenced had not come through. TTD replied that they would like my direct contact information to give to management. I replied with my contact information and, a few minutes later, Mr. Safranko called me on my cell phone from a blocked number. We talked for about an hour and a half and he agreed to talk again and show some proof of funds on a Zoom call.

30. On or around January 9, 2023, I participated in a Zoom video call with Mr. Safranko and some of my associates who were also TTD customers. During the call, Mr. Safranko showed us documents that he claimed proved that TTD had the liquidity to repay all of its customers. These documents included a letter dated December 8, 2022, from a company in the UAE named Royal Capital PSC that claimed to hold $150 million for TTD; an audit report dated August 24, 2022 from a Mexican accounting firm showing, among other things, that TTD supposedly had net revenue of over $500 million in 2022 based largely on commissions; invoices that purportedly showed TTD was a legitimate business; documents from TTD's alleged liquidity provider; and other corporate documents.

31. During the call, we requested to speak directly with TTD's bank to verify the financial information that Mr. Safranko showed us, including the proof of funds letter from Royal Capital PSC. Mr. Safranko would not permit us to speak directly with TTD's bank.

32. On or around January 19, 2023, a business associate and I had a 6-hour face-to-face meeting with Mr. Safranko in a Vancouver hotel conference room. During the meeting, Mr. Safranko showed us additional documents that purportedly demonstrated that TTD was a legitimate operation and attempted to answer our questions. We asked Mr. Safranko to log in to certain accounts to demonstrate proof of funds, but Mr. Safranko refused to do so. Mr. Safranko promised that he would provide additional documents at a follow-up meeting scheduled for the following week.

33. Mr. Safranko canceled the follow-up meeting and claimed that his banking and legal teams would not participate in the meeting. When we tried again to get Mr. Safranko to honor his promise to meet and provide additional documentation, he stopped communicating with us.

34. Currently, I am still waiting to receive from TTD a withdrawal of 19 Bitcoin from my first account, worth approximately $331,223.46 when I made the withdrawal request, and worth approximately $982,000 today. When the payment of ETH came thru on January 1, 2023 the value of ETH had dropped 25% from when the withdrawal was initiated to when it was completed. The same amount of ETH was transferred even with the 2-month delay in transfer resulting in a 25% loss of asset value over that time. The second account was paid in full.

35. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

16th day of February, 2024.

_David Sillman_    2-16-24

David Sillman

5

### DECLARATION OF AMBER SILVEY
### PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Boynton Beach, Florida.

4. I am an accountant by profession. In 2022, a client of mine told me about an investment opportunity with Algo Capital, LLC ("Algo Capital"). After observing the returns in my client's Algo Capital trading account, I decided to speak with representatives of Algo Capital about the investment.

5. In or around September 2022, I spoke with a representative of Algo Capital who told me that Algo Capital used a proprietary software algorithm to trade leveraged or margined gold to U.S. dollar pair ("XAUUSD") transactions for its clients. The Algo Capital representative told me the algorithm never had a losing month, and it usually generated monthly returns of around 20%.

6. Algo Capital did not inform me that it would send my funds to Traders Domain, that Ted Safranko would trade my funds, nor did they disclose that Algo used a brokerage that was not licensed to do business with U.S. customers. They also did not disclose any issues or delays that Algo Capital had processing customer withdrawals from the brokerage. If this information had been disclosed, I would not have invested with Algo.

7. Algo sent me a customer agreement titled "Separately Managed Account Agreement" (the "Agreement"). The Agreement stated that the investment objective was "the implementation of a gold intra-day trading strategy." It stated that Algo FX Capital Advisor, LLC ("Algo FX") was entitled to a fee equivalent to 50% of the monthly trading gains in my account. The Agreement also provided instructions to wire my investment funds to Algo Capital's bank account at TD Bank.

8. I signed the Agreement on September 19, 2022, and John Fortini countersigned on behalf of Algo Capital and Algo FX. At some point after I invested, I spoke by telephone with Mr. Fortini, who represented himself as Algo Capital's CFO of Portfolio Management.

9. Algo Capital also provided me with a "Rider to Software as a Service Agreement". This document stated that Algo Capital would implement a strategy to trade leveraged or margined XAUUSD, and offered three trading programs: "Aggressive", "Moderate", or

1


PLAINTIFF EXHIBIT
**M**

"Conservative". I signed this agreement on September 19, 2022, and selected the Aggressive strategy.

