UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN

**COMMODITY FUTURES
TRADING COMMISSION**,

  *Plaintiff*,

v.

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

  *Defendants.*
_____/

## SEALED ORDER

After careful review, we **ORDER and ADJUDGE** as follows:

1. The Motion to Seal New Civil Action [ECF No. 3] is **GRANTED**. The case shall remain under seal under further order of the Court.

2. The Motion for Leave to File SRO Memorandum in Excess of the Page Limit [ECF No. 4] is **GRANTED**.

3. A **sealed hearing** on the Plaintiff's Expedited *Ex Parte* Motion for Statutory Restraining Order and Appointment of Temporary Receiver [ECF No. 5] is **SET** for **10:30 a.m.** on **Wednesday, October 2, 2024**. The hearing will take place in **Courtroom 12-3** of the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128.

**DONE AND ORDERED** in the Southern District of Florida on September 30, 2024.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**