# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**COMMODITY FUTURES TRADING COMMISION** , PLAINTIFF

VS.   CASE NO. 24-CV-23745-ALTMAN

**TRADERS DOMAIN FX LTD DBA THE TRADERS DOMAIN, FREDIRICK TEDDY JOSEPH SAFRANKO DBA TED SAFRANKO, DAVID NEGUS-ROMVARI, ARES GLOBAL LTD DBA TRUBLUE FX, ALGO CAPITAL LLC, ALGO FX CAPITAL ADVISOR LLC  NKA QUANT5 ADVISOR LLC, ROBERT COLLAZO JR, JUAN JOSE HERMAN AKA JJ HERMAN, JOHN FORTINI, STEVEN LIKOS, MICHAEL SHANNON SIMS, HOLTON BUGGS JR, CENTURION CAPITAL GROUP INC, ALEJANDRO SANTIESTEBAN AKA ALEX SANTI, GABRIEL BELTRAN, ARCHIE RICE III** , DEFENDANT

FILED BY SCA

OCT 28 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

REGIONS BANK, **GARNISHEE**

## ANSWER OF GARNISHEE

- ☐ Regions Bank ("Regions") has in its possession or control property or money, not known to be exempt, belonging to the Defendant(s), and which is not wages, salary, or other compensation in the amount of **$0.00**. Regions will continue to hold this property or money until the Court orders release or payment or until funds are remitted per statute. Regions has notified our customer of their right to raise all potential objections and exemptions with the ordering authority.

- ☐ Regions has in its possession or control a safe deposit box, the contents of which are unknown, belonging to the Defendant(s), which is being held until further order from the Court. No deposit accounts found with the information provided for the defendant.

- ☐ Regions has in its possession or control money belonging to the Defendant(s), which is not wages, salary or other compensation, and certain money is exempt from execution by federal exemption or specific exemption addendum and thus, has been excluded from the balance provided above.

- ☐ Regions is currently subject to withholding order under garnishment/levy in case number _____.
No funds are available.

- ☒ Account(s) Closed        ☐ No funds Available         ☐ No account(s) found based on the information provided for the defendant.

- ☐ Tenancy by the Entirety

- ☐ Other: _____

Regions does not know of any other person indebted to the Defendant(s) or with effects of the Defendant(s) under his control. If wage withholding is required and Regions employs the Defendant(s), a separate Answer regarding the Defendant(s)' wages, salary and compensation will follow.

I, Latasha Griffin, am a duly authorized agent of the Garnishee and certify that the statements set forth in this instrument are true and correct.

/s/ Latasha Griffin
Processor's Signature

Latasha Griffin
Processor's Name

10/22/2024
Date

**PLAINTIFF ATTORNEY**
SCHEEF & STONE LLP
ATTN: KELLY M CRAWFORD
500 N AKARD ST STE 2700
DALLAS, TX 75201-3306

**US COURT**
U S DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA
ATTN: FORT PIERCE DIVISION
101 S US HIGHWAY 1 RM 1016
FORT PIERCE, FL 34950-4209

U S DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA
ATTN: FORT PIERCE DIVISION
101 S US HIGHWAY 1 RM 1016
FORT PIERCE, FL 34950-4209

Po Box 830590
Birmingham, Alabama 35283-0590

**REGIONS**



FIRST-CLASS
AUTO LETTER

ZIP 35244 $ 000.59³
02 7W
0008032310 OCT. 24. 2024.

RECEIVED
OCT 28 2024
CLEARED N-RAY