UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COMMODITY FUTURES TRADING
COMMISSION,

*Plaintiff,*

v.

TRADERS DOMAIN FX LTD., et al.,

*Defendants*.

Civil Case No. 1:24-cv-23745-RKA

---

**NOTICE REGARDING MOTION FOR ORDER TO SHOW CAUSE**

---

This notice is filed regarding the Motion for Order to Show Cause and corresponding response. On October 2, 2024, the Court heard argument on Commodity Futures Trading Commission's ("CFTC") Expedited *Ex Parte* Motion for Statutory Restraining Order, Appointment of Temporary Receiver, and Other Equitable Relief and Memorandum of Points and Authorities In Support Thereof [D.E. 5]. Following the October 2, 2024 hearing, the Court Granted CFTC's Motion and set a Show Cause Hearing to take place on October 29, 2024. On October 24, 2024, November 6, 2024, and November 22, 2024, CFTC Filed a Motions to Continue Show Cause Hearing [D.E.s 35, 57 and. 75] which were granted *see* [D.E.s 36, 59 and 78] ultimately resetting the hearing to take place on January 6, 2025.

Mr. Buggs filed his 1) Omnibus Motion to Dismiss, Motion to Dissolve the Receivership and Statutory Restraining Order, and Emergency Motion to Stay the Receivership and Statutory Restraining Order [D.E. 76]; and 2) Reply Memorandum of Law In Support of Omnibus Motion to Dismiss, Motion to Dissolve the Receivership and Statutory Restraining Order, and Emergency

Motion to Stay the Receivership and Statutory Restraining Order [D.E. 112].  The arguments in

the motion and reply serve as the response to the Motion for Order to Show Cause.

 December 16, 2024                                  Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:    (305) 537-9565
Facsimile:    (305) 537-9567

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service@tachebronis.com

By: /s/*Kyle A. Coker*
**Kyle A. Coker, Esq.**
*Admitted Pro Hac Vice*
Texas Bar No. 24115353
FARMER & COKER, PLLC
901 Main Street, Suite 5330
Dallas, Texas 75202
Telephone:    (214) 242-9607
kyle@farmercoker.com

*Counsel for Holton Buggs, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, a true and correct copy of the foregoing Motion

to Dissolve Receivership was filed with the Clerk of Court via CM/ECF, which will send notice

of electronic filing to all counsel of record.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**