UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-23745-RKA

**COMMODITY FUTURES**
**TRADING COMMISSION,**

              **Plaintiff,**

vs.

**TRADERS DOMAIN FX LTD, d/b/a**
**THE TRADERS DOMAIN, et al.,**

              **Defendants**

_____/

**MOTION TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT STEVEN LIKOS**

COMES NOW, attorney Joseph M. Schuster, and respectfully moves this Honorable Court for permission to withdraw as counsel for Defendant Steven Likos. In support thereof, undersigned counsel states as follows:

1. Attorney Joseph M. Schuster has irreconcilable differences with Mr. Likos in his representation in this matter. As a result, attorney Joseph M. Schuster is unable to further represent Mr. Likos and has no choice but to withdraw from his case.

2. On December 30, 2024, undersigned counsel informed Mr. Likos of his intention to withdraw from further representation in this case.

3. Mr. Likos has been in the process of securing new counsel.

4. Undersigned counsel met and conferred with Alison B. Wilson, Chief Trial Attorney, CFTC, who does not oppose this request.

5. Undersigned counsel provided Alison B. Wilson, Chief Trial Attorney, CFTC, with Mr. Likos' current mailing address.

2

6. Immediately prior to filing this Motion to Withdraw, undersigned counsel filed an Unopposed Motion for Extension of Time to Answer Complaint by Defendant Steven Likos (*see* DE:148).

7. Request is hereby respectfully made for the Court to provide reasonable time for Mr. Likos to obtain new counsel.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant his motion to withdraw as counsel for Mr. Likos in this action.

Respectfully submitted,

By: *s/ Joseph M. Schuster*
Joseph M. Schuster, Esq.
888 Biscayne Blvd., Suite 4807
Miami, FL 33132
Tel:  305-610-8330
Email:  joe@josephmschuster.com
FL Bar No.:  0115812

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Joseph M. Schuster*
Joseph M. Schuster
