UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23745-RKA

**COMMODITY FUTURES
TRADING COMMISSION,**

    Plaintiff,

v.

**TRADERS DOMAIN FX LTD.**
*d/b/a* **THE TRADER DOMAIN,** *et al.***,**

    Defendants.

_____/

<u>**ORDER**</u>

THIS CAUSE comes before the Court before the Court on Defendant's Motion to Modify the Consent Preliminary Injunction (the "Motion") [ECF No. 247]. Having reviewed the Motion, the record, and otherwise being duly advised in the premises, Defendant's Motion to Modify the Consent Preliminary Injunction is **GRANTED** *in part* and **DENIED** *in part*.

Accordingly, it is **ORDERED** and **ADJUDGED** that the Consent Preliminary Injunction is modified as follows:

1. The Receiver shall transfer $200,000.00 to Feldman Firm PLLC IOLTA account. The Feldman Firm PLLC may transfer $50,000.00 of that amount to its operating account as earned fees.

1. The Receiver shall transfer $8,000.00 to an account designated by Mr. Collazo, over which the Receiver shall have viewing access, on August 4,

2025, September 8, 2025, October 6, 2025, November 3, 2025, and December 1, 2025.

**DONE and ORDERED** in Chambers in Miami, Florida on this 18th day of July, 2025.

_Enjoliqué A. Lett_

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc:  All Counsel of Record