UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

**COMMODITY FUTURES
TRADING COMMISSION**,

    *Plaintiff*,

v.

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

    *Defendants*.
_____/

## ORDER

For the reasons stated on the record during our August 8, 2025, motion hearing, *see* Aug. 8, 2025, Paperless Minute Entry [ECF No. 310], we hereby **ORDER and ADJUDGE** that:

1. The Receiver's Motion to Show Cause as to Defendant Juan Herman [ECF No. 242] is **GRANTED**. We hereby find Defendant Juan Herman in civil contempt for his failure to comply with multiple Court orders. To purge his contempt, Juan Herman is **ORDERED** to pay the Receiver a total sum of **$250,000.00**. The Receiver shall serve a copy of this Order on Defendant Herman.

2. The Receiver's Renewed Motion for Sanctions and to Hold Defendant Alex Santiestaban in Contempt [ECF No. 234] is **GRANTED in part** and **DENIED in part** as follows:

    a. Within **30 days** of this Order, Santiestaban shall turn over to the Receiver any documents and text messages responsive to the Receiver's requests concerning the Defendant's personal loans.

    b. Within **14 days** of this Order, Santiestaban shall both assign his interest in Alpha Trader Firm, LLC, to the Receiver and provide all business records related to

Alpha Trader Firm, LLC in his care, custody, or control to the Receiver.

c. The Receiver's request to sanction Defendant Santiestaban for allegedly selling a Richard Mille RM30-01 watch is **DENIED without prejudice**. If the parties cannot resolve this issue, the Receiver may file a renewed motion for sanctions and request an evidentiary hearing.

**DONE AND ORDERED** in the Southern District of Florida on August 11, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record