UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23745-ALTMAN/LETT

**COMMODITY FUTURES
TRADING COMMISSION,**

    Plaintiff,

v.

**TRADERS DOMAIN FX LTD.,** *d/b/a*
**THE TRADERS DOMAIN,** *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Judge Roy K. Altman's referral [ECF No. 312] of the Joint Motion for Order to Show Cause as to Defendant Michael Shannon Sims [ECF No. 294]. For the reasons stated on the record during the Court's August 28, 2025 Motion Hearing [ECF No. 320], it is **ORDERED and ADJUDGED** as follows:

1. The Joint Motion for Order to Show Cause as to Defendant Michael Shannon Sims is **GRANTED in part**. The Court finds Defendant Michael Shannon Sims ("Sims") in civil contempt for failure to comply with multiple Court orders, including the Statutory Restraining Order [ECF No. 10] and the Consent Order of Preliminary Injunction [ECF No. 48].

2. Sims may purge his contempt by doing the following:

    a. Within seven (7) days from the entry of this Order, Sims must take

      all actions necessary to unwind, or transfer the $3 million (or any portion thereof) received in monetary funds from, the second mortgage of the Sunny Isles property. The action shall be completed within thirty (30) days of this order.

  b. Within fourteen (14) days from the entry of this Order, Sims shall produce all remaining requested asserts and/or respond in full to all document and information requests from the Receiver that remain pending by providing all information and records that are in his possession, custody, or control under the authority of the Statutory Restraining Order [ECF No. 10] and the Consent Preliminary Injunction [ECF No. 48]. Sims shall also comply with any subsequent requests from the Receiver that arise pursuant to that production. If Sims is unable to satisfy any of the requests, he must provide a sworn statement to the Receiver indicating that the documents or records are not in his possession, custody, or control and provide a detailed explanation concerning the last known whereabouts of the documents and information and where the document and information may currently be to the best of his knowledge.

  c. Sims shall be fined $8,195 in attorney's fees and expenses incurred by the Receiver to obtain compliance with the Court's orders.

3. The Receiver's request to for a coercive sanction of $500 per day of non-compliance is **DENIED without prejudice**.

2

4. The parties shall file a status report regarding Sims' compliance with the Statutory Restraining Order, the Consent Preliminary Injunction, and this Order thirty (30) days from the entry of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 29th day of August, 2025.

*Enjoliqué A. Lett*

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record