UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

**COMMODITY FUTURES
TRADING COMMISSION**,

 *Plaintiff*,

v.

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

 *Defendants*.
_____/

### ORDER DENYING MOTION TO MODIFY COURT ORDER

 For the reasons stated on the record during our September 10, 2025, motion hearing, *see* Sept. 10, 2025, Paperless Minute Entry [ECF No. 331], we hereby **ORDER and ADJUDGE** that Defendant Robert Collazo's Motion to Modify Court Order to Release Surplus Funds [ECF No. 323] is **DENIED**.

 **DONE AND ORDERED** in the Southern District of Florida on September 10, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record