**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN**

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/a,*
THE TRADERS DOMAIN, *et al.*,

    *Defendants.*

_____/

**NOTICE OF INTENT TO SELL PERSONAL PROPERTY**

Kelly M. Crawford, the Court-Appointed Receiver (the "Receiver") files this Notice of Intent to Sell Personal Property, and states:

1. On April 24, 2025, the Court entered an Order Granting Receiver's Motion for Procedures Governing the Sale of Personal Property (the "Personal Property Order"). ECF No. 220.

2. The Personal Property Order authorizes the Receiver "to sell personal property constituting Receivership Assets" by any of the methods described within the Personal Property Order, including by private sale, consignment, or auction. *See* personal Property Order at pp. 1-2.

3. On June 16, 2025 Holton Buggs turned over his 2010 SeaDoo 230 Wake ("SeaDoo"). Pursuant to the Personal Property Order, the Receiver intends to sell the SeaDoo by private sale.

4.     Joe Scott of Lake Point Boat Repair, located at 14202 FM 1097 W, Willis, Texas 77318 (the "Broker") is a Marine Mechanic familiar with SeaDoos and has experience in selling watercraft. The Receiver and Broker will market the SeaDoo for sale for $32,400 based on historic sales of similar SeaDoos, with a reserve price at $31,500.

5.     The Broker shall receive a 10% commission.

Respectfully submitted,

/s/ Vincenzo Lamonica
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2025, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

/s/ Vincenzo Lamonica
Vincenzo Lamonica