## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | |
| *Plaintiff,* | **Civil Case No. 1:24-cv-23745-RKA** |
| **v.** | |
| **TRADERS DOMAIN FX LTD., et al.,** | |
| *Defendants.* | |

---

### DEFENDANT HOLTON BUGGS' OBJECTION TO RECEIVER'S APPLICATION TO PAY FORENSIC ACCOUNTANTS

---

### I.  INTRODUCTION

1.     The Receiver seeks payment of forensic accounting fees and expenses for work performed May 1–July 31, 2025 (the "Application") [ECF No. 333].  While some core, asset-preserving tasks are compensable, significant portions of the invoices show time that (i) supported counsel's litigation efforts (e.g., preparing declarations, hearing binders, and rehearsals), (ii) reflect needless duplication and over-review of bank records, (iii) are administrative/overhead items shifted to the estate, and (iv) chase pre-judgment fraudulent-transfer theories despite the Receiver already possessing both Traders Domain ("TD") and Defendants' account statements, making the necessary TD to Defendant reconciliation straightforward.

2.     A substantial portion of the estate is being consumed by fees at this early stage, harming the alleged victims and the Receivership Estate now. The Court's mandate is to allow only work "reasonably likely to benefit the Receivership Estate" or "necessary to the administration of the Receivership Estate," with an eye on results. See *SEC v. Elliott*, 953 F.2d 1560, 1577 (11th Cir.

1992) ("results are always relevant," quoting *SEC v. W.L. Moody & Co.*, 374 F. Supp. 465 (S.D. Tex. 1974)). To date, the Receiver has accrued the following Receivership fees:

### First Fee Application [D.E. 85], December 2, 2024

Receiver fees $22,361
Scheef and Stone  ($47,605 fees + $9,050.23 expenses)
Damian Valori $47,945.11 ($47,379 fees + $566.11 expenses)

### Second Fee Application [DE 192], February 13, 2025

Receiver fees $14, 433
Scheef and Stone $29,085.33 ($23,626 Fees + $5459.23 expenses)
Damian Valori $54,200.26 ($52,207.50 Fees + $1992.76 expenses)

### Third Fee Application [DE 222], April 28, 2025

Receiver $37, 576
Scheef and Stone $73,315.18 ($67,584.00 expenses + $5731.18 expenses)
Damian Valori $181, 674 ($172,886.50 expenses + $8787.91 expenses)
Stretto (vendor) $6,948
SIFT (vendor) $18,912.62 ($16,728.25 expenses + $2184.37 expenses)

### Fourth Fee Application [DE 289], July 28,2025

Receiver fees: $22,610
Scheef and Stone: $53,398.62 ($50,541 fees + $2,857.62 expenses)
Damian Valori: $237,186.12 ($76,372.88 fees + $19,631.62 expenses)
Stretto (Vendor): $65,069.53 ($43,475.02 fees + $21,594.51 expenses)
SIFT (Vendor): $6,033.38 ($3,360 fees + $2,673.38 expenses)

Total fees and expenses paid to date is $927,403.38.

3.      Applying that standard—and the lodestar principles from *Hensley*, *Norman*, *Loranger*, and *Bivins*—the Court should (1) disallow non-compensable litigation-support time, (2) impose reductions for excessive, vague, and duplicative review work, (3) strike overhead/clerical charges, and (4) disallow pre-judgment fraudulent-transfer tracing untethered to present estate benefit. See *Hensley v. Eckerhart*, 461 U.S. 424, 433–37 (1983); *Norman v. Hous. Auth. of*

*Montgomery*, 836 F.2d 1292, 1299–1304 (11th Cir. 1988); *Loranger v. Stierheim*, 10 F.3d 776, 781–79 (11th Cir. 1994); *Bivins v. Wrap It Up, Inc.*, 548 F.3d 1348, 1350–51 (11th Cir. 2008).

## II.  LEGAL STANDARD

4.       Receivership fees turn on benefit/results and reasonableness. Whether and how much to award turns on the "circumstances surrounding the receivership," with results a key consideration. *Elliott*, 953 F.2d at 1577 (citing *Moody*).

