UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

**COMMODITY FUTURES
TRADING COMMISSION**,

    *Plaintiff*,

v.

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

    *Defendants*.
_____/

## ORDER GRANTING THE RECEIVER'S
## MOTION TO APPROVE THE SALE OF REAL PROPERTY

The Receiver has filed a Motion to Approve the Sale of Real Property Related to Defendant Juan Herman Located in Miami Lakes (the "Motion") [ECF No. 342]. After careful review, we find that the Motion should be granted.

It's in the best interests of the Receivership Estate to sell the real property related to Defendant Juan Herman located in Miami Lakes (the " Miami Lakes Property") without strictly complying with the requirements of 28 U.S.C. § 2001 because: (1) the Receiver's realtor has already "received an above-asking price cash purchase offer for $1.3 million on the Miami Lakes Property," Motion at 3; (2) the title-holder of the Miami Lakes Property, Bony J. Cruz, "has agreed to the sale of the Miami Lakes Property, with the net sale proceeds to be remitted to the Receivership Estate," Motion at 2; (3) approving the sale "will eliminate the costs required to maintain the property," Motion at 4; and (4) Defendant Herman "has effectively waived his right to challenge the sale of his property by voluntarily absenting himself from these proceedings and refusing to cooperate with the Receiver," *see generally*

Motion for Order to Show Cause [ECF No. 242].[1]

Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The Receiver's Motion to Approve the Sale of Real Property Related to Defendant Juan Herman Located in Miami Lakes [ECF No. 342] is **GRANTED**.

    a. We **APPROVE** the immediate closing of the sale of the Miami Lakes Property to the Buyer pursuant to the terms and conditions set forth in the Purchase and Sale Agreement, which is attached to the Motion. *See* [ECF No. 342-1].

    b. If the sale to the Buyer does not close, we hereby approve the immediate closing of the sale of the Miami Lakes Property to another buyer for at least $1,3000,000.00 under terms similar to those contained in the Purchase and Sale Agreement, [ECF No. 342-1], so that the Receivership Estate need not incur further expenses maintaining the Miami Lakes Property and seeking additional court approval.

**DONE AND ORDERED** in the Southern District of Florida on September 30, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] As we explained in a previous order, we have "the discretion to waive [the] requirements" of 28 U.S.C. § 2001 when doing so is in the best interest of the Receivership Estate. Order Granting Receiver's Motion Authorizing Sale of Property [ECF No. 43] at 2 n.1 (first citing 28 U.S.C. § 2004; and then citing *Fed. Trade Comm'n v. EM Sys. & Servs., LLC*, 2016 WL 11110381, at *3 (M.D. Fla. Mar. 4, 2016) (Jenkins, Mag. J.)).