UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*
THE TRADERS DOMAIN, *et al.*,

    *Defendants*.

_____/

## ORDER GRANTING THE RECEIVER'S MOTION TO APPROVE THE SALE OF REAL PROPERTY

The Receiver has filed a Motion to Approve the Sale of Defendant Michael Sim's Sunny Isles Beach Property (the "Motion") [ECF No. 360]. After careful review, we find that the Motion should be granted.

It's in the best interest of the Receivership Estate to sell the Defendant Michael Sims's condominium located in Sunny Isles (the " Sunny Isles Property") without strictly complying with the requirements of 28 U.S.C. § 2001 because: (1) the Receiver's realtor has received a "cash offer with no financing contingency" to sell the Sunny Isles Property for $5,250,000, Motion at 4; (2) "the Receivership Estate would recover an estimated $900,000 from the proposed sale" after satisfying the outstanding mortgage on the property, *ibid*.; (3) approving the sale "will eliminate the costs required to maintain the property," *ibid*.; and (4) Defendant Sims agrees to the relief sought in the Motion, *see id.* at 8.[1]

---

[1] As we explained in a previous order, we have "the discretion to waive [the] requirements" of 28 U.S.C. § 2001 when doing so is in the best interest of the Receivership Estate. Order Granting Receiver's Motion Authorizing Sale of Property [ECF No. 43] at 2 n.1 (first citing 28 U.S.C. § 2004;

Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The Receiver's Motion to Approve the Sale of Defendant Michael Sim's Sunny Isles Beach Property [ECF No. 360] is **GRANTED**.

    a. We **APPROVE** the immediate closing of the sale of the Sunny Isles Property to the Buyer pursuant to the terms and conditions set forth in the Purchase and Sale Agreement attached to the Motion. *See* [ECF No. 360-1].

    b. In the event the sale to the Buyer approved above does not close, we hereby approve the immediate closing of the sale of the Sunny Isles Property to another buyer for at least $5,250,000.00 under terms similar to those contained in the Purchase and Sale Agreement, [ECF No. 360-1], so that the Receivership Estate need not incur further expenses maintaining the Sunny Isles Property and seeking additional court approval.

**DONE AND ORDERED** in the Southern District of Florida on November 19, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

and then citing *Fed. Trade Comm'n v. EM Sys. & Servs., LLC*, 2016 WL 11110381, at *3 (M.D. Fla. Mar. 4, 2016) (Jenkins, Mag. J.)).