# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 24-CV-23745-RKA

**COMMODITY FUTURES**
**TRADING COMMISSION,**

        **Plaintiff,**

**vs.**

**TRADERS DOMAIN FX LTD, d/b/a**
**THE TRADERS DOMAIN, et al.,**

        **Defendants**

_____ /

## JOINT MOTION TO STAY THIS MATTER AS TO DEFENDANT JOHN FORTINI

COMES NOW, Defendant John Fortini requesting, jointly with the Plaintiff Commodity Futures Trading Commission ("CFTC"), that the Court stay this matter for another 90 days to allow the parties to continue to finalize a settlement and secure a release from the Receiver.  In support of this motion, the Defendant states as follows:

1.     Mr. Fortini was charged in this matter by sealed Complaint on September 30, 2024 (DE 1).  Upon learning of the Complaint, he waived service and agreed to a Consent Order that put in place the Receiver and oversight of Mr. Fortini's finances.  On February 10, 2025, the Court issued a scheduling order for this matter, which Order also required mediation on May 28, 2025 (DE 184).

2.     The CFTC, with the Receiver present, and Mr. Fortini attended mediation on May 28, 2025, as the Court order required.  The CFTC and Mr. Fortini have reached a settlement in principle but need additional time to exchange corroborating documents, finalize the settlement

1

documents, receive appropriate approval from CFTC leadership, and to negotiate the release from the Receiver.

3.      Notably, during the shutdown, Mr. Fortini and the CFTC were not able to continue their negotiations and thus could not fully take advantage of the last stay order that the Court granted. However, Mr. Fortini was able to continue negotiating with the Receiver and did make progress there, though those settlement discussions reached a point where Mr. Fortini needed input from the CFTC before continuing further with the Receiver.  Now that the shutdown has ended, the parties are optimistic that resolution might be reached with both the CFTC and the Receiver.

4.      On May 28, 2025, Mr. Fortini requested a 60-day stay, unopposed by the Plaintiff, which stay the Court granted.  The parties jointly applied twice to extend the stay for another 60 days, which request the Court granted, allowing the stay to remain in effect until September 26, 2025, and then November 26, 2025.  The Court's order directed the parties to report at the conclusion of the 60 days and to submit an additional request if more time were needed.  The parties therefore respectfully submit this fourth request for a stay, until February 25, 2026 – 90 days rather than 60 in light of the upcoming holiday season that is expected to cause some communication and approval challenges.

5.      Since the Court granted the third stay, as noted above, the parties have exchanged additional corroborating documents and had conference calls to discuss the details of those documents as they pertain to the settlement; however, the shutdown prevented additional progress. The parties can report that the majority of the uncertainties have been resolved and thus the parties are close to finalizing the settlement.  The parties continue to exchange corroborating documents and to have constructive discussions to finalize the settlement.  The parties are optimistic that the instant requested stay will allow the parties to reach resolution (pending approval from CFTC leadership, which may require additional time).

6.      In order to focus on the finalization of the settlement, conserve expenses and other resources involved in litigation, and to not burden the Court with additional litigation, Mr. Fortini, jointly with CFTC, respectfully requests that the Court grant an extension of the stay of the scheduling order and all other litigation in this matter as it pertains to Mr. Fortini.

7.      Mr. Fortini, jointly with the CFTC, further requests that the Court permit the parties to update the Court in 90 days (by February 25, 2026), if such time is necessary before filing settlement documents, as to the status of the finalized settlement.

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC
By:    /s/ *Walter Norkin*                                
Walter M. Norkin, Esq.
FL Bar No. 1022653
One SE Third Avenue, Ste. 2120
Miami, Florida 33131
Telephone:  305-359-6399
Email: wnorkin@akrivislaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 24, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

<u>*/s/ Walter Norkin*          </u>
Walter Norkin

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 24-CV-23745-RKA

**COMMODITY FUTURES**
**TRADING COMMISSION,**

    **Plaintiff,**

**vs.**

**TRADERS DOMAIN FX LTD, d/b/a**
**THE TRADERS DOMAIN, et al.,**

    **Defendants**

_____ /

### [PROPOSED] ORDER STAYING THIS MATTER FOR AN ADDITIONAL
### 90 DAYS AS TO DEFENDANT JOHN FORTINI

 Defendant John Fortini has filed a motion requesting, jointly with the Plaintiff Commodity Futures Trading Commission ("CFTC"), that the Court extend the stay this matter for an additional 90 days to allow the parties to finalize a settlement and secure a release from the Receiver. The Court, having considered the motion and reasons stated therein, orders as follows:

 The parties' request for an extension of the stay is hereby GRANTED. The Court's scheduling order (DE 184) and all other litigation in this matter as it pertains to Mr. Fortini is stayed pending further order of this Court. If settlement is not finalized within the next 90 days, by February 25, 2026, the parties are ordered to submit a report to the Court advising of the status of the settlement finalization, including whether and why additional time is necessary.

DONE AND ORDERED in the Southern District of Florida on November ____, 2025.

        _____
        ROY K. ALTMAN
        UNITED STATES DISTRICT COURT JUDGE