## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 24-CV-23745-RKA

Plaintiff: **COMMODITY FUTURES TRADING COMMISSION**
vs.
Defendant: **TRADERS DOMAIN FX LTD., ET AL.**

For: Vincenzo Lamonica
Damian, Valori, Culmo

Received by L.R.I. (Process Service & Litigation Support) on the 6th day of November, 2025 at 4:06 pm to be served on **SAEG CAPITAL RA: A REGISTERED AGENT, INC, 8 THE GREEN, SUITE A, DOVER, DE 19901**. I, __Sharlene Brooks__, being duly sworn, depose and say that on the __12__ day of __November__, __2025__ at __3:23__ p.m., executed service by delivering a true copy of the **RECEIVER'S MOTION TO EXPAND RECEIVERSHIP, PAPERLESS ORDER** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

(X) **CORPORATE SERVICE:** By serving __Alissa Daniels__ as __Corporate Specialist authorized to accept__.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

Age __34__   Sex XX F   Race __White__   Height __5'6"__   Weight __170 lb__   Hair __Brown__   Glasses XX N

I certify that I am a Process Server over the age of eighteen, appointed in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true.   Pursuant to F.S. 92.525(2), Notary not required. Date: __11/13/2025__

*[Signature]*  11/13/2025

Subscribed and Sworn to before me on the __13__ day of __November__, __2025__ by the affiant who is personally known to me.

*[Signature]*
**NOTARY PUBLIC**

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2026

PROCESS SERVER # Sharlene Brooks (No #s in DE)
Appointed in accordance with State Statutes

L.R.I. (Process Service & Litigation Support)
1011 South Federal Highway
2nd Floor
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: 2025011443