UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*,
THE TRADERS DOMAIN, *et al.*,

    *Defendants*.
_____/

## CERTIFICATE OF SERVICE OF RECEIVER'S MOTION TO EXPAND RECEIVERSHIP

I hereby certify that on November 20, 2025, I served a copy of Receiver's Motion to Expand Receivership [ECF No. 354] via e-mail to: Defendant, Juan Herman, jjherman08@gmail.com; jj@algocapitalfx.com; support@algocapitalfx.com; jj@q5fund.com; jjherman@uservio.com; intelligenzagroup@gmail.com; and thenutritionzone@yahoo.com.

Further, on November 20, 2025, a copy of the Motion was posted on the Receivership website: https://tradersdomainreceivership.com; and on November 25, 2025, the Motion was posted on the CFTC's website: https://www.cftc.gov/enfservice/case1-24-cv-23745-TradersDomainFXLtd.

    Respectfully Submitted,

    */s/ Russell Landy*
    Russell Landy
    Florida Bar No. 44417
    Email: rlandy@dvllp.com
    Vincenzo Lamonica
    Florida Bar No. 1058073
    Email: vlamonica@dvcattorneys.com

DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2025, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy