**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>24-CV-23745-RKA</u>**

**COMMODITY FUTURES**
**TRADING COMMISSION,**

               **Plaintiff**,

**vs.**

**TRADERS DOMAIN FX LTD, d/b/a**
**THE TRADERS DOMAIN, et al.,**

               **Defendants,**

_____/

**<u>JOINT MOTION TO STAY THIS MATTER</u>**
**<u>AS TO DEFENDANT STEVEN LIKOS</u>**

Defendant Steven Likos, jointly with Plaintiff Commodity Futures Trading Commission ("CFTC"), respectfully requests that the Court stay this matter for 90 days to allow the parties to finalize a settlement and for Mr. Likos to negotiate a release from the Receiver.  In support of this motion, the Defendant states as follows:

1.  Mr. Likos was charged in this matter by sealed Complaint on September 30, 2024 (DE 1). Upon learning of the Complaint, he waived service and agreed to a Consent Order that put in place the Receiver and oversight of Mr. Likos's finances.

2.  The CFTC and Mr. Likos have reached a settlement in principle, but need additional time to exchange corroborating documents, finalize the settlement documents, and receive appropriate approval from CFTC leadership.  Additionally, Mr. Likos needs additional time to negotiate a release from the Receiver.

3.  In order to focus on the finalization of the settlement, conserve expenses and other resources involved in litigation, and to not burden the Court with additional litigation, Mr. Likos, jointly with CFTC, respectfully requests that this Court grant an extension of the stay of the scheduling order and all other litigation in this matter as it pertains to Mr. Likos for a period of 90 days, until March 9, 2026.

Respectfully submitted,

By:    /s/ *Michael B. Homer*
DYNAMIS LLP
Michael B. Homer, Esq.
FL Bar No. 1065251
1111 Brickell Ave., 10th Fl.
Miami, Florida 33131
Telephone: 561-289-9016
Email: mhomer@dynamisllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Michael B. Homer*
Michael B. Homer