**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-RKA**

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/a,*
THE TRADERS DOMAIN, *et al.,*

    *Defendants.*
_____/

## NOTICE OF INTENT TO LIST PERSONAL PROPERTY FOR SALE

Kelly M. Crawford, the Court-appointed Receiver, files this Notice of Intent to Sell Personal Property, and states:

1. On April 24, 2025, the Court entered an Order Granting Receiver's Motion for Procedures Governing the Sale of Personal Property (the "Personal Property Order"). ECF No. 220.

2. The Order authorizes the Receiver "to sell personal property constituting Receivership Assets" by any of the methods described within the Order, including by private sale. *See* Personal Property Order at pp. 1-2.

3. On or about March 12, 2025, Defendant, Alex Santiesteban, turned over a Rolex "Daytona" watch (the "Rolex") to the Receiver.

4. The Receiver has securely stored the Rolex and intends to list it for sale on a website – www.receivershipassetsale.com – on which the Receiver's counsel lists various receivership assets for sale (including assets from other receiverships) and to

solicit offers from watch dealers, watch collectors, and other private buyers to purchase the Rolex through a private sale.

5. Because of the nature and condition of the Rolex, it is difficult to obtain an accurate appraisal of its value. As such, the Receiver intends to list the Rolex for sale without a minimum reserve or listing price.

6. The Receiver will solicit competitive offers and intends to sell the Rolex for a reasonable price.

Respectfully submitted,

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2025, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/Vincenzo Lamonica*
Vincenzo Lamonica
