UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

**COMMODITY FUTURES
TRADING COMMISSION**,

    *Plaintiff*,

v.

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

    *Defendants.*

_____/

**ORDER APPOINTING ANCILLARY RECEIVER TO RECOVER SPECIFIC CLAIM**

    The Receiver has filed a Motion for Appointment of Ancillary Receiver to Recover a Specific Claim (the "Motion") [ECF No. 381]. The Receiver tells us that "based on the forensic accounting, the Receiver determined that Jesse Ward, a third party, received $400,000.00 in false profits." Motion at 2. Jesse Ward, however, is now deceased, and "a probate of her estate is open and pending in the Probate Court of Collin County, Texas under Cause No. PB1-1621-2023." *Ibid.* "The Receiver learned that a partner at his law firm opened the probate estate of Jesse Ward and is currently representing the mother of Jesse Ward, a creditor of the estate." *Ibid.* To eliminate any conflict of interest between the Receiver and his law partner, the Receiver asks us to "appoint the Receiver's local counsel Melanie Damian as the Ancillary Receiver to pursue the claim of the receivership estate against the estate of Jesse Ward. This will eliminate Kelly Crawford as the Receiver for this claim and ensure there is no appearance of impropriety." *Ibid.*

    According to her law firm biography, Melanie Damian "regularly serves as court-appointed Federal Equity Receiver, Special Monitor, and distribution Agent, and also serves as Receiver and Monitor in state court matters. Ms. Damian also serves as counsel to Receivers serving in both state

and federal court." *Melanie Damian*, DVC Attorneys, https://www.dvcattorneys.com/attorneys-2/melanie-e-damian/ (last visited December 16, 2025). Other district courts overseeing receiverships have found it proper to appoint ancillary receivers under similar circumstances. *See, e.g.*, *Fine v. Sovereign Bank*, 634 F. Supp. 2d 126, 131 (D. Mass. 2008) (appointing an "ancillary receiver" to obviate a potential intra-law firm conflict of interest with the primary receiver). Because Melanie Damian is qualified to serve as ancillary receiver—and since none of the parties object to her appointment, *see* Motion at 4—the Motion [ECF No. 381] is **GRANTED**.

Accordingly, we hereby **ORDER AND ADJUDGE** that Melanie Damian, Esq., of Damian Valori Culmo in Miami, Florida, is appointed Ancillary Receiver to replace Kelly Crawford as Receiver for the sole purpose of pursuing and recovering the Receivership Estate's claim against the Estate of Jesse Ward pending in Texas.

**DONE AND ORDERED** in the Southern District of Florida on December 16, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record