UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-RKA

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*,
THE TRADERS DOMAIN, *et al.*,

    *Defendants*.

_____/

## NOTICE OF INTENT TO SELL PERSONAL PROPERTY

Kelly M. Crawford, the Court-appointed Receiver, files this Notice of Intent to Sell Personal Property, and states:

1. On April 24, 2025, the Court entered an Order Granting Receiver's Motion for Procedures Governing the Sale of Personal Property (the "Personal Property Order"). ECF No. 220.

2. The Order authorizes the Receiver "to sell personal property constituting Receivership Assets" by any of the methods described within the Order, including by private sale. *See* Personal Property Order at pp. 1-2.

3. On or about March 12, 2025, Defendant, Alex Santiesteban, turned over a Rolex "Daytona" watch (the "Rolex") to the Receiver.

4. The Receiver has securely stored the Rolex, has listed it for sale on a website on which the Receiver's counsel lists various receivership assets for sale (including assets from other receivership), and has solicited offers from watch dealers,

watch collectors, and other private buyers to purchase the Rolex through a private sale.

5. Because of the nature and condition of the Rolex, it is difficult to obtain an accurate appraisal of its value.

6. During a prior reporting period, the Receiver received an offer from a watch dealer to purchase the Rolex for $25,000. During the current reporting period, the Receiver received an offer from a private buyer to purchase the Rolex for $30,000. Thereafter, the Receiver received an offer from a second private buyer to purchase the Rolex for $31,000, after which the first private buyer made a last and final offer of $35,000. The second private buyer then increased his offer to $35,000, and no further offers were presented to the Receiver. None of these potential purchasers are affiliated with the Receiver, his counsel, or their respective staff.

7. As such, pursuant to the Personal Property Order, the Receiver intends to sell the Rolex to the private buyer who offered to purchase it for $35,500. If that buyer fails to purchase the Rolex or withdraws his offer, the Receiver intends to sell it to the other private buyer who offered $35,000.00. The Receiver and his counsel have determined that $35,000 is a reasonable and appropriate price for the Rolex based upon on its condition, its aftermarket bezel and dial, its lack of original boxes and warranty documents, and their experience in selling Rolexes and similar luxury watches.

Respectfully submitted,

*/s/Vincenzo Lamonica*
Vincenzo Lamonica

>Florida Bar No. 1058073
>Email: vlamonica@dvcattorneys.com
>Russell Landy
>Florida Bar No. 44417
>Email: rlandy@dvllp.com
>DAMIAN | VALORI | CULMO
>*Counsel for the Receiver*
>1000 Brickell Avenue, Suite 1020
>Miami, Florida 33131
>Telephone: (305) 371-3960
>Facsimile: (305) 371-3965

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2025, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

>*/s/ Vincenzo Lamonica*
>Vincenzo Lamonica

3