UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*
THE TRADERS DOMAIN, *et al.*,

    *Defendants*.
_____/

## OMNIBUS ORDER

### I.    Attorney's Fees Motion

The Feldman Firm PLLC (the "Firm"), as counsel for Defendant Collazo, has requested that we authorize the transfer of $16,817.00 from the Firm's Interest On Lawyers' Trust Account ("IOLTA") to the Firm's operating account, "which represent[s] legal fees earned from August 4, 2025 [to] December 19, 2025." Unopposed Motion to Authorize Earned Legal Fees ("Attorney's Fees Motion") [ECF No. 386]. Neither the Commodity Futures Trading Commission nor the Receiver opposes this relief. *See ibid.* After a careful review of the Firm's invoice, *see* Feldman Firm Invoice [ECF No. 386-1], we find the amount charged to be reasonable and, therefore, **GRANT** the Attorney's Fees Motion.

### II.    Settlement Motion

The Receiver has filed a Motion to Approve Settlement Agreements with Several Transferees ("Settlement Motion") [ECF No. 387]. After a careful review of the proposed settlement agreements, *see* Settlement Agreements [ECF Nos. 387-1–8], we find them to be in the best interest of the

receivership estate. Accordingly, we **GRANT** the Settlement Motion in full.[1]

For the reasons stated above, we hereby **ORDER and ADJUDGE** that:

1. The Feldman Firm PLLC's Attorney's Fees Motion [ECF No. 386] is **GRANTED**.

   a. The Feldman Firm PLLC may transfer $16,817.00 from its IOLTA to its operating account, representing the legal fees earned from August 4, 2025, to December 19, 2025.

2. The Receiver's Settlement Motion [ECF No. 387] is **GRANTED**.

   a. The Settlement Agreements [ECF Nos. 398-1–8] are approved. We authorize the Receiver's entry into the Settlement Agreements pursuant to their terms and approve the Receiver's execution thereof.

   b. Pursuant to our Contingency Fee Order [ECF No. 341], upon the collection of the payments set forth in the Settlement Agreements, we authorize the Receiver to pay $172,940.25 to Damian Valori Culmo and $56,040.22 to Scheef & Stone, LLP.

   c. We retain exclusive jurisdiction over this action and the Parties to enforce the terms of the Settlement Agreements, over the Receivership, and with respect to any order(s) or judgment(s) pursuant to or arising from the Receivership or the terms of the Settlement Agreements.

**DONE AND ORDERED** in the Southern District of Florida on January 11, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] No party has objected to the authorization of the Settlement Agreements. *See* Settlement Motion at 10 ("Counsel for the CFTC does not oppose to the relief sought. On January 5, 2026, undersigned counsel provided the motion to counsel for the Defendants for their consideration. Defendant John Fortini takes no position as to the motion. Defendant, Beltran does not oppose to the motion. As of this filing, the remaining Defendants did not state a position as to the relief sought.").