## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cv-23745-RKA

COMMODITY FUTURES
TRADING COMMISSION,

      *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/a,*
THE TRADERS DOMAIN, *et al.,*

      *Defendants.*

_____/

### <u>RECEIVER'S RESPONSE TO DEFENDANTS' MOTION TO STAY</u>

Court-Appointed Receiver, Kelly M. Crawford (the "Receiver"), responds in opposition to Defendants Alex Santiesteban ("Santi") and Archie Rice's Motion to Stay this Matter [ECF No. 392] (the "Motion"), and states:

1. On January 27, 2026, Santi and Rice filed the Motion seeking to "stay discovery obligations in this matter as they pertain to Defendants, including any discovery sought by or involving the Receiver, for ninety (90) days, until April 20, 2026, to allow the parties to continue settlement discussions and to address issues in the Receivership." *See* Motion at p. 1.[1]

---

[1] As a threshold matter, the Motion should be denied because it does not include the required Certificate of Conference. *See* L.R. 7.1(a)(3). And, although Defendants' counsel conferred with the Receiver's counsel via email concerning the relief sought as to Santi, there was no discussion concerning Rice.

2.     The Motion should be denied because any stay related to the receivership would prejudice the Receiver's ability to discharge his duties under the orders appointing him as Receiver and would also impede his efforts to marshal assets for the benefit of the Estate and the victims of Defendants.

3.     The Receiver's ongoing investigation has just uncovered that Santi committed additional serious violations[2] of the SRO and Consent PI Order, upon which the Receiver will be basing a forthcoming renewed motion for contempt. The Receiver and his counsel are diligently gathering supporting evidence (including through subpoenas and other discovery) and, once obtained, will be filing the renewed motion for contempt.

4.     In order to mitigate the harm to the Estate and seek information and recovery of assets related to Santi's actions, the Receiver is currently seeking discovery from Santi and various related individuals and entities. Any stay of such discovery will impede the Receiver's ability to bring such matters to the Court's attention and to remedy any harm to the Estate.

5.     The timing of the Motion is correlated to the Receiver's current discovery efforts regarding Santi's failure to comply with his obligations under the SRO and Consent PI Order.

---

[2] Such violations are in addition to the numerous contemptuous acts already committed by Santi and raised in the Receiver's previously filed contempt motions related to Santi. ECF Nos. 159 and 234.

6.      The Motion should also be denied because Santi has not explained how any discovery conducted by the Receiver will impact his settlement discussions with the CFTC.

7.      For clarity, the Receiver does not object to a stay of discovery between Defendants and the CFTC, but only opposes the Motion as it relates to the Receiver and the Estate.

WHEREFORE, the Receiver respectfully requests that the Court deny Defendants' Motion as it relates to the Receiver and the parties' duties, powers, and obligations under the SRO and Consent PI Order.

Respectfully submitted,

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica