THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 1:24-cv-23745-RKA

**COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

vs.

**TRADERS DOMAIN FX LTD, d/b/a/ THE TRADERS DOMAIN, et al.,**

        **Defendants,**

### REPLY MEMORANDUM
### TO OPPOSITION TO MOTION TO STAY AS TO DEFENDANTS
### ALEJANDRO SANTIESTEBAN AND ARCHIE RICE

Defendant Alejandro Santiesteban ("Santiesteban") and Defendant Archie Rice ("Rice" and collectively the "Defendants") continue to respectfully request that the Court stay discovery obligations in this matter as they pertain to Defendants, including any discovery sought by or involving the receiver, for ninety (90) days until April 20, 2026, to allow the parties to continue settlement discussions and to address issues relating to the Receivership.

The receiver, in opposing the motion (to which Plaintiff CFTC has consented), would potentially derail the good faith settlement discussions between the Parties which are now in a late stage. The receiver knows, or should know, that such a result would cause, not prevent, delay in the resolution of this action. Such a result would be contrary to the interests of the Parties and stakeholders and would serve no purpose but to prolong the litigation and permit the subject assets to commensurately deteriorate.

Contrary to the statements made by the receiver, this motion does not correlate to any discovery efforts that Santi has participated in nor any failure to comply with the SRO or Consent

PI Order.  Settlement discussions have been ongoing for several weeks.  This motion was made because discovery deadlines were looming and would have interfered with settlement negotiations.

The receiver makes nonspecific and unsupported reference to "discovery" which appears---and should be inferred to be--purely speculative. The receiver's Opposition repeatedly references alleged violations that may form the basis of a future contempt motion. Civil contempt, however, requires clear and convincing evidence of a completed violation of a clear and unambiguous court order. Discovery may not be used to search for contempt after the fact.  The receiver is attempting to improperly invert the contempt standard and risks transforming the discovery process into a coercive mechanism rather than an enforcement tool.

In this case granting a limited stay pending settlement discussions and clarification of the Court's orders promotes judicial economy. It avoids duplicative litigation, prevents piecemeal discovery disputes, and ensures that enforcement proceeds are in line with the settlement terms. The Receiver identifies no concrete prejudice that would result from a temporary stay. There is no allegation of imminent harm, dissipation, or spoliation.

Respectfully Submitted,

*/s/ Vivian Rivera Drohan*
Vivian Rivera Drohan, Esq.
Drohan Lee LLP
5 Penn Plaza, 19th Floor
New York, New York 10001
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail:  vdrohan@dlkny.com

*/s/ Blaine H. Hibberd*
Blaine H. Hibberd, Esq. (FBN: 55174)
blaine@hiblaw.com
The Law Office of Blaine H. Hibberd, P.A
612 SE Central Parkway
Stuart, FL 34994

*Attorney for Defendants Alejandro Santiesteban a/k/a Alex Santi*

CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2026, I electronically filed the foregoing REPLY IN SUPPORT OF MOTION TO STAY THIS MATTER AS TO DEFENDANT ALEJANDRO SANTIESTEBAN with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

                                                        */s/ Blaine H. Hibberd*
                                                        Blaine H. Hibberd, Esq.

SERVICE LIST
COMMODITIES FUTURES TRADING COMMISSION v. TRADERS DOMAIN FX LTD.
d/b/a THE TRADERS DOMAIN, ET AL., CASE NO.: 24-CV-23745-RKA
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Vivian R. Drohan, Esq.
Drohan Lee LLP
5 Pennsylvania Plaza
New York, NY 10001
212-710-0000
vdrohan@dlkny.com

Eric Nissim Assouline, Esq.
Assouline & Berlowe
213 E Sheridan Street, Suite 3
Dania Beach, FL 33004
954-929-1899
ena@assoulineberlowe.com

Melanie Emmons Damian, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
305-371-3960
vlamonica@dvcattorneys.com

Vincenzo Lamonica, Esq.
Melanie Emmons Damian, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
305-371-3960
mdamian@dvllp.com

Kyle Coker, Esq.
Farmer & Coker, PLLC
901 Main Street, Ste. 5330
Dallas, Texas 75202
214-242-9607
kyle@farmercoker.com

Kelly M. Folks, Esq.
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
202-418-5377
kfolks@cftc.gov

Brendan M. Forbes, Esq.
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC 20581
202-418-5225
bforbes@cftc.gov

Russell M. Landy, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
305-371-3960
rlandy@dvllp.com

Bryan Morera, Esq.
Morera Law Group P.A.
14100 Palmetto Frontage Rd, Suite 370
Miami Lakes, FL 33016
786-789-4546
Bryan@MLG.Miami

Kenneth Dante Murena, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
305-371-3960
kmurena@dvllp.com

Sarah Matlack Wastler, Esq.
Commodity Futures Trading Commission
Three Lafayette Center
Washington, DC 20581
202-418-5199
swastler@cftc.gov

Alison B. Wilson, Esq.
U.S. Commodity Futures Trading Commission
1158 21st Street NW
Washington, Dc 20581
771-233-6333
awilson@cftc.gov

Arun G. Ravindran, Esq.
Ravindran Law Firm, PLLC
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
305-677-8713
arun@ravindranlaw.com

Iva U. Ravindran, Esq.
Ravindran Law Firm, PLLC
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
305-677-8713
iva@ravindranlaw.com

Walter M. Norkin, Esq.
Akrivis Law Group, PLLC
One SE Third Avenue, Ste. 2120
Miami, Florida 33131
305-359-6399
wnorkin@akrivislaw.com

Marissel Descalzo, Esq.
Tache, Bronis and Descalzo, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
305-537-9565
mdescalzo@tachebronis.com

Zachary J. Kelehear, Esq.
The Findling Law Firm. P.C.
3575 Piedmont Road NE, Tower 15, Ste. 1010
Atlanta, GA, 30305
zack@findlinglawfirm.com

Aaron A. Wagner, Esq.
Kabat Chapman & Ozmer, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
404-400-7300
Email: awagner@kcozlaw.com

Henry P. Bell, Esq.
Bell Rosquete Reyes Esteban, PLLC
999 Ponce De Leon Blvd., Suite 810
Coral Gables, Florida 33134
305-570-1610
Email: hbell@bresq.com

Kyra. G Harkins, Esq.
Feldman Firm PLLC
150 Southeast 2nd Avenue, Suite 600
Miami, Florida 33131
305-714-9474
Email: kharkins@feldmanpllc.com