UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

**COMMODITY FUTURES
TRADING COMMISSION**,

    *Plaintiff*,

*v.*

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

    *Defendants*.
_____/

## ORDER APPROVING SETTLMENT AGREEMENTS

The Receiver has filed a Motion to Approve Settlement Agreements with Several Transferees ("Settlement Motion") [ECF No. 399]. After a careful review of the proposed settlement agreements, *see* Settlement Agreements [ECF Nos. 399-1–2], we find them to be in the best interest of the receivership estate. Accordingly, we **GRANT** the Settlement Motion in full.[1]

For the reasons stated above, we hereby **ORDER and ADJUDGE** that:

1. The Receiver's Settlement Motion [ECF No. 399] is **GRANTED**.

2. The Settlement Agreements [ECF Nos. 399-1–2] are approved. We authorize the Receiver's entry into the Settlement Agreements pursuant to their terms and approve the Receiver's execution thereof.

3. Pursuant to our Contingency Fee Order [ECF No. 341], upon the collection of the payments set forth in the Settlement Agreements, we authorize the Receiver to pay

---

[1] No party has objected to the authorization of the Settlement Agreements. *See* Settlement Motion at 7 ("Counsel for the CFTC does not oppose to the relief sought. Defendant, John Fortini, takes no position as to the motion. Holton Buggs does not oppose the relief sought. As of this filing, the remaining Defendants did not state a position as to the relief sought.")

$8,750.00 to Damian Valori Culmo, and $37,500.00 to Scheef & Stone, LLP.

4. We retain exclusive jurisdiction over this action and the Parties to enforce the terms of the Settlement Agreements, over the Receivership, and with respect to any order(s) or judgment(s) pursuant to or arising from the Receivership or the terms of the Settlement Agreements.

**DONE AND ORDERED** in the Southern District of Florida on February 5, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record