# EXHIBIT F

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #12574 - 09/30/25**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 74.80 | 480.00 | 35,904.00 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 17.40 | 500.00 | 8,700.00 |
| FDD - FRANK DIAZ-DRAGO - SENIOR ASSOCIATE | 0.60 | 420.00 | 252.00 |
| MSK - MELISSA KATZ - SENIOR CONSULTANT CPA, CVA, CFF | 4.60 | 480.00 | 2,208.00 |
| AAS - ABDULLAH SHAIKH - FORENSIC ANALYST | 9.40 | 190.00 | 1,786.00 |
| TOTAL | 106.80 | | $48,850.00 |
| | **BLENDED RATE** | **$457.40** | |
| | DISCOUNT (20%)* | | (8,030.00) |
| | TOTAL EXPENSES | | 6.76 |
| TOTAL AMOUNT OF THIS INVOICE | | | $40,826.76 |
| | ADJUSTED BLENDED RATE | $382.21 | |

* DISCOUNT DOES NOT INCLUDE PARTNER'S TIME, CAPPED AT $500.0 PER HOUR.



EXHIBIT
tabbies
F

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 12574
09/30/2025
Client ID: 05668

For Professional Services Rendered Through September 30, 2025

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 09/02/2025 | SKB | PREPARE COMBINED INVESTOR DATABASE FOR STRETTO TEAM AND COMBINED NET WINNERS DATABASE FOR COUNSEL. | 1.80 | 864.00 |
| 09/04/2025 | SKB | REVIEW AND ANALYZE LEVINE LAW FIRM BANK SUPPORT TO COMPARE WITH TRANSACTIONS REFLECTED IN BANK RECONSTRUCTION. | 0.60 | 288.00 |
| 09/04/2025 | SKB | REVIEW AND ANALYZE BANK ACCOUNT LIST FROM STRETTO TO COMPARE WITH BANK INVENTORY LIST OF ALL KNOWN ACCOUNTS. | 1.30 | 624.00 |
| 09/05/2025 | SKB | DRAFT DECLARATION TO EXPAND RECEIVERSHIP AND ACCOMPANYING EXHIBITS. | 3.70 | 1,776.00 |
| 09/05/2025 | SKB | REVIEW AND ANALYZE CLAIMS SUPPORT PRODUCED BY STRETTO TO IDENTIFY ADDITIONAL BANK ACCOUNTS. | 0.60 | 288.00 |
| 09/05/2025 | SKB | REVIEW AND ANALYZE COMBINED BANK RECONSTRUCTION TO FIND TRANSACTIONS RELATED TO COLLAZO PROPERTY PURCHASE AND DRAFT EMAIL WITH FINDINGS TO COUNSEL. | 1.20 | 576.00 |
| 09/05/2025 | MMD | DRAFT DECLARATION TO INCORPORATE ADDITIONAL ENTITIES INTO RECEIVERSHIP. | 2.40 | 1,200.00 |
| 09/09/2025 | SKB | T/C WITH R. LANDY AND LAURA KING REGARDING BANK SUPPORT FOR NET WINNERS TO ISSUE DEMAND LETTERS. SEND FOLLOW UP EMAIL WITH REQUESTED INFORMATION. | 0.50 | 240.00 |
| 09/10/2025 | SKB | CONTINUE TO PREPARE DRAFT OF DECLARATION AND ACCOMPANYING EXHIBITS. | 2.10 | 1,008.00 |
| 09/10/2025 | SKB | PREPARE BANK RECORDS AND INVENTORY TO SHARE WITH RUSSELL LANDY AND LAUREN KING IN SHAREFILE. | 0.60 | 288.00 |

