THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 1:24-CV-23745-ALTMAN

COMMODITY FUTURES
TRADING COMMISSION,

Plaintiff,

v.

TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTABAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,

Defendants.

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE**, that pursuant to S.D. Fla. L.R. 11.1(d), the CFTC moves to withdraw Candice Haan's appearance as counsel for Plaintiff Commodity Futures Trading Commission in the above-captioned proceeding. Ms. Haan is leaving federal service and is no longer representing the CFTC in this matter. Plaintiff will continue to be represented by Commission attorneys Alison Wilson, Sarah Wastler, Kelly Folks and Brendan Forbes in this matter. Counsel for the Defendants and the Receiver do not oppose this motion.

The CFTC respectfully requests that Ms. Haan be removed from the service list and that she be relieved from any further responsibility in this case.

Dated:  February 23, 2026                              Respectfully submitted,

**PLAINTIFF COMMODITY FUTURES TRADING COMMISSION**,

*/s/ Alison Wilson*
ALISON WILSON (FL Bar A5503268)
Attorney for Plaintiff
COMMODITY FUTURES
TRADING COMMISSION
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
awilson@cftc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on this 23rd day of February, 2026, upon all counsel and/or parties who have appeared in the above-styled action.

*/s/ Alison Wilson*
Alison Wilson