UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*,
THE TRADERS DOMAIN, *et al.*,

    *Defendants*.
_____/

## NOTICE OF NINETY DAYS EXPIRING

Court-appointed Receiver, Kelly M. Crawford, pursuant to Local Rule 7.1(b)(4)(A), provides this notice that the Receiver's Motion to Expand the Receivership [ECF No. 354] has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days, and states:

    1.    The Receiver's Motion to Expand the Receivership (the "Motion") was filed on November 4, 2025. ECF No. 354.

    2.    Defendants' Joint Response in Opposition to the Motion was filed on November 19, 2025. ECF No. 361.

    3.    The Receiver's Reply in Support of the Motion was filed on November 26, 2025. ECF No. 372.

    4.    No hearing has been held or scheduled on the Motion, and the ninety (90) day period set forth in Local Rule 7.1(b)(4)(A) has expired.

Respectfully submitted,

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff*
*Watches of Switzerland LLC*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica