UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

**COMMODITY FUTURES
TRADING COMMISSION**,

    *Plaintiff*,

*v.*

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

    *Defendants*.
_____/

## ORDER GRANTING THE RECEIVER'S MOTION TO APPROVE THE SALE OF REAL PROPERTY

The Receiver has filed a Motion to Approve the Sale of Defendant Holton Buggs's Houston Property (the "Motion") [ECF No. 421]. After careful review, and noting that no parties object to the proposed sale, we find that the Motion should be granted.

It's in the best interest of the Receivership Estate to sell the Defendant Holton Buggs's Houston Property without strictly complying with the requirements of 28 U.S.C. § 2001 because: (1) the Receiver's realtor has received a purchase offer of $1,4500,000, which is aligned with comparable property appraisals, *see* Motion at 3; (2) "the Receivership Estate would recover an estimated $900,000 from the proposed sale," after the mortgage payoff, agent commissions, and closing costs, *id.* at 4; and (3) approving the sale "will eliminate the costs required to maintain the property," *id.* at 3.

Accordingly, we **ORDER AND ADJUDGE** as follows:

1. The Receiver's Motion to Approve Sale of Defendant Holton Buggs's Houston Property [ECF No. 421] is **GRANTED**.

    a. We **APPROVE** the immediate closing of the sale of the Houston Property to the Buyer pursuant to the terms and conditions set forth in the Purchase and Sale

  Agreement attached to the Motion. *See* [ECF No. 421-2].

 b. In the event the sale to the Buyers approved above does not close, we hereby approve the immediate closing of the sale of the Houston Property to another buyer for at least $1,450,000.00 under terms similar to those contained in the Purchase and Sale Agreement (Exhibit B to the Motion), so that the Estate need not incur further expenses seeking Court approval for a similar sale.

**DONE AND ORDERED** in the Southern District of Florida on March 4, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2