THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 1:24-CV-23745-ALTMAN

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN, et al.,<br><br>Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to S.D. Fla. L.R. 11.1(d) and S.D. Fla. Atty. Discipline R. 4(d), Daniel C. Jordan of the Division of Enforcement of the Commodity Futures Trading Commission ("CFTC") gives notice of his appearance as counsel for Plaintiff CFTC in the above-captioned case.

Dated: March 6, 2026

Respectfully submitted,

**PLAINTIFF COMMODITY FUTURES TRADING COMMISSION**,

/s/ Daniel C. Jordan
DANIEL C. JORDAN (FL Special Bar A5501473)
Attorney for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5339
djordan@cftc.gov

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on this 6th day of March, 2026, upon all counsel and/or parties who have appeared in the above-styled action.

*/s/ Daniel C. Jordan*
Daniel C. Jordan
