**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-RKA**

COMMODITY FUTURES
TRADING COMMISSION,

     *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*,
THE TRADERS DOMAIN, *et al.*,

     *Defendants*.

_____/

## NOTICE OF INTENT TO SELL PERSONAL PROPERTY

Kelly M. Crawford, the Court-appointed Receiver, files this Notice of Intent to Sell Personal Property, and states:

1.     On April 24, 2025, the Court entered an Order Granting Receiver's Motion for Procedures Governing the Sale of Personal Property (the "Personal Property Order"). ECF No. 220.

2.     The Order authorizes the Receiver "to sell personal property constituting Receivership Assets" by any of the methods described within the Order, including by private sale. *See* Personal Property Order at pp. 1-2.

3.     On or about August 28, 2025, Bony Cruz, Defendant Juan Herman's mother, turned over a Cadillac Escalade (the "Escalade"), titled in the name of Nutrition Zone, LLC, to the Receiver.

4.     The Receiver has securely stored the Escalade, has listed it for sale through consignee German Car Care, and has solicited offers from private buyers to purchase the Escalade through a consignment sale.

5.  German Car Care reported that the Escalade had a retail value of $55,000 to $65,000, but had damage to the front right bumper and fender, needed a new battery, and needed a deep interior cleaning (a total of roughly $4,000 in repairs).  Further, the consignee would be due 10% commission on the sale.

6.  There is no lien on the Escalade.

7.  During the current reporting period, the Receiver received an offer from a private buyer to purchase the Escalade for $63,500, contingent on repairing the bumper and fender damage, a new battery, and general cleaning and maintenance.

8.  After repairs and commissions, the Receiver expects to net roughly $53,150 in proceeds to the Receivership Estate.

9.  This potential purchaser is not affiliated with the Receiver, his counsel, or their respective staff.

10.  As such, pursuant to the Personal Property Order, the Receiver intends to sell the Escalade to the private buyer who offered to purchase it for $63,500.  The Receiver and his counsel have determined that $63,500 is a reasonable and appropriate price for the Escalade based upon on its condition.

Respectfully submitted,

*/s/ Russell Landy*
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on March 20, 2026, I electronically filed the  foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy