**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN/Lett**

COMMODITY FUTURES
TRADING COMMISSION,

 *Plaintiff*,

*v.*

TRADERS DOMAIN FX LTD. *d/b/a*
THE TRADERS DOMAIN, *et al.*,

 *Defendants.*

_____/

## ORDER GRANTING MOTION FOR RELEASE FROM STAY AND FOR RECEIVER TO ABANDON WAREHOSUE

 Kelly Crawford, as Receiver of Alpha Trader Firm, LLC ("Alpha Trader"), and Prestige Developments, LLC ("Prestige") have filed a Joint Motion for Relief from Stay and to Approve Receiver's Abandonment of Alpha Trader Warehouse (the "Motion") [ECF No. 429], seeking relief from the stay imposed by the statutory restraining order related to real property owned by Prestige and which it currently leases to Alpha Trader.

 After careful review, we **ORDER and ADJUDGE** as follows:

1. The Joint Motion for Relief from Stay and to Approve Receiver's Abandonment of Alpha Trader Warehouse [ECF No. 429] is **GRANTED**.

2. The Receiver is authorized to abandon the warehouse located at 7265 NW 74th Street #6, Medley, Florida 33166 (the "Warehouse").

3. Prestige is entitled to immediate and exclusive possession of the Warehouse.

4. The Miami-Dade County Sheriff's Office and/or the United States Marshal's Service is authorized to assist Prestige in reclaiming possession of the Warehouse and to place Prestige Development in possession of the Warehouse. The Miami-Dade County Sheriff

and/or the United States Marshal's Service is authorized to remove any persons from the Warehouse and forcibly enter the Warehouse if necessary.

5.   Any claim of Prestige against Alpha Trader and/or the Receivership Estate is released.

**DONE AND ORDERED** in the Southern District of Florida on March 25, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record