**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN**

COMMODITY FUTURES
TRADING COMMISSION,

      *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/a,*
THE TRADERS DOMAIN, *et al.,*

      *Defendants.*

_____/

**RECEIVER'S MOTION TO APPROVE SALE OF DEFENDANT HOLTON
BUGGS' HOUSTON PROPERTY AT REDUCED PRICE**

Kelly M. Crawford, the Court-Appointed Receiver (the "Receiver"), respectfully requests the Court to approve the reduced sale price of Defendant Holton Buggs' home located in Houston, Texas, and in support states:

**FACTUAL BACKGROUND**

1. On March 4, 2026, the Receiver filed his Motion to Approve the Sale of Defendant Holton Buggs' Houston Property [ECF No. 421] (the "Motion").

2. The Court approved the sale of the Buggs Property at a price of at least $1,450,000 and without having to strictly comply with the requirements of 28 U.S.C. § 2001. ECF No. 422.

3. Subsequently, the Buyers had the Buggs Property inspected, which uncovered numerous issues. *See* Inspection Report, attached as **Exhibit A**. The total cost to repair such issues is estimated to be roughly $400,000.

4.     Due to the repair estimates, the Buyers sought a $300,000 reduction in the sale price of the Buggs Property. After negotiations, the Receiver and Buyer agreed to a $200,000 reduction in the sale price—from $1,450,000 to $1,250,000.

5.     The Receivership Estate will recover approximately $720,000 from the sale of the Buggs Property at the proposed reduced price of $1,250,000.

6.     The Receiver believes that it is in the best interest of the Receivership Estate to accept the negotiated reduced sales price and proceed with the sale.  This will permit the Receivership Estate to realize a substantial recovery, reduce the risk of loss to the Buggs Property, alleviate the need to incur the expense, fees, and time to remedy the items identified by the Buyer's inspection before relisting the Buggs Property for sale, or having to sell it at a further reduced price.

WHEREFORE, the Receiver respectfully requests that the Court approve the reduced sale price of the Buggs Houston Property of $1,250,000, and grant such other and further relief as the Court deems just and proper. A proposed order is attached as **Exhibit B**.

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the Receiver conferred with counsel for the CFTC and Defendants on March 24, 2026. The CFTC, Buggs, and Sims do not oppose the relief sought in this motion. Fortini takes no position regarding the relief sought. No other Defendants have responded as of the time of filing.

Respectfully submitted,

*/s/Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica

3