

**Bank**

America's Most Convenient Bank®

March 27, 2026



FILED BY_____D.C.

APR - 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF FLORIDA
Case No                          24-cv-23745-ALTMAN

COMMODITY FUTURES TRADING COMMISSION

v.

THE NUTRITION ZONE LLC

### Trustee's Answer

TD Bank, N.A. (the "Bank") answers the Summons to Trustee, dated March 26, 2026 served upon it in the above-referenced matter as follows:

At the time of service of the Summons to Trustee, the Bank had no goods, effects, or credits in the name(s) of THE NUTRITION ZONE LLC.

### Verification

I, Jones, Timmoya K, hereby certify that I am a Levy Specialist of TD Bank, N.A. and that the answers set forth above are true and correct to the best of my knowledge, information and belief.

TD Bank, N.A

By: Jones, Timmoya K

*Timmoya Jones*

Levy Associate

Sworn to before me on this March 27, 2026

_____
Notary Public