
**Bank**
America's Most Convenient Bank®



FILED BY_____D.C.

APR - 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

March 27, 2026

Kelly M. Crawford, Esq
500 North Akard Street
Suite 2700
Dallas, TX 75201

TD Bank Reference Number: Levy-193234
RE: COMMODITY FUTURES TRADING COMMISSION v. THE NUTRITION ZONE LLC
Case Number: 24-cv-23745-ALTMAN

Dear Sir or Madam:

Please allow this letter to confirm that TD Bank, N.A. was unable to locate any open deposit accounts of the defendant or defendants in the above referenced case.

Sincerely,

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034