# EXHIBIT F

# KAPILA MUKUMAL

# FEES AND EXPENSES

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #12481 - 08/31/25**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 90.00 | 480.00 | 43,200.00 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 9.10 | 500.00 | 4,550.00 |
| MSK - MELISSA KATZ - SENIOR CONSULTANT CPA, CVA, CFF | 20.80 | 480.00 | 9,984.00 |
| AAS - ABDULLAH SHAIKH - FORENSIC ANALYST | 24.90 | 190.00 | 4,731.00 |
| RLW - RACHEL WEISS - SENIOR ASSOCIATE CPA, CFE | 0.20 | 476.00 | 95.20 |
| TOTAL | 145.00 | | $62,560.20 |
| | **BLENDED RATE** | **$431.45** | |
| | DISCOUNT (20%)* | | (11,602.04) |
| | TOTAL EXPENSES | | 358.86 |
| TOTAL AMOUNT OF THIS INVOICE | | | $51,317.02 |
| | ADJUSTED BLENDED RATE | $351.44 | |

* DISCOUNT DOES NOT INCLUDE PARTNER'S TIME, CAPPED AT $500.00 PER HOUR.



EXHIBIT
tabbies
F

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 12481
08/31/2025
Client ID: 05668

For Professional Services Rendered Through August 31, 2025

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 08/04/2025 | SKB | REVIEW AND FINALIZE ESTIMATES FOR RECONSTRUCTION OF ADDITIONAL ACCOUNTS FOR RUSSELL LANDY. | 0.40 | 192.00 |
| 08/04/2025 | SKB | PREPARE ANALYSES SCHEDULES IN PREPARATION FOR MEETING WITH RECEIVER INCLUDING FLOW CHARTS, FOR EACH RECONSTRUCTION AND HIGH-LEVEL SUMMARY OF FINDINGS. | 1.90 | 912.00 |
| 08/05/2025 | SKB | T/C WITH R. LANDY REGARDING MEETING WITH RECEIVER. | 0.20 | 96.00 |
| 08/05/2025 | SKB | PREPARE FLOW CHARTS FOR EACH RECONSTRUCTION IN PREPARATION FOR MEETING WITH RECEIVER. | 3.10 | 1,488.00 |
| 08/05/2025 | SKB | PREPARE DRAFT SUMMARY MEMO OF HIGH-LEVEL FINDINGS IN PREPARATION FOR MEETING WITH RECEIVER. | 2.30 | 1,104.00 |
| 08/06/2025 | SKB | FINALIZE FLOWCHARTS FOR NUTRITION ZONE AND INTELLIGENZA AND PREPARE WORKPAPER TOTAL BREAKDOWN OF HIGHLIGHTS TO INCLUDE NARRATIVES IN FORENSIC ACCOUNTING STATUS REPORT IN PREPARATION FOR MEETING. | 2.70 | 1,296.00 |
| 08/07/2025 | SKB | RESEARCH AND ANALYZE BANK RECONSTRUCTION ACTIVITY PRIOR TO 2021 AND DRAFT EMAIL TO COUNSEL WITH FINDINGS. | 1.10 | 528.00 |
| 08/08/2025 | SKB | DRAFT EMAIL TO STRETTO TEAM REGARDING ADDITIONAL AGENDA ITEMS FOR CALL ON MONDAY. | 0.50 | 240.00 |
| 08/08/2025 | SKB | DRAFT EMAIL TO PHIL VON KAHLE REGARDING BLOCK CONSULTING ANALYSIS. | 0.50 | 240.00 |
| 08/11/2025 | SKB | ADDRESS FOLLOW-UP TASKS FROM CLAIMS CALL TO PREPARE LIST OF BUGGS ENTITIES FOR STRETTO AND PREPARE ALGO CAPITAL INVESTOR DATABASE FOR CASANDRA MURENA. | 1.10 | 528.00 |

| | | | | |
|---|---|---|---|---|
| 08/21/2025 | SKB | CROSS CHECK BANK ACCOUNTS BETWEEN STRETTO'S LIST AND OUR MASTER BANK INVENTORY TO IDENTIFY UNKNOWN ACCOUNTS. | 0.80 | 384.00 |
| 08/25/2025 | SKB | PREPARE FOR TOMORROW'S STATUS CALL WITH COUNSEL. | 0.40 | 192.00 |
| 08/26/2025 | SKB | PREPARE AND ADDRESS FOLLOW-UP TASKS DISCUSSED IN STATUS CALL. | 0.50 | 240.00 |
| 08/26/2025 | SKB | ADDRESS FOLLOW-UP MATTERS DISCUSSED IN CLAIMS STATUS CALL. | 0.50 | 240.00 |
| 08/26/2025 | SKB | PREPARE TRACKING CHART OF RECONSTRUCTED ACCOUNTS TO IDENTIFY THOSE TO CONSIDER ADDING TO RECEIVERSHIP BASED ON INVESTOR AMOUNTS, ETC. IDENTIFIED IN CHART. | 3.10 | 1,488.00 |
| 08/26/2025 | SKB | PREPARE CATEGORY SUMMARIES FOR ENTITIES IDENTIFIED FOR CONSIDERATION TO ADD TO RECEIVERSHIP. | 2.10 | 1,008.00 |
| 08/26/2025 | SKB | RESEARCH AND ADDRESS EMAILS FROM CASANDRA MURENA REGARDING CLAIMS INQUIRIES. | 0.50 | 240.00 |
| 08/26/2025 | MMD | REVIEW UPDATED BANK RECONSTRUCTIONS AND CONTINUE TO DRAFT DECLARATION TO INCORPORATE NEW ENTITIES INTO RECEIVERSHIP. | 1.80 | 900.00 |
| 08/27/2025 | SKB | PREPARE CATEGORY SUMMARIES BY ENTITY FOR 11 SPONSOR-RELATED ENTITIES TO CONSIDER IN EXPANSION OF RECEIVERSHIP. | 2.90 | 1,392.00 |
| 08/27/2025 | SKB | PREPARE CATEGORY SUMMARIES BY ENTITY FOR 3 BUGGS-RELATED ENTITIES TO CONSIDER IN EXPANSION OF RECEIVERSHIP. | 1.70 | 816.00 |
| 08/27/2025 | SKB | PREPARE CATEGORY SUMMARIES BY ENTITY FOR 5 NON-SPONSOR-RELATED ENTITIES TO CONSIDER IN EXPANSION OF RECEIVERSHIP. | 2.10 | 1,008.00 |
| 08/29/2025 | SKB | DRAFT DECLARATION FOR EXPANSION OF RECEIVERSHIP AND PREPARE ACCOMPANYING EXHIBITS AND APPENDICES. | 2.30 | 1,104.00 |
| | | | | 15,636.00 |

