UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CV-23745-RKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | ) ) ) ) |
| *Plaintiff* | ) ) |
| vs. | ) ) |
| TRADERS DOMAIN FX LTD. *d/b/a* THE TRADER DOMAIN, *et al.,* | ) ) ) |
| *Defendants.* | ) ) ) |

## *UNOPPOSED* MOTION TO AUTHORIZE THE TRANSFER OF EARNED LEGAL FEES AND COSTS

Feldman Firm PLLC, as counsel for Defendant Mr. Collazo, files this Motion seeking authorization to transfer $4962.70 from the Firm's IOLTA account to the Firm's operating account. The $4962.70 represents a combination of the legal fees earned from April 6, 2026, until April 24, 2026, in the amount of $1928.00 and a cost reimbursement in the amount of $3034.70 for costs related to deposition transcripts and orders. See **Exhibit A** which is attached as part of this Motion.

Counsel has conferred with counsel for CFTC and the Receiver who have no objection to this request. And so, for these reasons, the Motion should be granted.

Respectfully submitted,

FELDMAN FIRM PLLC
150 Southeast 2nd Avenue
Suite 600
Miami, Florida 33131
Direct: 305.714.9474
Email: afeldman@feldmanpllc.com
Office: 305.714.9474
Florida Bar No. 60325
*Attorneys for Robert Collazo*

## CERTIFICATE OF CONFERENCE

I CERTIFY that counsel for Mr. Collazo conferred with trial attorney Alison Wilson and counsel for Receiver and they do not oppose the legal fees and costs sought in this Motion.

*/s/ Andrew S. Feldman*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was served on all counsel of record via CM/ECF.

*/s/ Andrew S. Feldman*

# EXHIBIT A

 **FELDMAN**

# Feldman Firm PLLC

150 Southeast 2nd Avenue, Suite 600
Miami, FL 33131

Robert Collazo

## 00210-Collazo

## CFTC vs Traders Domain et al 24cv23745-RKA (S.D. Fla. 2024)

# INVOICE

Invoice # 926
Date: 05/04/2026
Due On: 06/03/2026

| Type | Date | Notes | Quantity | Rate | Attorney | Total |
|---|---|---|---|---|---|---|
| Service | 04/06/2026 | Client call | 0.17 | $200.00 | KH | $34.00 |
| Service | 04/10/2026 | Call with CFTC attorney Alison Wilson | 0.30 | $600.00 | Andrew | $180.00 |
| Service | 04/14/2026 | Email correspondence with CFTC re proposed motions | 0.20 | $600.00 | Andrew | $120.00 |
| Service | 04/21/2026 | Began drafting letter to CFTC protected by Fed R Evid 408 | 2.10 | $600.00 | Andrew | $1,260.00 |
| Expense | 04/22/2026 | Reimbursable expenses: Cost of deposition transcript for Maura Viehmeyer deposition | 1.00 | $1,453.00 | Andrew | $1,453.00 |
| Service | 04/23/2026 | Call with client | 0.17 | $200.00 | KH | $34.00 |
| Service | 04/24/2026 | Conduct research relevant to client related to CFTC enforcement of fraud and cryptocurrency cases | 1.50 | $200.00 | KH | $300.00 |
| Expense | 05/03/2026 | Reimbursable expenses: Collazo Deposition Cost - Veritext reporting | 1.00 | $1,581.70 | Andrew | $1,581.70 |

| | | |
|---|---|---|
| **Quantity Subtotal** | | **4.44** |
| **Quantity Total** | | **4.44** |
| **Total** | | **$4,962.70** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 926 | 06/03/2026 | $4,962.70 | $0.00 | $4,962.70 |
| | | | Outstanding Balance | **$4,962.70** |
| | | | Total Amount Outstanding | **$4,962.70** |

Please make all amounts payable to: Feldman Firm PLLC

Please pay within 30 days.