**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-cv-23745-ALTMAN-LETT**

COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

v.

TRADERS DOMAIN FX LTD. *d/b/a*
THE TRADERS DOMAIN, *et al*.,

      Defendants.

_____/

### ORDER DECERTIFYING MOTION AS EMERGENCY

This cause comes before the Court on Non-Party ER Distribution, Inc.'s, Emergency Motion to Intervene for Limited Purpose, to Quash Bank of America Subpoena, and/or for Protective Order Preserving Status Quo, [ECF No. 462]. Although the Non-Party titled this motion as an emergency, it did not comply with Local Rule 7.1(d)(1). Local Rule 7.1(d)(1) requires a filer requesting emergency action to "set forth in detail the nature of the emergency, the date by which a ruling is necessary, and the reason the ruling is needed by the stated date." S.D. Fla. L.R. 7.1(d)(1). Local Rule 7.1(d)(1) also requires the filer to include a certification of true emergency before the motion's signature block. *Id.* "Generally, unless a motion will become moot if not ruled on within seven (7) days, the motion should not be filed as an emergency motion." *Id.*

The Non-Party's Emergency Motion does not include all of the information required under Local Rule 7.1(d)(1). The Court therefore **DECERTIFIES** the Motion at ECF No. 462 as an emergency and will rule on it in the normal course. The Court **DIRECTS** the Clerk of Court to remove the "Emergency" designation from the Motion at ECF No. 462

**DONE AND ORDERED** in Chambers in Miami, Florida on this 12th day of May, 2026.

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc:  All Counsel of Record