**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN**

COMMODITY FUTURES
TRADING COMMISSION,

      *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/a,*
THE TRADERS DOMAIN, *et al.,*

      *Defendants.*

_____/

## CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Vincenzo Lamonica, as counsel for Receiver, Kelly Crawford, hereby certify the following:

**ALL EXHIBITS E-FILED**: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence during the May 7, 2026 hearing on the Receiver's Contempt Motion as to Defendant Alex Santi have been electronically filed in CM/ECF.

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Dated: May 18, 2026

        Respectfully submitted,

        */s/ Vincenzo Lamonica*
        Vincenzo Lamonica
        Florida Bar No. 1058073
        Email: vlamonica@dvcattorneys.com
        DAMIAN | VALORI | CULMO
        *Counsel for the Receiver*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.


*/s/ Vincenzo Lamonica*
Vincenzo Lamonica