UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>      v.<br><br>TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTABAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,<br><br>Defendants. | Civil Case No. 1:24-cv-23745-RKA |

**FIRST SUPPLEMENT TO RECEIVER'S REPORT REGARDING OBJECTIONS TO RECEIVER'S CLAIMS REPORT AND REQUEST TO SUBMIT THE APPENDIX OF OBJECTIONS IN CAMERA**

Kelly M. Crawford, as the court-appointed Receiver ("Receiver"), submits this *First Supplement to the Receiver's Report Regarding Objections to Receiver's Claims Report and Request to Submit the Appendix of Objections In Camera* [ECF No. 451] (the "Receiver's Objection Report"), respectfully showing as follows:

1. Since the filing of the Receiver's Objection Report on April 24, 2026, the Receiver resolved three of the 150 unresolved objections in the Receiver's Objection Report.

**FIRST SUPPLEMENT TO RECEIVER'S REPORT REGARDING OBJECTIONS**

2. Specifically, based on information provided by Claimants 192, 381, and 923, and in resolution of objections filed by these Claimants, the Receiver hereby revises his recommendation regarding the claims as follows:

    a. For Claimant 192, the Receiver recommends allowance of his claim for $78,400.

    b. For Claimant 381, the Receiver recommends allowance of his claim for $100,000.

    c. For Claimant 923, the Receiver recommends allowance of his claim for $93,000.

3. With the foregoing revisions, the total amount of investor claims recommended for approval is increased by $271,400 from $155,252,275.43 to **$155,523,675.43.**

Respectfully submitted,

*/s/ Russell Landy*
Melanie E. Damian
Florida Bar No. 99392
Email: mdamian@dvllp.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for Kelly Crawford, Court-Appointed Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**ATTORNEY FOR RECEIVER**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 19, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy
