**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN**

COMMODITY FUTURES
TRADING COMMISSION,

    *Plaintiff*,

v.

TRADERS DOMAIN FX LTD. *d/b/a*,
THE TRADERS DOMAIN, *et al.*,

    *Defendants*.

_____/

## NOTICE OF RELEASE OF LIS PENDENS

TO:   MICHAEL SHANNON SIMS

and to all other known or unknown individuals and/or entities having an interest in and/or residing on the property more properly described below:

    YOU ARE HEREBY NOTIFIED that Kelly M. Crawford, the Receiver in the above-referenced action, hereby discharges and releases the Lis Pendens recorded on December 10, 2024 (Clerk's File No.: 2024 R 924283, OR Book 34528, Page 3438) as to the interest in property located in Miami-Dade County, Florida a/k/a 17475 Collins Ave., 1001, Sunny Isles Beach, FL 33160, and more particularly described as follows:

    Unit 1001, in CHATEAU BEACH, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 29720, Page 3594, of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with its undivided 1.7086% share of the common elements.

    Parcel Number: 31-22-11-084-0080

Dated: June 1, 2026                   Respectfully submitted,

                                    By: */s/ Russell Landy*
                                    Russell Landy
                                    Florida Bar No. 44417
                                    Vincenzo Lamonica
                                    Florida Bar No. 1058073

DAMIAN | VALORI | CULMO
*Counsel for the Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Primary: rlandy@dvllp.com
Primary: vlamonica@dvcattorneys.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Release of

Lis Pendens was served via CM/ECF this 1st day of June, 2026, upon all counsel of record.


*/s/ Russell Landy*
Russell Landy