UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-23745-RKA

COMMODITY FUTURES TRADING
COMMISSION,

     Plaintiff,

v.

TRADERS DOMAIN FX LTD, *d/b/a*
THE TRADERS DOMAIN, *et al.,*

     Defendants.

_____/

### **NOTICE OF STRIKING AND WITHDRAWAL OF (D.E. 483)**

    PLEASE TAKE NOTICE that undersigned counsel hereby files this Notice of Striking

and Withdrawal of (D.E. 483) inadvertently filed and same should be stricken from the record.

    Undersigned counsel continues to appear on behalf of Defendant Alejandro Santiesteban,

consistent with the Corrected Appearance of Counsel, filed at (D.E. 485).

                   Respectfully submitted,

                   */s/ Leah Palmer*
                   Leah Palmer  (FBN 1050765)
                   Oliver Benton Curtis, III (FBN 118156)
                   **McDermott Will & Schulte LLP**
                   333 SE 2nd Avenue, Suite 4500
                   Miami FL 33131
                   Telephone: (305) 358-3500
                   bcurtis@mcdermottlaw.com
                   lpalmer@mcdermottlaw.com
                   *Attorneys for Defendant Alejandro*
                   *Santiesteban*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on **<u>June 11, 2026</u>**, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record.

*/s/ Leah Palmer*
Leah Palmer
