UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-23745-RKA

COMMODITY FUTURES TRADING
COMMISSION,

     Plaintiff,

v.

TRADERS DOMAIN FX LTD, *d/b/a*
THE TRADERS DOMAIN, *et al.,*

     Defendants.

_____/

### ORDER GRANTING JOINT MOTION TO CANCEL JUNE 16, 2026, HEARING AND HOLD RECEIVER'S RENEWED MOTION FOR SANCTIONS IN ABEYANCE

**THIS CAUSE** is before the Court on Kelly M. Crawford, the Court-appointed Receiver, and Defendant Alejandro Santiesteban's (the "Parties") Joint Motion to Cancel June 16, 2026, Hearing and Hold Receiver's Renewed Motion for Sanctions in Abeyance [ECF No. 488].

In their Motion, the Parties state that they have reached an agreement to resolve the claims asserted in the Receiver's Renewed Motion for Sanctions [ECF No. 404], but under the terms of the agreement, Mr. Santiesteban has nine (9) months to fulfill his obligations. Therefore, the Parties request that the Court hold in abeyance its ruling on the Receiver's Renewed Motion for Sanctions to conserve resources in the event Mr. Santiesteban does not fulfill his obligations so a renewed motion does not have to be filed and the evidentiary hearing can proceed as anticipated.

Having considered the Motion, the full record, and being otherwise fully advised of the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Cancel June 16, 2026, Hearing and Hold Receiver's Renewed Motion for Sanctions in Abeyance [ECF No. 488] is **GRANTED**.

2. The evidentiary hearing set for June 16, 2026, on the Receiver's Renewed Motion for Sanctions and to Hold Defendant Alex Santi in Civil Contempt [ECF No. 466] is **CANCELED**.

3. Receiver's Renewed Motion for Sanctions and to Hold Defendant Alex Santi in Civil Contempt [ECF No. 404] is **HELD IN ABEYANCE** until **March 15, 2027**, unless the Receiver notifies the Court of the need to reinstate the Motion at a sooner time.

4. If no such notice is received by the Court from the Receiver **on or before March 15, 2027**, Receiver's Renewed Motion for Sanctions and to Hold Defendant Alex Santi in Civil Contempt [ECF No. 404] **SHALL automatically be denied** *as moot*.

**DONE AND ORDERED** in the Chambers in Miami, Florida on this 15th day of June, 2026.

_____
**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

2