UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTABAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,<br><br>    Defendants. | Civil Case No. 1:24-cv-23745-RKA |

### SECOND SUPPLEMENT TO RECEIVER'S REPORT REGARDING OBJECTIONS TO RECEIVER'S CLAIMS REPORT AND REQUEST TO SUBMIT THE APPENDIX OF OBJECTIONS IN CAMERA

Kelly M. Crawford, as the court-appointed Receiver ("Receiver"), submits this *Second Supplement to the Receiver's Report Regarding Objections to Receiver's Claims Report and Request to Submit the Appendix of Objections In Camera* (the "Receiver's Objection Report"), respectfully showing as follows:

1. On April 24, 2026, the Receiver filed his *Receiver's Report Regarding Objections to Receiver's Claims Report and Request to Submit the Appendix of Objections in Camera*

---

**SECOND SUPPLEMENT TO RECEIVER'S REPORT REGARDING OBJECTIONS**

[ECF No. 451]("the "Objection Report").

2. On May 19, 2026 the Receiver filed his *First Supplement to Receiver's Report Regarding Objections to Receiver's Claims Report and Request to Submit the Appendix of Objections In Camera* [ECF No. 472] ("First Supplement to Objection Report"), reporting the resolution of three of the unresolved objections in the Objection Report.

3. Since the filing of the Receiver's First Supplement to Objection Report on May 19, 2026, the Receiver has obtained additional information from certain claimants and in the interest of justice hereby reports a change in status and/or claim value as to Claims 490, 726 and 1938, as follows:

   a. Claimant 490 timely objected to the Receiver's recommendation regarding the claim, and the objection remains unresolved. Accordingly, the unresolved objection should be added to the class of "Objections by Claimants Who Invested in OmegaPro." This increases the total number of OmegaPro objections from 54 to 55. s

   b. For Claimant 726, the Receiver revises his recommendation to recommend a claim amount of $250,000. The claim recommendation was inadvertently reported to be $200,000 rather than $250,000.

   c. For Claimant 1938, the Receiver revises his recommendation to recommend a claim amount of $10,573.65 instead of $0.00.

4. With the foregoing revisions, the total amount of investor claims recommended for approval is increased by $60,573.65 from $155,252,275.43 to **$155,584,249.08.**

Respectfully submitted,


/s/ Melanie E. Damian
Melanie E. Damian
Florida Bar No. 99392
Email: mdamian@dvllp.com
Russell Landy
Florida Bar No. 44417
Email: rlandy@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for Kelly Crawford, Court-Appointed Receiver*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*Attorney for Receiver*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.


/s/Melanie E. Damian
Melanie E. Damian