# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CIVIL CASE NO. 1:24-CV-23745-ALTMAN

|   |
|---|
| COMMODITY FUTURES TRADING COMMISSION, |
| Plaintiff, |
| v. |
| TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTEBAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE, |
| Defendants. |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR DISCOVERY HEARING AND LIMITED REMEDIAL DISCOVERY RELIEF CONCERNING DEFENDANT BUGGS'S LATE AND INCOMPLETE PRODUCTION OF RESPONSIVE COMMUNICATIONS**

Alison B. Wilson, Counsel for the Plaintiff Commodity Futures Trading Commission

("Plaintiff" or "CFTC"), files this notice of withdrawal of Plaintiff's Motion for Discovery

Hearing and Limited Remedial Relief Concerning Defendant Buggs's Late and Incomplete Production of Responsive Communications (ECF No. 491).

1. On June 17, 2026, the Plaintiff filed the Motion for Discovery Hearing and Limited Remedial Relief Concerning Defendant Buggs's Late and Incomplete Production of Responsive Communications due to Mr. Buggs's discovery failures which, among other things, included a failure to provide dates for supplemental testimony and documentation of his search for additional responsive communications.  ECF No. 491.

2. On June 23, 2026, Magistrate Judge Lett issued a Paperless Order to Show Cause (ECF No. 493) for counsel's failure to participate in and comply with the Court's Order Setting Discovery Procedures (ECF No. 186).  That same day, Magistrate Judge Lett issued a Paperless Order granting Plaintiff's Motion for Discovery Hearing on July 6, 2026, in Miami, Florida. ECF No. 494.

3. On June 23, 2026, local counsel for Mr. Buggs, Ms. Descalzo, contacted Plaintiff asking for a conference call.

4. After conferring via telephone on June 24th, Ms. Descalzo provided a declaration from Mr. Buggs regarding his search for additional responsive communications and deposition dates for supplemental testimony.

5. Based upon the representations of Ms. Descalzo, Plaintiff withdraws the Motion for Discovery Hearing and Limited Remedial Relief (ECF No. 491) without prejudice to re-file should Mr. Buggs fail to appear for supplemental testimony.

Dated:  June 26, 2026

Respectfully submitted,

**PLAINTIFF COMMODITY FUTURES
TRADING COMMISSION**,

*/s/ Alison B. Wilson*
ALISON B. WILSON (FL Bar A5503268)
BRENDAN M. FORBES (FL Bar A5503351)
KELLY M. FOLKS (FL Bar A5503269)
Attorneys for Plaintiff
COMMODITY FUTURES
TRADING COMMISSION
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
awilson@cftc.gov
bforbes@cftc.gov
kfolks@cftc.gov