UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CV-23745-RKA

COMMODITY FUTURES )
TRADING COMMISSION )
)
)
    *Plaintiff* )
)
vs. )
)
TRADERS DOMAIN FX LTD. *d/b/a* )
THE TRADER DOMAIN, *et al.,* )
)
    *Defendants.* )
)

---

**UNOPPOSED MOTION TO TRANSFER EARNED LEGAL FEES TO FELDMAN FIRM PLLC AND TO TRANSFER PROFESSIONAL FEES TO LAWGICAL INSIGHT**

Feldman Firm PLLC, as counsel for Defendant Mr. Collazo, files this Motion seeking authorization to transfer $1628.00 from the Firm's IOLTA account to the Firm's operating account which represent legal fees earned from June 18, 2026 until July 1, 2026 and to transfer $750.00 from the IOLTA account to Lawgical Insight for professional services rendered.

Counsel has conferred with counsel for CFTC and the Receiver who have no objection to this request. And so, for these reasons, the Motion should be granted.

Respectfully submitted,

*/s/Kyra Harkins*
FELDMAN FIRM PLLC
150 Southeast 2nd Avenue
Suite 600
Miami, Florida 33131
Direct: 305.714.9474
Office: 305.714.9474
Email: afeldman@feldmanpllc.com
Florida Bar No. 60325
Email: kharkins@feldmanpllc.com
Florida Bar No. 1060533
*Attorneys for Robert Collazo*

## CERTIFICATE OF CONFERENCE

I CERTIFY that counsel for Mr. Collazo conferred with trial attorney Alison Wilson and counsel for Receiver and they do not oppose the legal fees sought.

*/s/ Kyra Harkins*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was served on all counsel of record via CM/ECF.

*/s/ Kyra Harkins*

# Invoice

**Invoice# INV-211642**

**Balance Due**
**$1,327.50**



**Lawgical Insight, LLC**
2 South Biscayne Blvd
Suite 1600
Miami Florida 33131

| Invoice Date : | June 05, 2026 |
| Terms : | Net 30 |
| Due Date : | July 05, 2026 |
| Project Name : | Robert Collazo (CFTC) |

Bill To
**Feldman, PLLC**
150 SE 2nd Avenue, Suite 600
Miami, Florida 33131

| # | Task & Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1 | Consulting - eDiscovery (Daniel Thompson, eDEx)<br>February 26, 2026 : Manually rebuild privilege log from provided metadata from opposing counsel. | 2.00 | 295.00 | 590.00 |
| 2 | Project Management - eDiscovery (Daniel Thompson, eDEx)<br>March 10, 2026 : Confer with A. Feldman to upload (6) productions (240 GB) total to his Logikcull instance. | 2.50 | 295.00 | 737.50 |
| | | Sub Total | | 1,327.50 |
| | | **Total** | | **$1,327.50** |
| | | **Balance Due** | | **$1,327.50** |

Payment Options

WIRE INSTRUCTIONS
Receiving Bank Name: City National Bank of Florida Receiving Bank Address: 100 SE 2nd St., Miami, FL 33131
Receiving Account Name: Lawgical Insight LLC SWIFT Code: CNBFUS3M
ABA Routing No.: 066004367
Receiving Bank Account No.: 30000854470

Terms & Conditions

Please remit payment via Wire, Credit Card or Check.



# Feldman Firm PLLC

**INVOICE**

Invoice # 963
Date: 07/02/2026
Due Upon Receipt

150 Southeast 2nd Avenue, Suite 600
Miami, FL 33131

Robert Collazo

## 00210-Collazo

## CFTC vs Traders Domain et al 24cv23745-RKA (S.D. Fla. 2024)

| Type | Date | Notes | Quantity | Rate | Attorney | Total |
|---|---|---|---|---|---|---|
| Service | 06/18/2026 | Call with Connect Attorney Jessica Less re privilege log | 0.17 | $200.00 | KH | $34.00 |
| Expense | 06/18/2026 | Reimbursable expenses: April-June Hosting expense for Logikcull | 1.00 | $750.00 | Andrew | $750.00 |
| Service | 06/18/2026 | Email correspondence with CFTC protected by 410 summarizing critical information for CFTC review | 0.45 | $600.00 | Andrew | $270.00 |
| Service | 06/25/2026 | Conference call with CFTC (0.55); review of records related to client (0.35); conference with client (0.25) | 1.10 | $600.00 | Andrew | $660.00 |
| Service | 06/25/2026 | Conference call with CFTC | 0.55 | $200.00 | KH | $110.00 |
| Service | 06/25/2026 | Call with client | 0.42 | $200.00 | KH | $84.00 |
| Service | 06/30/2026 | Client Call | 0.25 | $200.00 | KH | $50.00 |
| Service | 07/01/2026 | Conference call with client (0.20; review of adversary complaint by receiver against former law firm of client and Algo (0.50) | 0.70 | $600.00 | Andrew | $420.00 |

| | | |
|---|---|---|
| **Quantity Subtotal** | | **3.64** |
| **Quantity Total** | | **3.64** |
| **Total** | | **$2,378.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 963 | 07/02/2026 | $2,378.00 | $0.00 | $2,378.00 |
| | | | **Outstanding Balance** | **$2,378.00** |
| | | | **Total Amount Outstanding** | **$2,378.00** |

Please make all amounts payable to: Feldman Firm PLLC

Payment is due upon receipt.