UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23745-ALTMAN/Lett

COMMODITY FUTURES
TRADING COMMISSION,

     *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/a*
THE TRADERS DOMAIN, *et al.*,

     *Defendants.*

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

The Receiver has filed a Motion to Approve Settlement Agreement (the "Settlement Motion") [ECF No. 501] between the Receiver and Brandon Steven. After a careful review of the proposed settlement agreement, *see* Settlement Agreement [ECF No. 501-1], we find it to be in the best interest of the receivership estate. Accordingly, we **GRANT** the Settlement Motion in full.[1]

For the reasons stated above, we hereby **ORDER and ADJUDGE** that:

1. The Receiver's Settlement Motion [ECF No. 501] is **GRANTED**.

2. The Settlement Agreement [ECF No. 501-1] is approved. We authorize the Receiver's entry into the Settlement Agreement pursuant to its terms and approve the Receiver's execution thereof.

3. Pursuant to our Contingency Fee Order [ECF No. 341], upon the collection of the payments set forth in the Settlement Agreements, we authorize the Receiver to pay

---

[1] No party has objected to the authorization of the Settlement Agreements. *See* Settlement Motion at 5 ("The CFTC does not oppose the relief sought.  Further, Counsel for the Receiver circulated a draft of this motion to counsel for the Defendants on July 23, 2026. Mr. Sims does not object to the relief sought. As of this filing, the remaining Defendants have not stated a position as to the relief sought.").

$33,000.00 to Scheef & Stone, LLP.

4.  We retain exclusive jurisdiction over this action and the Parties to enforce the terms of the Settlement Agreements, over the Receivership, and with respect to any order(s) or judgment(s) pursuant to or arising from the Receivership or the terms of the Settlement Agreements.

**DONE AND ORDERED** in the Southern District of Florida on July 29, 2026.



_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2