**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-23745-RKA**

COMMODITY FUTURES
TRADING COMMISSION,

Plaintiff,

v.

TRADERS DOMAIN FX LTD. d/b/a
THE TRADERS DOMAIN;
FREDIRICK TEDDY JOSEPH
SAFRANKO a/k/a TED SAFRANKO;
DAVID WILLIAM NEGUS-
ROMVARI; ARES GLOBAL LTD.
d/b/a TRUBLUEFX; ALGO CAPITAL
LLC; ALGO FX CAPITAL ADVISOR
LLC n/k/a QUANT5 ADVISOR, LLC;
ROBERT COLLAZO, JR.; JUAN
HERMAN a/k/a JJ HERMAN; JOHN
FORTINI; STEVEN LIKOS;
MICHAEL SHANNON SIMS;
HOLTON BUGGS, JR; CENTURION
CAPITAL GROUP INC.;
ALEJANDRO SANTIESTEBAN a/k/a
ALEX SANTI; GABRIEL BELTRAN;
and ARCHIE RICE,

Defendants.
_______________________________________/

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, undersigned counsel, Michael B. Homer, necessarily files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Michael Homer
Dynamis LLP

1 SE 3rd Ave., Suite 1000
Miami, FL 33131

The undersigned respectfully requests that the Clerk of Court and all counsel of record update their records accordingly and direct all future pleadings, correspondence, and notices to the new address set forth above.

Dated: August 20, 2026

Respectfully submitted,

/s/ Michael B. Homer
Michael B. Homer
Florida Bar No. 1065251
mhomer@dynamisllp.com
Dynamis LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
617-693-9732