**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL CASE NO. 1:24-CV-23745-ALTMAN**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**v.**

**TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTEBAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,**

**Defendants.**

**MOTION TO APPROVE PROPOSED CONSENT ORDER FOR PERMANENT INJUNCTIVE RELIEF AND OTHER EQUITABLE RELIEF AGAINST DEFENDANT JOHN FORTINI**

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") hereby moves the Court to enter the Proposed Consent Order for Permanent Injunctive Relief and Other Equitable Relief Against Defendant Steven Likos. In support of this motion, the Commission

respectfully states the following:

1. Defendant Steven Likos (the "Defendant") and the CFTC reached an agreement in principle on the terms of settlement and Defendant Steven Likos executed the proposed Consent Order on June 23, 2026.

2. Thereafter, undersigned counsel sought approval of the proposed order from the Commission.

3. On August 28, 2026, the Commission approved the proposed consent order. Accordingly, the CFTC respectfully requests that the Court approve and enter the proposed Consent Order attached to the Motion. Entry of the proposed Consent Order will resolve this matter as to Defendant Steven Likos.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Alison B. Wilson*

ALISON B. WILSON (FL Bar A5503268)
DANIEL C. JORDAN (FL Bar A5501473)
BRENDAN FORBES (FL Bar A5503351)
KELLY M. FOLKS (FL Bar A5503269)
COMMODITY FUTURES
TRADING COMMISSION
1155 21st Street, N.W.
Washington, DC 20581
Telephone: (202) 418-5000
awilson@cftc.gov
djordan@cftc.gov
bforbes@cftc.gov
kfolks@cftc.gov

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on this 28th day of August 2026 upon all counsel and/or parties who have appeared in the above-styled action, and through the Court approved service website on the foreign defendants.

*/s/ Alison B. Wilson*
Alison B. Wilson