**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**COMMODITY FUTURES**
**TRADING COMMISSION,**

***Plaintiff*,**

**CASE NO. 24-cv-23745-ALTMAN**

**v.**

**TRADERS DOMAIN FX LTD. *d/b/a*,**
**THE TRADERS DOMAIN, *et al.*,**

***Defendants*.**
______________________________________/

**Kelly M. Crawford, as Receiver of**
**TRADERS DOMAIN FX LTD. *d/b/a*,**
**TRADERS DOMAIN, *et al.*,**

**ANCILLARY CASE NO.**

**Plaintiff,**

**v.**

**CF Preferred, LLC, et al.,**

***Defendants*.**
______________________________________/

**NOTICE OF APPEARANCE AND EMAIL DESIGNATION**

The Law Office of Ray Garcia, P.A., hereby files this Notice of Appearance in the representation of the Defendant, **DAVID SHANDS, LLC**, in the above-styled cause. Furthermore, pursuant to Florida Rule of General Practice and Judicial Administration 2.516(b)(1), the undersigned law firm hereby designates the following primary email address: service@raygarcialaw.com. All pleadings, motions, orders, correspondence, and other papers should be served on the undersigned at the email address set forth above.

Dated: September 8, 2026

Respectfully submitted,

By: /s/ Nataline Garcia
Nataline Garcia
FBN: 1007959

Email: NGarcia@raygarcialaw.com
**Law Office of Ray Garcia, P.A.**
*Attorney for Defendant*
**DAVID SHANDS, LLC**
14850 SW 26th Street, Suite 204
Miami, Florida 33185
Telephone: (305) 227-4030
Fax: (305) 223-9811

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nataline Garcia
Nataline Garcia
Fla. Bar No. 1007959