**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN/Lett**

**COMMODITY FUTURES**
**TRADING COMMISSION**,

*Plaintiff*,

*v.*

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

*Defendants.*
_______________________________________/

**ORDER**

On November 10, 2026, the Plaintiff filed a Motion for Partial Summary Judgment Against Defendants Sims and Buggs [ECF No. 532]. We therefore direct the Clerk of Court to **CLOSE** and **STAY** this case until we have adjudicated that motion, without prejudice to the parties to file their responsive briefs. All pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on November 13, 2026.

_______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record