**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN/Lett**

**COMMODITY FUTURES TRADING COMMISSION**,

*Plaintiff*,

*v.*

**TRADERS DOMAIN FX LTD.** *d/b/a* **THE TRADERS DOMAIN**, *et al.*,

*Defendants*.
_______________________________________/

# ORDER APPROVING SETTLMENT AGREEMENTS

The Receiver has filed a Motion to Approve Settlement Agreements with Several Third Parties (the "Settlement Motion") [ECF No. 535]. After a careful review of the proposed settlement agreements, *see* Settlement Agreements [ECF Nos. 535-1–8], we find them to be in the best interest of the receivership estate. Accordingly, we **GRANT** the Settlement Motion in full.[1]

For the reasons stated above, we hereby **ORDER and ADJUDGE** that:

1. The Receiver's Settlement Motion [ECF No. 535] is **GRANTED**.
2. The Settlement Agreements [ECF Nos. 535-1–8] are approved. We authorize the Receiver's entry into the Settlement Agreements pursuant to their terms and approve the Receiver's execution thereof.
3. Pursuant to our Contingency Fee Order [ECF No. 341], upon the collection of the

[1] No party has objected to the authorization of the Settlement Agreements. *See* Settlement Motion at 13–14 ("Counsel for the CFTC does not oppose the relief sought. Counsel for Mr. Kuschner, Haoran Shi Trade, the Carrio Parties, Ms. Beck, the Putnam Parties, Haimov, Blue Water, and the Carter Parties do not oppose the relief sought. On October 30, 2026, undersigned counsel provided the motion to counsel for the Defendants for their consideration. Counsel for Holton Buggs and counsel for Gabriel Beltran do not oppose the relief sought. As of this filing, no other Defendants stated a position as to the relief sought or have been defaulted.").

payments set forth in the Settlement Agreements, we authorize the Receiver to pay $187,770.00 to Damian Valori Culmo.

4. We retain exclusive jurisdiction over this action and the Parties to enforce the terms of the Settlement Agreements, over the Receivership, and with respect to any order(s) or judgment(s) pursuant to or arising from the Receivership or the terms of the Settlement Agreements.

**DONE AND ORDERED** in the Southern District of Florida on November 15, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record