**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CIVIL CASE NO. 1:24-CV-23745-ALTMAN**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**v.**

**TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTEBAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,**

**Defendants.**

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL CERTAIN EXHIBITS TO ITS STATEMENT OF MATERIAL FACTS AND FOR LEAVE TO FILE REDACTED COPIES

Before the Court is Plaintiff's Motion to Seal Certain Exhibits to its Statement of Material Facts and for Leave to File Redacted Copies (ECF No. 541) (the "Motion"). The Court has reviewed the Motion, the record, and applicable law. The Court finds that the CFTC has shown good cause for the requested relief.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.
2. The Clerk is **DIRECTED** to seal the previously filed, unredacted versions of Exhibits 3 and 8–13 to Plaintiff's Statement of Material Facts, identified on the docket as ECF Nos. 533-3, 553-8 through 533-13, through the conclusion of this action, including any appeals, unless otherwise ordered by the Court.
3. Plaintiff is **GRANTED** leave to file a notice attaching publicly accessible redacted versions of those exhibits.

**DONE AND ORDERED** in the Southern District of Florida on November __, 2026.

______________________________

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**