**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Civil Case No. 1:24-cv-23745-ALTMAN**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**v.**

**TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTEBAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,**

**Defendants.**

# PLAINTIFF'S NOTICE OF FILING OF REDACTED EXHIBITS TO ITS STATEMENT OF MATERIAL FACTS

Plaintiff Commodity Futures Trading Commission ("CFTC"), pursuant to the Court's Order (ECF No. 543), hereby files publicly accessible redacted versions of Exhibits 3 and 8–13 to its Statement of Material Facts ("SMF") (ECF No. 533), originally filed at ECF Nos. 533-3 and 533-8 through 533-13.

Date: November 23, 2026

Respectfully Submitted,

*/s/ Alison B. Wilson*

ALISON B. WILSON (FL Bar A5503268)
DANIEL C. JORDAN (FL Bar A5501473)
BRENDAN FORBES (FL Bar A5503351)
KELLY M. FOLKS (FL Bar A5503269)
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 21st Street, N.W.
Washington, DC 20581
Telephone: (202) 418-5000
awilson@cftc.gov
djordan@cftc.gov
bforbes@cftc.gov
kfolks@cftc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on this 23rd day of November, 2026, upon all counsel and/or parties who have appeared in the above-styled action.

*/s/ Brendan M. Forbes*
Brendan M. Forbes