**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CIVIL CASE NO. 1:24-CV-23745-ALTMAN**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**v.**

**TRADERS DOMAIN FX LTD. d/b/a THE TRADERS DOMAIN; FREDIRICK TEDDY JOSEPH SAFRANKO a/k/a TED SAFRANKO; DAVID WILLIAM NEGUS-ROMVARI; ARES GLOBAL LTD. d/b/a TRUBLUEFX; ALGO CAPITAL LLC; ALGO FX CAPITAL ADVISOR LLC n/k/a QUANT5 ADVISOR, LLC; ROBERT COLLAZO, JR.; JUAN HERMAN a/k/a JJ HERMAN; JOHN FORTINI; STEVEN LIKOS; MICHAEL SHANNON SIMS; HOLTON BUGGS, JR; CENTURION CAPITAL GROUP INC.; ALEJANDRO SANTIESTEBAN a/k/a ALEX SANTI; GABRIEL BELTRAN; and ARCHIE RICE,**

**Defendants.**

# [PROPOSED] ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Filing Deadline by Seven Days for Its Reply to Defendant Buggs' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. ___) (the "Motion"). The Court has reviewed the Motion, the record, and applicable law. The Court finds that the CFTC has shown good cause for the requested extension.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. Plaintiff shall file its reply to Defendant Buggs' Response in Opposition (ECF No. 549) no later than **December 8, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on November __, 2026.

______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**