**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23745-ALTMAN/Lett**

**COMMODITY FUTURES**
**TRADING COMMISSION**,

*Plaintiff*,

*v.*

**TRADERS DOMAIN FX LTD.** *d/b/a*
**THE TRADERS DOMAIN**, *et al.*,

*Defendants*.
_________________________________________/

**OMNIBUS ORDER**

We address two housekeeping matters. *First*, the parties have filed a Joint Motion to Stay [ECF No. 552] telling us that "[t]he CFTC and [Defendant] Sims have reached a settlement in principle[,]" and requesting that "the matter be stayed as to Mr. Sims pending approval of the settlement by the commission." *Id.* at 1–2. But we already closed and stayed this case pending the adjudication of the Plaintiff's Motion for Partial Summary Judgment Against Defendants Sims and Buggs [ECF No. 532]. *See* Nov. 13, 2026 Order [ECF No. 537]. Accordingly, we hereby **ORDER and ADJUDGE** that the Joint Motion to Stay [ECF No. 552] is **DENIED as moot**. The Plaintiff and Defendant Sims shall file a joint stipulation of dismissal by **December 28, 2026**.

*Second*, we **DENY as moot** the Plaintiff's Motion for Partial Summary Judgment Against Defendants Sims and Buggs [ECF No. 532] and **STRIKE** Defendant Buggs's Response in Opposition to the Plaintiff's Motion for Partial Summary Judgment [ECF No. 549] in light of the Plaintiff's settlement with Defendant Sims. The Plaintiff may file a renewed motion for summary judgment as to Defendant Buggs *only* by **December 7, 2026**. The Plaintiff's Motion for Extension of Time [ECF No. 553] is accordingly **DENIED as moot**.

This case shall remain **CLOSED** and **STAYED** without prejudice to the parties to file their joint stipulation of dismissal and summary judgment briefing. This Order does not affect the duties and obligations of the Receiver or the parties' obligations to comply with the Receivership orders and related deadlines.

**DONE AND ORDERED** in the Southern District of Florida on November 25, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record