10. On or around September 23, 2022, I invested $100,000 with Algo Capital through two wire transfers of $65,000 and $35,000 that I sent to Algo Capital's TD Bank account *6056 pursuant to the instructions provided by Mr. Fortini.

11. According to Algo, once the funds were wired to Algo's bank account, it would take a couple of days for the trading account to be established and funded. I never sent funds directly to Traders Domain.

12. Algo Capital provided me with instructions to download the MetaTrader application to monitor the activity in the Traders Domain account. Through MetaTrader, I had read only access to the account which allowed me to view the trading activity and account balance on a daily basis. I was not able to make any trades or transfer funds to or from the account on my own. Requests to withdrawal or transfer funds had to be submitted to Algo Capital.

13. Through MetaTrader, I observed trading activity of XAUUSD and gains in my account balance.

14. On or around November 4, 2022, I submitted a request to Algo Capital to withdraw approximately $3,000 from my account. I intended to use these funds to cover basic living expenses for my family. Algo Capital informed me that it could take up to twenty days to receive my funds.

15. However, twenty days passed and I did not receive the requested funds. On or around December 5, 2022, I submitted a second withdrawal request to Algo Capital for approximately $3,000.

16. On December 6, 2022, Algo Capital sent me and its other customers an email with the subject "Algo Capital Important Update" that provided the following explanation for the "Withdrawal Delays".

> Our business has been challenged in recent months but it's not because of anything within our walls. Rather, it's been because of events in the financial sector and the economy, which have led banks to take a more cautious perspective . . . .

> **What Caused the delays?**

> It is important to understand how money moves when you are investing. The broker is Offshore (registered in Belize), so funds must always move from their liquidity pool to a trust account to a banking provider before being transferred to the client. In order to request a withdrawal, clients must submit their account and routing numbers. Often

2

clients made mistakes when entering their account details; this usually occurs because they mislabeled the account or entered the routing number incorrectly. Banks take compliance very seriously to ensure that customers' funds are protected. When errors are identified in a large batch of transactions, banks will often pause the transfer until they can obtain more information from the client. This is done to ensure that all regulatory and internal protocols are being followed.

. . .

**Timelines**

In light of all this, our broker expects to complete the withdrawals for August & September, and October [2022] within the coming weeks. The broker is also confident that November requests will be completed by the end of December or, at the latest, early January. Consequently, we will be able to start the new year fresh.

17. However, my withdrawal requests, including the November 4, 2022 request, was not completed by the end of December or early January as stated in Algo Capital's December 6 email message.

18. On or around January 3, 2023, I submitted a third request to Algo Capital to withdraw approximately $10,000 from my account.

19. On January 7, 2023, I emailed Algo Capital Support to inquire about the status of my November 4 and December 5 withdrawal requests, which had been pending for approximately 60 and 30 days respectively. Algo Capital responded that "[t]he funds have cleared the international banks and we are just waiting for them to settle into all the Savvy Wallets (400+ Wallets) . . . The company is moving several million for 4 months of client withdraw[l]s. Moving this amount of money into the US is extraordinarily difficult especially nowadays and we have been blocked from making wire transfers which is why we moved to Savvy." It further stated that Algo Capital's "executive team has been in daily contact with our Broker, Traders Domain, Banks, and Savvy" and stated that withdrawal requests submitted between August 2022 and October 2022 would be "settled any day now" and requests submitted between November 2022 and January 2022 would be "settled within the next 30 days."

20. Algo did not deliver on the promised timelines and I did not receive my funds.

21. Because Algo Capital was unable to provide me with accurate information about my withdrawal requests, I emailed Traders Domain Support directly on January 17, 2023 to inquire about the status of my requests.

22. Traders Domain Support told me there was no definitive timeline for processing withdrawal requests, but assured me that withdrawals were being worked on daily. I responded and

3

stated that I needed a definitive timeline and proof of where my funds were being held. Traders Domain said it did not have a set timeline and did not provide me with proof that my funds were available. Instead, Traders Domain sent me a link to join a Telegram chat group to receive updates from Ted Safranko and the team. Ultimately I was unable to join this group and was given no assistance to be able to do so.

23. I continued emailing Traders Domain seeking concrete information about the status of my funds. However, Traders Domain Support responded with vague information and failed to provide updates or specific details concerning the status of my withdrawal requests.