5.       The Court begins with hours reasonably expended at a reasonable rate (Hensley), requires detailed, activity-specific records (*Norman; ACLU v. Barnes*, 168 F.3d 423, 427–29 (11th Cir. 1999)), permits percentage reductions for voluminous or vague requests (*Loranger*), and bars compensation for purely clerical tasks even if performed by professionals (*Missouri v. Jenkins*, 491 U.S. 274, 288–89 (1989)).

6.       Courts weigh complexity, results, and economy of administration; fees must be "reasonable" in light of all circumstances. *Moody*, 374 F. Supp. at 480.

7.       Under the Receivership Order and fee rulings in this case, the Receiver and his agents/vendors bear the burden to show, with contemporaneous detail, that each charge was necessary or reasonably likely to benefit the estate [ECF No. 10].

## III. ARGUMENT

### A.  Time Spent Preparing for and Supporting Hearings Is Litigation-Support Work and Should Be Disallowed.

8.       Tasks which serve counsel's advocacy (not estate administration) are non-compensable. *Barnes*, 168 F.3d at 428–29; *Hensley*, 461 U.S. at 434–35; Receivership Order (benefit/necessity).

9.       The challenged entries are as follows:[1]

---

[1] Ex. A., generally pp. 18–20 & Meetings Log p. 49.

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 07/11/25 | SKB | 3.40 | $1,632.00 | Review/analyze bank records to provide support for Western Union ID & Off Technologies to counsel. |
| 07/15/25 | JNS | 0.70 | $133.00 | Finalized report for meeting with attorneys. |
| 07/15/25 | SKB | 1.90 | $912.00 | Finalize hearing binder with category summary (Bimini property). |
| 07/16/25 | SKB | 2.00 | $960.00 | Prepare for evidentiary hearing (review analysis, motions). |
| 07/16/25 | SKB | 1.20 | $576.00 | T/C with Receiver & M. Davis to prepare for Collazo hearing. |
| 07/16/25 | SKB | 0.50 | $240.00 | Prepare for call with counsel (Collazo hearing). |
| 07/16/25 | SKB | 2.60 | $1,248.00 | Review Collazo deposition; prepare declaration for hearing. |
| 07/22/25 | SKB | 0.40 | $192.00 | Emails re hearing & further production. |
| 07/22/25 | SKB | 1.30 | $624.00 | Meeting to identify declaration assignments. |
| 07/23/25 | SKB | 0.40 | $192.00 | Draft declaration & exhibits (Algo Capital/Nutrition Zone/Intelligenza). |
| 07/24/25 | SKB | 3.80 | $1,824.00 | Continue drafting declaration & exhibits. |
| 07/25/25 | SKB | 1.60 | $768.00 | Continue preparing exhibits (hearing). |
| 07/26/25 | SKB | 1.20 | $576.00 | Prepare declaration (hearing). |
| 07/26/25 | SKB | 1.60 | $768.00 | Continue preparing exhibits (hearing). |
| 07/27/25 | SKB | 1.10 | $528.00 | Prepare declaration (hearing). |
| 07/03/25 | SKB | 1.00 | $480.00 | T/C with counsel re category summary & findings (hearing prep). |
| 07/03/25 | MMD | 1.30 | $650.00 | Prepare for call with counsel re category summary & findings. |
| 07/07/25 | MMD | 0.80 | $400.00 | Meeting with counsel re hearing. |
| 07/09/25 | MMD | 0.60 | $300.00 | Interoffice meeting to prepare for hearing. |

| 07/17/25 | MMD | 7.60 | $3,800.00 | Prepare for court hearing & review hearing binder. |
| 07/17/25 | MMD | 3.80 | $1,900.00 | Attend evidentiary hearing (Collazo). |
| 07/17/25 | SKB | 2.10 | $1,008.00 | Attend evidentiary hearing (Collazo). |
| 07/22/25 | MMD | 1.00 | $500.00 | Attend meeting with counsel. |
| 07/31/25 | MMD | 1.00 | $500.00 | Attend meeting with counsel. |

Subtotal – Category I: $20,711.00

10.     Therefore, Defendants request that the Court disallow these entries and any similar litigation-support time. These tasks are **not** forensic accounting necessary to administer the estate nor reasonably likely to yield recoveries.