| | | | | |
|---|---|---|---|---|
| 09/10/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM V. LAMONICA REGARDING MISSING BANK DOCUMENTS AND FOLLOW-UP T/C TO DISCUSS FURTHER AND ADDRESS COLLAZO HEARING INQUIRIES. | 0.90 | 432.00 |
| 09/12/2025 | MMD | PREPARE DECLARATION. | 1.50 | 750.00 |
| 09/15/2025 | SKB | CONTINUE TO DRAFT DECLARATION AND ACCOMPANYING EXHIBITS. | 2.90 | 1,392.00 |
| 09/15/2025 | SKB | RESEARCH AND ADDRESS INQUIRY FROM KELLY CRAWFORD AND PREPARE TRANSACTION DETAIL FOR LEVINE LAW FIRM PC TO ADDRESS. | 0.60 | 288.00 |
| 09/15/2025 | MMD | CONTINUE TO PREPARE DECLARATION. | 2.60 | 1,300.00 |
| 09/16/2025 | MMD | CONTINUE TO PREPARE DECLARATION AND EXHIBITS. | 1.10 | 550.00 |
| 09/17/2025 | SKB | ADDRESS FOLLOW-UP MATTERS TO CLAIMS CALL INCLUDING PROVIDING NET WINNERS LIST TO STRETTO TEAM AND RECONCILING STEEL BANK RECONSTRUCTION TRANSACTIONS WITH SUPPORT IN FILED CLAIM. | 1.10 | 528.00 |
| 09/17/2025 | SKB | CONTINUE TO DRAFT DECLARATION TO EXPAND RECEIVERSHIP AND ACCOMPANYING EXHIBITS. | 0.30 | 144.00 |
| 09/17/2025 | MMD | CONTINUE TO PREPARE DECLARATION. | 1.00 | 500.00 |
| 09/18/2025 | SKB | CONTINUE TO DRAFT DECLARATION TO EXPAND RECEIVERSHIP AND ACCOMPANYING EXHIBITS. | 2.20 | 1,056.00 |
| 09/18/2025 | SKB | PREPARE UPDATED INVESTOR DATABASE AND SUMMARY FOR STRETTO TEAM AND CASANDRA MURENA. | 0.60 | 288.00 |
| 09/18/2025 | SKB | UPDATE EXHIBIT CATEGORY SUMMARIES FOR ALL ENTITIES (C'S AND D'S) WITH UPDATED AMOUNTS FROM BANK RECONSTRUCTION TO ACCOMPANY DECLARATION. | 3.30 | 1,584.00 |
| 09/18/2025 | MMD | CONTINUE TO PREPARE DECLARATION AND EXHIBITS ON MOTION TO EXPAND RECEIVERSHIP. | 2.30 | 1,150.00 |
| 09/19/2025 | MSK | UPDATE SUMMARY OF RECONSTRUCTED ENTITIES. WORK ON PREPARATION OF CATEGORY SUMMARIES FOR DECLARATION EXHIBITS FOR INTELLIGENZA LLC, JVL FORTINI CONSULTING LLC, MAS CAPITAL INVESTMENTS LLC, MTT9 HOLDINGS LLC, NUTRITION ZONE LLC, PROFIT OVER EVERYTHING, INC, SAEG CAPITAL LTD., SACAP HOLDINGS INC., SECAP HOLDINGS LLC, | 4.40 | 2,112.00 |