**GENERAL BANK RECONSTRUCTIONS**

| | | | | |
|---|---|---|---|---|
| 08/04/2025 | AAS | REVIEW BANK RECORDS FROM COUNSEL TO ORGANIZE PER ENTITY FOLDERS AND UPDATE BANK ACCOUNT INVENTORY FOR PERIOD 10/2019 - 10/2024 FOR ACCOUNTS CAPONE 0012 | 2.70 | 513.00 |

| | | | | |
|---|---|---|---|---|
| | | AND 5137. | | |
| 08/04/2025 | AAS | REVIEW BANK RECORDS FROM COUNSEL TO ORGANIZE PER ENTITY FOLDERS AND UPDATE BANK ACCOUNT INVENTORY FOR PERIOD 10/2019 - 10/2024 FOR ACCOUNTS CITI 5346, 5210, 5346 | 1.90 | 361.00 |
| 08/04/2025 | SKB | REVIEW AND REVISE BANK INVENTORY WITH NEW BANK DOCUMENTS PRODUCED. | 0.60 | 288.00 |
| 08/05/2025 | AAS | REVIEW BANK RECORDS FROM COUNSEL TO ORGANIZE PER ENTITY FOLDERS AND UPDATE BANK ACCOUNT INVENTORY FOR PERIOD 10/2019 - 10/2024 FOR ACCOUNTS 7746, 3903, 5089, 7240 | 3.00 | 570.00 |
| 08/05/2025 | AAS | REVIEW BANK RECORDS FROM COUNSEL TO ORGANIZE PER ENTITY FOLDERS AND UPDATE BANK ACCOUNT INVENTORY FOR PERIOD 10/2019 - 10/2024 FOR ACCOUNTS 9666, 9132 | 2.00 | 380.00 |
| 08/05/2025 | RLW | REVIEW BANK RECORD INVENTORY | 0.20 | 95.20 |
| 08/05/2025 | SKB | REVIEW AND REVISE BANK INVENTORY WITH NEW BANK DOCUMENTS PRODUCED. | 0.40 | 192.00 |
| 08/06/2025 | AAS | REVIEW BANK RECORDS FROM COUNSEL TO ORGANIZE PER ENTITY FOLDERS AND UPDATE BANK ACCOUNT INVENTORY FOR PERIOD 10/2019 - 10/2024 FOR ACCOUNTS 2177,7635,8630,6342,284,9785 | 2.80 | 532.00 |
| 08/06/2025 | AAS | REVIEW BANK RECORDS FROM COUNSEL TO ORGANIZE PER ENTITY FOLDERS AND UPDATE BANK ACCOUNT INVENTORY FOR PERIOD 10/2019 - 10/2024 FOR ACCOUNTS 0488,9663,8994,7253 | 2.00 | 380.00 |
| 08/06/2025 | SKB | REVIEW AND ANALYZE 8/5/25 BANK PRODUCTION FROM CADENCE BANK FOR MISSING WIRE SUPPORT AND UPDATE BANK INVENTORY. | 0.70 | 336.00 |
| 08/06/2025 | SKB | REVIEW AND REVISE BANK INVENTORY WITH BANK PRODUCTIONS FROM 7/28/25 AND 8/4/25. | 0.30 | 144.00 |
| 08/08/2025 | SKB | REVIEW AND SEND BANK STATEMENTS TO CFIS FOR ACCOUNTS TO ADD TO RECEIVERSHIP PER DISCUSSIONS WITH RECEIVER. | 1.50 | 720.00 |
| 08/08/2025 | SKB | UPDATE SECAP HOLDINGS CADENCE BANK #3830 WIRE SUPPORT PRODUCED TO POPULATE PAYEES/PAYORS FOR | 2.70 | 1,296.00 |

| | | | | |
|---|---|---|---|---|
| | | MISSING WIRES. | | |
| 08/11/2025 | SKB | CONTINUE TO UPDATE SECAP HOLDINGS CADENCE BANK #3830 WIRE SUPPORT PRODUCED TO POPULATE PAYEES/PAYORS FOR MISSING WIRES. | 3.90 | 1,872.00 |
| 08/12/2025 | SKB | CONTINUE TO UPDATE SECAP HOLDINGS CADENCE BANK #3830 WIRE SUPPORT PRODUCED TO POPULATE PAYEES/PAYORS FOR MISSING WIRES. | 3.10 | 1,488.00 |
| 08/12/2025 | SKB | RESEARCH AND UPDATE CATEGORY AND ALPHA COLUMNS FOR MISSING WIRES ENTERED INTO SECAP HOLDINGS CADENCE BANK #3830. | 2.70 | 1,296.00 |
| 08/13/2025 | SKB | RESEARCH TRANSACTIONS IN SECAP HOLDINGS CADENCE #3830 BANK RECONSTRUCTION AND UPDATE CATEGORIES AND ALPHA FOR MISSING WIRE SUPPORT PRODUCED. | 4.10 | 1,968.00 |
| 08/13/2025 | MMD | DRAFT EMAIL TO COUNSEL AND RECEIVER RE TIME PERIOD OF RECONSTRUCTIONS. | 0.20 | 100.00 |
| 08/13/2025 | MMD | REVIEW UPDATED BANK RECONSTRUCTIONS AND TARGET LISTS. | 0.40 | 200.00 |
| 08/14/2025 | SKB | PREPARE BANK RECONSTRUCTION FOR ALPHA TRADER MORGAN STANLEY #4596 AND WELLS FARGO 9919 ACCOUNTS. ANALYZE ACTIVITY AND TIME FRAMES FOR MIKE SIMS WORLDWIDE, MAS CAPITAL INVESTMENTS AND BLOCK CONSULTING SERVICES TO DETERMINE WITH COUNSEL TIME FRAMES TO INCLUDE. | 2.50 | 1,200.00 |
| 08/15/2025 | SKB | PREPARE BANK RECONSTRUCTION FOR ALPHA TRADER, MIKE SIMS WORLDWIDE, MAS CAPITAL INVESTMENTS AND BLOCK CONSULTING SERVICES ACCOUNTS AND ADDRESS TIME FRAME INCLUSION WITH COUNSEL ON THESE OTHER ENTITIES TO RECONSTRUCT. | 2.40 | 1,152.00 |
| 08/18/2025 | AAS | UPDATE PAYEE AND PAYER INFORMATION USING SUPPORTING DOCUMENTS FOR BANK ACTIVITY FOR ACCOUNT JPMC 5171 FOR PERIOD 10/2019 TO 11/2023 | 2.20 | 418.00 |
| 08/18/2025 | AAS | UPDATE PAYEE AND PAYER INFORMATION USING SUPPORTING DOCUMENTS FOR BANK ACTIVITY FOR ACCOUNT BOA 0646 FOR PERIOD 1/2020 TO 7/2023 | 2.00 | 380.00 |
| 08/18/2025 | SKB | CONTINUE TO PREPARE BANK RECONSTRUCTION FOR ALPHA TRADER, MIKE SIMS WORLDWIDE, MAS CAPITAL | 0.60 | 288.00 |