24. On January 31, 2023, I emailed Algo Capital and requested that they close my account, then valued at approximately $172,000, and immediately return all of my funds. Algo Capital confirmed my request and sent me an account closure statement on or around February 1, 2023.

25. Thereafter, I continued to seek information from Algo Capital and Traders Domain about the status of my funds.

26. On February 18, 2023, Algo sent another email that stated:

> This is a difficult e-mail to write.
>
> In response to Traders Domain's excuses for why they cannot process withdrawals, plus other concerns raised by some of you, we have continued to maintain an open line of communication with Ted Safranko of Traders Domain. On several occasions, Ted has openly stated that Traders Domain is in possession of all funds belonging to Algo Capital customers. He has repeatedly promised that he would make Algo Capital customers whole. For a time, we believed that Ted would honor his clear commitments....
>
> Ted's explanations have become increasingly superficial and unsatisfying. We have doubts Ted and Trader's Domain will honor their commitment to you and relinquish the funds that belong to Algo Capital customers. We know that many of you share those doubts.

27. On or around February 21, 2023, Traders Domain informed me that they expect that my withdrawal requests would be cleared in two weeks and promised to provide further updates on the Traders Domain website. Unfortunately, I did not receive my funds.

28. On or around March 7, 2023, Traders Domain Support informed me that they are continuing to process withdrawal transactions. They claimed that the delays were caused by "[e]xcessing transactions and processing [that] have hindered our banking partners" and challenges receiving funds "from our liquidity partners." They further stated that, "You are

4

free to deposit and withdraw from your investment account as PAMM trading continues during these growing pains."

29. On or around March 24, 2023, I became aware of a message distributed by Traders Domain that stated: "Traders Domain is pleased to announce it has been acquired by a new company which it will operate under moving forward." It further stated that trading accounts "will be migrated to the new company automatically" and "WITHDRAWLS WILL CONTINUE TO PROCESS."

30. To date, I have not received any funds back from Algo Capital or Traders Domain.

31. In total, I lost $100,000 in principal and approximately $83,216 in purported profits by investing with Algo Capital.

32. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on this

22 day of March, 2024.

Amber Silvey

## DECLARATION OF MELISSA TAYLOR
## PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Miami, Florida.

4. In 2022, I learned about Algo Capital, LLC ("Algo Capital") from a group of friends who were invested with Algo Capital. One of my friends was making profits of $5,000 per day through Algo Capital. Several of these friends had withdrawn and received money from Algo Capital. Based on the experiences of these friends, I believed that Algo Capital was a legitimate investment fund.

5. On or around September 26, 2022, one of my friends introduced me to John Fortini from Algo Capital. Thereafter, I communicated with Fortini by text message, email, and telephone about Algo Capital. Fortini represented himself as an executive of Algo Capital and indicated that he would be my assigned representative if I decided to invest. Fortini told me that he used the email address support@algocapitalfx.com.

6. Based on my communications with Fortini, I believed that: my funds would be maintained with Algo Capital; pooled and traded with funds from other Algo Capital investors; Algo would use its proprietary algorithm to trade my funds; my investment would generate passive income that would grow over time; and that I could easily withdraw my funds by submitting a request to Algo Capital. I was aware that the investment could have day to day volatility, but believed based on Fortini and my friends that it would grow consistently.

7. Neither Fortini nor anybody else at Algo Capital informed me about any issues or delays processing customer withdrawals or repaying its customers that Algo Capital was experiencing. They also did not inform me that my funds would be sent to an unregistered, offshore broker or that my funds would be traded by Ted Safranko. They also did not advise me that Traders Domain was on the CFTC's RED List. If I had known these things I would not have invested with Algo Capital.

8. Fortini sent me a customer agreement titled "Separately Managed Account Agreement" (the "Agreement"). The Agreement stated that the investment objective was "the implementation of a gold intra-day trading strategy." It stated that Algo FX Capital Advisor, LLC ("Algo FX") was entitled to a fee equivalent to 50% of the monthly trading gains in my account. The Agreement also provided instructions to wire my investment funds to Algo Capital's bank account at TD Bank.