**B. The Invoices Show Excessive, Duplicative, and Poorly Described Bank-Record Review—Warranting Reductions.**

11.     Multiple professionals re-reviewed the same streams, and many entries are vague ("continue to review") or administrative (alpha sorts, inventory churn). With both Traders Domain and Defendants' statements in hand, reconciling TD to and from Defendant transfers should be straightforward. *Norman*, 836 F.2d at 1301, 1303–04; *Loranger*, 10 F.3d at 783–79; *Bivins*, 548 F.3d at 1350–51; *Barnes*, 168 F.3d at 428–29.

12.     The challenged entries are as follows:[2]

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 02/21/25 | AAS | 2.30 | $437.00 | Updating Buggs entities bank reconstruction. |
| 02/21/25 | SKB | 1.50 | $720.00 | Prepare combined bank reconstruction for Buggs — investor funds. |
| 02/24/25 | SKB | 2.50 | $1,200.00 | Update Buggs combined bank reconstruction. |

---

[2] Ex. A, pp. 21–28, 31–35.

| | | | | |
|---|---|---|---|---|
| **02/24/25** | SKB | 1.60 | $768.00 | Review & revise combined reconstruction (Buggs). |
| **02/27/25** | SKB | 2.90 | $1,392.00 | Review/analyze underlying bank docs (Buggs). |
| **02/28/25** | SKB | 1.60 | $768.00 | Research & populate alpha/category (Buggs). |
| **03/03/25** | SKB | 0.60 | $288.00 | Analyze bank records; update & revise draft. |
| **03/03/25** | MMD | 0.50 | $250.00 | Review bank records inventory. |
| **06/02/25** | RLW | 0.20 | $95.20 | Continue to review bank reconstructions. |
| **06/02/25** | SKB | 3.90 | $1,872.00 | Review & revise bank recon for GMJ Marketing (Chase #7579). |
| **06/02/25** | SKB | 0.90 | $432.00 | Review/analyze bank document; update bank inventory. |
| **06/03/25** | JNS | 0.60 | $114.00 | Continue to review bank reconstructions. |
| **06/04/25** | SKB | 2.00 | $960.00 | Prepare alpha sort for Steven Likos accounts; email counsel. |
| **06/05/25** | SKB | 1.20 | $576.00 | Review bank recon (Algo Capital); respond to counsel. |
| **06/06/25** | RLW | 0.40 | $96.00 | Review bank reconstructions. |
| **06/06/25** | JNS | 3.00 | $570.00 | Completed initial review/analysis for Go Long Investments. |
| **06/06/25** | JNS | 2.00 | $380.00 | Completed initial review/analysis for Centurion Capital. |
| **06/06/25** | SKB | 0.40 | $192.00 | Review & revise bank recon for Fortini Consulting. |
| **06/11/25** | SKB | 0.70 | $336.00 | Review/analyze Home Bank docs for TD. |
| **06/11/25** | SKB | 1.60 | $768.00 | Prepare bank reconstructions for Sage LTD. |
| **06/12/25** | SKB | 4.00 | $1,920.00 | Review & revise First Bank recon; continue bank reconstruction. |
| **06/12/25** | SKB | 3.80 | $1,824.00 | Continue to review bank productions & batched LC recon. |

| | | | | |
|---|---|---|---|---|
| **06/12/25** | JNS | 0.50 | $95.00 | Analyze/review transactions (non-sponsor bank). |
| **06/12/25** | JNS | 1.10 | $209.00 | Review bank statements for sponsor-entity accounts. |

Subtotal – Category II: $16,262.20

13.     Defendants respectfully request that the Court disallow the line-items listed above as excessive, duplicative, and or vague.

**C. Senior-Level Staffing and Task Misallocation Inflate the Lodestar and Should Be Adjusted Downward.**

14.     Further, Courts reduce when high-rate professionals perform clerical or associate-level tasks. *Norman*, 836 F.2d at 1299–1301, 1306–07; *Jenkins*, 491 U.S. at 288 n.10.

15.     The challenged entries under this category are as follows:[3]

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| **06/16/25** | SKB | 1.60 | $768.00 | Review/revise alpha-sort payees (admin). |
| **06/17/25** | SKB | 0.50 | $240.00 | Status update call (admin). |
| **07/11/25** | SKB | 0.40 | $192.00 | Draft activity/meeting agenda (admin). |
| **06/27/25** | SKB | 1.10 | $528.00 | Address follow-up emails re classifications (admin). |
| **02/17/25** | SKB | 0.80 | $384.00 | Draft email of tasks; case update; missing docs to request (admin). |

Subtotal – Category III: $2,112.00

16.     Defendant respectfully requests that the Court disallow the above principal-level hours being attributed to clerical and/or administrative tasks.