| | | | | |
|---|---|---|---|---|
| | | AND TD TRAN INVESTMENTS LLC FOR THE PERIOD FROM JANUARY 2020 THROUGH OCTOBER 2024. | | |
| 09/19/2025 | SKB | CONTINUE TO DRAFT ACCOMPANYING EXHIBITS TO DECLARATION.. | 3.40 | 1,632.00 |
| 09/19/2025 | SKB | CONTINUE TO UPDATE EXHIBIT CATEGORY SUMMARIES FOR ALL ENTITIES (C'S AND D'S) WITH UPDATED AMOUNTS FROM BANK RECONSTRUCTION TO ACCOMPANY DECLARATION. | 3.80 | 1,824.00 |
| 09/19/2025 | MMD | REVIEW AND REVISE DRAFT DECLARATION AND EXHIBITS AND SEND TO COUNSEL FOR REVIEW. | 3.20 | 1,600.00 |
| 09/24/2025 | SKB | REVIEW AND REVISE WITH RED-LINES AND COMMENTS, MOTION TO EXPAND RECEIVERSHIP DRAFTED BY COUNSEL. CONTINUE TO PREPARE EXHIBITS FOR DECLARATION. | 1.40 | 672.00 |
| 09/24/2025 | MMD | REVIEW DRAFT MOTION TO EXPAND RECEIVERSHIP. | 0.50 | 250.00 |
| 09/25/2025 | SKB | REVISE DRAFT DECLARATION WITH CHANGES FROM COUNSEL COMPILE SUPPORTING DOCUMENTS AND BANK RECORDS FOR DECLARATION. | 3.30 | 1,584.00 |
| 09/25/2025 | SKB | REVIEW EXHIBITS TO ACCOMPANY DECLARATION WITH CHANGES FROM COUNSEL. | 2.80 | 1,344.00 |
| 09/26/2025 | SKB | SEND UPDATED DRAFT OF DECLARATION AND ACCOMPANYING EXHIBITS FOR FINAL REVIEW. | 0.40 | 192.00 |
| 09/26/2025 | SKB | ADDRESS EMAIL FROM V. LAMONICA REGARDING TRANSACTION DETAIL SCHEDULES FOR VARIOUS TARGETS. | 0.10 | 48.00 |
| 09/26/2025 | MMD | CONTINUE TO PREPARE DECLARATION AND RELATED EXHIBITS RE MOTION TO EXPAND RECEIVERSHIP. | 2.30 | 1,150.00 |
| 09/29/2025 | FDD | FORMAT THE REPORT CONTAINING WIRE DETAILS FOR FURTHER ANALYSIS RE: SECAP HOLDINGS LLC ACCOUNT ENDING IN 3830. | 0.60 | 252.00 |
| 09/29/2025 | SKB | PREPARE TRANSACTION DETAIL SCHEDULES FOR 18 ANCILLARY CLAIMS AS REQUESTED BY COUNSEL FOR FILING. | 3.30 | 1,584.00 |
| 09/30/2025 | SKB | PREPARE FOR CALL WITH CRYPTO EXPERT BY REVIEWING CASH ACTIVITY RECONSTRUCTED FOR BATCHED ENTITY FROM EVOLVE BANK. | 0.80 | 384.00 |
| 09/30/2025 | SKB | PREPARE UPDATED INVESTOR DATABASE AND INVESTOR SUMMARY FOR STRETTO AND CASANDRA MURENA. | 0.80 | 384.00 |

| | | | | |
|---|---|---|---|---|
| 09/30/2025 | SKB | PREPARE UPDATED PAYEE SUMMARY FROM HIGHEST TO LOWEST NET WINNER AND LOWEST TO HIGHEST NET LOSER. | 0.60 | 288.00 |
| | | | | 32,414.00 |

**BUGGS**

| | | | | |
|---|---|---|---|---|
| 09/04/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM RECEIVER REGARDING JEWELRY PURCHASE FROM EXOTIC DIAMONDS THROUGH BUGGS ENTITIES WITH M. DAVIS. | 0.40 | 192.00 |
| 09/08/2025 | SKB | REVIEW AND ANALYZE BANK RECONSTRUCTION FOR TRACING OF PAYMENTS TO EXOTIC DIAMONDS AND PROVIDE FINDINGS AND SUPPORTING DOCUMENTATION TO RECEIVER. | 2.30 | 1,104.00 |
| 09/08/2025 | SKB | REVIEW AND ANALYZE CLAIMS BANK DATA TO COMPARE WITH BUGGS ENTITIES IDENTIFIED. | 0.60 | 288.00 |
| 09/23/2025 | SKB | PREPARE RECONSTRUCTION AND INVENTORY OF ONLY BUGGS AND BUGGS RELATED ACCOUNTS USING COMBINED RECONSTRUCTION AND MASTER INVENTORY. COMPILE ALL ANALYSIS PREPARED FOR BUGGS-RELATED MATTERS AND INCLUDE DISCLAIMER WATERMARK TO SEND TO RECEIVER TO ADDRESS FEE APP INQUIRIES. | 2.10 | 1,008.00 |
| 09/26/2025 | SKB | REVIEW AND ANALYZE BUGGS CLAIMS DATA FROM STRETTO TEAM. | 0.20 | 96.00 |
| 09/30/2025 | SKB | REVIEW AND ANALYZE LIST OF BUGGS CLAIMS FROM STRETTO TO COMPARE TO BANK RECONSTRUCTION ACTIVITY AND IDENTIFY BUGGS ENTITIES WITH INVESTOR FUNDS. | 0.50 | 240.00 |
| | | | | 2,928.00 |