| | | | | |
|---|---|---|---|---|
| | | INVESTMENTS AND BLOCK CONSULTING SERVICES ACCOUNTS. | | |
| 08/19/2025 | AAS | UPDATE PAYEE AND PAYER INFORMATION USING SUPPORTING DOCUMENTS FOR BANK ACTIVITY FOR ACCOUNT BOA 2959 FOR PERIOD 1/2020 TO 2/2023 | 2.10 | 399.00 |
| 08/19/2025 | AAS | UPDATE PAYEE AND PAYER INFORMATION USING SUPPORTING DOCUMENTS FOR BANK ACTIVITY FOR ACCOUNT MS 4596 FOR PERIOD 12/2023 TO 9/2024 | 2.00 | 380.00 |
| 08/19/2025 | SKB | REVIEW AND REVISE BANK RECONSTRUCTION FOR ALPHA TRADER, MIKE SIMS WORLDWIDE, MAS CAPITAL INVESTMENTS AND BLOCK CONSULTING SERVICES ACCOUNTS. | 2.10 | 1,008.00 |
| 08/19/2025 | SKB | REVIEW AND REVISE WIP WITH ALL WORK BILLED BUT NOT INVOICED THROUGH JULY 2025 TO BREAK DOWN INTO VARIOUS ENGAGEMENT CODES AND DRAFT NARRATIVES FOR EACH SECTION IN INVOICE. | 2.50 | 1,200.00 |
| 08/21/2025 | AAS | UPDATE PAYEE AND PAYER INFORMATION USING SUPPORTING DOCUMENTS FOR BANK ACTIVITY FOR ACCOUNT WF 9919 FOR PERIOD 7/22 TO 1/2024 | 2.20 | 418.00 |
| 08/21/2025 | SKB | REVIEW AND REVISE BANK RECONSTRUCTION OF OTHER ACCOUNTS ADDED WITH ABDULLAH SHAIK. | 1.00 | 480.00 |
| 08/21/2025 | SKB | RESEARCH TRANSACTIONS IN BANK RECONSTRUCTION OF ALPHA TRADER, MIKE SIMS WORLDWIDE, MAS CAPITAL INVESTMENTS AND BLOCK CONSULTING SERVICES ACCOUNTS TO POPULATE CATEGORIES AND ALPHA COLUMNS. | 3.90 | 1,872.00 |
| 08/22/2025 | SKB | RESEARCH TRANSACTIONS IN BANK RECONSTRUCTION OF MIKE SIMS WORLDWIDE AND MAS CAPITAL INVESTMENTS ACCOUNTS TO POPULATE CATEGORIES AND ALPHA COLUMNS. | 3.30 | 1,584.00 |
| 08/22/2025 | SKB | RESEARCH TRANSACTIONS IN BANK RECONSTRUCTION OF BLOCK CONSULTING SERVICES AND ALPHA TRADER ACCOUNTS TO POPULATE CATEGORIES AND ALPHA COLUMNS. | 3.30 | 1,584.00 |
| 08/22/2025 | SKB | REVIEW AND REVISE 8/1/25 TO 8/15/25 WIP. | 0.20 | 96.00 |

| | | | | |
|---|---|---|---|---|
| 08/25/2025 | SKB | RESEARCH TRANSACTIONS IN BANK RECONSTRUCTION OF BLOCK CONSULTING SERVICES AND ALPHA TRADER ACCOUNTS TO POPULATE CATEGORIES AND ALPHA COLUMNS. | 3.10 | 1,488.00 |
| 08/25/2025 | SKB | RESEARCH TRANSACTIONS IN BANK RECONSTRUCTION OF MIKE SIMS WORLDWIDE AND MAS CAPITAL INVESTMENTS ACCOUNTS TO POPULATE CATEGORIES AND ALPHA COLUMNS. | 3.20 | 1,536.00 |
| 08/27/2025 | MSK | ANALYZE BANK RECORDS AND PREPARE COMBINED RECONSTRUCTION OF BANKING ACTIVITY FOR BUGGS ENTITIES, NON-SPONSOR ENTITY ACCOUNTS, SPONSOR ENTITY ACCOUNTS, OTHER ENTITY ACCOUNTS, INTELLIGENZA LLC, NUTRITION ZONE LLC, AND SECAP HOLDINGS LLC BANK OF AMERICA (#0524, #0769, #0798, #1697, #2136, #2932, #3373, #4407, #5087, #5663, #7855, #8362, #8583, #9216, #9232, #9745, #9936, #0646, #2959 & #6670), 1ST BANK (#2712, #2720 #3504), EVOLVE BANK & TRUST (#9730), HANCOCK WHITNEY BANK (#7840 & #9926), HOME BANK (#2702 & #1902), STELLAR BANK (#4669), VERITEX COMMUNITY BANK (#2225 & #3348), WALLIS BANK (#7914), MORGAN STANLEY (#4596), WELLS FARGO (#9919, #2211, #3745 & #3012), JPMORGAN CHASE (#5171, #9976 & #7579), OCEAN BANK (#7405), TD BANK (#6056, #1728 & #6793), AND CADENCE BANK (#3830) ACCOUNTS FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2024. CLEAN UP ALPHASORTS AND CATEGORIES. | 6.40 | 3,072.00 |
| 08/27/2025 | SKB | REVIEW AND REVISE COMBINED BANK RECONSTRUCTION OF ALL ENTITIES. | 1.10 | 528.00 |
| 08/28/2025 | SKB | REVIEW AND REVISE WIP FOR TRADERS DOMAIN AND DRAFT INVOICE NARRATIVES FOR EACH ENGAGEMENT CODE. | 2.40 | 1,152.00 |
| 08/28/2025 | MSK | ANALYZE BANK RECORDS AND PREPARE COMBINED RECONSTRUCTION OF BANKING ACTIVITY FOR BUGGS ENTITIES, NON-SPONSOR ENTITY ACCOUNTS, SPONSOR ENTITY ACCOUNTS, OTHER ENTITY ACCOUNTS, INTELLIGENZA LLC, NUTRITION ZONE LLC, AND SECAP HOLDINGS LLC BANK OF AMERICA (#0524, #0769, #0798, #1697, #2136, #2932, #3373, #4407, #5087, #5663, #7855, #8362, #8583, #9216, #9232, #9745, #9936, #0646, #2959 & #6670), 1ST BANK (#2712, #2720 #3504), EVOLVE BANK & TRUST (#9730), HANCOCK WHITNEY BANK (#7840 & #9926), HOME BANK (#2702 & #1902), STELLAR BANK (#4669), VERITEX COMMUNITY BANK (#2225 & #3348), WALLIS BANK (#7914), MORGAN STANLEY (#4596), WELLS FARGO (#9919, #2211, #3745 & #3012), JPMORGAN CHASE (#5171, #9976 & #7579), OCEAN BANK (#7405), TD BANK (#6056, #1728 & #6793), AND CADENCE BANK (#3830) ACCOUNTS FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2024. CLEAN UP ALPHASORTS AND CATEGORIES. | 7.80 | 3,744.00 |