1



PLAINTIFF EXHIBIT
N

9. I signed the Agreement on September 27, 2022, and John Fortini countersigned on behalf of Algo FX.

10. Algo Capital also provided me with a "Rider to Software as a Service Agreement". This document stated that Algo Capital would implement a strategy to trade leveraged or margined XAUUSD, and offered three trading programs: "Aggressive", "Moderate", or "Conservative". I signed this agreement on September 27, 2022, and selected the Aggressive strategy.

11. On or around September 29, 2022, I deposited $30,000 with Algo Capital through a wire transfer that I sent to Algo Capital's TD Bank account *6056 pursuant to the instructions provided by Fortini. I forwarded the wire transaction information to Fortini at support@algocapitalfx.com.

12. According to Fortini, once the funds were wired to Algo's bank account, it would take a couple of days for the trading account to be established and funded. I never sent funds directly to Traders Domain.

13. Algo Capital provided me with instructions to download the MetaTrader application to monitor the activity in the Traders Domain account. However, there was a delay getting access to view my trading account. I was told by Algo that this was caused by a technology related issue because they were switching to a new software application.

14. Eventually, I obtained access to view my trading account through MetaTrader. I had read only access to the account which allowed me to view the trading activity and account balance on a daily basis. I was not able to make any trades or transfer funds to or from the account on my own. I observed trading activity of XAUUSD and gains in my account balance.

15. Although I had not personally requested any withdrawals or experienced any delays, I learned about these issues on December 6, 2022, when Algo Capital sent me and its other customers an email with the subject "Algo Capital Important Update." The email provided the following explanation for the "Withdrawal Delays".

Our business has been challenged in recent months but it's not because of anything within our walls. Rather, it's been because of events in the financial sector and the economy, which have led banks to take a more cautious perspective . . . .

**What Caused the delays?**

It is important to understand how money moves when you are investing. The broker is Offshore (registered in Belize), so funds must always move from their liquidity pool to a trust account to a banking provider before being transferred to the client. In order

to request a withdrawal, clients must submit their account and routing numbers. Often clients made mistakes when entering their account details; this usually occurs because they mislabeled the account or entered the routing number incorrectly. Banks take compliance very seriously to ensure that customers' funds are protected. When errors are identified in a large batch of transactions, banks will often pause the transfer until they can obtain more information from the client. This is done to ensure that all regulatory and internal protocols are being followed.

. . .

**Timelines**

In light of all this, our broker expects to complete the withdrawals for August & September, and October [2022] within the coming weeks. The broker is also confident that November requests will be completed by the end of December or, at the latest, early January. Consequently, we will be able to start the new year fresh.

16. On February 18, 2023, Algo sent another email that stated:

This is a difficult e-mail to write.

In response to Traders Domain's excuses for why they cannot process withdrawals, plus other concerns raised by some of you, we have continued to maintain an open line of communication with Ted Safranko of Traders Domain. On several occasions, Ted has openly stated that Traders Domain is in possession of all funds belonging to Algo Capital customers. He has repeatedly promised that he would make Algo Capital customers whole. For a time, we believed that Ted would honor his clear commitments....

Ted's explanations have become increasingly superficial and unsatisfying. We have doubts Ted and Trader's Domain will honor their commitment to you and relinquish the funds that belong to Algo Capital customers. We know that many of you share those doubts.

The email further stated that Algo Capital committed to notify its customers if it received any funds from Traders Domain and stated that it would "pay out any funds we might receive to our customers first."

17. On or around February 19, 2023, I requested that Algo close my account and transfer the balance in the account, which at that time was $35,444, to me.

18. On or around March 24, 2023, I became aware of a message distributed by Traders Domain that stated: "Traders Domain is pleased to announce it has been acquired by a new company which it will operate under moving forward."  It further stated that trading accounts "will be

migrated to the new company automatically" and "WITHDRAWLS WILL CONTINUE TO PROCESS."

19. On May 5, 2023, I received an email from Algo Capital informing me that it was finalizing its "investment recovery plan."  The email indicated that Algo Capital would provide me and other customers with an accounting of all amounts owed to us and stated that the goal of the plan is to "ensure a significant portion of your investment is returned to you."