---

[3] Ex. A, pp. 4, 31, 33, 39

**D. Administrative/Overhead and Non-Accountant Vendor Expenses Are Not Recoverable from the Estate.**

17.   Another category of problematic entries stems from routine overhead (PACER, parking, printing, file-sharing subscriptions) and non-accounting vendor costs that are improperly shifted to the estate, and which courts routinely disallow. *Jenkins*, 491 U.S. at 288–89; *Trustees v. Greenough*, 105 U.S. 527, 532–33 (1881).

18.   The challenged expenses under this category are:[4]

| Date | Expense | Amount |
|------|---------|--------|
| 10/31/24 | Printed copies | $15.90 |
| 11/10/24 | PACER (Oct) | $1.60 |
| 01/13/25 | ShareFile (Jan) | $1.50 |
| 02/28/25 | Actionable Intelligence Tech. (Inv. 3172) | $1,824.60 |
| 03/06/25 | ShareFile (Feb) | $2.36 |
| 03/03/25 | Actionable Intelligence (Inv. 3186) | $89.20 |
| 03/13/25 | ShareFile (Mar) | $2.85 |
| 04/02/25 | PACER (Mar) | $36.00 |
| 04/15/25 | ShareFile (Apr) | $2.39 |
| 05/06/25 | Actionable Intelligence (Inv. 3207) | $10.50 |
| 05/16/25 | ShareFile (May) | $2.38 |
| 05/28/25 | PACER (May) | $58.20 |
| 06/01/25 | Actionable Intelligence (Inv. 3231) | $38.05 |
| 06/12/25 | Actionable Intelligence (Inv. 3231) | $31.80 |
| 06/27/25 | Actionable Intelligence (Inv. 3231) | $156.00 |
| 06/27/25 | Actionable Intelligence (Inv. 3231) | $49.80 |
| 06/30/25 | ShareFile (Jun) | $2.38 |
| 07/10/25 | Actionable Intelligence (Inv. 3248) | $25.00 |

---

[4] Ex. A: pp. 37–38.

| 07/17/25 | Parking (Court hearing) | $15.00 |
| 07/31/25 | ShareFile (Jul) | $2.37 |
| 07/31/25 | Printed copies (Jul) | $2.40 |

Subtotal – Category IV: $2,370.28

19.     Defendant respectfully requests that the above overhead or non-essential vendor costs that are currently improperly offloaded on the estate be disallowed.

**E.  The Application Does Not Tie Hours to Results—Warranting a Holdback or Further Reduction.**

20.     This Application fails to tie hours to results, warranting a further reduction, as "[r]esults are always relevant." *Elliott*, 953 F.2d at 1577. Here, the narrative touts global progress, but the time descriptions for this period do not connect specific hours to realized recoveries or preserved assets. A holdback or further percentage reduction is appropriate until the Receiver demonstrates that these charges translated into tangible estate benefit. See also *Perdue v. Kenny A.*, 559 U.S. 542, 552 (2010).

**F.  Pre-Judgment Fraudulent-Transfer Tracing Is Premature and Not Compensable.**

21.     The Receivership Order authorizes compensation only for work necessary to administer the estate or reasonably likely to benefit it now. With both Traders Domain and Defendants' statements in hand, the core TD to and from Defendant reconciliation is straightforward. Prolonged "alpha/category" builds, target identification, and "batched LC" iterations are speculative litigation prep before any liability judgment and not compensable. *Elliott*, 953 F.2d at 1577; *Moody*, 374 F. Supp. at 480.