**GENERAL BANK RECONSTRUCTIONS**

| | | | | |
|---|---|---|---|---|
| 09/02/2025 | MSK | ANALYZE BANK RECORDS AND WORK ON COMBINED RECONSTRUCTION OF BANKING ACTIVITY FOR BUGGS ENTITIES, NON-SPONSOR ENTITY ACCOUNTS, SPONSOR ENTITY ACCOUNTS, OTHER ENTITY ACCOUNTS, INTELLIGENZA LLC, NUTRITION ZONE LLC, AND SECAP HOLDINGS LLC FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2024. | 0.20 | 96.00 |
| 09/02/2025 | SKB | REVIEW AND REVISE COMBINED BANK RECONSTRUCTION OF ALL RELATED ENTITIES. | 0.90 | 432.00 |
| 09/09/2025 | SKB | UPDATE BANK RECONSTRUCTION WITH NEW DOCUMENTS PRODUCED AND RECOVERED FOR JP MORGAN CHASE, BANK OF AMERICA, AND WELLS FARGO. | 4.10 | 1,968.00 |

| | | | | |
|---|---|---|---|---|
| 09/17/2025 | AAS | UPDATE BANK RECONSTRUCTION FOR ACCOUNT JPMC 9976 FOR DECEMBER AND MARCH 2021 AND UPDATE PAYEE INFORMATION FOR THOSE PERIOD | 2.60 | 494.00 |
| 09/17/2025 | AAS | UPDATE ACCOUNT JPMC 7579,9976,5171 WITH MISSING PAYEE INFORMATION FOR PERIOD 2020 AND AFTER | 2.80 | 532.00 |
| 09/17/2025 | SKB | UPDATE BANK RECONSTRUCTION WITH MISSING JP MORGAN CHASE BANK RECORDS PRODUCED FOR ACCOUNTS #5171, #7579, & #9976. | 1.70 | 816.00 |
| 09/18/2025 | SKB | CONTINUE TO UPDATE BANK RECONSTRUCTION WITH MISSING JP MORGAN CHASE BANK RECORDS PRODUCED FOR ACCOUNTS #5171, #7579, & #9976 TO ASSIGN ALPHA SORT AND CATEGORY. | 1.40 | 672.00 |
| 09/22/2025 | SKB | REVIEW BANK INVENTORY TO COMPILE LIST OF ALL 118 INSIDERS' PERSONAL ACCOUNTS AND ANALYZE BANK RECORDS TO DETERMINE THOSE WITH RELEVANT ACTIVITY FOR COUNSEL TO CONFIRM WHICH TO RECONSTRUCT. | 1.40 | 672.00 |
| 09/23/2025 | SKB | CONTINUE TO REVIEW BANK INVENTORY TO COMPILE LIST OF ALL 118 INSIDERS' PERSONAL ACCOUNTS AND ANALYZE BANK RECORDS TO DETERMINE THOSE WITH RELEVANT ACTIVITY FOR COUNSEL TO CONFIRM WHICH TO RECONSTRUCT. | 2.10 | 1,008.00 |
| 09/24/2025 | SKB | COMPILE BANK RECORDS TO SEND TO CFIS FOR FOUR INSIDERS' PERSONAL ACCOUNTS TO RECONSTRUCT. | 0.70 | 336.00 |
| 09/26/2025 | SKB | REVIEW AND ANALYZE CADENCE BANK MISSING WIRE SUPPORT PRODUCED TO UPDATED COMBINED BANK RECONSTRUCTION. | 0.20 | 96.00 |
| 09/29/2025 | AAS | UPDATE RECONSTRUCTION OF CB 3830 FOR PERIOD 7/2/2022 - 9/2022 WITH WIRE SUPPORT RECEIVED. | 2.50 | 475.00 |
| 09/29/2025 | AAS | UPDATE RECONSTRUCTION OF CB 3830 FOR PERIOD 10/2022 WITH WIRE SUPPORT RECEIVED. | 1.50 | 285.00 |
| 09/29/2025 | SKB | REVIEW AND REVISE BANK RECONSTRUCTION WITH CADENCE BANK MISSING WIRE SUPPORT PRODUCED. RESEARCH AND POPULATE CATEGORY AND ALPHA SORT COLUMNS. | 3.50 | 1,680.00 |
| 09/30/2025 | SKB | CONTINUE TO RESEARCH AND POPULATE CATEGORY AND ALPHA SORT COLUMNS. | 1.10 | 528.00 |
| | | | | 10,090.00 |