| | | | | |
|---|---|---|---|---|
| 08/29/2025 | MSK | ANALYZE BANK RECORDS AND PREPARE COMBINED RECONSTRUCTION OF BANKING ACTIVITY FOR BUGGS ENTITIES, NON-SPONSOR ENTITY ACCOUNTS, SPONSOR ENTITY ACCOUNTS, OTHER ENTITY ACCOUNTS, INTELLIGENZA LLC, NUTRITION ZONE LLC, AND SECAP HOLDINGS LLC BANK OF AMERICA (#0524, #0769, #0798, #1697, #2136, #2932, #3373, #4407, #5087, #5663, #7855, #8362, #8583, #9216, #9232, #9745, #9936, #0646, #2959 & #6670), 1ST BANK (#2712, #2720 #3504), EVOLVE BANK & TRUST (#9730), HANCOCK WHITNEY BANK (#7840 & #9926), HOME BANK (#2702 & #1902), STELLAR BANK (#4669), VERITEX COMMUNITY BANK (#2225 & #3348), WALLIS BANK (#7914), MORGAN STANLEY (#4596), WELLS FARGO (#9919, #2211, #3745 & #3012), JPMORGAN CHASE (#5171, #9976 & #7579), OCEAN BANK (#7405), TD BANK (#6056, #1728 & #6793), AND CADENCE BANK (#3830) ACCOUNTS FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2024. CLEAN UP ALPHASORTS AND CATEGORIES WITH RECONCILIATION TO INVESTOR MAILING MATRIX. | 6.60 | 3,168.00 |
| 08/29/2025 | SKB | CONTINUE TO REVIEW AND REVISE COMBINED BANK RECONSTRUCTION OF ALL ENTITIES. | 0.40 | 192.00 |
| | | | | 40,070.20 |

**MEETINGS/CONFERENCES**

| | | | | |
|---|---|---|---|---|
| 08/07/2025 | SKB | FOLLOW-UP INTEROFFICE CALL WITH M. DAVIS REGARDING MEETING WITH RECEIVER AND COUNSEL. | 0.60 | 288.00 |
| 08/07/2025 | SKB | PARTICIPATE IN MEETING WITH RECEIVER, COUNSEL AND M. DAVIS. | 2.00 | 960.00 |
| 08/07/2025 | SKB | INTEROFFICE MEETING TO PREPARE FOR IN-PERSON MEETING WITH RECEIVER AND COUNSEL. | 2.10 | 1,008.00 |
| 08/07/2025 | MMD | ATTEND MEETING WITH CLIENT AND COUNSEL REGARDING EXPANSION OF RECEIVERSHIP, CLAIMS ANALYSIS AND RECOVERY OF ASSETS. | 2.00 | 1,000.00 |
| 08/07/2025 | MMD | PREPARE CHARTS AND SCHEDULES FOR MEETING WITH RECEIVER AND COUNSEL. | 3.20 | 1,600.00 |
| 08/11/2025 | SKB | PARTICIPATE IN T/C WITH RECEIVER, COUNSEL AND STRETTO REGARDING CLAIMS. | 0.90 | 432.00 |
| 08/19/2025 | SKB | PARTICIPATE IN STATUS CALL WITH RECEIVER, COUNSEL AND STRETTO REGARDING CLAIMS. | 0.60 | 288.00 |
| 08/25/2025 | MMD | PREPARE FOR MEETING WITH COUNSEL. | 0.50 | 250.00 |
| 08/26/2025 | SKB | T/C WITH COUNSEL REGARDING CASE STATUS UPDATE. | 0.60 | 288.00 |

| | | | | |
|---|---|---|---|---|
| 08/26/2025 | SKB | WEEKLY CLAIMS UPDATE T/C WITH STRETTO, RECEIVER AND COUNSEL. | 0.50 | 240.00 |
| 08/26/2025 | MMD | ATTEND STATUS MEETING WITH COUNSEL. | 1.00 | 500.00 |
| | | | | 6,854.00 |
| | | | Total | 62,560.20 |

**EXPENSES**

| | | | |
|---|---|---|---|
| 08/01/2025 | EXP | PACER - JULY 2025 | 12.20 |
| 08/08/2025 | EXP | ACTIONABLE INTELLIGENCE TECHNOLOGIES - INV 3264 - AUGUST 2025 | 263.20 |
| 08/31/2025 | EXP | SHAREFILE - AUGUST 2025 | 2.46 |
| 08/31/2025 | EXP | PRINTED COPIES - AUGUST 2025 (08/01/25-08/31/25) | 81.00 |
| | | | 358.86 |
| | | Total | 358.86 |

| | |
|---|---|
| Discount (20%)* | (11,602.04) |
| Total amount of this invoice | $51,317.02 |

* Discount does not include Partner's time, capped at $500 per hour

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #13095 - 03/31/26**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 13.50 | 488.00 | 6,588.00 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 0.70 | 500.00 | 350.00 |
| AAS - ABDULLAH SHAIKH - FORENSIC ANALYST | 14.10 | 190.00 | 2,679.00 |
| TOTAL | 28.30 | | $9,617.00 |
| | **BLENDED RATE** | **$339.82** | |
| | DISCOUNT 20% | | (1,853.40) |
| | TOTAL EXPENSES | | 74.56 |
| TOTAL AMOUNT OF THIS INVOICE | | | $7,838.16 |
| | ADJUSTED BLENDED RATE | $274.33 | |

* DISCOUNT DOES NOT APPLY TO REDUCED/CAPPED $500 RATES FOR PARTNERS

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 13095
03/31/2026
Client ID: 05668

For Professional Services Rendered Through March 31, 2026

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 03/02/2026 | SKB | REVIEW AND ANALYZE BANK SUPPORT FOR PROTHMEOR CLAIM TO CROSS CHECK BANK ACCOUNT INFORMATION WITH BANK INVENTORY AND BANK RECONSTRUCTION TO REPORT FINDINGS TO CASANDRA MURENA. | 0.60 | 292.80 |
| 03/03/2026 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR HEAVENS GATE TRUST TO UPDATE BANK RECONSTRUCTION WITH MATCHED TRANSACTION TO CLAIM SUPPORT. PROVIDE KELLY CRAWFORD WITH UPDATE. | 0.70 | 341.60 |
| 03/03/2026 | AAS | READ AND ANALYZE CHAT LOGS TRADERS_R1_0000002224 & TRADERS_R1_0000002238 TO IDENTIFY CRYPTO ACCOUNT RELATED ACTIVITY | 2.20 | 418.00 |
| 03/03/2026 | AAS | READ AND ANALYZE CHAT LOGS TRADERS_R1_0000002238 & TRADERS_R1_0000002240 TO IDENTIFY CRYPTO ACCOUNT RELATED ACTIVITY | 2.80 | 532.00 |
| 03/04/2026 | AAS | READ AND ANALYZE CHAT LOG TRADERS_R1_0000002246 FOR CRYPTO ACCOUNT RELATED ACTIVITY | 2.60 | 494.00 |
| 03/05/2026 | AAS | COMBINE AND PROOFREAD ALL SUMMARIZED NOTES OF CHATLOGS FOR ALGO INTO A REPORT FOR PRESENTATION | 0.40 | 76.00 |
| 03/10/2026 | AAS | UPDATE CHAT LOGS SUMMARY TO INCLUDE DATE | 0.70 | 133.00 |
| 03/11/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM RECEIVER REGARDING ELIZABETH RUIZ TRANSACTIONS FROM BANK RECONSTRUCTION. | 0.40 | 195.20 |
| 03/11/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM RECEIVER REGARDING PAYWARD VENTURES TRANSACTIONS FROM BANK RECONSTRUCTION AND FOLLOW-UP INQUIRIES. PREPARE TRANSACTION DETAIL OF ALL PAYWARD VENTURES TRANSACTIONS. | 0.90 | 439.20 |