20. To date, I have not received any funds back from Algo Capital  or Traders Domain.

21. In total, I lost $30,000 in principal and approximately $5,000 in purported profits by investing with Algo Capital.

22. I am not an individual that trades or invests more than $10 million on a discretionary basis, or that trades or invests more than $5 million and enters into an agreement to manage the risk associated with some other asset or liability.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on this

_____day of _____, 2024.

_____
Melissa Taylor

### DECLARATION OF BINYON WRIGHT
### PURSUANT TO 28 U.S.C. § 1746

1. I am over 21 years of age and competent to testify to the matters included in this declaration. I am making this declaration voluntarily and based upon my personal knowledge.

2. I hereby authorize the Commodity Futures Trading Commission ("CFTC") and any of its representatives to use this declaration in any proceeding pertaining to the matters described herein.

3. I am a resident of Houston, Texas.

4. In conjunction with a partner, I owned and ran a company called T3 through which we taught clients how to trade, with an emphasis on chart analysis, cryptocurrency trading and FOREX. In February 2021, Holton Buggs, Jr ("Buggs") purchased the majority of the company and wanted to continue to use it to provide trading training and education. T3 was re-branded under the name Ellev8.

5. I have known Buggs for approximately twenty years, and know that he is an extremely successful and wealthy business person. My business partner and I were educating Buggs about trading and the trading business. Buggs had his own $2 million trading account and began making around $100,000 a day. Mr Buggs was trading mostly gold ("XAUUSD") with a Traders Domain ("TTD") Account. Mr Buggs was doing some of the trading himself, while also using trading automated bots and trades made by Ted Safranko. I am aware of the trading habits and transactions of Mr Buggs, because this was covered during corporate meetings. I also had access to Mr Buggs trading account. Encouraged by his trading success, Buggs wanted to get more involved in trading and promoting it to customers through his various businesses. I advised him that this was a risky business and that he was not a licensed trader.

6. Around May 2021, Buggs began involving Ted Safranko ("Safranko") in his business plans. Several years before, I had a TTD brokerage account, through which I traded my own account. I knew that TTD was a white label brokerage for B2B. Buggs believed that Safranko was licensed, but I informed him that not only was Safranko not licensed by any government agency or regulatory body as attaining professional, but that TTD was offshore, un-registered and unregulated, and that should he go into business with TTD and Safranko, the CFTC could bring charges against him.

7. Despite my concern about the business direction Buggs was taking, my business partner and I continued on because we were still minority owners and we kept teaching Buggs. At this time, Buggs opened a TTD account which reflected Safranko's trades for the pool. Because this was a corporate account, I could view Safranko's trades live through an app on my phone. Safranko appeared to be trading leveraged or margined gold-U.S. dollar pair ("XAUUSD") transactions. Safranko was trading 3-7 trades per day. At times I could see a loss of, for example, $10,000 in the morning, but by lunchtime Buggs's account would be credited with the full amount. When I asked Buggs how that was happening, Buggs told me that because Safranko was not only the trader but he also owned TTD, he could credit any losses to his account. I was shocked when Buggs told me this, I told Buggs that this was not

1

PLAINTIFF EXHIBIT

O

a normal setup nor was it a normal thing for brokerages in the industry to do, and that this was an indication that Safranko was probably faking the trading in the account

8   Buggs ignored my warnings and moved forward with his plan to partner with Safranko   On one conference call with Buggs and Safranko, they stated that Safranko would charge 5% commission on profits for trading, but Buggs would be charging 40% commission on profits Around this time in the Summer of 2021, Buggs brought another business partner into his business, Travis Bott   I warned Buggs that Travis Bott had a concerning business history, including previous allegations of fraudbut Buggs ignored my warning

9   Buggs and Travis Bott came up with the idea to sell NFT's, and funnel the proceeds into TTD   Clients would buy NFTs with the impression that the NFTs would increase in value, Buggs would then make trades with the NFT sales proceeds and put a portion of the earnings from the trades back into the NFT to create the appearance of an increase in value   The customers did not know that money was going to TTD. I confronted Buggs and told him that I was concerned that this was fraud  I told him that I was concerned that he would end up going to prison for taking people's money, trading it without telling them and giving them a return while not being licensed   I even showed Buggs the Commodity Futures Trading Commission website to peruse and hopefully warn Buggs of the pitfalls of this scheme

10   When it became clear that Buggs was not going to heed my warnings, I resigned and wrote a three-page email detailing my concerns about the business and Buggs' new associates, including Safranko

I declare under penalty of perjury that the foregoing is true and correct   Executed on this

1 4/day of _March_, 2024

Binyon Wright