22.     The challenged time entries under this category are as follows:[5]

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|

---

[5] Ex. A: pp. 33–35, 39–41.

| 06/19/25 | SKB | 5.40 | $2,592.00 | Continue review/research payees for sponsor-entity combined recon; populate alpha & category columns. |
|---|---|---|---|---|
| 06/23/25 | SKB | 0.90 | $432.00 | Continue review of combined recons (sponsor/non-sponsor). |
| 06/24/25 | SKB | 1.80 | $864.00 | Finalize review/research payees; update alpha & category columns. |
| 06/24/25 | SKB | 1.70 | $816.00 | Prepare analysis of findings from category/alpha sorts; draft email of findings. |
| 06/25/25 | SKB | 1.70 | $816.00 | Update alpha & category for Intelligenza LLC; update inventory. |
| 06/26/25 | SKB | 4.00 | $1,920.00 | Review & revise Intelligenza recon; update batched LC. |
| 06/30/25 | SKB | 3.40 | $1,632.00 | Review & revise non-sponsor recon; prepare alpha summary to counsel. |
| 06/30/25 | SKB | 1.50 | $720.00 | Begin bank recon for sponsor-entity bank. |
| 07/01/25 | SKB | 0.90 | $432.00 | Review/analyze new production of sponsor-entity bank records. |
| 07/01/25 | SKB | 3.30 | $1,584.00 | Continue review of sponsor-entity records for recon. |
| 07/02/25 | SKB | 4.80 | $2,304.00 | Continue to review bank statements & productions; update batched LC recon. |
| 07/02/25 | SKB | 1.50 | $720.00 | Prepare updated alpha & payees summary to counsel. |
| 07/03/25 | SKB | 3.70 | $1,776.00 | Finalize category summary analysis schedules; draft email to counsel. |
| 07/03/25 | SKB | 1.20 | $576.00 | Update sponsor-entity recon with new activity (GMJ/Chase). |
| 07/03/25 | SKB | 0.50 | $240.00 | T/C with counsel re sponsor-entity recon. |
| 07/05/25 | SKB | nan | $993.60 | Review statements & draft reconciliation for batched LC recon. |
| 07/09/25 | SKB | 2.40 | $1,152.00 | Analyze sponsor-entity combined recon for transactions. |

| 07/12/25 | SKB | 3.50 | $1,680.00 | Update non-sponsor recon; prepare alpha summary to counsel. |
|----------|-----|------|-----------|--------------------------------------------------------------|
| 07/30/25 | SKB | 0.90 | $432.00 | Prepare non-sponsor alpha summary (identify potential targets) for meeting with Receiver. |
| 07/30/25 | SKB | 3.10 | $1,488.00 | Prepare non-sponsor category summary (identify targets) for meeting with Receiver. |
| 07/31/25 | SKB | 1.80 | $864.00 | Prepare alpha summary for non-sponsor entity (targets) for meeting. |
| 07/31/25 | SKB | 0.80 | $384.00 | Prepare sponsor-entity category summary (targets) for meeting. |

Subtotal – Category VI: $24,417.60

23.     Defendant respectfully requests that the Court disallow the entries above as premature litigation preparation, as such are not presently benefiting the estate nor is there a necessity to incur such expenses at this time.

## IV. PRAYER

24.     Defendant Buggs respectfully requests that the Court:

   a.   Make the following reductions (totaling $65,873.08) from the Receiver's requested Application to Pay Forensic Accountants:

      i.   Disallow all time entries and expenses associated with hearing preparation, declaration/exhibit drafting, and attendance (Category I) in the amount of $20,711.00.

      ii.   Disallow the excessive, duplicative, and vague bank-record review (Category II), including an across-the-board reduction of no less than 30% for remaining generic review blocks – in the amount of $16,262.20.

     iii.  Reduce or disallow senior-level clerical/administrative work (Category III) – in the amount of $2,112.00.

     iv.  Strike administrative/overhead and non-accountant vendor expenses (Category IV) – in the amount of $2,370.28.

     v.  Disallow pre-judgment fraudulent-transfer tracing and target-building (Category VI) – in the amount of $24,417.60.

b.  Grant such other and further relief as justice requires.


Respectfully Submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 028850
Descalzo Law P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone:   305-489-1018

*/s/Kaitlyn M. Coker*
Kyle A. Coker
TX Bar No. 24115353
kyle@farmercoker.com
Kaitlyn M. Coker
TX Bar No. 24115264
kaitlyn@farmercoker.com

**FARMER & COKER, PLLC**
901 Main St., Ste. 5330
Dallas, TX 75202
Tel: (214) 242-9607

**ATTORNEYS FOR DEFENDANT
HOLTON BUGGS, JR.**

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 26th day of September 2025, the foregoing was electronically transmitted to all counsel on record.

By: */s/ Marissel Descalzo*
Marissel Descalzo, Esq.