**MEETINGS/CONFERENCES**

| | | | | |
|---|---|---|---|---|
| 09/04/2025 | SKB | CLAIMS STATUS T/C WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.70 | 336.00 |
| 09/04/2025 | SKB | T/C WITH RUSSELL LANDY AND VINNY LAMONICA REGARDING EXPANSION OF RECEIVERSHIP ENTITIES. | 1.00 | 480.00 |
| 09/17/2025 | SKB | T/C WITH V. LAMONICA REGARDING MISSING BANK DOCUMENTS AND REQUEST FOR ESTIMATES TO RECONSTRUCT PERSONAL ACCOUNTS. | 0.70 | 336.00 |
| 09/17/2025 | SKB | PARTICIPATE IN WEEKLY CLAIMS STATUS CALL WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.50 | 240.00 |
| 09/23/2025 | SKB | T/C WITH V. LAMONICA TO ADDRESS QUESTIONS FROM DECLARATION AND DISCUSS INSIDERS' PERSONAL ACCOUNTS TO RECONSTRUCT. | 0.60 | 288.00 |
| 09/25/2025 | SKB | T/C WITH V. LAMONICA REGARDING CHANGES TO DECLARATION AND ACCOMPANYING EXHIBITS. | 1.00 | 480.00 |
| 09/25/2025 | SKB | PARTICIPATE IN WEEKLY CLAMS STATUS CALL WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.60 | 288.00 |
| 09/26/2025 | SKB | T/C WITH R. LANDY REGARDING ANALYSIS OF ALGO BANK ACTIVITY FROM 10/2019 TO 10/2021. | 0.50 | 240.00 |
| 09/30/2025 | SKB | PARTICIPATE IN CALL WITH CRYPTO EXPERT, RECEIVER, COUNSEL AND M. DAVIS TO ADDRESS QUESTIONS REGARDING RECONSTRUCTION OF CASH ACTIVITY. | 0.70 | 336.00 |
| 09/30/2025 | SKB | T/C WITH V. LAMONICA REGARDING QUESTIONS ABOUT TRANSACTION DETAIL SCHEDULES PREPARED FOR ANCILLARY CLAIMS. | 0.30 | 144.00 |
| 09/30/2025 | MMD | ATTEND MEETING WITH RECEIVER AND COUNSEL. | 0.50 | 250.00 |
| | | | | 3,418.00 |
| | | | Total | 48,850.00 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| 09/30/2025 | EXP | SHAREFILE - SEPTEMBER 2025 | | 6.76 |
| | | | | 6.76 |
| | | | Total | 6.76 |

| | |
|---|---|
| Discount (20%)* | (8,030.00) |
| Total amount of this invoice | $40,826.76 |

* DISCOUNT DOES NOT INCLUDE PARTNER'S TIME, CAPPED AT $500.0 PER HOUR.