| | | | | |
|---|---|---|---|---|
| 03/13/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM RECEIVER REGARDING KIMBERLY CRAWFORD TRANSACTION DETAIL FROM BANK RECONSTRUCTION. | 0.30 | 146.40 |
| 03/13/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM RECEIVER REGARDING GARY RABU AND RABU ENTERPRISES LLS TRANSACTION DETAIL FROM BANK RECONSTRUCTION. | 0.30 | 146.40 |
| 03/17/2026 | AAS | UPDATE BANK RECONSTRUCTION FOR ALPHA TRADER REGIONS BANK #4588 FOR YEARS OCTOBER 2024 TO DECEMBER 2025 USING BANK RECORDS | 2.40 | 456.00 |
| 03/17/2026 | AAS | UPDATE BANK RECONSTRUCTION FOR ALPHA TRADER REGIONS BANK #4588 FOR YEARS DECEMBER 2025 TO JANUARY 2026 USING BANK RECORDS | 0.90 | 171.00 |
| 03/17/2026 | AAS | UPDATE BANK RECORD INVENTORY BY UPDATING PAYEE INFORMATION AND ALPHA TAB FOR RB #4588 FOR YEARS OCTOBER 2024 TO JANUARY 2026 | 2.10 | 399.00 |
| 03/23/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. CRAWFORD REGARDING PAYWARD VENTURES. | 0.30 | 146.40 |
| 03/23/2026 | MMD | REVIEW ALPHA TRADER BANK RECONSTRUCTION. | 0.70 | 350.00 |
| 03/24/2026 | SKB | PREPARE TRANSACTION DETAIL SCHEDULES FOR ER DISTRIBUTION INC., FMCE TRUCKING AND ERNESTO RAMOS AS REQUESTED BY V. LAMONICA. | 0.90 | 439.20 |
| 03/27/2026 | SKB | PREPARE TRANSACTION DETAIL SCHEDULES FOR LIST OF CLAWBACK TARGETS PROVIDED BY KELLY CRAWFORD. | 3.10 | 1,512.80 |
| 03/30/2026 | SKB | ADDRESS EMAIL FROM K. CRAWFORD REGARDING LEIGHA BRISCO. | 0.20 | 97.60 |
| | | | | 6,786.60 |

**EXPERT REPORT FOR CLAWBACK CASES**

| | | | | |
|---|---|---|---|---|
| 03/03/2026 | SKB | REVIEW CHAT LOGS TO ANALYZE DISCUSSIONS REGARDING USE OF CRYPTO CURRENCY AND UPDATE POTENTIAL INVESTOR TRANSACTIONS WITH ANALYSIS OF CLAIM SUPPORT. | 0.70 | 341.60 |
| 03/04/2026 | SKB | T/C WITH ABDULLAH SHAIKH REGARDING CHAT LOG REVIEW. | 0.20 | 97.60 |

| | | | | |
|---|---|---|---|---|
| 03/09/2026 | SKB | REVIEW, ANALYZE AND UPDATE CHAT LOG DISCUSSIONS WITH RELEVANT INFORMATION ON CRYPTO. | 0.50 | 244.00 |
| | | | | 683.20 |

**GENERAL BANK RECONSTRUCTIONS**

| | | | | |
|---|---|---|---|---|
| 03/16/2026 | SKB | REVIEW AND ANALYZE BANK DOCUMENTS PRODUCED FOR ALPHA TRADER ACCOUNT AT REGIONS BANK 4588 FOR OCTOBER 2024 THROUGH DECEMBER 2025 AND SEND TO CFIS FOR PROCESSING. | 0.60 | 292.80 |
| 03/17/2026 | SKB | REVIEW AND ANALYZE ALPHA TRADER REGIONS BANK 4588 RECONSTRUCTION OF ACTIVITY FOR OCTOBER 2024 TO JANUARY 2026 TO ADDRESS QUESTIONS FROM A; SHAIKH. | 0.50 | 244.00 |
| 03/17/2026 | SKB | REVIEW AND ANALYZE JANUARY 2026 STATEMENT PRODUCED TO INCLUDE IN RECONSTRUCTION AND ADDRESS INQUIRES FROM V. LAMONICA REGARDING FURTHER MISSING RECORDS. | 0.20 | 97.60 |
| 03/18/2026 | SKB | CONTINUE TO REVIEW AND REVISE ALPHA TRADER REGIONS BANK 4588 RECONSTRUCTION OF ACTIVITY FOR OCTOBER 2024 TO JANUARY 2026. PREPARE ALPHA SUMMARY ANALYSIS FROM HIGHEST TO LOWEST. | 1.70 | 829.60 |
| 03/20/2026 | SKB | FINALIZE ALPHA TRADER REGIONS BANK 4588 RECONSTRUCTION OF ACTIVITY FOR OCTOBER 2024 TO FEBRUARY 2026. | 0.60 | 292.80 |
| 03/23/2026 | SKB | REVIEW AND REVISE ALPHA TRADER RB #4588 BANK RECONSTRUCTION WITH M. DAVIS. | 0.20 | 97.60 |
| | | | | 1,854.40 |

**MEETINGS/CONFERENCES**

| | | | | |
|---|---|---|---|---|
| 03/16/2026 | SKB | T/C WITH V. LAMONICA REGARDING RECONSTRUCTION OF ALPHA TRADER REGIONS BANK ACCOUNT 4588. | 0.40 | 195.20 |
| 03/24/2026 | SKB | T/C WITH V. LAMONICA REGARDING TRANSACTION DETAIL SCHEDULES FOR ERNESTO RAMOS AND RELATED ENTITIES. | 0.20 | 97.60 |
| | | | | 292.80 |
| | | | Total | 9,617.00 |

**EXPENSES**

| | | | |
|---|---|---|---|
| 03/01/2026 | EXP | PACER - FEBRUARY 2025 | 47.90 |

| | | | |
|---|---|---|---|
| 03/16/2026 | EXP | ACTIONABLE INTELLIGENCE TECHNOLOGIES - INV 3337 - MARCH 2026 | 24.40 |
| 03/31/2026 | EXP | SHAREFILE - MARCH 2026 | 2.26 |
| | | | 74.56 |
| | | Total | 74.56 |
| | | Discount (20%*) | (1,853.40) |
| | | Total amount of this invoice | $7,838.16 |