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #12630 - 10/31/25**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 13.70 | 480.00 | 6,576.00 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 3.90 | 650.00 | 2,535.00 |
| TOTAL | 17.60 | | $9,111.00 |
| | **BLENDED RATE** | **$517.67** | |
| | TOTAL EXPENSES | | 2.81 |
| TOTAL AMOUNT OF THIS INVOICE | | | $9,113.81 |

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 12630
10/31/2025
Client ID: 05668

---

For Professional Services Rendered Through October 31, 2025

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 10/02/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM AILEEN DAVERSA REGARDING PETER LEE CLAIM. | 0.60 | 288.00 |
| 10/07/2025 | SKB | PREPARE TRANSACTION DETAIL SCHEDULES FROM BANK RECONSTRUCTION ACTIVITY FOR LEIGHA BRISCO, WIMBREY WORLDWIDE TRUST AND LUCAS LONGMIRE AS REQUESTED BY RECEIVER. | 0.80 | 384.00 |
| 10/09/2025 | SKB | PREPARE TRANSACTION DETAIL SCHEDULE FROM BANK RECONSTRUCTION ACTIVITY FOR TABITHA EDWARDS AS REQUESTED BY RECEIVER. | 0.60 | 288.00 |
| 10/10/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM LAUREN KING REGARDING RICARDO COLLAZO TRANSACTIONS AND UPLOAD UPDATED RECONSTRUCTION TO SHAREFILE. | 0.80 | 384.00 |
| 10/16/2025 | SKB | FINALIZE DECLARATION AND ACCOMPANYING EXHIBITS FOR FILING ON 10/16/25. | 1.20 | 576.00 |
| 10/16/2025 | MMD | FINALIZE DECLARATION. | 1.00 | 650.00 |
| 10/27/2025 | SKB | PREPARE TRANSACTION DETAIL REPORT FOR HIGDON FAMILY/PRIME TRUST AND PROVIDE SUPPORTING BANK DOCUMENTS REQUESTED. | 0.80 | 384.00 |
| 10/28/2025 | SKB | REVIEW PRODUCTION OF DOCUMENTS FROM HIGDON FAMILY TO REVIEW WITH BANK RECONSTRUCTION AND ADDRESS INQUIRY FROM RECEIVER REGARDING LUCAS LONGMIRE. | 0.60 | 288.00 |
| 10/31/2025 | SKB | REVIEW AND ANALYZE BANK RECORDS TO PROVIDE RECEIVER WITH BANK SUPPORT FOR BRANDON MIDDLETON, CHRISTYYARIY VODYANITSKY, SERHIY VODYANITSKY, AND TYSH MEFFER. PREPARE TRANSACTION DETAIL SCHEDULES ACCORDINGLY. | 1.90 | 912.00 |