* DISCOUNT DOES NOT APPLY TO REDUCED/CAPPED $500 RATES FOR PARTNERS

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

EIN #46-5394135

**CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL**
**Client ID: 05668**
**Invoice #13001 - 02/28/26**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SKB - SURUCHI BANEZ - PRINCIPAL CPA, CIRA, CFE | 70.90 | 488.00 | 34,599.20 |
| MMD - MELISSA DAVIS - PARTNER CPA, CIRA, CFE | 30.00 | 500.00 | 15,000.00 |
| FDD - FRANK DIAZ-DRAGO - SENIOR ASSOCIATE | 13.90 | 460.00 | 6,394.00 |
| AAS - ABDULLAH SHAIKH - FORENSIC ANALYST | 6.50 | 190.00 | 1,235.00 |
| TOTAL | 121.30 | | $57,228.20 |
| | **BLENDED RATE** | **$471.79** | |
| | DISCOUNT-20%* | | (8,445.64) |
| | TOTAL EXPENSES | | 5.32 |
| TOTAL AMOUNT OF THIS INVOICE | | | $48,787.88 |
| | ADJUSTED BLENDED RATE | $402.16 | |

* DISCOUNT DOES NOT APPLY TO REDUCED/CAPPED $500 RATES FOR PARTNERS

Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011 Fax - 954-761-1033
EIN #46-5394135

CFTC V. TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, ET AL
C/O KELLY CRAWFORD, ESQ., RECEIVER
VIA EMAIL:
KELLY.CRAWFORD@SOLIDCOUNSEL.COM;
MDAMIAN@DVLLP.COM; MDHANJI@DVLLP.COM

Invoice: 13001
02/28/2026
Client ID: 05668

---

For Professional Services Rendered Through February 28, 2026

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ANALYSES REQUESTED BY COUNSEL** | | | | |
| 01/05/2026 | SKB | REVIEW AND ANALYZE CLAIM FILE FROM STRETTO FOR THE PHO SHACK/DANH CONG LE AND COMPARE AGAINST BANK RECONSTRUCTION AND UNDERLYING SUPPORT TO PROVIDE SUGGESTION OF APPROVED CLAIM AMOUNT. | 1.20 | 585.60 |
| 01/05/2026 | SKB | REVIEW AND ANALYZE CLAIM FILE FROM STRETTO FOR JULIE MENCONI AND UPDATE MATCHED MISSING TRANSACTIONS IN BANK RECONSTRUCTION. | 0.40 | 195.20 |
| 01/07/2026 | SKB | REVIEW AND ANALYZE BANK RECONSTRUCTION FOR TRANSACTION DETAIL RELATED TO BEN MULLER AND EBI CONCEPTS AND REPORT FINDINGS TO RECEIVER. | 0.40 | 195.20 |
| 01/08/2026 | SKB | PARTICIPATE IN CLAIMS STATUS CALL WITH STRETTO, RECEIVER AND COUNSEL. | 0.50 | 244.00 |
| 01/23/2026 | SKB | REVIEW AND ANALYZE DIANNE SOLANO CLAIM SUPPORT PROVIDED BY AILEEN DAVERSA AND COMPARE TO UNMATCHED TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT. | 0.70 | 341.60 |
| 01/23/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM KELLY CRAWFORD REGARDING REQUEST FROM CFTC. | 0.20 | 97.60 |
| 01/26/2026 | SKB | PREPARE PRODUCTION OF ANALYSIS AND DOCUMENTS REQUESTED BY CFTC AND PROVIDE ACCESS THROUGH SHAREFILE TO TRUSTEE, COUNSEL AND CFTC. | 1.40 | 683.20 |
| 01/26/2026 | SKB | REVIEW AND ANALYZE REAH WINSTON GREATHOUSE CLAIM SUPPORT PROVIDED BY AILEEN DAVERSA AND COMPARE TO UNMATCHED TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT. | 0.50 | 244.00 |
| 01/26/2026 | SKB | REVIEW AND ANALYZE ADA ORLANDO AND GABRIEL RODRIGUEZ ALGO CLAIMS SUPPORT PROVIDED BY | 0.80 | 390.40 |

| | | | | |
|---|---|---|---|---|
| | | CASANDRA MURENA AS THEY RELATE TO 36IXZERO DEGREES LLC ENTITY AND COMPARE TO TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT TO PROVIDE FINDINGS. | | |
| 01/26/2026 | SKB | REVIEW AND ANALYZE PARHAM ESLAMINFAR ALGO CLAIM SUPPORT PROVIDED BY CASANDRA MURENA AND COMPARE TO TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT TO PROVIDE FINDINGS. | 0.80 | 390.40 |
| 01/26/2026 | SKB | REVIEW AND ANALYZE ANDREA LIKOS (AND FAMILY) ALGO CLAIM SUPPORT PROVIDED BY CASANDRA MURENA AND COMPARE TO TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT TO PROVIDE FINDINGS. | 0.70 | 341.60 |
| 01/26/2026 | SKB | REVIEW AND ANALYZE EDGAR UMPIERREZ ALGO CLAIM SUPPORT PROVIDED BY CASANDRA MURENA AND COMPARE TO TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT TO PROVIDE FINDINGS. | 0.70 | 341.60 |
| 01/27/2026 | SKB | REVIEW AND ANALYZE OLIVIA PRATT ALGO CLAIM SUPPORT PROVIDED BY CASANDRA MURENA AND COMPARE TO TRANSACTIONS IN BANK RECONSTRUCTION AND BANK SUPPORT TO PROVIDE FINDINGS. | 0.70 | 341.60 |
| 01/28/2026 | AAS | REVIEW AND ANALYZE CLAIMS FROM STRETTO AND COMPARE AGAINST BANK RECONSTRUCTION AND UNDERLYING SUPPORT TO MAKE CLAIMS DETERMINATION | 1.50 | 285.00 |
| 01/28/2026 | SKB | COORDINATE WITH STRETTO IT DEPARTMENT AND BOX CUSTOMER SUPPORT TO OBTAIN ACCESS TO PROOF OF CLAIMS. | 0.80 | 390.40 |
| 01/28/2026 | SKB | PERFORM REVIEW OF CLAIMS DATABASE WITH BANK RECONSTRUCTION AND SUPPORT IN PROOF OF CLAIM TO MAKE DETERMINATION ON BATCH OF 50 ASSIGNED CLAIMS. | 2.90 | 1,415.20 |
| 01/29/2026 | SKB | CONTINUE TO PERFORM REVIEW OF CLAIMS DATABASE WITH BANK RECONSTRUCTION AND SUPPORT IN PROOF OF CLAIM TO MAKE DETERMINATION ON BATCH OF 50 ASSIGNED CLAIMS. | 4.90 | 2,391.20 |
| 01/30/2026 | SKB | ADDRESS EMAILS REGARDING CLAIMS PROCESSING. | 0.20 | 97.60 |
| 02/01/2026 | SKB | REVIEW AND ANALYZE JERMAIN SMITH PROOF OF CLAIM WITH TRANSACTIONS REFLECTED IN BANK RECONSTRUCTION AND | 0.40 | 195.20 |