| | | | | |
|---|---|---|---|---|
| 10/31/2025 | SKB | REVIEW AND ANALYZE BANK RECORDS TO PROVIDE RECEIVER WITH BANK SUPPORT FOR BRANDON STEVENS AND ALAN LAZARNEJAD. PREPARE TRANSACTION DETAIL SCHEDULES ACCORDINGLY. | 0.70 | 336.00 |
| | | | | 4,490.00 |
| **BUGGS** | | | | |
| 10/01/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM KELLY CRAWFORD REGARDING SUPPORT FOR PURCHASE OF MILLION DOLLAR RING. | 0.30 | 144.00 |
| 10/01/2025 | MMD | REVIEW DRAFT OF RESPONSE TO FEE APPLICATION. | 0.50 | 325.00 |
| 10/01/2025 | MMD | REVIEW OBJECTION TO FEE APPLICATION AND COMPARE TIME ENTRIES IN FEE APPLICATION WITH TIME ENTRIES IN OBJECTION. PREPARE A CHART THAT TRACKED ALL OF THE VARIANCES AND SEND TO RECEIVER FOR USE IN PREPARING A RESPONSE. | 2.10 | 1,365.00 |
| 10/06/2025 | SKB | PREPARE DATABASE OF INVESTOR ACTIVITY FOR BUGGS AND BUGGS-RELATED ENTITIES TO ADDRESS EMAIL FROM RECEIVER. | 0.70 | 336.00 |
| 10/07/2025 | SKB | TO ADDRESS REQUEST FROM RECEIVER, PREPARE TRANSACTION DETAIL FOR TRANSFERS BETWEEN BUGGS ENTITIES AND INSIDERS AND RELATED PARTY ENTITIES AND TRANSACTION DETAIL SCHEDULE OF TRANSFERS IDENTIFIED AS FUNDS TO INVEST BY BUGGS. | 1.90 | 912.00 |
| 10/07/2025 | MMD | REVIEW EMAILS FROM RECEIVER RE BUGGS ANALYSIS. REVIEW PRIOR BANK RECONSTRUCTIONS AND RESPOND TO SAME. | 0.30 | 195.00 |
| | | | | 3,277.00 |
| **GENERAL BANK RECONSTRUCTIONS** | | | | |
| 10/06/2025 | SKB | REVIEW AND ANALYZE MISSING DOCUMENTS PRODUCED BY JP MORGAN CHASE FOR BELTRAN'S PERSONAL ACCOUNT #2073. | 0.60 | 288.00 |
| | | | | 288.00 |
| **MEETINGS/CONFERENCES** | | | | |
| 10/02/2025 | SKB | WEEKLY CLAIMS STATUS CALL WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.50 | 240.00 |

| | | | | |
|---|---|---|---|---|
| 10/16/2025 | SKB | PARTICIPATE IN WEEKLY CLAIMS STATUS CALL WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.70 | 336.00 |
| 10/21/2025 | SKB | T/C WITH LAUREN KING REGARDING POTENTIAL TARGETS INQUIRY. | 0.30 | 144.00 |
| 10/23/2025 | SKB | PARTICIPATE IN WEEKLY CLAIMS STATUS CALL WITH RECEIVER, STRETTO TEAM AND COUNSEL. | 0.40 | 192.00 |
| 10/30/2025 | SKB | PARTICIPATE IN WEEKLY CLAIMS STATUS CALL WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.30 | 144.00 |
| | | | | 1,056.00 |
| | | | Total | 9,111.00 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| 10/31/2025 | EXP | SHAREFILE - OCTOBER 2025 | | 2.81 |
| | | | | 2.81 |
| | | | Total | 2.81 |

Total amount of this invoice $9,113.81

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #12728 - 11/30/25**

## TIME SUMMARY BY STAFF

| Staff | | Hours | Rate | Amount |
|---|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | | 1.80 | 480.00 | 864.00 |
| TOTAL | | 1.80 | | $864.00 |
| | BLENDED RATE | | $480.00 | |
| | DISCOUNT (20%) | | | (172.80) |
| | TOTAL EXPENSES | | | 16.71 |
| TOTAL AMOUNT OF THIS INVOICE | | | | $707.91 |
| | ADJUSTED BLENDED RATE | | $384.00 | |

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 12728
11/30/2025
Client ID: 05668