| | | | | |
|---|---|---|---|---|
| | | SUPPORT TO ADVISE STRETTO ON DETERMINATION. | | |
| 02/01/2026 | SKB | REVIEW AND ANALYZE LARRY DEPTE/FLD PROPERTIES PROOF OF CLAIM WITH TRANSACTIONS REFLECTED IN BANK RECONSTRUCTION AND SUPPORT TO ADVISE STRETTO ON DETERMINATION. | 0.50 | 244.00 |
| 02/09/2026 | SKB | PREPARE TRANSACTION DETAIL SCHEDULE FOR ANDREW GOLDSWORTHY / PORTHMEOR LTD. / RYMAX FINANCIAL MANAGEMENT TO COMPARE AGAINST PROOF OF CLAIM FILED. PROVIDE FINDINGS TO CASSANDRA MURENA. | 1.30 | 634.40 |
| 02/12/2026 | SKB | RESEARCH AND ADDRESS EMAILS REGARDING PRODUCTION OF DOCUMENTS TO CFTC AND OTHER PARTIES. PREPARE DOCUMENTS FOR PRODUCTION. | 1.00 | 488.00 |
| 02/17/2026 | SKB | PREPARE TRANSACTION DETAIL FOR JESSIE LEE WARD AND PROVIDE FINDINGS TO MELANIE DAMIAN. | 0.50 | 244.00 |
| 02/18/2026 | SKB | FINALIZE DOCUMENTS TO PRODUCE TO CFTC AND DEFENDANTS' COUNSEL TO UPLOAD TO SHAREFILE AND PROVIDE ACCESS. | 0.90 | 439.20 |
| 02/19/2026 | SKB | REVIEW AND ANALYZE BANK STATEMENT SUPPORT IN PROOF OF CLAIM FOR ANDREW GOLDSWORTHY / PROTHEMEOR / RYMAX TO CONVERT TO USD AND DETERMINE IF TRANSACTIONS INCLUDED IN KM BANK RECONSTRUCTION. PROVIDE FINDINGS TO C. MURENA AND ADDRESS FOLLOW-UP INQUIRIES. | 1.10 | 536.80 |
| 02/23/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM V. LAMONICA REGARDING BANK RECONSTRUCTION. | 0.20 | 97.60 |
| 02/23/2026 | SKB | PREPARE TRANSACTION DETAIL REPORT FOR DEAN GREY ENTITIES INCLUDING SILVER SURFER AND SKYLAB APP INC. AND PROVIDE FINDINGS TO KELLY CRAWFORD. | 0.60 | 292.80 |
| 02/24/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. CRAWFORD REGARDING TRANSACTIONS FOR DAN FLEYSHMAN. | 0.20 | 97.60 |
| 02/26/2026 | SKB | PREPARE TRANSACTION DETAIL SCHEDULE FOR CURTIS BROOME AND PROVIDE FINDINGS TO KELLY CRAWFORD. | 0.40 | 195.20 |
| | | | | 12,436.20 |

**EXPERT REPORT FOR CLAWBACK CASES**

| | | | | |
|---|---|---|---|---|
| 02/03/2026 | SKB | T/C WITH RUSSELL LANDY, VINCENT LAMONICA AND M. DAVIS REGARDING PONZI EXPERT REPORT FOR CLAWBACK CASES. | 0.50 | 244.00 |

| | | | | |
|---|---|---|---|---|
| 02/03/2026 | SKB | DRAFT PONZI EXPERT REPORT FOR CLAWBACK CASES AND ACCOMPANYING EXHIBITS. | 4.40 | 2,147.20 |
| 02/03/2026 | SKB | REVIEW AND ANALYZE COMPLAINT FOR CLAWBACK CASES AND PACER FOR MOST CURRENT STATUS REPORT AND CLAIMS REPORT. | 0.70 | 341.60 |
| 02/04/2026 | SKB | CONTINUE TO DRAFT PONZI EXPERT REPORT FOR CLAWBACK CASES AND ACCOMPANYING EXHIBITS. | 1.60 | 780.80 |
| 02/05/2026 | SKB | CONTINUE TO DRAFT PONZI EXPERT REPORT FOR CLAWBACK CASES AND ACCOMPANYING EXHIBITS. | 4.70 | 2,293.60 |
| 02/05/2026 | MMD | PREPARE EXPERT REPORT ON PONZI. | 4.20 | 2,100.00 |
| 02/06/2026 | SKB | T/C WITH RUSSELL LANDY, VINCENT LAMONICA AND M. DAVIS REGARDING EXPERT REPORT UPDATE. | 0.30 | 146.40 |
| 02/06/2026 | SKB | REVIEW AND REVISE DRAFT EXPERT REPORT WITH M. DAVIS. | 0.70 | 341.60 |
| 02/06/2026 | SKB | REVIEW AND ANALYZE CLAIMS REPORT, RECEIVER'S STATUS REPORTS, SUPPORTING DOCUMENTS PROVIDED WITH PROOF OF CLAIMS AND CONSENT ORDERS TO INCLUDE SUPPORTING DATA IN EXPERT REPORT AND ACCOMPANYING EXHIBITS. | 3.20 | 1,561.60 |
| 02/06/2026 | MMD | ATTEND MEETING WITH COUNSEL. | 0.50 | 250.00 |
| 02/06/2026 | MMD | PREPARE EXPERT REPORT AND PONZI ANALYSIS; REVIEW RECEIVER STATUS REPORTS AND CLAIMS REPORT. | 4.80 | 2,400.00 |
| 02/09/2026 | SKB | T/C WITH COUNSEL, CRYPTO EXPERT AND M. DAVIS REGARDING EXPERT REPORT. | 0.60 | 292.80 |
| 02/09/2026 | SKB | T/C WITH M. DAVIS AND F. DIAZ-DRAGO REGARDING INTERCOMPANY TRANSACTION ANALYSIS IN PREPARATION OF EXPERT REPORT. | 0.50 | 244.00 |
| 02/09/2026 | SKB | PREPARE DRAFT OF EXPERT REPORT, ACCOMPANYING EXHIBITS AND DOCUMENTS UTILIZED AS SUPPORT TO REPORT NARRATIVES. | 4.20 | 2,049.60 |
| 02/09/2026 | MMD | ATTEND MEETING WITH COUNSEL. | 0.50 | 250.00 |
| 02/10/2026 | AAS | REVIEW BUGGS INVESTOR ACTIVITY IN BANK RECONSTRUCTION TO CROSS CHECK WITH CLAIMS DATABASE | 3.20 | 608.00 |