---

For Professional Services Rendered Through November 30, 2025

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 11/03/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM AILEEN DAVERSA REGARDING SAVVY WALLET CASH ACTIVITY. | 0.30 | 144.00 |
| 11/03/2025 | SKB | REVIEW BANK RECONSTRUCTION FOR TRANSACTION ACTIVITY RELATED TO ROLAND REZNIK TO PROVIDE TO RECEIVER. | 0.30 | 144.00 |
| 11/05/2025 | SKB | ADDRESS EMAIL FROM AILEEN DAVERSA REGARDING CAYE INTERNATIONAL BANK ACCOUNT WITH COUNSEL. | 0.30 | 144.00 |
| 11/05/2025 | SKB | REVIEW AND ANALYZE BANK RECONSTRUCTION FOR TRANSACTION ACTIVITY RELATED TO SAVEEN LALANI TO PROVIDE TO RECEIVER. | 0.30 | 144.00 |
| 11/06/2025 | SKB | RESEARCH AND ANALYZE TRANSACTIONS FOR THOMAS THEN PER REQUEST OF HALEY JONES FROM RECEIVER'S OFFICE. | 0.30 | 144.00 |
| | | | | 720.00 |
| **MEETINGS/CONFERENCES** | | | | |
| 11/13/2025 | SKB | WEEKLY CLAIMS STATUS T/C WITH COUNSEL, RECEIVER AND STRETTO TEAM. | 0.30 | 144.00 |
| | | | | 144.00 |
| | | | Total | 864.00 |
| **EXPENSES** | | | | |
| 11/01/2025 | EXP | PACER - OCTOBER 2025 | | 13.90 |
| 11/30/2025 | EXP | SHAREFILE - NOVEMBER 2025 | | 2.81 |
| | | | | 16.71 |

| | |
|---|---|
| Total | 16.71 |
| Discount (20%) | (172.80) |
| Total amount of this invoice | $707.91 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #12839 - 12/31/25**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 3.90 | 480.00 | 1,872.00 |
| TOTAL | 3.90 | | $1,872.00 |
| **BLENDED RATE** | | **$480.00** | |
| DISCOUNT | | | (380.64) |
| TOTAL EXPENSES | | | 2.64 |
| TOTAL AMOUNT OF THIS INVOICE | | | $1,494.00 |
| ADJUSTED BLENDED RATE | | $382.40 | |

Kapila Building • 1000 South Federal Highway • Suite 200 • Fort Lauderdale FL 33316
• Broward 954-761-1011 • Dade 786-517-5771
Affiliated Office in London, England

K/M

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 12839
12/31/2025
Client ID: 05668

For Professional Services Rendered Through December 31, 2025

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 12/08/2025 | SKB | PREPARE TRANSACTION DETAIL FOR WORRE FAMILY TRANSACTIONS, PARADIGM CONVERGENCE TECHNOLOGY AND THE INVICTUS GROUP FOR RECEIVER IN WORRE FAMILY NEGOTIATIONS. | 1.70 | 816.00 |
| 12/12/2025 | SKB | REVIEW AND ADDRESS EMAIL FROM KELLY CRAWFORD REGARDING DAN FREIER CASH TRANSACTIONS. | 0.20 | 96.00 |
| 12/15/2025 | SKB | RESEARCH AND ADDRESS EMAIL FROM KELLY CRAWFORD AND PREPARE TRANSACTION DETAIL SCHEDULE FOR PAUL CARLISLE AND WARPARTY MINERALS INC. | 0.50 | 240.00 |
| 12/18/2025 | SKB | REVIEW AND ANALYZE TRANSACTIONS FOR DENIAN FEIER AND STEFANIA LO GATTO AND DRAFT EMAIL WITH FINDINGS TO KELLY CRAWFORD. | 0.60 | 288.00 |
| | | | | 1,440.00 |
| **MEETINGS/CONFERENCES** | | | | |
| 12/04/2025 | SKB | PARTICIPATE IN WEEKLY CLAIMS STATUS CALL WITH RECEIVER, COUNSEL AND STRETTO TEAM. | 0.40 | 192.00 |
| 12/18/2025 | SKB | PARTICIPATE IN WEEKLY CLAIMS STATUS CALL WITH STRETTO TEAM, RECEIVER AND COUNSEL. | 0.50 | 240.00 |
| | | | | 432.00 |
| | | | Total | 1,872.00 |
| **EXPENSES** | | | | |
| 12/31/2025 | EXP | SHAREFILE - DECEMBER 2025 | | 2.64 |
| | | | | 2.64 |
| | | | Total | 2.64 |

| | |
|---|---|
| Discount | (380.64) |
| Total amount of this invoice | $1,494.00 |