| | | | | |
|---|---|---|---|---|
| 02/10/2026 | SKB | CONTINUE TO PREPARE DRAFT OF EXPERT REPORT. | 2.90 | 1,415.20 |
| 02/10/2026 | SKB | CONTINUE TO PREPARE ACCOMPANYING EXHIBITS AND DOCUMENTS UTILIZED AS SUPPORT TO REPORT NARRATIVES. | 3.20 | 1,561.60 |
| 02/10/2026 | MMD | PREPARE EXPERT REPORT ON PONZI. | 5.30 | 2,650.00 |
| 02/11/2026 | SKB | CONTINUE TO PREPARE DRAFT OF EXPERT REPORT. | 2.70 | 1,317.60 |
| 02/11/2026 | SKB | CONTINUE TO PREPARE ACCOMPANYING EXHIBITS AND DOCUMENTS UTILIZED AS SUPPORT TO REPORT NARRATIVES. | 2.70 | 1,317.60 |
| 02/12/2026 | SKB | CONTINUE TO PREPARE DRAFT OF EXPERT REPORT. | 2.20 | 1,073.60 |
| 02/12/2026 | SKB | CONTINUE TO PREPARE ACCOMPANYING EXHIBITS AND DOCUMENTS UTILIZED AS SUPPORT TO REPORT NARRATIVES. | 4.10 | 2,000.80 |
| 02/12/2026 | MMD | PREPARE EXPERT REPORT AND PONZI ANALYSIS. | 4.80 | 2,400.00 |
| 02/13/2026 | SKB | FINALIZE DRAFT OF EXPERT REPORT, ACCOMPANYING EXHIBITS AND DOCUMENTS UTILIZED. | 1.40 | 683.20 |
| 02/13/2026 | MMD | CONTINUE TO PREPARE EXPERT REPORT AND RELATED EXHIBITS. | 6.30 | 3,150.00 |
| 02/13/2026 | MMD | REVIEW PLEADINGS FROM DOCKET FILED BY RECEIVER AND DEFENDANTS. | 0.70 | 350.00 |
| 02/16/2026 | MMD | ATTEND TO WORKPAPER BINDER FOR EXPERT REPORT. | 1.00 | 500.00 |
| 02/24/2026 | AAS | ANALYZE AND COMPILE SUPPORTING DOCUMENTS FOR ALL TRANSACTIONS RELATED TO ALEXIS ROMANO/ALEXIS ROMANO & FAMILY TRUSTS. | 1.80 | 342.00 |
| 02/24/2026 | SKB | RESEARCH AND ADDRESS EMAIL FROM R. LANDY REGARDING ALEXIS ROMANO AND FAMILY TRUSTS TRANSACTION DETAIL SUPPORTING BANK DOCUMENTS. | 1.30 | 634.40 |
| 02/25/2026 | SKB | REVIEW AND ANALYZE RESPONSE TO MOTION TO EXPAND AND MOTION TO EXPAND TO COMPILE AGENDA FOR DISCUSSION WITH COUNSEL REGARDING FOLLOW-UP TO EXPERT PONZI REPORT. | 0.60 | 292.80 |
| 02/26/2026 | MMD | ATTEND MEETING WITH COUNSEL. | 0.50 | 250.00 |

| | | | | |
|---|---|---|---|---|
| 02/27/2026 | SKB | T/C WITH V. LAMONICA REGARDING CHAT LOGS. | 0.20 | 97.60 |
| 02/27/2026 | SKB | REVIEW CHAT LOGS FOR CRYPTO DISCUSSIONS. | 0.50 | 244.00 |
| | | | | 36,331.60 |

**GENERAL BANK RECONSTRUCTIONS**

| | | | | |
|---|---|---|---|---|
| 02/06/2026 | FDD | RECONCILIATION OF INTERCOMPANY TRANSFERS AND INCORPORATE THE RESULTS INTO THE BANK RECONSTRUCTION. | 3.90 | 1,794.00 |
| 02/06/2026 | MMD | ATTEND TO RECONCILING INTERCOMPANY TRANSACTIONS IN BANK RECONSTRUCTION. | 1.40 | 700.00 |
| 02/09/2026 | FDD | REVIEW REMAINING TRANSFER DEBIT AND CREDIT TRANSACTION FOR ADDITIONAL INTERCOMPANY TRANSACTIONS. | 0.40 | 184.00 |
| 02/09/2026 | FDD | REVIEW INTERCOMPANY RECONCILIATION. | 0.50 | 230.00 |
| 02/10/2026 | FDD | ANALYZE BANK RECONSTRUCTION DETAIL TO LINK BANK TRANSFER TYPE TRANSACTIONS WITH THEIR CORRESPONDING CONFIRMATION NUMBERS AND ACCOUNT FOR INTERCOMPANY TRANSACTIONS. | 1.70 | 782.00 |
| 02/10/2026 | FDD | RECONCILIATION OF REVERSED TRANSACTIONS RELATED TO THE INSIDERS AND INCORPORATE THE RESULTS INTO THE BANK RECONSTRUCTION. | 1.70 | 782.00 |
| 02/10/2026 | FDD | DEVELOP A PYTHON SCRIPT TO IDENTIFY POTENTIAL UNRECONCILED INTERCOMPANY TRANSACTIONS DUE TO MISSING BANK RECORDS. REVIEW OUTPUT FILES TO CONFIRM NO ADDITIONAL TRANSACTION COULD BE CONSIDERED INTERCOMPANY. | 1.60 | 736.00 |
| 02/11/2026 | FDD | RECONCILE INTERCOMPANY TRANSACTION FOR COMPLETENESS AND ACCURACY. UPDATE BANK RECONSTRUCTION TO ADDRESS DISCREPANCIES IDENTIFIED THROUGH THE RECONCILIATION PROCESS, FINALIZE THE BANK RECONSTRUCTION, AND SHARE THE RESULTS TO TEAM FOR DISCUSSION. | 4.10 | 1,886.00 |
| | | | | 7,094.00 |

**MEETINGS/CONFERENCES**

| | | | | |
|---|---|---|---|---|
| 01/15/2026 | SKB | PARTICIPATE IN WEEKLY STATUS CALL WITH RECEIVER, STRETTO TEAM AND COUNSEL. | 0.30 | 146.40 |
| 01/22/2026 | SKB | WEEKLY CLAIMS STATUS CALL WITH RECEIVER, STRETTO TEAM AND COUNSEL. | 0.40 | 195.20 |
| 01/28/2026 | SKB | PARTICIPATE IN WEEKLY CLAIMS CALL WITH STRETTO, RECEIVER AND COUNSEL. | 0.30 | 146.40 |
| 01/28/2026 | SKB | FOLLOW-UP T/C WITH CASANDRA MURENA REGARDING CLAIMS REVIEW PROCESS AND SETTING A SCOPE. | 0.40 | 195.20 |
| 01/28/2026 | SKB | CALL WITH AILEEN DAVERSA AND CASANDRA MURENA REGARDING CLAIMS REVIEW PROCESS INSTRUCTIONS. | 1.10 | 536.80 |
| 02/26/2026 | SKB | T/C WITH COUNSEL AND M. DAVIS REGARDING FOLLOW-UP TO EXPERT REPORT ISSUED. | 0.30 | 146.40 |
| | | | | 1,366.40 |
| | | | Total | 57,228.20 |

**EXPENSES**

| | | | |
|---|---|---|---|
| 01/31/2026 | EXP | SHAREFILE - JANUARY 2026 | 2.64 |
| 02/28/2026 | EXP | SHAREFILE - FEBRUARY 2026 | 2.68 |
| | | | 5.32 |
| | | Total | 5.32 |

| | |
|---|---|
| Discount | (8,445.64) |
| Total amount of this invoice | $48,787.88 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.